# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THIMES SOLUTION INC. | ) CASE NO |
| | ) |
| Plaintiff, | ) JUDGE |
| | ) |
| v. | ) |
| | ) **EXHIBITS ACCOMPANYING** |
| TP LINK USA CORPORATION et al | ) **COMPLAINT** |
| | ) |
| Defendants. | ) |

The following are Exhibits to the Complaint of plaintiff Thimes Solution Inc in the above captioned matter:

1.  Exhibit 1: Article, "Have you noticed how unpredictable Amazon's Notice Infringement Teams are now?" by Chris McCabe ................................................................X-2
2.  Exhibit 2.1: Proof of Tom Lei's purchase of AC5400 ................................................X-8
3.  Exhibit 2.2: Proof of Tom Lei's purchase of AC1200(1) .............................................X-9
4.  Exhibit 2.3: Proof of Tom Lei's purchase of AC1200(2) .............................................X-10
5.  Exhibit 2.4: Proof of Tom Lei's purchase of AC1200(3) .............................................X-11
6.  Exhibit 3: Item with UPS Acceptance Acknowledgement ...........................................X-12
7.  Exhibit 4: Amazon Tracking Notice Showing Shipped 1-19 and Delivery 1-22-18 .......X-13
8.  Exhibit 5: Email to TP-Link on 1_19 Disputing Counterfeiting Complaints .................X-14
9.  Exhibit 6: Rosenbaum Esq. Letter to TP-Link Compliance...........................................X-16
10. Exhibit 7: May 7, 2018 Suspension.............................................................................X-17
11. Exhibit 8.1: May 28, 2018 Policy Warning .................................................................X-18
12. Exhibit 8.2: May 30, 2018 Policy Warning .................................................................X-19
13. Exhibit 8.3: June 7, 2018 Policy Warning....................................................................X-20
14. Exhibit 8.4: June 21, 2018 Policy Warning..................................................................X-21
15. Exhibit 9.1: June 9, 2018 Policy Warning....................................................................X-22
16. Exhibit 9.2: June 10, 2018 Policy Warning..................................................................X-23
17. Exhibit 10: June 18, 2018 Policy Warning...................................................................X-24
18. Exhibit 11.1: June 21, 2018 Policy Warning................................................................X-25
19. Exhibit 11.2: June 23, 2018 Policy Warning................................................................X-26
20. Exhibit 12: Emails between TSI and 3PM ...................................................................X-27

**Exhibit 1: Article, "Have you noticed how unpredictable Amazon's Notice Infringement Teams are now?" by Chris McCabe**

 

# Have you noticed How Unpredictable Amazon's Notice Infringement teams are now?

by Chris McCabe | Published on Feb 21, 2019 | 0 comments



We've seen increasingly alarming signs coming out of Amazon's Notice Claim of infringement teams. Ostensibly, those teams exist to process rights ownership matters and receive and enforce claims of violations. Brands, their compliance agents, or their attorneys, submit claim forms to report Intellectual Property, Trademark, patent or copyright complaints. Notice teams, in theory, warn the sellers who have committed these violations while providing contact information for the brand. In practice, these Notice forms could come from almost anywhere, and allege almost anything, at this point. Amazon investigators only verify the form to make sure it's completed, they don't face the obligation to research and confirm that the complaint came from a legitimate rights holder. Instead, they send the Amazon seller a Complaint ID, an infringement category type, and an email address. Off you go, they say in not so many words. Contact the complainant and resolve it amongst the two of you!

Given rampant abuse of the Notice claim process by sellers and other parties who submitted false or unsubstantiated infringements, Amazon was forced to create a Notice-Dispute team back in 2017. Two years later,

after much progress, we've seen a backslide into the days where replies from Notice teams make little to no sense.

How are things going wrong?

1. Brands submit notice claims and see the sellers removed, along with their own listings. Brands lost hundreds of thousands of dollars in the last month alone trying to resolve this with teams who don't or won't understand what they did wrong.

