IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK


THIMES SOLUTIONS INC.                    Case No: 19-4970

          Plaintiff,                    JUDGE:

vs.

TP-LINK USA CORPORATION, et al.,

          Defendants.

### PLAINTIFF'S CORPORATE  DISCLOSURE STATEMENT

Defendant Thimes Solutions Inc ("TSI") by and through its undersigned counsel, hereby files this disclosure statement as required by Rule 7.1 of the Federal Rules of Civil Procedure: CSC does not have a parent corporation, and no publicly-held corporation owns 10% or more of TSI's stock.


                         LAW OFFICES OF MARK SCHLACHET

Date: May 29, 2019


                         By:____/s/Mark Schlachet____
                         Mark Schlachet
                         3515 Severn Rd.
                         Cleveland, OH 44118
                         Telephone: (216) 225-7559
                         Fax: (216) 932-5390
                         Email: markschlachet@me.com


                         *Attorney for Plaintiff*