IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THIMES SOLUTIONS INC. | Case No: 19-4970 |
| Plaintiff, | JUDGE: |
| vs. | |
| TP-LINK USA CORPORATION, et al., | |
| Defendants. | |

**PLAINTIFF'S AMENDED CORPORATE DISCLOSURE STATEMENT**

Defendant Thimes Solutions Inc ("TSI") by and through its undersigned counsel, hereby files this disclosure statement as required by Rule 7.1 of the Federal Rules of Civil Procedure: TSI does not have a parent corporation, and no publicly-held corporation owns 10% or more of TSI's stock.

Date: May 29, 2019

LAW OFFICES OF MARK SCHLACHET

By: /s/Mark Schlachet
Mark Schlachet
3515 Severn Rd.
Cleveland, OH 44118
Telephone: (216) 225-7559
Fax: (216) 932-5390
Email: markschlachet@me.com

*Attorney for Plaintiff*