**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/26/2019

# Mark Schlachet, Esq.
3515 Severn Road
Cleveland, Ohio 44118
Tel:216-225-7559
FAX:216-932-5390
Email:markschlachet@me.com

Admitted: OH, NY

June 25, 2019

Valerie E. Caproni, United States
    District Judge for the Southern
    District of New York
40 Foley Square, Room 240
New York, New York 10007

Re: **Thimes Solutions Inc. v. TP Link USA Corporation, Case No. 19-cv-04970-VEC**

Dear Judge Caproni:

Undersigned is counsel to Plaintiff Thimes Solutions Inc. in the captioned matter.

Pursuant to Your Honor's Individual Practices 1.A. and C.. we request an adjournment of the initial case conference set for August 9, 2019 at 10:00 A.M..  This is the first request for adjournment  This matter was filed on May 29, 2019 and parties have cooperated in waiving service and establishing dates for responses to be filed, as to all but one defendant, prior to the initial case conference.

The reason for this request is the coincidence of Tisha B'Av, an important 25-hour fast day on Jewish calendar, Sunday,  August 11, 2019, following the Sabbath commencing at sunset on August 9, 2019.  Counsel is unable to travel back to his hometown on a Friday for fear of delay beyond sunset, is precluded from traveling on the Sabbath, and would be seriously inconvenienced if he had to remain in the City or its environs from August 9th through August 11th, only thereafter to return to his hometown.  Such a stay in the City over a Sabbath and fast day would require extensive logistics to accommodate various religious imperatives.

Undersigned is available, *inter alia,* on August 16 and 23, 2019 as an adjourned date for the initial case conference.  Co-counsel responding to our request for consent have consented

to the relief sought hereunder and have confirmed their availability for August 16 and 23; although, one defense counsel has a strong preference for the 16th and would greatly appreciate the Court's accommodation, if possible.

Thank you in advance for your consideration of this request. We are available to discuss this request at the Court's convenience.

>                                     Respectfully submitted,
>
>                                     /s/ Mark Schlachet
>
>                                     Mark Schlachet

cc: All Counsel (via email)

---

This application is DENIED. The Court expects this conference to conclude with ample time for counsel to return to his hometown. Counsel may, however, request an adjournment if the weather forecast creates a concern that he will be unable to return home in time for religious observances.

SO ORDERED.

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE
6/26/2019

---

2