AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| THIMES SOLUTIONS INC.<br>*Plaintiff*<br>v.<br>TP LINK USA CORPORATION, et al.<br>*Defendant* | )<br>)<br>)   Case No.   19-cv-04970<br>)<br>) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Mikhail J. Fikhman d/b/a Amazzia

Date:     06/27/2019

*Attorney's signature*

Patrick T. McPartland (PM-4225)
*Printed name and bar number*

LaRocca Hornik Rosen & Greenberg LLP
40 Wall Street, 32nd Floor
New York, NY  10005

*Address*

PMCPARTLAND@LHRGB.COM
*E-mail address*

(212) 530-4837
*Telephone number*

*FAX number*