AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| THIMES SOLUTIONS INC. | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Case No. 19-cv-04970 |
| TP LINK USA CORPORATION, et al. | ) |
| Defendant | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Mikhail J. Fikhman d/b/a Amazzia

Date: 06/27/2019

*Attorney's signature*

Jared E. Blumetti (JB-1214)
*Printed name and bar number*

LaRocca Hornik Rosen & Greenberg LLP
40 Wall Street, 32nd Floor
New York, NY 10005

*Address*

JBLUMETTI@LHRGB.COM
*E-mail address*

(212) 530-4831
*Telephone number*

*FAX number*