IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THIMES SOLUTIONS INC. | ) |
| | ) |
| Plaintiff, | ) Case No: 19-cv-04970-VEC |
| | ) |
| | ) NOTICE OF VOLUNTARY DISMISSAL |
| vs. | ) WITHOUT PREJUDICE |
| | ) |
| TP-LINK USA CORPORATION, et al., | ) |
| | ) |
| Defendants. | ) |

Plaintiff Thimes Solutions Inc., by counsel and pursuant to Civ.R. 41(a)(1)(A)(i) and (B), hereby voluntarily dismisses this action without prejudice as against 3PM Shield LLC only, while the action remains fully in force against all other defendants.

**LAW OFFICES OF
MARK SCHLACHET**

/s/Mark Schlachet_____
Mark Schlachet
3515 Severn Road
Cleveland, Ohio 44118
Telephone: (216) 225-7559
Facsimile: (216) 932-5390
markschlachet@me.com

***Attorney for Plaintiff***