AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| THIMES SOLUTIONS INC. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   19-cv-04970 |
| TP LINK USA CORPORATION, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Mikhail J. Fikhman d/b/a Amazzia and Auction Brothers, Inc. d/b/a Amazzia                                        .

Date:     07/03/2019

*Attorney's signature*

David N. Kittredge (DK-0324)
*Printed name and bar number*

LaRocca Hornik Rosen & Greenberg LLP
40 Wall Street, 32nd Floor
New York, NY  10005

*Address*

DKITTEDGE@LHRGB.COM
*E-mail address*

(212) 530-4833
*Telephone number*

*FAX number*