O'BRIEN LLP

900 THIRD AVENUE

18TH FLOOR

NEW YORK, NEW YORK 10022

212-729-9243

July 25, 2019

**VIA CM/ECF**

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

    Re: *Thimes Solutions Inc. v. TP Link USA Corporation, et al.,*
       Case No. 1:19-cv-04970

Dear Judge Caproni:

  This firm represents Defendant Prevagen, Inc. ("Prevagen"). We are writing, following consultation with and the consent of the Plaintiff Thimes Solutions Inc. ("Thimes"), to request a three-week adjournment of the date on which Prevagen must respond to the Amended Complaint. The present deadline is August 6, 2019, and we request an adjournment to August 27, 2019. This is the first request for an adjournment of this deadline.

  The reason for the request is that Prevagen has provided information to Thimes, subject only to sworn substantiation, demonstrating that a party or parties other than Prevagen were responsible for the communications with Amazon that underlie Thimes' claims against Prevagen, which information the parties believe is likely to lead to the dismissal of Thimes' claims against Prevagen. The parties seek to focus their energy and resources on that process over the coming weeks, and thus believe that an adjournment of the existing deadline is warranted.

  This request is not intended to defer the response date for any other defendant, nor to affect the timing of the August 9th Initial Pretrial Conference.

  We appreciate the Court's attention to this matter.

                Respectfully submitted,

                Sean R. O'Brien

cc: All Counsel (by CM/ECF)