UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THIMES SOLUTIONS INC., : X
:
        Plaintiff, :
: 1:19-cv-04970-VEC
    v. :
: **MOTION FOR ADMISSION**
TP LINK USA CORPORATION, : **PRO HAC VICE**
MIKHAIL J. FIKHMAN dba AMAZZIA, :
3PM SHIELD LLC, and PREVAGEN, INC. :
c/o CORPORATION SERVICE CO., :
:
        Defendants. : X

---

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Stephen R. Smerek moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for TP-LINK USA CORPORATION in the above-captioned action.

I am in good standing of the bars of the states of Massachusetts and California, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the Affidavit pursuant to Local Rule 1.3.

Dated: 8/2/2019

Respectfully Submitted,

/s/ Stephen R. Smerek
Stephen R. Smerek
WINSTON & STRAWN LLP
333 South Grand Avenue
Los Angeles, CA 90071
T: (213) 615-1735
F: (213) 615-1750
Email: ssmerek@winston.com

*Attorney for Defendant*
*TP-LINK USA CORPORATION*