UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THIMES SOLUTIONS INC.,            : X
                        Plaintiff,      :
                                :          1:19-cv-04970-VEC
          v.                         :
                                :      **AFFIDAVIT IN SUPPORT OF**
TP LINK USA CORPORATION,          :      **MOTION FOR ADMISSION PRO HAC**
MIKHAIL J. FIKHMAN dba AMAZZIA,   :      **VICE OF STEPHEN R. SMEREK**
3PM SHIELD LLC, and PREVAGEN, INC.:
c/o CORPORATION SERVICE CO.,      :
                        Defendants.      : X

---

       Stephen R. Smerek hereby states, pursuant to Local Rule 1.3(c), the following:

       1.     I am a partner with the law firm of Winston & Strawn LLP.

       2.     My office is located at 333 South Grand Avenue, 38th Floor, Los Angeles, California 90071.

       3.     I submit this Affidavit in support of my motion for admission to practice pro hac vice in the above-captioned matter.

       4.     As shown in the Certificates of Good Standing attached hereto, I am a member in good standing of the bars of the states of Massachusetts and California.

       5.     I have never been convicted of a felony, censured, suspended, disbarred, or denied admission or readmission by any court, and there are no pending disciplinary proceedings against me in any state or federal court.

       ///

       ///

6. I respectfully submit that I may be permitted to appear as counsel pro hac vice in the above-captioned case for Defendant TP-LINK USA CORPORATION.

Dated: 8/2/2019

Respectfully Submitted,

Stephen R. Smerek
WINSTON & STRAWN LLP
333 South Grand Avenue
Los Angeles, CA 90071
T: (213) 615-1735
F: (213) 615-1750
Email: ssmerek@winston.com

*Attorney for Defendant*
*TP-LINK USA CORPORATION*

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twenty-eighth** day of **June** A.D. **1994**, said Court being the highest Court of Record in said Commonwealth:

## Stephen Smerek

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **first** day of **August** in the year of our Lord **two thousand and nineteen.**

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.
X3116



# Supreme Court of California

**JORGE E. NAVARRETE**
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### STEPHEN ROBERT SMEREK

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that **STEPHEN ROBERT SMEREK, #208343,** was on the **2nd day of OCTOBER, 2000,** duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on the **29th day of JULY 2019.***

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
*Margarita Arroyo, Assistant Deputy Clerk*