IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THIMES SOLUTIONS INC. | ) |
| | ) |
| Plaintiff, | ) Case No: 19-cv-04970-VEC |
| | ) |
| | ) NOTICE OF VOLUNTARY DISMISSAL |
| vs. | ) WITHOUT PREJUDICE |
| | ) |
| TP-LINK USA CORPORATION, et al., | ) |
| | ) |
| Defendants. | ) |

Plaintiff Thimes Solutions Inc., by counsel and pursuant to Civ.R. 41(a)(1)(A)(i) and (B), hereby voluntarily dismisses this action without prejudice as against Mikhail Fikhman only, while the action remains fully in force against Auction Brothers, Inc., dba Amazzia.

**LAW OFFICES OF
MARK SCHLACHET**

/s/Mark Schlachet_____
Mark Schlachet
3515 Severn Road
Cleveland, Ohio 44118
Telephone: (216) 225-7559
Facsimile: (216) 932-5390
markschlachet@me.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE OF NOTICE OF DISMISSAL

      Undersigned counsel to Plaintiff Thimes Solutions Inc. hereby certifies that on July 6, 2019 all parties entitled to service via the Court's ECF system were served accordingly.

                                                /s/Mark Schlachet
                                                Mark Schlachet