| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 8/6/2019 |
|---|---|

THIMES SOLUTIONS INC.,

        Plaintiff,

v.

TP LINK USA CORPORATION,
MIKHAIL J. FIKHMAN dba AMAZZIA,
3PM SHIELD LLC, and PREVAGEN, INC.
c/o CORPORATION SERVICE CO.,

        Defendants.

1:19-cv-04970-VEC

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of Stephen R. Smerek, for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the states of Massachusetts and California; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name | Stephen R. Smerek |
| Firm Name | Winston and Strawn LLP |
| Address | 333 South Grand Avenue |
| City / State / Zip | Los Angeles, CA 90071 |
| Telephone / Fax | (213) 615-1735 / (213) 615-1750 |
| Email | SSmerek@winston.com |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for TP-LINK USA CORPORATION in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 8/6/2019

                                                VALERIE CAPRONI
                                                United States District Judge