# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **THIMES SOLUTIONS, INC.,**<br><br>　　Plaintiff,<br><br>v.<br><br>**TP-LINK USA CORPORATION,**<br>**AUCTION BROTHERS, INC.**<br>**dba AMAZZIA, and**<br>**PREVAGEN, INC.**<br><br>　　**Defendants.** | Case No. 1:19-cv-04970 (VEC) |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

1.　Defendant Prevagen, Inc. ("Prevagen") has presented Plaintiff with evidence that the complaints to Amazon.com attributed to Prevagen in the Complaint and First Amended Complaint were submitted to Amazon by an imposter in Prevagen's name. Accordingly, Plaintiff and Prevagen have settled their dispute, with no monetary payment to either party, and each party bearing their own costs and fees.

2.　Accordingly, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i), Plaintiff dismisses this action as against Prevagen in its entirety and without prejudice, while the action remains fully in force as against TP-Link USA Corporation and Auction Brothers, Inc. dba Amazzia.

Dated:  August 8, 2019.　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　By: /s/ Mark Schlachet

　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff Thimes Solutions Inc.*