UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
THIMES SOLUTIONS INC.,                                       :
                                                             :
                                        Plaintiff,           :
                                                             :
            -against-                                        :
                                                             :    19-CV-4970 (VEC)
                                                             :
TP LINK USA CORPORATION, MIKHAIL J                           :    ORDER
FIKHMAN dba AMAZZIA, 3PM SHIELD LLC,                         :
and PREVAGEN, INC. c/o CORPORATION                           :
SERVICE CO.                                                  :
                                                             :
                                        Defendants.          :
------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/14/2019

VALERIE CAPRONI, United States District Judge:

   WHEREAS on August 9, 2019, the parties appeared for a conference with this Court;

   IT IS HEREBY ORDERED THAT the Court will not enter a case management plan at this time. The deadlines for discovery and for Defendants to respond to the Complaint are STAYED pending a settlement conference with this case's assigned Magistrate Judge. No later than **one week** after the conclusion of the conference, the parties must submit a joint letter notifying the Court whether they were able to settle this case.

**SO ORDERED.**

Date: **August 14, 2019**
      **New York, New York**

                                         _____
                                              **VALERIE CAPRONI**
                                         **United States District Judge**