UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

THIMES SOLUTIONS INC.,                        :
                                              :
                                Plaintiff,    :
                                              :
            -against-                         :
                                              :
                                              :
TP LINK USA CORPORATION, MIKHAIL J            :
FIKHMAN dba AMAZZIA, 3PM SHIELD LLC,          :
and PREVAGEN, INC. c/o CORPORATION            :
SERVICE CO.                                   :
                                              :
                                Defendants.   :
------------------------------------------------------------X

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #:_____                │
│ DATE FILED: 8/14/2019                │
└─────────────────────────────────────┘
```

19-CV-4970 (VEC)

ORDER OF REFERENCE
TO A MAGISTRATE
JUGE

        The above entitled action is referred to Magistrate Judge Freeman for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:
    _____
    _____
    _____

    If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

_X_ Settlement

__ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g. dispositive motion, preliminary injunction)
    Purpose: _____

___ Habeas Corpus

___ Social Security

___ Dispositive Motions (i.e. motion requiring Report and Recommendation)
    Particular Motion: _____
    _____

    All such motions:  ____

**SO ORDERED.**

_____

**Date:  August 14, 2019**           **VALERIE CAPRONI**
**       New York, NY**              **United States District Judge**