

North America  Europe  Asia

333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071
T +1 213 615 1700
F +1 213 615 1750

**STEPHEN R. SMEREK**
Partner
(213) 615-1735
SSmerek@winston.com

October 23, 2019

<u>VIA ECF</u>

Magistrate Judge Debra C. Freeman
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 17A
New York, NY 10007

   Re: *Thimes Solutions Inc. v. TP-Link USA Corp., et al.*
     Case No. 19-cv-4970 (VEC) (S.D.N.Y)

Dear Judge Freeman:

  I am writing to alert the Court that after further communications, defendant TP-Link USA Corp. does not believe that mediation would be productive at this time and requests that the settlement conference scheduled for October 29, 2019 be taken off calendar.

  Following the telephonic conference last week, the parties exchanged further communications regarding their respective settlement positions. Based on those communications, TP-Link has come to realize that there is no avenue for a potential ongoing business solution to the present dispute and the gulf between the parties' assessment of the case at this juncture is too vast to overcome.

  Accordingly, under the circumstances, TP-Link respectfully requests that the mediation be taken off calendar and the matter be returned to the District Court to set a schedule for a response to the pending complaint.

           Sincerely,

           Stephen R. Smerek

cc: All Counsel (via ECF)