# Mark Schlachet, Esq.
3515 Severn Road
Cleveland, Ohio 44118
Tel:216-225-7559
FAX:216-932-5390
email: markschlachet@me.com

1249 East 35th Street                                  Admitted: OH, NY
Brooklyn, New York 11210


<u>**VIA CM/ECF**</u>

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

October 29, 2019


    Re: *Thimes Solutions Inc. v. TP Link USA Corporation, et al.,*
       <u>Case No. 1:19-cv-04970</u>

Dear Judge Caproni:

  Plaintiff Thimes Solutions, Inc. and Defendants TP Link USA Corporation and Auction Brothers Inc. submit this joint letter in satisfaction of the Court's Order of August14, 2019 (ECF No. 43), advising the Court that the parties were unable to settle the case.


            Respectfully submitted,

            /s/ Mark Schlachet

            Mark Schlachet


cc: All Counsel (ECF)