**MEMO ENDORSED**

**Mark Schlachet, Esq.**
**3515 Severn Road**
**Cleveland, Ohio 44118**
**Tel:216-225-7559**
**FAX:216-932-5390**
email: markschlachet@me.com

1249 East 35th Street                                          Admitted: OH, NY
Brooklyn, New York 11210

<br>

**VIA CM/ECF**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   11/4/2019
```

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

October 29, 2019

Re:   *Thimes Solutions Inc. v. TP Link USA Corporation, et al.,*
      Case No. 1:19-cv-04970

Dear Judge Caproni:

   Plaintiff Thimes Solutions, Inc. and Defendants TP Link USA Corporation and Auction Brothers Inc. submit this joint letter in satisfaction of the Court's Order of August 14, 2019 (ECF No. 43), advising the Court that the parties were unable to settle the case.

Respectfully submitted,

/s/ Mark Schlachet

Mark Schlachet

> The parties must appear for a conference on **December 6, 2019 at 10:00 a.m.**  The parties are directed to meet and confer and submit a joint letter and new proposed Case Management Plan by **November 29, 2019.**

cc: All Counsel (ECF)

SO ORDERED.

*[signature: Valerie Caproni]*

11/4/2019

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE