USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/06/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

THIMES SOLUTIONS INC.,

         Plaintiff,

-against-

         19-CV-4970 (VEC)

TP LINK USA CORPORATION, MIKHAIL J FIKHMAN dba AMAZZIA, 3PM SHIELD LLC, and PREVAGEN, INC. c/o CORPORATION SERVICE CO.

         ORDER

         Defendants.

-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

  WHEREAS on December 6, 2019, the parties appeared for a conference with this Court;

  WHEREAS Defendants argue the Court lacks personal jurisdiction for the reasons stated in *Careful Shopper, LLC v. TP-Link USA Corp.*, No. 18-CV-3019 (RJD) (E.D.N.Y. 2019) (Dkt. 40, Order on Motion to Dismiss);

  WHEREAS a related case, *TP Link USA Corp. v. Careful Shopper LLC et al.*, 19-CV-082 (JLS) is pending in the Central District of California;

  WHEREAS all parties consent to a transfer of this case to the Central District of California;

  IT IS HEREBY ORDERED THAT, pursuant to 28 U.S.C. § 1404(a), this case is immediately TRANSFERRED to the United States District Court for the Central District of California.

**SO ORDERED.**

Date: December 6, 2019
   New York, New York

                _____
                **VALERIE CAPRONI**
                **United States District Judge**