# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:19–cv–04970–VEC

| | |
|---|---|
| Thimes Solutions Inc. v. TP Link USA Corporation et al | Date Filed: 05/29/2019 |
| Assigned to: Judge Valerie E. Caproni | Date Terminated: 12/06/2019 |
| Referred to: Magistrate Judge Debra C. Freeman (Settlement) | Jury Demand: Plaintiff |
| Cause: 28:1332 Diversity Action | Nature of Suit: 360 P.I.: Other |
| | Jurisdiction: Diversity |

**Plaintiff**

**Thimes Solutions Inc.**     represented by     **Mark Schlachet**
Law Offices of Mark Schlachet
(216)–896–0714
Fax: (216)–514–6406
Email: markschlachet@me.com
*ATTORNEY TO BE NOTICED*


V.

**Defendant**

**TP Link USA Corporation**     represented by     **Stephen R. Smerek**
Foley & Lardner LLP
555 S. Flower St. Ste. 3300
90071
Los Angeles, CA 90071
213–972–4508
Fax: 213–486–0065
Email: ssmerek@winston.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**Defendant**

**Mikhail J Fikhman**     represented by     **Patrick Thomas McPartland**
*doing business as*
Amazzia
LaRocca Hornik Rosen & Greenberg LLP
40 Wall Street
32nd Floor
New York, NY 10005
212–530–4837
Email: pmcpartland@lhrgb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Nyce Kittredge**
LaRocca Hornik Rosen & Greenberg LLP
40 Wall Street
32nd Floor
New York, NY 10005
212–530–4833
Email: dkittredge@lhrgb.com

|  |  |
|---|---|
|  | *ATTORNEY TO BE NOTICED*<br><br>**Jared Evan Blumetti**<br>LaRocca Hornik Rosen & Greenberg LLP<br>40 Wall Street<br>32nd Floor<br>New York, NY 10005<br>212–530–4831<br>Email: jblumetti@lhrgb.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**3PM Shield LLC**
*TERMINATED: 07/03/2019*

**Defendant**

| | | |
|---|---|---|
| **Prevagen, Inc.** | represented by | **James C Ng**<br>O'Brien LLP<br>900 Third Avenue, 18th Floor<br>New York, NY 10022<br>(212)–729–9243<br>Fax: (646) 205–3071<br>Email: jng@obrienllp.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Auction Brothers Inc.**<br>*doing business as*<br>Amazzia | represented by | **David Nyce Kittredge**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 05/29/2019 | Ï 1 | COMPLAINT against 3PM Shield LLC, Mikhail Fikhman, Prevagen, Inc., TP–Link USA Corporation. (Filing Fee $ 400.00, Receipt Number ANYSDC–16976473)Document filed by Thimes Solutions Inc.. (Attachments: # 1 Exhibit Exhibits Accompanying Complaint)(Schlachet, Mark) (Entered: 05/29/2019) |
| 05/29/2019 | Ï 2 | CIVIL COVER SHEET filed. (Schlachet, Mark) (Entered: 05/29/2019) |
| 05/29/2019 | Ï 3 | **FILING ERROR – DEFICIENT PLEADING – SUMMONS REQUEST PDF ERROR –** REQUEST FOR ISSUANCE OF SUMMONS as to TP–Link USA Corporation; MikhaIL J. Fikhman dba AMAZZIA (2); 3PM Shield LLC; Prevagen, Inc., re: 1 Complaint,. Document filed by Thimes Solutions Inc.. (Attachments: # 1 Request for Summons #2, # 2 Request for Summons #3, # 3 Request for Summons #4, # 4 Request for Summons #5)(Schlachet, Mark) Modified on 5/30/2019 (pc). (Entered: 05/29/2019) |
| 05/29/2019 | Ï 4 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Thimes Solutions Inc..(Schlachet, Mark) (Entered: 05/29/2019) |
| 05/29/2019 | Ï 5 | AMENDED RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Thimes Solutions Inc..(Schlachet, Mark) (Entered: 05/29/2019) |
| 05/30/2019 | Ï | |

