Stephen R. Smerek (State Bar No. 208343)
email:  ssmerek@foley.com
**FOLEY & LARDNER LLP**
555 South Flower Street, Suite 3300
Los Angeles, CA 90071-2411
Telephone:  213-972-4500
Facsimile:   213-486-0065

Attorneys for TP LINK USA CORPORATION

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| THIMES SOLUTIONS INC., <br><br>         Plaintiffs, <br><br>     v. <br><br> TP LINK USA CORPORATION, et al. <br><br>         Defendants. | Case No:  2:19-cv-10374-PA (Ex) <br><br> **TP LINK USA CORPORATION'S NOTICE OF INTERESTED PARTIES** <br><br> Courtroom:  9A |

4846-3896-7214.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant TP-Link USA Corporation ("TP-Link USA") hereby discloses that TP-Link USA is a subsidiary of TP-Link UK Limited, a corporation organized under the laws of the United Kingdom. No publicly held corporation owns 10% or more of TP-Link USA's stock.

Pursuant to Civil L.R. 7.1.1, the undersigned, counsel of record for TP-Link USA, certifies that the following listed party may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

- TP-Link USA Corporation

Dated: December 16, 2019

/s/ *Stephen R. Smerek*
Stephen R. Smerek
**FOLEY & LARDNER LLP**

**Attorneys for TP LINK USA CORPORATION**

1

4846-3896-7214.1