NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Andrew M. Cummings, Esq., SBN 305081
BURKHALTER KESSLER CLEMENT GEORGE LLP
2020 Main Street, Suite 600
Irvine, CA 92614
Phone: 949.975.7500

ATTORNEY(S) FOR: Defendant Auctions Brothers, Inc. dba Amazzia

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

THIMES SOLUTIONS INC.

Plaintiff(s),

v.

TP LINK USA CORPORATION, et al.

Defendant(s)

CASE NUMBER:

2:19-cv-10374-PA-(Ex)

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Auction Brothers, Inc. dba Amazzia or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Auction Brothers, Inc. dba Amazzia | Defendant |

Additionally, pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Auction Brothers, Inc. dba Amazzia certifies that it has no parent corporation and that no publicly-held corporation owns 10% or more of its stock.

December 17, 2019
Date

/s/ Andrew M. Cummings, Esq.
Signature

Attorney of record for (or name of party appearing in pro per):

Andrew M. Cummings, Esq.

3

# CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 17, 2019.

BURKHALTER KESSLER CLEMENT & GEORGE LLP

*/s/ Andrew M. Cummings*
Andrew M. Cummings (CA SBN 305081)
