BURKHALTER KESSLER CLEMENT & GEORGE LLP
Alton G. Burkhalter, Esq., SBN 119594
E-mail: aburkhalter@bkcglaw.com
Andrew M. Cummings, Esq., SBN 305081
E-mail: acummings@bkcglaw.com
2020 Main Street, Suite 600
Irvine, California 92614
Telephone: (949) 975-7500
Facsimile: (949) 975-7501

Attorneys for Defendant Auction Brothers, Inc. dba Amazzia

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| THIMES SOLUTIONS INC.<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>TP-LINK USA CORPORATION, MIKHAIL FIKHMAN DBA AMAZZIA, PREVAGEN, INC.<br><br>　　　　Defendants.<br><br>　And<br><br>AUCTION BROTHERS, INC. DBA AMAZZIA<br>c/o MIKHAIL J. FINKHAM, Registered Agent<br>19528 Ventura Blvd.<br>Tarzana, CA 91356-2917 | CASE NO. 2:19-cv-10374-PA-Ex<br><br>Assigned For All Purposes To:<br>Honorable Percy Anderson<br>Courtroom: 9A<br><br>**DEFENDANT AUCTION BROTHERS, INC. dba AMAZZIA'S NOTICE OF JOINDER IN TP-LINK USA CORPORATION'S RESPONSE TO PLAINTIFF'S NOTICE OF RELATED CASES (DKT. 68)** |

**TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:**

Pursuant to L.R. 83-1.3.3, Defendant Auction Brothers, Inc. dba Amazzia ("Amazzia") submits this statement in response to Plaintiff Thimes Solutions Inc.'s ("Thimes" or "Plaintiff") Notice of Related Civil Cases (Docket No. 65).

PLEASE TAKE NOTICE that Amazzia hereby joins in and adopts in full Defendant TP-Link USA Corporation's Response to Plaintiff's Notice of Related Cases (Docket No. 68).

This Joinder serves the interests of justice and judicial economy, as the statement in response applies equally to defendant Amazzia's position in response to Plaintiff's Notice of Related Civil Cases.

For the foregoing reasons, Amazzia respectfully requests that the present case not be reassigned or otherwise consolidated or coordinated with the *Careful Shopper* Case.

Dated:  December 17, 2019         BURKHALTER KESSLER
                                  CLEMENT & GEORGE LLP


                                  By: */s/ Andrew M. Cummings*
                                      Alton G. Burkhalter, Esq.
                                      Andrew M. Cummings, Esq.
                                      Attorneys for Defendant Auction Brothers, Inc. dba Amazzia

# CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 17, 2019.

BURKHALTER KESSLER CLEMENT & GEORGE LLP

*/s/ Andrew M. Cummings*
Andrew M. Cummings (CA SBN 305081)