UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Thimes Solutions Inc. | | CASE NUMBER |
| | PLAINTIFF(S) | 2:19-cv-10374 PA (Ex) |
| v. | | |
| TP Link USA Corporation et al | | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 19-03 (RELATED CASES) |
| | DEFENDANT(S). | |

**CONSENT**

**TRANSFER ORDER DECLINED**

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 19-03.

_____     _____
Date                                           United States District Judge

**DECLINATION**

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

These cases involve different facts relating to different sellers of products bearing Defendant's marks. Although there is some overlap of the legal theories advanced by counsel and the alleged business practices of third-party Defendant Auction Bros., Inc. and of non-party Amazon.com, Inc., this overlap is insufficient to result in the judicial economy that warrants related case treatment.

January 3, 2020                               Josephine L. Staton
Date                                                 United States District Judge

**REASON FOR TRANSFER AS INDICATED BY COUNSEL**

Case  8:19-cv-00082 JLS (KESx)  and the present case:

☐ A. Arise from the same or closely related transactions, happenings or events; or
☑ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☑ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

**NOTICE TO COUNSEL FROM CLERK**

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____ to Magistrate Judge _____ .

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge, so that the case number will read _____ . This is very important because the documents are routed to the assigned judges by means of these initials

**TRANSFER ORDER DECLINED**

cc: ☐ *Previous Judge*   ☐ *Statistics Clerk*

CV-34 (03/19)            ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 19-03  (Related Cases)