Name and address

Mark Schlachet
9511 Collins Ave., Ste. 605
Surfside, FL 33154

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Thimes Solutions Inc. | CASE NUMBER |
|---|---|
| | **2:19-cv-10374-PA-E** |
| v. Plaintiff(s) | |
| TP-Link USA Corporation, et al | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Schlachet, Mark of

*Applicant's Name (Last Name, First Name & Middle Initial)*

216-225-7559            216-932-5390

*Telephone Number*        *Fax Number*

markschlachet@me.com

*E-Mail Address*

Law Offices of Mark Schlachet
3515 Severn Road
Cleveland, Ohio 44118

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Thimes Solutions Inc.

*Name(s) of Party(ies) Represented*   ☒ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Christoper J. Hammond, Esq. of

*Designee's Name (Last Name, First Name & Middle Initial)*

150025            866-625-2529            866-463-9285

*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

info@bizlawpro.com

*E-Mail Address*

Christopher J. Hammond (SBN 150024)
LA Law Group, APLC
21540 Prairie Street, Unit A
Chatsworth, CA 91311
Tel: (866)625-2529 Fax: (866)463-9285

*Firm/Agency Name & Address*

## HEREBY ORDERS THAT the Application be:

☐ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated** _____        _____

**U.S. District Judge/U.S. Magistrate Judge**