Name and address:

Mark Schlachet
9511 Collins Ave., Ste. 605
Surfside, FL 33154

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Thimes Solutions Inc. | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:19-cv-10374-PA-E |
| v. | |
| TP-Link USA Corporation, et al | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s). | |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Schlachet, Mark
*Applicant's Name (Last Name, First Name & Middle Initial)*

216-225-7559    216-932-5390
*Telephone Number*    *Fax Number*

markschlachet@me.com
*E-Mail Address*

of

Law Offices of Mark Schlachet
3515 Severn Road
Cleveland, Ohio 44118

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Thimes Solutions Inc.

*Name(s) of Party(ies) Represented*    [x] Plaintiff(s)  [ ] Defendant(s)  [ ] Other:

**and designating as Local Counsel**

Christoper J. Hammond, Esq.
*Designee's Name (Last Name, First Name & Middle Initial)*

150025    866-625-2529    866-463-9285
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

info@bizlawpro.com
*E-Mail Address*

of

Christopher J. Hammond (SBN 150024)
LA Law Group, APLC
21540 Prairie Street, Unit A
Chatsworth, CA 91311
Tel: (866)625-2529 Fax: (866)463-9285

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

[x] **GRANTED.**

[ ] **DENIED:** [ ] for failure to pay the required fee.
    [ ] for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
    [ ] for failure to complete Application: _____
    [ ] pursuant to L.R. 83-2.1.3.2: [ ] Applicant resides in California; [ ] previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    [ ] pursuant to L.R. 83-2.1.3.4; Local Counsel: [ ] is not member of Bar of this Court; [ ] does not maintain office in District.
    [ ] because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: [ ] be refunded [ ] not be refunded.

Dated  January 10, 2020

_____
U.S. District Judge/U.S. Magistrate Judge