**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THIMES SOLUTIONS, INC. <br><br> Plaintiff, <br><br> v. <br><br> TP-LINK USA CORPORATION, et al . <br><br> Defendants. | CASE NO. CV 19-10374 PA <br><br><br> REQUEST FOR INCLUSION ON ECF LIST OF NOTICE PARTIES |

Plaintiff Thimes Solutions, Inc. through its counsel, hereby requests that the Clerk include Avi Eisenberg on the list of those entities entitled to receive electronic service of all ECF notices, documents, papers and the like herein filed, at the following email address: avi@thimessolutions.com

        Respectfully submitted,

        /s/Mark Schlachet_____
        Mark Schlachet
        3515 Severn Road
        Cleveland, Ohio 44118
        Telephone: (216) 225-7559
        Facsimile: (216) 932-5390
        Email:markschlachet@me.com

        Counsel to Plaintiff Thimes Solutions Inc.