Stephen R. Smerek (State Bar No. 208343)
email: ssmerek@foley.com
Tiffany Kim Sung (State Bar No. 323077)
email: tsung@foley.com
**FOLEY & LARDNER LLP**
555 South Flower Street, Suite 3300
Los Angeles, CA 90071-2411
Telephone: 213-972-4500
Facsimile: 213-486-0065

*Attorneys for Defendant*
TP LINK USA CORPORATION

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| THIMES SOLUTIONS INC., <br><br> Plaintiffs, <br><br> v. <br><br> TP LINK USA CORPORATION, et al. <br><br> Defendants. | Case No: 2:19-cv-10374-PA (Ex) <br><br> **JOINT STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT (DKT. 78)** |

4835-6214-5458.3

Plaintiff Thimes Solutions Inc. ("Plaintiff") and Defendants TP-Link USA Corporation and Auction Brothers, Inc. d/b/a Amazzia (collectively, the "Parties") hereby jointly stipulate, and respectfully request this Court to order, that the time for Defendants to respond to the Second Amended Complaint (Dkt. 78) shall be extended by ten (10) days from January 27, 2020 to February 6, 2020.

As grounds for this stipulation and request for a short extension of time, the Parties state as follows:

(1) The present case was transferred from the U.S. District Court for the Southern District of New York on December 6, 2019 and received and docketed in this Court on December 10, 2019; and

(2) On January 7, 2020, the Court dismissed the First Amended Complaint sua sponte for failure to plead facts sufficient to establish complete diversity, granting Plaintiff leave to amend to establish federal subject matter jurisdiction (Dkt. 73); and

(3) On January 13, 2020, Plaintiff filed the Second Amended Complaint, amending the jurisdictional allegations and adding new California state law and federal claims not included in the prior pleadings (Dkt. 78); and

(4) Defendants need a brief extension of time to evaluate and respond to the new state and federal law claims included for the first time in the Second Amended Complaint; and

(5) No scheduling order has been entered; no discovery cutoff date, trial date, or other dates have been set; and the brief ten (10) day extension will not otherwise impede progress of the litigation.

The Parties previously requested and received an extension of time to respond to the First Amended Complaint filed in the Southern District of New York, and the case was ultimately stayed pending court-ordered mediation, before it was transferred to this District. Defendants have not previously requested, or been granted, any extension of time to respond to the Second Amended Complaint.

A Proposed Order is filed herewith.

DATED: January 23, 2020    **FOLEY & LARDNER LLP**

<u>/s/ Stephen R Smerek</u>
Stephen R Smerek
Tiffany Kim Sung
FOLEY & LARDNER LLP
*Attorneys for Defendant*
*TP Link USA Corporation*


**BURKHALTER KESSLER CLEMENT AND GEORGE LLP**

<u>/s/ Andrew Michael Cummings</u>
Andrew Michael Cummings
Alton G Burkhalter
Daniel J Kessler
BURKHALTER KESSLER CLEMENT AND GEORGE LLP
*Attorneys for Defendant*
*Auction Brother, Inc. d/b/a Amazzia*


**LAW OFFICE OF MARK SCHLACHET**

<u>/s/ Mark Schlachet</u>
Mark Schlachet
LAW OFFICE OF MARK SCHLACHET
Christopher J Hammond
LA LAW GROUP APLC
*Attorney for Plaintiff*
*Thimes Solutions Inc.*

4835-6214-5458.3

JOINT STIPULATION TO EXTEND TIME TO
RESPOND TO SECOND AMENDED COMPLAINT
Case No: 2:19-cv-10374-PA (Ex)