1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| THIMES SOLUTIONS INC., | **Case No:  2:19-cv-10374-PA (Ex)** |
| *Plaintiff,* | |
| v. | [PROPOSED] **ORDER** |
| TP LINK USA CORPORATION, et al. | |
| *Defendants.* | |

1       Before the Court is the Joint Stipulation of the parties to extend the time for

2 Defendants to respond to the Second Amended Complaint (Dkt. 78) by ten (10) days,

3 from January 27, 2020 to February 6, 2020.

4       Upon consideration of the Joint Stipulation, and for the reasons set forth therein, it

5 is hereby ORDERED that Defendants shall have until February 6, 2020 to respond to the

6 Second Amended Complaint.

7       IT IS SO ORDERED.

8

9

10

11       DATED: _____  _____

12                                        PERCY ANDERSON

13                                        UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                   ORDER RE JOINT STIPULATION TO EXTEND TIME TO
                                       RESPOND TO SECOND AMENDED COMPLAINT
                                       Case No:  2:19-cv-10374-PA (Ex)