1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| THIMES SOLUTIONS INC., | Case No: 2:19-cv-10374-PA (Ex) |
|---|---|
| *Plaintiff,* | **ORDER** |
| v. | |
| TP LINK USA CORPORATION, et al. | |
| *Defendants.* | |

Before the Court is the Joint Stipulation of the parties to extend the time for Defendants to respond to the Second Amended Complaint (Dkt. 78) by ten (10) days, from January 27, 2020 to February 6, 2020.

Upon consideration of the Joint Stipulation, and for the reasons set forth therein, it is hereby ORDERED that Defendants shall have until February 6, 2020 to respond to the Second Amended Complaint.

IT IS SO ORDERED.

DATED: January 23, 2020

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE