Mark Schlachet (OSB 0009881) [Admitted PHV]
markschlachet@me.com
3515 Severn Road
Cleveland, Ohio 44118
Tel: (216)225-7559 Fax: (216)932-5390

*Attorney for Defendants*

Christopher J. Hammond (SBN 150024)
chammond@bizlawpro.com
21540 Prairie Street, Unit A Chatsworth, CA 91311
Tel: (866)625-2529 Fax: (866)463-9285

*Local Counsel for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THIMES SOLUTIONS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>TP-LINK USA CORPORATION, et al<br><br>Defendants. | Case No.: **CASE NO. CV 19-10374 PA**<br><br>**NOTICE TO HON. COURT OF TWO PARTIES DIMISSAL WITHOUT PREJUDICE PRIOR TO TRANSFER** |

Plaintiff Thimes Solutions, Inc. dba Universal Goods & Sales ("TSI"), hereby gives notice that certain parties to this litigation, to wit: Mikhail J Fikhman and Prevagen, Inc.. were dismissed *without prejudice* prior to the transfer of this case from the United States District Court for the Southern District of New York to this Honorable Court.  Such dismissal are recorded at ECF Nos. 40 and 42 on the Court's docket sheet.

**LAW OFFICE OF MARK SCHLACHET**

/s/ *Mark Schlachet*
Mark Schlachet (admitted PHV)
3515 Severn Road
Cleveland, OH 44118
Telephone: (216) 225-7559
Facsimile: (216) 932-5390 Email:
markschlachet@me.com

*Attorney for Plaintiff Thimes Solutions Inc.*

**LA LAW GROUP, APLC**
/s/ *Christopher J. Hammond* Christopher J. Hammond (SBN 150024) 21540 Prairie Street, Unit A Chatsworth, CA 91311
Telephone: (866) 625-2529
Facsimile: (866) 463-9285
Email: chammond@bizlawpro.com

*Attorney for Plaintiff Thimes Solutions Inc.*

### CERTIFICATE OF SERVICE OF NOTICE

Undersigned counsel to Plaintiff Thimes Solutions Inc. hereby certifies that on January 24, 2020 all parties entitled to service via the Court's ECF system were served accordingly.

/s/Mark Schlachet_____
Mark Schlachet