Mark Schlachet (OSB 0009881) [Admitted PHV]
markschlachet@me.com
3515 Severn Road
Cleveland, Ohio 44118
Tel: (216)225-7559 Fax: (216)932-5390
*Attorney for Defendants*

Christopher J. Hammond (SBN 150024)
chammond@bizlawpro.com
21540 Prairie Street, Unit A Chatsworth, CA 91311
Tel: (866)625-2529 Fax: (866)463-9285
*Local Counsel for Defendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISON

| | |
|---|---|
| THIMES SOLUTIONS, INC.<br>        Plaintiff,<br><br>vs.<br><br>TP-LINK USA CORPORATION, et al<br>        Defendant | CASE NO.: **CV 19-10374 PA**<br><br>**DECLARATION OF MARK SCHLACHET IN SUPPORT OF MEMORANDUM OF THIMES SOLUTIONS INC. IN OPPOSITION TO DEFENDANTS' JOINT NOTICE OF MOTION AND MOTION TO DISMISS AND/OR STRIKE SECOND AMENDED COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>**Hearing Date: March 9, 2020**<br>**Hearing Time: 1:30 p.m.**<br>**Courtroom:     9A**<br>**SAC FILED:    JANUARY 13, 2020** |

DECLARATION OF MARK SCHLACHET IN SUPPORT OF MEMORANDUM
IN OPPOSITION TO JOINT NOTICE OF MOTION AND MOTION TO DISMISS AND/OR STRIKE SECOND
AMENDED COMPLAINT

Case No.: CV 19-10374 PA

## DECLARATION OF MARK SCHLACHET

I, Mark Schlachet, hereby declare as follows:

1. I submit this Declaration in support of Memorandum of Thimes Solutions Inc. in Opposition to Defendants' Joint Notice of Motion and Motion To Dismiss and/or Strike Second Amended Complaint; Memorandum of Points and Authorities in Support thereof. I am attorney at law admitted pro hac vice to practice before this Court in the captioned case. I submit this Declaration based upon my personal knowledge and, if called a witness, could and would testify to the matters set forth within.

2. Exhibit 1 hereto is a true and accurate copy of Defendant William Fikhman's Notice of Motion and Motion to Dismiss Third Amended Complaint; Memorandum of Points and Authorities, submitted in Vivo Per Lei, Inc., a Nevada corporation v. Gadi Bruchim, an individual, William Fikhman, an individual, et al, CV11- 05169GW (CDCA 2011), filed December 6, 2012.

3. Exhibit 2 hereto is a true and accurate copy of Amazon Expert Chris McCabe's Declaration in *Johnson v. John Does,* Case No. 18-00689, ECF 34 (E.D. VA filed January 10, 2019.

1

DECLARATION OF MARK SCHLACHET IN SUPPORT OF MEMORANDUM
IN OPPOSITION TO JOINT NOTICE OF MOTION AND MOTION TO DISMISS AND/OR STRIKE SECOND
AMENDED COMPLAINT

Case No.: CV 19-10374 PA

4. Exhibit 3 hereto is a true and accurate copy of a Transcript of Proceedings of May 23, 2019 in *Eternity Mart, Inc. v. Nature's Sources, LLC* 1:19-cv-02436 (N.D. IL filed April 10, 2019).

5. Exhibit 4 hereto is a true and accurate copy of a Transcript of Motions Hearing of January 18, 2019 in *Johnson v. Incopro*, Inc. et al, 1:18-cv-00689 (E.D. VA).

6. Exhibit 5 hereto is a true and accurate copy of defendant Auction Brothers, Inc. dba Amazzia's Amazon Seller Profile on amazon.com. I retrieved this document on January 21, 2020 at . at https://www.amazon.com/sp?seller=A3T9U6F3CBS77R.

7. Exhibit 6 hereto is a true and accurate copy of defendant Amazzia's online seller rating posted by Marketplace Rating, an online blog and Amazon seller database, stating Amazzia's Amazon rank 7,639[th] vis-à-vis Amazon FBA sales operations.  I retrieved this document on February 9, 2020 at https://www.marketplacerating.com/amazon/usa/amazzia

8. Exhibit 7 hereto is a true and accurate copy of an advertisement on Amazzia's LinkedIn site, at https://www.linkedin.com/jobs/view/1673721891/, soliciting applicants

2

DECLARATION OF MARK SCHLACHET IN SUPPORT OF MEMORANDUM
IN OPPOSITION TO JOINT NOTICE OF MOTION AND MOTION TO DISMISS AND/OR STRIKE SECOND AMENDED COMPLAINT
Case No.: CV 19-10374 PA

for a marketing position.  I retrieved this document from the said website on January 21, 2020.

9. Exhibit 8 hereto is a true and accurate copy of a page from Amazon Seller Central recording a posting in February 2018 advising that most account reviews conclude within 30 days, but Amazon retains discretion to extend that time frame in its discretion.  I retrieved this page on February 10, 2020.  https://sellercentral.amazon.com/forums/t/how-long-does-it-take-for-amazon-to-review-your-seller-account/206457/2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 14, 2020, at Surfside, Florida.

/s/ Mark Schlachet (admitted PHV)
Mark Schlachet
**LAW OFFICE OF MARK SCHLACHET**
3515 Severn Road
Cleveland, Ohio 44118
Telephone: (216) 225-7559
Facsimile: (216) 932-5390
markschlachet@me.com

3

DECLARATION OF MARK SCHLACHET IN SUPPORT OF MEMORANDUM
IN OPPOSITION TO JOINT NOTICE OF MOTION AND MOTION TO DISMISS AND/OR STRIKE SECOND AMENDED COMPLAINT

Case No.: CV 19-10374 PA