Mark Schlachet (OSB 0009881) [Admitted PHV]
markschlachet@me.com
3515 Severn Road
Cleveland, Ohio 44118
Tel: (216)225-7559 Fax: (216)932-5390
*Attorney for Defendants*

Christopher J. Hammond (SBN 150024)
chammond@bizlawpro.com
21540 Prairie Street, Unit A Chatsworth, CA 91311
Tel: (866)625-2529 Fax: (866)463-9285
*Local Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THIMES SOLUTIONS INC. | **CASE NO. CV 19-10374 PA** |
| Plaintiff, | |
| vs. | **REQUEST FOR INCLUSION ON ECF LIST OF NOTICE PARTIES** |
| TP-LINK USA CORPORATION, et al | |
| Defendants. | |

Plaintiff Thimes Solutions, Inc. through its counsel, hereby requests that the

Clerk include Avi Eisenberg on the list of those entities entitled to receive

1

electronic service of all ECF notices, documents, papers and the like herein filed, at the following email address: avi@thimessolutions.com

**LAW OFFICE OF MARK SCHLACHET**
/s/ *Mark Schlachet*
Mark Schlachet (admitted PHV)
3515 Severn Road
Cleveland, OH 44118
Telephone: (216) 225-7559
Facsimile: (216) 932-5390 Email: markschlachet@me.com
*Attorney for Plaintiff Thimes Solutions Inc.*

**LA LAW GROUP, APLC**
/s/ *Christopher J. Hammond* Christopher J. Hammond (SBN 150024) 21540 Prairie Street, Unit A Chatsworth, CA 91311
Telephone: (866) 625-2529
Facsimile: (866) 463-9285
Email: chammond@bizlawpro.com
*Attorney for Plaintiff Thimes Solutions Inc.*

**CERTIFICATE OF SERVICE OF REQUEST FOR NOTICES**

Undersigned counsel to Plaintiff Thimes Solutions Inc. hereby certifies that on February 19, 2020 all parties entitled to service via the Court's ECF system were served accordingly.

/s/Mark Schlachet_____
Mark Schlachet