# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THIMES SOLUTIONS INC.<br><br>Plaintiff(s),<br><br>v.<br><br>TP LINK USA CORPORATION, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:19−cv−10374−PA−E<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   2/19/2020

Document Number(s):   91

Title of Document(s):   Request for Inclusion on ECF List of Notice Parties

**ERROR(S) WITH DOCUMENT:**

A Notice of Appearance can be filed to add an attorney. If attorney is out−of−state, then an Application to Appear Pro Hac Vice (Form G−64) should be filed.

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: March 6, 2020         By:  /s/ *Margo Mead  margo_mead@cacd.uscourts.gov*
                                  Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

G−112A(05/19) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS