Mark Schlachet (OSB 0009881) [Admitted PHV]
markschlachet@me.com
3515 Severn Road
Cleveland, Ohio 44118
Tel: (216)225-7559 Fax: (216)932-5390
*Attorney for Plaintiff Thimes Solutions Inc.*

Christopher J. Hammond (SBN 150024)
chammond@bizlawpro.com
21540 Prairie Street, Unit A Chatsworth, CA 91311
Tel: (866)625-2529 Fax: (866)463-9285
*Local Counsel Plaintiff Thimes Solutions Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| THIMES SOLUTIONS, INC.<br>Plaintiff,<br><br>vs.<br><br>TP-LINK USA CORPORATION, et al<br>Defendant | CASE NO.: **CV 19-10374 PA**<br><br>**DECLARATION OF AVRAHAM EISENBERG IN SUPPORT OF MEMORANDUM OF THIMES SOLUTIONS INC. IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT FOLLOWING COURT'S RULE 12(d) CONVERSION (ECF 99) OF DEFENDANTS' JOINT NOTICE OF MOTION AND MOTION TO DISMISS AND/OR STRIKE SECOND AMENDED COMPLAINT**<br><br>**Hearing Date:  None**<br><br>**SAC FILED:   JANUARY 13, 2020** |

**I, Avraham Eisenberg, hereby declare as follows:**

1.  I submit this Declaration in support of Memorandum of Thimes Solutions Inc. in Opposition to Defendants' Motion for Summary Judgment Following the Court's Rule 12(d) Conversion (ECF 99) of Defendants' Joint Notice of Motion and Motion to Dismiss and/or Strike Second Amended Complaint.

2.  I am the Chief Executive Officer of plaintiff Thimes Solutions Inc. ("TSI").

3.  TSI was an Amazon third-party seller from approximately November 21, 2016 until August 7, 2018.

4.  On or about January 19, 2018 I received the first of 27 Notices of Policy Warnings from Amazon, advising that TP-Link USA Corporation had accused TSI of listing counterfeit TP-Link products on the Amazon platform.

5.  Exhibit 1 hereto is a compilation of true and accurate copies of the 27 policy warnings aforesaid, each one indicating a "counterfeit" specification made by TP-Link.  I have highlighted the word "counterfeit" on each document for the court's convenience.  All policy

DECLARATION OF AVRAHAM EISENBERG IN SUPPORT OF MEMORANDUM
IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

warnings were received directly from Amazon, downloaded and retained by TSI as of their respective dates, in the ordinary course of business, and retrieved and consolidated by my attorney for introduction herein as Exhibit 1.

6.  TSI did not receive a copy of any of the actual IP complaints lodged by TP-Link with Amazon and I have never seen one.

7.  TSI was suspended as an Amazon third-party seller in May 2018.

8.  TSI was expelled as an Amazon third-party seller on or about August 7, 2018.

9.  From TSI's inception through its expulsion, TSI was domiciled in New York and all of its operations were located in New York.

10. On March 13, 2020 I visited a website, known as Internet Archive, from which to access archived Amazon policy statements, specifically: http://web.archive.org/web/20171208015828/https://sellercentral.amazon.com/gp/help/external/201361070  This website is known to me as a source of authentic Amazon policy statements which, I am advised, courts have accepted as a source of evidence of archived versions of website materials. See e.g., *GoPets Ltd. v. Hise,* 657 F.3d 1024, 1028 (9th Cir. 2011).  I downloaded "Seller Central intellectual property

DECLARATION OF AVRAHAM EISENBERG IN SUPPORT OF MEMORANDUM
IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

rights," containing a discussion of Amazon policies related to "counterfeit" listings and sales on amazon.com as such policies existed as of December 8, 2017.  Exhibit 2 hereto is a true and accurate copy of said "Seller Central intellectual property rights," which I downloaded from the internet and present herein as Exhibit 2.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March ⎯19⎯, 2020, at ⎯⎯⎯Suffern⎯⎯⎯, New York

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Avraham Eisenberg

DECLARATION OF AVRAHAM EISENBERG IN SUPPORT OF MEMORANDUM
IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

## EXHIBITS TO DECLARATION OF AVRAHAM EISENBERG

1. Exhibit 1: Compilation of true and accurate copies of Notices of Policy Warnings from Amazon, advising that TP-Link USA Corporation had accused TSI of listing counterfeit TP-Link products on the Amazon platform. ................................................................................................ X-2

2. Exhibit 2: True and accurate copy of "Seller Central intellectual property rights" from the Internet Archive which were used to access archived Amazon policy statements containing a discussion of Amazon policies related to "counterfeit" listings and sales on amazon.com as such policies existed as of December 8, 2017................................................................ X-30

# EXHIBIT 1

Compilation of true and accurate copies of Notices of Policy Warnings from Amazon, advising that TP-Link USA Corporation had accused TSI of listing counterfeit TP-Link products on the Amazon platform.



Thimes <613ike@gmail.com>

## Warning: Notice of Intellectual Property Rights Infringement

**seller-evaluation@amazon.com** <seller-evaluation@amazon.com>
Reply-To: "seller-evaluation+C3CWBKYI0CKLY3-T1SYKNXRR1PS41@amazon.com" <seller-evaluation+C3CWBKYI0CKLY3-T1SYKNXRR1PS41@amazon.com>
To: "avi@thimessolutions.com" <avi@thimessolutions.com>

Fri, Jan 19, 2018 at 4:33 PM

Hello,

We are contacting you because we received a report from a rights owner that you are listing counterfeit items. Examples of these items are listed below:

ASIN: B01DXVK3KY, TP-Link AC5400 Wireless Wi-Fi MU-MIMO Tri-Band Router - Powerful Wi-Fi for Gaming and 4K Streaming, Comprehensive Antivirus and Security, Works with Alexa and IFTTT (Archer C5400)

We may let you list this content again if we receive a retraction from the rights owner. Their contact information can be found below.

TP-Link, ,Compliance
us-compliance@tp-link.com

If the rights owner agrees to retract their complaint, they must send the retraction to us at notice-dispute@amazon.com. If you believe that the reported content does not infringe the rights ownerâ€™s intellectual property rights, you may email notice-dispute@amazon.com with supporting information.

We consider allegations of intellectual property infringement a serious matter and your account is under review. If we receive more complaints about your listings, we may not allow you to sell on Amazon.com.

To learn more about this policy, search for "Intellectual Property Violations" in Seller Central Help.

Complaint ID: 1359628881

Sincerely,

**Exhibit 1 to Declaration of Avraham Eisenberg p. 1**

X-3

                                                                    **Thimes <613ike@gmail.com>**

---

**Warning: Notice of Intellectual Property Rights Infringement**
1 message

---

**seller-evaluation@amazon.com** <seller-evaluation@amazon.com>                 Sun, Jan 21, 2018 at 7:19 AM
Reply-To: "seller-evaluation+C3CWBKYI0CKLY3-T2LANXYP8CMFGL@amazon.com" <seller-
evaluation+C3CWBKYI0CKLY3-T2LANXYP8CMFGL@amazon.com>
To: "avi@thimessolutions.com" <avi@thimessolutions.com>

Hello,

We are contacting you because we received a report from a rights owner that you are listing ==counterfeit== items. Examples of these items are listed below:

ASIN: B01DXVK3KY, TP-Link AC5400 Wireless Wi-Fi MU-MIMO Tri-Band Router - Powerful Wi-Fi for Gaming and 4K Streaming, Comprehensive Antivirus and Security, Works with Alexa and IFTTT (Archer C5400)

We may let you list this content again if we receive a retraction from the rights owner. Their contact information can be found below.

TP-Link, ,Compliance
us-compliance@tp-link.com

If the rights owner agrees to retract their complaint, they must send the retraction to us at notice-dispute@amazon.com. If you believe that the reported content does not infringe the rights owner's intellectual property rights, you may email notice-dispute@amazon.com with supporting information.

