Stephen R. Smerek (State Bar No. 208343)
email: ssmerek@foley.com
Tiffany Kim Sung (State Bar No. 323077)
email: tsung@foley.com
FOLEY & LARDNER LLP
555 South Flower Street, Suite 3300
Los Angeles, CA 90071-2411
Telephone: 213-972-4500
Facsimile: 213-486-0065

Attorneys for Defendant
TP LINK USA CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| THIMES SOLUTIONS INC., <br><br> Plaintiffs, <br><br> v. <br><br> TP LINK USA CORPORATION, et al. <br><br> Defendants. | Case No: 2:19-cv-10374-PA (Ex) <br><br> DECLARATION OF WINFRED SHU IN SUPPORT OF DEFENDANTS' JOINT SUPPLEMENTAL REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT UNDER THE NOERR-PENNINGTON DOCTRINE AS ORDERED BY THE COURT [ECF 99] <br><br> Courtroom: 9A |

I, Winfred Shu, declare as follows:

1. I am the Chief Financial Officer for TP-Link USA Corporation ("TP-Link USA"). I submit this Declaration in support of Defendants' Joint Supplemental Reply in Support of Their Motion for Summary Judgment under the Noerr-Pennington Doctrine as Ordered by the Court [ECF 99]. I have personal knowledge of the matters stated in this Declaration.

2. TP-Link USA imports, markets and sells WiFi networking equipment for home and business use, including routers, range extenders and access points, smart devices (including switches, plugs, lighting, and security cameras), and power chargers among other products.

3. Products sold outside TP-Link USA's authorized distribution/reseller channels are not covered by TP-Link USA's warranty policy. A true and accurate copy of the warranty policy in effect during the relevant period is attached hereto as Exhibit A and can also be accessed online through the following link: https://www.tp-link.com/us/support/replacement-warranty/. A true and accurate copy of the TP-Link Warranty page available on Amazon is attached hereto as Exhibit B and can also be access online through the following link: https://images-na.ssl-images-amazon.com/images/I/71v81cf96iS.pdf. The hyperlink titled "Click here to view '**Conditions that Disqualify Product from Warranty**'" found on the TP-Link Warranty page available on Amazon, links to the TP-Link USA warranty policy as reflected in Exhibit A.

4. TP-Link USA limits its warranty policy to products sold by authorized distributors or resellers so that it can monitor and insure the quality of new TP-Link branded products sold under the TP-Link brand.

5. TP-Link USA hired Auction Brothers, Inc. d/b/a Amazzia to assist TP-Link USA in monitoring for trademark infringement and counterfeit products, including products sold outside of authorized distribution/reseller channels without being

designated as such, and without notice to consumers that the products are not covered by TP-Link USA's warranty policies.

6. Neither Universal Goods and Sales, nor Thimes Solutions Inc., are authorized resellers or distributors of TP-Link branded products. The Universal Goods and Sales listings on Amazon at issue in the present case did not indicate that Universal Goods and Sales was not an authorized distributor of TP-Link branded products or that the products were not covered by TP-Link's limited warranty.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: March 27, 2020

*Winfred Shu*
—ADFBB0B1E69942B...

Winfred Shu

4823-7718-1111.2

# **<u>Exhibit A</u>**



# Warranty & RMA Policy

**Dear Customers:**

Thank you for purchasing TP-Link products. In order to protect your rights and interests, please read the following Warranty Policy carefully. PLEASE NOTE THAT THIS WARRANTY POLICY GIVES YOU SPECIFIC LEGAL RIGHTS, AND YOU MAY ALSO HAVE OTHER RIGHTS WHICH VARY FROM STATE TO STATE.

1. **Limited Warranty**
2. **Warranty Period**
3. **Replacement Procedure**
4. **Appendix**

Limited Warranty

TP-Link USA Corp. ("TP-Link USA") provides a limited warranty on all eligible TP-Link products purchased in the United States. The limited warranty covers failures due to defects in material or workmanship on devices, antennas and accessories*. Packaging, software and documentation are not covered under the limited warranty. The limited warranty is only applicable to the original purchaser of the product. Proof of purchase and the product serial number are required to receive any services guaranteed as part of the limited warranty.

