

This article applies to selling in: **United States**

# Condition guidelines

Assigning the correct condition to each product you list on Amazon is the first step toward providing a great customer experience. It's important to make a careful assessment of your product before specifying its condition.

For information about selecting a condition for your product, see **Selecting Conditions**.

**General condition guidelines**

The following guidelines apply to all product categories unless otherwise indicated in the Category-Specific Condition Guidelines:

> **Note: Certified Refurbished**, **Used – Good**, and **Used – Acceptable** can be used only where noted as acceptable in the category-specific condition guidelines.

## New:

Just like it sounds. A brand-new, unused, unopened item in its original packaging, with all original packaging materials included. Original protective wrapping, if any, is intact. Original manufacturer's warranty, if any, still applies, with warranty details included in the listing comments.

## Certified Refurbished:

Use only if noted in the Category-Specific Condition Guidelines.

A product that has been inspected and graded by a qualified manufacturer or a specialized third-party refurbisher to like-new working condition with no visible cosmetic imperfections when held 12 inches away. The item is backed by a minimum 90-day limited warranty provided by the supplier. The products may be packaged in a generic box and come with relevant accessories as expected for a new product, with exceptions, if any, mentioned on the product detail page. Certified Refurbished items are sometimes referred to as Pre-Owned or Open-Box products.

## Used - Like New:

An apparently untouched item in perfect condition. Original protective wrapping may be missing, but the original packaging is intact and pristine. There are absolutely no signs of wear on the item or its packaging. Instructions are included. Item is suitable for presenting as a gift.

## Used - Very Good:

A well-cared-for item that has seen limited use but remains in great condition. The item is complete, unmarked, and undamaged, but may show some limited signs of wear. Item works perfectly.

## Used - Good:

https://sellercentral.amazon.com/gp/help/external/200339950
2 captures
8 Dec 2017 - 23 Jan 2020
NOV DEC JAN
08
2016 2017 2020
About this capture

Used - Acceptable:

Use only if noted in the Category-Specific Condition Guidelines. The item is fairly worn but continues to work perfectly. Signs of wear can include aesthetic issues such as scratches, dents, and worn corners. The item may have identifying markings on it or show other signs of previous use.

### Unacceptable and prohibited items

Items in any of the following conditions are unacceptable for listing on Amazon:

- Item does not work perfectly in every regard.
- Item is not clean, including signs of mold, heavy staining, or corrosion.
- Item is damaged in a way that renders it difficult to use.
- Item is missing essential accompanying material or parts. (This does not necessarily include instructions.)
- Item requires repair or service.
- Item was not created by the original manufacturer or copyright holder. This includes copies, counterfeits, replicas, and imitations.
- Item was originally distributed as a promotional copy, promotional bundle, product sample, or advance reading copy. This includes uncorrected proofs of in-print or not-yet-published books.
- Any aspect of the item is obscured and not able to be read or viewed because of markings, stickers, or other damage.
- Item has passed the expiration date (includes "best by" and "sell by" dates), has an unacceptable portion of its shelf life remaining, or has had the expiration date removed or tampered with.
- Item is prohibited for sale on Amazon.

For more information about prohibited products, see [Restricted Products](#).

Only full retail versions of software may be sold on Amazon. See Software & Computer Games for a list of software products that are prohibited for sale on Amazon.

### Category-specific condition guidelines

The following category-specific condition guidelines should be used as indicated in addition to or in place of the General Condition Guidelines.

