Mark Schlachet (OSB 0009881) [Admitted PHV]
markschlachet@me.com
3515 Severn Road
Cleveland, Ohio 44118
Tel: (216)225-7559 Fax: (216)932-5390
*Attorney for Plaintiff Thimes Solutions Inc.*

Christopher J. Hammond (SBN 150024)
chammond@bizlawpro.com
21540 Prairie Street, Unit A Chatsworth, CA 91311
Tel: (866)625-2529 Fax: (866)463-9285
*Local Counsel Plaintiff Thimes Solutions Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| THIMES SOLUTIONS INC.<br><br>Plaintiff,<br><br>vs.<br><br>TP-LINK USA CORPORATION, et al<br><br>Defendants. | **CASE NO. CV 19-10374 PA**<br><br>**DECLARATION OF MARK SCHLACHET IN SUPPORT OF PLAINTIFF'S EVIDENTIARY OBJECTIONS TO THE DECLARATION OF WILLIAM FIKHMAN, ECF 101-2; REQUEST THAT COURT RECEIVE SUPPLEMENTAL EVIDENCE**<br><br>**HEARING DATE:  TBD**<br>**COURTROOM:  9A**<br>**SECOND AMENDED COMPLAINT FILED JANUARY 13, 2020** |

**I, Mark Schlachet, hereby declare as follows:**

1. I submit this Declaration in support of Thimes Solutions Inc.'s ("TSI") Evidentiary Objections to William Fikhman's Declaration, ECF 102-1, as well as TSI request that the court receive as evidence Exhibit 2 to said objections.

2. I am an attorney at law admitted pro hac vice to practice before this Court in the captioned case. I submit this Declaration based upon my personal knowledge and, if called a witness, could and would testify to the matters set forth within.

3. Exhibit 1 is a true and accurate copy of relevant portions of the Deposition of William Fikhman in *Solu-Med, Inc. v. Youngblood Skin Care Products, Inc.,* Case No. 19-cv-60487 (S.D. FL) at ECF 107-1. This document was filed on March 6, 2020 in *Solu-Med, Inc. v. Youngblood Skin Care Products, Inc.,* Case No. 19-60487-RKA (S.D.FL), a case similar to this case, i.e. involving counterfeit IP complaints and Amazzia as brand protector. I visited the Pacer/ECF page for the Southern District of Florida at https://ecf.flsd.uscourts.gov/cgi-bin/showpage.pl?16 on or about March 7, 2020, navigated to Case No. 19-60487, downloaded the document, and introduce it here as Exhibit 1.

2

CV 19-10374 PA

DECLARATION OF MARK SCHLACHET IN SUPPORT OF
EVIDENTIARY OBJECTIONS

4. Exhibit 2 is marked as Exhibit 5 to the Toth Deposition, taken one day prior to the deposition of William Fikhman referenced in the preceding paragraph hereof.  Dr. Toth, whose deposition is not presented, testified that Amazzia had a one-year contract with Youngblood from September 2018-2019.  *Id.* at ECF 104-1 at p. 18:15-16; 77:17-20.

5. Exhibit 2 hereto is a true and accurate copy of certain verbiage used by Amazzia to lodge counterfeit complaints with Amazon in the 2018 timeframe.  This document was filed as ECF 104-2 on March 5, 2020 in *Solu-Med, Inc. v. Youngblood Skin Care Products, Inc.,* Case No. 19-60487-RKA (S.D.FL). I visited the Pacer/ECF page for the Southern District of Florida at https://ecf.flsd.uscourts.gov/cgi-bin/showpage.pl?16 on or about March 7, 2020, navigated to Case No. 19-60487, downloaded the document, and introduce it here as Exhibit 2.

6. Exhibit 3 hereto is a true and accurate copy of the Declaration of William Fikhman filed March 30, 2020 in *Thimes Solutions, Inc. v. TP-Link USA Corporation, et al*, Case 2:19-cv-10374-PA-E, ECF 101-2.  TP-Link and Amazzia served this document upon me, as counsel for plaintiff Thimes Solutions Inc., via ECF on March 30, 2020.  I downloaded the document and introduce it as Exhibit 3 hereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 8, 2020, at Surfside, Florida

<u>/s/ Mark Schlachet (admitted PHV)</u>
Mark Schlachet