1  Mark Schlachet (OSB 0009881) [Admitted PHV]
2    markschlachet@me.com
   3515 Severn Road
3  Cleveland, Ohio 44118
4  Tel: (216)225-7559
   Fax: (216)932-5390
5
6  *Attorney for Plaintiff*

7  Christopher J. Hammond (SBN 150024)
8    chammond@bizlawpro.com
   21540 Prairie Street, Unit A
9  Chatsworth, CA 91311
   Tel: (866)625-2529 Fax: (866)463-9285
10

11 *Local Counsel for Plaintiff*
12

13 THIMES SOLUTIONS INC.
14 Plaintiff,

15 vs.                                CASE NO.: **CV 19-10374 PA**

16
17 TP-LINK USA CORPORATION, et al     **JOINT STIPULATION FOR**
   Defendant                          **EXTENSION OF TIME FOR**
18                                    **PLAINTIFF TO FILE AMENDED**
19                                    **PLEADING**

20                                    **Hearing Date:** None

21                                    **SAC FILED:    JANUARY 13, 2020**
22
23
24
25
26
27
28
                                                         **CV 19-10374 PA**

**JOINT STIPULATION FOR ORDER PERMITTING EXTENSION OF TIME TO AMEND PLEADING**

Plaintiff Thimes Solutions Inc. ("Thimes Solutions"), and Defendants TP-Link USA Corporation ("TP-Link USA") and Auction Brothers, Inc. ("Amazzia"), by and through their respective undersigned counsel, and subject to this Court's approval, stipulate and agree as follows:

WHEREAS, on June 8, 2020 in ECF 103 the Court afforded Plaintiff 14 days, or until June 23, 2020 within which to amend its operative complaint in this action;

WHEREAS, Thimes Solutions states that good cause exists for the requested two-week extension of time to amend its operative complaint because additional time is necessary for plaintiff to fully investigate, research, and prepare any amendment in response to the Court's June 8, 2020 order and Plaintiff is in the process of engaging an additional lawyer to assist in this process; and

WHEREAS, TP-Link and Amazzia do not oppose the requested two week extension of time for plaintiff to amend its operative complaint;

NOW THEREFORE, the Parties, by and through their respective counsel, hereby STIPULATE AND AGREE as follows:

Thimes Solutions LLC shall have up to and including July 8, 2020 as the time within which to amend the operative pleading as permitted by this Court's Order of June 8, 2020.

Dated: June 19, 2020

| | |
|---|---|
| **FOLEY & LARDNER LLP**<br>*/s/Stephen R. Smerek*<br>Stephen R. Smerek<br>Tiffany Kim Sung<br>FOLEY & LARDNER LLP<br><br>*Attorneys for Defendant*<br>*TP Link USA Corporation*<br><br>**BURKHALTER KESSLER CLEMENT & GEORGE LLP**<br>*/s/Josh A. Waldman*<br>Alton G. Burkhalter<br>Josh A. Waldman BURKHALTER KESSLER CLEMENT & GEORGE LLP<br>*Attorneys for Defendant Auction Brothers, Inc.* | **LAW OFFICES OF MARK SCHLACHET**<br><br>By: Mark Schlachet<br>Mark Schlachet (OSB 0009881)<br>[Admitted PHV]<br>Email: markschlachet@me.com<br>3515 Severn Road<br>Cleveland, Ohio 44118<br>Tel: (216)225-7559<br>Fax: (216)932-5390<br><br>Christopher J. Hammond (SBN 150024)<br>Email: chammond@bizlawpro.com<br>21540 Prairie Street, Unit A<br>Chatsworth, CA 91311<br>Tel: (866)625-2529<br>Fax: (866)463-9285<br><br>*Attorney for Plaintiff Thimes Solutions Inc.* |

**SIGNATURE ATTESTATION**

I hereby attest that the other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: June 19, 2020 /s/Mark Schlachet