|     |     |
| --- | --- |
| 1   | Mark Schlachet (OSB 0009881) [Admitted PHV] |
| 2   | markschlachet@me.com |
|     | 3515 Severn Road |
| 3   | Cleveland, Ohio 44118 |
|     | Tel: (216)225-7559 |
| 4   | Fax: (216)932-5390 |
| 5   |     |
|     | *Attorney for Plaintiff* |
| 6   |     |
| 7   | Christopher J. Hammond (SBN 150024) |
|     | chammond@bizlawpro.com |
| 8   | 21540 Prairie Street, Unit A |
| 9   | Chatsworth, CA 91311 |
|     | Tel: (866)625-2529  Fax: (866)463-9285 |
| 10  |     |
| 11  | *Local Counsel for Plaintiff* |

| | |
|---|---|
| THIMES SOLUTIONS INC. <br> Plaintiff, <br><br> vs. <br><br> TP-LINK USA CORPORATION, et al <br> Defendant | CASE NO.: **CV 19-10374 PA** <br><br> **[PROPOSED] ORDER APPROVING JOINT STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE AMENDED PLEADING** <br><br> **Hearing Date:  None** <br><br> **SAC FILED:   JANUARY 13, 2020** |

**CV 19-10374 PA**

**JOINT STIPULATION FOR ORDER PERMITTING EXTENSION OF TIME TO AMEND PLEADING**

1  The court, having considered the Joint Stipulation for Extension
2  of Time For Plaintiff to File Amended Pleading ("Stipulation"), and good cause
3  appearing, hereby orders that the Stipulation is approved and plaintiff shall have
4  until July 8, 2020 as the time within which to amend the operative pleading.

DATE:_____                    IT IS SO ORDERED.


                                        _____
                                        HONORABLE PERCY ANDERSON
                                        UNITED STATES DISTRICT
                                        JUDGE

**CV 19-10374 PA**

**JOINT STIPULATION FOR ORDER PERMITTING EXTENSION OF TIME TO AMEND PLEADING**