Mark Schlachet (OSB 0009881) [Admitted PHV]
  markschlachet@me.com
3515 Severn Road
Cleveland, Ohio 44118
Tel: (216)225-7559
Fax: (216)932-5390

*Attorney for Plaintiff*

Christopher J. Hammond (SBN 150024)
  chammond@bizlawpro.com
21540 Prairie Street, Unit A
Chatsworth, CA 91311
Tel: (866)625-2529 Fax: (866)463-9285

*Local Counsel for Plaintiff*

| | |
|---|---|
| THIMES SOLUTIONS INC.<br>Plaintiff,<br><br>vs.<br><br>TP-LINK USA CORPORATION, et al<br>Defendant | CASE NO.: **CV 19-10374 PA**<br><br>**ORDER APPROVING JOINT STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE AMENDED PLEADING**<br><br>**Hearing Date: None**<br><br>**SAC FILED: JANUARY 13, 2020** |

1  The court, having considered the Joint Stipulation for Extension of Time For
2  Plaintiff to File Amended Pleading ("Stipulation"), and good cause appearing,
3  hereby orders that the Stipulation is approved and plaintiff shall have until July 8,
4
5  2020 as the time within which to amend the operative pleading in accordance with
6  the Court's June 8, 2020 Order.
7
   DATE: June 19, 2020                    IT IS SO ORDERED.
8
9
10
11                                        _____
                                          HONORABLE PERCY ANDERSON
                                          UNITED STATES DISTRICT
12                                        JUDGE

CV 19-10374 PA

**JOINT STIPULATION FOR ORDER PERMITTING EXTENSION OF TIME TO AMEND PLEADING**