Mark Schlachet (OSB 0009881) [Admitted PHV]
 markschlachet@me.com
3515 Severn Road
Cleveland, Ohio 44118
Tel: (216)225-7559
Fax: (216)932-5390

*Attorney for Plaintiff*

Christopher J. Hammond (SBN 150024)
 chammond@bizlawpro.com
21540 Prairie Street, Unit A
Chatsworth, CA 91311
Tel: (866)625-2529 Fax: (866)463-9285

*Local Counsel for Plaintiff*

| | |
|---|---|
| THIMES SOLUTIONS INC.<br>Plaintiff,<br><br>vs.<br><br>TP-LINK USA CORPORATION, et al<br>Defendant | CASE NO.:  **CV 19-10374 PA**<br><br>**THIMES SOLUTIONS INC.'S OFFER OF JUDGMENT PER CIVIL RULE 68(C) VIS-À-VIS ANTI-SLAPP ATTORNEY FEES**<br><br>**Hearing Date:  None**<br><br>**SAC FILED:   JANUARY 13, 2020** |

**CV 19-10374 PA**

**TSI RULE 68 OFFER OF JUDGMENT**

Now comes plaintiff Thimes Solutions Inc. pursuant to Rule 68(c) of the Federal Rules of Civil Procedure and, in light of this Honorable Court's Order, ECF 103 at p.12, providing for proceedings relative to the setting of attorney fees, and reserving unto plaintiff all rights and remedies to seek any and all appropriate review of ECF 103 in this court and the court of appeals, plaintiff hereby offers to defendant TP-Link USA, Inc. as and for attorney fees pursuant to California's anti- SLAPP statute, the sum of twenty thousand dollars ($20,000.00) provided, however, that offering plaintiff retains the right to demand and recover such amount from TP-Link should this court or the court of appeals reverse or otherwise vacate the underlying ECF 103 ruling from which the subject attorney fees entitlement arises.

**LAW OFFICE OF MARK SCHLACHET**
/s/ *Mark Schlachet*
Mark Schlachet (admitted PHV)
3515 Severn Road
Cleveland, OH 44118
Telephone: (216) 225-7559
Facsimile: (216) 932-5390
Email: markschlachet@me.com
*Attorney for Plaintiff Thimes Solutions Inc.*

**LA LAW GROUP, APLC**
/s/ *Christopher J. Hammond*
Christopher J. Hammond (SBN 150024)
21540 Prairie Street, Unit A
Chatsworth, CA 91311
Telephone: (866) 625-2529
Facsimile: (866) 463-9285
Email: chammond@bizlawpro.com

*Attorney for Plaintiff Thimes Solutions Inc*

**CV 19-10374 PA**

**TSI RULE 68 OFFER OF JUDGMENT**