Stephen R. Smerek (State Bar No. 208343)
email: ssmerek@foley.com
Tiffany Kim Sung (State Bar No. 323077)
email: tsung@foley.com
**FOLEY & LARDNER LLP**
555 South Flower Street, Suite 3300
Los Angeles, CA 90071-2411
Telephone: 213-972-4500
Facsimile: 213-486-0065

Attorneys for Defendant
TP LINK USA CORPORATION

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| THIMES SOLUTIONS INC., <br><br> Plaintiffs, <br><br> v. <br><br> TP LINK USA CORPORATION, et al. <br><br> Defendants. | Case No: 2:19-cv-10374-PA (Ex) <br><br> **JOINT STIPULATION FOR TWO-WEEK EXTENSION OF TIME FOR DEFENDANTS TO FILE MOTION SEEKING FEES UNDER CALIFORNIA'S ANTI-SLAPP STATUTE** <br><br> **Hearing Date:** None <br><br> **SAC FILED:** January 13, 2020 <br><br> Courtroom: 9A |

Plaintiff Thimes Solutions LLC, and Defendants TP-Link USA Corporation ("TP-Link USA") and Auction Brothers, Inc. ("Amazzia"), by and through their respective undersigned counsel, and subject to this Court's approval, stipulate and agree as follows:

WHEREAS, on June 8, 2020 in ECF 103 the Court afforded Defendants twenty-eight (28) days, or until July 6, 2020 within which to move for fees under California's anti-SLAPP statute;

WHEREAS, the parties have engaged in communications in an effort to resolve the fees issue without the necessity of further motion practice;

WHEREAS, the parties state the following:

**Defendant's Good Cause Statement**

Good cause exists for the requested two-week extension because Defendants need additional time to attempt to resolve the dispute without resort to further motion practice, or, if unsuccessful, to prepare and file their motion for fees.

**Plaintiff's Good Cause Statement**

Plaintiff acknowledges that the parties have been engaged in discussions in an effort to resolve the fees issues and stipulates to the requested relief as a courtesy. Plaintiff takes no position on the good cause statement.

NOW THEREFORE, the Parties, by and through their respective counsel, hereby STIPULATE AND AGREE as follows:

Defendants shall have up to and including July 20, 2020 as the time within which to move for fees under California's anti-SLAPP statute as permitted by this Court's Order of June 8, 2020.

Dated: June 29, 2020

/s/ Stephen R. Smerek
Stephen R. Smerek
FOLEY & LARDNER LLP

**Attorneys for TP LINK USA CORPORATION**

1

4812-1455-2001.1

| | |
|---|---|
| Dated: June 29, 2020 | /s/ Mark Schlachet<br>Mark Schlachet (OSB 0009881)<br>[Admitted PHV]<br>LAW OFFICES OF MARK SCHLACHET |
| | Attorneys for Plaintiff, THIMES SOLUTIONS, INC. |
| Dated: June 29, 2020 | /s/ Josh A. Waldman<br>Alton G. Burkhalter<br>Josh A. Waldman<br>BURKHALTER KESSLER CLEMENT & GEORGE LLP |
| | Attorneys for Defendant Auction Brothers, Inc. |

## ATTESTATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

| | |
|---|---|
| Dated: June 29, 2020 | /s/ Stephen R. Smerek<br>Stephen R. Smerek<br>FOLEY & LARDNER LLP |
| | **Attorneys for TP LINK USA CORPORATION** |