Stephen R. Smerek (State Bar No. 208343)
email:  ssmerek@foley.com
Tiffany Kim Sung (State Bar No. 323077)
email:  tsung@foley.com
**FOLEY & LARDNER LLP**
555 South Flower Street, Suite 3300
Los Angeles, CA 90071-2411
Telephone:  213-972-4500
Facsimile:   213-486-0065

Attorneys for Defendant
TP LINK USA CORPORATION

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| THIMES SOLUTIONS INC., <br><br> Plaintiffs, <br><br> v. <br><br> TP LINK USA CORPORATION, et al. <br><br> Defendants. | Case No:  2:19-cv-10374-PA (Ex) <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR TWO-WEEK EXTENSION OF TIME FOR DEFENDANTS TO FILE MOTION SEEKING FEES UNDER CALIFORNIA'S ANTI-SLAPP STATUTE** <br><br> **Hearing Date:**   None <br><br> **SAC FILED:**     **January 13, 2020** <br><br> Courtroom: 9A |

1 | The court, having considered the Joint Stipulation for Two-Week Extension Of Time For Defendants To File Motion Seeking Fees Under California's Anti-SLAPP Statute ("Stipulation"), and good cause appearing, hereby orders that the Stipulation is granted and that Defendants shall have up to and including July 20, 2020 as the time within which to move for fees under California's anti-SLAPP statute as permitted by this Court's Order of June 8, 2020.

Dated: _____          IT IS SO ORDERED.

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE