UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-10374 PA (Ex) | Date | June 30, 2020 |
|---|---|---|---|
| Title | Thimes Solutions Inc. v. TP Link USA Corporation et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| T. Jackson | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS - COURT ORDER

The Court has received a Joint Stipulation for Two-Week Extension of time for Defendants to File Motion Seeking Fees Under California's Anti-SLAPP Statute. (Dkt. 107.) In order to facilitate the Court's resolution of the Motion, the Court grants the Stipulation as follows:

No later than July 14, 2020, Defendants shall file a Motion Seeking Fees Under California's Anti-SLAPP statute with this Court. Defendants shall inform Plaintiff of the hourly rates that will be claimed for each lawyer, paralegal, or other person. If Defendants' counsel or other billers have performed any legal work on an hourly basis during the period covered by the motion, Defendants shall provide representative business records sufficient to show the types of litigation in which such hourly rates were paid and the rates that were paid in each type, including any fee agreement under which they provided services in this action. If Defendants' counsel has been paid on an hourly basis in the case in question or in litigation of the same type as the case in question, records showing the rates paid for those services must be provided. If Defendant will rely on other evidence to establish appropriate hourly rates, such as evidence of rates charged by attorneys of comparable experience and qualifications or evidence of rates used in previous awards by courts or administrative agencies, Defendants shall provide such other evidence. Defendants shall furnish the evidence that will be used to support the related nontaxable expenses to be sought by the motion.

In addition, Defendants shall provide to Plaintiff a draft of its portion of a Joint Statement, which will eventually be submitted to the Court, no later than July 14, 2020. The Joint Statement shall be formatted as a spreadsheet in Microsoft Excel (Office 365 or earlier versions), or a table in WordPerfect (X9 or earlier versions) or Microsoft Word (Office 365 or earlier versions). The spreadsheet or table must include columns to identify: (1) the date of each time entry; (2) the biller for each time entry; (3) a brief description of the task; (4) the number of hours requested by Defendants for the task; (5) the number of hours, if any, Plaintiff believes should be awarded for the task; and for disputed items (6) a brief summary of Defendants' position; and (7) a brief summary of Plaintiffs' position.[1/] A separate

---

[1/] To the extent Defendants' records include a number or code identifying each unique time entry, that identifying number or code may be included as a separate column in the spreadsheet or table.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-10374 PA (Ex) | Date | June 30, 2020 |
|---|---|---|---|
| Title | Thimes Solutions Inc. v. TP Link USA Corporation et al. | | |

spreadsheet or table shall be prepared for any nontaxable costs sought by Defendants.[2/]  The spreadsheet or table of nontaxable costs must include columns to identify:  (1) the item; (2) the amount of costs sought by Defendants for the item; (3) the amount of costs, if any, Plaintiff believes should be awarded for the item; and for disputed items (4) a brief summary of Defendants' position; and (5) a brief summary of Plaintiff's position.

By providing Plaintiff with information about the Defendants' hours, billing rates, and related nontaxable expenses, no party shall be deemed to make any admission or waive any argument about the relevance or effect of such information in determining an appropriate award.

All information furnished by any party under this section shall be treated as strictly confidential by the party receiving the information.  The information shall be used solely for purposes of the fee litigation, and shall be disclosed to other persons, if at all, only in court filings or hearings related to the fee litigation.  A party receiving such information who proposes to disclose it in a court filing or hearing shall provide the party furnishing it with prior written notice and a reasonable opportunity to request an appropriate protective order.

Plaintiff shall input its portion of the Joint Statement into the document and return the completed document to Defendant by no later than **July 28, 2020**.  Plaintiff shall also file its Opposition to the Motion by no later than **July 28, 2020**.  Defendant shall file the completed Joint Statement and its Reply by no later than **August 4, 2020**.  In addition to filing the Joint Statement, Defendant shall email an electronic version of the Joint Statement to this Court's chambers ECF email inbox by **August 4, 2020.**  The matter will then be taken under the submission and the Court will inform the parties if a hearing will be necessary.

IT IS SO ORDERED.

---

[2/]    Taxable costs, if any, must be requested pursuant to the requirements of Local Rule 54.