MARK POE (S.B. #223714)
mpoe@gawpoe.com
RANDOLPH GAW (S.B. #223718)
rgaw@gawpoe.com
VICTOR MENG (S.B. #254102)
vmeng@gawpoe.com
GAW | POE LLP
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415) 766-7451
Facsimile: (415) 737-0642

MARK SCHLACHET (*pro hac vice*)
markschlachet@me.com
3515 Severn Road
Cleveland, OH 44118
Telephone: (216) 225-7559
Facsimile: (216) 932-5390

CHRISTOPHER J. HAMMOND
(S.B. #150024)
chammond@bizlawpro.com
21540 Prairie Street, Unit A
Chatsworth, CA 91311
Telephone: (866) 625-2529
Facsimile: (866) 463-9285

Attorneys for Plaintiff
Thimes Solutions Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| THIMES SOLUTIONS INC.<br><br>        Plaintiffs,<br><br>v.<br><br>TP-LINK USA CORPORATION, and AUCTION BROTHERS, INC. d/b/a AMAZZIA<br><br>        Defendant. | Case No. 2:19-cv-10374-PA-E<br><br>**NOTICE OF APPEARANCE OF MARK POE AS CO-COUNSEL FOR PLAINTIFF THIMES SOLUTIONS INC.**<br><br>Judge:     The Hon. Percy Anderson<br>Courtroom:  Courtroom 9A |

**TO THE COURT AND ALL ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Mark Poe hereby enters his appearance as co-counsel of record for Plaintiff Thimes Solutions Inc. Copies of all pleadings, papers and notices should be served as follows:

Mark Poe
GAW | POE LLP
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415) 766-7451
Facsimile: (415) 737-0642
E-mail: mpoe@gawpoe.com

Dated: July 8, 2020                     GAW | POE LLP

                                        By:   /s/ *Mark Poe*
                                              Mark Poe
                                              Attorneys for Plaintiff
                                              Thimes Solutions Inc.

- 1 -                   NOTICE OF APPEARANCE - MARK POE
                        CASE NO. 2:19-CV-10374-PA-E