| | |
|---|---|
| MARK POE (S.B. #223714) <br> mpoe@gawpoe.com <br> RANDOLPH GAW (S.B. #223718) <br> rgaw@gawpoe.com <br> VICTOR MENG (S.B. #254102) <br> vmeng@gawpoe.com <br> GAW \| POE LLP <br> 4 Embarcadero Center, Suite 1400 <br> San Francisco, CA 94111 <br> Telephone: (415) 766-7451 <br> Facsimile: (415) 737-0642 | MARK SCHLACHET (*pro hac vice*) <br> markschlachet@me.com <br> 3515 Severn Road <br> Cleveland, OH 44118 <br> Telephone: (216) 225-7559 <br> Facsimile: (216) 932-5390 <br><br> CHRISTOPHER J. HAMMOND <br> (S.B. #150024) <br> chammond@bizlawpro.com <br> 21540 Prairie Street, Unit A <br> Chatsworth, CA 91311 <br> Telephone: (866) 625-2529 <br> Facsimile: (866) 463-9285 |

Attorneys for Plaintiff
Thimes Solutions Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| THIMES SOLUTIONS INC. <br><br> Plaintiffs, <br><br> v. <br><br> TP-LINK USA CORPORATION, and AUCTION BROTHERS, INC. d/b/a AMAZZIA <br><br> Defendant. | Case No. 2:19-cv-10374-PA-E <br><br> **NOTICE OF APPEARANCE OF RANDOLPH GAW AS CO-COUNSEL FOR PLAINTIFF THIMES SOLUTIONS INC.** <br><br> Judge: The Hon. Percy Anderson <br> Courtroom: Courtroom 9A |

1  **TO THE COURT AND ALL ATTORNEYS OF RECORD:**

2      **PLEASE TAKE NOTICE** that Randolph Gaw hereby enters his appearance

3  as co-counsel of record for Plaintiff Thimes Solutions Inc.  Copies of all pleadings,

4  papers and notices should be served as follows:

5  Randolph Gaw

6  GAW | POE LLP

   4 Embarcadero Center, Suite 1400

7  San Francisco, CA 94111

8  Telephone: (415) 766-7451

   Facsimile: (415) 737-0642

9  E-mail: rgaw@gawpoe.com

10

11  Dated:  July 8, 2020                        GAW | POE LLP

12

13                                        By:   /s/ *Randolph Gaw*

14                                              Randolph Gaw

                                                Attorneys for Plaintiff

15                                                  Thimes Solutions Inc.

16

17

18

19

20

21

22

23

24

25

26

27

28