| | |
|---|---|
| MARK POE (S.B. #223714)<br>  mpoe@gawpoe.com<br>RANDOLPH GAW (S.B. #223718)<br>  rgaw@gawpoe.com<br>VICTOR MENG (S.B. #254102)<br>  vmeng@gawpoe.com<br>GAW \| POE LLP<br>4 Embarcadero Center, Suite 1400<br>San Francisco, CA 94111<br>Telephone: (415) 766-7451<br>Facsimile: (415) 737-0642 | MARK SCHLACHET (*pro hac vice*)<br>markschlachet@me.com<br>3515 Severn Road<br>Cleveland, OH 44118<br>Telephone: (216) 225-7559<br>Facsimile: (216) 932-5390<br><br>CHRISTOPHER J. HAMMOND<br>(S.B. #150024)<br>chammond@bizlawpro.com<br>21540 Prairie Street, Unit A<br>Chatsworth, CA 91311<br>Telephone: (866) 625-2529<br>Facsimile: (866) 463-9285 |

Attorneys for Plaintiff
Thimes Solutions Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| THIMES SOLUTIONS INC.<br><br>           Plaintiffs,<br><br>   v.<br><br>TP-LINK USA CORPORATION, and AUCTION BROTHERS, INC. d/b/a AMAZZIA<br><br>           Defendant. | Case No. 2:19-cv-10374-PA-E<br><br>**NOTICE OF APPEARANCE OF VICTOR MENG AS CO-COUNSEL FOR PLAINTIFF THIMES SOLUTIONS INC.**<br><br>Judge:     The Hon. Percy Anderson<br>Courtroom: Courtroom 9A |

**TO THE COURT AND ALL ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Victor Meng hereby enters his appearance as co-counsel of record for Plaintiff Thimes Solutions Inc.  Copies of all pleadings, papers and notices should be served as follows:

Victor Meng
GAW | POE LLP
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415) 766-7451
Facsimile: (415) 737-0642
E-mail: vmeng@gawpoe.com

Dated:  July 8, 2020                                GAW | POE LLP

                                                    By:   /s/ *Victor Meng*
                                                          Victor Meng
                                                          Attorneys for Plaintiff
                                                          Thimes Solutions Inc.