1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| THIMES SOLUTIONS INC. | Case No. 2:19-cv-10374-PA-E |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT** |
| v. | |
| TP-LINK USA CORPORATION, and AUCTION BROTHERS, INC. d/b/a AMAZZIA | |
| Defendant. | |

Having considered plaintiff Thimes Solutions Inc.'s motion for leave to file a fourth amended complaint, and having considered defendants TP-Link USA Corporation and Auction Brothers, Inc. d/b/a Amazzia's papers in opposition thereto, it is hereby **ORDERED** that:

1. Plaintiff Thimes Solutions Inc.'s motion is granted; and
2. Plaintiff Thimes Solutions Inc. is granted leave to file a fourth amended complaint.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Percy Anderson
United States District Court Judge