MARK POE (S.B. #223714)
 mpoe@gawpoe.com
RANDOLPH GAW (S.B. #223718)
 rgaw@gawpoe.com
VICTOR MENG (S.B. #254102)
 vmeng@gawpoe.com
GAW | POE LLP
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415) 766-7451
Facsimile: (415) 737-0642

MARK SCHLACHET (*pro hac vice*)
markschlachet@me.com
3515 Severn Road
Cleveland, OH 44118
Telephone: (216) 225-7559
Facsimile: (216) 932-5390

CHRISTOPHER J. HAMMOND
(S.B. #150024)
chammond@bizlawpro.com
21540 Prairie Street, Unit A
Chatsworth, CA 91311
Telephone: (866) 625-2529
Facsimile: (866) 463-9285

Attorneys for Plaintiff
Thimes Solutions Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| THIMES SOLUTIONS INC.<br><br>                    Plaintiffs,<br><br>      v.<br><br>TP-LINK USA CORPORATION,<br>and AUCTION BROTHERS, INC.<br>d/b/a AMAZZIA<br><br>                    Defendant. | Case No. 2:19-CV-10374-PA-E<br><br>**DECLARATION OF MARK POE IN SUPPORT OF THIMES SOLUTIONS INC.'S MOTION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT**<br><br>Judge:        The Hon. Percy Anderson<br>Courtroom:  Courtroom 9A<br>Date:         August 10, 2020<br>Time:         1:30 pm<br><br>**[no hearing per "COVID-19 Notice"]** |

POE DECL.
CASE NO. 2:19-CV-10374-PA-E

1        I, Mark Poe, declare as follows:

2        1.        I am a partner in the law firm of Gaw | Poe LLP, co-counsel for

3    plaintiff Thimes Solutions Inc.  If called to testify at a hearing or trial, I could and

4    would testify to the following, which is based on my personal knowledge.  I submit

5    this declaration in support of TSI's motion for leave to file a Fourth Amended

6    Complaint.

7        2.        On June 8, 2020, the Court issued an order granting the motion of

8    defendants TP-Link USA Corporation and Auction Brothers, Inc. d/b/a Amazzia to

9    strike TSI's state law claims, and dismissing with leave to amend TSI's claim under

10   Section 1 of the Sherman Antitrust Act.  (ECF No. 103.)  On June 17, 2020, Avi

11   Eisenberg of TSI contacted me to discuss potentially retaining Gaw | Poe LLP as

12   co-counsel in this matter.

13       3.        Mr. Eisenberg and I did not speak until June 23, 2020, as I was tied up

14   on other matters.  Our firm was engaged as co-counsel shortly thereafter.  My

15   partners Randolph Gaw and Victor Meng subsequently conferred with counsel for

16   Defendants by telephone regarding this motion and the proposed Fourth Amended

17   Complaint for more than an hour on June 30, 2020.

18       4.        I understand from Mr. Eisenberg that, to date, the parties have not

19   conducted any discovery in this action.

20       5.        Some of TSI's proposed new allegations are based on the deposition

21   testimony given by Amazzia's Rule 30(b)(6) witness in the matter entitled *Solu-*

22   *Med, Inc. v. Youngblood Skin Care Products*, currently pending in the Southern

23   District of Florida.  As shown by the electronic case file heading, the transcript of

24   that testimony became publicly available on March 6, 2020, almost two months

25   after TSI filed its Second Amended Complaint.

26

27

28

1    I declare under penalty of perjury under the laws of the United States that the

2    foregoing is true and correct.  Executed on July 8, 2020, at Novato, California.

3

4    _____

     Mark Poe

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

POE DECL.
CASE NO. 2:19-CV-10374-PA-E