Stephen R. Smerek (State Bar No. 208343)
email: ssmerek@foley.com
Tiffany Kim Sung (State Bar No. 323077)
email: tsung@foley.com
**FOLEY & LARDNER LLP**
555 South Flower Street, Suite 3300
Los Angeles, CA 90071-2411
Telephone: 213-972-4500
Facsimile: 213-486-0065

Attorneys for Defendant
TP LINK USA CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| THIMES SOLUTIONS INC., <br><br> Plaintiffs, <br><br> v. <br><br> TP LINK USA CORPORATION, et al. <br><br> Defendants. | Case No: 2:19-cv-10374-PA (Ex) <br><br> **JOINT STIPULATION FOR ENTRY OF ATTORNEYS' FEES AWARD IN CONNECTION WITH ANTI-SLAPP MOTION IN FAVOR OF DEFENDANTS** <br><br> **Hearing Date:** None <br> **TAC FILED:** July 8, 2020 <br><br> Courtroom: 9A |

4816-9674-6179.1

Plaintiff Thimes Solutions LLC, and Defendants TP-Link USA Corporation ("TP-Link USA") and Auction Brothers, Inc. ("Amazzia"), by and through their respective undersigned counsel, and subject to this Court's approval, stipulate and agree as follows:

WHEREAS, on or about June 8, 2020, in ECF 103, the Court granted Defendants' motion to strike Plaintiff's state law claims for trade libel and interference with existing and prospective business relationships under California's anti-SLAPP statute and directed Defendants to submit a motion for fees thereunder within twenty-eight (28) days; and

WHEREAS, on or about June 29, in ECF 107, the parties stipulated to an extension of time for Defendants to submit their motion for attorneys' fees for two weeks to allow the parties time to meet and confer in an effort to resolve the fees issue without the necessity of further motion practice; and

WHEREAS, on or about June 30, in ECF 108, in order to facilitate resolution of the fees motion, this Court granted the stipulation in part, ordering Defendants to file their motion for fees by July 14, 2020, and ordering the exchange of specific information regarding the claimed fees to be filed by the parties in a joint statement; and

WHEREAS, through their ongoing discussions, and after the exchange of the information regarding the attorneys' fees incurred by Defendants in prosecuting the anti-SLAPP motion as ordered by the Court order, the parties have reached agreement on the amount of Defendants' fees award under the California anti-SLAPP statute, thereby obviating the need for further motion practice, subject to all parties' rights on appeal.

NOW THEREFORE, the Parties, by and through their respective counsel, hereby STIPULATE AND AGREE as follows:

(1)    This Court shall enter an award of attorneys' fees under the California anti-SLAPP statute payable by Plaintiff to Defendants in the amount of thirty thousand dollars ($30,000), which payment shall be made on or before September 30, 2020; and

(2)    All parties expressly reserve all rights they may have to appeal, including any appeal of the Court's June 8, 2020 order, and/or the entry of the award of attorneys'

fees on Defendants' anti-SLAPP motion as set forth herein, but the parties expressly waive any and all rights they may have to challenge the amount of the attorneys' fees award as stipulated herein.

Dated: July 14, 2020

/s/ Stephen R. Smerek
Stephen R. Smerek
FOLEY & LARDNER LLP

**Attorneys for TP LINK USA CORPORATION**

Dated: July 14, 2020

/s/ Mark Schlachet
Mark Schlachet (OSB 0009881)
[Admitted PHV]
LAW OFFICES OF MARK SCHLACHET

Attorneys for Plaintiff, THIMES SOLUTIONS, INC.

Dated: July 14, 2020

/s/ Josh A. Waldman
Alton G. Burkhalter
Josh A. Waldman
BURKHALTER KESSLER CLEMENT & GEORGE LLP

Attorneys for Defendant Auction Brothers, Inc.

## ATTESTATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 14, 2020

/s/ Stephen R. Smerek
Stephen R. Smerek
FOLEY & LARDNER LLP

**Attorneys for TP LINK USA CORPORATION**

1

4816-9674-6179.1