Stephen R. Smerek (State Bar No. 208343)
email:  ssmerek@foley.com
Tiffany Kim Sung (State Bar No. 323077)
email:  tsung@foley.com
**FOLEY & LARDNER LLP**
555 South Flower Street, Suite 3300
Los Angeles, CA 90071-2411
Telephone:  213-972-4500
Facsimile:   213-486-0065

Attorneys for Defendant
TP LINK USA CORPORATION

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| THIMES SOLUTIONS INC., <br><br> Plaintiffs, <br><br> v. <br><br> TP LINK USA CORPORATION, et al. <br><br> Defendants. | Case No:  2:19-cv-10374-PA (Ex) <br><br> **[PROPOSED] STIPULATED ORDER AWARDING ATTORNEYS' FEES IN CONNECTION WITH ANTI-SLAPP MOTION IN FAVOR OF DEFENDANTS** <br><br> **Hearing Date:**   None <br> **TAC FILED:**   July 8, 2020 <br><br> Courtroom:  9A |

Having granted Defendants' motion to strike Plaintiff's state law claims for trade libel and interference with existing and prospective business relationships under California's anti-SLAPP statute [Dkt. 103], and having considered the joint stipulation for entry of attorneys' fees award in connection with anti-SLAPP motion in favor of Defendants and finding good cause in support therefore, it is hereby **ORDERED** that:

(1) Defendants are awarded attorneys' fees under the California anti-SLAPP statute payable by Plaintiff to Defendants in the amount of thirty thousand dollars ($30,000), which payment shall be made on or before September 30, 2020; and

(2) All parties expressly shall preserve all rights they may have to appeal, including any appeal of the Court's June 8, 2020 order, and/or the entry of the award of attorneys' fees on Defendants' anti-SLAPP motion as set forth herein, provided that the parties have expressly waived any and all rights they may have to challenge the amount of the attorneys' fees award as stipulated.

**IT IS SO ORDERED.**

Dated: _____        _____

Hon. Percy Anderson
United States District Court Judge