Stephen R. Smerek (State Bar No. 208343)
email:  ssmerek@foley.com
Tiffany Kim Sung (State Bar No. 323077)
email:  tsung@foley.com
**FOLEY & LARDNER LLP**
555 South Flower Street, Suite 3300
Los Angeles, CA 90071-2411
Telephone:  213-972-4500
Facsimile:   213-486-0065

Attorneys for Defendant
TP LINK USA CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| THIMES SOLUTIONS INC., <br><br>  Plaintiffs, <br><br> v. <br><br> TP LINK USA CORPORATION, et al. <br><br>  Defendants. | Case No:  2:19-cv-10374-PA (Ex) <br><br> **JOINT STIPULATION FOR SHORT, TWO-WEEK EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S THIRD AMENDED COMPLAINT AND MOTION FOR LEAVE TO FILE A FOURTH AMENDED COMPLAINT** <br><br> **Hearing Date:**   None <br> **TAC FILED:**   **July 8, 2020** <br><br> Courtroom: 9A |

4828-1612-7683.1

Plaintiff Thimes Solutions LLC, and Defendants TP-Link USA Corporation ("TP-Link USA") and Auction Brothers, Inc. ("Amazzia"), by and through their respective undersigned counsel, and subject to this Court's approval, stipulate and agree as follows:

WHEREAS, on June 8, 2020 in ECF 103 the Court granted Defendants' motion to dismiss the Second Amended Complaint and afforded Plaintiff fourteen (14) days, or until June 23, 2020 within which to file a third amended complaint; and

WHEREAS, the parties subsequently stipulated, and the Court ordered, that the time for Plaintiff to file the Third Amended Complaint be extended just over two weeks to July 8, 2020; and

WHEREAS, on July 8, 2020, Plaintiff filed a Third Amended Complaint and also moved for leave to file a Fourth Amended Complaint; and

WHEREAS, Defendants' response to Plaintiff's motion for leave to file a Fourth Amended Complaint is currently due Monday, July 20, 2020, and Defendants' response to the Third Amended Complaint is currently due Wednesday, July 22, 2020; and

WHEREAS, Defendant seeks a short extension of time to move to dismiss the single claim for declaratory judgment alleged in the Third Amended Complaint, and oppose Plaintiff's motion for leave to file a Fourth Amended Complaint;

**Defendant's Good Cause Statement**

Good cause exists for the requested two-week extension because Defendants need a short extension to analyze and address the new claims Plaintiff seeks to introduce in the proposed Fourth Amended Complaint.

NOW THEREFORE, the Parties, by and through their respective counsel, hereby STIPULATE AND AGREE as follows:

Defendants shall have up to and including Monday, August 3, 2020, as the time within which to respond to the Third Amended Complaint and oppose Plaintiff's Motion for Leave to File a Fourth Amended Complaint.

Plaintiff shall have a reciprocal two-week extension of time to file its reply brief in support of its Motion for Leave to File a Fourth Amended Complaint, and to any

motions filed by Defendants in response to its Third Amended Complaint.  Plaintiff shall file its reply brief in support of its Motion for Leave to File a Fourth Amended Complaint by no later than August 24, 2020.

Dated:  July 16, 2020

  /s/ Stephen R. Smerek
Stephen R. Smerek
FOLEY & LARDNER LLP

Attorneys for TP LINK USA CORPORATION

Dated:  July 16, 2020

  /s/ Randolph Gaw
Randolph Gaw
Gaw | POE LLP

Attorneys for Plaintiff, THIMES SOLUTIONS, INC.

Dated:  July 16, 2020

/s/ Josh A. Waldman
Alton G. Burkhalter
Josh A. Waldman
BURKHALTER KESSLER CLEMENT & GEORGE LLP

Attorneys for Defendant Auction Brothers, Inc.

## ATTESTATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  July 16, 2020

   /s/ Stephen R. Smerek
Stephen R. Smerek
FOLEY & LARDNER LLP

Attorneys for TP LINK USA CORPORATION

1

4828-1612-7683.1