Stephen R. Smerek (State Bar No. 208343)
email: ssmerek@foley.com
Tiffany Kim Sung (State Bar No. 323077)
email: tsung@foley.com
**FOLEY & LARDNER LLP**
555 South Flower Street, Suite 3300
Los Angeles, CA 90071-2411
Telephone: 213-972-4500
Facsimile: 213-486-0065

Attorneys for Defendant
TP LINK USA CORPORATION

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| THIMES SOLUTIONS INC., <br><br> Plaintiffs, <br><br> v. <br><br> TP LINK USA CORPORATION, et al. <br><br> Defendants. | Case No: 2:19-cv-10374-PA (Ex) <br><br> **STIPULATED ORDER EXTENDING TIME FOR DEFENDANTS' TO RESPOND TO THE THIRD AMENDED COMPLAINT AND OPPOSE PLAINTIFF'S MOTION FOR LEAVE TO FILE A FOURTH AMENDED COMPLAINT** <br><br> **Hearing Date:** None <br><br> **TAC FILED:** July 8, 2020 <br><br> Courtroom: 9A |

Having considered the joint stipulation for extension of time and finding good cause in support therefore, it is hereby **ORDERED** that:

(1) Defendants shall have up to and including Monday, August 3, 2020, as the time within which to respond to the Third Amended Complaint and oppose Plaintiff's Motion for Leave to File a Fourth Amended Complaint.

(2) Plaintiff shall have up to and including August 10, 2020, as the time within which to file its reply brief in support of its Motion for Leave to File a Fourth Amended Complaint.

(3) Should Defendants file any motions regarding the Third Amended Complaint, Plaintiff shall have 14 days to file its response to any such motions.

**IT IS SO ORDERED.**

Dated:  July 17, 2020

_____
Hon. Percy Anderson
United States District Court Judge

4851-0025-3891.1