Stephen R. Smerek (State Bar No. 208343)
  ssmerek@foley.com
Tiffany Kim Sung (State Bar No. 323077)
  tsung@foley.com
**FOLEY & LARDNER LLP**
555 South Flower Street, Suite 3300
Los Angeles, CA 90071-2411
Telephone:  (213) 972-4500
Facsimile:  (213) 486-0065

Attorneys for Defendant
TP LINK USA CORPORATION

Alton G. Burkhalter (State Bar No. 119595)
  aburkhalter@bkcglaw.com
Andrew M. Cummings (State Bar No. 305081)
  sacummings@bkcglaw.com
**BURKHALTER KESSLER**
  **CLEMENT & GEORGE LLP**
2020 Main Street, Suite 600
Irvine, CA 92614-8336
Telephone:  (949) 375-7500
Facsimile:  (949) 975-7501

Attorneys for Defendant
AUCTION BROTHERS, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| THIMES SOLUTIONS INC.,<br><br>Plaintiff,<br><br>v.<br><br>TP LINK USA CORPORATION, et al.<br><br>Defendants. | Case No: 2:19-cv-10374-PA (Ex)<br><br>Hon. Percy Anderson<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT MOTION TO DISMISS THIRD AMENDED COMPLAINT<br><br>Fed. R. Civ. P. 12<br><br>Hearing Date:  August 31, 2020<br>Hearing Time:  1:30 p.m.<br>Courtroom:  9A<br><br>TAC Filed:  July 8, 2020 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on August 31, 2020 at the Court's civil law and motion calendar called at 1:30 p.m, Defendants TP Link USA Corporation's ("TP-Link") and Auction Brothers, Inc. d/b/a/ Amazzia's ("Amazzia") (collectively, "Defendants") Joint Motion to Dismiss Plaintiffs' Third Amended Complaint ("Motion") came on for hearing before this Court.

Defendants brought the Motion pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure on the grounds that there is no case or controversy warranting the Court's subject matter jurisdiction.

This Court has considered the filings and evidence submitted in support of, and in opposition to, Defendants' Motion, including the arguments of counsel during the hearing on the Motion, and finding **GOOD CAUSE APPEARING**, now rules as follows:

A. The Court **GRANTS** Defendants' Motion because there is no case or controversy warranting the Court's subject matter jurisdiction.

B. The Court **FINDS** that these pleading defects are incurable through further amendment. Therefore, the Court **DENIES** leaves to amend.

C. The Court **DISMISSES** Plaintiff's Third Amended Complaint on the merits and **with prejudice**.

D. The Court further **ORDERS** Defendants to prepare a proposed judgment for submission to the Court.

**IT IS SO ORDERED.**

DATED: _____

_____
Hon. Percy Anderson
United States District Judge
Central District of California