# EXHIBIT A

PMK WILLIAM FIKHMAN  30(b)(6), Confidential
SOLU-MED, INC., vs YOUNGBLOOD SKIN CARE

December 10, 2019
1–4

Page 1

```
 1           UNITED STATES DISTRICT COURT
 2           SOUTHERN DISTRICT OF FLORIDA
 3
 4   SOLU-MED, INC.,            )
                                )
 5              Plaintiff,      )Case No.
                                )0:10-cv-60487
 6        vs.                   )
                                )
 7   YOUNGBLOOD SKIN CARE PRODUCTS )
     LLC,                       )
 8                              )
                Defendants.     )
 9   _____)
10
11           * * * CONFIDENTIAL * * *
12
13       VIDEOTAPED 30(b)(6) DEPOSITION OF
14     THIRD-PARTY, AMAZZIA, BY AND THROUGH
15          PERSON MOST KNOWLEDGEABLE
16               WILLIAM FIKHMAN
17
18              DECEMBER 10, 2019
19                 10:18 A.M.
20
21           16501 Ventura Boulevard
22              Encino, California
23
24
25        Susan Pobor, CSR No. 5132
```

Page 2

```
 1           APPEARANCES OF COUNSEL
 2
 3   ON BEHALF OF PLAINTIFF, SOLU-MED, INC.:
 4        GOODMAN & SAPERSTEIN
          BY:  STANLEY R. GOODMAN, ESQ.
 5        666 OLD COUNTRY ROAD
          SUITE 200
 6        GARDEN CITY, NEW YORK  11530
          (516) 227-2100
 7        GSESQ@AOL.COM
 8             -- AND --
 9        BLACK LAW, P.A.
          BY:  KELSEY K. BLACK, EQ.
10             (Via telephone)
          1401 East Broward Boulevard
11        Suite 204
          Fort Lauderdale, Florida  33301
12        (954) 320-6220
          Kelsey@kkbpa.com
13
14   ON BEHALF OF DEFENDANT, YOUNGBLOOD SKIN CARE
     PRODUCTS LLC:
15
          COLE, SCOTT & KISSANE, P.A.
16        BY:  JONATHAN VINE, ESQ.
          222 Lakeview Avenue
17        Suite 120
          West Palm Beach, Florida  33401
18        (561) 383-9200
          Jonathan.Vine@csklegal.com
19
20   ON BEHALF OF THIRD-PARTY, Amazzia:
21        BURKHALTER KESSLER CLEMENT & GEORGE LLP
          BY:  ANDREW M. CUMMINGS, ESQ.
22        2020 Main Street
          Suite 600
23        Irvine, California  92614
          (949) 975-7500
24        Acummings@bkcglaw.com
25
```

Page 3

```
 1          APPEARANCES (CONTINUED):
 2
 3   VIDEOGRAPHER:  DANIEL ROCCO
 4
     ALSO PRESENT:  JASON TOTH
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1                I N D E X
 2
 3   WITNESS        EXAMINATION        PAGE
 4   WILLIAM FIKHMAN   BY MR. VINE       7
 5              BY MR. GOODMAN        108
 6              BY MR. VINE           164
 7
 8
 9             E X H I B I T S
10   EXHIBITS        DESCRIPTION       PAGE
11   Exhibit 1   Notice of Deposition,   10
                 attaching a document
12               entitled "Scheduled 'A'
                 Areas of Inquiry
13
     Exhibit 2   Document entitled,      26
14               "Youngblood Skin Care
                 Products, LLC
15               Distributor Agreement
16   Exhibit 3   Amazon Management Agreement  29
                 between Youngblood and
17               Amazzia
18   Exhibit 4   Condition Guidelines from    42
                 Amazon
19
     Exhibit 5   Document entitled,           45
20               "Cosmetics & Skin/Hair
                 Care"
21
     Exhibit 6   Document entitled, Amazon    50
22               Product Authenticity and
                 Quality
23
     Exhibit 7   Document entitled, "Amazon   68
24               Anti-Counterfeiting Policy"
25
```