Stephen R. Smerek (State Bar No. 208343)
email: ssmerek@foley.com
Tiffany Kim Sung (State Bar No. 323077)
email: tsung@foley.com
**FOLEY & LARDNER LLP**
555 South Flower Street, Suite 3300
Los Angeles, CA 90071-2411
Telephone: 213-972-4500
Facsimile: 213-486-0065

Attorneys for Defendant
TP LINK USA CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| THIMES SOLUTIONS INC., <br><br> Plaintiffs, <br><br> v. <br><br> TP LINK USA CORPORATION, et al. <br><br> Defendants. | Case No: 2:19-cv-10374-PA (Ex) <br><br> **JOINT STIPULATION FOR SHORT, ONE-WEEK EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S FOURTH AMENDED COMPLAINT** <br><br> **Hearing Date:** None <br><br> **FAC FILED:** Sept. 7, 2020 <br><br> Courtroom: 9A |

Plaintiff Thimes Solutions LLC, and Defendants TP-Link USA Corporation ("TP Link USA") and Auction Brothers, Inc. ("Amazzia"), by and through their respective undersigned counsel, and subject to this Court's approval, stipulate and agree as follows:

WHEREAS, on September 7, 2020, Plaintiff filed its Fourth Amended Complaint; and

WHEREAS, Defendants' response to Plaintiff's Fourth Amended Complaint is currently due Tuesday, September 22, 2020; and

WHEREAS, Defendants seek a short, one-week extension of time to prepare and file their joint response to the Fourth Amended Complaint;

**Defendant's Good Cause Statement**

Good cause exists for the requested one-week extension Defendants need the short extension to research, prepare, and coordinate their joint response to the claims asserted in the Fourth Amended Complaint.

NOW THEREFORE, the Parties, by and through their respective counsel, hereby STIPULATE AND AGREE as follows:

Defendants shall have up to and including Tuesday, September 29, 2020, as the time within which to respond to the Fourth Amended Complaint.

Plaintiff shall have a reciprocal one-week extension of time to file its opposition to any motion filed by Defendants in response to the Fourth Amended Complaint. To that end, Defendants shall calendar the hearing date on any such motion for November 9, 2020, such that the due date for Plaintiff's opposition to that motion shall be October 19, 2020.

Dated: September 17, 2020

/s/ Stephen R. Smerek
Stephen R. Smerek
FOLEY & LARDNER LLP

Attorneys for TP LINK USA CORPORATION

1

| | | |
|---|---|---|
| Dated: September 17, 2020 | | /s/ Randolph Gaw |
| | | Randolph Gaw |
| | | Gaw | POE LLP |
| | | |
| | | Attorneys for Plaintiff, THIMES SOLUTIONS, INC. |
| Dated: September 17, 2020 | | /s/ Josh A. Waldman |
| | | Alton G. Burkhalter |
| | | Josh A. Waldman |
| | | BURKHALTER KESSLER CLEMENT & GEORGE LLP |
| | | |
| | | Attorneys for Defendant Auction Brothers, Inc. |

2

ATTESTATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 17, 2020

/s/ Stephen R. Smerek
Stephen R. Smerek
FOLEY & LARDNER LLP

Attorneys for TP LINK USA CORPORATION

1

4849-5635-8347.1