Stephen R. Smerek (State Bar No. 208343)
email: ssmerek@foley.com
Tiffany Kim Sung (State Bar No. 323077)
email: tsung@foley.com
**FOLEY & LARDNER LLP**
555 South Flower Street, Suite 3300
Los Angeles, CA 90071-2411
Telephone: 213-972-4500
Facsimile: 213-486-0065

Attorneys for Defendant
TP LINK USA CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| THIMES SOLUTIONS INC., <br><br> Plaintiffs, <br><br> v. <br><br> TP LINK USA CORPORATION, et al. <br><br> Defendants. | Case No: 2:19-cv-10374-PA (Ex) <br><br> **[PROPOSED] STIPULATED ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO THE FOURTH AMENDED COMPLAINT** <br><br> **Hearing Date:** None <br><br> **FAC FILED:** Sept. 7, 2020 <br><br> Courtroom: 9A |

4834-4385-3771.1

1  Having considered the joint stipulation for extension of time and finding good
2  cause in support therefore, it is hereby **ORDERED** that:
3      (1)    Defendants shall have up to and including Tuesday, September 29, 2020, as
4  the time within which to respond to the Fourth Amended Complaint.
5      (2)    Defendants shall calendar the hearing date on any motion filed in response
6  to the Fourth Amended Complaint for November 9, 2020, or the next available date
7  thereafter on the Court's motion calendar, such that the date for Plaintiff's opposition
8  shall be October 19, 2020.

**IT IS SO ORDERED.**

Dated: _____        _____

Hon. Percy Anderson

United States District Court Judge

1

4834-4385-3771.1