Stephen R. Smerek (State Bar No. 208343)
email: ssmerek@foley.com
Tiffany Kim Sung (State Bar No. 323077)
email: tsung@foley.com
**FOLEY & LARDNER LLP**
555 South Flower Street, Suite 3300
Los Angeles, CA 90071-2411
Telephone: 213-972-4500
Facsimile: 213-486-0065

Attorneys for Defendant
TP LINK USA CORPORATION

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| THIMES SOLUTIONS INC., <br><br> Plaintiffs, <br><br> v. <br><br> TP LINK USA CORPORATION, et al. <br><br> Defendants. | Case No: **2:19-cv-10374-PA (Ex)** <br><br> **STIPULATED ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO THE FOURTH AMENDED COMPLAINT** <br><br> **Hearing Date:**   None <br><br> **FAC FILED:**   Sept. 7, 2020 <br><br> Courtroom: 9A |

4834-4385-3771.1

Having considered the joint stipulation for extension of time and finding good cause in support therefore, it is hereby **ORDERED** that:

(1) Defendants shall have up to and including Tuesday, September 29, 2020, as the time within which to respond to the Fourth Amended Complaint.

**IT IS SO ORDERED.**

Dated: September 17, 2020

_____
Percy Anderson
United States District Court Judge