```
                          FILED
                   CLERK, U.S. DISTRICT COURT

                   September 28, 2020

                   CENTRAL DISTRICT OF CALIFORNIA
                   BY: Natalie L. Calkins  DEPUTY
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

In the Matter of the Creation of the )
Calendar                             )     ORDER OF THE CHIEF JUDGE
                                     )
of                                   )
                                     )     **20-128**
                                     )
Judge STANLEY BLUMENFELD, JR.        )
                                     )

    Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge Stanley Blumenfeld, Jr.,

    IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge Percy Anderson to the calendar of Stanley Blumenfeld, Jr.:

| Case Number | Case Title |
|---|---|
| 2:15-cv-09064-PA-AGRx | *SEALED* |
| 2:19-cv-02396-PA-JPRx | United States of America v. $959,946.00 in Bank Funds |
| 2:19-cv-09536-PA-GJS | Mario Aguilar Jr. v. M.E. Spearman |
| 2:19-cv-10374-PA-Ex | Thimes Solutions Inc. v. TP Link USA Corporation et al. |
| 2:20-cv-00841-PA-AGRx | Candyman Kitchens Inc. et al. v. Sweets Indeed, LLC et al. |
| 2:20-cv-04071-PA-KSx | Victor White v. County of Los Angeles et al. |
| 2:20-cv-05206-PA-AGRx | Amos Media Company v. EPDF.PUB |
| 2:20-cv-06096-PA-MAAx | Jeffrey Garcia v. J2 Global, Inc. et al. |
| 2:20-cv-06621-PA-AFMx | Carmen John Perri v. 3203 Baldwin Park Boulevard, LLC et al. |
| 2:20-cv-06739-PA-MAAx | Highland Capital Brokerage, Inc. v. Simon Owen |
| 2:20-cv-06798-PA-MRWx | Grace Cho v. Big Jims Family Restaurant, Inc. et al. |
| 2:20-cv-06883-PA-RAOx | Anthony Bouyer v. Gralla Properties, LLC et al. |
| 2:20-cv-07003-PA-PDx | Stephen Foster v. The Sygma Network, Inc. et al. |
| 2:20-cv-07394-PA-PJWx | Del Records, Inc. v. JG Music |
| 2:20-cv-07705-PA-KS | Fausto Moreno v. Pollard |

In the Matter of the
Creation of Calendar for
District Judge Stanley Blumenfeld, Jr.                                                                         2

| | |
|---|---|
| 2:20-cv-07721-PA-RAOx | Michael Rhambo v. Wells Fargo Bank, National Association et al. |
| 2:20-cv-07760-PA-PVCx | Ramon McNeal v. 5211 Atlantic LLC et al. |
| 2:20-cv-08261-PA-Ex | K. D. v. Los Angeles Unified School District |
| 2:20-cv-08299-PA-ASx | Michael Gonzales et al. v. Charter Communications, LLC et al. |
| 2:92-cv-06567-PA | Douglas Daniel Clark v. Jeanne Woodford |
| 5:20-cv-00199-PA-KKx | General Motors LLC v. Carolyn Jeanne Fowler et al. |
| 5:20-cv-00506-PA-KKx | Greenbrook Engineering Services, LLC v. R N D Contractors, Inc et al. |
| 5:20-cv-01579-PA-JEM | Joshua Chance v. United States of America |
| 8:20-cv-00819-PA-PJWx | Susan Lee v. Gus and Gus, INC. et al. |

DATED: September 28, 2020

_____
Chief Judge Philip S. Gutierrez