Stephen R. Smerek (State Bar No. 208343)
email: ssmerek@foley.com
Tiffany Kim Sung (State Bar No. 323077)
email: tsung@foley.com
**FOLEY & LARDNER LLP**
555 South Flower Street, Suite 3300
Los Angeles, CA 90071-2411
Telephone: (213) 972-4500
Facsimile: (213) 486-0065

Attorneys for Defendant
TP LINK USA CORPORATION

Alton G. Burkhalter (State Bar No. 119595)
Email: aburkhalter@bkcglaw.com
Joshua A. Waldman (State Bar No. 222859)
Email: jwaldman@bkcglaw.com
**BURKHALTER KESSLER
  CLEMENT & GEORGE LLP**
2020 Main Street, Suite 600
Irvine, CA 92614-8336
Telephone: (949) 375-7500
Facsimile: (949) 975-7501

Attorneys for Defendant
AUCTION BROTHERS, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| THIMES SOLUTIONS INC., <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>TP LINK USA CORPORATION, et al. <br><br>　　　　Defendants. | Case No: 2:19-cv-10374-SB (Ex) <br><br> Hon. Stanley Blumenfeld, Jr. <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT MOTION TO DISMISS FOURTH AMENDED COMPLAINT** <br><br> Fed. R. Civ. P. 12 <br><br> Hearing Date:　　November 9, 2020 <br> Hearing Time:　　1:30 p.m. <br> Courtroom:　　　Courtroom 6C <br> FAC Filed:　　　September 7, 2020 |

4848-9501-5627.2

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on November 9, 2020 at the Court's civil law and motion calendar called at 1:30 p.m, Defendants TP Link USA Corporation's ("TP-Link") and Auction Brothers, Inc. d/b/a/ Amazzia's ("Amazzia") (collectively, "Defendants") Joint Motion to Dismiss Plaintiffs' Fourth Amended Complaint ("Motion") came on for hearing before this Court.

Defendants brought the Motion pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure on the ground that each cause of action alleged in the Fourth Amended Complaint failed to allege sufficient facts to state a legally cognizable and facially plausible claim for relief against Defendants.

This Court has considered the filings and evidence submitted in support of, and in opposition to, Defendants' Motion, including the arguments of counsel during the hearing on the Motion, and finding **GOOD CAUSE APPEARING**, now rules as follows:

A. The Court **GRANTS** Defendants' Motion as to each cause of action in Plaintiffs' Fourth Amended Complaint because each cause of action fails to allege sufficient facts to state a legally cognizable and facially plausible claim for relief against Defendants (*see* Fed. R. Civ. P. 12(b)(6)).

  i. As to Plaintiff's claim for maintenance of a monopoly under 15 U.S.C. § 2, Plaintiff has failed to plead facts sufficient to define a relevant product market. Nor has Plaintiff plead facts sufficient to demonstrate that TP-Link has market power through either direct or circumstantial evidence, or causal antitrust injury. Plaintiff's reliance on a single, years-old press release and conclusory statements regarding TP-Link's market share is insufficient.

  ii. As to Plaintiff's claim for attempted monopolization under 15 U.S.C. § 2, in addition to the reasons set forth in section (i), Plaintiff has also failed to plead facts sufficient to demonstrate that there is a dangerous probability of TP-Link developing market power. Again, Plaintiff's

reliance on a single press release and conclusory statements regarding market power is insufficient.

        iii.  As to Plaintiff's claim for declaratory judgment of noninfringement, Plaintiff has not alleged any facts to establish that a "case or controversy" exists. Plaintiff has not alleged that it has taken any concrete steps that would constitute actionable infringement and is therefore requesting nothing more than an advisory opinion.

B.    The Court **FINDS** that these pleading defects are incurable through further amendment. Therefore, the Court **DENIES** leaves to amend.

C.    The Court **DISMISSES** Plaintiff's Fourth Amended Complaint on the merits and **with prejudice**.

D.    The Court further **ORDERS** Defendants to prepare a proposed judgment for submission to the Court.

**IT IS SO ORDERED.**

DATED: _____

                                                   _____
Hon. Stanley Blumenfeld, Jr.
United States District Judge
Central District of California