# EXHIBIT A-1



amazon
All | wireless local area network pr
Hello, Sign in
Account & Lists
Account
Returns
& Orders
Try Prime
0 Cart
Hello
Select your address
Best Sellers Customer Service AmazonBasics New Releases
New Amazon devices from $29.99

1-16 of over 3,000 results for **"wireless local area network products"**

Sort by: Featured

**Amazon Prime**
- prime

**Delivery Day**
- Get It by Tomorrow

**Eligible for Free Shipping**
- Free Shipping by Amazon

All customers get FREE Shipping on orders over $25 shipped by Amazon

**Deals**
- Today's Deals

**Department**

Electronics
- Computer Networking Wireless Access Points
- Data Storage
- Computer Accessories & Peripherals
- USB Computer Network Adapters

Books
- Computers & Technology

See All 24 Departments

**Avg. Customer Review**
- ★★★★☆ & Up
- ★★★☆☆ & Up
- ★★☆☆☆ & Up
- ★☆☆☆☆ & Up

**Brand**
- Apple
- AmazonBasics
- Amazon
- SAMSUNG
- PlayStation
- Logitech
- Bose

See more

**Price**
- Under $25
- $25 to $50
- $50 to $100
- $100 to $200
- $200 & Above

$ Min | $ Max | Go

**Amazon Certified**
- Auto Replenishment
- Works with Alexa

**From Our Brands**
- Our Brands

**Packaging Option**
- Frustration-Free Packaging

**New & Upcoming**

EDUP Wireless Networking · Video · Audio
Different Methods to Go Online
Shop EDUP ›

$19.99

$6.99

Limited time Deal
$25.49 prime
~~$29.99~~ (15% off)

Sponsored

Rosewill USB WiFi Adapter, N300 Wireless Adapter up to 300Mbps on 11n Network, SoftAP Wi-Fi Hotspot for Intern...
★★★★☆ 861
$16.99
Get it as soon as **Tomorrow, Sep 25**
FREE Shipping on your first order shipped by Amazon

blurams Home Pro, Security Camera 1080p FHD | w/ Facial Recognition, 2-Way Talk, Human/Sound Detect, Person...
★★★★½ 399
$39.99 ~~$49.99~~
Amazon Certified: Works with Alexa
prime Get it as soon as **Tomorrow, Sep 25**
FREE Shipping by Amazon
More Buying Choices
$35.00 (3 used & new offers)

TP-Link Deco Whole Home Mesh WiFi System– Up to 5,500 Sq.ft. Coverage, WiFi Router/Extender Replacement, Gigabi...
★★★★½ 4,476
$149.99
Amazon Certified: Works with Alexa
prime Get it as soon as **Tomorrow, Sep 25**
FREE Shipping by Amazon

Best Seller

Wyze Cam Pan 1080p Pan/Tilt/Zoom Wi-Fi Indoor Smart Home Camera with Night Vision, 2-Way Audio, Works with...
★★★★½ 35,707

New Arrivals
Coming Soon

**Certification**
☐ Energy Star

**Amazon Global Store**
☐ Amazon Global Store

**International Shipping**
☐ International Shipping Eligible

**Condition**
New
Used



$37.95

✓prime Get it as soon as **Tomorrow, Sep 25**
FREE Shipping by Amazon
More Buying Choices
$31.50 (35 used & new offers)

Amazon Certified: Works with Alexa

---



GoldenDot WiFi Mini Plug, Smart Home Power Control Socket, Wireless Control Your Household Appliance from...
★★★★☆ ⌄ 84

$9.98

Get it as soon as **Tomorrow, Sep 25**
FREE Shipping on your first order shipped by Amazon
More Buying Choices
$9.64 (2 new offers)

Amazon Certified: Works with Alexa

---



Smart Led Downlight Kit, FVTLED 6pcs WiFi Wireless Bluetooth 5W Dimmable Recessed Spot RGBWC Multicolor...
★★★★☆ ⌄ 67

$99.99

✓prime Get it as soon as **Tomorrow, Sep 25**
FREE Shipping by Amazon

---



JLab Audio JBuds Air True Wireless Signature Bluetooth Earbuds + Charging Case - Black - IP55 Sweat Resistance -...
★★★★☆ ⌄ 6,014

$49.00

✓prime Get it as soon as **Tomorrow, Sep 25**
FREE Shipping by Amazon
More Buying Choices
$25.00 (23 used & new offers)

---



Orbit B-hyve 12-Zone Smart Indoor/Outdoor Sprinkler Controller
★★★★☆ ⌄ 5,346

$101.99 $129.99

✓prime Get it as soon as **Tomorrow, Sep 25**
FREE Shipping by Amazon
More Buying Choices
$96.79 (34 used & new offers)

---



Sponsored ⓘ
Security Camera,1080P HD WiFi Smart Home 5V 1A DC Power Supply,2.4Ghz Indoor Surveillance System,Night...
★★★★☆ ⌄ 283

$22.99

Get it as soon as **Tomorrow, Sep 25**



FREE Shipping on your first order shipped by Amazon

---



Sponsored ⓘ

**Meshforce M1 Whole Home Mesh WiFi System (3 Pack) – 2020 Upgraded WiFi Performance –Dual Band Wireless Mes...**

⭐⭐⭐⭐½ ⌄ 938

$149⁰⁰

Save $30.00 with coupon

✓prime Get it as soon as **Tomorrow, Sep 25**

FREE Shipping by Amazon

---



**Anker Soundcore Liberty 2 Pro True Wireless Earbuds, Bluetooth Earbuds with Astria Coaxial Acoustic Architecture...**

⭐⭐⭐⭐½ ⌄ 3,402

$149⁹⁹

Save 15% with coupon

✓prime Get it as soon as **Tomorrow, Sep 25**

FREE Shipping by Amazon

More Buying Choices
$113.07 (9 used & new offers)

---



**Apple iPad Mini (Wi-Fi, 64GB) - Space Gray (Latest Model)**

⭐⭐⭐⭐⭐ ⌄ 5,260

$349⁹⁹ $399.00

✓prime Get it as soon as **Tomorrow, Sep 25**

FREE Shipping by Amazon

More Buying Choices
$318.26 (6 used & new offers)

---



**Flipper Big Button TV Remote for Elderly - Universal Simple to Read, Proprietary Favorite Channels, Supports IR TVs,...**

⭐⭐⭐⭐☆ ⌄ 3,392

$39⁹⁵

✓prime Get it as soon as **Tomorrow, Sep 25**

FREE Shipping by Amazon

More Buying Choices
$24.14 (11 used & new offers)

---



**AirTV 2 by AirTV-LLC**

⭐⭐⭐½☆ ⌄ 437

$99⁹⁹

FREE Shipping by Amazon

In stock on October 3, 2020.

More Buying Choices
$69.99 (4 used & new offers)



Amcrest 1080P Video Doorbell Camera Pro, Outdoor Smart Home 2.4GHz Wireless WiFi Doorbell Camera, Micro SD Car...

★★★★☆ ∨ 1,253

$99.99

✓prime Get it as soon as **Tomorrow, Sep 25**

FREE Shipping by Amazon

More Buying Choices

$62.61 (6 used & new offers)

---



Wireless Keyboard Mouse Combo, Cimetech Compact Full Size Wireless Keyboard and Mouse Set 2.4G Ultra-Thin Slee...

★★★★½ ∨ 3,160

$35.99

✓prime Get it as soon as **Tomorrow, Sep 25**

FREE Shipping by Amazon

More Buying Choices

$33.11 (4 used & new offers)

---

**Best Seller**



Amazon eero mesh WiFi system – router replacement for whole-home coverage (3-pack)

★★★★½ ∨ 6,021

$249.00                              **Amazon Certified:** Works with Alexa

✓prime Get it as soon as **Tomorrow, Sep 25**

FREE Shipping by Amazon

---

**Best Seller**



TP-Link AC1750 Smart WiFi Router - Dual Band Gigabit Wireless Internet Router for Home, Works with Alexa, VPN...

★★★★½ ∨ 21,468

$62.13 $79.99                        **Amazon Certified:** Works with Alexa

✓prime Get it as soon as **Tomorrow, Sep 25**

FREE Shipping by Amazon

More Buying Choices

$56.90 (24 used & new offers)

---

Sponsored ⓘ



SANSCO Indoor Wireless WiFi Security Camera Full HD 2MP 1080p Home Monitor Surveillance Network IP Camera for...

★★★☆☆ ∨ 11

$34.99

✓prime Get it as soon as **Tomorrow, Sep 25**

FREE Shipping by Amazon

---

Sponsored ⓘ



Sponsored ⓘ

REAFOO USB WiFi Dongle 1200Mbps Dual Band 5.8G/2.4G Wi-Fi Adapter with 5dBi High Gain Antenna, USB 3.0...

⭐⭐⭐⭐⭐ ⌄ 1

$11⁹⁹

Get it as soon as **Sat, Sep 26**
FREE Shipping on your first order shipped by Amazon



Sponsored ⓘ

OURLINK USB WiFi Adapter for PC AC1200Mbps Wireless Network Adapter for Desktop with 2.4GHz/5GHz High Gain...

⭐⭐⭐⭐⭐ ⌄ 18

$12⁹⁸

Get it as soon as **Tue, Sep 29**
FREE Shipping on your first order shipped by Amazon



Sponsored ⓘ

Victure Dualband 2.4Ghz and 5Ghz 1080P WiFi Camera Baby Monitor,FHD Wireless Security Camera with Motion...

⭐⭐⭐⭐☆ 1,598

$29⁹⁹

 Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon

← Previous | **1** | 2 | 3 | ⋯ | 20 | Next →

## Brands related to your search

Sponsored ⓘ



**EDUP**

Different Methods to Go Online

Shop EDUP ›



**Blueshadow**

A Better Increase Network Speed USB WiiFi Adapter

Shop Blueshadow ›

## Need help?

Visit the help section or contact us

**Back to top**

**Get to Know Us** | **Make Money with Us** | **Amazon Payment Products** | **Let Us Help You**

Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

**amazon**

English ▾    United States

Amazon Music
Stream millions of songs

Amazon Advertising
Find, attract, and engage customers

Amazon Drive
Cloud storage from Amazon

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Alexa
Actionable Analytics for the Web

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Ignite
Sell your original Digital Educational Resources

Amazon Rapids
Fun stories for kids on the go

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Book Depository
Books With Free Delivery Worldwide

Box Office Mojo
Find Movie Box Office Data

ComiXology
Thousands of Digital Comics

CreateSpace
Indie Print Publishing Made Easy

DPReview
Digital Photography

East Dane
Designer Men's Fashion

Fabric
Sewing, Quilting & Knitting

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Prime Now
FREE 2-hour Delivery on Everyday Items

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Amazon Second Chance
Pass it on, trade it in, give it a second life

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2020, Amazon.com, Inc. or its affiliates



Hello, Sign in Account & Lists   Returns & Orders   Try Prime   Cart

Hello Select your address   Best Sellers   Customer Service   AmazonBasics   New Releases    New Amazon devices from $29.99

17-32 of over 4,000 results for **"wireless local area network products"**    Sort by: Featured

### Amazon Prime
☐ ✓prime

### Eligible for Free Shipping
☐ Free Shipping by Amazon
All customers get FREE Shipping on orders over $25 shipped by Amazon

### Deals
☐ Today's Deals

### Department
Electronics
  Computer Networking Wireless Access Points
  Data Storage
  Computer Accessories & Peripherals
  USB Computer Network Adapters
Books
  Computers & Technology
▾ See All 24 Departments

### Avg. Customer Review
★★★★☆ & Up
★★★☆☆ & Up
★★☆☆☆ & Up
★☆☆☆☆ & Up

### Brand
☐ Apple
☐ AmazonBasics
☐ Amazon
☐ SAMSUNG
☐ PlayStation
☐ Logitech
☐ Bose
▾ See more

### Price
Under $25
$25 to $50
$50 to $100
$100 to $200
$200 & Above
$ Min   $ Max   Go

### Amazon Certified
☐ Auto Replenishment
☐ Works with Alexa

### From Our Brands
☐ Our Brands

### Packaging Option
☐ Frustration-Free Packaging

### New & Upcoming
New Arrivals
Coming Soon


## USB WiFi Adapter AC 1300Mbps
Shop EDUP ›

  

EDUP USB 3.0 WiFi Adapter AC 1300Mbps with 39" USB Cable, Long... ★★★★☆ 129 ✓prime

USB 3.0 WiFi Adapter 1300Mbps Dual Band Wireless Network Adapter 802.1... ★★★★☆ 78

EDUP USB WiFi Adapter for Laptop PC AC 1300Mbps Nano Wireless Network... ★★★★☆ 114

Sponsored ⓘ


Sponsored ⓘ
New 2020 Free Signal TV Marathon Plus Indoor/Outdoor Whole-House Digital TV Antenna with Breakthrough... ★★★★☆ 106
$179.00
✓prime Get it as soon as Tue, Sep 29
FREE Shipping by Amazon


Sponsored ⓘ
Security Camera,1080P HD WiFi Smart Home 5V 1A DC Power Supply,2.4Ghz Indoor Surveillance System,Night... ★★★★☆ 283
$22.99
Get it as soon as Sat, Sep 26
FREE Shipping on your first order shipped by Amazon


TP-Link Deco Mesh WiFi System –Up to 5,500 sq. ft. Whole Home Coverage and 100+ Devices,WiFi Router/Extender... ★★★★☆ 6,816
$169.99
Amazon Certified: Works with Alexa
✓prime Get it as soon as Sat, Sep 26
FREE Shipping by Amazon


Orbit B-hyve 12-Zone Smart Indoor/Outdoor Sprinkler Controller ★★★★☆ 5,346

**Certification**
☐ Energy Star

**Amazon Global Store**
☐ Amazon Global Store

**International Shipping**
☐ International Shipping Eligible

**Condition**
New
Used



$101.99 ~~$129.99~~

✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon
More Buying Choices
$96.79 (34 used & new offers)