2. Amazon enforces brand complaints against sellers of alleged counterfeit product, but have no test buy information along with the false report. They even admit this on occasion, if your IP attorney queries the nature of the counterfeit complaint. Amazon changed policy to state they'd only enforce counterfeit if the rights owner references a test buy order, and describes the proof of counterfeit. Nowadays, they simply fire off emails directing you back to the brand, whether there is one, or not.

3. Attorneys play both sides against the middle in the process, promising resellers to defend them against unscrupulous brands, and then out of the other side of their mouths, advertising brand protection services to knock off any unwanted resellers. Often, this involves weak arguments that items sold without the relevant warranty constitutes a not "new" item,, or worse. They get paid by both players on both sides of that game regularly, so as long as this continues, they bank the cash and both sides suffer.

4. We have seen multiple suspensions of sellers for things like ASIN variation abuse or item condition complaints (Used Sold as New, for example) who sent in POAs relevant to the suspension causes. Suddenly, they began receiving requests for "Greater Details" about a Notice claim of infringement? Or they were prompted to prove authenticity? What's going on here?

5. We've tried to research this bizarre behavior and decided that investigators went into the account annotations, and found (as they often will on many a reseller's account) evidence of past notice claims of infringement. They unilaterally change the reason for the suspension and begin asking for information that has nothing at all to do with what you were suspended for. Many sellers have spent several appeals simply trying to redirect their attention back to what they originally asked for, and what

their POA was meant to address. Essentially, you have to do their jobs for them, and fix their erroneous reading of your account annotations. Could it get any worse?

6. Yes, it could, unfortunately. The biggest problem of all in recent weeks is their complete failure to respond at all. Where do those emails go? They cannot simply flush them all, someone would notice that. Do they simply transfer them all back and forth? Do they have so many thousands coming in per hour that they are hopelessly behind, and it will take weeks or months for them to catch up?

### What do you do about all this? Escalate Escalate Escalate

Escalation paths can be tough to navigate when it comes to Notice, because unlike Product Quality queues, notice-dispute@amazon.com is presented as your only path to salvation. The major players on the Notice teams change over time, and I think one or two simply rotated off that team out of sheer frustration or exhaustion. These days, you're better off keeping your request standard to a subject line that reads "Notice Team Manager" with an email that asks for an update, if they haven't replied. If they replied indicating that nobody even read the previous email, make that clear in your first few lines.

Keep in mind that unlike Product Quality teams, Notice teams do not have multiple email queues that you can use, when you absolutely need to change gears. You'll need to get their attention

Don't make the escalation too long, or they will ignore that, too. Keep it to a few paragraphs, and key factual information, at the most. Make it clear that whether you're the private label brand booted off your own listing or you're a reseller targeted by a competitor who does not even represent the brand cited as the rights owner, you've appealed previously numerous times without any sign of proper review at all.

Amazon doesn't accept valid Notice-disputes nearly as often as they did in

X-4

2018. They often lose the emails or simply annotate the account. The only response to that inaction is to keep at it, and make sure they properly review your contacts. You need written confirmation that the problem is considered resolved on their end.

### Where Do You Escalate?

I always ask my clients to try one escalation to Notice Team Management, even as I realize that these days, they are unlikely to see a better or more meaningful reply. Where else? You can take it to Executive Seller Relations, sure. Jeff@amazon.com is a well known target for a reason, and not only because it is Jeff's email address.

In some cases, we escalate to the Product Quality investigators and their team managers. Amazon's messaging back to sellers alternates lately between asking for retractions from rights owners, to providing invoices and authorization letters to prove authenticity, and back again to provide evidence that the counterfeit allegations Amazon received are unfounded. They appear to mix and match between various complaint cause diagnoses and even what they want from you in a POA. Is the supplier verifiable? Are you buying directly from an authorized distributor? How much proof of authenticity is enough?

Many private label brand owners use Brand Registry escalations to troubleshoot attacks on the authenticity of their own brands, or to cope with false infringement claims against them. Brand registry has also become an excellent place to go when your listings are under attack from unscrupulous sellers who learned how to game catalog systems, too.