| | | |
|---|---|---|
| | | ***NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Mark Schlachet. The party information for the following party/parties has been modified: Mikhail Fikhman and TP–Link USA Corporation. The information for the party/parties has been modified for the following reason/reasons: party name contained a typographical error ; alias party name was omitted. (pc) (Entered: 05/30/2019) |
| 05/30/2019 | Ï | ***NOTICE TO ATTORNEY REGARDING CIVIL. CASE OPENING STATISTICAL ERROR CORRECTION: Notice to attorney Mark Schlachet. The following case opening statistical information was erroneously selected/entered: Dollar Demand $10,000,000;. The following correction(s) have been made to your case entry: the Dollar Demand has been modified to blank;. (pc) (Entered: 05/30/2019) |
| 05/30/2019 | Ï | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above–entitled action is assigned to Judge Valerie E. Caproni. Please download and review the Individual Practices of the assigned District Judge, located at http://nysd.uscourts.gov/judges/District. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at http://nysd.uscourts.gov/ecf_filing.php. (pc) (Entered: 05/30/2019) |
| 05/30/2019 | Ï | Magistrate Judge Debra C. Freeman is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: http://nysd.uscourts.gov/forms.php. (pc) (Entered: 05/30/2019) |
| 05/30/2019 | Ï | Case Designated ECF. (pc) (Entered: 05/30/2019) |
| 05/30/2019 | Ï | ***NOTICE TO ATTORNEY REGARDING DEFICIENT REQUEST FOR ISSUANCE OF SUMMONS. Notice to Attorney Mark Schlachet to RE–FILE Document No. 3 Request for Issuance of Summons,. The filing is deficient for the following reason(s): the PDF attached to the docket entry for the issuance of summons is not correct; Each summons must be filed separately. Or you can use one summons form and list each party on a separate rider.;. Re–file the document using the event type Request for Issuance of Summons found under the event list Service of Process – select the correct filer/filers – and attach the correct summons form PDF. (pc) (Entered: 05/30/2019) |
| 05/30/2019 | Ï 6 | FILING ERROR – DEFICIENT PLEADING – SUMMONS REQUEST PDF ERROR – REQUEST FOR ISSUANCE OF SUMMONS as to TP–Link USA Corporation, re: 1 Complaint,. Document filed by Thimes Solutions Inc.. (Schlachet, Mark) Modified on 5/31/2019 (dnh). (Entered: 05/30/2019) |
| 05/30/2019 | Ï 7 | FILING ERROR – DEFICIENT PLEADING – SUMMONS REQUEST PDF ERROR – REQUEST FOR ISSUANCE OF SUMMONS as to Mikhail Fikhman dba Amazzia, re: 1 Complaint,. Document filed by Thimes Solutions Inc.. (Schlachet, Mark) Modified on 5/31/2019 (dnh). (Entered: 05/30/2019) |
| 05/30/2019 | Ï 8 | FILING ERROR – DEFICIENT PLEADING – SUMMONS REQUEST PDF ERROR – REQUEST FOR ISSUANCE OF SUMMONS as to Mikhail J. Fikhman dba Amazzia, re: 1 Complaint,. Document filed by Thimes Solutions Inc.. (Schlachet, Mark) Modified on 5/31/2019 (dnh). (Entered: 05/30/2019) |
| 05/30/2019 | Ï 9 | FILING ERROR – DEFICIENT PLEADING – SUMMONS REQUEST PDF ERROR – REQUEST FOR ISSUANCE OF SUMMONS as to 3PM Shield LLC, re: 1 Complaint,. Document filed by Thimes Solutions Inc.. (Schlachet, Mark) Modified on 5/31/2019 (dnh). (Entered: 05/30/2019) |
| 05/30/2019 | Ï 10 | FILING ERROR – DEFICIENT PLEADING – SUMMONS REQUEST PDF ERROR – REQUEST FOR ISSUANCE OF SUMMONS as to Prevagen, Inc., re: 1 Complaint,. Document |