We consider allegations of intellectual property infringement a serious matter and your account is under review. If we receive more complaints about your listings, we may not allow you to sell on Amazon.com.

To learn more about this policy, search for "Intellectual Property Violations" in Seller Central Help.

Complaint ID: 1363959931

Sincerely,

**Exhibit 1 to Declaration of Avraham Eisenberg p. 2**

X-4



Thimes <613ike@gmail.com>

**Warning: Notice of Intellectual Property Rights Infringement**

seller-evaluation@amazon.com <seller-evaluation@amazon.com>                    Fri, Jan 26, 2018 at 8:34 AM
Reply-To: "seller-evaluation+C3CWBKYI0CKLY3-T31G0G8RXBM2BK@amazon.com" <seller-
evaluation+C3CWBKYI0CKLY3-T31G0G8RXBM2BK@amazon.com>
To: "avi@thimessolutions.com" <avi@thimessolutions.com>

Hello,

We are contacting you because we received a report from a rights owner that you are listing counterfeit items. Examples
of these items are listed below:

ASIN: B01DXVK3KY, TP-Link AC5400 Wireless Wi-Fi MU-MIMO Tri-Band Router - Powerful Wi-Fi for Gaming and 4K
Streaming, Comprehensive Antivirus and Security, Works with Alexa and IFTTT (Archer C5400)

We may let you list this content again if we receive a retraction from the rights owner. Their contact information can be
found below.

TP-Link, ,Compliance
us-compliance@tp-link.com

If the rights owner agrees to retract their complaint, they must send the retraction to us at notice-dispute@amazon.com.
If you believe that the reported content does not infringe the rights owner's intellectual property rights, you may email
notice-dispute@amazon.com with supporting information.

We consider allegations of intellectual property infringement a serious matter and your account is under review. If we
receive more complaints about your listings, we may not allow you to sell on Amazon.com.

To learn more about this policy, search for "Intellectual Property Violations" in Seller Central Help.

Complaint ID: 1380553801

Sincerely,

**Exhibit 1 to Declaration of Avraham Eisenberg p. 3**

 Gmail

**Thimes <613ike@gmail.com>**

### Warning: Notice of Intellectual Property Rights Infringement

seller-evaluation@amazon.com <seller-evaluation@amazon.com>          Wed, Feb 14, 2018 at 8:30 PM
Reply-To: "seller-evaluation+C3SBHORTZ8Q10M-T2U1UF9PNXLTKS@amazon.com" <seller-
evaluation+C3SBHORTZ8Q10M-T2U1UF9PNXLTKS@amazon.com>
To: "avi@thimessolutions.com" <avi@thimessolutions.com>

Hello,

We are contacting you because we received a report from a rights owner that you are listing counterfeit items. Examples
of these items are listed below:

ASIN: B01DXVK3KY, TP-Link AC5400 Wireless Wi-Fi MU-MIMO Tri-Band Router - Powerful Wi-Fi for Gaming and 4K
Streaming, Comprehensive Antivirus and Security, Works with Alexa and IFTTT (Archer C5400)

We may let you list this content again if we receive a retraction from the rights owner. Their contact information can be
found below.

TP-Link, ,Compliance
compliance-us@tp-link.com

If the rights owner agrees to retract their complaint, they must send the retraction to us at notice-dispute@amazon.com.
If you believe that the reported content does not infringe the rights owner's intellectual property rights, you may email
notice-dispute@amazon.com with supporting information.

We consider allegations of intellectual property infringement a serious matter and your account is under review. If we
receive more complaints about your listings, we may not allow you to sell on Amazon.com.

To learn more about this policy, search for "Intellectual Property Violations" in Seller Central Help.

Complaint ID: 1439628811

Sincerely,
Amazon.com

**Exhibit 1 to Declaration of Avraham Eisenberg p. 4**



**Thimes <613ike@gmail.com>**

---

### Warning: Notice of Intellectual Property Rights Infringement

**seller-evaluation@amazon.com** <seller-evaluation@amazon.com>
Reply-To: "seller-evaluation+C3SBHORTZ8Q10M-TOO1DSIGEZ3AY@amazon.com" <seller-evaluation+C3SBHORTZ8Q10M-TOO1DSIGEZ3AY@amazon.com>
To: "avi@thimessolutions.com" <avi@thimessolutions.com>

Wed, Feb 21, 2018 at 9:27 AM

Hello,

We are contacting you because we received a report from a rights owner that you are listing counterfeit items. Examples of these items are listed below:

ASIN: B01DXVK3KY, TP-Link AC5400 Wireless Wi-Fi MU-MIMO Tri-Band Router - Powerful Wi-Fi for Gaming and 4K Streaming, Comprehensive Antivirus and Security, Works with Alexa and IFTTT (Archer C5400)

We may let you list this content again if we receive a retraction from the rights owner. Their contact information can be found below.

TP-Link, ,Compliance
compliance-us@tp-link.com

If the rights owner agrees to retract their complaint, they must send the retraction to us at notice-dispute@amazon.com. If you believe that the reported content does not infringe the rights owner's intellectual property rights, you may email notice-dispute@amazon.com with supporting information.

We consider allegations of intellectual property infringement a serious matter and your account is under review. If we receive more complaints about your listings, we may not allow you to sell on Amazon.com.

To learn more about this policy, search for "Intellectual Property Violations" in Seller Central Help.

Complaint ID: 1457717051

Sincerely,

**Exhibit 1 to Declaration of Avraham Eisenberg p. 5**

X-7

 **Gmail**

Thimes <613ike@gmail.com>

## Warning: Notice of Intellectual Property Rights Infringement

**seller-evaluation@amazon.com** <seller-evaluation@amazon.com>     Fri, Mar 2, 2018 at 1:23 PM
Reply-To: "seller-evaluation+C3SBHORTZ8Q10M-T28C8YA67FNHPY@amazon.com" <seller-
evaluation+C3SBHORTZ8Q10M-T28C8YA67FNHPY@amazon.com>
To: "avi@thimessolutions.com" <avi@thimessolutions.com>

Hello,

We are contacting you because we received a report from a rights owner that you are listing counterfeit items. Examples
of these items are listed below:

ASIN: B01DXVK3KY, TP-Link AC5400 Wireless Wi-Fi MU-MIMO Tri-Band Router - Powerful Wi-Fi for Gaming and 4K
Streaming, Comprehensive Antivirus and Security, Works with Alexa and IFTTT (Archer C5400)

We may let you list this content again if we receive a retraction from the rights owner. Their contact information can be
found below.

TP-Link, ,Compliance
compliance-us@tp-link.com

If the rights owner agrees to retract their complaint, they must send the retraction to us at notice-dispute@amazon.com.
If you believe that the reported content does not infringe the rights owner's intellectual property rights, you may email
notice-dispute@amazon.com with supporting information.

We consider allegations of intellectual property infringement a serious matter and your account is under review. If we
receive more complaints about your listings, we may not allow you to sell on Amazon.com.

To learn more about this policy, search for "Intellectual Property Violations" in Seller Central Help.

Complaint ID: 1485794361

Sincerely,

**Exhibit 1 to Declaration of Avraham Eisenberg p. 6**

X-8

 Gmail

Thimes <613ike@gmail.com>

**Warning: Notice of Intellectual Property Rights Infringement**

seller-evaluation@amazon.com <seller-evaluation@amazon.com>          Sat, Mar 3, 2018 at 12:25 PM
Reply-To: "seller-evaluation+C3SBHORTZ8Q10M-T1TGU5BNQJZY2J@amazon.com" <seller-
evaluation+C3SBHORTZ8Q10M-T1TGU5BNQJZY2J@amazon.com>
To: "avi@thimessolutions.com" <avi@thimessolutions.com>

Hello,

We are contacting you because we received a report from a rights owner that you are listing counterfeit items. Examples of these items are listed below:

ASIN: B01DXVK3KY, TP-Link AC5400 Wireless Wi-Fi MU-MIMO Tri-Band Router - Powerful Wi-Fi for Gaming and 4K Streaming, Comprehensive Antivirus and Security, Works with Alexa and IFTTT (Archer C5400)

We may let you list this content again if we receive a retraction from the rights owner. Their contact information can be found below.