The limited warranty does not apply to refurbished products or products that were resold by unauthorized resellers. For the Refurbished Products Warranty Policy, please visit http://www.tp-link.com/us/support/refurbished/

TP-Link USA does not provide refunds under the limited warranty in any conditions. TP-Link will replace defective units with factory refurbished units. If a factory refurbished unit is not available, then the defective unit will be replaced with a brand new product. If the defective product is at its end of life, or out of stock, TP-Link will replace it with product(s) of equivalent value or features. Product warranty periods do not renew upon replacement. The original purchase date and warranty period will apply to replacement products.

Click here to view **"Conditions that Disqualify Products from the Limited Warranty"**

*****Accessories: Please refer to TP-Link Home Accessories and TP-Link Business Accessories for Warranty Period**

Warranty Period
For the warranty period of products purchased before January 1, 2016, please use the links below.

| Product type | Warranty Period |
| --- | --- |

Chat Now

DocuSign Envelope ID: 88781673-CCAD-407B-A254-A467D0BB0E13
3/27/2020                                    TP-Link USA | Product Support, Replacement and Warranty

Case 2:19-cv-10374-SB-E   Document 101-1   Filed 03/30/20   Page 6 of 13   Page ID #:807

| Product type | Warranty Per... |
|---|---|
| TP-Link Business Products | 5-Year |
| Other TP-Link Products | 1-Year |

As of January 1, 2016, TP-Link USA will provide a 2-Year Limited Warranty on our Home Products and a Limited Lifetime ... Products.

| Product type | Warranty Per... |
|---|---|
| TP-Link Home Products | 2-3 Years |
| TP-Link Home Accessories | 1 or 2 Years |
| TP-Link Business Products | Limited Lifetime W... |
| TP-Link Business Accessories | 1 or 2 Years |
| TP-Link Outdoor Products | 2-Years |

*Limited Lifetime Warranty:

a. Products with a Limited Lifetime Warranty are covered as long as the original purchaser owns the product, and for dis... Lifetime Warranty will be limited to five (5) years from the end of sale date.

b. TP-Link USA will honor the Limited Lifetime Warranty for all Business-Class Products purchased on or after January ...

c. Internal fans and internal power supplies are covered under the Limited Lifetime Warranty. External power supplies, m... may be covered under a different warranty coverage than the host device. Please refer to TP-Link Business Accessorie...

| Product type | Warranty Per... |
|---|---|
| Discontinued Business Product List | Five (5) years from the en... |

Replacement Procedure

If the product(s) are found to be defective and is still covered under the TP-Link replacement policy, the customer may ... following the steps listed below:

Chat Now

**register**
- Register the product at https://myproducts.tp-link.com

**contact us**
- Contact TP-Link support; Home Products 866-225-8139, Business Products 844-287-4762
- TP-Link support will assist in troubleshooting the issues.
- If it is determined a replacement is needed and the product is within warranty, a RMA wi

**Request and replacement**
- Return to the TP-Link Warranty Portal to complete the RMA request form
- Customers will be able to choose Standard, Advanced Basic, Advanced 2-day, and Advanc
- For any advanced shipping option, an additonal fee will be applied

**Shipping and returns**
- For Standard RMA, the customer is required to return the defective unit before TP-Link w
- For Advanced RMA, TP-Link will ship the replacement based on the chosen shipping met provide a pre-paid return label for the customer to return the defective unit.