### New and Used

### Collectibles

### Books -- New and Used

In addition to the general condition guidelines, apply the following guidelines to new and used books:

- **New**: Just like it sounds. A brand-new, unused, unread copy in perfect condition. The dust cover and original protective wrapping, if any, are intact. All supplementary materials are included and all access codes for electronic material, if applicable, are valid and/or in working condition. Books with markings of any kind on the cover or pages, books marked as "Bargain" or "Remainder," or with any other labels attached, may not be listed as New condition.
- **Used - Like New**: Dust cover is intact, with no nicks or tears. Spine has no signs of creasing. Pages are clean and not marred by notes or folds of any kind. May contain remainder marks on outside edges, which should be noted in listing comments.
- **Used - Very Good**: Pages and dust cover are intact and not marred by notes or highlighting. The spine is undamaged.
- **Used - Good**: All pages and cover are intact (including the dust cover, if applicable). Spine may show signs of wear. Pages may include limited notes and highlighting. May include "From the library of" labels.

https://sellercentral.amazon.com/gp/help/external/200339950   Go   NOV **DEC** JAN ◀ **08** ▶ 2016 **2017** 2020

2 captures
8 Dec 2017 - 23 Jan 2020

▼ About this capture

reading copies, including uncorrected proofs, or in-print or not-yet-published books.

#### Industrial & Scientific

Industrial & Scientific products may be listed as New, New – Open Box, Refurbished, Used – Like New, Used – Very Good, Used – Good, or Used – Acceptable.

#### Books -- Collectible

To ensure that customers are able to buy with confidence from all sellers on Amazon, sellers listing in the Collectible Books category must be pre-approved. For more information, see [Collectible Books](#).

To be considered collectible, a book should be unique in a way that could reasonably be assumed to increase the book's value to a collector:

- First editions and first printings
- Signed, inscribed, or scarce copies
- Advance reading copies and uncorrected proofs of out-of-print books

Collectible books do not include the following:

- Uncorrected proofs of in-print or not-yet-published books
- Former library books
- Remaindered books
- Book club editions

The **General Condition Guidelines** do not apply to collectible books. Use the following condition types for Collectible Books:

- **Collectible - Like New**: All pages and the cover are intact. The dust jacket is intact, if applicable, with no noticeable or very tiny nicks or flaws. Spine has no signs of creasing. Book may have very small but virtually unnoticeable flaws. List items in Fine condition as Like New. Include condition details in the listing comments.
- **Collectible - Very Good**: Pages are intact and not marred by notes or highlighting. Spine shows no sign of creasing. Dust jacket, if applicable, shows signs of some rubbing or chipping. List items in Near Fine condition as Very Good. Include condition details in the listing comments.
- **Collectible - Good**: All pages and the cover are intact, including the dust jacket, if applicable. Spine may show signs of wear. Generally, books in Good condition are not considered to be collectible grade.
- **Collectible - Acceptable**: A readable copy showing significant wear. Dust jacket may be missing. For all but the rarest items, books in Acceptable condition are not considered to be collectible grade.

#### Music -- New and Used

Music formats include vinyl, magnetic tape, and disc.

If you are listing a club edition against the detail page for the standard edition, use the listing comments to indicate that your item is a club edition. For more about listing club editions, see the exception under **Matching product offers inaccurately** in [Prohibited Seller Activities and Actions](#).

https://sellercentral.amazon.com/gp/help/external/200339950   Go   NOV DEC JAN   ◀ 08 ▶   2016 2017 2020
2 captures
8 Dec 2017 - 23 Jan 2020
About this capture

- **New**: A brand-new, unused, unopened CD or cassette in perfect condition.
- **Used - Like New:** The jewel case, cassette case, or album cover has no scratches or scuffing. Cover art, liner notes, and inclusions are in perfect condition. The product itself is unmarked with no sign of wear. Packaging may have a remainder cut-out, which should be noted in the listing comments section.
- **Used - Very Good:** The CD or cassette that has been listened to but remains in great condition and plays perfectly. The packaging, cover art, liner notes, or inclusions may show limited signs of wear.
- **Used - Good:** The CD or cassette plays perfectly but has clear signs of wear. The product or its packaging may have identifying markings from its owner.
- **Used - Acceptable:** The CD or cassette plays perfectly but is otherwise the worse for wear. Packaging and inclusions may be damaged, marked, or missing. Note any missing elements in the listing comments section.