Quit Smoking Aid Oxygen Inhaler + Soft Tip Chewable Filter to Help Curb Cravings, Nicotine Free Non-Addictive Stop...
★★★☆☆ ⌄ 455

$17.95 ($17.95/Count)
Save more with Subscribe & Save

Get it as soon as **Tue, Sep 29**
FREE Shipping on your first order shipped by Amazon
**Only 17 left in stock - order soon.**



Samsung Galaxy Tab S6 Lite 10.4", 64GB WiFi Tablet Oxford Gray - SM-P610NZAAXAR - S Pen Included
★★★★½ ⌄ 316

$329.00 ~~$349.99~~
✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon
More Buying Choices
$299.66 (14 used & new offers)

**Best Seller**



Amazon eero mesh WiFi system – router replacement for whole-home coverage (3-pack)
★★★★½ ⌄ 6,021

$249.00                                   **Amazon Certified:** Works with Alexa
✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon



Flipper Big Button TV Remote for Elderly - Universal Simple to Read, Proprietary Favorite Channels, Supports IR TVs,...
★★★★☆ ⌄ 3,392

$39.95
✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon
More Buying Choices
$24.14 (11 used & new offers)



Wireless Keyboard Mouse Combo, Cimetech Compact Full Size Wireless Keyboard and Mouse Set 2.4G Ultra-Thin Slee...
★★★★½ ⌄ 3,160

$35.99
✓prime Get it as soon as **Sat, Sep**

39,392

Shop now

Sponsored ⓘ



1,142

Shop now

Sponsored ⓘ

26
FREE Shipping by Amazon
More Buying Choices
$33.11 (4 used & new offers)



OURLiNK 600Mbps AC600 Dual Band USB WiFi Dongle & Wireless Network Adapter for Laptop/Desktop Computer -...
★★★★☆ 2,115

$12.98

Get it as soon as Sat, Sep 26
FREE Shipping on your first order shipped by Amazon
More Buying Choices
$11.94 (4 used & new offers)



Sponsored ⓘ

Victure Dualband 2.4Ghz and 5Ghz 1080P WiFi Camera Baby Monitor,FHD Wireless Security Camera with Motion...
★★★★☆ 1,599

$29.99

✓prime Get it as soon as Sat, Sep 26
FREE Shipping by Amazon



Sponsored ⓘ

Abronis 5MP POE IP Dome Camera(Power Over Ethernet), Network Security Camera for Home Surveillance, 2.8mm IR...

$44.99

✓prime Get it as soon as Sat, Sep 26
FREE Shipping by Amazon



Wireless Keyboard and Mouse Combo - Full Size Slim Thin Wireless Keyboard Mouse with Numeric Keypad 2.4G Stable...
★★★★½ 2,759

$35.99

Save $2.00 with coupon

✓prime Get it as soon as Sat, Sep 26
FREE Shipping by Amazon
More Buying Choices
$27.10 (11 used & new offers)

Microsoft Wireless Desktop 900 (PT3-00001),Black
★★★★½ 1,264



Amazon.com : wireless local area network products



**NEW Microsoft Surface Go 2 - 10.5" Touch-Screen - Intel Pentium - 4GB Memory - 64GB - Wifi - Platinum (Latest...**
⭐⭐⭐⭐½ ⌄ 247

**$399**00

✓prime
FREE Shipping by Amazon
More Buying Choices
$369.90 (10 used & new offers)



**Anker Soundcore Liberty 2 Pro True Wireless Earbuds, Bluetooth Earbuds with Astria Coaxial Acoustic Architecture...**
⭐⭐⭐⭐½ ⌄ 3,402

**$149**99

`Save 15%` with coupon

✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon
More Buying Choices
$113.07 (9 used & new offers)



**Nintendo Switch 32GB Console Video Games w/ 32GB Memory Card | Neon Red/Neon Blue Joy-Con | 1080p...**
⭐⭐⭐⭐½ ⌄ 1,830

**$383**95

✓prime Get it **Wed, Sep 30 - Mon, Oct 5**
More Buying Choices
$359.00 (48 used & new offers)



**Canon EOS REBEL SL3 Digital SLR Camera with EF-S 18-55mm Lens kit, Built-in Wi-Fi, Dual Pixel CMOS AF and 3.0...**
⭐⭐⭐⭐⭐ ⌄ 274

**$649**00 $749.00

✓prime Get it as soon as **Thu, Oct 1**
Only 16 left in stock - order soon.
More Buying Choices
$585.99 (14 used & new offers)



**TP-Link N300 WiFi Extender,Covers Up to 800 Sq.ft, WiFi Range Extender Supports up to 300Mbps Speed, Wireless...**
⭐⭐⭐⭐☆ ⌄ 99,212

`Limited time deal`

**$17**99 $29.99

Get it as soon as **Sat, Sep 26**
FREE Shipping on your first order shipped by Amazon



**Apple iPad Mini (Wi-Fi, 64GB) - Space Gray (Latest Model)**



★★★★★ ⌄ 5,260

**$349**⁹⁹ ~~$399.00~~

✓**prime** Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon

More Buying Choices
$318.26 (6 used & new offers)

Sponsored ⓘ

SANSCO Indoor Wireless WiFi Security Camera Full HD 2MP 1080p Home Monitor Surveillance Network IP Camera for...

★★★☆☆ ⌄ 11

**$34**⁹⁹

✓**prime** Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon

Sponsored ⓘ

Sunny Health & Fitness SF-RW5622 Dual Function Magnetic Rowing Machine Rower w/LCD Monitor

★★★★⯪ ⌄ 349

**$259**⁹⁹ ~~$299.00~~

✓**prime** Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon

← Previous   1   2   3   ···   20   Next →

## Need help?

Visit the help section or contact us

198    [ Shop now ]

Sponsored ⓘ

## Best sellers in Kindle eBooks

Page 1 of 5

‹      ›







If You Tell: A True Story of
Murder, Family Secrets,…
›Gregg Olsen
⭐⭐⭐⭐⯪ 14,199
Kindle Edition
$1.99

Playing with Fire: A Bad
Boy College Romance
›L.J. Shen
⭐⭐⭐⭐⭐ 919
Kindle Edition
$2.99

The Evening and the
Morning (Kingsbridge…
›Ken Follett
⭐⭐⭐⭐⯪ 581
Kindle Edition
$15.99

Rage
›Bob Woodward
⭐⭐⭐⭐⯪ 2,056
Kindle Edition
$14.99

See Her Die (Bree Tag…
Book 2)
›Melinda Leigh
⭐⭐⭐⭐⯪ 834
Kindle Edition
$6.99

## Deals in magazine subscriptions

Page 1 of 6








‹

AllRecipes
Print Magazine
$3.00

Cosmopolitan
⭐⭐⭐⭐⯪ 3,030
Print Magazine
$6.00

Food Network Magazine
⭐⭐⭐⭐⯪ 42
Print Magazine
$6.00

Shape
⭐⭐⭐⭐ 4
Print Magazine
$3.00

Bon Appetit
⭐⭐⭐⭐ 10
Print Magazine
$5.00

›

**Your Browsing History** **View or edit your browsing history** ›

See personalized recommendations






No im
availa

Sign in

New customer? Start here.

---

Back to top

### Get to Know Us

Careers

Blog

About Amazon

Press Center

Investor Relations

Amazon Devices

Amazon Tours

### Make Money with Us

Sell products on Amazon

Sell apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Make Money
with Us

### Amazon Payment Products

Amazon Rewards Visa Signature
Cards

Amazon.com Store Card

Amazon Business Card

Amazon Business Line of Credit

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

### Let Us Help You

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates &
Policies

Amazon Prime

Returns & Replacements

Manage Your Content
and Devices

Amazon Assistant

Help

amazon

 English

 United States

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Advertising** Find, attract, and engage customers | **Amazon Drive** Cloud storage from Amazon | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Alexa** Actionable Analytics for the Web |
| **Sell on Amazon** Start a Selling Account | **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Ignite** Sell your original Digital Educational Resources | **Amazon Rapids** Fun stories for kids on the go |
| **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances | **Book Depository** Books With Free Delivery Worldwide | **Box Office Mojo** Find Movie Box Office Data | **ComiXology** Thousands of Digital Comics | **CreateSpace** Indie Print Publishing Made Easy | **DPReview** Digital Photography |
| **East Dane** Designer Men's Fashion | **Fabric** Sewing, Quilting & Knitting | **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Prime Now** FREE 2-hour Delivery on Everyday Items |
| **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands | **Amazon Warehouse** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing |
| **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | **Amazon Second Chance** Pass it on, trade it in, give it a second life |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2020, Amazon.com, Inc. or its affiliates



amazon
All | wireless local area network pr
Hello, Sign in
Account & Lists
Account
Returns
& Orders
Try Prime
0 Cart
Hello
Select your address
Best Sellers Customer Service AmazonBasics New Releases
New Amazon devices from $29.99

33-48 of over 4,000 results for **"wireless local area network products"**

Sort by: Featured

**Amazon Prime**
- [ ] prime

**Eligible for Free Shipping**
- [ ] Free Shipping by Amazon

All customers get FREE Shipping on orders over $25 shipped by Amazon

**Deals**
- [ ] Today's Deals

**Department**

Electronics
- Computer Networking Wireless Access Points
- Data Storage
- Computer Accessories & Peripherals
- USB Computer Network Adapters

Books
- Computers & Technology

See All 24 Departments

**Avg. Customer Review**
- ★★★★☆ & Up
- ★★★☆☆ & Up
- ★★☆☆☆ & Up
- ★☆☆☆☆ & Up

**Brand**
- [ ] Apple
- [ ] AmazonBasics
- [ ] Amazon
- [ ] SAMSUNG
- [ ] PlayStation
- [ ] Logitech
- [ ] Bose

See more

**Price**
- Under $25
- $25 to $50
- $50 to $100
- $100 to $200
- $200 & Above

$ Min | $ Max | Go

**Amazon Certified**
- [ ] Auto Replenishment
- [ ] Works with Alexa

**From Our Brands**
- [ ] Our Brands

**Packaging Option**
- [ ] Frustration-Free Packaging

**New & Upcoming**
- New Arrivals
- Coming Soon

EDUP Wireless Networking · Video · Audio

XLE1607-1661-1681

Shop Wise Tiger LLC ›

1200Mbps Bluetooth 4.1 USB WiFi Adapter, 802.11AC Dual Band 2.4Ghz /…
153

600Mbps Bluetooth 4.2 USB WiFi Adapter, Dual Band 2.4Ghz / 5.8Ghz U…
205

USB Wifi Adapter 600Mbps USB 2.0 Wifi Dongle 802.11 AC Wireless Network…
1,766

Sponsored

---

Sponsored

## CIRCUIT FITNESS Circuit Fitness Water Rowing Machine 300 lb. Max. Capacity AMZ-167RW

61

$449.99

prime Get it as soon as **Fri, Oct 2**

FREE Shipping by Amazon

---

Sponsored

## Rapoo Wireless Keyboard and Mouse Combo, Full-Size Keyboard Mouse and Batteries Included, 2.4GHz Dropout-...

7

$24.99

Get it as soon as **Tue, Sep 29**

FREE Shipping on your first order shipped by Amazon

---

## EnGenius EnJet Wi-Fi 5 Wave 2 Outdoor AC867 5GHz Plug-n-Play Wireless CPE/Client Bridge, Long-Range, PTP/PTMP,...

253

---

## Amcrest 1080P Video Doorbell Camera Pro, Outdoor Smart Home 2.4GHz Wireless WiFi Doorbell Camera, Micro SD Car...

1,253

$99.99







**Certification**

☐ Energy Star

**Amazon Global Store**

☐ Amazon Global Store

**International Shipping**

☐ International Shipping Eligible

**Condition**

New

Used



✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon
More Buying Choices
$62.61 (6 used & new offers)



New Apple iPad Pro (12.9-inch, Wi-Fi, 128GB) - Space Gray (4th Generation)
★★★★★ ⌄ 2,466

$989⁰⁰

Save $39.95 at checkout
✓prime Get it as soon as **Tue, Sep 29**
FREE Shipping by Amazon
More Buying Choices
$873.08 (5 used & new offers)



Ubiquiti LiteAP ac 5GHz airMAX Sector AP 120 Degree 16dBi 2x2 MIMO (LAP-120-US)
★★★★☆ ⌄ 28

$84⁹⁹

FREE Shipping
More Buying Choices
$84.94 (39 new offers)



JLab Audio JBuds Pro Bluetooth Wireless Signature Earbuds | Titanium 10mm Drivers | 6-Hour Battery Life | Music...
★★★★☆ ⌄ 1,693

$19⁸⁸

Get it as soon as **Sat, Sep 26**
FREE Shipping on your first order shipped by Amazon
More Buying Choices
$17.58 (10 used & new offers)



TP-Link Deco Whole Home Mesh WiFi System – Up to 4,500 Sq. ft Coverage, WiFi Router/WiFi Extender Replacement,...
★★★★☆ ⌄ 1,982

$109⁹⁹     **Amazon Certified:** Works with Alexa

✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon
More Buying Choices
$109.98 (14 new offers)



MikroTik cAP ac Dual-band 802.11ac Wireless Access Point (RBcAPGi-5acD2nD-US)
★★★★☆ ⌄ 98

$68⁶⁷

✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon

More Buying Choices
$68.66  (12 new offers)



Samsung Galaxy Tab A 8.0" 32 GB Wifi Android 9.0 Pie
Tablet Black (2019) - SM-T290NZKAXAR
★★★★☆ ⌄ 3,774
$119⁹⁹ $149.99
✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon
More Buying Choices
$110.39  (38 used & new offers)

Sponsored ⓘ



eco4life Wi-Fi Wireless Smart IP Camera with Dedicated
Mobile App, Full HD 1080P, Indoor IP Camera with Night...
★★★★☆ ⌄ 5
$59⁹⁸                                    **Amazon Certified: Works with Alexa**
✓prime Get it as soon as **Tue, Sep 29**
FREE Shipping by Amazon
Only 16 left in stock - order soon.