### Where Does It all Lead?

We've seen numerous sellers caught up in this spider's web, with no idea where to turn next. Most of those tricky cases are resolved during an escalation process. Between sellers unsure about what to write or attach

and investigators who may not clearly understand why you were suspended in the first place, the only way to cut through the noise is to grab a manager's attention.

**Share this:**

   

Warning: Notice of Intellectual Property Rights Infringement --Is the alleged infringement a false claim?

Amazon IP suspension: Why is Amazon Going To War with Large Resellers?

How The Super Bowl Lost You Your Amazon Business

This site uses Akismet to reduce spam. Learn how your comment data is processed.





More than one instance of Sumo is attempting to start on this page. Please check that you are only loading Sumo once per page.

**Exhibit 2.1: Proof of Tom Lei's purchase of AC5400**



**Exhibit 2.2: Proof of Tom Lei's purchase of AC1200(1)**



**Exhibit 2.3: Proof of Tom Lei's purchase of AC1200(2)**



**Exhibit 2.4: Proof of Tom Lei's purchase of AC1200(3)**



## Exhibit 3: Item with UPS Acceptance Acknowledgement



February 25, 2019
Shipper 975W3X
Page 1 of 1

**ATTN :** AVI X
**PHONE :** (845)475-8642

### DELIVERY NOTIFICATION

INQUIRY FROM:     **AMAZON.COM.KYDC INC.**
                  **333 BOREN AVE N**
                  **SEATTLE  WA 98109**

| | |
|---|---|
| SHIPMENT TO: | **TP LINK**<br>**10725 SIERRA AVE STE 100**<br>**FONTANA CA 92337** |
| Shipper Number............................**975W3X** | Tracking Identification Number...**1Z975W3X0306934504** |

According to our records **1** parcel was delivered on **01/22/18** at **10:10 A.M.**.  The shipment was received by **LI** as follows:

| SHIPPER NUMBER | PKG ID NO. | TRACKING NUMBER | ADDRESS (NO/STREET,CITY) | SIGNATURE |
|---|---|---|---|---|
| 975W3X | | 1Z975W3X0306934504 | 10725 SIERRA AVE STE 100 FONTANA | |

NPT1REG:000A0000

**Exhibit 4: Amazon Tracking Notice Showing Shipped 1-19 and Delivery 1-22-18**

From: **Avi Eisenberg** avi@thimessolutions.com
Subject: Fwd: Amazon.com has shipped the item you sold
Date: February 13, 2019 at 2:41 PM
To: Mark Schlachet markschlachet@me.com

AE

This is the email with tracking for that first test order.

---------- Forwarded message ----------
From: **Amazon.com** <fba-ship-confirm@amazon.com>
Date: Fri, Jan 19, 2018 at 12:39 AM
Subject: Amazon.com has shipped the item you sold
To: 613ike@gmail.com <613ike@gmail.com>



Greetings from Amazon.com

We thought you'd like to know that we completed and shipped your Amazon.com Fulfillment Order (111-9452184-8129860) to one of your customers:

FONTANA, CA 92337-7667 US

You can track the status of this order, and all your orders, online by visiting Seller Central

The following items have been shipped by Amazon.com:

| Package: 1 | Shipped by:UPS Tracking: 1Z975W3X0306934504 |
|---|---|
| Qty | Order Item |
| 2 | TP-Link AC5400 Wireless Wi-Fi MU-MIMO Tri-Band Router - Powerf... |

As stated on our Web site, there is no weekend service for our Second or Next Day delivery options. Therefore, a package that leaves our fulfillment center on a Saturday or Sunday does not actually reach the shipper until Monday morning.

If you've examined your order via Seller Central but still need assistance with your order, you'll find links to e-mail or call Technical Account Management through Contact Us in Seller Central

Please note: this email was sent from a notification-only address that cannot accept incoming e-mail. Please do not reply to this message.

Thank you for using Fulfillment by Amazon.

Fulfillment by Amazon, professional packing, shipping and servicing of online orders.

X-13

Was this email helpful?

If you have any questions visit: Seller Central

To change your email preferences visit: Notification Preferences

We hope you found this message to be useful. However, if you'd rather not receive future e-mails
of this sort from Amazon.com, please opt-out here.