| | | |
|---|---|---|
| | | filed by Thimes Solutions Inc.. (Schlachet, Mark) Modified on 5/31/2019 (dnh). (Entered: 05/30/2019) |
| 05/31/2019 | ï | ***NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Mark Schlachet. The party information for the following party/parties has been modified: Mikhail Fikhman. The information for the party/parties has been modified for the following reason/reasons: party name contained a typographical error. (dnh)** (Entered: 05/31/2019) |
| 05/31/2019 | ï | ***NOTICE TO ATTORNEY REGARDING DEFICIENT REQUEST FOR ISSUANCE OF SUMMONS. Notice to Attorney Mark Schlachet to RE–FILE Document No. 7 Request for Issuance of Summons, 8 Request for Issuance of Summons, 6 Request for Issuance of Summons, 9 Request for Issuance of Summons, 10 Request for Issuance of Summons. The filing is deficient for the following reason(s): the PDF attached to the docket entry for the issuance of summons is not correct. The caption on the summons PDF must exactly match the caption on the pleading; the defendant name does not match the party of record. The defendant name listed in the 'To:' section of the PDF must exactly match the party of record. Re–file the document using the event type Request for Issuance of Summons found under the event list Service of Process – select the correct filer/filers – and attach the correct summons form PDF. (dnh)** (Entered: 05/31/2019) |
| 05/31/2019 | 11 | REQUEST FOR ISSUANCE OF SUMMONS as to TP Link USA Corporation, re: 1 Complaint,. Document filed by Thimes Solutions Inc.. (Schlachet, Mark) (Entered: 05/31/2019) |
| 05/31/2019 | 12 | REQUEST FOR ISSUANCE OF SUMMONS as to Mikhail J. Fikhman, re: 1 Complaint,. Document filed by Thimes Solutions Inc.. (Schlachet, Mark) (Entered: 05/31/2019) |
| 05/31/2019 | 13 | REQUEST FOR ISSUANCE OF SUMMONS as to Mikhail J. Fikhman, re: 1 Complaint,. Document filed by Thimes Solutions Inc.. (Schlachet, Mark) (Entered: 05/31/2019) |
| 05/31/2019 | 14 | REQUEST FOR ISSUANCE OF SUMMONS as to Prevagen, Inc., re: 1 Complaint,. Document filed by Thimes Solutions Inc.. (Schlachet, Mark) (Entered: 05/31/2019) |
| 05/31/2019 | 15 | REQUEST FOR ISSUANCE OF SUMMONS as to 3PM Shield, Inc., re: 1 Complaint,. Document filed by Thimes Solutions Inc.. (Schlachet, Mark) (Entered: 05/31/2019) |
| 06/03/2019 | 16 | ELECTRONIC SUMMONS ISSUED as to TP Link USA Corporation. (dnh) (Entered: 06/03/2019) |
| 06/03/2019 | 17 | ELECTRONIC SUMMONS ISSUED as to Mikhail J Fikhman. (dnh) (Entered: 06/03/2019) |
| 06/03/2019 | 18 | ELECTRONIC SUMMONS ISSUED as to Mikhail J Fikhman. (dnh) (Entered: 06/03/2019) |
| 06/03/2019 | 19 | ELECTRONIC SUMMONS ISSUED as to Prevagen, Inc.. (dnh) (Entered: 06/03/2019) |
| 06/03/2019 | 20 | ELECTRONIC SUMMONS ISSUED as to 3PM Shield LLC. (dnh) (Entered: 06/03/2019) |
| 06/19/2019 | 21 | NOTICE OF INITIAL PRETRIAL CONFERENCE: Counsel for all parties are directed to appear before the undersigned for an Initial Pretrial Conference ("IPTC") in accordance with Rule 16 of the Federal Rules of Civil Procedure on August 9, 2019, at 10:00 a.m. in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007. (as further set forth in this Order). SO ORDERED. Initial Conference set for 8/9/2019 at 10:00 AM in Courtroom 443, 40 Centre Street, New York, NY 10007 before Judge Valerie E. Caproni. (Signed by Judge Valerie E. Caproni on 6/19/2019) (kv) (Entered: 06/19/2019) |
| 06/20/2019 | 22 | WAIVER OF SERVICE RETURNED EXECUTED. TP Link USA Corporation waiver sent on 6/6/2019, answer due 8/5/2019. Document filed by Thimes Solutions Inc.. (Schlachet, Mark) (Entered: 06/20/2019) |