TP-Link, ,Compliance
compliance-us@tp-link.com

If the rights owner agrees to retract their complaint, they must send the retraction to us at notice-dispute@amazon.com. If you believe that the reported content does not infringe the rights owner's intellectual property rights, you may email notice-dispute@amazon.com with supporting information.

We consider allegations of intellectual property infringement a serious matter and your account is under review. If we receive more complaints about your listings, we may not allow you to sell on Amazon.com.

To learn more about this policy, search for "Intellectual Property Violations" in Seller Central Help.

Complaint ID: 1488479451

Sincerely,

**Exhibit 1 to Declaration of Avraham Eisenberg p. 7**



Thimes <613ike@gmail.com>

**Notice: Policy Warning**

**notice@amazon.com** <notice@amazon.com>                                              Sat, Mar 10, 2018 at 5:43 PM
Reply-To: "notice-request-dispute+C38YOPMFL5WNH6-T1N30QKSLIP91U@amazon.com" <notice-request-
dispute+C38YOPMFL5WNH6-T1N30QKSLIP91U@amazon.com>
To: "avi@thimessolutions.com" <avi@thimessolutions.com>

Hello,

We received a report from a rights owner concerning the authenticity of the products listed at the end of this email. We
removed this content, but we may let you list these product(s) again if we receive a retraction of the complaint from the
rights owner:

-- compliance-us@tp-link.com

If the rights owner agrees to retract their complaint, they must send the retraction to us at notice-dispute@amazon.com.

If you believe that the reported content is authentic, you may email notice-dispute@amazon.com with proof of
authenticity. This includes, but is not limited to, an invoice or Order ID.

We consider allegations of intellectual property infringement a serious matter. If we receive more complaints about your
listings, we may not allow you to sell on Amazon.com.

To learn more about this policy, search for "Intellectual Property Violations" in Seller Central Help.

ASIN: B01DXVK3KY
Title:  TP-Link AC5400 Wireless Wi-Fi MU-MIMO Tri-Band Router - Powerful Wi-Fi for G...
Infringement type: Counterfeit
Complaint ID: 1513841721


Sincerely,

Seller Performance Team
Amazon.com
http://www.amazon.com

**Exhibit 1 to Declaration of Avraham Eisenberg p. 8**

 Gmail

Thimes <613ike@gmail.com>

**Notice: Policy Warning**

**notice-request@amazon.com** <notice-request@amazon.com>                    Tue, Mar 13, 2018 at 2:30 PM
Reply-To: "notice-request-dispute+C38YOPMFL5WNH6-T1BLC9KL5UG7Q4@amazon.com" <notice-request-
dispute+C38YOPMFL5WNH6-T1BLC9KL5UG7Q4@amazon.com>
To: "avi@thimessolutions.com" <avi@thimessolutions.com>

Hello,

We received a report from a rights owner concerning the authenticity of the products listed at the end of this email. We removed this content, but we may let you list these product(s) again if we receive a retraction of the complaint from the rights owner:

-- Rights Owner Email: compliance-us@tp-link.com

If the rights owner agrees to retract their complaint, they must send the retraction to us at notice-dispute@amazon.com.

If you believe that the reported content is authentic, you may email notice-dispute@amazon.com with proof of authenticity. This includes, but is not limited to, an invoice or Order ID.

We consider allegations of intellectual property infringement a serious matter. If we receive more complaints about your listings, we may not allow you to sell on Amazon.com.

To learn more about this policy, search for "Intellectual Property Violations" in Seller Central Help.

ASIN: B01DXVK3KY
Infringement type: Counterfeit
Trademark asserted: 3175495
Complaint ID: 1521930421

Sincerely,

Seller Performance Team
Amazon.com
http://www.amazon.com

**Exhibit 1 to Declaration of Avraham Eisenberg p. 9**

 **Gmail**

**Thimes <613ike@gmail.com>**

---

## Warning: Notice of Intellectual Property Rights Infringement

**seller-evaluation@amazon.com** <seller-evaluation@amazon.com>          Wed, Mar 21, 2018 at 4:02 AM
Reply-To: "seller-evaluation+C3SBHORTZ8Q10M-T3SSEWKDU67DQ0@amazon.com" <seller-
evaluation+C3SBHORTZ8Q10M-T3SSEWKDU67DQ0@amazon.com>
To: "avi@thimessolutions.com" <avi@thimessolutions.com>

Hello,

We are contacting you because we received a report from a rights owner that you are listing counterfeit items. Examples
of these items are listed below:

ASIN: B00BP0SSAS, TP-Link 8-Port Gigabit Ethernet PoE Desktop Switch with 4-PoE Ports (TL-SG1008P)

We may let you list this content again if we receive a retraction from the rights owner. Their contact information can be
found below.

TP-Link, ,Compliance
compliance-us@tp-link.com

If the rights owner agrees to retract their complaint, they must send the retraction to us at notice-dispute@amazon.com.
If you believe that the reported content does not infringe the rights owner's intellectual property rights, you may email
notice-dispute@amazon.com with supporting information.

We consider allegations of intellectual property infringement a serious matter and your account is under review. If we
receive more complaints about your listings, we may not allow you to sell on Amazon.com.

To learn more about this policy, search for "Intellectual Property Violations" in Seller Central Help.

Complaint ID: 1534421271

Sincerely,

**Exhibit 1 to Declaration of Avraham Eisenberg p. 10**

X-12

 **Gmail**

**Thimes <613ike@gmail.com>**

---

### Warning: Notice of Intellectual Property Rights Infringement

**seller-evaluation@amazon.com** <seller-evaluation@amazon.com>                  Sat, Mar 31, 2018 at 5:11 PM
Reply-To: "seller-evaluation+C3RJUR3HFTXUDM-TSXRDOTBRJO2S@amazon.com" <seller-
evaluation+C3RJUR3HFTXUDM-TSXRDOTBRJO2S@amazon.com>
To: "avi@thimessolutions.com" <avi@thimessolutions.com>

Hello,

We are contacting you because we received a report from a rights owner that you are listing <mark>counterfeit</mark> items. Examples
of these items are listed below:

ASIN: B01DXVK3KY, TP-Link AC5400 Wireless Wi-Fi MU-MIMO Tri-Band Router - Powerful Wi-Fi for Gaming and 4K
Streaming, Comprehensive Antivirus and Security, Works with Alexa and IFTTT (Archer C5400)

We may let you list this content again if we receive a retraction from the rights owner. Their contact information can be
found below.

TP-Link, ,Compliance
compliance-usa@tp-link.com

If the rights owner agrees to retract their complaint, they must send the retraction to us at notice-dispute@amazon.com.
If you believe that the reported content does not infringe the rights owner's intellectual property rights, you may email
notice-dispute@amazon.com with supporting information.

We consider allegations of intellectual property infringement a serious matter and your account is under review. If we
receive more complaints about your listings, we may not allow you to sell on Amazon.com.

To learn more about this policy, search for "Intellectual Property Violations" in Seller Central Help.