Click here to view the detailed **TP-Link RMA Process**

**Please Note:**

- TP-Link USA may reject or return product(s) returned without accessories or an assigned case number.
- If proof of purchase can't be provided, a warranty period start date may be assigned by TP-Link.
- The three digits that make up the second to fourth digits of the Serial Number (SN) represent the manufacturing dat product with SN: 2171XXXXXXXXX, "171" represents the year of 2017 (17) and month of January (1). "17A" represe month of October (A). (B) represents the month of November and (C) represents the month of December. The warra the corresponding month.
Note: For products manufactured before 2014, the first three digits of the Serial Number (SN) represent the manufac example SN: 14AXXXXXXXXXX.
- Customers who choose Advanced RMA will receive a pre-paid return label with the replacement to ship the defectiv Customer Service Center. Customers who choose Standard RMA are responsible for the shipping fee associated w product(s) to TP-Link USA Customer Service Center. Once received, please allow for a processing period of up to 3 to be processed and a replacement to be shipped.
- TP-Link USA is not responsible for any damages that may occur during shipping.
- TP-Link USA has no obligation to replace any products that are no longer covered under warranty. If TP-Link USA, in chooses to replace your product that is not covered by warranty, TP-Link USA may charge a service fee.

**Appendix:**
The limited warranty stated above is only valid for products sold in the U.S. by TP-Link USA or its authorized resellers. Ar agreed upon during purchase shall only be effective based on a contract signed by TP-Link USA. Advanced shipping o contiguous 48 states.

Chat Now

No employee or representative of TP-Link USA or its affiliates or any third party is authorized to make any modification, warranty policy. If any term of this warranty policy is held to be illegal or unenforceable, the remaining terms of this warra and effect.

TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, THE LIMITED WARRANTY WRITTEN ABOVE IS THE ON LINK USA PROVIDES FOR THE APPLICABLE TP-LINK PRODUCTS, AND THE ABOVE REMEDY IS YOUR SOLE REMEDY. DISCLAIMS ALL OTHER WARRANTIES AND CONDITIONS OF ANY KIND, WHETHER STATUTORY OR IMPLIED, ARISING OR OTHERWISE, REGARDING THE APPLICABLE TP-LINK PRODUCTS, EXCEPT THAT ANY IMPLIED WARRANTIES OF M A PARTICULAR PURPOSE, AND NON-INFRINGEMENT ARE LIMITED IN DURATION TO THE APPLICABLE WARRANTY P CUSTOMER ASSUMES ALL RISK WHATSOEVER AS TO THE RESULT OF THE USE OF THE PRODUCTS PURCHASED, V IN COMBINATION WITH ANY OTHER PRODUCTS OR SUBSTANCES.

YOU EXPRESSLY UNDERSTAND AND AGREE THAT, TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, TP SUBSIDIARIES AND AFFILIATES (COLLECTIVELY, "TP-LINK PARTIES") SHALL NOT BE LIABLE TO YOU UNDER ANY THE CONTRACT, TORT (INCLUDING NEGLIGENCE) OR FAILURE OF ANY WARRANTY OR OTHERWISE) FOR ANY INDIRECT, CONSEQUENTIAL, OR EXEMPLARY DAMAGES THAT MAY BE INCURRED BY YOU IN CONNECTION WITH ANY TP-LINK INCLUDING ANY LOSS OF DATA, WHETHER OR NOT A TP-LINK USA PARTY OR ITS REPRESENTATIVES HAVE BEEN A BEEN AWARE OF THE POSSIBILITY OF ANY SUCH LOSSES ARISING.

SOME STATES DO NOT ALLOW LIMITATIONS ON HOW LONG AN IMPLIED WARRANTY LASTS, OR THE EXCLUSION O CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATION OR EXCLUSION MAY NOT APPLY TO YOU.

**Remarks:** TP-Link USA reserves the right, at its sole discretion, to interpret, modify and amend this warranty policy at a

## Subscribe

Email Address

## Let's Connect

Chat Now

| About Us | Press | Partners | Learning Center |
|---|---|---|---|
| Corporate Profile | News | Partner Program | |
| Contact Us | Security Advisory | Training & Certifications | |
| Careers at TP-Link | | Deal Registration | |
| Privacy Policy | | | |

United States / English

Copyright © 2020 TP-Link Technologies Co., Ltd. All rights reserved.