### Camera & Photo Electronics & Photo, PC

You may be required to obtain approval to list certain products in the Electronics category. For more information, see Categories Requiring Approval.

In addition to the General Condition Guidelines, apply the following guidelines to Camera & Photo:

- **New:** The original manufacturer's warranty, if any, must apply. Unless otherwise specified, all new camera and photo items are assumed to be in full retail packaging. Bulk, plain white box, or other types of packaging are not allowed unless specifically called out in the product title.
- **Certified Refurbished:** You may use Refurbished in this category. See the General Condition Guidelines for details.
- **Refurbished:** You may use Refurbished in this category. See the General Condition Guidelines for details.
- **Used - Like New:** An apparently untouched item in perfect condition. On the 1 to 10 point used-equipment scale, this item must be a 10.
- **Used - Very Good:** On the 1 to 10 point used-equipment scale, this item must be a 9 or better.
- **Used - Good:** On the 1 to 10 point used-equipment scale, this item must be an 8 or better.
- **Used - Acceptable:** On the 1 to 10 point used-equipment scale, this item must be a 7 or better.
- **Unacceptable:** On the 1 to 10 point used-equipment scale, a 6 or lower is **Unacceptable**.

See Selling International Camera & Photo Products for specific listing policies on international version products.

### Music - Collectible

To be considered collectible, the item should be unique in a way that increases value for a collector:

- Signed, inscribed, or scarce
- Unique characteristics such as special pressings, unusual aesthetics (colored vinyl), or limited edition packaging

Seller comments for collectible music should include the following:

- Further detail on condition or completeness of item and packaging
- Notes about the presence of signatures, inscriptions, or other personalization

https://sellercentral.amazon.com/gp/help/external/200339950   Go   NOV **DEC** JAN   ◀ **08** ▶   2016 **2017** 2020

2 captures
8 Dec 2017 - 23 Jan 2020

▼ About this capture

Only full retail versions of software may be sold on Amazon. The following types of software are prohibited for sale:

- Copied or duplicated software, in any format
- OEM software
- Back-up copies
- Fulfillment software
- Promotional software
- Beta (pre-release) copies
- Unauthorized freeware or shareware
- Academic software requiring pre-purchase verification

In addition to the General Condition Guidelines, please apply the following guidelines to Software & Computer Games.

> **Note:** All products in Software & Games with the condition type **Used** will be listed as **Open Box**.

- **New**: Includes the original Universal Product Code (UPC).
- **Open Box - Like New**: The box and jewel case are pristine, with no signs of wear. UPC should be visible.
- **Open Box - Good**: Original UPC should be visible.
- **Open Box - Acceptable**: Original UPC, the original jewel case, or both are missing.
- **Unacceptable**: See the list of prohibited software and computer games earlier in this section.

For more information about listing software for sale on Amazon, see Selling Software.

**Cell Phones & Accessories**

For more information on listing products in this category, see Selling Cell Phones & Accessories.

Before shipping a used or certified refurbished cell phone to a buyer, you must do the following:

- Cancel the existing account associated with the phone.
- Remove the SIM card from the phone, if present.
- Clear the phone's memory and restore the default settings.

In addition to the General Condition Guidelines, apply the following guidelines to Cell Phones & Accessories:

- **New**: The original manufacturer's warranty, if any, should still apply, with details of the warranty included in the condition comments.
- **Certified Refurbished**: You may sell **Certified Refurbished** in this category. See the General Condition Guidelines for details.
- **Used - Like New**: The original packaging and all original accessories are intact. There are absolutely no signs of wear on the item or its packaging.
- **Used - Very Good**: Some signs of wear and tear are visible.
- **Used - Good**: The item shows wear from consistent use, but it remains in good condition and works perfectly.
- **Used - Acceptable**: Signs of wear can include aesthetic issues such as scratches, dents, and worn corners.