Sponsored ⓘ


Outdoor Security Camera Wireless ICAMI 3 Megapixels HD
Home Surveuillance System Waterproof Audio Night Vision...
★★★★☆ ⌄ 7
$49⁹⁰
✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon



NETGEAR Nighthawk Smart WiFi Router (R6700) - AC1750
Wireless Speed (up to 1750 Mbps) | Up to 1500 sq ft...
★★★★☆ ⌄ 51,711
$84⁰⁶ $99.99                              **Amazon Certified: Works with Alexa**
✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon
More Buying Choices
$66.99  (39 used & new offers)



WD 4TB My Cloud EX2 Ultra Network Attached Storage -
NAS - WDBVBZ0040JCH-NESN
★★★★☆ ⌄ 1,157
$299⁹⁹ $349.99
✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon
More Buying Choices
$202.00  (35 used & new offers)



### Kasa Dome Indoor Security Camera by TP-Link, 1080p HD Smart Home Pan/Tilt Camera with Night Vision, Motion...
★★★★☆ 642

**Limited time deal**    **Amazon Certified:** Works with Alexa

$44<sup>99</sup>

✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon



### Synology MR2200ac Mesh Wi-Fi Router
★★★★☆ 297

$154<sup>99</sup>
Save $7.75 at checkout
FREE Shipping by Amazon
In stock on October 1, 2020.
More Buying Choices
$151.48 (19 used & new offers)



### Sonos Boost - The WiFi Extension for Uninterrupted Listening - White
★★★★☆ 649

$99<sup>00</sup>

✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon
More Buying Choices
$80.05 (12 used & new offers)



### HP Elite 8300 PC, 2 x 24 FHD HP Monitors, Wireless Keyboard and Mouse, WiFi, Intel i7, 16GB Memory, 1TB SSD...
★★★☆☆ 18

$699<sup>00</sup>
FREE Shipping
Only 15 left in stock - order soon.



### Apple iPad Air 2 MGTY2LL/A (128GB, Wi-Fi, Silver) (Renewed)
★★★★☆ 4,701

$379<sup>00</sup>

✓prime Get it as soon as **Wed, Sep 30**
Only 2 left in stock - order soon.



### True Wireless Earbuds, Bluetooth 5.0 Wireless Headphones APTX Deep Bass Stereo HiFi Sound Noise Cancelling...
★★★★☆ 1,157



$79.98

✓prime Get it as soon as **Fri, Oct 2**
FREE Shipping by Amazon
More Buying Choices
$69.17 (2 used & new offers)

---

Sponsored ⓘ



ShareVgo Smart Home Rowing Machine Bluetooth Compact Magnetic Rower with Fitness APP, Max Weight 285lbs...
★★★★☆ ⌄ 10
$259.99
Save $20.00 with coupon
FREE Shipping

---

Sponsored ⓘ



Sunny Health & Fitness Carbon Premium Air Magnetic Rowing Machine - SF-RW5983
$699.00
FREE Shipping

---

| ← Previous | 1 | 2 | 3 | 4 | ··· | 20 | Next → |

---

### Need help?

Visit the help section or contact us

---

4,576    Shop now

Sponsored

---

### Best sellers in Kindle eBooks

Page 1 of 5







| If You Tell: A True Story of Murder, Family Secrets,... | Playing with Fire: A Bad Boy College Romance | The Evening and the Morning (Kingsbridge... | Rage | See Her Die (Bree Tag... Book 2) |
|---|---|---|---|---|
| › Gregg Olsen | › L.J. Shen | › Ken Follett | › Bob Woodward | › Melinda Leigh |
| ★★★★½ 14,199 | ★★★★★ 919 | ★★★★½ 581 | ★★★★½ 2,056 | ★★★★½ 834 |
| Kindle Edition | Kindle Edition | Kindle Edition | Kindle Edition | Kindle Edition |
| $1.99 | $2.99 | $15.99 | $14.99 | $6.99 |

## Deals in magazine subscriptions

Page 1 of 6





**AllRecipes**
Print Magazine
$3.00



**Cosmopolitan**
★★★★☆ 3,030
Print Magazine
$6.00



**Food Network Magazine**
★★★★☆ 42
Print Magazine
$6.00



**Shape**
★★★★☆ 4
Print Magazine
$3.00



**Bon Appetit**
★★★★☆ 10
Print Magazine
$5.00

---

### Your Browsing History   View or edit your browsing history   ›











See personalized recommendations

**Sign in**

New customer? Start here.

---

Back to top

### Get to Know Us

Careers

Blog

About Amazon

Press Center

Investor Relations

Amazon Devices

Amazon Tours

### Make Money with Us

Sell products on Amazon

Sell apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Make Money with Us

### Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Business Card

Amazon Business Line of Credit

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

### Let Us Help You

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

---

amazon

English

United States

**Amazon Music**
Stream millions of songs

**Amazon Advertising**
Find, attract, and engage customers

**Amazon Drive**
Cloud storage from Amazon

**6pm**
Score deals on fashion brands

**AbeBooks**
Books, art & collectibles

**ACX**
Audiobook Publishing Made Easy

**Alexa**
Actionable Analytics for the Web

**Sell on Amazon**
Start a Selling Account

**Amazon Business**
Everything For Your Business

**Amazon Fresh**
Groceries & More Right To Your Door

**AmazonGlobal**
Ship Orders Internationally

**Home Services**
Experienced Pros Happiness Guarantee

**Amazon Ignite**
Sell your original Digital Educational Resources

**Amazon Rapids**
Fun stories for kids on the go

**Amazon Web Services**
Scalable Cloud Computing Services

**Audible**
Listen to Books & Original Audio Performances

**Book Depository**
Books With Free Delivery Worldwide

**Box Office Mojo**
Find Movie Box Office Data

**ComiXology**
Thousands of Digital Comics

**CreateSpace**
Indie Print Publishing Made Easy

**DPReview**
Digital Photography

**East Dane**
Designer Men's Fashion

**Fabric**
Sewing, Quilting & Knitting

**Goodreads**
Book reviews & recommendations

**IMDb**
Movies, TV & Celebrities

**IMDbPro**
Get Info Entertainment Professionals Need

**Kindle Direct Publishing**
Indie Digital & Print Publishing Made Easy

**Prime Now**
FREE 2-hour Delivery on Everyday Items

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video
Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon Warehouse
Great Deals on
Quality Used Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right
to your door

PillPack
Pharmacy
Simplified

Amazon Renewed
Like-new products
you can trust

Amazon Second
Chance
Pass it on, trade it
in,
give it a second
life

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2020, Amazon.com, Inc. or its affiliates



amazon.com : wireless local area network products

All wireless local area network pr

Hello, Sign in
Account & Lists

Returns & Orders

Try Prime

0 Cart

Hello
Select your address

Best Sellers    Customer Service    AmazonBasics    New Releases

New Amazon devices from $29.99

49-64 of over 4,000 results for **"wireless local area network products"**

Sort by: Featured

**Amazon Prime**
☐ ✓prime

**Eligible for Free Shipping**
☐ Free Shipping by Amazon
All customers get FREE Shipping on orders over $25 shipped by Amazon

**Deals**
☐ Today's Deals

**Department**
Electronics
  Computer Networking Wireless Access Points
  Data Storage
  Computer Accessories & Peripherals
  USB Computer Network Adapters
Books
  Computers & Technology
⌄ See All 24 Departments

**Avg. Customer Review**
★★★★☆ & Up
★★★☆☆ & Up
★★☆☆☆ & Up
★☆☆☆☆ & Up

**Brand**
☐ Apple
☐ AmazonBasics
☐ Amazon
☐ SAMSUNG
☐ PlayStation
☐ Logitech
☐ Bose
⌄ See more

**Price**
Under $25
$25 to $50
$50 to $100
$100 to $200
$200 & Above
[$ Min] [$ Max] [Go]

**Amazon Certified**
☐ Auto Replenishment
☐ Works with Alexa

**From Our Brands**
☐ Our Brands

**Packaging Option**
☐ Frustration-Free Packaging

**New & Upcoming**
New Arrivals
Coming Soon



**Professional Series Shielded Ethernet Cables CAT5E**

Shop InstallerParts ›



InstallerParts Ethernet Cable CAT5E Cable UTP Booted 25 FT - Red ...
★★★★☆ 1,929



InstallerParts Ethernet Cable CAT5E Cable Shielded (FTP) Booted 25 FT - ...
★★★★☆ 135



InstallerParts Ethernet Cable CAT5E Cable UTP Booted 200 FT - Blue -...
★★★★☆ 1,929

Sponsored ⓘ

Sponsored ⓘ



**Abronis 5MP Hybrid 5-in-1 DVR for Security Camera(AHD/TVI/CVI/Analog/Onvif IP), 4 Channel Home...**
$59.99
✓prime Get it as soon as **Thu, Oct 1**
FREE Shipping by Amazon
Only 10 left in stock - order soon.

Sponsored ⓘ

**LEFTEK Dome Camera Star Light Security Camera AHD/TVI/CVI/CVBS RS485 HD Analog Ultra HD 4X...**
$139.99
✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon
Only 12 left in stock - order soon.



**U9000 Android 8.1 2D Wireless Barcode Scanner - Handheld Scanner with Honeywell 2D Scanner, 4G, WiFi, Bluetooth, 5...**
★★★☆☆ ⌄ 5
$569.00
✓prime Get it as soon as **Wed, Sep 30**
FREE Shipping by Amazon
Only 14 left in stock - order soon.





**Samsung Galaxy Tab A 10.1 32 GB Wifi Tablet Black (2019)**
★★★★☆ ⌄ 7,360

Certification
- [ ] Energy Star

**Amazon Global Store**
- [ ] Amazon Global Store

**International Shipping**
- [ ] International Shipping Eligible

**Condition**
New
Used





NETGEAR Orbi Whole Home Tri-Band Mesh WiFi 6 System (RBK852) – Router With 1 Satellite Extender | Coverage Up...

★★★★☆ 9,237

$699⁹⁹

FREE Shipping by Amazon
In stock on October 28, 2020.



WD 4TB My Cloud Home Personal Cloud Storage - WDBVXC0040HWT-NESN,White

★★★★☆ ⌄ 1,171

$159⁹⁹ $199.99

✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon
More Buying Choices
$107.31 (23 used & new offers)



TP-Link TL-WN881ND N300 PCI-E Wireless WiFi network Adapter card for pc

★★★★☆ ⌄ 2,728

$15⁹⁹ $17.99

Get it as soon as **Sat, Sep 26**
FREE Shipping on your first order shipped by Amazon

Sponsored ⓘ




Google WiFi System, 1-Pack - Router Replacement for Whole Home Coverage - NLS-1304-25 (Renewed)

★★★★☆ ⌄ 401

$82⁰⁰ $107.98

✓prime
FREE Shipping by Amazon



Bose 737253-1110 SoundTouch SA-5 Amplifier, works with Alexa, Black

★★★★☆ ⌄ 223

$499⁰⁰

**Amazon Certified:** Works with Alexa

✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon



Epson Workforce WF-2860 All-in-One Wireless Color Printer with Scanner, Copier, Fax, Ethernet, Wi-Fi Direct and NFC,...
★★★★☆ ˅ 799

Amazon Certified: Works with Alexa

Sponsored ⓘ

ZeeVee ZvSync-NA HD Digital Tuner/Decoder QAM
★★★☆☆ ˅ 9

$130.00
FREE Shipping



Sponsored ⓘ

WiFi Monitor-Ebitcam 1080P Smart Home WiFi Camera with Pan/Tilt/Zoom,Night Vision Motion Detection 2-Way Audio...
★★★★☆ ˅ 173

$29.99

Save 20% with coupon

Amazon Certified: Works with Alexa

✓prime Get it as soon as Sat, Sep 26
FREE Shipping by Amazon



Star Micronics TSP143IIILAN Ethernet (LAN) Thermal Receipt Printer with Auto-cutter and Internal Power Supply - Gray
★★★★☆ ˅ 687

$255.00

✓prime Get it as soon as Tue, Sep 29
FREE Shipping by Amazon
More Buying Choices
$165.41 (76 used & new offers)



Arlo Q Plus - Wired PoE, 1080p HD Security Camera | Night vision, Indoor only, 2-Way Audio | Cloud Storage Included |...
★★★★☆ ˅ 6,766

$180.42 $199.99

Amazon Certified: Works with Alexa

✓prime Get it as soon as Sat, Sep 26
FREE Shipping by Amazon





XVIM 12" Monitor Wireless Security Camera System with 1TB Hard Drive for Home, 4pcs 2.0MP Outdoor Waterproof IP

★★★★½ ⌄ 32

$279⁹⁹

✓prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon

---

1,847

Sponsored ⓘ



Asus ROG X570 Crosshair VIII Hero (Wi-Fi) ATX Motherboard with PCIe 4.0, on-Board WiFi 6 (802.11Ax), 2.5 Gbps LAN,...

★★★★½ ⌄ 378

---



LED Deck Lights Kit, 10pcs Φ1.22" WiFi Wireless Smart Phone Control Low Voltage Recessed RGBW Deck Lamp In-...

★★★★½ ⌄ 193

$87⁹⁹

$9.98 shipping

---



BenQ MH750 1080p High Brightness Projector with 4500 Lumens | Wireless Presentation Capability | Lan Network...

★★★★☆ ⌄ 100

Only 1 left in stock - order soon.

---



Insteon Smart Dual On/Off Wall Outlet, Top & Bottom Outlets Independently Controllable, 2663-222 (White) -...

★★★★½ ⌄ 99

$49⁹⁹

FREE Shipping

Only 10 left in stock - order soon.