Copyright 2018 Amazon, Inc, or its affiliates. All rights reserved.

Amazon.com, 410 Terry Avenue North, Seattle, WA 98109-5210

**Exhibit 5: Email to TP-Link on 1_19 Disputing Counterfeiting Complaints**



# (no subject)  `tp-link`  ☆

**A**  **Avi Eisenberg** 1/19/2018   ↩  ⋮
to us-compliance, notice-dispute ⌄

We received an email from Amazon today stating that TP-Link is asserting that items sold by us (under the storefront "Universal Goods and Sales", merchant ID A1Q1VKNP5VVQEY, ASIN B01DXVK3KY, Complaint ID: 1359628881 ) are counterfeit. We take all reports of Intellectual Property Rights Infringement seriously.

These items were purchased from a reputable distributor and are not counterfeit.

Please be aware that Amazon has stated that our account is under review as a result of the allegations. If we suffer damages as a result of your incorrect allegations, you may be liable.

We respectfully request for a retraction to be sent to notice-dispute@amazon.com stating that the original allegations were made in error. If you believe the allegations are correct, please provide us with all evidence you have obtained to support your claim of infringement. We are aware of one purchase by TP-link of 2 of our units that were offered; as of the time of this email, Jan 19th, this has not been delivered and is currently in transit. Please advise if any other units have been purchased by TP-link.

**Exhibit 6: Rosenbaum Esq. Letter to TP-Link Compliance**



Madison Square Garden
5 Penn Plaza, 23rd Fl., New York, NY 10001
212-256-1109 | 1-877-9-SELLER
www.AmazonSellersLawyer.com

February 1, 2018

TP-Link Compliance
us-compliance@tp-link.com

**Via Email**

| | |
|---|---|
| Re: | **Request for Basis of Amazon Complaint** |
| Our Client: | **Universal Goods and Sales** |

Dear TP-Link Compliance,

This firm proudly serves as intellectual property and litigation counsel for Universal Goods and Sales, a seller on the Amazon platform against whom you asserted intellectual property right complaints alleging counterfeit for our client's sale of the following products:

ASIN:        B01DXVK3KY
Complaint ID: 1359628881

Upon information and belief, our client contacted you to resolve this dispute on January 19, 2018 but has not received a response. As such, we are writing on their behalf to ascertain the basis of your counterfeit complaint.

The sale of counterfeit products includes any products that have illegally replicated, reproduced, or manufactured. However, our client merely resells legally purchased, authentic products. As such, there is no consumer confusion about the origin or quality of these products.

In accordance with Amazon policy, in order to report an item is counterfeit, a test buy must be performed in order to verify the claimed differences are present between the accused product and the rights owner's product. As such, we are writing to request the specific basis for your counterfeit claims, including the test buy purchase information provided to Amazon to support your claims.

If you cannot provide specific allegations to support these claims, your complaints should be voluntarily withdrawn by sending an email to notice-dispute@amazon.com from the email address which you filed these complaints (us-compliance@tp-link.com). Please contact me so we can discuss an amicable resolution of this matter. I can be reached at 212-256-1109 or you can email me at Anthony@amazonsellerslaywer.com.

I look forward to hearing from you and remain.

Yours, etc.,
Anthony Famularo
(electronically signed)
Anthony Famularo, Esq.

212-256-1109   |   1-877-9-SELLER   |   www.AmazonSellersLawyer.com

NEW YORK   LONDON   SHENZHEN   GUANGZHOU   SEATTLE   SAN FRANCISCO   DUBLIN   MUMBAI   TEL AVIV   DONGGUAN

**Exhibit 7: May 7, 2018 Suspension**

---------- Forwarded message ---------
From: **notice-request-dispute@amazon.com** <notice-request-dispute@amazon.com>
Date: Mon, May 7, 2018 at 11:42 AM
Subject: Your Amazon.com selling privileges have been removed
To: avi@thimessolutions.com <avi@thimessolutions.com>

Hello,

You have listings that infringe on the intellectual property rights of others. This is against our policies. The removed items can be seen on the Performance Notifications page in Seller Central. As a result, you may no longer sell on Amazon.com, and your listings have been removed from our site.