| | | |
|---|---|---|
| 06/21/2019 | 23 | WAIVER OF SERVICE RETURNED EXECUTED. Prevagen, Inc. waiver sent on 6/6/2019, answer due 8/5/2019. Document filed by Thimes Solutions Inc.. (Schlachet, Mark) (Entered: 06/21/2019) |
| 06/24/2019 | 24 | WAIVER OF SERVICE RETURNED EXECUTED. Mikhail J Fikhman waiver sent on 6/24/2019, answer due 8/23/2019. Document filed by Thimes Solutions Inc.. (Schlachet, Mark) (Entered: 06/24/2019) |
| 06/25/2019 | 25 | WAIVER OF SERVICE RETURNED EXECUTED. 3PM Shield LLC waiver sent on 6/6/2019, answer due 8/5/2019. Document filed by Thimes Solutions Inc.. (Schlachet, Mark) (Entered: 06/25/2019) |
| 06/25/2019 | 26 | LETTER MOTION to Adjourn Conference *set for August 9, 2019* addressed to Judge Valerie E. Caproni from Mark Schlachet dated 6/25/2019. Document filed by Thimes Solutions Inc..(Schlachet, Mark) (Entered: 06/25/2019) |
| 06/26/2019 | 27 | ORDER denying 26 LETTER MOTION to Adjourn Conference set for August 9, 2019. This application is DENIED. The Court expects this conference to conclude with ample time for counsel to return to his hometown. Counsel may, however, request an adjournment if the weather forecast creates a concern that he will be unable to return home in time for religious observances. SO ORDERED. (Signed by Judge Valerie E. Caproni on 6/26/2019) (jca) (Entered: 06/26/2019) |
| 06/27/2019 | 28 | NOTICE OF APPEARANCE by Patrick Thomas McPartland on behalf of Mikhail J Fikhman. (McPartland, Patrick) (Entered: 06/27/2019) |
| 06/27/2019 | 29 | NOTICE OF APPEARANCE by Jared Evan Blumetti on behalf of Mikhail J Fikhman. (Blumetti, Jared) (Entered: 06/27/2019) |
| 06/27/2019 | 30 | NOTICE OF VOLUNTARY DISMISSAL pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) and or their counsel(s), hereby give notice that the above−captioned action is voluntarily dismissed, without prejudice and without costs against the defendant(s) 3PM Shield LLC. Document filed by Thimes Solutions Inc.. **Proposed document to be reviewed and processed by Clerk's Office staff (No action required by chambers).**. (Schlachet, Mark) (Entered: 06/27/2019) |
| 06/27/2019 |  | **\*\*\*NOTICE TO COURT REGARDING NOTICE OF VOLUNTARY DISMISSAL Document No. 30 Notice of Voluntary Dismissal was reviewed and referred to Judge Valerie E. Caproni for approval for the following reason(s): the plaintiff(s) filed their voluntary dismissal and it did not dismiss all of the parties or the action in its entirety. (dt)** (Entered: 06/27/2019) |
| 07/01/2019 | 31 | **FILING ERROR − PDF ERROR −** AMENDED COMPLAINT amending 1 Complaint, against Mikhail J Fikhman, Prevagen, Inc., TP Link USA Corporation, Auction Brothers Inc. with JURY DEMAND.Document filed by Thimes Solutions Inc.. Related document: 1 Complaint,. (Attachments: # 1 Exhibit Exhibits Accompanying Amended Complaint)(Schlachet, Mark) Modified on 7/2/2019 (jgo). (Entered: 07/01/2019) |
| 07/02/2019 |  | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT PLEADING. Notice to Attorney Mark Schlachet to RE−FILE Document No. 31 Amended Complaint,. The filing is deficient for the following reason(s): the PDF case captionn must list all of the parties and may not contain 'et al'. Re−file the pleading using the event type Amended Complaint found under the event list Complaints and Other Initiating Documents − attach the correct signed PDF − select the individually named filer/filers − select the individually named party/parties the pleading is against. (jgo)** (Entered: 07/02/2019) |
| 07/02/2019 | 32 | AMENDED COMPLAINT amending 1 Complaint, against Auction Brothers Inc., Mikhail J Fikhman, Prevagen, Inc., TP Link USA Corporation with JURY DEMAND.Document filed by |