Complaint ID: 1574766741

Sincerely,

**Exhibit 1 to Declaration of Avraham Eisenberg p. 11**



Thimes <613ike@gmail.com>

## Warning: Notice of Intellectual Property Rights Infringement

**seller-evaluation@amazon.com** <seller-evaluation@amazon.com>                    Mon, Apr 2, 2018 at 5:57 PM
Reply-To: "seller-evaluation+C3RJUR3HFTXUDM-T2TWGZGBSS582F@amazon.com" <seller-evaluation+C3RJUR3HFTXUDM-T2TWGZGBSS582F@amazon.com>
To: "avi@thimessolutions.com" <avi@thimessolutions.com>

Hello,

We are contacting you because we received a report from a rights owner that you are listing counterfeit items. Examples of these items are listed below:

ASIN: B01DXVK3KY, TP-Link AC5400 Wireless Wi-Fi MU-MIMO Tri-Band Router - Powerful Wi-Fi for Gaming and 4K Streaming, Comprehensive Antivirus and Security, Works with Alexa and IFTTT (Archer C5400)

We may let you list this content again if we receive a retraction from the rights owner. Their contact information can be found below.

TP-Link, ,Compliance
compliance-usa@tp-link.com

If the rights owner agrees to retract their complaint, they must send the retraction to us at notice-dispute@amazon.com. If you believe that the reported content does not infringe the rights owner's intellectual property rights, you may email notice-dispute@amazon.com with supporting information.

We consider allegations of intellectual property infringement a serious matter and your account is under review. If we receive more complaints about your listings, we may not allow you to sell on Amazon.com.

To learn more about this policy, search for "Intellectual Property Violations" in Seller Central Help.

Complaint ID: 1579117881

Sincerely,

**Exhibit 1 to Declaration of Avraham Eisenberg p. 12**

X-14



Thimes <613ike@gmail.com>

**Notice: Policy Warning**
1 message

**notice@amazon.com** <notice@amazon.com>                                        Thu, Apr 5, 2018 at 2:25 PM
Reply-To: "notice+C38YOPMFL5WNH6-T7BUSF3OJG9A8@amazon.com" <notice+C38YOPMFL5WNH6-
T7BUSF3OJG9A8@amazon.com>
To: "avi@thimessolutions.com" <avi@thimessolutions.com>

Hello,

We received a report from a rights owner concerning the authenticity of the products listed at the end of this email. We
removed this content, but we may let you list these product(s) again if we receive a retraction of the complaint from the
rights owner:

-- compliance-usa@tp-link.com

If the rights owner agrees to retract their complaint, they must send the retraction to us at notice-dispute@amazon.com.

If you believe that the reported content is authentic, you may email notice-dispute@amazon.com with proof of
authenticity. This includes, but is not limited to, an invoice or Order ID.

We consider allegations of intellectual property infringement a serious matter. If we receive more complaints about your
listings, we may not allow you to sell on Amazon.com.

To learn more about this policy, search for "Intellectual Property Violations" in Seller Central Help.

ASIN: B010S6SG3S B01DXVK3KY B01DXVK3KY
Infringement type: Counterfeit
Trademark asserted: 3175495
Complaint ID: 1586591841

You can learn more about your account health in the Performance section of Seller Central (https://sellercentral.amazon.
com/gp/seller-rating/pages/performance-summary.html).

Sincerely,

Seller Performance Team
Amazon.com
http://www.amazon.com

**Exhibit 1 to Declaration of Avraham Eisenberg p. 13**



**Thimes <613ike@gmail.com>**

**Warning: Notice of Intellectual Property Rights Infringement**

**seller-evaluation@amazon.com** <seller-evaluation@amazon.com>
Reply-To: "seller-evaluation+C3RJUR3HFTXUDM-TJYY1RJPH9WB4@amazon.com" <seller-
evaluation+C3RJUR3HFTXUDM-TJYY1RJPH9WB4@amazon.com>
To: "avi@thimessolutions.com" <avi@thimessolutions.com>

Fri, Apr 6, 2018 at 7:48 AM

Hello,

We are contacting you because we received a report from a rights owner that you are listing counterfeit items. Examples of these items are listed below:

ASIN: B01DXVK3KY, TP-Link AC5400 Wireless Wi-Fi MU-MIMO Tri-Band Router - Powerful Wi-Fi for Gaming and 4K Streaming, Comprehensive Antivirus and Security, Works with Alexa and IFTTT (Archer C5400)

We may let you list this content again if we receive a retraction from the rights owner. Their contact information can be found below.

TP-Link, ,Compliance
compliance-usa@tp-link.com

If the rights owner agrees to retract their complaint, they must send the retraction to us at notice-dispute@amazon.com. If you believe that the reported content does not infringe the rights owner's intellectual property rights, you may email notice-dispute@amazon.com with supporting information.

We consider allegations of intellectual property infringement a serious matter and your account is under review. If we receive more complaints about your listings, we may not allow you to sell on Amazon.com.

To learn more about this policy, search for "Intellectual Property Violations" in Seller Central Help.

Complaint ID: 1588655481

Sincerely,

**Exhibit 1 to Declaration of Avraham Eisenberg p. 14**



**Thimes <613ike@gmail.com>**

### Warning: Notice of Intellectual Property Rights Infringement

**seller-evaluation@amazon.com** <seller-evaluation@amazon.com>                              Sat, Apr 7, 2018 at 1:04 PM
Reply-To: "seller-evaluation+C3RJUR3HFTXUDM-TJ57D2N6J34MS@amazon.com" <seller-
evaluation+C3RJUR3HFTXUDM-TJ57D2N6J34MS@amazon.com>
To: "avi@thimessolutions.com" <avi@thimessolutions.com>

Hello,

We are contacting you because we received a report from a rights owner that you are listing counterfeit items. Examples
of these items are listed below:

ASIN: B01DXVK3KY, TP-Link AC5400 Wireless Wi-Fi MU-MIMO Tri-Band Router - Powerful Wi-Fi for Gaming and 4K
Streaming, Comprehensive Antivirus and Security, Works with Alexa and IFTTT (Archer C5400)

We may let you list this content again if we receive a retraction from the rights owner. Their contact information can be
found below.

TP-Link, ,Compliance
compliance-usa@tp-link.com

If the rights owner agrees to retract their complaint, they must send the retraction to us at notice-dispute@amazon.com.
If you believe that the reported content does not infringe the rights owner's intellectual property rights, you may email
notice-dispute@amazon.com with supporting information.

We consider allegations of intellectual property infringement a serious matter and your account is under review. If we
receive more complaints about your listings, we may not allow you to sell on Amazon.com.

To learn more about this policy, search for "Intellectual Property Violations" in Seller Central Help.

Complaint ID: 1591330031

Sincerely,

**Exhibit 1 to Declaration of Avraham Eisenberg p. 15**

 Gmail

**Thimes <613ike@gmail.com>**

**Warning: Notice of Intellectual Property Rights Infringement**

**seller-evaluation@amazon.com** <seller-evaluation@amazon.com>    Mon, Apr 9, 2018 at 7:37 AM
Reply-To: "seller-evaluation+C3RJUR3HFTXUDM-T240AR46CIEJ1A@amazon.com" <seller-evaluation+C3RJUR3HFTXUDM-T240AR46CIEJ1A@amazon.com>
To: "avi@thimessolutions.com" <avi@thimessolutions.com>

Hello,

We are contacting you because we received a report from a rights owner that you are listing counterfeit items. Examples of these items are listed below:

ASIN: B01DXVK3KY, TP-Link AC5400 Wireless Wi-Fi MU-MIMO Tri-Band Router - Powerful Wi-Fi for Gaming and 4K Streaming, Comprehensive Antivirus and Security, Works with Alexa and IFTTT (Archer C5400)

We may let you list this content again if we receive a retraction from the rights owner. Their contact information can be found below.

TP-Link, ,Compliance
compliance-usa@tp-link.com

If the rights owner agrees to retract their complaint, they must send the retraction to us at notice-dispute@amazon.com. If you believe that the reported content does not infringe the rights owner's intellectual property rights, you may email notice-dispute@amazon.com with supporting information.