Chat Now

# **Exhibit B**



# Limited Warranty

TP-LINK USA CORPORATION provides limited warranty to all TP-LINK products purchased in USA. The warranty covers the main device, antenna and external power supply failures due to defects in material or workmanship. Packaging, various cables, software products, technical data and other accessories are not covered here. The maximum liability of TP-LINK is equal to or no higher than the product's purchased price.

TP-LINK does not refund in any conditions. If the returned product is discontinued, TP-LINK will replace it with an equivalent product.

Click here to view **"Conditions that Disqualify Product from Warranty"**

# Warranty Period

From October 1, 2011, TP-LINK USA CORPORATION provides 2-Year warranty to our SOHO class products and 5-Year warranty to our SMB class products. If you need help to classify your product(s), please click here.

| Product type | Warranty Period |
| --- | --- |
| TP-LINK SOHO Products | 2-Year |
| TP-LINK SMB Products | 5-Year |
| TP-LINK Other Products | 1-Year |

# Replacement Procedure

### Express Replacement

If you are experiencing product defects within the warranty period, please **FIRST** contact the online/retail store where you originally purchased the product(s) from to ensure expedient replacement.

### Normal Replacement

If the store no longer accepts your claim, you may process it through TP-LINK's RMA program by following the steps below.

**Contact Us**
- Call Toll-Free Hotline (866) 225-8139
- Remote Troubleshooting and get the RMA number

**Choose type of Service**
- Common Service
  Step 1: Customer sends defective unit to TP-LINK
  Step 2: TP-LINK returns replacement unit to customer
- Advanced Service
  Step 1: TP-LINK sends new replacement to customer
  Step 2: Customer returns defective unit to TP-LINK

**Replacement**
- Customer receives product replacement

Click here to view detailed procedures for **Common Service**

Click here to view detailed procedures for **Advanced Service**

**Please Note:**

- TP-LINK may reject or return products without accessories or assigned RMA number.
- If purchase receipt can't be provided, the purchase date shall be calculated 3-month from the product's manufacturing date and the product has the same warranty period. The first three digits of the Serial Number (SN) represent the manufacturing date (year and month). For example "121" represents the year of 2012 (12) and month of January (1). "12A" represents the year of 2012 (12) and month of October (A). (B) represents the month of November and (C) represents the month of December. The warranty period ends on the last day of the corresponding month.
- Customers who apply for the Advanced Service will receive a free return label coming with the replacement and ship the defective product back to TP-LINK USA CORPORATION Customer Service Center;
  Customers who apply Common Service, are responsible for the one-way shipping fee and send defective product to TP-LINK USA CORPORATION Customer Service Center.
- TP-LINK USA CORPORATION is not responsible for damage occurred during shipment.
- TP-LINK USA CORPORATION will charge a service fee to replace your product if it is out of warranty.

# Appendix:

1. Warranty service stated above is only valid for products sold in the Continental US. Any other additional warranty service agreed during purchase shall only be effective based on the contract signed by TP-LINK USA CORPORATION.
2. Any warranty service made by the distributor is beyond this warranty policy, TP-LINK USA CORPORATION shall not be held liable. Please obtain documents during purchase in order to be honored by the distributor.
3. Any direct or indirect damage that prohibited the product to function normally, TP-LINK USA CORPORATION shall only be liable for the duties stipulated by the state law.
4. TP-LINK USA CORPORATION shall neither, on any account, respond to any lost caused by damages such as improper use of applications and configurations, nor respond to any accusation put forward by a third party.

**Remarks:** TP-LINK USA CORPORATION reserves all rights including interpretation and modification to this warranty policy.

Manufacturers' warranties may not apply in all cases, depending on factors such as use of the product, where the product was purchased, or who you purchased the product from. Please review the warranty carefully, and contact the manufacturer if you have any questions.