Before selling a computer on Amazon, you must restore the computer's hard drive and any software on it to its original state in one of the following ways:

- Use the Restore discs included with the computer.
- Reformat the computer's hard drive and reinstall the original software.

Include in your shipment any documentation provided with the computer itself and any software installed on the computer.

You must comply with the terms of any software licenses or other agreements governing any software on the computer. This includes any restrictions on transferring software or retaining copies of any software.

In addition to the General Condition Guidelines, apply the following guidelines to Computers:

- **Certified Refurbished**: You may sell **Certified Refurbished** in this category. See the General Condition Guidelines for details.
- **Used - Like New**: The original packaging and software are intact.
- **Used - Acceptable**: The box and nonessential instructions may be missing or damaged. Discs for installed software are included.

**Consumer Electronics**

You may be required to obtain approval to list certain products in the Electronics category. For more information, see [Categories Requiring Approval](#).

In addition to the General Condition Guidelines, apply the following guidelines to Electronics:

- **Refurbished**: You may sell **Refurbished** in this category. See the General Condition Guidelines for details.

In addition to the General Condition Guidelines, apply the following guidelines to Electronics:

- **Certified Refurbished**: You may sell **Certified Refurbished** in this category. See the General Condition Guidelines for details.

**Toys & Games -- Collectible**

Collectible toys and games must be rare, exclusive, one-of-a-kind, or otherwise unique.

> **Note:** The General Condition Guidelines do not apply to Collectible Toys & Games.

Use the following condition types for Collectible Toys & Games:

- **Collectible - Like New:** An apparently untouched item in perfect condition. The original protective wrapping, if any, may be missing, but the original packaging is intact. There are absolutely no signs of wear. Suitable for presenting as a gift.

https://sellercentral.amazon.com/gp/help/external/200339950   Go   NOV DEC JAN  ◀ 08 ▶   2016 2017 2020

2 captures
8 Dec 2017 - 23 Jan 2020

About this capture

instructions are included and in acceptable condition. The item may be marked, identified, or show other signs of previous use. The item works perfectly and is in good shape overall.

### Home & Garden

In addition to the General Condition Guidelines, apply the following guidelines to Home & Garden:

- **Refurbished:** You may use **Refurbished** in this category. See the General Condition Guidelines for details.

In addition to the General Condition Guidelines, apply the following guidelines to Home & Garden:

- **Certified Refurbished:** You may use **Certified Refurbished** in this category. See the General Condition Guidelines for details.

### Ink and Toner Cartridges

> **Note:** Amazon prohibits sellers from listing ink and toner cartridges in **Certified Refurbished** or **Used** condition.

All ink and toner cartridges should be listed as **New**, with "Remanufactured," "Compatible," or "Refilled" in the **Title** field.

See also Office Products.

See also Selling Ink and Toner Cartridges.

### Video, DVD & Blu-ray Discs -- Collectible

To be considered collectible, the item should be unique in a way that increases value for a collector:

- Signed or inscribed
- Scarce

Seller comments for collectible media may include the following:

- Further detail on condition or completeness of item and packaging
- Presence of signatures, inscriptions, or other personalization

### Video Games

You may be required to obtain approval to list certain products in the Video Games category. For more information, see Categories Requiring Approval.

In addition to the General Condition Guidelines, apply the following guidelines to Video Games:

- **New:** Unless specified in the product title, all new video game items are assumed to be in full retail packaging. Bulk, plain white box, or other types of packaging are not allowed unless specifically called out in the product title.
- **Used - Like New:** Activation codes for bonus online content may be missing or expired. Product may not include downloadable content.
- **Used - Very Good:** Activation codes for bonus online content may be missing or expired. Product may not include downloadable content.
- **Used - Good:** Activation codes for bonus online content may be missing or expired. Product may not include downloadable content.
- **Used - Acceptable:** You must note whether the box or instructions are missing in the condition notes field. Activation codes for bonus online content may be missing or expired. Product may not include downloadable content.
- **Unacceptable:** Video games without essential accompanying material are not permitted. This does not necessarily include the box or instructions.