---


**Best Seller**

Raspberry SC15184 Pi 4 Model B 2019 Quad Core 64 Bit WiFi Bluetooth (2GB)

★★★★★ ⌄ 6,528



$39^{61}$



✔prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon

More Buying Choices
$37.62 (13 used & new offers)

---

Sponsored ⓘ



**Sunny Health & Fitness Space Efficient Convenient Magnetic Rowing Machine – SF-RW5987**

$239$^{00}$

FREE Shipping

---

Sponsored ⓘ



**Tablet 10.1 Inch Android 9.0 3G Phone Tablets with 2GB RAM+32GB ROM Dual Sim Card 2MP+ 5MP Camera, WiFi,...**

★★★★☆ ⌄ 1,345

$99$^{99}$

`Save 5%` with coupon

✔prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon

---

← Previous   1   2   3   **4**   5   ···   20   Next →

### Brands related to your search



**DODODUCK**

The new S50 Android Honeywell 2D Scanner

Shop Dododuck ›



**MUNBYN**

Intelligent Barcode Management, More Efficient

Shop MUNBYN ›

### Need help?

Visit the help section or contact us

---

26

[ Shop now ]

Sponsored ⓘ

---

**Best sellers in Kindle eBooks**                    Page 1 of 5







If You Tell: A True Story of Murder, Family Secrets,...
› Gregg Olsen
⭐ 14,199
Kindle Edition
$1.99

Playing with Fire: A Bad Boy College Romance
› L.J. Shen
⭐ 919
Kindle Edition
$2.99

The Evening and the Morning (Kingsbridge...
› Ken Follett
⭐ 581
Kindle Edition
$15.99

Rage
› Bob Woodward
⭐ 2,056
Kindle Edition
$14.99

See Her Die (Bree Taggert Book 2)
› Melinda Leigh
⭐ 834
Kindle Edition
$6.99

## Deals in magazine subscriptions

Page 1 of 6








AllRecipes
Print Magazine
$3.00

Cosmopolitan
⭐ 3,030
Print Magazine
$6.00

Food Network Magazine
⭐ 42
Print Magazine
$6.00

Shape
⭐ 4
Print Magazine
$3.00

Bon Appetit
⭐ 10
Print Magazine
$5.00

**Your Browsing History**   **View or edit your browsing history** ›

See personalized recommendations






No image avail

**Sign in**

New customer? Start here.

---

Back to top

---

### Get to Know Us
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

### Make Money with Us
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

### Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

### Let Us Help You
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

  

amazon    🌐 English    🇺🇸 United States

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Advertising** Find, attract, and engage customers | **Amazon Drive** Cloud storage from Amazon | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Alexa** Actionable Analytics for the Web |
| **Sell on Amazon** Start a Selling Account | **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Ignite** Sell your original Digital Educational Resources | **Amazon Rapids** Fun stories for kids on the go |
| **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances | **Book Depository** Books With Free Delivery Worldwide | **Box Office Mojo** Find Movie Box Office Data | **ComiXology** Thousands of Digital Comics | **CreateSpace** Indie Print Publishing Made Easy | **DPReview** Digital Photography |
| **East Dane** Designer Men's Fashion | **Fabric** Sewing, Quilting & Knitting | **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Prime Now** FREE 2-hour Delivery on Everyday Items |
| **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands | **Amazon Warehouse** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing |
| **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | **Amazon Second Chance** Pass it on, trade it in, give it a second life |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2020, Amazon.com, Inc. or its affiliates



amazon.com    wireless local area network products

☰  **amazon**

| All ▾ | wireless local area network pr | 🔍 |

🇺🇸 ▾    Hello, Sign in
Account & Lists ▾
Account ▾    Returns
& Orders    Try Prime ▾    🛒 0 Cart

📍 Hello
Select your address

Best Sellers    Customer Service    AmazonBasics    New Releases    New Amazon devices from $29.99

65-80 of over 4,000 results for **"wireless local area network products"**    Sort by: Featured ▾

**Amazon Prime**
☐ ✓prime

**Eligible for Free Shipping**
☐ Free Shipping by Amazon
All customers get FREE Shipping on orders over $25 shipped by Amazon

**Deals**
☐ Today's Deals

**Department**
Electronics
Computer Networking Wireless Access Points
Data Storage
Computer Accessories & Peripherals
USB Computer Network Adapters
Books
Computers & Technology
🔻 See All 24 Departments

**Avg. Customer Review**
⭐⭐⭐⭐☆ & Up
⭐⭐⭐☆☆ & Up
⭐⭐☆☆☆ & Up
⭐☆☆☆☆ & Up

**Brand**
☐ Apple
☐ AmazonBasics
☐ Amazon
☐ SAMSUNG
☐ PlayStation
☐ Logitech
☐ Bose
🔻 See more

**Price**
Under $25
$25 to $50
$50 to $100
$100 to $200
$200 & Above
[$ Min] [$ Max] [Go]

**Amazon Certified**
☐ Auto Replenishment
☐ Works with Alexa

**From Our Brands**
☐ Our Brands

**Packaging Option**
☐ Frustration-Free Packaging

**New & Upcoming**
New Arrivals
Coming Soon

 **MUNBYN**    **Intelligent Barcode Management, More Efficient**
Shop MUNBYN ›


Android 8.1 Barcode Scanner Handheld Pistol Grip MUNBYN with Zebra...
⭐⭐⭐⭐⭐ 2
✓prime


MUNBYN 3G 4G Rugged Handheld Android 8.1 POS Terminal with Touch...
⭐⭐⭐⭐☆ 27
✓prime


Android Handheld 2D Barcode Scanner MUNBYN Wireless Mobile Data Collect...
⭐⭐⭐⭐☆ 4
✓prime
Sponsored ⓘ

Price and other details may vary based on size and color


Sponsored ⓘ
**Victure 1080P Pet Camera, Dual Band 2.4/5Ghz , Indoor Security Camera with Two-Way Audio, Motion Detection,...**
⭐⭐⭐⭐☆ ⌄ 3,198
$29.99
✓prime Get it as soon as Sat, Sep 26
FREE Shipping by Amazon


Sponsored ⓘ
**SOFTA 3 Inch Mattress Topper, Twin Gel Memory Foam Mattress Topper, Pressure-Relieving Bed Topper with...**
⭐⭐⭐⭐☆ 40
$79.90
✓prime Get it as soon as Sun, Sep 27
FREE Shipping by Amazon


**Apple iPhone 7, 32GB, Black - For Sprint / Verizon (Renewed)**
⭐⭐⭐⭐☆ ⌄ 19,702
$184.57
✓prime Get it as soon as Thu, Oct 1
Only 1 left in stock - order soon.

**SME WiFi Spotting Scope Camera**
⭐⭐⭐⭐☆ 87



**Certification**

☐ Energy Star

**Amazon Global Store**

☐ Amazon Global Store

**International Shipping**

☐ International Shipping Eligible

**Condition**

New

Used



$99.01 ~~$199.99~~

✓prime
FREE Shipping by Amazon
More Buying Choices
$90.77  (16 used & new offers)

---



TNP USB C to HDMI + USB 3.0 Type A + Gigabit Ethernet + USB Type C Power Delivery Charging Port Hub Adapter –...

★★★☆☆ ∨ 104

$29.95

✓prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon

---



CyberpowerPC Gamer Supreme Liquid Cool Gaming PC, Intel Core i7-9700K 3.6GHz, NVIDIA GeForce RTX 2070 Super...

★★★★☆ ∨ 1,466

$1,399.99

✓prime
FREE Shipping by Amazon

---



Home Security Camera System, Reolink 3MP HD Plug-in Indoor WiFi Camera, Pan Tilt Pet Camera, Baby Monitor,...

★★★★☆ ∨ 2,318                    **Amazon Certified:** Works with Alexa

$69.99

`Save 5%` with coupon

✓prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon

More Buying Choices
$62.82  (5 used & new offers)

---



Google Nest Cam Indoor Wired Home Security Camera 24/7 live video, 1080p HD, Wifi, Night Vision, 2-Way Talk, Mobile...

★★★★☆ ∨ 9,145                    **Amazon Certified:** Works with Alexa

$129.98

✓prime Get it as soon as **Sun, Sep 27**

FREE Shipping by Amazon

More Buying Choices
$105.99  (29 used & new offers)

---



LEVO II - Herbal Oil and Butter Infusion Machine - Botanical Decarboxylator, Herb Dryer and Oil Infuser - Mess-Free and...

★★★★☆ ∨ 785

$249.00



✓prime Get it as soon as **Tue, Sep 29**

FREE Shipping by Amazon



Canon VIXIA HF R80 Portable Video Camera Camcorder with Built-in Wi-fi, Full HD CMOS Sensor, 3.0-inch Touch Panel...

★★★★☆ ∨ 116

**$349**00

FREE Shipping

Only 1 left in stock - order soon.

More Buying Choices
$263.95 (9 used & new offers)



Sponsored ⓘ

Sunny Health & Fitness Phantom Hydro Water Rowing Machine - SF-RW5910,Black

★★★★☆ ∨ 47

**$599**00

✓prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon



Sponsored ⓘ

COMOOO Pop Up Tent Canopy 10x10 Outdoor Party Backyard Beach Tent Portable Camping Instant Canopy wit...

★★★★☆ ∨ 26

**$109**90

✓prime Get it as soon as **Wed, Sep 30**

FREE Shipping by Amazon



ATN X-Sight 4K Pro Smart Day/Night Rifle Scope - Ultra HD 4K technology with Superb Optics, 120fps Video, 18+ hrs...

★★★★½ ∨ 1,395

**$713**56

More Buying Choices
$609.99 (36 used & new offers)



LED Deck Lighting Kits, FVTLED 30pcs WiFi Controller Φ1.97" Low Voltage LED Deck Lighting RGB Recessed Light...

★★★★½ ∨ 89

**$275**99

$6.00 shipping

Only 5 left in stock - order soon.

Amazon.com: wireless local area network products



**Best Seller**



TP-Link USB Wifi Adapter for PC N150 Wireless Network Adapter for Desktop - Nano Size Wifi Dongle Compatible...
⭐⭐⭐⭐½ ⌄ 35,123

$9⁹⁹ $14.99

Get it as soon as **Sat, Sep 26**
FREE Shipping on your first order shipped by Amazon



Aibecy All in One Handheld PDA Printer Smart POS Terminal Wireless Portable Printers Intelligent Payment Terminal...
⭐⭐⭐½☆ ⌄ 34

$199⁹⁹

FREE Shipping



Samsung Chromebook 4 + Chrome OS 15.6" Full HD Intel Celeron Processor N4000 4GB RAM 32Gb Emmc Gigabit Wi...
⭐⭐⭐⭐½ ⌄ 432



Intel NUC NUC10i3FNK Ultra Small Mini PC/HTPC - 10th Gen Intel Dual-Core i3-10110U up to 4.10 GHz CPU, 8GB DDR4...
⭐⭐⭐⭐½ ⌄ 18

**5% off**

$409⁹⁵ $429.95
Lowest price in 30 days
FREE Shipping



Shark Empty XL RV1001AE Robotic Vacuum, IQ Navigation, Home Mapping, Self-Cleaning Brushroll, Wi-Fi Connected,...
⭐⭐⭐⭐☆ ⌄ 4,268

$548⁹⁵ $599.99

✓prime Get it as soon as **Fri, Oct 2**
FREE Shipping by Amazon
Only 2 left in stock - order soon.
More Buying Choices
$299.99 (24 used & new offers)



Winegard GW-1000 Gateway 4G LTE WiFi Router

★★★★☆ ⌄ 82

**$296**⁷⁵

FREE Shipping

More Buying Choices
$243.91 (12 used & new offers)

Sponsored ⓘ

Rii K06 Mini Wireless RF 2.4Ghz Touchpad Keyboard with Mouse for PC/Mac/Android, Black …

★★★★☆ ⌄ 38

**$12**⁹⁹

Get it as soon as **Sat, Sep 26**
FREE Shipping on your first order
shipped by Amazon

Sponsored ⓘ

WiFi Camera Indoor, UNIOJO Home Camera with Night Vision, Movement Tracking, Activity Alerts, Cloud Service…

★★★☆☆ ⌄ 10

**$29**⁹⁹

✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon

← Previous | 1 | … | 4 | 5 | 6 | … | 20 | Next →

## Need help?

Visit the help section or contact us

331
Shop now

Sponsored ⓘ

### Best sellers in Kindle eBooks

Page 1 of 5

‹                            ›






If You Tell: A True Story of Murder, Family Secrets,...
›Gregg Olsen
★★★★½ 14,199
Kindle Edition
$1.99

Playing with Fire: A Bad Boy College Romance
›L.J. Shen
★★★★★ 919
Kindle Edition
$2.99

The Evening and the Morning (Kingsbridge...
›Ken Follett
★★★★½ 581
Kindle Edition
$15.99

Rage
›Bob Woodward
★★★★½ 2,056
Kindle Edition
$14.99

See Her Die (Bree Tag... Book 2)
›Melinda Leigh
★★★★½ 834
Kindle Edition
$6.99

## Deals in magazine subscriptions

Page 1 of 6

‹








AllRecipes
Print Magazine
$3.00

Cosmopolitan
★★★★☆ 3,030
Print Magazine
$6.00

Food Network Magazine
★★★★½ 42
Print Magazine
$6.00

Shape
★★★★☆ 4
Print Magazine
$3.00

Bon Appetit
★★★★☆ 10
Print Magazine
$5.00

›

---

**Your Browsing History**    **View or edit your browsing history**   ›






No im
availa

See personalized recommendations

Sign in

New customer? Start here.