If you have funds in your account, they will be available after any amounts paid for A-to-z claims or chargebacks have been deducted. This usually takes about 90 days, but funds may be held longer.

You can see your balance and settlement information in the Payments section of Seller Central. If you have questions about those, please send an email to payments-funds@amazon.com.

If you want to appeal this decision, click the Appeal button next to this message on the Performance Notifications page in Seller Central (https://sellercentral.amazon.com/gp/customer-experience/perf-notifications.html).

Sincerely,

Seller Performance Team
Amazon.com
http://www.amazon.com

**Exhibit 8.1: May 28, 2018 Policy Warning**

 **Gmail**                                                                Thimes <613ike@gmail.com>

**Notice: Policy Warning**

**notice@amazon.com** <notice@amazon.com>                         Mon, May 28, 2018 at 11:47 AM
**To**: avi@thimessolutions.com

Hello,

We received a report from a rights owner concerning the authenticity of the products listed at the end of this email. We removed this content, but we may let you list these product(s) again if we receive a retraction of the complaint from the rights owner:

-- TP-Link Compliance
-- compliance-usa@tp-link.com

If the rights owner agrees to retract their complaint, they must send the retraction to us at notice-dispute@amazon.com.

If you believe that the reported content is authentic, you may email notice-dispute@amazon.com with proof of authenticity. This includes, but is not limited to, an invoice or Order ID.

We consider allegations of intellectual property infringement a serious matter. If we receive more complaints about your listings, we may not allow you to sell on Amazon.com.

To learn more about this policy, search for "Intellectual Property Violations" in Seller Central Help (https://sellercentral.amazon.com/gp/help/external/201361070).

ASIN: B01DXVK3KY
Infringement type: Counterfeit
Trademark asserted: 3175495
Complaint ID: 5094926331

You can learn more about your account health in the Performance section of Seller Central (https://sellercentral.amazon.com/gp/seller-rating/pages/performance-summary.html).

Sincerely,

Seller Performance Team
Amazon.com
http://www.amazon.com

X-18

**Exhibit 8.2: May 30, 2018 Policy Warning**

 Gmail

Thimes <613ike@gmail.com>

**Notice: Policy Warning**

**notice@amazon.com** <notice@amazon.com>                              Wed, May 30, 2018 at 12:46 PM
To: avi@thimessolutions.com

Hello,

We received a report from a rights owner concerning the authenticity of the products listed at the end of this email. We removed this content, but we may let you list these product(s) again if we receive a retraction of the complaint from the rights owner:

-- compliance-usa@tp-link.com

If the rights owner agrees to retract their complaint, they must send the retraction to us at notice-dispute@amazon.com.

If you believe that the reported content is authentic, you may email notice-dispute@amazon.com with proof of authenticity. This includes, but is not limited to, an invoice or Order ID.

We consider allegations of intellectual property infringement a serious matter. If we receive more complaints about your listings, we may not allow you to sell on Amazon.com.

To learn more about this policy, search for "Intellectual Property Violations" in Seller Central Help
(https://sellercentral.amazon.com/gp/help/external/201361070).

ASIN: B01DXVK3KY
Infringement type: Counterfeit
Trademark asserted: 3175495
Complaint ID: 5100525271

You can learn more about your account health in the Performance section of Seller Central (https://sellercentral.amazon.com/gp/seller-rating/pages/performance-summary.html).

Sincerely,
Seller Performance Team

**Exhibit 8.3: June 7, 2018 Policy Warning**



Thimes <613ike@gmail.com>

---

**Notice: Policy Warning**

---

**Amazon** <notice@amazon.com>                                        Thu, Jun 7, 2018 at 2:58 PM
Reply-To: Amazon <notice-dispute@amazon.com>
To: "avi@thimessolutions.com" <avi@thimessolutions.com>



Hello,

We received a report from a rights owner concerning the authenticity of
the products listed at the end of this email. We removed this content, but
we may let you list these product(s) again if we receive a retraction of
the complaint from the rights owner:

-- compliance-us@tp-link.com

If the rights owner agrees to retract their complaint, they must send the
retraction to us at notice-dispute@amazon.com.