| | | |
|---|---|---|
| | | Thimes Solutions Inc.. Related document: 1 Complaint,. (Attachments: # 1 Exhibits Accompanying Amended Complaint)(Schlachet, Mark) (Entered: 07/02/2019) |
| 07/03/2019 | Ï | ***NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Mark Schlachet. The party information for the following party/parties has been modified: Auction Brothers Inc. The information for the party/parties has been modified for the following reason/reasons: alias party name was omitted;. (jgo)** (Entered: 07/03/2019) |
| 07/03/2019 | 33 | NOTICE OF APPEARANCE by David Nyce Kittredge on behalf of Auction Brothers Inc., Mikhail J Fikhman. (Kittredge, David) (Entered: 07/03/2019) |
| 07/10/2019 | 34 | WAIVER OF SERVICE RETURNED EXECUTED. Auction Brothers Inc. waiver sent on 7/2/2019, answer due 9/3/2019. Document filed by Thimes Solutions Inc.. (Schlachet, Mark) (Entered: 07/10/2019) |
| 07/25/2019 | 35 | JOINT LETTER MOTION for Extension of Time to File Response/Reply addressed to Judge Valerie E. Caproni from Sean R. O'Brien dated July 25, 2019. Document filed by Prevagen, Inc..(Ng, James) (Entered: 07/25/2019) |
| 07/26/2019 | 36 | ORDER: granting 35 Letter Motion for Extension of Time to File Response/Reply. The deadline for all Defendants to answer or move to dismiss the Amended Complaint is extended to August 27, 2019. SO ORDERED. (Signed by Judge Valerie E. Caproni on 7/26/2019) (ama) (Entered: 07/26/2019) |
| 07/26/2019 | Ï | Set/Reset Deadlines: Auction Brothers Inc. answer due 8/27/2019; Mikhail J Fikhman answer due 8/27/2019; Prevagen, Inc. answer due 8/27/2019; TP Link USA Corporation answer due 8/27/2019. (ama) (Entered: 07/26/2019) |
| 07/31/2019 | 37 | PRE–CONFERENCE STATEMENT *per ECF No. 21*. Document filed by Thimes Solutions Inc..(Schlachet, Mark) (Entered: 07/31/2019) |
| 07/31/2019 | 38 | PROPOSED CASE MANAGEMENT PLAN. Document filed by Thimes Solutions Inc.. (Schlachet, Mark) (Entered: 07/31/2019) |
| 08/05/2019 | 39 | MOTION for Stephen R. Smerek to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–17374236. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by TP Link USA Corporation. (Attachments: # 1 Affidavit of Stephen Smerek (with Certificates of Good Standing), # 2 Text of Proposed Order)(Smerek, Stephen) (Entered: 08/05/2019) |
| 08/05/2019 | Ï | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 39 MOTION for Stephen R. Smerek to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–17374236. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 08/05/2019) |
| 08/06/2019 | 40 | NOTICE OF VOLUNTARY DISMISSAL pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) and or their counsel(s), hereby give notice that the above–captioned action is voluntarily dismissed, without prejudice and without costs against the defendant(s) Mikhail J Fikhman. Document filed by Thimes Solutions Inc.. **Proposed document to be reviewed and processed by Clerk's Office staff (No action required by chambers).**. (Schlachet, Mark) (Entered: 08/06/2019) |
| 08/06/2019 | Ï | ***NOTICE TO COURT REGARDING NOTICE OF VOLUNTARY DISMISSAL Document No. 40 Notice of Voluntary Dismissal was reviewed and referred to Judge Valerie E. Caproni for approval for the following reason(s): the plaintiff(s) filed their voluntary dismissal and it did not dismiss all of the parties or the action in its entirety. (dt)** (Entered: |