We consider allegations of intellectual property infringement a serious matter and your account is under review. If we receive more complaints about your listings, we may not allow you to sell on Amazon.com.

To learn more about this policy, search for "Intellectual Property Violations" in Seller Central Help.

Complaint ID: 1594857261

Sincerely,

**Exhibit 1 to Declaration of Avraham Eisenberg p. 16**

 **Gmail**

Thimes <613ike@gmail.com>

## Warning: Notice of Intellectual Property Rights Infringement

**seller-evaluation@amazon.com** <seller-evaluation@amazon.com>      Tue, Apr 10, 2018 at 11:05 PM
Reply-To: "seller-evaluation+C3RJUR3HFTXUDM-TU0DWMR1SFZ4I@amazon.com" <seller-evaluation+C3RJUR3HFTXUDM-TU0DWMR1SFZ4I@amazon.com>
To: "avi@thimessolutions.com" <avi@thimessolutions.com>

Hello,

We are contacting you because we received a report from a rights owner that you are listing counterfeit items. Examples of these items are listed below:

ASIN: B01DXVK3KY, TP-Link AC5400 Wireless Wi-Fi MU-MIMO Tri-Band Router - Powerful Wi-Fi for Gaming and 4K Streaming, Comprehensive Antivirus and Security, Works with Alexa and IFTTT (Archer C5400)

We may let you list this content again if we receive a retraction from the rights owner. Their contact information can be found below.

TP-Link, ,Compliance
compliance-usa@tp-link.com

If the rights owner agrees to retract their complaint, they must send the retraction to us at notice-dispute@amazon.com. If you believe that the reported content does not infringe the rights owner's intellectual property rights, you may email notice-dispute@amazon.com with supporting information.

We consider allegations of intellectual property infringement a serious matter and your account is under review. If we receive more complaints about your listings, we may not allow you to sell on Amazon.com.

To learn more about this policy, search for "Intellectual Property Violations" in Seller Central Help.

Complaint ID: 1598597821

Sincerely,

**Exhibit 1 to Declaration of Avraham Eisenberg p. 17**

X-19



Thimes <613ike@gmail.com>

## Notice: Policy Warning

**notice@amazon.com** <notice@amazon.com>
Reply-To: "notice-dispute@amazon.com" <notice-dispute@amazon.com>
To: "avi@thimessolutions.com" <avi@thimessolutions.com>

Wed, Apr 11, 2018 at 1:04 PM

Hello,

We received a report from a rights owner concerning the authenticity of the products listed at the end of this email. We removed this content, but we may let you list these product(s) again if we receive a retraction of the complaint from the rights owner:

-- TP-Link, ,Compliance
-- compliance-usa@tp-link.com

If the rights owner agrees to retract their complaint, they must send the retraction to us at notice-dispute@amazon.com.

If you believe that the reported content is authentic, you may email notice-dispute@amazon.com with proof of authenticity. This includes, but is not limited to, an invoice or Order ID.

We consider allegations of intellectual property infringement a serious matter. If we receive more complaints about your listings, we may not allow you to sell on Amazon.com.

To learn more about this policy, search for "Intellectual Property Violations" in Seller Central Help.

ASIN: B01MR6M8EC B01DXVK3KY B016TZTNU2 B010S6SG3S B00TQEX7AQ B00PDLRHFW B00NR2VMNC B00K11UIV4 B00BP0SSAS B0088TKTY2 B003Y5RYNY
Infringement type: Counterfeit
Trademark asserted: 3175495
Complaint ID: 1600507771 1600507801 1600507661 1600507951 1600507691 1600507711 1600508011 1600507561 1600507621 1600507831 1600507891

You can learn more about your account health in the Performance section of Seller Central (https://sellercentral.amazon.com/gp/seller-rating/pages/performance-summary.html).

Sincerely,

Seller Performance Team
Amazon.com
http://www.amazon.com

**Exhibit 1 to Declaration of Avraham Eisenberg p. 18**



Thimes <613ike@gmail.com>

## Warning: Notice of Intellectual Property Rights Infringement

**seller-evaluation@amazon.com** <seller-evaluation@amazon.com>
Reply-To: "seller-evaluation+C3RJUR3HFTXUDM-T1L1P3LPIJQ52L@amazon.com" <seller-evaluation+C3RJUR3HFTXUDM-T1L1P3LPIJQ52L@amazon.com>
To: "avi@thimessolutions.com" <avi@thimessolutions.com>

Thu, Apr 12, 2018 at 2:26 PM

Hello,

We are contacting you because we received a report from a rights owner that you are listing ==counterfeit== items. Examples of these items are listed below:

ASIN: B01DXVK3KY, TP-Link AC5400 Wireless Wi-Fi MU-MIMO Tri-Band Router - Powerful Wi-Fi for Gaming and 4K Streaming, Comprehensive Antivirus and Security, Works with Alexa and IFTTT (Archer C5400)

We may let you list this content again if we receive a retraction from the rights owner. Their contact information can be found below.

TP-Link, ,Compliance
compliance-usa@tp-link.com

If the rights owner agrees to retract their complaint, they must send the retraction to us at notice-dispute@amazon.com. If you believe that the reported content does not infringe the rights owner's intellectual property rights, you may email notice-dispute@amazon.com with supporting information.

We consider allegations of intellectual property infringement a serious matter and your account is under review. If we receive more complaints about your listings, we may not allow you to sell on Amazon.com.

To learn more about this policy, search for "Intellectual Property Violations" in Seller Central Help.

Complaint ID: 1602831721

Sincerely,

**Exhibit 1 to Declaration of Avraham Eisenberg p. 19**

X-21



**Thimes <613ike@gmail.com>**

---

## Notice: Policy Warning

**Amazon** <notice@amazon.com>                                          Tue, Apr 24, 2018 at 7:52 PM
To: avi@thimessolutions.com

Hello,
 
We received a report from a rights owner concerning the authenticity of the products listed at the end of this email. We removed this content, but we may let you list these product(s) again if we receive a retraction of the complaint from the rights owner:
 
-- compliance-usa@tp-link.com

 
If the rights owner agrees to retract their complaint, they must send the retraction to us at notice-dispute@amazon.com.
 
If you believe that the reported content is authentic, you may email notice-dispute@amazon.com with proof of authenticity. This includes, but is not limited to, an invoice or Order ID.
 
We consider allegations of intellectual property infringement a serious matter. If we receive more complaints about your listings, we may not allow you to sell on Amazon.com.
 
To learn more about this policy, search for &ldquo;Intellectual Property Violations&rdquo; in Seller Central Help (https://sellercentral.amazon.com/gp/help/external/201361070).
 
ASIN: B06XZ3S6B8 B01DXVK3KY B06WVCB862 B01N0XZ1TU B00PDLRHFW B0168G0KZY B01N4R01UJ B003Y5RYNY B0088TKTY2 B01MR6M8EC B0196RGV50 B074WJPPCZ
Infringement type: <mark>Counterfeit</mark>
Trademark asserted: 3175495
Complaint ID: 5005125421

 
You can learn more about your account health in the Performance section of Seller Central (https://sellercentral.amazon.com/gp/seller-rating/pages/performance-summary.html).
 
Sincerely,

**Exhibit 1 to Declaration of Avraham Eisenberg p. 20**



**Thimes <613ike@gmail.com>**

---

### Notice: Policy Warning

---

**Amazon <notice@amazon.com>**                                                    Wed, Apr 25, 2018 at 12:55 PM
To: avi@thimessolutions.com

Hello,

We received a report from a rights owner concerning the authenticity of the products listed at the end of this email. We removed this content, but we may let you list these product(s) again if we receive a retraction of the complaint from the rights owner:

-- compliance-usa@tp-link.com

If the rights owner agrees to retract their complaint, they must send the retraction to us at notice-dispute@amazon.com.