Musical Instruments

In addition to the General Condition Guidelines, apply the following guidelines to Musical Instruments:

- **Refurbished**: You may sell **Refurbished** in this category. See the General Condition Guidelines for details.

Musical Instruments

In addition to the General Condition Guidelines, apply the following guidelines to Musical Instruments:

- **Certified Refurbished**: You may sell **Certified Refurbished** in this category. See the General Condition Guidelines for details.

Office Products

In addition to the General Condition Guidelines, apply the following guidelines to Office Products:

- **Refurbished**: You may use **Refurbished** in this category. See the General Condition Guidelines for details.

In addition to the General Condition Guidelines, apply the following guidelines to Office Products:

- **Certified Refurbished**: You may use **Certified Refurbished** in this category. See the General Condition Guidelines for details.

Outdoors

**Tools & Hardware**

In addition to the General Condition Guidelines, the Tools & Hardware category accepts the following condition types:

- **Certified Refurbished***
- **Used - Good**
- **Used - Acceptable**

*Before listing a product as refurbished, see Selling Tools and Home Improvement products.

**Toys & Baby**

- Toys and game products may be listed in **New** or **Collectible** condition only.
- Baby products may be listed in **New** condition only.

**Video, DVD & Blu-ray Discs -- New and Used**

Rental DVD and Blu-ray discs are only permitted for sale on Amazon in **Used** condition. If you are listing a rental DVD or Blu-ray disc edition against the detail page for the standard edition, use the listing comments to indicate that your item is a rental edition. For more information about listing rental editions, see the exception under **Matching product offerings inaccurately** in Prohibited Seller Activities and Actions.

In addition to the General Condition Guidelines, apply the following guidelines to used video, DVD & Blu-ray discs:

- **Used - Like New:** Any codes for digital copies or downloadable content must be included and unused.
- **Used - Acceptable:** A product with extensive external signs of wear, but one that continues to play perfectly. The box or jewel case may be damaged. The cover art, liner notes, or other inclusions may be marked, or one or all of these items may be missing. The seller must note any missing inclusions in their listing comments. Combination sets may not be listed with missing discs. If a digital copy is missing, this should be noted in the condition notes. Products must be sold with a protective jewel case or box. Sellers may substitute newer packaging when a jewel case or box is damaged, but they may not substitute copied cover art or liner notes for the originals. The video, disc, or packaging may have identifying markings from its owner.

**Watches**

All watches must be listed in **New** condition only. You may not sell used products in this category.

All watches must come in their original packaging, including all original packaging materials and instruction manuals.

To ensure that customers are able to buy with confidence from all sellers on Amazon, sellers must be pre-approved to sell products in the Watches category. For more information see Categories Requiring Approval.

Was this article helpful?   ○ Yes   ○ No

**Related articles** 

https://sellercentral.amazon.com/gp/help/external/200339950   Go
2 captures
8 Dec 2017 - 23 Jan 2020
NOV **DEC** JAN
◀ **08** ▶
2016 **2017** 2020
▼ About this capture

California Air Regulatory Board (CARB)

California Proposition 65 (Prop 65)

The California eWaste Act

**Condition guidelines**

CPSIA Choking Hazard Warnings and Material Content Limits

Energy Labeling Rule

Environmental Marketing Guidelines

Food products: USDA Country of Origin Labeling

Product Bundling Policy

Selling Ink or Toner Cartridges

Selling International Media Products

Sell software

Selling Textbooks

NIOSH-Approved Filtering Facepiece Respirators

## Need more help? 

See more on Seller Central

Visit Seller Forums

© 1999-2017, Amazon.com, Inc. or its affiliates