---

Back to top

### Get to Know Us
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

### Make Money with Us
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

### Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

### Let Us Help You
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

amazon

 English
 United States

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Advertising** Find, attract, and engage customers | **Amazon Drive** Cloud storage from Amazon | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Alexa** Actionable Analytics for the Web |
| **Sell on Amazon** Start a Selling Account | **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Ignite** Sell your original Digital Educational Resources | **Amazon Rapids** Fun stories for kids on the go |
| **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances | **Book Depository** Books With Free Delivery Worldwide | **Box Office Mojo** Find Movie Box Office Data | **ComiXology** Thousands of Digital Comics | **CreateSpace** Indie Print Publishing Made Easy | **DPReview** Digital Photography |
| **East Dane** Designer Men's Fashion | **Fabric** Sewing, Quilting & Knitting | **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Prime Now** FREE 2-hour Delivery on Everyday Items |
| **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands | **Amazon Warehouse** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing |
| **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | **Amazon Second Chance** Pass it on, trade it in, give it a second life |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2020, Amazon.com, Inc. or its affiliates







## Professional Series Shielded Ethernet Cables CAT5E

Shop InstallerParts ›

  

InstallerParts Ethernet Cable CAT5E Cable UTP Booted 25 FT - Red -...
★★★★☆ 1,929

InstallerParts Ethernet Cable CAT5E Cable Shielded (FTP) Booted 25 FT -...
★★★★☆ 135

InstallerParts Ethernet Cable CAT5E Cable UTP Booted 200 FT - Blue -...
★★★★☆ 1,929

Sponsored ⓘ





Sponsored ⓘ

**Non-Contact Forehead Thermometer, Temperatre Gauge for Baby Kids and Adults, with Fever Indicator and Accurate...**
★★★★☆ 47
$19.99
FREE Shipping



Sponsored ⓘ

**Kids Tablets PC, Veidoo 7 inch Android Kids Tablet with 1GB Ram 16GB Storage, Safety Eye Protection IPS Screen,...**
★★★☆☆ 677
$55.59
✓prime Get it as soon as Sat, Sep 26
FREE Shipping by Amazon





**Wireless Keyboard and Mouse Combo, UHURU 2.4G USB Wireless Keyboard Mouse for Laptop, Computer, PC, Tablet,...**
★★★★☆ 1,064
$26.99
✓prime Get it as soon as Sat, Sep 26
FREE Shipping by Amazon
More Buying Choices
$23.48 (3 used & new offers)



**Google Nest WiFi Router (2nd Generation) – 4x4 AC2200 Mesh Wi-Fi Router with 2200 Sq Ft Coverage**
★★★★☆ 1,249
$169.00

**Certification**
- ☐ Energy Star

**Amazon Global Store**
- ☐ Amazon Global Store

**International Shipping**
- ☐ International Shipping Eligible

**Condition**
New
Used



✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon
More Buying Choices
$154.95 (12 used & new offers)



Ubiquiti UniFi HD 802.11ac Wave 2 Enterprise Wi-Fi Access Point (UAP-AC-HD-US)
⭐⭐⭐⭐½ ∨ 1,503
$287⁴⁹ $349.00
FREE Shipping



Apple iPad Pro 2nd 12.9" with Wi-Fi 2017 Model, 512GB, GOLD (Renewed)
⭐⭐⭐⭐½ ∨ 720
$728⁹⁸
✓prime Get it as soon as **Thu, Oct 1**
Only 1 left in stock - order soon.



Asus AM4 TUF Gaming X570-Plus (Wi-Fi) ATX motherboard with PCIe 4.0, dual M.2, 12+2 with Dr. MOS power stage,...
⭐⭐⭐⭐½ ∨ 1,659
$188³⁵
✓prime Get it as soon as **Sun, Sep 27**
FREE Shipping by Amazon
More Buying Choices
$165.12 (82 used & new offers)



NETGEAR WiFi Range Extender EX5000 - Coverage up to 1500 sq.ft. and 25 devices
⭐⭐⭐⭐☆ ∨ 3,288
$49⁹⁹
✓prime Get it as soon as **Sun, Sep 27**
FREE Shipping by Amazon
More Buying Choices
$35.51 (7 used & new offers)



Apple iPad Air 3rd gen Latest Model (10.5-inch, Wi-Fi, 64GB) - Silver (Renewed)
⭐⭐⭐½☆ ∨ 14
$478⁹⁰
FREE Shipping







49

Shop now

Sponsored



Dyson Pure Hot + Cool Link HP02 Wi-Fi Enabled Air Purifier,White/Silver

★★★★☆ ⌄ 652

**Amazon Certified:** Works with Alexa

Sponsored ⓘ

1080P Security Camera Outdoor Wireless Onvif Aottom 2MP WiFi Security Camera, WiFi Dome CCTV Camera IP, 2-Way...

★★★☆☆ ⌄ 11

**$49**⁹⁹

✓prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon



Sponsored ⓘ

Wireless Security Camera, HALUM 1080P WiFi PTZ Camera Outdoor Surveillance Camera 2020 Upgraded with 47 Supe...

★★★★☆ ⌄ 142

**$52**⁹⁹

`Save $5.00` with coupon

✓prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon



HP Elite Desktop PC Computer Intel Core i5 3.1-GHz, 8 gb Ram, 1 TB Hard Drive, DVDRW, 19 Inch LCD Monitor,...

★★★★☆ ⌄ 597

**$269**⁹⁹ ~~$289.99~~

✓prime Get it as soon as **Tue, Sep 29**

FREE Shipping by Amazon



Linksys LAPAC1200C AC1200 Wireless Access Point for Business (Cloud Management PoE WiFi Access Point),White

★★★★½ ⌄ 105

**$129**⁹⁹ ~~$149.99~~

✓prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon

More Buying Choices

$127.95 (8 new offers)

Amazon.com: wireless local area network products



**TRENDnet AC3000 Tri-Band Wireless Gigabit Dual-WAN VPN SMB Router TEW-829DRU MU-MIMO, Wave 2 Internet**

★★★★☆ ∨ 47

$230⁶⁴ $279.99

✓prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon

More Buying Choices
$229.99 (15 new offers)



**Asus Prime Z390-A Motherboard LGA1151 (Intel 8th and 9th Gen) ATX DDR4 DP HDMI M.2 USB 3.1 Gen2 Gigabit LAN**

★★★★☆ ∨ 1,249

$169⁹⁹ $179.99

✓prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon

More Buying Choices
$140.81 (84 used & new offers)



**Amazon eero Beacon mesh WiFi range extender (add-on to eero WiFi systems)**

★★★★☆ ∨ 869

$149⁰⁰

✓prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon



**Apple iPad 9.7inch with WiFi 32GB- Space Gray (2017 Model) (Renewed)**

★★★★☆ ∨ 1,746

$259⁹⁹

FREE Shipping


**Best Seller**

 

**Schlage Lock Company BE489WB CEN 622 Schlage Encode Smart WiFi Deadbolt with Century Trim In Matte Black, Lock**

★★★★☆ ∨ 3,805

$209⁹⁹ $249.99

**Amazon Certified:** Works with Alexa

✓prime Get it as soon as **Tue, Sep 29**

FREE Shipping by Amazon

Only 17 left in stock - order soon.

More Buying Choices
$188.59 (7 used & new offers)



**TP-Link AC1750 Wifi Extender, PCMag Editor's Choice, Up to 1750Mbps, Dual Band Wifi Range Extender, Internet Booste...**



★★★★☆ ⌄ 13,446
$71.30 ~~$99.99~~

✓prime Get it as soon as Sun, Sep 27
FREE Shipping by Amazon

---

Sponsored ⓘ



Sunny Health & Fitness Multifunction SPM Magnetic Rowing Machine - SF-RW5941
★★★★☆ ⌄ 17
$277.73

✓prime Get it as soon as Sat, Sep 26
FREE Shipping by Amazon

---

Sponsored ⓘ



4MP Ultra HD Wireless WiFi Camera,AI Smart Tracking,Face/Sound Detection,Night Vision,Two-Way...
★★★☆☆ ⌄ 4
$39.99      **Amazon Certified:** Works with Alexa

Save 15% with coupon

✓prime Get it as soon as Sat, Sep 26
FREE Shipping by Amazon

---

← Previous    1   ...   5   **6**   7   ...   20    Next →

---

## Need help?

Visit the help section or contact us

---

1,144

Shop now

Sponsored ⓘ

---

## Best sellers in Kindle eBooks

Page 1 of 5



If You Tell: A True Story of Murder, Family Secrets,...
›Gregg Olsen
★★★★☆ 14,199
Kindle Edition
$1.99



Playing with Fire: A Bad Boy College Romance
›L.J. Shen
★★★★★ 919
Kindle Edition
$2.99



The Evening and the Morning (Kingsbridge...
›Ken Follett
★★★★☆ 581
Kindle Edition
$15.99



Rage
›Bob Woodward
★★★★☆ 2,056
Kindle Edition
$14.99



See Her Die (Bree Tag... Book 2)
›Melinda Leigh
★★★★☆ 834
Kindle Edition
$6.99

## Deals in magazine subscriptions

Page 1 of 6




AllRecipes
Print Magazine
$3.00


Cosmopolitan
★★★★☆ 3,030
Print Magazine
$6.00


Food Network Magazine
★★★★½ 42
Print Magazine
$6.00


Shape
★★★★☆ 4
Print Magazine
$3.00


Bon Appetit
★★★★☆ 10
Print Magazine
$5.00

---

### Your Browsing History   View or edit your browsing history ›

    

See personalized recommendations

**Sign in**

New customer? Start here.

---

Back to top

### Get to Know Us
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

### Make Money with Us
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

### Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

### Let Us Help You
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

  

amazon     ⊕ English     🇺🇸 United States

---

Amazon Music
Stream millions
of songs

Amazon
Advertising
Find, attract, and
engage customers

Amazon Drive
Cloud storage
from Amazon

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Alexa
Actionable
Analytics
for the Web

Sell on Amazon
Start a Selling
Account

Amazon
Business
Everything For
Your Business

Amazon Fresh
Groceries & More
Right To Your
Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced
Pros
Happiness
Guarantee

Amazon Ignite
Sell your original
Digital Educational
Resources

Amazon Rapids
Fun stories for
kids on the go

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio
Performances

Book
Depository
Books With Free
Delivery
Worldwide

ComiXology
Thousands of
Digital Comics

CreateSpace
Indie Print Publishing
Made Easy

DPReview
Digital
Photography

East Dane
Designer Men's
Fashion

Fabric
Sewing, Quilting
& Knitting

Goodreads
Book reviews
&
recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals
Need

Kindle Direct
Publishing
Indie Digital & Print
Publishing
Made Easy

Prime Now
FREE 2-hour
Delivery
on Everyday Items

Amazon.com: wireless local area network products

| Amazon Photos | Prime Video Direct | Shopbop | Amazon Warehouse | Whole Foods Market | Woot! | Zappos |
|---|---|---|---|---|---|---|
| Unlimited Photo Storage Free With Prime | Video Distribution Made Easy | Designer Fashion Brands | Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing |

| Ring | eero WiFi | Neighbors App | Amazon Subscription Boxes | PillPack | Amazon Renewed | Amazon Second Chance |
|---|---|---|---|---|---|---|
| Smart Home Security Systems | Stream 4K Video in Every Room | Real-Time Crime & Safety Alerts | Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products you can trust | Pass it on, trade it in, give it a second life |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2020, Amazon.com, Inc. or its affiliates



97-112 of over 7,000 results for **"wireless local area network products"**

Sort by: Featured ▾

**Amazon Prime**
☐ ✓prime

**Eligible for Free Shipping**
☐ Free Shipping by Amazon
All customers get FREE Shipping on orders over $25 shipped by Amazon

**Deals**
☐ Today's Deals

**Department**
Electronics
  Computer Networking Wireless Access Points
  Data Storage
  Computer Accessories & Peripherals
  USB Computer Network Adapters
Books
  Computers & Technology
✓ See All 24 Departments

**Avg. Customer Review**
★★★★☆ & Up
★★★☆☆ & Up
★★☆☆☆ & Up
★☆☆☆☆ & Up

**Brand**
☐ Apple
☐ AmazonBasics
☐ Amazon
☐ SAMSUNG
☐ PlayStation
☐ Logitech
☐ Bose
✓ See more

**Price**
Under $25
$25 to $50
$50 to $100
$100 to $200
$200 & Above
[$ Min] [$ Max] [Go]

**Amazon Certified**
☐ Auto Replenishment
☐ Works with Alexa

**From Our Brands**
☐ Our Brands

**Packaging Option**
☐ Frustration-Free Packaging

**New & Upcoming**
New Arrivals
Coming Soon



**USB WiFi Adapter AC 1300Mbps**

Shop EDUP ›



EDUP USB 3.0 Adapter AC 1300Mbps with 39" USB Cable, Long...
★★★★☆ 129
✓prime



USB 3.0 WiFi Adapter 1300Mbps Dual Band Wireless Network Adapter 802.1...
★★★★☆ 78



EDUP USB WiFi Adapter for Laptop PC AC 1300Mbps Nano Wireless Network...
★★★★☆ 114

Sponsored ⓘ

---



Sponsored ⓘ

**Magnetic Rower Rowing Machine with 16 Level Adjustable Resistance and LCD Monitor and Bottle Holder for Home Use**
★★★★☆ 11
$219.99
Save $12.00 with coupon
$4.99 shipping

---



Sponsored ⓘ

**WEKEEP OVICX Magnetic Rowing Machine for Home Use Foldable Indoor Rower Exercise Equipment for Whole Body...**
★★★★★ 7
$399.00
Save $20.00 with coupon
FREE Shipping

---



**XL1050 Trane Wi-Fi Thermostat ComfortLink Replaces XL950 - TZONE950AC52ZAA**
$535.00
FREE Shipping

---



**Shark Empty XL RV1001AE Robotic Vacuum, IQ Navigation, Home Mapping, Self-Cleaning Brushroll, Wi-Fi Connected,...**
★★★★☆ 4,268

**Certification**

☐ Energy Star

**Amazon Global Store**

☐ Amazon Global Store

**International Shipping**

☐ International Shipping Eligible

**Condition**

New
Used



**$548**⁹⁵ ~~$599.99~~

✓prime Get it as soon as **Fri, Oct 2**

FREE Shipping by Amazon

Only 2 left in stock - order soon.