If you believe that the reported content is authentic, you may email notice-
dispute@amazon.com with proof of authenticity. This includes, but is not
limited to, an invoice or Order ID.

We consider allegations of intellectual property infringement a serious
matter. If we receive more complaints about your listings, we may not
allow you to sell on Amazon.com.

To learn more about this policy, search for "Intellectual Property
Violations" in Seller Central Help (https://sellercentral.amazon.
com/gp/help/external/201361070).

ASIN: B01DXVK3KY
Infringement type: Counterfeit
Trademark asserted: 3175495
Complaint ID: 5121173591

You can learn more about your account health in the Performance section of
Seller Central (https://sellercentral.amazon.com/gp/seller-rating/pages/performance-
summary.html).

Sincerely,
Seller Performance Team
Amazon.com
http://www.amazon.com

**Exhibit 8.4: June 21, 2018 Policy Warning**

                                    Thimes <613ike@gmail.com>

---

**Notice: Policy Warning**

---

**notice@amazon.com** <notice@amazon.com>                    Thu, Jun 21, 2018 at 3:45 AM
To: avi@thimessolutions.com

Hello,

We received a report from a rights owner concerning the authenticity of the products listed at the end of this email. We removed this content, but we may let you list these product(s) again if we receive a retraction of the complaint from the rights owner:

-- compliance.usa@tp-link.com

If the rights owner agrees to retract their complaint, they must send the retraction to us at notice-dispute@amazon.com.

If you believe that the reported content is authentic, you may email notice-dispute@amazon.com with proof of authenticity. This includes, but is not limited to, an invoice or Order ID.

We consider allegations of intellectual property infringement a serious matter. If we receive more complaints about your listings, we may not allow you to sell on Amazon.com.

To learn more about this policy, search for "Intellectual Property Violations" in Seller Central Help (https://sellercentral.amazon.com/gp/help/external/201361070).

ASIN: B01DXVK3KY
Infringement type: Counterfeit
Trademark asserted: 3175495
Complaint ID:  5145696941
[Quoted text hidden]

**Exhibit 9.1: June 9, 2018 Policy Warning**

 **Gmail**

Thimes <613ike@gmail.com>

**Notice: Policy Warning**

**notice@amazon.com** <notice@amazon.com>
To: avi@thimessolutions.com

Sat, Jun 9, 2018 at 11:13 AM

Hello,

We received a report from a rights owner concerning the authenticity of the products listed at the end of this email. We removed this content, but we may let you list these product(s) again if we receive a retraction of the complaint from the rights owner:

-- The Prevagen Compliance Team
-- prevagensales@prevagen.com

If the rights owner agrees to retract their complaint, they must send the retraction to us at notice-dispute@amazon.com.

If you believe that the reported content is authentic, you may email notice-dispute@amazon.com with proof of authenticity. This includes, but is not limited to, an invoice or Order ID.

We consider allegations of intellectual property infringement a serious matter. If we receive more complaints about your listings, we may not allow you to sell on Amazon.com.

To learn more about this policy, search for "Intellectual Property Violations" in Seller Central Help (https://sellercentral.amazon.com/gp/help/external/201361070).

ASIN: B01M6CEO2G
Infringement type: Counterfeit
Trademark asserted: 3349744
Complaint ID: 5124904881

You can learn more about your account health in the Performance section of Seller Central (https://sellercentral.amazon.com/gp/seller-rating/pages/performance-summary.html).

Sincerely,
Amazon.com

**Exhibit 9.2: June 10, 2018 Policy Warning**

 Gmail

Thimes <613ike@gmail.com>

**Notice: Policy Warning**

**notice@amazon.com** <notice@amazon.com>                                    Sun, Jun 10, 2018 at 6:20 PM
To: avi@thimessolutions.com

Hello,

We received a report from a rights owner concerning the authenticity of the products listed at the end of this email. We removed this content, but we may let you list these product(s) again if we receive a retraction of the complaint from the rights owner:

-- The Prevagen Compliance Team

-- prevagensales@prevagen.com

If the rights owner agrees to retract their complaint, they must send the retraction to us at notice-dispute@amazon.com.