| | | |
|---|---|---|
| | | 08/06/2019) |
| 08/06/2019 | 41 | ORDER FOR ADMISSION PRO HAC VICE: granting 39 Motion for Stephen R. Smerek to Appear Pro Hac Vice. (Signed by Judge Valerie E. Caproni on 8/06/2019) (ama) (Entered: 08/06/2019) |
| 08/08/2019 | 42 | NOTICE OF VOLUNTARY DISMISSAL pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) and or their counsel(s), hereby give notice that the above−captioned action is voluntarily dismissed, without prejudice and without costs against the defendant(s) Prevagen, Inc.. Document filed by Thimes Solutions Inc.. **Proposed document to be reviewed and processed by Clerk's Office staff (No action required by chambers).**. (Schlachet, Mark) (Entered: 08/08/2019) |
| 08/08/2019 | Ï | ***NOTICE TO COURT REGARDING NOTICE OF VOLUNTARY DISMISSAL Document No. 42 Notice of Voluntary Dismissal was reviewed and referred to Judge Valerie E. Caproni for approval for the following reason(s): the plaintiff(s) filed their voluntary dismissal and it did not dismiss all of the parties or the action in its entirety. (km)** (Entered: 08/08/2019) |
| 08/09/2019 | Ï | Minute Entry for proceedings held before Judge Valerie E. Caproni: Initial Pretrial Conference held on 8/9/2019. (anc) (Entered: 08/09/2019) |
| 08/14/2019 | 43 | ORDER: IT IS HEREBY ORDERED THAT the Court will not enter a case management plan at this time. The deadlines for discovery and for Defendants to respond to the Complaint are STAYED pending a settlement conference with this case's assigned Magistrate Judge. No later than one week after the conclusion of the conference, the parties must submit a joint letter notifying the Court whether they were able to settle this case. (Signed by Judge Valerie E. Caproni on 8/14/2019) (rj) (Entered: 08/15/2019) |
| 08/14/2019 | 44 | ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for Settlement. Referred to Magistrate Judge Debra C. Freeman. SO ORDERED. (Signed by Judge Valerie E. Caproni on 8/14/19) (yv) (Entered: 08/15/2019) |
| 08/30/2019 | Ï | Set/Reset Hearings: Telephone Conference scheduled for 9/6/2019 at 02:00 PM before Magistrate Judge Debra C. Freeman. (aba) (Entered: 08/30/2019) |
| 09/06/2019 | Ï | Minute Entry for proceedings held before Magistrate Judge Debra C. Freeman: Settlement Conference held via telephone on 9/6/2019, ( Telephone Conference set for 9/18/2019 at 12:00 PM before Magistrate Judge Debra C. Freeman). (aba) (Entered: 09/09/2019) |
| 09/10/2019 | Ï | Minute Entry. Settlement Conference set for 10/29/2019 at 02:00 PM in Courtroom 17A, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Debra C. Freeman. (aba) (Entered: 09/10/2019) |
| 09/18/2019 | Ï | Minute Entry for proceedings held before Magistrate Judge Debra C. Freeman: Settlement Conference held via telephone on 9/18/2019, ( Telephone Conference set for 10/16/2019 at 10:30 AM before Magistrate Judge Debra C. Freeman). (aba) (Entered: 09/19/2019) |
| 10/16/2019 | Ï | Minute Entry for proceedings held before Magistrate Judge Debra C. Freeman: Settlement Conference held via telephone on 10/16/2019, ( Settlement Conference rescheduled for 10/29/2019 at 02:00 PM in Courtroom 17A, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Debra C. Freeman). (aba) (Entered: 11/05/2019) |
| 10/23/2019 | 45 | LETTER MOTION to Reopen */ Return Case to District Court Judge Caproni* addressed to Magistrate Judge Debra C. Freeman from Stephen R. Smerek dated 10/23/2019. Document filed by TP Link USA Corporation.(Smerek, Stephen) (Entered: 10/23/2019) |