If you believe that the reported content is authentic, you may email notice-dispute@amazon.com with proof of authenticity. This includes, but is not limited to, an invoice or Order ID.

We consider allegations of intellectual property infringement a serious matter. If we receive more complaints about your listings, we may not allow you to sell on Amazon.com.

To learn more about this policy, search for &ldquo;Intellectual Property Violations&rdquo; in Seller Central Help (https://sellercentral.amazon.com/gp/help/external/201361070).

ASINs: B01N8ROH7G B00BUSDVBQ B00PDLRHFW B01DXVK3KY B0168G0KZY B06WVCB862 B01N4R01UJ B00K11UIV4 B01N0XZ1TU B0088TKTY2 B01MR6M8EC B01MR6M8EC B0196RGV50
Infringement type: Counterfeit
Trademark asserted: 3175495
Complaint ID: 5007509151

You can learn more about your account health in the Performance section of Seller Central (https://sellercentral.amazon.com/gp/seller-rating/pages/performance-summary.html).

Sincerely,

**Exhibit 1 to Declaration of Avraham Eisenberg p. 21**

                                    **Thimes <613ike@gmail.com>**

---

**Notice: Policy Warning**

**Amazon** <notice@amazon.com>                          Thu, Apr 26, 2018 at 8:50 AM
To: avi@thimessolutions.com

Hello,

We received a report from a rights owner concerning the authenticity of the products listed at the end of this email. We removed this content, but we may let you list these product(s) again if we receive a retraction of the complaint from the rights owner:

-- TP-Link, ,Compliance
-- compliance-usa@tp-link.com

If the rights owner agrees to retract their complaint, they must send the retraction to us at notice-dispute@amazon.com.

If you believe that the reported content is authentic, you may email notice-dispute@amazon.com with proof of authenticity. This includes, but is not limited to, an invoice or Order ID.

We consider allegations of intellectual property infringement a serious matter. If we receive more complaints about your listings, we may not allow you to sell on Amazon.com.

To learn more about this policy, search for &ldquo;Intellectual Property Violations&rdquo; in Seller Central Help (https://sellercentral.amazon.com/gp/help/external/201361070).

ASIN:  B01DXVK3KY

Infringement type:  Counterfeit
Trademark asserted:  3175495
Complaint ID:  5009101921

You can learn more about your account health in the Performance section of Seller Central (https://sellercentral.amazon.com/gp/seller-rating/pages/performance-summary.html).

Sincerely,
Seller Performance Team
Amazon.com
https://www.amazon.com

**Exhibit 1 to Declaration of Avraham Eisenberg p. 22**

X-24



**Thimes <613ike@gmail.com>**

---

### Notice: Policy Warning

**Amazon** <notice@amazon.com>                                    Mon, Apr 30, 2018 at 11:33 PM
To: avi@thimessolutions.com

Hello,

We received a report from a rights owner concerning the authenticity of the products listed at the end of this email. We removed this content, but we may let you list these product(s) again if we receive a retraction of the complaint from the rights owner:

--compliance-usa@tp-link.com

If the rights owner agrees to retract their complaint, they must send the retraction to us at notice-dispute@amazon.com

If you believe that the reported content is authentic, you may email notice-dispute@amazon.com with proof of authenticity. This includes, but is not limited to, an invoice or Order ID.

We consider allegations of intellectual property infringement a serious matter. If we receive more complaints about your listings, we may not allow you to sell on Amazon.com

To learn more about this policy, search for &quot;Intellectual Property Violations&quot; in Seller Central Help.


ASIN: B01DXVK3KY
Infringement type: Counterfeit
Trademark asserted: TP-LINK
Complaint ID: 5014761221

Sincerely,
Amazon.com

**Exhibit 1 to Declaration of Avraham Eisenberg p. 23**

 Gmail

**Thimes <613ike@gmail.com>**

**Notice: Policy Warning**

**notice@amazon.com** <notice@amazon.com>                    Mon, May 28, 2018 at 11:47 AM
To: avi@thimessolutions.com

Hello,

We received a report from a rights owner concerning the authenticity of the products listed at the end of this email. We removed this content, but we may let you list these product(s) again if we receive a retraction of the complaint from the rights owner:

-- TP-Link Compliance
-- compliance-usa@tp-link.com

If the rights owner agrees to retract their complaint, they must send the retraction to us at notice-dispute@amazon.com.

If you believe that the reported content is authentic, you may email notice-dispute@amazon.com with proof of authenticity. This includes, but is not limited to, an invoice or Order ID.

We consider allegations of intellectual property infringement a serious matter. If we receive more complaints about your listings, we may not allow you to sell on Amazon.com.

To learn more about this policy, search for "Intellectual Property Violations" in Seller Central Help (https://sellercentral.amazon.com/gp/help/external/201361070).

ASIN: B01DXVK3KY
Infringement type: Counterfeit
Trademark asserted: 3175495
Complaint ID: 5094926331

You can learn more about your account health in the Performance section of Seller Central (https://sellercentral.amazon.com/gp/seller-rating/pages/performance-summary.html).


Sincerely,

Seller Performance Team
Amazon.com
http://www.amazon.com

**Exhibit 1 to Declaration of Avraham Eisenberg p. 24**



**Thimes <613ike@gmail.com>**

**Notice: Policy Warning**

**notice@amazon.com** <notice@amazon.com>                                   Wed, May 30, 2018 at 12:46 PM
To: avi@thimessolutions.com

Hello,

We received a report from a rights owner concerning the authenticity of the products listed at the end of this email. We removed this content, but we may let you list these product(s) again if we receive a retraction of the complaint from the rights owner:

-- compliance-usa@tp-link.com

If the rights owner agrees to retract their complaint, they must send the retraction to us at notice-dispute@amazon.com.

If you believe that the reported content is authentic, you may email notice-dispute@amazon.com with proof of authenticity. This includes, but is not limited to, an invoice or Order ID.

We consider allegations of intellectual property infringement a serious matter. If we receive more complaints about your listings, we may not allow you to sell on Amazon.com.

To learn more about this policy, search for "Intellectual Property Violations" in Seller Central Help (https://sellercentral.amazon.com/gp/help/external/201361070).

ASIN: B01DXVK3KY
Infringement type: <mark>Counterfeit</mark>
Trademark asserted: 3175495
Complaint ID: 5100525271

You can learn more about your account health in the Performance section of Seller Central (https://sellercentral.amazon.com/gp/seller-rating/pages/performance-summary.html).

Sincerely,
Seller Performance Team

**Exhibit 1 to Declaration of Avraham Eisenberg p. 25**

 **Gmail**

**Thimes <613ike@gmail.com>**

---

### Notice: Policy Warning

**Amazon** <notice@amazon.com>                                          Thu, Jun 7, 2018 at 2:58 PM
Reply-To: Amazon <notice-dispute@amazon.com>
To: "avi@thimessolutions.com" <avi@thimessolutions.com>



Hello,

We received a report from a rights owner concerning the authenticity of
the products listed at the end of this email. We removed this content, but
we may let you list these product(s) again if we receive a retraction of
the complaint from the rights owner:

-- compliance-us@tp-link.com

If the rights owner agrees to retract their complaint, they must send the
retraction to us at notice-dispute@amazon.com.

If you believe that the reported content is authentic, you may email notice-
dispute@amazon.com with proof of authenticity. This includes, but is not
limited to, an invoice or Order ID.

We consider allegations of intellectual property infringement a serious
matter. If we receive more complaints about your listings, we may not
allow you to sell on Amazon.com.

To learn more about this policy, search for "Intellectual Property
Violations" in Seller Central Help (https://sellercentral.amazon.
com/gp/help/external/201361070).

ASIN: B01DXVK3KY
Infringement type: Counterfeit
Trademark asserted: 3175495
Complaint ID: 5121173591

You can learn more about your account health in the Performance section of
Seller Central (https://sellercentral.amazon.com/gp/seller-rating/pages/performance-
summary.html).