More Buying Choices
$299.99 (24 used & new offers)

---



Winegard GW-1000 Gateway 4G LTE WiFi Router

★★★★☆ ∨ 82

**$296**⁷⁵

FREE Shipping

More Buying Choices
$243.91 (12 used & new offers)

---



RF Engineering for Wireless Networks: Hardware, Antennas, and Propagation (Communications Engineering (Paperback))
by Daniel M. Dobkin  |  Dec 6, 2004

★★★★½ ∨ 10

Paperback
**$84**⁷⁵ ~~$113.00~~

FREE Shipping by Amazon
In stock on October 28, 2020.

More Buying Choices
$65.97 (26 used & new offers)

Kindle
**$80**⁵¹ ~~$109.00~~

Available instantly

---



Wireless Keyboard and Mouse Combo, UHURU 2.4G USB Wireless Keyboard Mouse for Laptop, Computer, PC, Tablet,...

★★★★☆ ∨ 1,064

**$26**⁹⁹

✓prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon

More Buying Choices
$23.48 (3 used & new offers)

---



UniFi Mesh AC Pro UAP-AC-M-PRO-5-US 802.11AC 3x3 MIMO Outdoor Wi-Fi Access Point Wide-Area Dual-Band AP

**$999**⁹⁵

FREE Shipping

---

Google Nest WiFi Router (2nd Generation) – 4x4 AC2200 Mesh Wi-Fi Router with 2200 Sq Ft Coverage

★★★★½ ∨ 1,249

1,792

**Shop now**

Sponsored ⓘ



$169^{00}$

✓**prime** Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon

More Buying Choices
$154.95 (12 used & new offers)

---



Ubiquiti UniFi HD 802.11ac Wave 2 Enterprise Wi-Fi Access Point (UAP-AC-HD-US)

⭐⭐⭐⭐½ ˅ 1,503

$287^{49}$ ~~$349.00~~

FREE Shipping

---

Sponsored ⓘ

Adesso WKB-1100CB Natural Ergonomic Wireless Spill Resistant Mini Keyboard & Mouse Combo



⭐⭐⭐⭐½ ˅ 5

$28^{35}$ ~~$34.95~~

FREE Shipping

---

Sponsored ⓘ

3MP Smart WiFi Camera- Ebitcam 1536P Ultra HD Security Wireless Monitor,Work with Alexa,Smart Tracking,Night...



⭐⭐⭐⭐☆ ˅ 73

$39^{99}$

**Save 15%** with coupon

**Amazon Certified**: Works with Alexa



✓**prime** Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon

---



Asus AM4 TUF Gaming X570-Plus (Wi-Fi) ATX motherboard with PCIe 4.0, dual M.2, 12+2 with Dr. MOS power stage,...

⭐⭐⭐⭐½ ˅ 1,659

$188^{35}$

✓**prime** Get it as soon as **Sun, Sep 27**

FREE Shipping by Amazon

More Buying Choices
$165.12 (82 used & new offers)

---



NETGEAR WiFi Range Extender EX5000 - Coverage up to 1500 sq.ft. and 25 devices

⭐⭐⭐⭐☆ ˅ 3,288

$49^{99}$

✓**prime** Get it as soon as **Sun, Sep 27**



FREE Shipping by Amazon

More Buying Choices

$35.51 (7 used & new offers)



### Sling TV

Feb 12, 2015 | by Sling TV LLC

★★★★☆ ⌄ 41,440

**App**

Free Download

Available instantly on compatible devices.



### Apple iPad Air 3rd gen Latest Model (10.5-inch, Wi-Fi, 64GB) - Silver (Renewed)

★★★☆☆ ⌄ 14

$478⁹⁰

FREE Shipping



### Dyson Pure Hot + Cool Link HP02 Wi-Fi Enabled Air Purifier,White/Silver

★★★★☆ ⌄ 652

**Amazon Certified:** Works with Alexa



### Yealink CP960 Conference IP Phone with 2 Wireless Mics, WiFi and PoE (Power Adapter Not Included) Bundle with...





### Zebra GX420D 802.11 Wireless WiFi Direct Thermal Label Printer (GX42-202710-000)



Apple iPad Pro (10.5-inch, Wi-Fi, 512GB) - Rose Gold (Previous Model) (Renewed)

⭐⭐⭐⭐⭐ ⌄ 2

**$699**⁰⁰

✓prime Get it as soon as **Thu, Oct 1**

Only 4 left in stock - order soon.

Sponsored ⓘ

SiliconDust HDHomeRun Scribe Quatro OTA DVR Recorder with 4 TV Tuners & 1TB of Recording Storage Equivalent to...

⭐⭐⭐⭐☆ ⌄ 54

**$229**⁰⁰

✓prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon

Only 11 left in stock - order soon.

Sponsored ⓘ

Wireless Outdoor Security Camera with AI Detection, Kittyhok 1080P Battery Powered WiFi Cameras with Spot...

⭐⭐⭐⭐☆ ⌄ 50

**$89**⁹⁹

Save 10% with coupon

✓prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon

← Previous | 1 | ⋯ | 6 | **7** | 8 | ⋯ | 20 | Next →

### Need help?

Visit the help section or contact us

5,027

Shop now

Sponsored

### Best sellers in Kindle eBooks

Page 1 of 5

‹                                                                          ›

kindleunlimited

**If You Tell: A True Story of Murder, Family Secrets,...**
›Gregg Olsen
⭐ 14,199
Kindle Edition
$1.99

kindleunlimited

**Playing with Fire: A Bad Boy College Romance**
›L.J. Shen
⭐ 919
Kindle Edition
$2.99


**The Evening and the Morning (Kingsbridge...**
›Ken Follett
⭐ 581
Kindle Edition
$15.99


**Rage**
›Bob Woodward
⭐ 2,056
Kindle Edition
$14.99

kindleunlimited

**See Her Die (Bree Tag Book 2)**
›Melinda Leigh
⭐ 834
Kindle Edition
$6.99

## Deals in magazine subscriptions

Page 1 of 6

‹


**AllRecipes**
Print Magazine
$3.00


**Cosmopolitan**
⭐ 3,030
Print Magazine
$6.00


**Food Network Magazine**
⭐ 42
Print Magazine
$6.00


**Shape**
⭐ 4
Print Magazine
$3.00


**Bon Appetit**
⭐ 10
Print Magazine
$5.00

›

### Your Browsing History   View or edit your browsing history ›

    

See personalized recommendations

**Sign in**

New customer? Start here.

**Get to Know Us**
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

amazon    English    United States

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Advertising** Find, attract, and engage customers | **Amazon Drive** Cloud storage from Amazon | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Alexa** Actionable Analytics for the Web |
| **Sell on Amazon** Start a Selling Account | **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Ignite** Sell your original Digital Educational Resources | **Amazon Rapids** Fun stories for kids on the go |
| **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances | **Book Depository** Books With Free Delivery Worldwide | **Box Office Mojo** Find Movie Box Office Data | **ComiXology** Thousands of Digital Comics | **CreateSpace** Indie Print Publishing Made Easy | **DPReview** Digital Photography |
| **East Dane** Designer Men's Fashion | **Fabric** Sewing, Quilting & Knitting | **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Prime Now** FREE 2-hour Delivery on Everyday Items |
| **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands | **Amazon Warehouse** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing |
| **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | **Amazon Second Chance** Pass it on, trade it in, give it a second life |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2020, Amazon.com, Inc. or its affiliates



Amazon.com : wireless local area network products

☰ **amazon**   All ▾ | wireless local area network p🔍    🇺🇸 ▾   Hello, Sign in Account & Lists ▾   Returns & Orders   Try Prime ▾   🛒 0 Cart

Hello Select your address   Best Sellers   Customer Service   AmazonBasics   New Releases    New Amazon devices from $29.99

113-128 of over 7,000 results for **"wireless local area network products"**    Sort by: Featured ▾

**Amazon Prime** ☐ ✓prime
**Eligible for Free Shipping** ☐ Free Shipping by Amazon. All customers get FREE Shipping on orders over $25 shipped by Amazon
**Deals** ☐ Today's Deals
**Department** Electronics / Computer Networking Wireless Access Points / Data Storage / Computer Accessories & Peripherals / USB Computer Network Adapters / Books / Computers & Technology / ▾ See All 24 Departments
**Avg. Customer Review** ★★★★☆ & Up / ★★★☆☆ & Up / ★★☆☆☆ & Up / ★☆☆☆☆ & Up
**Brand** ☐ Apple ☐ AmazonBasics ☐ Amazon ☐ SAMSUNG ☐ PlayStation ☐ Logitech ☐ Bose ▾ See more
**Price** Under $25 / $25 to $50 / $50 to $100 / $100 to $200 / $200 & Above / $ Min $ Max Go
**Amazon Certified** ☐ Auto Replenishment ☐ Works with Alexa
**From Our Brands** ☐ Our Brands
**Packaging Option** ☐ Frustration-Free Packaging
**New & Upcoming** New Arrivals / Coming Soon

 **USB WiFi Adapter AC 1300Mbps**   Shop EDUP ›

  

EDUP USB 3.0 WiFi Adapter AC 1300Mbps with 39" USB Cable, Long... ★★★★☆ 129 ✓prime

USB 3.0 WiFi Adapter 1300Mbps Dual Band Wireless Network Adapter 802.1... ★★★★☆ 78

EDUP USB WiFi Adapter for Laptop PC AC 1300Mbps Nano Wireless Network... ★★★★☆ 114   Sponsored ⓘ

 Sponsored ⓘ
**Security Camera Outdoor with 10000mAh Battery, Zumimall 1080P Wireless WiFi Cameras for Home Security, Waterpro...** ★★★★★ 86   $69.99 $79.99   Save 15% with coupon   ✓prime Get it as soon as Sat, Sep 26   FREE Shipping by Amazon

 Sponsored ⓘ
**MaxKare Water Rowing Machine Water Rower Foldable Row Machine with Water Resistance Functional Display Panel...** ★★★★★ 1   $359.99   FREE Shipping

 **HP Elite Desktop PC Computer Intel Core i5 3.1-GHz, 8 gb Ram, 1 TB Hard Drive, DVDRW, 19 Inch LCD Monitor,...** ★★★★☆ 597   $269.99 $289.99   ✓prime Get it as soon as Tue, Sep 29   FREE Shipping by Amazon

 **Linksys LAPAC1200C AC1200 Wireless Access Point for Business (Cloud Management PoE WiFi Access Point),White** ★★★★☆ 105

Case 2:19-cv-10374-SB-E   Document 131-1   Filed 09/29/20   Page 51 of 68   Page ID #:1188

### Certification
- [ ] Energy Star

### Amazon Global Store
- [ ] Amazon Global Store

### International Shipping
- [ ] International Shipping Eligible

### Condition
New
Used



$129^{99}$  $149.99$

✓prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon

More Buying Choices
$127.95 (8 new offers)

---



TRENDnet AC3000 Tri-Band Wireless Gigabit Dual-WAN VPN SMB Router,TEW-829DRU,MU-MIMO, Wave 2,Internet...

★★★★☆ ⌄ 47

$230^{64}$  $279.99$

✓prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon

More Buying Choices
$229.99 (15 new offers)

---



Apple iPad Pro 2nd 12.9" with Wi-Fi 2017 Model, 512GB, GOLD (Renewed)

★★★★☆ ⌄ 720

$728^{98}$

✓prime Get it as soon as **Thu, Oct 1**

Only 1 left in stock - order soon.

---



Lenovo ThinkPad X1 Extreme Laptop (Intel i7-9750H 6-Core, 32GB RAM, 512GB m.2 SATA SSD, GTX 1650, 15.6" Full HD...

★★★★☆ ⌄ 9

$2,248^{90}$

✓prime Get it as soon as **Fri, Oct 2**

More Buying Choices
$1,999.99 (3 new offers)

🌿 Climate Pledge Friendly
See 1 certification ⌄

---



Asus Prime Z390-A Motherboard LGA1151 (Intel 8th and 9th Gen) ATX DDR4 DP HDMI M.2 USB 3.1 Gen2 Gigabit LAN

★★★★☆ ⌄ 1,249

$169^{99}$  $179.99$

✓prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon

More Buying Choices
$140.81 (85 used & new offers)

---



HP LaserJet Pro M404dw (W1A56A) with Additional 550-Sheet Feeder Tray (D9P29A)

★★★★☆ ⌄ 248

$368^{89}$  $488.89$

✓prime

FREE Shipping by Amazon

9/24/2020                                                                                                    3/7
Case 2:19-cv-10374-SB-E    Document 131-1    Filed 09/29/20    Page 52 of 68    Page ID #:1189
Amazon.com: wireless local area network products





**Amazon eero Beacon mesh WiFi range extender (add-on to eero WiFi systems)**

⭐⭐⭐⭐½ ⌄ 869

$149⁰⁰

✓prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon

Sponsored ⓘ



**Wireless Outdoor Security Camera with AI Detection, Kittyhok 1080P Rechargeable Battery Powered WiFi Home...**

⭐⭐⭐⭐ ⌄ 33

$75⁹⁹

✓prime Get it as soon as **Tue, Sep 29**

FREE Shipping by Amazon

Sponsored ⓘ



Sponsored ⓘ



**VAVOFO 1500A Portable Jump Starter,12V Battery Booster Portable Jumper Box(up to 8.0L Gasoline/6.5L Diesel Engin...**

⭐⭐⭐⭐½ ⌄ 78

$64⁹⁹

✓prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon



**EUG LED WiFi Bluetooth Projector, Full HD 1080P Supported 5000lm High Definition HDMI Multimedia Video Projectors...**

⭐⭐⭐½ ⌄ 147

$445⁰⁰

FREE Shipping

Only 2 left in stock - order soon.