If you believe that the reported content is authentic, you may email notice-dispute@amazon.com with proof of authenticity. This includes, but is not limited to, an invoice or Order ID.

We consider allegations of intellectual property infringement a serious matter. If we receive more complaints about your listings, we may not allow you to sell on Amazon.com.

To learn more about this policy, search for "Intellectual Property Violations" in Seller Central Help (https://sellercentral.amazon.com/gp/help/external/201361070).

ASIN: B00XQFE502
Infringement type: Counterfeit
Trademark asserted: 3349744
Complaint ID: 5126722241
[Quoted text hidden]

## Exhibit 10: June 18, 2018 Policy Warning

 **Gmail**

Thimes <613ike@gmail.com>

**Inquiry from Amazon customer Dakota Miller**
1 message

**Dakota Miller** <f8qh3rrtqj2315b@marketplace.amazon.com>
Reply-To: Dakota Miller <f8qh3rrtqj2315b@marketplace.amazon.com>
To: "613ike@gmail.com" <613ike@gmail.com>

Mon, Jun 18, 2018 at 12:32 PM

Dear Universal Goods and Sales,

Your Amazon seller name is not currently on our authorized list of Prevagen sellers, which we will be updating and sending to Amazon's copyright and legal departments by 11:30 am CST Tuesday, June 19th.  If you do not email or call us immediately at 608-827-8000 and identify your business name and legitimate source of our products, you will be subject to the appropriate penalties by Amazon's Seller Performance and legal/copyright team(s).

Since Amazon has informed us that all sellers are required to respond to account emails, if we do not hear from someone identifying your seller name and source of where you obtained our product, it will be assumed that your products are inauthentic and/or counterfeit and were not purchased legitimately. For these reasons, the first sale doctrine does not apply and immediate action will be taken against your Amazon selling account.

In order to prevent any further action against you, contact us immediately.  Call and ask for Dakota Miller at 608-827-8000 within 24 hours or inform Dakota Miller at [e-mail address removed]. No further warnings will be given before legal action is taken.

Regards,
Dakota J Miller
Director of Sales & Marketing
Quincy Bioscience / Prevagen, Inc
726 Heartland Trail
Suite 300
Madison, WI 53717
Phone:  608-827-8000


------------ End message ------------

For Your Information: To help arbitrate disputes and preserve trust and safety, we retain all messages buyers and sellers send through Amazon.com for two years.  This includes your response to the message above.  Amazon.com uses filtering technology to protect buyers and sellers from possible fraud.  Messages that fail this filtering will not be transmitted.

We want you to buy with confidence anytime you purchase products on Amazon.com. Learn more about Safe Online Shopping (http://www.amazon.com/gp/help/customer/display.html?nodeId=551434) and our safe buying guarantee (http://www.amazon.com/gp/help/customer/display.html?nodeId=537868).

If you believe this message is suspicious, please report it to us here: http://sellercentral.amazon.com/messaging/report?t=A03551881D5Q3AZACVL24&m=A03537912OGQWVBSHHDBP&c=A37ZPVORXSU93P&mp=ATVPDKIKX0DER&h=e18756ec62fb656f9fd3a626b748d3915578224a&s=1&b=1&CODE=AQ3467DE20SSMKE196T&code=AQ3467DE20SSMKE196T

To mark this message as no response needed, click here: http://www.amazon.com/gp/communication-manager/no-response-needed.html?msg=A03537912OGQWVBSHHDBP&code=AQ3467DE20SSMKE196T&d=1529339519617&mp=ATVPDKIKX0DER&v=1&t=e129209a7364e8d53fa5d8daf065dcf5ce8eadee

[commMgrTok:A03537912OGQWVBSHHDBP]

Was this email helpful?