| | | |
|---|---|---|
| 10/25/2019 | 46 | ORDER granting 45 Letter Motion to Reopen, to the extent the motion seeks the cancellation of the in−person settlement conference scheduled for 10/29/19. In light of the representations in counsel's letter, combined with the statements made by counsel during an earlier telephone conference with this Court, this Court concludes that an in−person settlement conference would not be productive at this time, and the conference is therefore adjourned without date. Within one week of the date of this Order, the parties are directed to provide Judge Caproni with the status letter required by her Order of August 14, 2019 (Dkt. 43). Further, no later than 90 days from the date of this Order, the parties are directed to provide this Court with an update as to the potential for settlement. (HEREBY ORDERED by Magistrate Judge Debra Freeman)(Text Only Order) (Freeman, Debra) (Entered: 10/25/2019) |
| 10/28/2019 | 47 | NOTICE of Failure to Settle Case in Mediation re: 44 Order Referring Case to Magistrate Judge,. Document filed by Thimes Solutions Inc.. (Schlachet, Mark) (Entered: 10/28/2019) |
| 11/04/2019 | 48 | MEMO ENDORSEMENT on re: 47 Notice (Other) filed by Thimes Solutions Inc. ENDORSEMENT: The parties must appear for a conference on December 6, 2019 at 10:00 a.m. The parties are directed to meet and confer and submit a joint letter and new proposed Case Management Plan by November 29, 2019. SO ORDERED. (Status Conference set for 12/6/2019 at 10:00 AM before Judge Valerie E. Caproni.) (Signed by Judge Valerie E. Caproni on 11/4/2019) (jca) (Entered: 11/04/2019) |
| 11/27/2019 | 49 | LETTER addressed to Judge Valerie E. Caproni from Mark Schlachet dated 11/25/2019 re: Joint CMC Letter. Document filed by Thimes Solutions Inc.. (Attachments: # 1 Case Management Plan, # 2 Memorandum & Order on Personal and Subject Matter Jurisdiction)(Schlachet, Mark) (Entered: 11/27/2019) |
| 12/02/2019 | | NOTICE of Hearing: Please be advised that the hearing currently scheduled for Friday, December 6, 2019, will be held in Courtroom 15C at 500 Pearl Street. (anc) (Entered: 12/02/2019) |
| 12/06/2019 | | Minute Entry for proceedings held before Judge Valerie E. Caproni: Status Conference held on 12/6/2019. (anc) (Entered: 12/06/2019) |
| 12/06/2019 | 50 | ORDER: IT IS HEREBY ORDERED THAT, pursuant to 28 U.S.C. § 1404(a), this case is immediately TRANSFERRED to the United States District Court for the Central District of California. SO ORDERED. (Signed by Judge Valerie E. Caproni on 12/06/2019) (ama) (Entered: 12/06/2019) |
| 12/06/2019 | | CASE TRANSFERRED OUT ELECTRONICALLY from the U.S.D.C. Southern District of New York to the United States District Court – District of Central District of California (ama) (Entered: 12/06/2019) |