Sincerely,
Seller Performance Team
Amazon.com
http://www.amazon.com

**Exhibit 1 to Declaration of Avraham Eisenberg p. 26**



Thimes <613ike@gmail.com>

## Notice: Policy Warning

**notice@amazon.com** <notice@amazon.com>                                    Thu, Jun 21, 2018 at 3:45 AM
To: avi@thimessolutions.com

Hello,

We received a report from a rights owner concerning the authenticity of the products listed at the end of this email. We removed this content, but we may let you list these product(s) again if we receive a retraction of the complaint from the rights owner:

-- compliance.usa@tp-link.com

If the rights owner agrees to retract their complaint, they must send the retraction to us at notice-dispute@amazon.com.

If you believe that the reported content is authentic, you may email notice-dispute@amazon.com with proof of authenticity. This includes, but is not limited to, an invoice or Order ID.

We consider allegations of intellectual property infringement a serious matter. If we receive more complaints about your listings, we may not allow you to sell on Amazon.com.

To learn more about this policy, search for "Intellectual Property Violations" in Seller Central Help (https://sellercentral.amazon.com/gp/help/external/201361070).

ASIN: B01DXVK3KY
Infringement type: Counterfeit
Trademark asserted: 3175495
Complaint ID: 5145696941
[Quoted text hidden]

**Exhibit 1 to Declaration of Avraham Eisenberg p. 27**

# EXHIBIT 2

True and accurate copy of "Seller Central intellectual property rights" from the Internet Archive which were used to access archived Amazon policy statements containing a discussion of Amazon policies related to "counterfeit" listings and sales on amazon.com as such policies existed as of December 8, 2017



This article applies to selling in: **United States**

# Seller Central intellectual property rights

Amazon is dedicated to providing customers with the widest selection of goods on Earth and to creating an amazing customer experience. Amazon does not allow listings that violate the intellectual property rights of brands or other rights owners.

This page provides information about intellectual property (IP) rights and common IP concerns that might arise when selling on Amazon. This is not legal advice. You should consult a lawyer if you have a specific question about your IP rights or the IP rights of others.

**Copyright**

1. **What is a copyright?**
   A copyright protectsoriginal works of authorship, such as videos, movies, songs, books, musicals, video games, paintings, etc. Generally, copyright law is meant to incentivize the creation of original works of authorship for the benefit of the public. To receive copyright protection, a work of authorship must be created by an author, and must have some amount of creativity. If you are the author of an original work, then you typically own the copyright in that work.

   The Digital Millennium Copyright Act (DMCA) is a United States law that governs online copyrighted materials. The DMCA applies to copyrights only and not to trademarks or patents.

2. **How do I know if I own the copyright for one or more of the images I am using on the detail page?**
   A person who authors an original work usually owns the copyright for that work. If you take a photo of your product, you generally have copyright protection in the photo you took, and you can use that photo on your product detail page to sell that product. However, if you find a photo on someone else's website, you should not upload that photo to a product detail page without the other person's permission.

   **Example:** The owner of the Pinzon brand took the photos of the sheets shown below and owns the copyright in the images of the sheets. If a seller were to copy

**Exhibit 2 to Declaration of Avraham Eisenberg p. 1**

these images to sell their product on another product detail page, that seller could be violating the rights owner's copyright in the images of the sheets.



**Note:** When you add your copyrighted image to a product detail page, you grant Amazon and its affiliates a license to use the material. Other sellers can list their items for sale on pages to which you have added your copyrighted images, even if you no longer sell that product. To ensure that you are not violating someone's copyrights, make sure to upload only images or text that you have created yourself or for which you have the copyright holder's permission to upload.

Refer to the United States Copyright Office's website for more information about copyright basics and FAQs.

3. **How do I know if I own the copyright for the product I am selling?**

   It is important to make sure that the goods you are selling do not violate a copyright or you could lose your selling privileges and face potential legal consequences.

   You might be able to sell someone else's copyrighted work on Amazon if you have received permission from the copyright owner or if your use is protected by the "first sale" doctrine. The first sale doctrine generally permits the resale of a genuine, lawfully purchased physical item (such as a book or CD) without permission from the copyright owner.

   **Example:** If you decide to sell a used copy of someone else's book on Amazon, you are selling someone else's copyrighted work. You are usually allowed to sell your particular copy of the book without further permission from the copyright owner because the first sale doctrine protects the resale of genuine, lawfully purchased items.

**Trademark**

1. **What is a trademark?**

**Exhibit 2 to Declaration of Avraham Eisenberg p. 2**

X-32

A trademark is a word, symbol or design (such as a brand name or logo) that a company uses to identify its goods or services and to distinguish them from other companies' goods and services. Put another way, a trademark indicates the source of goods or services. Generally, trademark laws exist to prevent customer confusion about the source of goods or services.

**Example:** "Amazon" is a trademark we use for many of our goods and services. Other Amazon trademarks contain both pictures and words, such as the "Available at Amazon" trademark.



A trademark owner usually protects a trademark by registering it with a country-specific trademark office (such as the United States Patent and Trademark Office). In some cases, a person or company might have trademark rights based on only the use of a mark in commerce, even though the mark was never registered with a country-specific trademark office. Those rights are known as "common law" trademark rights and can be more limited.

2. **What do trademarks protect?**

Generally, trademark law protects sellers of goods and services from customer confusion about who provides, endorses, or is affiliated with particular goods or services. A trademark owner might be able to stop others from using a particular mark, or a confusingly similar mark, if using the mark is likely to cause a customer to be confused about whether the product being sold is the trademark owner's product.

3. **What types of trademarks are displayed on Amazon?**

Trademarks are often displayed on Amazon's product detail pages in the form of product and brand names listed on a product detail page. For example, the trademark "Pinzon" appears in the brand name or "byline" portion of the product detail page shown below. The "Pinzon" trademark also appears in the product name portion of the product detail page ("Pinzon Flannel Sheet Set – King, Sage").



The United States Patent and Trademark Office offers resources to learn more about trademarks.

**Exhibit 2 to Declaration of Avraham Eisenberg p. 3**

X-33

4. **Do I always need the rights owner's permission to use a trademark?**
   Just because you are not the owner of a trademark does not necessarily mean that you cannot sell another company's product. Usually, the unauthorized use of a trademark is infringing only if it is likely to cause confusion as to the source, endorsement, or affiliation of the goods.

   **Example:** If you are selling a genuine Pinzon sheet set and you are advertising the product as a Pinzon sheet set, you might not be causing confusion as to the source or affiliation of the goods (*i.e.*, Pinzon) and, if not, are not infringing on the Pinzon trademark.

5. **As a seller, when can I use someone else's trademark?**
   Typically, a seller can use someone else's trademark in the following circumstances:

   a. When selling authentic goods, a seller may use a trademarked name to list those goods. For example, a seller who lists an authentic "Pinzon" product is not necessarily infringing on the owner of the Pinzon trademark because the seller is using the trademark to identify an authentic product.

   b. When using a trademarked word in its ordinary dictionary meaning.

   c. When making truthful statements that a product is compatible with a trademarked product. For example, if a seller offers a specialty cable that is compatible with the Kindle E-reader, and states that the cable is "compatible with Kindle," this generally is not trademark infringement as long as the statement is true and not confusing. Note, however, that "similar to" claims (such as stating that goods are "similar to Kindle" or "better than Kindle") are against Amazon listing policy.