**Apple iPad 9.7inch with WiFi 32GB- Space Gray (2017 Model) (Renewed)**

⭐⭐⭐⭐½ ⌄ 1,746

$259⁹⁹

FREE Shipping

Amazon.com: wireless local area network products

**Best Seller**




Schlage Lock Company BE489WB CEN 622 Schlage Encode Smart WiFi Deadbolt with Century Trim In Matte Black, Lock
★★★★☆ ∨ 3,805
**$209**⁹⁹ ~~$249.99~~

**Amazon Certified:** Works with Alexa

✓prime Get it as soon as **Tue, Sep 29**
FREE Shipping by Amazon
Only 17 left in stock - order soon.
More Buying Choices
$188.59 (7 used & new offers)

---



TP-Link AC1750 Wifi Extender, PCMag Editor's Choice, Up to 1750Mbps, Dual Band Wifi Range Extender, Internet Booste...
★★★★☆ ∨ 13,446
**$71**³⁰ ~~$99.99~~

✓prime Get it as soon as **Sun, Sep 27**
FREE Shipping by Amazon

---



ZOSI H.265+ 1080p Wireless Security Camera System for Home, 8CH Network Video Recorder (NVR) with 4 x 2MP...
★★★★☆ ∨ 282
**$239**⁹⁹

✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon
Only 16 left in stock - order soon.
More Buying Choices
$211.19 (3 used & new offers)

---



Motorola MC55 Enterprise Digital Assistant - Data collection terminal - Windows Mobile 6.1 Professional - 512 MB - 3.5"...
**$1,198**⁶⁰

✓prime Get it **Wed, Sep 30 - Mon, Oct 5**
Only 14 left in stock - order soon.
More Buying Choices
$590.00 (2 used & new offers)

---



Motorola Halo+ Video Baby Monitor – Two Infant Wi-Fi Cameras with Overhead Crib Mount - 4.3-Inch Color Screen...
★★★★☆ ∨ 402
**$349**⁹⁹

✓prime Get it as soon as **Thu, Oct 1**
FREE Shipping by Amazon

---



Inkbird WiFi Grill Thermometer IBBQ-4T, Rechargeable

Sponsored ⓘ



Wireless BBQ Thermometer with 4 Probes, Calibration ...
★★★★☆ ⌄ 1,028
**$100**⁰⁰ ~~$120.00~~
FREE Shipping by Amazon
In stock on September 27, 2020.

---



Sponsored ⓘ

WiFi Security Camera,Remote Baby IP Monitor with Cloud Storage Smart 1080P Indoor Wireless Pet Surveillance...
★★★★☆ ⌄ 24

**$26**⁹⁹

✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon

---



Sponsored ⓘ

eufy Security 2K Indoor Cam Pan & Tilt, Plug-in Security Indoor Camera with Wi-Fi, IP Camera, Human & Pet AI, Voic...
★★★★☆ ⌄ 581

**$51**⁹⁹

✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon

---

← Previous | 1 ··· 7 | 8 | 9 ··· 20 | Next →

### Brands related to your search



Easily set up your new PC and save hours of time.

Shop Laplink Software,

Mini Desktop Computer

Shop VISION COMPUTERS, INC. ›

---

### Need help?

Visit the help section or contact us

---

7,015

Shop now

Sponsored ⓘ

## Best sellers in Kindle eBooks

Page 1 of 5



**If You Tell: A True Story of Murder, Family Secrets,…**
›Gregg Olsen
⭐⭐⭐⭐½ 14,199
Kindle Edition
$1.99

**Playing with Fire: A Bad Boy College Romance**
›L.J. Shen
⭐⭐⭐⭐⭐ 919
Kindle Edition
$2.99

**The Evening and the Morning (Kingsbridge…**
›Ken Follett
⭐⭐⭐⭐½ 581
Kindle Edition
$15.99



**Rage**
›Bob Woodward
⭐⭐⭐⭐½ 2,056
Kindle Edition
$14.99



**See Her Die (Bree Tag… Book 2)**
›Melinda Leigh
⭐⭐⭐⭐½ 834
Kindle Edition
$6.99

## Deals in magazine subscriptions

Page 1 of 6



**AllRecipes**
Print Magazine
$3.00



**Cosmopolitan**
⭐⭐⭐⭐ 3,030
Print Magazine
$6.00



**Food Network Magazine**
⭐⭐⭐⭐½ 42
Print Magazine
$6.00



**Shape**
⭐⭐⭐⭐ 4
Print Magazine
$3.00



**Bon Appetit**
⭐⭐⭐⭐ 10
Print Magazine
$5.00

---

**Your Browsing History**   **View or edit your browsing history** ›







No im available

See personalized recommendations

**Sign in**

New customer? Start here.

---

Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

 amazon

 🌐 English

 🇺🇸 United States

Amazon.com: wireless local area network products

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music**<br>Stream millions<br>of songs | **Amazon Advertising**<br>Find, attract, and<br>engage customers | **Amazon Drive**<br>Cloud storage<br>from Amazon | **6pm**<br>Score deals<br>on fashion brands | **AbeBooks**<br>Books, art<br>& collectibles | **ACX**<br>Audiobook<br>Publishing<br>Made Easy | **Alexa**<br>Actionable<br>Analytics<br>for the Web |
| **Sell on Amazon**<br>Start a Selling<br>Account | **Amazon Business**<br>Everything For<br>Your Business | **Amazon Fresh**<br>Groceries & More<br>Right To Your<br>Door | **AmazonGlobal**<br>Ship Orders<br>Internationally | **Home Services**<br>Experienced<br>Pros<br>Happiness<br>Guarantee | **Amazon Ignite**<br>Sell your original<br>Digital Educational<br>Resources | **Amazon Rapids**<br>Fun stories for<br>kids on the go |
| **Amazon Web Services**<br>Scalable Cloud<br>Computing<br>Services | **Audible**<br>Listen to Books &<br>Original<br>Audio<br>Performances | **Book Depository**<br>Books With Free<br>Delivery<br>Worldwide | **Box Office Mojo**<br>Find Movie<br>Box Office Data | **ComiXology**<br>Thousands of<br>Digital Comics | **CreateSpace**<br>Indie Print Publishing<br>Made Easy | **DPReview**<br>Digital<br>Photography |
| **East Dane**<br>Designer Men's<br>Fashion | **Fabric**<br>Sewing, Quilting<br>& Knitting | **Goodreads**<br>Book reviews<br>&<br>recommendations | **IMDb**<br>Movies, TV<br>& Celebrities | **IMDbPro**<br>Get Info<br>Entertainment<br>Professionals<br>Need | **Kindle Direct Publishing**<br>Indie Digital & Print<br>Publishing<br>Made Easy | **Prime Now**<br>FREE 2-hour<br>Delivery<br>on Everyday Items |
| **Amazon Photos**<br>Unlimited Photo<br>Storage<br>Free With Prime | **Prime Video Direct**<br>Video Distribution<br>Made Easy | **Shopbop**<br>Designer<br>Fashion Brands | **Amazon Warehouse**<br>Great Deals on<br>Quality Used Products | **Whole Foods Market**<br>America's<br>Healthiest<br>Grocery Store | **Woot!**<br>Deals and<br>Shenanigans | **Zappos**<br>Shoes &<br>Clothing |
| **Ring**<br>Smart Home<br>Security Systems | **eero WiFi**<br>Stream 4K Video<br>in Every Room | **Neighbors App**<br>Real-Time Crime<br>& Safety Alerts | **Amazon Subscription Boxes**<br>Top subscription boxes – right<br>to your door | **PillPack**<br>Pharmacy<br>Simplified | **Amazon Renewed**<br>Like-new products<br>you can trust | **Amazon Second Chance**<br>Pass it on, trade it<br>in,<br>give it a second<br>life |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2020, Amazon.com, Inc. or its affiliates



129-144 of over 7,000 results for **"wireless local area network products"**          Sort by: Featured ▾

**Amazon Prime**
☐ ✓prime

**Eligible for Free Shipping**
☐ Free Shipping by Amazon
All customers get FREE Shipping
on orders over $25 shipped by
Amazon

**Deals**
☐ Today's Deals

**Department**
Electronics
  Computer Networking Wireless
  Access Points
  Data Storage
  Computer Accessories &
  Peripherals
  USB Computer Network Adapters
Books
  Computers & Technology
▾ See All 24 Departments

**Avg. Customer Review**
⭐⭐⭐⭐☆ & Up
⭐⭐⭐☆☆ & Up
⭐⭐☆☆☆ & Up
⭐☆☆☆☆ & Up

**Brand**
☐ Apple
☐ AmazonBasics
☐ Amazon
☐ SAMSUNG
☐ PlayStation
☐ Logitech
☐ Bose
▾ See more

**Price**
Under $25
$25 to $50
$50 to $100
$100 to $200
$200 & Above
[$ Min] [$ Max] [Go]

**Amazon Certified**
☐ Auto Replenishment
☐ Works with Alexa

**From Our Brands**
☐ Our Brands

**Packaging Option**
☐ Frustration-Free Packaging

**New & Upcoming**
New Arrivals
Coming Soon

  Easily set up your new PC and save hours of time.
Shop Laplink Software, Inc ❯



Laplink PCmover Ultimate 11 | Moves
your Applications, Files and Settings...
⭐⭐⭐☆☆ 1,213
✓prime
Sponsored ⓘ

Sponsored ⓘ

IVSO Cleaning Wand, Portable Cleaning Wand with USB
Charging, for Living Room, Bedroom, Household, Kitchen,...
⭐⭐⭐⭐☆ 4
**29% off**
$24⁹⁹ ~~$34.99~~
Lowest price in 30 days
FREE Shipping on your first order
shipped by Amazon

Sponsored ⓘ

MaxKare Air Rowing Machine Unadjustable Huge Air
Resistance Rower for Indoor Senior Intensive Row Training
⭐⭐⭐⭐⭐ ▾ 7
$264⁹⁹
**Save $14.00** with coupon
$9.99 shipping


Dyson Pure Hot + Cool Air Purifier, Heater + Fan - HEPA Air
Filter, Space Heater and Certified Asthma + Allergy Friendly...
⭐⭐⭐⭐☆ ▾ 555
$649⁰⁰                    **Amazon Certified:** Works with Alexa
✓prime Get it as soon as **Fri, Oct 2**
FREE Shipping by Amazon


HP LaserJet Pro M404dn Monochrome Laser Printer with
Built-In Ethernet & Double-Sided Printing, Works with Alex...
⭐⭐⭐⭐☆ ▾ 331

**Certification**

☐ Energy Star

**Amazon Global Store**

☐ Amazon Global Store

**International Shipping**

☐ International Shipping Eligible

**Condition**

New

Used



$178^{90}$ ~~$298.90~~

FREE Shipping by Amazon
In stock on October 7, 2020.
More Buying Choices
$133.87  (31 used & new offers)

🌿 Climate Pledge Friendly
See 1 certification ⌄

**Amazon Certified:** Smart Reorders

---

### Amazon eero mesh WiFi router



★★★★☆ ⌄ 2,924

$99^{00}$

✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon

**Amazon Certified:** Works with Alexa

---

### WiFi LED Deck Lights Kit, FVTLED 20pcs Φ1.85" WiFi Wireless Smart Phone Control Low Voltage Recessed RGB I...



★★★★☆ ⌄ 18

$185^{99}$

$6.00 shipping
Only 16 left in stock - order soon.

---

### ASUS ROG Strix Z490-E Gaming Z490 (WiFi 6) LGA 1200 (Intel 10th Gen) ATX Gaming Motherboard (14+2 Power...



★★★★☆ ⌄ 183

$291^{99}$

✓prime Get it as soon as **Sun, Sep 27**
FREE Shipping by Amazon
More Buying Choices
$199.32  (24 used & new offers)

---

### AGPtek® WiFi Wireless Networking Adapter Network adapter for Microsoft Xbox 360



★★★★☆ ⌄ 463

More Buying Choices
$38.00  (4 used offers)

---

### NETGEAR Orbi Voice Smart Speaker & WiFi Mesh Extender with Amazon Alexa Built-in (RBS40V), Works with Any WiFi...



★★★★☆ ⌄ 142

$99^{99}$ ~~$179.99~~

✓prime Get it as soon as **Sat, Sep 26**



26
FREE Shipping by Amazon
More Buying Choices
$80.50 (36 used & new offers)



Viewsonic IEEE 802.11n Bluetooth 4.0 Dual Band Wireless
Module Model LB-WIFI-001
$75⁴²
FREE Shipping
More Buying Choices
$66.52 (19 used & new offers)




Sponsored ⓘ
Rechargeable Wireless Keyboard Mouse Combo - Seenda Full
Size Cordless Keyboard & Mouse Sets with Build-in Lithium...
★★★★☆ ⌄ 473
$39⁹⁸
Save $3.00 with coupon
✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon

Sponsored ⓘ
Sunny Health & Fitness SF-RW5624 Full Motion Magnetic
Rowing Machine Rower w/LCD Monitor
★★★★☆ ⌄ 49
$599⁹⁹
✓prime Get it as soon as **Fri, Oct 2**
FREE Shipping by Amazon





Zebra ZD620d Direct Thermal Desktop Printer 203 dpi Print
Width 4 in WiFi Bluetooth Ethernet Serial USB ZD62042-...
$649⁵³
✓prime Get it as soon as **Tue, Sep 29**
FREE Shipping by Amazon
Only 7 left in stock - order soon.
More Buying Choices
$645.00 (2 new offers)



Synology RT2600ac – 4x4 dual-band Gigabit Wi-Fi router,
MU-MIMO, powerful parental controls, Threat Prevention,...
★★★★☆ ⌄ 1,585
$199⁹⁹
✓prime Get it as soon as **Tue, Sep 29**
FREE Shipping by Amazon
More Buying Choices
$147.30 (42 used & new offers)

7,118

Shop now

Sponsored ⓘ

9/24/2020
Case 2:19-cv-10374-SB-E   Document 131-1   Filed 09/29/20   Page 60 of 68   Page ID #:1197
Amazon.com: wireless local area network products



### Kyocera 1102RY2US0 Model ECOSYS P2040dw Monochrome Network Laser Printer, 42 PPM B&W, Print Resolution 600 x...
★★★★☆ ⌄ 23

**$280**⁰⁰
FREE Shipping
Only 12 left in stock - order soon.
More Buying Choices
$258.00 (16 used & new offers)



### eufy Security, Wi-Fi Video Doorbell, 2K Resolution, No Monthly Fees, Secure Local Storage, Human Detection, 2-...
★★★★½ ⌄ 4,576

**$159**⁹⁹
[Save $10.00] with coupon
✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon
More Buying Choices
$108.75 (6 used & new offers)



### Lexmark MB2442adwe Monochrome Multifunction Printer with fax scan Copy Interactive Touch Screen Wi-Fi and Air...
★★★★☆ ⌄ 94

**$269**⁰⁰
✓prime Get it as soon as **Wed, Sep 30**



### HP LaserJet Pro M404n Laser Printer with Built-in Ethernet & Security Features, Works with Alexa (W1A52A)
★★★★☆ ⌄ 240

**Amazon Certified:** Smart Reorders



### Aruba Networks 3000 Series Wireless Mobility Controller 3400-US

**$379**⁹⁰
$10.09 shipping
Only 6 left in stock - order soon.



### BUFFALO LinkStation 210 4TB Home Office Private Cloud



★★★★☆ ˅ 710

$150⁷² $181.49

✓prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon

Sponsored ⓘ

Perixx Periduo-605, Wireless Ergonomic Split Keyboard and Vertical Mouse Combo, Adjustable Palm Rest and Membran...