https://sellercentral.amazon.com/gp/satisfaction/survey-form.html?ie=UTF8&HMDName=NotificationBusEmailHMD&customAttribute1Value=

**Exhibit 11.1: June 21, 2018 Policy Warning**

 **Gmail**                                                    **Thimes <613ike@gmail.com>**

---

**Notice: Policy Warning**

---

**notice@amazon.com** <notice@amazon.com>                            Thu, Jun 21, 2018 at 1:23 AM
To: avi@thimessolutions.com

Hello,

We received a report from a rights owner concerning the authenticity of the products listed at the end of this email. We removed this content, but we may let you list these product(s) again if we receive a retraction of the complaint from the rights owner:

-- prevagensales@prevagen.com

If the rights owner agrees to retract their complaint, they must send the retraction to us at notice-dispute@amazon.com.

If you believe that the reported content is authentic, you may email notice-dispute@amazon.com with proof of authenticity. This includes, but is not limited to, an invoice or Order ID.

We consider allegations of intellectual property infringement a serious matter. If we receive more complaints about your listings, we may not allow you to sell on Amazon.com.

To learn more about this policy, search for "Intellectual Property Violations" in Seller Central Help (https://sellercentral.amazon.com/gp/help/external/201361070).

ASIN: B01M6CEO2G
B00XQFE502
Infringement type: Counterfeit
Trademark asserted: 3349744
Complaint ID: 51.4441.0571

You can learn more about your account health in the Performance section of Seller Central (https://sellercentral.amazon.com/gp/seller-rating/pages/performance-summary.html).

Sincerely,
 Seller Performance Team,
Amazon.com

**Exhibit 11.2: June 23, 2018 Policy Warning**

 Gmail

Thimes <613ike@gmail.com>

**Notice: Policy Warning**

1 message

notice@amazon.com <notice@amazon.com>                                    Sat, Jun 23, 2018 at 3:32 AM
To: avi@thimessolutions.com

Hello,

We received a report from a rights owner concerning the authenticity of the products listed at the end of this email. We removed this content, but we may let you list these product(s) again if we receive a retraction of the complaint from the rights owner:

-- The Prevagen Compliance Team
-- prevagensales@prevagen.com

If the rights owner agrees to retract their complaint, they must send the retraction to us at notice-dispute@amazon.com.

If you believe that the reported content is authentic, you may email notice-dispute@amazon.com with proof of authenticity. This includes, but is not limited to, an invoice or Order ID.

We consider allegations of intellectual property infringement a serious matter. If we receive more complaints about your listings, we may not allow you to sell on Amazon.com.

To learn more about this policy, search for "Intellectual Property Violations" in Seller Central Help (https://sellercentral.amazon.com/gp/help/external/201361070).

ASIN: B01M6CEO2G
B00XQFE502
Infringement type: Counterfeit
Trademark asserted: 3349744
Complaint ID: 5150645091

You can learn more about your account health in the Performance section of Seller Central (https://sellercentral.amazon.com/gp/seller-rating/pages/performance-summary.html).

Sincerely,
Seller Performance Team
Amazon.com
http://www.amazon.com

**Exhibit 12: Emails between TSI and 3PM**

From: **Enforcement 3PM** <enforcement@3pm.ai>
Date: Thu, Aug 30, 2018 at 5:39 PM
Subject: Fwd:
To: <avi@thimessolutions.com>

Hello,

Thank you for the email. Please submit your response by clicking on the link below:

https://3pm.ai/sellerportal/login.php

password:  **ufw80VlQ**

We will review your submission once received.

Regards,

3PM Enforcement Team

From: **Avi Eisenberg** <avi@thimessolutions.com>
Date: Fri, Aug 24, 2018 at 12:57 AM
Subject:
To: <rob@3pm.ai>

Hi, I received a notice from Amazon that you complained about a
trademark infringement on dozens of ASINs, among them B072J8XD3D.

Please clarify what registered trademark for which you own the rights you
are alleging infringement. The email did not contain any registered
trademark information.

Please retract all IP complaints you have sent against the ASIN in question
or provide the basis for the claim.

Thank you.