6. **How can I make sure that I am not violating trademark law when selling on Amazon?**
   It is important to make sure that the goods you are selling, and the content of your listings, do not violate a trademark or you could lose your selling privileges and face potential legal consequences. When you decide to sell goods on Amazon, ask yourself the following questions:

   a. Are the goods I am selling from a reputable distributor?

   b. How did I acquire these goods, and will I be able to prove they are authentic if the question arises?

   c. Will the way I am describing these goods cause customer confusion (for example, would something about your detail page for the generic sheet set cause customers to believe they are purchasing a Pinzon sheet set)?

   d. Did I use a brand name or trademark in a non-confusing and truthful manner to describe compatibility (generally allowed) instead of similarity (not allowed)?

**Exhibit 2 to Declaration of Avraham Eisenberg p. 4**

7.  **What is counterfeiting?**

Counterfeiting is a specific type of trademark infringement. A counterfeit is an unlawful reproduction of a registered trademark—or a mark that is very similar to a registered trademark—in connection with the sale of a product that does not come from the trademark holder.

Counterfeiting requires the use of a registered trademark on the product or packaging. A look-alike item sold on a separate product detail page without the improper use of a registered trademark is not a counterfeit, even though the item might look similar or identical to the trademarked product.

**Patent**

1.  **What is a patent?**

A patent is a form of legal protection for inventions. An issued patent grants its owner the right to exclude others from making, using, offering to sell, selling, or importing the invention into the United States for a fixed number of years.

2.  **Are there different types of patents?**

There are two principal types of patents in the United States: Utility patents and Design patents.

Utility patents, the most common kind of patent, may be granted for a new machine, articles of manufacture, composition of matter, process, or improvement to any of those, and generally protect the structure and functions of a product rather than how it looks.

Design patents, on the other hand, may be granted for the unique look of a product, but do not cover the structure or functions of a product.

3.  **What is the difference between a utility patent, trademark, and a copyright?**

A utility patent is different from a trademark in that it protects an invention (such as a new machine) rather than a word or logo used to identify the source of the product (such as the brand name of the product). A utility patent is different from a copyright in that it does not protect the expressive content of a creative work like a book or a picture, but protects a specific invention, such as a new method of printing books or a new type of camera.

The United States Patent and Trademark Office offers resources to learn more about patents.

4.  **How can I make sure that I do not violate someone's patent when selling on Amazon?**

The manufacturer or distributor of a product might be able to assist you with patent-related issues. If you are unsure whether your content or product violates someone else's patent, you should consult a lawyer before listing on Amazon.

**What to do if your account receives a warning or suspension**

**Exhibit 2 to Declaration of Avraham Eisenberg p. 5**

1.  **What happens when I receive a warning that my listing is being removed due to a report of intellectual property rights infringement? What if I own the rights to the intellectual property?**
    If you receive a warning for infringement, you will have several options to appeal or dispute the claim:

    a.  If you receive a warning for a product you never sold on Amazon, reply to the notification you received and let us know that you have never sold the reported product. We will investigate to determine if an error occurred.

    b.  If you have an established relationship with the rights owner who submitted the complaint (license, manufacturing or distribution agreement, etc.), we encourage you to reach out to the rights owner and request that the complaint be retracted. If we receive a retraction from the rights owner, your content may be reinstated. The rights owner's contact information is provided in the warning you received.

    c.  Trademark Response: If you believe that a rights owner, or Amazon, made an error when removing your product listing for counterfeiting or trademark infringement, reply to the notification you received and provide specific reasons as to why you believe a mistake was made. Provide any invoice or Order ID that demonstrates the authenticity of the product. We will then re-evaluate the notice and your content may be reinstated.

    d.  Patent Response: If you believe that a rights owner, or Amazon, made an error when removing your product listing for patent infringement, reply to the notification you received and provide specific reasons as to why you believe a mistake was made.

    e.  Copyright Response: If you received a warning for copyright infringement and you believe it is in error, you may file a counter-notice under the Digital Millennium Copyright Act. Send your counter-notice to the email provided in your copyright warning. A valid counter-notice requires the following information:

        i.   Your physical or electronic signature. You can sign electronically by typing your name with an indication that it is intended to be a signature: "/s/ Seller Name."

        ii.  Identification of the material that has been removed or to which access has been disabled, and the specific location where the material appeared before it was removed or access was disabled. An ASIN is generally sufficient.

        iii. A statement under penalty of perjury that you have a good-faith belief that the material was removed or disabled as a result of error or misidentification of the material to be removed or disabled.

**Exhibit 2 to Declaration of Avraham Eisenberg p. 6**

    iv.   Your name, address, and telephone number, and a statement that you consent to the jurisdiction of the Federal District Court for the judicial district in which your seller address is located; or, if you are located outside the United States, to the jurisdiction of the United States District Court for the Western District of Washington, and that you will accept service of process from the person who provided notification of alleged copyright infringement or an agent of such person.

2. **What do I do if I have received multiple warnings of intellectual property infringement?**
   If you have received multiple warnings of intellectual property infringement and you believe you are selling authentic products, appeal via your Seller Central account with the following information:

   A list of the allegedly infringing ASINs and at least one of the following:

   a. Invoices proving the authenticity of your products; OR
   b. Order IDs demonstrating product authenticity; OR
   c. An authorization letter from the rights owner (that is not a forwarded email).

3. **What do I do if my account has been suspended?**
   If your account has been suspended as a result of rights owners submitting notices of intellectual property infringement against your products or content, you can provide us with a viable Plan of Action that includes the following information:

   a. The reason(s) you were selling allegedly infringing products and/or uploaded allegedly infringing content.
   b. The steps you have taken to ensure that you are no longer infringing.
   c. How you will avoid infringement in the future.
   d. Any other pertinent information.

   You should send your Plan of Action via your account dashboard or reply to the account suspension notification that you received. We will evaluate your Plan of Action and determine if your account may be reinstated. Note that Amazon terminates the accounts of repeat infringers in appropriate circumstances.

4. **What if I didn't know I was violating someone's intellectual property?**
   Sellers are expected to follow the law and Amazon's policies. Amazon takes claims of intellectual property infringement seriously. Even if a seller is infringing on someone's intellectual property without knowledge, we will still take action and the seller's account might receive a warning or be suspended. You should consult an attorney for help to ensure that your business has the right procedures in place to prevent IP infringement.

**Exhibit 2 to Declaration of Avraham Eisenberg p. 7**

Was this article helpful?    ○ Yes    ○ No

## Related articles 📄

Amazon Device Accessories

Animals & Animal Products

Art - Fine Art

Art - Home Décor

Automotive and Powersports

Cosmetics & Skin/Hair Care

Batteries and Chargers

Dietary Supplements

Drugs & drug paraphernalia

Eclipse glasses and filters for solar viewing

Electronics

Fidget spinners

Fire and other safety products

Fire & Smoke Masks

**Exhibit 2 to Declaration of Avraham Eisenberg p. 8**

X-38

Food & Beverage

Gambling & Lottery

Hazardous & Dangerous Items

Hoverboards

Infant Car Seats

Infant sleep positioners

Jewelry & Precious Gems

Lighting

Medical Devices and Accessories

Offensive and Controversial Materials

Postage Meters & Stamps

**Seller Central intellectual property rights**

Stolen Property & Lock Picking Devices

Surveillance Equipment

Throwable Personal Flotation Devices (PFDs)

Tobacco & Tobacco-Related Products

**Exhibit 2 to Declaration of Avraham Eisenberg p. 9**

Pesticides

Plants, Plant Products, and Seeds

FBA Prohibited Products exceptions

Recycling electronics

String Lights

Subscriptions and Periodicals

Warranties, Service Plans,
Contracts, and Guarantees

Weapons and related items

Other

## Need more help? 💬

See more on Seller Central

Visit Seller Forums



## Reach Hundreds of Millions of Customers

Start Selling On Amazon

**Exhibit 2 to Declaration of Avraham Eisenberg p. 10**

© 1999-2017, Amazon.com, Inc. or its affiliates

**Exhibit 2 to Declaration of Avraham Eisenberg p. 11**