★★★★☆ ˅ 538

$69⁹⁹

✓prime Get it as soon as **Tue, Sep 29**

FREE Shipping by Amazon

Sponsored ⓘ

Wireless Keyboard and Mouse Combo, Compact Wireless Keyboard with Numeric Keypad and Ergonomic Full-Size...

★★★★☆ ˅ 868

$33⁸⁹

✓prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon

← Previous | 1 | ⋯ | 8 | 9 | 10 | ⋯ | 20 | Next →

## Need help?

Visit the help section or contact us



6,066

Add to Cart

Sponsored ⓘ

---

### Best sellers in Kindle eBooks

Page 1 of 5

‹                                                                    ›







If You Tell: A True Story of Murder, Family Secrets,...
› Gregg Olsen
★★★★½ 14,199
Kindle Edition
$1.99

Playing with Fire: A Bad Boy College Romance
› L.J. Shen
★★★★★ 919
Kindle Edition
$2.99

The Evening and the Morning (Kingsbridge...
› Ken Follett
★★★★½ 581
Kindle Edition
$15.99

Rage
› Bob Woodward
★★★★½ 2,056
Kindle Edition
$14.99

See Her Die (Bree Taggert Book 2)
› Melinda Leigh
★★★★½ 834
Kindle Edition
$6.99

## Deals in magazine subscriptions

Page 1 of 6








AllRecipes
Print Magazine
$3.00

Cosmopolitan
★★★★½ 3,030
Print Magazine
$6.00

Food Network Magazine
★★★★½ 42
Print Magazine
$6.00

Shape
★★★★ 4
Print Magazine
$3.00

Bon Appetit
★★★★ 10
Print Magazine
$5.00

**Your Browsing History**   **View or edit your browsing history** ›

See personalized recommendations






No image availa

**Sign in**

New customer? Start here.

---

**Back to top**

### Get to Know Us
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

### Make Money with Us
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

### Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

### Let Us Help You
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help



English  United States

Amazon.com: wireless local area network products

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Advertising** Find, attract, and engage customers | **Amazon Drive** Cloud storage from Amazon | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Alexa** Actionable Analytics for the Web |
| **Sell on Amazon** Start a Selling Account | **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Ignite** Sell your original Digital Educational Resources | **Amazon Rapids** Fun stories for kids on the go |
| **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances | **Book Depository** Books With Free Delivery Worldwide | **Box Office Mojo** Find Movie Box Office Data | **ComiXology** Thousands of Digital Comics | **CreateSpace** Indie Print Publishing Made Easy | **DPReview** Digital Photography |
| **East Dane** Designer Men's Fashion | **Fabric** Sewing, Quilting & Knitting | **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Prime Now** FREE 2-hour Delivery on Everyday Items |
| **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands | **Amazon Warehouse** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing |
| **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | **Amazon Second Chance** Pass it on, trade it in, give it a second life |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2020, Amazon.com, Inc. or its affiliates



Hello, Sign in
Account & Lists

Returns
& Orders

Try Prime

0 Cart

145-160 of over 8,000 results for "wireless local area network products"

Sort by: Featured ⌄

**Amazon Prime**
☐ ✓prime

**Eligible for Free Shipping**
☐ Free Shipping by Amazon
All customers get FREE Shipping on orders over $25 shipped by Amazon

**Deals**
☐ Today's Deals

**Department**
Electronics
Computer Networking Wireless Access Points
Data Storage
Computer Accessories & Peripherals
USB Computer Network Adapters
Books
Computers & Technology
⌄ See All 24 Departments

**Avg. Customer Review**
⭐⭐⭐⭐☆ & Up
⭐⭐⭐☆☆ & Up
⭐⭐☆☆☆ & Up
⭐☆☆☆☆ & Up

**Brand**
☐ Apple
☐ AmazonBasics
☐ Amazon
☐ SAMSUNG
☐ PlayStation
☐ Logitech
☐ Bose
⌄ See more

**Price**
Under $25
$25 to $50
$50 to $100
$100 to $200
$200 & Above
[$ Min] [$ Max] [Go]

**Amazon Certified**
☐ Auto Replenishment
☐ Works with Alexa

**From Our Brands**
☐ Our Brands

**Packaging Option**
☐ Frustration-Free Packaging

**New & Upcoming**
New Arrivals
Coming Soon



**USB WiFi Adapter AC 1300Mbps**
Shop EDUP ›



EDUP USB 3.0 WiFi Adapter AC 1300Mbps with 39" USB Cable, Long…
⭐⭐⭐⭐☆ 129
✓prime



USB 3.0 WiFi Adapter 1300Mbps Dual Band Wireless Network Adapter 802.1…
⭐⭐⭐⭐☆ 78



EDUP USB WiFi Adapter for Laptop PC AC 1300Mbps Nano Wireless Network…
⭐⭐⭐⭐☆ 114

Sponsored ⓘ



Sponsored ⓘ
6" LED Ring Light with Tripod & Phone Holder for Live Stream/Makeup/Vlogging Video, Dimmable Led Beauty Rin…
⭐⭐⭐⭐⭐ 15
$29.99
Save 15% with coupon
✓prime Get it as soon as Sat, Sep 26
FREE Shipping by Amazon



Sponsored ⓘ
SIWENGDE Compatible for iPad 8th Gen(2020)/7th Generation(2019) Case with Pencil Holder, iPad 10.2 Case f…
⭐⭐⭐⭐☆ 267
$15.99
Get it as soon as Sat, Sep 26
FREE Shipping on your first order shipped by Amazon



New Apple iPad Pro (11-inch, Wi-Fi + Cellular, 256GB) - Space Gray (2nd Generation)
⭐⭐⭐⭐⭐ 1,664
✓prime Get it as soon as Tue, Sep 29
Only 1 left in stock - order soon.

 

Samsung Galaxy Tab S5e 64 GB Wifi Tablet Silver (2019) with Galaxy Tab S5e Book Cover Keyboard
⭐⭐⭐⭐☆ 10



$484^{37}$

✓prime
FREE Shipping by Amazon

---

### Netgear Nighthawk Whole Home Mesh WiFi 6 System, 3-Pack



⭐⭐⭐⭐ ˅ 186

$249^{98}$

✓prime Get it as soon as **Sun, Sep 27**
FREE Shipping by Amazon
Only 7 left in stock - order soon.

More Buying Choices
$247.47  (21 new offers)

---

### VANKYO Leisure 470 Mini Projector with Synchronize Smart Phone Screen, Full HD 1080P Supported and 250'' Display,...



⭐⭐⭐⭐½ ˅ 1,936

**Limited time deal**

$109^{99}$  $~~$129.99~~

**Save $10.00** with coupon

✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon
More Buying Choices
$101.19  (9 used & new offers)

---

### LEVOIT Smart Wi-Fi Air Purifier for Home Large Room with H13 True HEPA Filter Smoke Eater and Odor Eliminator,...



⭐⭐⭐⭐½ ˅ 6,097

$189^{99}$                    **Amazon Certified:** Works with Alexa

✓prime Get it as soon as **Fri, Oct 2**
FREE Shipping by Amazon
More Buying Choices
$146.77  (6 used & new offers)

---

### ASUS TUF FX505DT Gaming Laptop, 15.6" 120Hz Full HD, AMD Ryzen 5 R5-3550H Processor, GeForce GTX 1650...



⭐⭐⭐⭐½ ˅ 1,547

$809^{00}$

✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon
Only 15 left in stock - order soon.

More Buying Choices
$699.66  (45 used & new offers)

---

### Fintie Keyboard Case for Samsung Galaxy Tab A 10.1 2019 Model SM-T510(Wi-Fi) SM-T515(LTE) SM-T517(Sprint), Sli...



⭐⭐⭐⭐½ ˅ 1,173

$33^{99}$  $~~$45.99~~

---

**Certification**
☐ Energy Star

**Amazon Global Store**
☐ Amazon Global Store

**International Shipping**
☐ International Shipping Eligible

**Condition**
New
Used

251

Add to Cart

Sponsored ⓘ

243

Shop now

Sponsored

prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon

NETGEAR

NETGEAR WiFi Router (R6120) - AC1200 Dual Band Wireless Speed (up to 1200 Mbps) | Up to 1200 sq ft Coverage & 20...

1,780

$56.90 ~~$69.99~~

prime Get it as soon as **Sun, Sep 27**

FREE Shipping by Amazon

More Buying Choices

$19.04 (54 used & new offers)

AMCCOM

Sponsored

Outdoor Security Camera, 1080P WiFi Camera Wireless Surveillance Cameras, IP Camera with Two-Way Audio, IP66...

6,190

$35.99

Amazon Certified: Works with Alexa

Save 5% with coupon

prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon

Sponsored

Case for New iPad 8th/7th Generation, iPad 10.2 2020/2019 Case, Spsun Lightweight PU Leather Cover Adjustable Stan...

18

$16.96

Get it as soon as **Sun, Sep 27**

FREE Shipping on your first order shipped by Amazon

Only 3 left in stock - order soon.

4K
ULTRAHD

Dell XPS 15 7590 Home and Business Laptop (Intel i7-9750H 6-Core, 32GB RAM, 1TB m.2 SATA SSD, NVIDIA GTX 1650,...

1

$2,994.11

FREE Shipping

Only 5 left in stock - order soon.

More Buying Choices

$1,799.66 (4 used & new offers)

Blue-tooth
android

Wireless Bluetooth LED Projector 4600 lumens Wxga HD HDMI Airplay Wifi LCD Android Bluetooth Support 1080P f...

4

$376.00

prime Get it as soon as **Tue, Sep 29**

FREE Shipping by Amazon

Only 4 left in stock - order soon.

amazon.com: wireless local area network products

Only 4 left in stock - order soon.



### WiFi Range Extender - 1200Mbps WiFi Repeater Wireless Signal Booster, 2.4 & 5GHz Dual Band WiFi Extender with...

★★★★☆ ∨ 7,682

**Limited time deal**

**$35**²⁶ ~~$45.99~~

✓prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon



### HOPE OVERSEAS Latest Version Unblock Model UPROS i9 2GB RAM+32GB ROM 802.11ac 5G Dual Band U.S. Licensed...

★★★★☆ ∨ 48

**$188**⁰⁰

✓prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon

More Buying Choices
$155.38 (3 used & new offers)



### Solid Wood Network Set-top Box Wall Mounted Router Storage Box TV Lower Row Socket Occlusion Box Wireless...

★★★★★ ∨ 2

**$62**⁰⁰

FREE Shipping

More Buying Choices
$48.00 (3 new offers)



### Loki Smart WiFi Wireless BBQ Meat Thermometer Monitor, Track, Record from anywhere with iOS and Android Mobile...

★★☆☆☆ ∨ 29

**$149**⁰⁰

✓prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon



### Leviton DW15P-1BW Decora Smart Wi-Fi Mini Plug-In Outlet, No Hub Required, Works with Alexa and Google...

★★★★☆ ∨ 3,377        **Amazon Certified:** Works with Alexa

**$27**⁶³ ~~$29.99~~

✓prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon

More Buying Choices
$22.13 (24 used & new offers)

iLab Audio Fit Sport 3 Wireless Fitness Gym Earbuds I



JLab Audio Fit Sport 3 Wireless Fitness Gym Earbuds |
Bluetooth 4.2 | 6 Hour Battery Life | Flexible Memory Wire...
★★★★☆ ⌄ 69

---



Sponsored ⓘ

WiFi IP Camera,1080P FHD Baby Monitor,Home Security
Camera Indoor for Baby/Elder/Pet/Nanny,with Motion...
★★★★★ ⌄ 15

$26⁹⁹

✓prime Get it as soon as **Sun, Sep
27**
FREE Shipping by Amazon

---



Sponsored ⓘ

BuzzTV Mate I Android 7.1 IPTV OTT Set-Top TV Box with
Remote Control, 2GB DDR3 RAM 8GB ROM Amlogic S905W...
★★★☆☆ ⌄ 6

$69⁴⁹

✓prime Get it as soon as **Thu, Oct 1**
FREE Shipping by Amazon

---

| ← Previous | 1 | ⋯ | 9 | **10** | 11 | ⋯ | 20 | Next → |

## Need help?

Visit the help section or contact us

---

171

| Shop now |

Sponsored

---

## Best sellers in Kindle eBooks

Page 1 of 5

            >