# EXHIBIT A-2


kindleunlimited

If You Tell: A True Story of
Murder, Family Secrets,...
> Gregg Olsen
★★★★½ 14,199
Kindle Edition
$1.99


kindleunlimited

Playing with Fire: A Bad
Boy College Romance
> L.J. Shen
★★★★★ 919
Kindle Edition
$2.99


kindleunlimited

The Evening and the
Morning (Kingsbridge...
> Ken Follett
★★★★½ 581
Kindle Edition
$15.99



Rage
> Bob Woodward
★★★★½ 2,056
Kindle Edition
$14.99


kindleunlimited

See Her Die (Bree Tag...
Book 2)
> Melinda Leigh
★★★★½ 834
Kindle Edition
$6.99

## Deals in magazine subscriptions

Page 1 of 6



AllRecipes
Print Magazine
$3.00



Cosmopolitan
★★★★☆ 3,030
Print Magazine
$6.00



Food Network Magazine
★★★★½ 42
Print Magazine
$6.00



Shape
★★★★☆ 4
Print Magazine
$3.00



Bon Appetit
★★★★☆ 10
Print Magazine
$5.00



**Your Browsing History**   **View or edit your browsing history** ›

        No image availa

See personalized recommendations

[ Sign in ]

New customer? Start here.

---

**Back to top**

### Get to Know Us
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

### Make Money with Us
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money
with Us

### Amazon Payment Products
Amazon Rewards Visa Signature
Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

### Let Us Help You
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates &
Policies
Amazon Prime
Returns & Replacements
Manage Your Content
and Devices
Amazon Assistant
Help

amazon

[ 🌐 English ]   [ 🇺🇸 United States ]

| Amazon Music | Amazon | Amazon Drive | 6pm | AbeBooks | ACX | Alexa |
|---|---|---|---|---|---|---|
| Stream millions of songs | Advertising Find, attract, and engage customers | Cloud storage from Amazon | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Actionable Analytics for the Web |
| Sell on Amazon Start a Selling Account | Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Rapids Fun stories for kids on the go |
| Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | CreateSpace Indie Print Publishing Made Easy | DPReview Digital Photography |
| East Dane Designer Men's Fashion | Fabric Sewing, Quilting & Knitting | Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Prime Now FREE 2-hour Delivery on Everyday Items |
| Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands | Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing |
| Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | Amazon Second Chance Pass it on, trade it in, give it a second life |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2020, Amazon.com, Inc. or its affiliates



☰ **amazon**

| All ▾ | wireless local area network p | 🔍 |

🇺🇸 ▾

Hello, Sign in
**Account & Lists** ▾
Account ▾

Returns
**& Orders**

0
**Cart** ▾

📍 Hello
**Select your address**

Best Sellers    Customer Service    AmazonBasics    New Releases      New Amazon devices from $29.99

161-176 of over 8,000 results for **"wireless local area network products"**

Sort by: Featured ▾

**Amazon Prime**
☐ ✓prime

**Eligible for Free Shipping**
☐ Free Shipping by Amazon
All customers get FREE Shipping on orders over $25 shipped by Amazon

**Deals**
☐ Today's Deals

**Department**
Electronics
   Computer Networking Wireless Access Points
   Data Storage
   Computer Accessories & Peripherals
   USB Computer Network Adapters
Books
   Computers & Technology
❯ See All 24 Departments

**Avg. Customer Review**
⭐⭐⭐⭐☆ & Up
⭐⭐⭐☆☆ & Up
⭐⭐☆☆☆ & Up
⭐☆☆☆☆ & Up

**Brand**
☐ Apple
☐ AmazonBasics
☐ Amazon
☐ SAMSUNG
☐ PlayStation
☐ Logitech
☐ Bose
❯ See more

**Price**
Under $25
$25 to $50
$50 to $100
$100 to $200
$200 & Above
[ $ Min ] [ $ Max ] [ Go ]

**Amazon Certified**
☐ Auto Replenishment
☐ Works with Alexa

**From Our Brands**
☐ Our Brands

**Packaging Option**
☐ Frustration-Free Packaging

**New & Upcoming**
New Arrivals
Coming Soon



## USB WiFi Adapter AC 1300Mbps
Shop EDUP ❯



EDUP USB 3.0 WiFi Adapter AC 1300Mbps with 39' USB Cable, Long...
⭐⭐⭐⭐½ 129
✓prime



USB 3.0 WiFi Adapter 1300Mbps Dual Band Wireless Network Adapter 802.1...
⭐⭐⭐⭐☆ 78



EDUP USB WiFi Adapter for Laptop PC AC 1300Mbps Nano Wireless Network...
⭐⭐⭐⭐☆ 114

Sponsored ⓘ



Sponsored ⓘ

**Dish Drying Rack, Packism 2 Tier 304 Stainless Steel Large Dish Rack with Utensil Holder for Kitchen Countertop...**
⭐⭐⭐⭐☆ 20
$39.99
[Save 6%] with coupon
✓prime Get it as soon as Sat, Sep 26
FREE Shipping by Amazon



Sponsored ⓘ

**BSIMB Digital Picture Frame-Upgraded Digital Photo Frame 8 Inch 1024x768 Hi-Res Display Electronic Photo Frame wit...**
⭐⭐⭐⭐☆ ▾ 631
$49.99
[Save 10%] with coupon
✓prime Get it as soon as Sat, Sep 26
FREE Shipping by Amazon

 

**ViewSonic M1+ Portable Smart Wi-Fi Projector with Dual Harman Kardon Bluetooth Speakers HDMI USB Type C and...**
⭐⭐⭐⭐☆ ▾ 1,592
$299.99
✓prime Get it as soon as Sat, Sep 26
FREE Shipping by Amazon



**TRENDnet AC1200 High Power Long Range Wireless Dual Band PCIe Adapter, TEW-807ECH, 1M (3.3ft) Extension...**
⭐⭐⭐⭐☆ ▾ 107

9/24/2020
Case 2:19-cv-10374-SB-E   Document 131-2   Filed 09/29/20   Page 5 of 68   Page ID #:1210
Amazon.com: wireless local area network products

**Certification**
☐ Energy Star

**Amazon Global Store**
☐ Amazon Global Store

**International Shipping**
☐ International Shipping Eligible

**Condition**
New
Used



$26^{15}$ ~~$39.99~~

✓prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon



Amcrest 4MP UltraHD Indoor WiFi Camera, Security IP Camera with Pan/Tilt, Two-Way Audio, Night Vision, Remot...

⭐⭐⭐⭐ ˅ 1,099

**Limited time deal**

Amazon Certified: **Works with Alexa**

$65^{44}$ ~~$76.99~~

✓prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon

More Buying Choices
$62.17  (3 used & new offers)



Dell OptiPlex 7000 7450 23.8in (1920x1080) Full HD Business ALL-IN-ONE Desktop, Intel Quad-Core i5-6500,...

⭐☆☆☆☆ ˅ 1

$635^{95}$ ~~$999.99~~

FREE Shipping

Only 3 left in stock - order soon.



ARRIS SURFboard SBG8300 DOCSIS 3.1 Gigabit Cable Modem & AC2350 Dual Band Wi-Fi Router, Approved for...

⭐⭐⭐⭐ ˅ 636

$299^{00}$

✓prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon

More Buying Choices
$215.03  (25 used & new offers)

Best Seller



Pet Camera, Security Camera Conico 1080P HD Baby Monitor with Sound Motion Detection 2-Way...

⭐⭐⭐⭐½ ˅ 4,325

$45^{99}$

Amazon Certified: **Works with Alexa**

Save 10% with coupon

✓prime Get it as soon as **Sun, Sep 27**

FREE Shipping by Amazon

More Buying Choices
$39.02  (3 used & new offers)



Schluter Ditra Duo Signature Floor Heating Kit -21 Square Feet- Includes WiFi Touchscreen Programmable Thermostat...

$467^{60}$

$35.90 shipping

Only 20 left in stock - order soon.





**Apple iPad Pro 12.9in Tablet (256GB Wi-FI, Gold)(Renewed)**

★★★★☆ ⌄ 805

$699⁹⁹

FREE Shipping

Only 1 left in stock - order soon.



Sponsored ⓘ

**Banalove Wireless Keyboard and Mouse Combo Combination, Multimedia Keyboard with high Resolution...**

★★★☆☆ ⌄ 73

$42⁹⁹

✓prime Get it as soon as **Sun, Sep 27**

FREE Shipping by Amazon



Sponsored ⓘ

**Active Stylus for iPad Pen with Palm Rejection,Compatible with Apple Pencil 2nd Gen Stylus for iPad Pro 11 inch,iPad...**

★★★★☆ ⌄ 149

$30⁹⁹

✓prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon



**High Temperature k-Type Thermocouple Sensor Ceramic Kiln Furnace with Connector Plate and Hook up Cable 2372F...**

★★★★½ ⌄ 44

$32⁹⁹

$5.29 shipping



**BlueSpray BSC24i 24 Zone Wireless Unit Smart Wifi Sprinkler Controller Timer**

★★★☆☆ ⌄ 56



**HP Stream 14inch HD(1366x768) Display, Intel Celeron N4000 Dual-Core Processor, 4GB RAM, 32GB eMMC, HDMI,...**

★★★★☆ ⌄ 1,896

**$301**00 ~~$320.00~~

FREE Shipping

Only 3 left in stock - order soon.



**Antennas Direct ClearStream Eclipse TV Antenna, 35+ Miles/55+ KM Range, Multi-Directional, Grips to...**

★★★★☆ ⌄ 5,419



**Nicotine-Free Smoke-Free Oxygen Inhaler with Soft Tip Chewable Filter for Maximum Relief, Clinically Studied to...**

★★★☆☆ ⌄ 49

**$34**95 ($17.48/Count)

FREE Shipping



**Acer Chromebook Spin 11 Convertible Laptop, Intel Celeron N3350, 11.6" HD Touch Display, 4GB DDR4, 32GB eMMC,...**

★★★★½ ⌄ 448

**$383**00

FREE Shipping

Only 3 left in stock - order soon.

More Buying Choices

$304.95 (43 used & new offers)



**PerfectPrime TL1004 K-Type Sensor Probes Metal HeadProbe for K-Type Probe Thermocouple Sensor & Meter...**

★★★★½ ⌄ 245

**$9**99

Get it as soon as **Sat, Sep 26**

FREE Shipping on your first order shipped by Amazon



Solid Wood Network Set-top Box White Wall Mounted

$157⁰⁰

FREE Shipping

---



Sponsored ⓘ

ZONKO Toddler Tablet, 7 Inch Edition Baby Children Tablet Android 8.1, Wi-Fi, Eye Protection IPS HD Screen, 16GB RO...

★★★½☆ ⌄ 79

$59⁹⁹

Save 5% with coupon

✓prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon

---



Sponsored ⓘ

Tablet 10 inch, Android 8.1 Tablet PC, 16GB, 5G WiFi and Dual Camera, GPS, Bluetooth, 1280x800 IPS Display, Googl...

★★★★☆ ⌄ 1,483

$88⁷⁹

✓prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon

---



← Previous | 1 | ··· | 10 | 11 | 12 | ··· | 20 | Next →

---

## Brands related to your search



Vivid, Sharp HD WiFi Projector On The Go

Shop BOMAKER Premium WiFi Projector ›



A Feast For Your Eyes

Shop Artlii ›

---

## Need help?

Visit the help section or contact us

---

Sponsored ⓘ

## Best sellers in Kindle eBooks

Page 1 of 5

‹



**If You Tell: A True Story of Murder, Family Secrets,…**
›Gregg Olsen
★★★★½ 14,199
Kindle Edition
$1.99



**Playing with Fire: A Bad Boy College Romance**
›L.J. Shen
★★★★★ 919
Kindle Edition
$2.99



**The Evening and the Morning (Kingsbridge…**
›Ken Follett
★★★★½ 581
Kindle Edition
$15.99



**Rage**
›Bob Woodward
★★★★½ 2,056
Kindle Edition
$14.99



**See Her Die (Bree Tag Book 2)**
›Melinda Leigh
★★★★½ 834
Kindle Edition
$6.99

›

## Deals in magazine subscriptions

Page 1 of 6

‹



**AllRecipes**
Print Magazine
$3.00



**Cosmopolitan**
★★★★☆ 3,030
Print Magazine
$6.00



**Food Network Magazine**
★★★★½ 42
Print Magazine
$6.00



**Shape**
★★★★☆ 4
Print Magazine
$3.00



**Bon Appetit**
★★★★☆ 10
Print Magazine
$5.00

›

---

**Your Browsing History**   **View or edit your browsing history** ›

    No im avail

See personalized recommendations


**Sign in**

New customer? Start here.

---

Back to top

### Get to Know Us

Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

### Make Money with Us

Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

### Amazon Payment Products

Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

### Let Us Help You

Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help



English          United States

**Amazon Music**
Stream millions
of songs

**Amazon Advertising**
Find, attract, and
engage customers

**Amazon Drive**
Cloud storage
from Amazon

**6pm**
Score deals
on fashion brands

**AbeBooks**
Books, art
& collectibles

**ACX**
Audiobook
Publishing
Made Easy

**Alexa**
Actionable
Analytics
for the Web

**Sell on Amazon**
Start a Selling
Account

**Amazon Business**
Everything For
Your Business

**Amazon Fresh**
Groceries & More
Right To Your
Door

**AmazonGlobal**
Ship Orders
Internationally

**Home Services**
Experienced
Pros
Happiness
Guarantee

**Amazon Ignite**
Sell your original
Digital Educational
Resources

**Amazon Rapids**
Fun stories for
kids on the go

**Amazon Web Services**
Scalable Cloud
Computing
Services

**Audible**
Listen to Books &
Original
Audio
Performances

**Book Depository**
Books With Free
Delivery
Worldwide

**Box Office Mojo**
Find Movie
Box Office Data

**ComiXology**
Thousands of
Digital Comics

**CreateSpace**
Indie Print Publishing
Made Easy

**DPReview**
Digital
Photography

**East Dane**
Designer Men's
Fashion

**Fabric**
Sewing, Quilting
& Knitting

**Goodreads**
Book reviews
&
recommendations

**IMDb**
Movies, TV
& Celebrities

**IMDbPro**
Get Info
Entertainment
Professionals
Need

**Kindle Direct Publishing**
Indie Digital & Print
Publishing
Made Easy

**Prime Now**
FREE 2-hour
Delivery
on Everyday Items

**Amazon Photos**
Unlimited Photo
Storage
Free With Prime

**Prime Video Direct**
Video Distribution
Made Easy

**Shopbop**
Designer
Fashion Brands

**Amazon Warehouse**
Great Deals on
Quality Used Products

**Whole Foods Market**
America's
Healthiest
Grocery Store

**Woot!**
Deals and
Shenanigans

**Zappos**
Shoes &
Clothing

**Ring**
Smart Home
Security Systems

**eero WiFi**
Stream 4K Video
in Every Room

**Neighbors App**
Real-Time Crime
& Safety Alerts

**Amazon Subscription Boxes**
Top subscription boxes – right
to your door

**PillPack**
Pharmacy
Simplified

**Amazon Renewed**
Like-new products
you can trust

**Amazon Second Chance**
Pass it on, trade it
in,
give it a second
life

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2020, Amazon.com, Inc. or its affiliates



Hello, Sign in
**Account & Lists**
Account

Returns
& Orders

Try Prime

0 Cart

Hello
Select your address

Best Sellers    Customer Service    AmazonBasics    New Releases    New Amazon devices from $29.99

177-192 of over 8,000 results for "wireless local area network products"

Sort by: Featured

**Amazon Prime**
☐ ✓prime

**Eligible for Free Shipping**
☐ Free Shipping by Amazon
All customers get FREE Shipping on orders over $25 shipped by Amazon

**Deals**
☐ Today's Deals

**Department**
Electronics
 Computer Networking Wireless
 Access Points
 Data Storage
 Computer Accessories &
 Peripherals
 USB Computer Network Adapters
Books
 Computers & Technology
✓ See All 24 Departments

**Avg. Customer Review**
★★★★☆ & Up
★★★☆☆ & Up
★★☆☆☆ & Up
★☆☆☆☆ & Up

**Brand**
☐ Apple
☐ AmazonBasics
☐ Amazon
☐ SAMSUNG
☐ PlayStation
☐ Logitech
☐ Bose
✓ See more

**Price**
Under $25
$25 to $50
$50 to $100
$100 to $200
$200 & Above

[$ Min] [$ Max] [Go]

**Amazon Certified**
☐ Auto Replenishment
☐ Works with Alexa

**From Our Brands**
☐ Our Brands

**Packaging Option**
☐ Frustration-Free Packaging

**New & Upcoming**
New Arrivals
Coming Soon



**The Price Affordable, The Moment Enjoyable**

Shop APEMAN ›



Mini Projector, APEMAN 4500L Brightness Projector, Support 1080P...
★★★★☆ 3,826
✓prime



Mini Projector, APEMAN 4000L Brightness 180" Display Projector [Car...
★★★★☆ 1,548
✓prime



APEMAN NM4 Mini Portable Projector, Video DLP Pocket Projector for Home...
★★★★☆ 1,212
✓prime

Sponsored ⓘ



Sponsored ⓘ

15stage shower filter removes chlorine and fluoride-improves the condition of skin, hair and nails-with 2...
★★★★★ 2
$28.60
FREE Shipping



Sponsored ⓘ

CIRCUIT FITNESS Circuit Fitness Deluxe Foldable Magnetic Rowing Machine with 8 Resistance Settings & Transport...
★★★★☆ 159
$456.37
✓prime Get it as soon as Sat, Sep 26
FREE Shipping by Amazon



TV Antenna, Amplified HD Indoor Digital TV Antenna 200 Miles Long Range Signal Booster Support All 4K VHF UHF...
★★★★☆ 3,718
$27.99
✓prime Get it as soon as Sun, Sep 27
FREE Shipping by Amazon

NETGEAR Nighthawk Cable Modem WiFi Router Combo (C7800) - Compatible with Cable Providers Including Xfinity...
★★★★☆ 10,278



$369^{99}$

FREE Shipping by Amazon

In stock on September 29, 2020.

More Buying Choices
$324.99 (15 used & new offers)

**Certification**
- [ ] Energy Star

**Amazon Global Store**
- [ ] Amazon Global Store

**International Shipping**
- [ ] International Shipping Eligible

**Condition**
New
Used



**Dell 15 3000 Laptop: 15.6 Inch FHD (1980x1080) Display, Intel i3-7020u, 8GB RAM, 128GB PCIe SSD, WiFi, Bluetooth,...**

★★★½☆ ⌄ 3



$555^{00}$

FREE Shipping

Only 1 left in stock - order soon.

**TP-Link AC1200 WiFi Extender, Covers Up to 1500 Sq.ft and 25 Devices Up to 1200Mbps, Supports OneMesh, Dual Ban...**

★★★★☆ ⌄ 26,887

$49^{99}$

✓prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon

**D-Link Wireless N-150 Mbps USB Wi-Fi Network Adapter (DWA-125)**

★★★½☆ ⌄ 374



173

Sponsored ⓘ



**Samsung Xpress M2885FW Wireless Monochrome Laser Printer with Scan/Copy/Fax, Simple NFC + WiFi Connectivit...**

★★★½☆ ⌄ 333



**Unidata Incom ICW-1000G Wireless SIP IP Phone - WiFi**

★★★½☆ ⌄ 18

$155^{99}$

✓prime Get it as soon as **Thu, Oct 1**

FREE Shipping by Amazon

Only 19 left in stock - order soon.

9/24/2020
Case 2:19-cv-10374-SB-E   Document 131-2   Filed 09/29/20   Page 13 of 68   Page ID #:1218
Amazon.com: wireless local area network products



More Buying Choices
$152.43  (6 new offers)



Amcrest 5MP UltraHD Outdoor Security IP Turret PoE Camera with Mic/Audio, 5-Megapixel, 98ft NightVision,...
★★★★½  ﹀ 378

$59⁹⁹

✔prime  Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon
More Buying Choices
$56.99  (4 used & new offers)

Sponsored ⓘ

Victure Dualband 2.4Ghz /5Ghz WiFi Camera Home Camera,1080P Security Pet Camera Baby Monitor with Two...
★★★★☆  ﹀ 752



$29⁹⁹

✔prime  Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon

Shop now

Sponsored ⓘ

Sponsored ⓘ

Sunny Health & Fitness Magnetic Rowing Machine with Programmable Monitor, 300 LB Max Weight and Foldable...
★★★★☆  ﹀ 48




$469⁹⁸

✔prime  Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon

Zebra ZD620t Thermal Transfer Desktop Printer with LCD Screen 203 dpi Print Width 4 in WiFi Bluetooth USB Serial...
Only 2 left in stock - order soon.



Dell Premium Inspiron 15.6 in Touchscreen Laptop Notebook Computer Tablet, Intel Core i5-7200U, 8GB RAM, 256GB...
★★★★★  ﹀ 5






Wireless Network Card,L850-GL 4G Module Wireless LTE-FDD WCDMA Network WiFi Card for HP ProBook 440 G5...

$51⁴⁹

$2.00 shipping

---



ANNKE 1080P Home Security Camera, Smart Wireless WiFi Pan/Tilt IP Camera with Night Vision, App Alarm Push, Two...

★★★★☆ ⌄ 177

$32⁹⁹

FREE Shipping
More Buying Choices
$29.59 (2 used & new offers)

---



Brother Wireless Mobile Color Page Scanner, DS-920W, Wi-Fi Transfer, Fast Scanning Speeds, Compact and Lightweight

★★★★☆ ⌄ 358

$169⁹⁹

✓prime Get it as soon as **Thu, Oct 1**
FREE Shipping by Amazon
Only 11 left in stock - order soon.
More Buying Choices
$168.47 (14 new offers)

---



Intel NUC Kit BOXNUC8i5BEK Home and Business Desktop Black (Intel i5-8259U 4-Core, Intel Iris Plus 655, WiFi,...

★★★★★ ⌄ 1

$744⁰⁰

$11.31 shipping

---



Nikon COOLPIX AW110 Wi-Fi and Waterproof Digital Camera with GPS (Blue) (OLD MODEL)

★★★★☆ ⌄ 642

$399⁹⁹

FREE Shipping
Only 1 left in stock - order soon.
More Buying Choices
$139.99 (3 used & new offers)

---



SSK 2TB Portable NAS External Wireless Hard Drive with Own Wi-Fi Hotspot, Personal Cloud Smart Storage Support...



⭐⭐⭐½☆ ⌄ 364

$125⁹⁹

✓prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon

More Buying Choices
$109.99 (2 used & new offers)

---

Sponsored ⓘ

Wireless Keyboard Mouse Combo Z-LITONG 2.4GHz Computer Keyboard Ultrathin Full-Size 109 Keys 3 Level De...

⭐⭐⭐⭐½ ⌄ 143

$46⁹⁹

`Save $3.00` with coupon

✓prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon

---

Sponsored ⓘ

VIEWISE 5MP 4-in-1(TVI/AHD/CVI/960H) Sony Starvis CMOS Sensor Outdoor Vari-Focal 2.8~12mm Lens Black Film...

$51⁷⁰

✓prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon

---

| ← Previous | 1 | ... | 11 | 12 | 13 | ... | 20 | Next → |

---

**Brands related to your search**



XFTREE
Digital Indoor TV Antenna

Shop XFTREE ›



Uonecn®
Uonecn Cables & Connectors

Shop Uonecn ›

---

## Need help?

Visit the help section or contact us

---

237            `Shop now`

Sponsored

---

### Best sellers in Kindle eBooks                                      Page 1 of 5

    

If You Tell: A True Story of Murder, Family Secrets,...
> Gregg Olsen
⭐ 14,199
Kindle Edition
$1.99

Playing with Fire: A Bad Boy College Romance
> L.J. Shen
⭐ 919
Kindle Edition
$2.99

The Evening and the Morning (Kingsbridge...
> Ken Follett
⭐ 581
Kindle Edition
$15.99

Rage
> Bob Woodward
⭐ 2,056
Kindle Edition
$14.99

See Her Die (Bree Tag...
Book 2)
> Melinda Leigh
⭐ 834
Kindle Edition
$6.99

## Deals in magazine subscriptions

Page 1 of 6

    

AllRecipes
Print Magazine
$3.00

Cosmopolitan
⭐ 3,030
Print Magazine
$6.00

Food Network Magazine
⭐ 42
Print Magazine
$6.00

Shape
⭐ 4
Print Magazine
$3.00

Bon Appetit
⭐ 10
Print Magazine
$5.00

**Your Browsing History**   **View or edit your browsing history** ›

   

See personalized recommendations

[ **Sign in** ]

New customer? Start here.

**Back to top**

## Get to Know Us
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

## Make Money with Us
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

## Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

## Let Us Help You
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

amazon

[ 🌐 English ]   [ 🇺🇸 United States ]

Amazon.com: wireless local area network products

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Advertising** Find, attract, and engage customers | **Amazon Drive** Cloud storage from Amazon | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Alexa** Actionable Analytics for the Web |
| **Sell on Amazon** Start a Selling Account | **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Ignite** Sell your original Digital Educational Resources | **Amazon Rapids** Fun stories for kids on the go |
| **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances | **Book Depository** Books With Free Delivery Worldwide | **Box Office Mojo** Find Movie Box Office Data | **ComiXology** Thousands of Digital Comics | **CreateSpace** Indie Print Publishing Made Easy | **DPReview** Digital Photography |
| **East Dane** Designer Men's Fashion | **Fabric** Sewing, Quilting & Knitting | **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Prime Now** FREE 2-hour Delivery on Everyday Items |
| **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands | **Amazon Warehouse** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing |
| **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | **Amazon Second Chance** Pass it on, trade it in, give it a second life |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2020, Amazon.com, Inc. or its affiliates



193-208 of over 8,000 results for **"wireless local area network products"**

Sort by: Featured ▾

**Amazon Prime**
☐ ✓prime

**Eligible for Free Shipping**
☐ Free Shipping by Amazon
All customers get FREE Shipping on orders over $25 shipped by Amazon

**Deals**
☐ Today's Deals

**Department**
Electronics
Computer Networking Wireless Access Points
Data Storage
Computer Accessories & Peripherals
USB Computer Network Adapters
Books
Computers & Technology
˅ See All 24 Departments

**Avg. Customer Review**
★★★★☆ & Up
★★★☆☆ & Up
★★☆☆☆ & Up
★☆☆☆☆ & Up

**Brand**
☐ Apple
☐ AmazonBasics
☐ Amazon
☐ SAMSUNG
☐ PlayStation
☐ Logitech
☐ Bose
˅ See more

**Price**
Under $25
$25 to $50
$50 to $100
$100 to $200
$200 & Above
[$ Min] [$ Max] [Go]

**Amazon Certified**
☐ Auto Replenishment
☐ Works with Alexa

**From Our Brands**
☐ Our Brands

**Packaging Option**
☐ Frustration-Free Packaging

**New & Upcoming**
New Arrivals
Coming Soon

 **Digital Indoor TV Antenna**   Shop XFTREE ›



TV Antenna, Amplified HD Indoor Digital TV Antenna 200 Miles Long Range…
★★★★☆ 3,718
✓prime



TV Antenna, 2020 Amplified HD Digital Indoor Antenna 200 Miles Range HDT…
★★★★☆ 921
✓prime



TV Antenna, Indoor HDTV Digital Amplified TV Antennas 200 Miles Ran…
★★★★☆ 7,028
✓prime
Sponsored ⓘ



Sponsored ⓘ
**leikefitness Water Rowing Machine Water Rower with Adjustable Water Resistance & Large LCD Monitor for Hom…**
★★★★☆ 1
**$649.00** $799.00
Save $50.00 with coupon
✓prime Get it as soon as Wed, Sep 30
FREE Shipping by Amazon



Sponsored ⓘ
**Arenti Rechargeable Battery Powered WiFi Camera, GO1 Outdoor Home Security Camera with 32G SD Card,…**
★★★★☆ 8
11% off
**$79.99** ($42.10/100 g) $89.99
Lowest price in 30 days
✓prime Get it as soon as Sat, Sep 26
FREE Shipping by Amazon



**Wireless WiFi Projector with Bluetooth, 4600 Lumen Home Theater Projector Support 1080P, 200" Display, Compatible…**
★★★★☆ 12
**$376.00**
FREE Shipping



**Sindoh 3DWOX 1X - Open Source Filament, Heatable Metal Flex Bed, WiFi, HEPA Filter, Intelligent Bed Leveling…**
★★★★★ 1



$2,399$00

✔prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon
Only 12 left in stock (more on the way).

---

**Tiertime UP Mini 2 ES 3D Printer, Linux Embedded System, Built-in HEPA Filtration, Advanced Materials Options, WiFi...**

★★★★☆ ⌄ 9



---

**Yealink SIP-T52S Gigabit 12-Line VoIP WiFi Desk Phone With 2.8" Color Touch Screen (SIP-T52S)**

★★★★☆ ⌄ 4

$196$00

FREE Shipping
More Buying Choices
$99.99 (6 used & new offers)



---

**Best Seller**

**Kasa Smart Light Switch by TP-Link, Single Pole, Needs Neutral Wire, 2.4Ghz WiFi Light Switch Works with Alexa an...**

★★★★☆ ⌄ 10,638

**Limited time deal**    **Amazon Certified:** Works with Alexa

$16$99 $19.99
**Save $2.00** with coupon
Get it as soon as **Sat, Sep 26**
FREE Shipping on your first order shipped by Amazon



---

**Skyroam Solis Lite | 4G LTE WiFi Mobile Hotspot | Global Coverage | Up to 10 Connected Devices | Built in VPN | vSIM...**

★★★☆☆ ⌄ 293

$119$99

✔prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon
More Buying Choices
$117.00 (9 new offers)



---

**HP 15.6 inch HD Laptop, Intel Core i5-7200U Processor 2.5GHz, 12GB DDR4 RAM, 1TB HDD, HDMI, Bluetooth,...**

★★★★☆ ⌄ 75

$999$11

FREE Shipping



---

**Certification**
☐ Energy Star

**Amazon Global Store**
☐ Amazon Global Store

**International Shipping**
☐ International Shipping Eligible

**Condition**
New
Used

More Buying Choices
$599.66 (5 used & new offers)



Elo Touch E970665 I Series 15i5 TouchPro PCAP LED IDS Touch Computer, 4 GB RAM, 128 GB SSD, Clear Glass, 10...

$1,860$^{00}$

FREE Shipping

Sponsored ⓘ

SLINGBOX 120

$38$^{97}$

$9.00 shipping



72

Shop now

Sponsored ⓘ

Sponsored ⓘ

blurams 2pc Home Pro, Security Camera 1080p FHD | w/Facia Recognition, 2-Way Talk, Human/Sound Detect,...

★★★★★ ⌄ 1

$74$^{99}$

Save $10.00 with coupon

FREE Shipping



Network Scanner (WiFi LAN)
Sep 24, 2018 | by Vishnu N K

★★★½☆ ⌄ 1,267

**App**
Free Download
Available instantly on compatible devices.



Skytech Archangel Gaming Computer PC Desktop – Ryzen 5 3600 3.6GHz, GTX 1660 Super 6G, 500GB SSD, 16GB DDR4...

★★★★½ ⌄ 279

$999$^{99}$

✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon



Amazon.com: wireless local area network products

745

Sponsored ⓘ



### Flame Boss 500-WiFi Smoker Controller (Ceramic/Kamado Kit)

★★★★⯪ ⌄ 185

**$349**⁰⁰

✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon



### Lenovo ThinkCentre M93P Tiny Mini Business Desktop Computer, Intel Dual-Core i5-4570T Processor up to 3.60...

★★★★☆ ⌄ 51

**$197**⁰⁰

FREE Shipping
Only 3 left in stock - order soon.



### EUG LCD Bluetooth HDMI Projector 5000 Lux High Brightness Wireless Home Cinema Theater Video Projectors...

★★★★☆ ⌄ 7

**$445**⁰⁰

FREE Shipping
Only 2 left in stock - order soon.



### Zink Polaroid WiFi Wireless 3x4 Portable Mobile Photo Printer (Yellow) with LCD Touch Screen, Compatible w/ iOS...

★★★★☆ ⌄ 12

**$99**⁹⁹

✓prime Get it as soon as **Fri, Oct 2**
FREE Shipping by Amazon



### Apple iPad Pro 10.5in with (Wi-Fi + Cellular) - 512GB, Gold (Renewed)

★★★★⯪ ⌄ 1,583

Amazon.com: wireless local area network products



Apple MacBook Air MJVM2LL/A 11.6 Inch Laptop (Intel Core

★★★★☆ ∨ 817

$499⁰⁰

✓prime Get it as soon as **Wed, Sep 30**

Only 19 left in stock - order soon.

---



Sponsored ⓘ

WiFi Security Camera Indoor, Eazieplus 3MP Smart Home Camera, 2K PTZ FHD IP Camera for Baby/Pet/Nanny/Elder...

★★★★☆ ∨ 4

$35⁸⁰

Join Prime to save $3.58 on this item

✓prime Get it as soon as **Sun, Sep 27**

FREE Shipping by Amazon

---



Sponsored ⓘ

SiliconDust HDHomeRun Scribe Duo OTA DVR Recorder

★★★★☆ ∨ 27

$179⁹⁹

✓prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon

---

← Previous  | 1 | ... | 12 | 13 | 14 | ... | 20 |  Next →

### Brands related to your search



Elite Screens - Get the Big Screen Just for You

Shop Elite Screens Inc. ›



Vivid, Sharp HD WiFi Projector On the Go

Shop BOMAKER Premium WiFi Projector ›

---

### Need help?

Visit the help section or contact us

---

635

Shop now

Sponsored ⓘ

---

## Best sellers in Kindle eBooks

Page 1 of 5

    

**If You Tell: A True Story of Murder, Family Secrets,...**
› Gregg Olsen
★★★★☆ 14,199
Kindle Edition
$1.99

**Playing with Fire: A Bad Boy College Romance**
› L.J. Shen
★★★★★ 919
Kindle Edition
$2.99

**The Evening and the Morning (Kingsbridge...**
› Ken Follett
★★★★☆ 581
Kindle Edition
$15.99

**Rage**
› Bob Woodward
★★★★☆ 2,056
Kindle Edition
$14.99

**See Her Die (Bree Tag Book 2)**
› Melinda Leigh
★★★★☆ 834
Kindle Edition
$6.99

## Deals in magazine subscriptions

Page 1 of 6

    

**AllRecipes**
Print Magazine
$3.00

**Cosmopolitan**
★★★★☆ 3,030
Print Magazine
$6.00

**Food Network Magazine**
★★★★☆ 42
Print Magazine
$6.00

**Shape**
★★★★☆ 4
Print Magazine
$3.00

**Bon Appetit**
★★★★☆ 10
Print Magazine
$5.00

---

**Your Browsing History**   **View or edit your browsing history** ›

   

See personalized recommendations


**Sign in**
New customer? Start here.

---

Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

 amazon

 English     United States

Amazon Music
Stream millions
of songs

Amazon
Advertising
Find, attract, and
engage customers

Amazon Drive
Cloud storage
from Amazon

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Alexa
Actionable
Analytics
for the Web

Sell on Amazon
Start a Selling
Account

Amazon
Business
Everything For
Your Business

Amazon Fresh
Groceries & More
Right To Your
Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced
Pros
Happiness
Guarantee

Amazon Ignite
Sell your original
Digital Educational
Resources

Amazon Rapids
Fun stories for
kids on the go

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio
Performances

Book
Depository
Books With Free
Delivery
Worldwide

Box Office Mojo
Find Movie
Box Office Data

ComiXology
Thousands of
Digital Comics

CreateSpace
Indie Print Publishing
Made Easy

DPReview
Digital
Photography

East Dane
Designer Men's
Fashion

Fabric
Sewing, Quilting
& Knitting

Goodreads
Book reviews
&
recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals
Need

Kindle Direct
Publishing
Indie Digital & Print
Publishing
Made Easy

Prime Now
FREE 2-hour
Delivery
on Everyday Items

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video
Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon Warehouse
Great Deals on
Quality Used Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right
to your door

PillPack
Pharmacy
Simplified

Amazon Renewed
Like-new products
you can trust

Amazon Second
Chance
Pass it on, trade it
in,
give it a second
life

Conditions of Use     Privacy Notice     Interest-Based Ads   © 1996-2020, Amazon.com, Inc. or its affiliates



209-224 of over 7,000 results for **"wireless local area network products"**

Sort by: Featured ▾

**Amazon Prime**
☐ ✓prime

**Eligible for Free Shipping**
☐ Free Shipping by Amazon
All customers get FREE Shipping on orders over $25 shipped by Amazon

**Deals**
☐ Today's Deals

**Department**
Electronics
 Computer Networking Wireless
 Access Points
 Data Storage
 Computer Accessories &
 Peripherals
 USB Computer Network Adapters
Books
 Computers & Technology
 ➤ See All 24 Departments

**Avg. Customer Review**
★★★★☆ & Up
★★★☆☆ & Up
★★☆☆☆ & Up
★☆☆☆☆ & Up

**Brand**
☐ Apple
☐ AmazonBasics
☐ Amazon
☐ SAMSUNG
☐ PlayStation
☐ Logitech
☐ Bose
 ➤ See more

**Price**
Under $25
$25 to $50
$50 to $100
$100 to $200
$200 & Above
[$ Min] [$ Max] [Go]

**Amazon Certified**
☐ Auto Replenishment
☐ Works with Alexa

**From Our Brands**
☐ Our Brands

**Packaging Option**
☐ Frustration-Free Packaging

**New & Upcoming**
New Arrivals
Coming Soon



## Professional Series Shielded Ethernet Cables CAT5E

Shop InstallerParts ›







InstallerParts Ethernet Cable CAT5E Cable UTP Booted 25 FT - Red -...
★★★★☆ 1,929

InstallerParts Ethernet Cable CAT5E Cable Shielded (FTP) Booted 25 FT -...
★★★★☆ 135

InstallerParts Ethernet Cable CAT5E Cable UTP Booted 200 FT - Blue -...
★★★★☆ 1,929

Sponsored ⓘ



Sponsored ⓘ

**OKP [2 Pack] New Screen Protector for iPad 8th Generation 10.2 inch (2020 Release)/ iPad 7th Generation (2019), Clear...**
★★★★☆ 1,325
$7.99  $16.99
Get it as soon as **Sat, Sep 26**
FREE Shipping on your first order shipped by Amazon

Sponsored ⓘ



**Sunny Health & Fitness Compact Folding Magnetic Rowing Machine with LCD Monitor, Bottle Holder, 43 Inch Slide Rail...**
★★★★☆ 510
$219.99  $249.98
✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon



**blurams Outdoor Pro, Security Camera Outdoor System 1080p FHD Outside w/ Two-Way Audio, Starlight Night...**
★★★★☆ 250
$69.99  $89.99
✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon
More Buying Choices
$60.03 (6 used & new offers)

**Amazon Certified:** Works with Alexa




**2020 HP 14 inch HD Laptop Newest for Business and Student, AMD Athlon Silver 3050U (Beat i5-7200U), 4GB...**
★★★★☆ 1,105
$439.99

## Certification
- [ ] Energy Star

## Amazon Global Store
- [ ] Amazon Global Store

## International Shipping
- [ ] International Shipping Eligible

## Condition
New
Used



✓prime Get it as soon as **Thu, Oct 1**
More Buying Choices
$418.99 (3 used & new offers)



**HP Officejet Pro 8028 All-in-One Printer, Scan, Copy, Fax, Wi-Fi and Cloud-Based Wireless Printing (3UC64A)**
★★★★½ ∨ 259
**$219**⁹⁹ $245.45
FREE Shipping
More Buying Choices
$89.99 (18 used & new offers)



**Apple iPad Pro 10.5in - 512GB Wifi - 2017 Model - ROSE GOLD (Renewed)**
★★★★½ ∨ 1,583
**$499**⁹⁵
✓prime Get it as soon as **Thu, Oct 1**
Only 1 left in stock - order soon.

3,138

Shop now

Sponsored ⓘ




**Newest HP 600 G2 Mini Tower PC (Intel Quad Core i7-6700-3.4 GHz, 32GB DDR4 Ram, 256GB Solid State SSD+1TB Sat...**
★☆☆☆☆ ∨ 1
**$539**⁹⁸
FREE Shipping
Only 5 left in stock - order soon.



**C by GE Smart Bundle Pack with 4 Smart Bulbs and Smart Plug (4 LED BR30 Full Color Bulbs + On/Off Smart Plug),...**
★★★★½ ∨ 107
**$136**⁷²      Amazon Certified: **Works with Alexa**
✓prime
FREE Shipping by Amazon



**Verizon Wireless MHS815L Ellipsis Jetpack WiFi 4G LTE Mobile Hotspot**
★☆☆☆☆ ∨ 1
✓prime Get it as soon as **Sat, Sep 26**
Only 8 left in stock - order soon.



### LED Deck Light Kit, 20pcs Φ1.77" WiFi Wireless Smart Phone Control Low Voltage Recessed RGBW Deck Lamp In-ground...

★★★★☆ ⌄ 15

**$185⁹⁹**

$9.98 shipping

---


**Best Seller**



Sponsored ⓘ

### New iPad 10.2 8th 7th Generation 2019 Keyboard Case, Boriyuan 7 Colors Backlit Detachable Keyboard Slim Leathe...

★★★★☆ ⌄ 5,424

**$38⁹⁹**

✓prime Get it as soon as **Tue, Sep 29**

FREE Shipping by Amazon

---



Sponsored ⓘ

### Wireless Keyboard Mouse, 2.4GHz Wireless Technology,Plug and Play,Ergonomic Stand-Style Design and Fully...

★☆☆☆☆ ⌄ 1

**$24⁹⁹**

FREE Shipping

---



### 2018 Flagship Dell Inspiron Laptop, FHD IPS 15.6" Touchscreen, Intel Quad-Core i5-8250U (Beat i7-7500U),...

★★★★☆ ⌄ 72

**$999¹¹**

FREE Shipping

More Buying Choices
$569.99 (2 used & new offers)

---



### Plustek eScan A350 Document Scanner 25 Ppm WiFi/Ethernet No Pc Needed

**$900⁹⁶**

FREE Shipping

---

3,138

Shop now

Sponsored ⓘ



**Best Seller**

GESOBYTE Amplified HD Digital TV Antenna Long 200+ Miles Range - Support 4K 1080p Fire tv Stick and All Older...

★★★★☆ ⌄ 13,422

$28⁹⁰

FREE Shipping by Amazon
In stock on October 2, 2020.



Marantz SR7011 9.2 Channel Full 4K Ultra HD AV Receiver with Built-in Heos Wireless Technology Featuring Bluetooth...

★★★★☆ ⌄ 51

$1,749.00 ~~$2,199.00~~     **Amazon Certified:** Works with Alexa

FREE Shipping
Only 8 left in stock - order soon.



D-Link Wi-Fi Baby Monitor - Night Vision, 2-Way Audio, Local and Remote Video Monitor App for iPhone and Android...

★★★☆☆ ⌄ 413

$129⁹⁹

FREE Shipping
Only 1 left in stock - order soon.



Programming and Automating Cisco Networks: A guide to network programmability and automation in the data cent...

by Ryan Tischer  |  Sep 18, 2016

★★★★☆ ⌄ 25

**Paperback**

$53⁹⁹ ~~$59.99~~

✓prime Get it as soon as **Sun, Sep 27**

FREE Shipping by Amazon
More Buying Choices
$42.00 (9 used & new offers)

**Kindle**

$34⁵⁹ ~~$47.99~~

Available instantly



Lenovo ThinkPad P53 i9 Mobile Workstation Laptop (Intel i9-9880H 8-Core, 15.6" Full HD (1920x1080), Quadro RTX...

$3,649⁹⁹

FREE Shipping
Only 1 left in stock - order soon.

🌿 Climate Pledge Friendly
See 1 certification ⌄



### Newest HP 14-inch Chromebook HD Touchscreen Laptop PC (Intel Celeron N3350 up to 2.4GHz, 4GB RAM, 32GB Flash...

⭐⭐⭐⭐⯪ ⌄ 245

$358⁰⁰ $432.00

✔prime Get it as soon as **Wed, Sep 30**

More Buying Choices
$309.97 (80 used & new offers)

🍃 Climate Pledge Friendly
See 1 certification ⌄

---

Sponsored ⓘ

### Wireless Keyboard Mouse Combo Z-LITONG 2.4GHz Computer keyboard Ultrathin Full-Size 109 keys 3 Level Del...

⭐⭐⭐⭐⯪ ⌄ 143

$49⁹⁹ $52.99

Save $3.00 with coupon

✔prime Get it as soon as **Sun, Sep 27**

FREE Shipping by Amazon

---

Sponsored ⓘ

### Wireless Keyboard Mouse Combo,2.4GHz Waterproof Keyboard with Round Retro Style Red Key and Optical...

⭐⭐⭐⭐☆ ⌄ 224

$29⁹⁹

Save 5% with coupon

✔prime Get it as soon as **Tue, Sep 29**

FREE Shipping by Amazon

---

← Previous | 1 | ... | 13 | **14** | 15 | ... | 20 | Next →

---

## Need help?

Visit the help section or contact us

---

237    [ Shop now ]

Sponsored

---

## Best sellers in Kindle eBooks

Page 1 of 5







**If You Tell: A True Story of Murder, Family Secrets,…**
› Gregg Olsen
⭐ 14,199
Kindle Edition
$1.99



**Playing with Fire: A Bad Boy College Romance**
› L.J. Shen
⭐ 919
Kindle Edition
$2.99



**The Evening and the Morning (Kingsbridge…**
› Ken Follett
⭐ 581
Kindle Edition
$15.99



**Rage**
› Bob Woodward
⭐ 2,056
Kindle Edition
$14.99



**See Her Die (Bree Tag…Book 2)**
› Melinda Leigh
⭐ 834
Kindle Edition
$6.99

## Deals in magazine subscriptions

Page 1 of 6



**AllRecipes**
Print Magazine
$3.00



**Cosmopolitan**
⭐ 3,030
Print Magazine
$6.00



**Food Network Magazine**
⭐ 42
Print Magazine
$6.00



**Shape**
⭐ 4
Print Magazine
$3.00



**Bon Appetit**
⭐ 10
Print Magazine
$5.00

**Your Browsing History**   **View or edit your browsing history** ›

See personalized recommendations



[ **Sign in** ]

New customer? Start here.

   

No im availa

---

Back to top

### Get to Know Us
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

### Make Money with Us
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

### Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

### Let Us Help You
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

 | English |  |  United States |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Advertising** Find, attract, and engage customers | **Amazon Drive** Cloud storage from Amazon | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Alexa** Actionable Analytics for the Web |
| **Sell on Amazon** Start a Selling Account | **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Ignite** Sell your original Digital Educational Resources | **Amazon Rapids** Fun stories for kids on the go |
| **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances | **Book Depository** Books With Free Delivery Worldwide | **Box Office Mojo** Find Movie Box Office Data | **ComiXology** Thousands of Digital Comics | **CreateSpace** Indie Print Publishing Made Easy | **DPReview** Digital Photography |
| **East Dane** Designer Men's Fashion | **Fabric** Sewing, Quilting & Knitting | **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Prime Now** FREE 2-hour Delivery on Everyday Items |
| **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands | **Amazon Warehouse** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing |
| **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | **Amazon Second Chance** Pass it on, trade it in, give it a second life |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2020, Amazon.com, Inc. or its affiliates



USB WiFi Adapter AC 1300Mbps

Shop EDUP ›

EDUP USB 3.0 WiFi Adapter AC 1300Mbps with 39" USB Cable, Long...
★★★★☆ 129
✓prime

USB 3.0 WiFi Adapter 1300Mbps Dual Band Wireless Network Adapter 802.1...
★★★★☆ 78

EDUP USB WiFi Adapter for Laptop PC AC 1300Mbps Nano Wireless Network...
★★★★☆ 114

Sponsored ⓘ



Sponsored ⓘ

AMUFER Bug Zapper Electric Mosquito Zapper Killer Plug-in Fly Trap Indoor Mosquito Zapper with Hook Powerful Insec...
★★★★☆ 89

**17% off**

$18.99 $22.99
Lowest price in 30 days
Get it as soon as Sun, Sep 27
FREE Shipping on your first order shipped by Amazon




Sponsored ⓘ

Android Tablets PC, Veidoo 7 inch Kids Tablet with 1GB Ram 16GB Storage, Safety Eye Protection IPS Screen, Premium...
★★★☆☆ 677

$55.59

✓prime Get it as soon as Sun, Sep 27
FREE Shipping by Amazon




C by GE Smart Bundle Pack with 4 Smart Bulbs and Smart Plug (4 LED BR30 Full Color Bulbs + On/Off Smart Plug),...
★★★★☆ 107

$136.72

✓prime
FREE Shipping by Amazon

**Amazon Certified:** Works with Alexa

LED Deck Light Kit, 20pcs Φ1.77" WiFi Wireless Smart Phone Control Low Voltage Recessed RGBW Deck Lamp In-ground...
★★★★☆ 15

## Left sidebar

**Amazon Prime**
☐ ✓prime

**Eligible for Free Shipping**
☐ Free Shipping by Amazon
All customers get FREE Shipping on orders over $25 shipped by Amazon

**Deals**
☐ Today's Deals

**Department**
Electronics
Computer Networking Wireless Access Points
Data Storage
Computer Accessories & Peripherals
USB Computer Network Adapters
Books
Computers & Technology
∨ See All 24 Departments

**Avg. Customer Review**
★★★★☆ & Up
★★★☆☆ & Up
★★☆☆☆ & Up
★☆☆☆☆ & Up

**Brand**
☐ Apple
☐ AmazonBasics
☐ Amazon
☐ SAMSUNG
☐ PlayStation
☐ Logitech
☐ Bose
∨ See more

**Price**
Under $25
$25 to $50
$50 to $100
$100 to $200
$200 & Above
[$ Min] [$ Max] [Go]

**Amazon Certified**
☐ Auto Replenishment
☐ Works with Alexa

**From Our Brands**
☐ Our Brands

**Packaging Option**
☐ Frustration-Free Packaging

**New & Upcoming**
New Arrivals
Coming Soon

≡  amazon
[All ▾] wireless local area network pr [🔍]
🇺🇸 ▾
Hello, Sign in
Account & Lists ▾
Account ▾
Returns & Orders
Try Prime ▾
🛒 0 Cart

⊙ Hello
Select your address

Best Sellers    Customer Service    AmazonBasics    New Releases    New Amazon devices from $29.99

225-240 of over 8,000 results for **"wireless local area network products"**

Sort by: Featured ▾

**Certification**

☐ Energy Star

**Amazon Global Store**

☐ Amazon Global Store

**International Shipping**

☐ International Shipping Eligible

**Condition**

New

Used



$185.99

$9.98 shipping



2018 Flagship Dell Inspiron Laptop, FHD IPS 15.6" Touchscreen, Intel Quad-Core i5-8250U (Beat i7-7500U),...

★★★★☆ ⌄ 72

$999.11

FREE Shipping
More Buying Choices
$569.99 (2 used & new offers)



Plustek eScan A350 Document Scanner 25 Ppm WiFi/Ethernet No Pc Needed

$900.96

FREE Shipping

Geeni 4 Smart Surge Protector (2 USB Outlets) – No Hub Wireless Remote Control and Timer –Works with Amazon...

★★★★☆ ⌄ 752      **Amazon Certified:** Works with Alexa

$25.28 ~~$34.99~~

✓prime Get it as soon as Sat, Sep 26

FREE Shipping by Amazon



**Best Seller**



GESOBYTE Amplified HD Digital TV Antenna Long 200+ Miles Range - Support 4K 1080p Fire tv Stick and All Older...

★★★★½ ⌄ 13,422

$28.90

FREE Shipping by Amazon
In stock on October 2, 2020.

Marantz SR7011 9.2 Channel Full 4K Ultra HD AV Receiver with Built-in Heos Wireless Technology Featuring Bluetooth...

★★★★☆ ⌄ 51      **Amazon Certified:** Works with Alexa

$1,749.00 ~~$2,199.00~~



FREE Shipping





**D-Link Wi-Fi Baby Monitor - Night Vision, 2-Way Audio, Local and Remote Video Monitor App for iPhone and Android...**

★★★☆☆ ∨ 413

$129⁹⁹

FREE Shipping

Only 1 left in stock - order soon.



Sponsored ⓘ

**Adesso AKB-132PB Multimedia Desktop Keyboard, Black**

★★★★☆ ∨ 43

$14⁹⁹

Get it as soon as **Sat, Sep 26**

FREE Shipping on your first order shipped by Amazon



Sponsored ⓘ

**148 Piece Deluxe Art Set, Artist Drawing&Painting Set, Art Supplies with Wooden Case, Professional Art Kit for Kids,...**

★★★★½ ∨ 4

**13% off**

$34⁹⁹ $39.99

Save 5% with coupon

✓prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon



**Lenovo ThinkPad P53 i9 Mobile Workstation Laptop (Intel i9-9880H 8-Core, 15.6" Full HD (1920x1080), Quadro RTX...**

$3,649⁹⁹

FREE Shipping

Only 1 left in stock - order soon.

🌿 Climate Pledge Friendly

See 1 certification ∨



**Apple iPad with WiFi + Cellular, 128GB, Gold (2017 Model) (Renewed)**

★★★★½ ∨ 296

$369⁹⁹

FREE Shipping

Only 1 left in stock - order soon.



### Newest HP 14-inch Chromebook HD Touchscreen Laptop PC (Intel Celeron N3350 up to 2.4GHz, 4GB RAM, 32GB Flash...

★★★★☆ ∨ 245

**$358**00 ~~$432.00~~

✓**prime** Get it as soon as **Wed, Sep 30**

More Buying Choices
$309.97 (80 used & new offers)

🌱 Climate Pledge Friendly

See 1 certification ∨

---



### UniFi AC Mesh Wireless Access Point UAP-AC-M-PRO-US 802.11ac 3x3 MIMO Outdoor Wi-Fi (2 Units)

**$393**98

FREE Shipping
Only 8 left in stock - order soon.

**16**

[ Add to Cart ]

Sponsored ⓘ

---



### LuxHeat 100 Sqft Mat Kit (120v) Electric Radiant Floor heating System for Under Tile & Laminate. Underfloor...

$**649**00

FREE Shipping
Only 4 left in stock - order soon.

---



### Epson WorkForce WF-7720 Wireless Wide-format Color Inkjet Printer with Copy, Scan, Fax, Wi-Fi Direct and Etherne...

★★★★☆ ∨ 1,243

$**550**98                    **Amazon Certified:** Smart Reorders

$33.99 shipping
Only 1 left in stock - order soon.

More Buying Choices
$550.00 (13 new offers)

---



### Motorola MC9200 Handheld Computer - Wi-Fi (802.11a/b/g/n) / VGA Color Screen / 1GB RAM/2GB...



iRobot Braava Jet M6 (6110) Ultimate Robot Mop- Wi-Fi Connected, Precision Jet Spray, Smart Mapping, Works with...

1,451

$449.00 ~~$499.99~~

Amazon Certified: Works with Alexa

prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon

More Buying Choices

$321.71 (10 used & new offers)

---

Sponsored

Mugast USB Wireless 2.4G Keyboard Mouse Combo for PC Computer, Ultra Thin and Fashionable Design(White)

1

$22.99

FREE Shipping

---

Sponsored

Wireless Keyboard Mouse Combo Z-LITONG 2.4GHz Computer Keyboard Ultrathin Full-Size 109 Keys 3 Level De...

143

$49.99

Save $3.00 with coupon

prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon

Only 18 left in stock - order soon.

← Previous 1 ... 14 **15** 16 ... 20 Next →

## Brands related to your search

SUNCO LIGHTING

Dimmable.
Dependable.
Durable.

Shop Sunco Lighting ›

WENHSIN

wenhsin LED

Shop WENHSIN ›

## Need help?

Visit the help section or contact us

2,356

Shop now

Sponsored

## Best sellers in Kindle eBooks

Page 1 of 5



**If You Tell: A True Story of Murder, Family Secrets,...**
›Gregg Olsen
★★★★½ 14,199
Kindle Edition
$1.99



**Playing with Fire: A Bad Boy College Romance**
›L.J. Shen
★★★★★ 919
Kindle Edition
$2.99



**The Evening and the Morning (Kingsbridge...**
›Ken Follett
★★★★½ 581
Kindle Edition
$15.99



**Rage**
›Bob Woodward
★★★★½ 2,056
Kindle Edition
$14.99

**See Her Die (Bree Tag...Book 2)**
›Melinda Leigh
★★★★½ 834
Kindle Edition
$6.99

## Deals in magazine subscriptions

Page 1 of 6



**AllRecipes**
Print Magazine
$3.00



**Cosmopolitan**
★★★★☆ 3,030
Print Magazine
$6.00



**Food Network Magazine**
★★★★½ 42
Print Magazine
$6.00



**Shape**
★★★★☆ 4
Print Magazine
$3.00



**Bon Appetit**
★★★★☆ 10
Print Magazine
$5.00

---

**Your Browsing History**   **View or edit your browsing history** ›

See personalized recommendations



**Sign in**

New customer? Start here.

   

No imava

---

Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help





amazon

English | United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | Amazon Drive Cloud storage from Amazon | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Alexa Actionable Analytics for the Web |
| Sell on Amazon Start a Selling Account | Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Rapids Fun stories for kids on the go |
| Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | CreateSpace Indie Print Publishing Made Easy | DPReview Digital Photography |
| East Dane Designer Men's Fashion | Fabric Sewing, Quilting & Knitting | Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Prime Now FREE 2-hour Delivery on Everyday Items |
| Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands | Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing |
| Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | Amazon Second Chance Pass it on, trade it in, give it a second life |

Conditions of Use Privacy Notice Interest-Based Ads © 1996-2020, Amazon.com, Inc. or its affiliates

amazon
All | wireless local area network pı
Hello, Sign in
Account & Lists
Account
Returns
& Orders
Try Prime
0 Cart
Hello
Select your address
Best Sellers | Customer Service | AmazonBasics | New Releases
New Amazon devices from $29.99

241-256 of over 8,000 results for "wireless local area network products"

Sort by: Featured

**Amazon Prime**

- prime

**Eligible for Free Shipping**

- Free Shipping by Amazon

All customers get FREE Shipping on orders over $25 shipped by Amazon

**Deals**

- Today's Deals

**Department**

Electronics
- Computer Networking Wireless Access Points
- Data Storage
- Computer Accessories & Peripherals
- USB Computer Network Adapters

Books
- Computers & Technology

See All 24 Departments

**Avg. Customer Review**

- ★★★★☆ & Up
- ★★★☆☆ & Up
- ★★☆☆☆ & Up
- ★☆☆☆☆ & Up

**Brand**

- Apple
- AmazonBasics
- Amazon
- SAMSUNG
- PlayStation
- Logitech
- Bose

See more

**Price**

- Under $25
- $25 to $50
- $50 to $100
- $100 to $200
- $200 & Above

$ Min | $ Max | Go

**Amazon Certified**

- Auto Replenishment
- Works with Alexa

**From Our Brands**

- Our Brands

**Packaging Option**

- Frustration-Free Packaging

**New & Upcoming**

- New Arrivals
- Coming Soon

InstallerParts

**Professional Series Shielded Ethernet Cables CAT5E**

Shop InstallerParts ›

InstallerParts Ethernet Cable CAT5E Cable UTP Booted 25 FT - Red -…
★★★★½ 1,929

InstallerParts Ethernet Cable CAT5E Cable Shielded (FTP) Booted 25 FT -…
★★★★½ 135

InstallerParts Ethernet Cable CAT5E Cable UTP Booted 200 FT - Blue -…
★★★★½ 1,929

Sponsored

Price and other details may vary based on size and color

Sponsored

**Arenti Rechargeable Battery Powered WiFi Camera, GO1 Outdoor Home Security Camera with IP65 Waterproof, Nig...**

★★★★☆ 8

13% off

$69.99 ($36.84/100 g) ~~$79.99~~

Lowest price in 30 days

prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon

Sponsored

**Wireless Keyboard and Mouse Combo - Full Size Slim Thin Wireless Keyboard Mouse with Numeric Keypad with On/O...**

★★★★½ 2,759

$35.98

Save $3.00 with coupon

prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon

**ATN ThOR 4, 384x288, Thermal Rifle Scope w/Ultra Sensitive Next Gen Sensor, WiFi, Image Stabilization, Range...**

★★★★☆ 213

$2,502.56

prime Get it as soon as **Fri, Oct 2**

FREE Shipping by Amazon

More Buying Choices

$2,499.00 (6 new offers)

**Dell XPS 9370 13.3in 4K UHD Touchscreen Laptop PC - Intel**

### Certification
☐ Energy Star

### Amazon Global Store
☐ Amazon Global Store

### International Shipping
☐ International Shipping Eligible

### Condition
New
Used



⭐⭐⭐⭐☆ ⌄ 49



WiFi Electric Drapery System,Remote Control Curtain Motor with DIY Tracks,Alexa Voice Control via Tuya App Timer,Slid...

⭐⭐⭐⭐½ ⌄ 79

**$269**⁰⁰

`Save $15.00` with coupon

✓prime Get it as soon as **Fri, Oct 2**
FREE Shipping by Amazon
Only 4 left in stock - order soon.
More Buying Choices
$194.25 (2 used & new offers)

MINIX NEO Z83-4, Intel Cherry Trail Fanless Mini PC Windows 10 (64-bit) [4GB/32GB/Dual-Band Wi-Fi/Gigabit...

⭐⭐⭐☆☆ ⌄ 575




Sponsored ⓘ

`Best Seller`



Vansky Outdoor TV Antenna 150 Mile Range Digital Amplified HDTV Antenna 360 Degree Rotation for 2 TVs...

⭐⭐⭐⭐☆ ⌄ 6,398

**$35**⁹⁹

✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon
More Buying Choices
$29.89 (3 used & new offers)

`Best Seller`



Kasa Smart Light Switch by TP-Link,Single Pole,Needs Neutral Wire,2.4Ghz WiFi Light Switch Works with Alexa an...

⭐⭐⭐⭐½ ⌄ 2,036

`Limited time deal`          **Amazon Certified:** Works with Alexa

**$39**⁹⁹

✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon



X-Tronic 4010-XTS-2 Pro Series 75 Watt Soldering Iron Station - Sleep Func, Calibration Func, C/F Func, 5 Extra Tip...

⭐⭐⭐⭐⭐ ⌄ 152



$98^{80}$

✔prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon



**LOSRECAL Android Handheld Scanner, Zebra SE4710 Rugged PDA 2D Barcode Scanner, Mobile Computer Data...**

$478^{99}$

✔prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon
Only 2 left in stock - order soon.



Sponsored ⓘ

**blurams 2pc Indoor Security Camera PTZ 1080p, WiFi Dome Camera Pet/Nanny Camera Baby Monitor w/Two-Way Audi...**

★☆☆☆☆ ⌄ 1

$69^{99}$

FREE Shipping



Sponsored ⓘ

**3-Year iPad/Tablet PC Plan Under $350**

$17^{54}$

FREE Shipping



**iBUYPOWER Gaming PC Computer Desktop Element 9260 (Intel Core i7-9700F 3.0Ghz, NVIDIA GeForce GTX 1660 Ti...**

★★★★⯪ ⌄ 2,426

$999^{99}$

✔prime Get it as soon as **Sun, Sep 27**
FREE Shipping by Amazon



**Yale Assure Lock SL, Wi-Fi and Bluetooth Deadbolt - Works with Amazon Alexa, Google Assistant, HomeKit, Airbnb and...**

★★★★☆ ⌄ 1,222

$261^{71} $299.00

✔prime Get it as soon as **Sat, Sep 26**

41

Shop now

Sponsored ⓘ

Amazon.com: wireless local area network products



FREE Shipping by Amazon
More Buying Choices
$190.88 (14 used & new offers)

---



Google WiFi System, 1-Pack - Router Replacement for Whole Home Coverage - NLS-1304-25,white
★★★★☆ ⌄ 12,927
$107⁹⁸ $129.00
✓prime Get it as soon as **Wed, Sep 30**
FREE Shipping by Amazon
More Buying Choices
$64.95 (23 used & new offers)

---



2019 HP 15.6" Touchscreen Laptop PC, Intel Core i5-7200U, 8GB DDR4, 2TB HDD, Intel HD Graphics 620, 802.11AC Wi-...
★★★★☆ ⌄ 22
Only 1 left in stock - order soon.

---



Apple iPad Air 10.5-inch (3rd Gen) Tablet A2152 (Wi-Fi Only) - 64GB / Space Gray (Renewed)
★★★★☆ ⌄ 196
$499⁰⁰
✓prime Get it as soon as **Thu, Oct 1**
Only 5 left in stock - order soon.

---



HP Flagship Envy x360 2-in-1 15.6 inch FHD IPS Touchscreen Laptop, Intel i7-8550u Quad-Core, Intel 512GB PCIe SSD,...
★★★☆☆ ⌄ 9
$1,149⁹⁹
✓prime Get it as soon as **Thu, Oct 1**
Only 8 left in stock - order soon.
More Buying Choices
$990.00 (2 used & new offers)

---



Samsung Xpress C430W Wireless Color Laser Printer with Simple NFC + WiFi Connectivity and Built-in Ethernet...
★★★☆☆ ⌄ 264

---

Intel NUC NUC7i3BNK Mini PC/HTPC, Intel Dual-Core i3-7100U 2.4GHz, 8GB DDR4, 256GB SSD, WiFi, Bluetooth, 4k...

★★★★½ ⌄ 24

$506⁹⁹

FREE Shipping

Sponsored ⓘ

2.4GHZ Keyboard and Mouse Combo, Wireless PC Keyboard and Mouse Set with Long Standby for...

$38⁹⁹

FREE Shipping

Only 2 left in stock - order soon.

Sponsored ⓘ

Sanan Wireless Battery Powered Security Camera Outdoor, Rechargeable WiFi Outdoor Home Camera with 1080P Nig...

$79⁹⁹

✓prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon

Only 18 left in stock - order soon.

| ← Previous | 1 | ... | 15 | 16 | 17 | ... | 20 | Next → |

## Need help?

Visit the help section or contact us

7,015    [ Shop now ]

Sponsored ⓘ

### Best sellers in Kindle eBooks

Page 1 of 5

‹      ›







If You Tell: A True Story of Murder, Family Secrets,...
› Gregg Olsen
⭐ 14,199
Kindle Edition
$1.99

Playing with Fire: A Bad Boy College Romance
› L.J. Shen
⭐ 919
Kindle Edition
$2.99

The Evening and the Morning (Kingsbridge...
› Ken Follett
⭐ 581
Kindle Edition
$15.99

Rage
› Bob Woodward
⭐ 2,056
Kindle Edition
$14.99

See Her Die (Bree Tag...
Book 2)
› Melinda Leigh
⭐ 834
Kindle Edition
$6.99

## Deals in magazine subscriptions

Page 1 of 6







AllRecipes
Print Magazine
$3.00

Cosmopolitan
⭐ 3,030
Print Magazine
$6.00

Food Network Magazine
⭐ 42
Print Magazine
$6.00

Shape
⭐ 4
Print Magazine
$3.00

Bon Appetit
⭐ 10
Print Magazine
$5.00

**Your Browsing History**    **View or edit your browsing history** ›

See personalized recommendations


**Sign in**

New customer? Start here.






No im
availa

### Get to Know Us

Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

### Make Money with Us

Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

### Amazon Payment Products

Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

### Let Us Help You

Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

 amazon

 English

 United States

| **Amazon Music**<br>Stream millions<br>of songs | **Amazon<br>Advertising**<br>Find, attract, and<br>engage customers | **Amazon Drive**<br>Cloud storage<br>from Amazon | **6pm**<br>Score deals<br>on fashion brands | **AbeBooks**<br>Books, art<br>& collectibles | **ACX**<br>Audiobook<br>Publishing<br>Made Easy | **Alexa**<br>Actionable<br>Analytics<br>for the Web |
| **Sell on Amazon**<br>Start a Selling<br>Account | **Amazon<br>Business**<br>Everything For<br>Your Business | **Amazon Fresh**<br>Groceries & More<br>Right To Your<br>Door | **AmazonGlobal**<br>Ship Orders<br>Internationally | **Home Services**<br>Experienced<br>Pros<br>Happiness<br>Guarantee | **Amazon Ignite**<br>Sell your original<br>Digital Educational<br>Resources | **Amazon Rapids**<br>Fun stories for<br>kids on the go |
| **Amazon Web<br>Services**<br>Scalable Cloud<br>Computing<br>Services | **Audible**<br>Listen to Books &<br>Original<br>Audio<br>Performances | **Book<br>Depository**<br>Books With Free<br>Delivery<br>Worldwide | **Box Office Mojo**<br>Find Movie<br>Box Office Data | **ComiXology**<br>Thousands of<br>Digital Comics | **CreateSpace**<br>Indie Print Publishing<br>Made Easy | **DPReview**<br>Digital<br>Photography |
| **East Dane**<br>Designer Men's<br>Fashion | **Fabric**<br>Sewing, Quilting<br>& Knitting | **Goodreads**<br>Book reviews<br>&<br>recommendations | **IMDb**<br>Movies, TV<br>& Celebrities | **IMDbPro**<br>Get Info<br>Entertainment<br>Professionals<br>Need | **Kindle Direct<br>Publishing**<br>Indie Digital & Print<br>Publishing<br>Made Easy | **Prime Now**<br>FREE 2-hour<br>Delivery<br>on Everyday Items |
| **Amazon Photos**<br>Unlimited Photo<br>Storage<br>Free With Prime | **Prime Video<br>Direct**<br>Video Distribution<br>Made Easy | **Shopbop**<br>Designer<br>Fashion Brands | **Amazon Warehouse**<br>Great Deals on<br>Quality Used Products | **Whole Foods<br>Market**<br>America's<br>Healthiest<br>Grocery Store | **Woot!**<br>Deals and<br>Shenanigans | **Zappos**<br>Shoes &<br>Clothing |
| **Ring**<br>Smart Home<br>Security Systems | **eero WiFi**<br>Stream 4K Video<br>in Every Room | **Neighbors App**<br>Real-Time Crime<br>& Safety Alerts | **Amazon Subscription Boxes**<br>Top subscription boxes – right<br>to your door | **PillPack**<br>Pharmacy<br>Simplified | **Amazon Renewed**<br>Like-new products<br>you can trust | **Amazon Second<br>Chance**<br>Pass it on, trade it<br>in,<br>give it a second<br>life |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2020, Amazon.com, Inc. or its affiliates



amazon

All | wireless local area network pr

Hello, Sign in
Account & Lists
Account

Returns
& Orders

Try Prime

0 Cart

Hello
Select your address

Best Sellers   Customer Service   AmazonBasics   New Releases     New Amazon devices from $29.99

257-272 of over 8,000 results for **"wireless local area network products"**     Sort by: Featured

**Amazon Prime**
☐ ✓prime

**Eligible for Free Shipping**
☐ Free Shipping by Amazon
All customers get FREE Shipping on orders over $25 shipped by Amazon

**Deals**
☐ Today's Deals

**Department**
Electronics
  Computer Networking Wireless Access Points
  Data Storage
  Computer Accessories & Peripherals
  USB Computer Network Adapters
Books
  Computers & Technology
∨ See All 24 Departments

**Avg. Customer Review**
★★★★☆ & Up
★★★☆☆ & Up
★★☆☆☆ & Up
★☆☆☆☆ & Up

**Brand**
☐ Apple
☐ AmazonBasics
☐ Amazon
☐ SAMSUNG
☐ PlayStation
☐ Logitech
☐ Bose
∨ See more

**Price**
Under $25
$25 to $50
$50 to $100
$100 to $200
$200 & Above
[ $ Min ] [ $ Max ] [ Go ]

**Amazon Certified**
☐ Auto Replenishment
☐ Works with Alexa

**From Our Brands**
☐ Our Brands

**Packaging Option**
☐ Frustration-Free Packaging

**New & Upcoming**
New Arrivals
Coming Soon



**XLE1607-1661-1681**

Shop Wise Tiger LLC ›



1200Mbps Bluetooth 4.1 USB WiFi Adapter, 802.11AC Dual Band 2.4Ghz /...
★★★★☆ 153



600Mbps Bluetooth 4.2 USB WiFi Adapter, Dual Band 2.4Ghz / 5.8Ghz U...
★★★★☆ 205



USB Wifi Adapter 600Mbps USB 2.0 Wifi Dongle 802.11 AC Wireless Network...
★★★★☆ 1,766

Sponsored ⓘ



Sponsored ⓘ

**Wooden Alphabets Flash Cards Set with Organizer Bag - 2 Sets ABC Wooden Letters Spell Animal Card Board Matchin...**
★★★★★ ∨ 4
$22.59

Ages: 3 months and up

Get it as soon as Sat, Sep 26
FREE Shipping on your first order shipped by Amazon

Sponsored ⓘ

**NPET KM20 Wireless Keyboard and Mouse Combo, Wireless Mouse and Full-Sized 2.4GHz Computer Keyboard with...**
★★★★☆ ∨ 51
$19.99




Get it as soon as Sat, Sep 26
FREE Shipping on your first order shipped by Amazon

**Outdoor Digital Amplified HDTV Antenna, 150 Mile Motorized 360 Degree Rotation, Wireless Remote Control,...**
★★★★☆ ∨ 137



**Compatible with Alexa- App Controlled Updated S03 WiFi Landline Security Alarm System Basic Kit Wireless DIY Hom...**
★★★☆☆ ∨ 30
$129.99

**Certification**
- [ ] Energy Star

**Amazon Global Store**
- [ ] Amazon Global Store

**International Shipping**
- [ ] International Shipping Eligible

**Condition**
New
Used



$5.47 shipping



### MoKo Smart Wifi Relay Switch, 2 PACK Wireless Smart On-off Switch, 10A, Remote Control Light Switch Timer...
★★★★☆ ˅ 54

**$15**⁹⁹

Get it as soon as **Sat, Sep 26**
FREE Shipping on your first order
shipped by Amazon
More Buying Choices
$14.07 (2 used & new offers)



### Ubiquiti Networks UniFi FlexHD 802.11ac Wave 2 Wi-Fi Access Point (UAP-FlexHD-US)
★★★★½ ˅ 281

**$203**¹⁸

✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon



### Mackie DL16S 16-Channel Wireless Digital Sound Mixer, Built-In WiFi + Wires Bundle

**$869**⁹⁹

FREE Shipping
Only 5 left in stock - order soon.



### GBF WiFi Video Doorbell Intercom for Multi-Unit Apartment Building (4 Units), Remotely Access by Android and iOS...
★★★☆☆ ˅ 7



### Fieldpiece HG3 Hvac Guide Wireless
★★★★½ ˅ 9

**$598**²⁹

FREE Shipping
Only 2 left in stock - order soon.



### Linksys WHW0203 Velop Home Mesh Wi-Fi System Bundle (Dual/Tri-Band Combo) - Wi-Fi Router/Wi-Fi Extender for...

★★★★☆ ∨ 190

**$230**00 ~~$399.99~~

✓prime Get it as soon as **Sun, Sep 27**
FREE Shipping by Amazon
Only 12 left in stock - order soon.
More Buying Choices
$180.00 (26 used & new offers)

39,392

Shop now

Sponsored ⓘ



Sponsored ⓘ

### Nyrius Aries Prime Wireless Video HDMI Transmitter & Receiver for Streaming HD 1080p 3D Video & Digital Audio...

★★★☆☆ ∨ 1,588

**$199**99

✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon



Sponsored ⓘ

### Baby Monitor 1080P Home Security Camera Wireless Indoor Surveillance Camera Smart 2.4G WiFi IP Camera with 2-Wa...

★★★☆☆ ∨ 67

**$29**99

✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon



### OEM Lenovo ThinkCentre M720 Tiny M720q Intel Quad Core i3-8100T, 16GB RAM, 500GB SSD, WiFi Intel AC 8265, W10...

★★★★☆ ∨ 8

**$659**95

✓prime Get it as soon as **Tue, Sep 29**
FREE Shipping by Amazon
Only 12 left in stock - order soon.





### CYBERPOWERPC Gamer Xtreme VR Gaming PC, Intel Core i5-9400F 2.9GHz, NVIDIA GeForce GTX 1660 6GB, 8GB...

★★★★☆ ∨ 3,395

**$749**99

✓prime Get it as soon as **Wed, Sep 30**
FREE Shipping by Amazon

amazon.com : wireless local area network products



### Quoya Smart Curtains System, Electric Curtain Track with Automated Rail【Motorized and Adjustable Tracks/Rod/Pol...

★★★★½ ✓ 48

**$299**⁰⁰

✓prime Get it as soon as **Fri, Oct 2**
FREE Shipping by Amazon



### Apple iPad (10.2-Inch, Wi-Fi + Cellular, 32GB) - Gold (Latest Model) (Renewed)

★★★★½ ✓ 670

**$389**⁹⁹ ~~$459.26~~
FREE Shipping
Only 3 left in stock - order soon.



### CyberPowerPC Gamer Master Gaming PC, AMD Ryzen 5 3600 3.6GHz, GeForce GTX 1660 6GB, 16GB DDR4, 500GB PCI-E...

★★★★½ ✓ 190



### Dojo Smart internet security and privacy solution for your Wi-Fi network - Safe from hacks, cyberattacks and privacy...

★★★☆☆ ✓ 78

**$91**⁵⁴
FREE Shipping
Only 1 left in stock - order soon.
More Buying Choices
$49.99 (10 used & new offers)



**Best Seller**



### Smart Dimmer Plug Treatlife Outdoor Dimmer Works with Alexa and Google Assistant, WiFi Outlet Remote Control, N...

★★★★½ ✓ 915

**$35**⁹⁹          **Amazon Certified:** Works with Alexa

**Save $5.00** with coupon

✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon



### Mini Portable Pocket Projector with WiFi, Wireless and Wired Screen Sharing,1080P Video Play, Home Theater Pico...





Sponsored ⓘ

Microsoft Surface Pro 6 (Intel Core i5, 8GB RAM, 128GB) - Newest Version (Renewed)

★★★★½ ✓ 253

$589⁹⁹ ~~$832.54~~

✓prime Get it as soon as **Thu, Oct 1**

Only 10 left in stock - order soon.

Accessories sold separately

| ← Previous | 1 | … | 16 | **17** | 18 | 19 | 20 | Next → |

## Need help?

Visit the help section or contact us

---

7,028

[Shop now]

Sponsored

## Best sellers in Kindle eBooks

Page 1 of 5





kindle unlimited

If You Tell: A True Story of Murder, Family Secrets,…
›Gregg Olsen
★★★★½ 14,199
Kindle Edition
$1.99



kindle unlimited

Playing with Fire: A Bad Boy College Romance
›L.J. Shen
★★★★★ 919
Kindle Edition
$2.99



The Evening and the Morning (Kingsbridge…
›Ken Follett
★★★★½ 581
Kindle Edition
$15.99



Rage
›Bob Woodward
★★★★½ 2,056
Kindle Edition
$14.99



kindle unlimited

See Her Die (Bree Tag… Book 2)
›Melinda Leigh
★★★★½ 834
Kindle Edition
$6.99



## Deals in magazine subscriptions

Page 1 of 6











**AllRecipes**
Print Magazine
$3.00

**Cosmopolitan**
★★★★☆ 3,030
Print Magazine
$6.00

**Food Network Magazine**
★★★★½ 42
Print Magazine
$6.00

**Shape**
★★★★☆ 4
Print Magazine
$3.00

**Bon Appetit**
★★★★☆ 10
Print Magazine
$5.00

---

### Your Browsing History    View or edit your browsing history ›











See personalized recommendations

**Sign in**

New customer? Start here.

---

### Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon.com Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Business Card | Your Orders |
| Press Center | Advertise Your Products | Amazon Business Line of Credit | Shipping Rates & Policies |
| Investor Relations | Self-Publish with Us | Shop with Points | Amazon Prime |
| Amazon Devices | Host an Amazon Hub | Credit Card Marketplace | Returns & Replacements |
| Amazon Tours | › See More Make Money with Us | Reload Your Balance | Manage Your Content and Devices |
| | | Amazon Currency Converter | Amazon Assistant |
| | | | Help |

---

**amazon**

🌐 English ▾      🇺🇸 United States

---

| Amazon Music<br>Stream millions<br>of songs | Amazon<br>Advertising<br>Find, attract, and<br>engage customers | Amazon Drive<br>Cloud storage<br>from Amazon | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook<br>Publishing<br>Made Easy | Alexa<br>Actionable<br>Analytics<br>for the Web |
| Sell on Amazon<br>Start a Selling<br>Account | Amazon<br>Business<br>Everything For<br>Your Business | Amazon Fresh<br>Groceries & More<br>Right To Your<br>Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Experienced<br>Pros<br>Happiness<br>Guarantee | Amazon Ignite<br>Sell your original<br>Digital Educational<br>Resources | Amazon Rapids<br>Fun stories for<br>kids on the go |
| Amazon Web<br>Services<br>Scalable Cloud<br>Computing<br>Services | Audible<br>Listen to Books &<br>Original<br>Audio<br>Performances | Book<br>Depository<br>Books With Free<br>Delivery<br>Worldwide | Box Office Mojo<br>Find Movie<br>Box Office Data | ComiXology<br>Thousands of<br>Digital Comics | CreateSpace<br>Indie Print Publishing<br>Made Easy | DPReview<br>Digital<br>Photography |
| East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>&<br>recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info<br>Entertainment<br>Professionals<br>Need | Kindle Direct<br>Publishing<br>Indie Digital & Print<br>Publishing<br>Made Easy | Prime Now<br>FREE 2-hour<br>Delivery<br>on Everyday Items |
| Amazon Photos | Prime Video<br>Direct | Shopbop<br>Designer<br>Fashion Brands | Amazon Warehouse<br>Great Deals on<br>Quality Used Products | Whole Foods<br>Market | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing |

Unlimited Photo
Storage
Free With Prime

Video Distribution
Made Easy

America's
Healthiest
Grocery Store

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right
to your door

PillPack
Pharmacy
Simplified

Amazon Renewed
Like-new products
you can trust

Amazon Second
Chance
Pass it on, trade it
in,
give it a second
life

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2020, Amazon.com, Inc. or its affiliates

amazon.com: wireless local area network products



**Hello, Sign in**
Account & Lists · Account

Returns & Orders

Try Prime

0 Cart

Hello
Select your address

Best Sellers   Customer Service   AmazonBasics   New Releases      New Amazon devices from $29.99

273-288 of over 8,000 results for **"wireless local area network products"**     Sort by: Featured ▾

**Amazon Prime**
☐ ✓prime

**Eligible for Free Shipping**
☐ Free Shipping by Amazon
All customers get FREE Shipping on orders over $25 shipped by Amazon

**Deals**
☐ Today's Deals

**Department**
Electronics
  Computer Networking Wireless Access Points
  Data Storage
  Computer Accessories & Peripherals
  USB Computer Network Adapters
Books
  Computers & Technology
➤ See All 24 Departments

**Avg. Customer Review**
★★★★☆ & Up
★★★☆☆ & Up
★★☆☆☆ & Up
★☆☆☆☆ & Up

**Brand**
☐ Apple
☐ AmazonBasics
☐ Amazon
☐ SAMSUNG
☐ PlayStation
☐ Logitech
☐ Bose
➤ See more

**Price**
Under $25
$25 to $50
$50 to $100
$100 to $200
$200 & Above
[ $ Min ] [ $ Max ] [ Go ]

**Amazon Certified**
☐ Auto Replenishment
☐ Works with Alexa

**From Our Brands**
☐ Our Brands

**Packaging Option**
☐ Frustration-Free Packaging

**New & Upcoming**
New Arrivals
Coming Soon

🌱 **XFTREE**    Shop XFTREE ❯     **Digital Indoor TV Antenna**

 

TV Antenna, Amplified HD Indoor Digital TV Antenna 200 Miles Long Range...
★★★★☆ 3,718
✓prime

TV Antenna, 2020 Amplified HD Digital Indoor Antenna 200 Miles Range HDT...
★★★★☆ 921
✓prime

TV Antenna, Indoor HDTV Digital Amplified TV Antennas 200 Miles Ran...
★★★★☆ 7,028
✓prime
Sponsored ⓘ



Sponsored ⓘ
**AV Access HDMI Extender hdmi balun 1080P 60Hz Over Single Cat5e/6/7 up to 50m/164ft, IR Control, EQ Switch f...**
★★★★☆ 45
$34.99
[Save 5%] with coupon
✓prime Get it as soon as Sat, Sep 26
FREE Shipping by Amazon



Sponsored ⓘ
**Womens 2pcs Tie Dye Printed Long Tops and Pants Pajamas Set Joggers PJ Sets Nightwear Loungewear**
★★★★☆ 15
$33.99
[Save 10%] with coupon (some sizes/colors)
✓prime
FREE Shipping by Amazon



**AKASO V50X Native 4K30fps WiFi Action Camera with EIS Touch Screen 4X Zoom Web Camera 131 feet Waterproof...**
★★★★☆ 1,753
$99.99
✓prime Get it as soon as Tue, Sep 29
FREE Shipping by Amazon



**HP ProDesk 600 G1 SFF, Intel i5, 8GB, 256GB SSD, Win 10, HP 24 Inch Monitor, Wireless Keyboard Mouse, WiFi...**
★★★★☆ 14



$329^{00}$

FREE Shipping
Only 3 left in stock - order soon.

---

**Best Seller**



Baby Monitor, Conico 1080P Wireless Security Home Camera System with Sound Motion Detection IR Night Vision/2- Wa...

★★★★☆ ⌄ 1,366

$19^{99}$     **Amazon Certified:** Works with Alexa

**Save $5.00** with coupon

Get it as soon as **Sat, Sep 26**
FREE Shipping on your first order shipped by Amazon

---



Schluter Ditra Duo Signature Floor Heating Kit -64 Square Feet- Includes WiFi Touchscreen Programmable Thermostat...

$713^{80}$

$74.90 shipping
Only 20 left in stock - order soon.

---



Gaming PC Desktop Computer Intel i5 3.10GHz,8GB Ram,1TB Hard Drive,Windows 10 pro,WiFi Ready,Video Card...

★★★★☆ ⌄ 462

$498^{99}$

FREE Shipping
Only 18 left in stock - order soon.

---



NETGEAR Orbi Ultra-Performance Whole Home Mesh WiFi Satellite Extender - works with your Orbi Router to add...

★★★★½ ⌄ 537

$249^{99}$

Save $12.50 at checkout

✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon

More Buying Choices
$179.95 (19 used & new offers)

---



Ubiquiti Networks Litebeam M5 Wireless Bridge 10Mb/100Mb LAN, AirMax 802.11 N (LBE-M5-23-US)

★★★★½ ⌄ 139

$61^{92}$

✓prime
FREE Shipping by Amazon

---

**Certification**
☐ Energy Star

**Amazon Global Store**
☐ Amazon Global Store

**International Shipping**
☐ International Shipping Eligible

**Condition**
New
Used

9/24/2020
Case 2:19-cv-10374-SB-E   Document 131-2   Filed 09/29/20   Page 55 of 68   Page ID #:1260
amazon.com: wireless local area network products

39,392

Shop now

Sponsored ⓘ



### Kwikset 99390-001 Halo Wi-Fi Smart Lock Keyless Entry Electronic Touchscreen Deadbolt Featuring SmartKey…

★★★★☆ ⌄ 548

**$157⁷⁹**

✓prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon

More Buying Choices
$127.36 (12 used & new offers)

Amazon Certified: **Works with Alexa**



### TP-Link WiFi 6 Router AX1800 Smart WiFi Router – 802.11ax Router, Gigabit Router, Dual Band, OFDMA, Parental…

★★★★½ ⌄ 1,441

**$124⁴¹**

✓prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon

More Buying Choices
$123.99 (22 new offers)

Amazon Certified: **Works with Alexa**



### Samsung SM-T720NZKAXAR Galaxy Tab S5e 64 GB Wifi Tablet Black (2019)

★★★★½ ⌄ 1,653

**$372²⁰** $399.99

✓prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon

More Buying Choices
$306.97 (37 used & new offers)



### Apple MacBook Air MD760LL/A 13.3-Inch Laptop (Intel Core i5 Dual-Core 1.3GHz up to 2.6GHz, 4GB RAM, 128GB SSD,…

★★★★½ ⌄ 811

**$599⁹⁹** $674.99

✓prime Get it as soon as **Thu, Oct 1**



### Lenovo ThinkPad T480 14" HD Business Laptop Computer, 8th Gen Intel Quad-Core i5-8250U Up to 3.40GHz, 16GB…

★★★☆☆ ⌄ 6

**$1,176⁰⁰**

FREE Shipping

Only 2 left in stock - order soon.

37



Shop now

Sponsored ⓘ

### Microsoft Surface Pro X – 13" Touch-Screen – SQ1 - 16GB Memory - 256GB Solid State Drive – Wifi + 4G Lte – Matte...

★★★★☆ ⌄ 216

Only 3 left in stock - order soon.

More Buying Choices
$1,099.90 (7 used & new offers)



### NETVUE Outdoor Security Camera - 1080P Security Camera Outdoor with Night Vision, Motion Detection & Instant Aler...

★★★★☆ ⌄ 2,617

$39⁹⁹

Save 30% with coupon

✓prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon

More Buying Choices
$33.34 (19 used & new offers)



### Security Camera 1080P WiFi Dog Pet Camera - KAMTRON Wireless Indoor Pan/Tilt/Zoom Home Camera Baby Monito...

★★★★½ ⌄ 7,841

$39⁹⁹         Amazon Certified: Works with Alexa

✓prime Get it as soon as **Sun, Sep 27**

FREE Shipping by Amazon

More Buying Choices
$34.74 (7 used & new offers)



### MSI Z390-A PRO LGA1151 (Intel 8th and 9th Gen) M.2 USB 3.1 Gen 2 DDR4 HDMI DP CFX Dual Gigabit LAN ATX Z390...

★★★★½ ⌄ 1,164

$124⁹⁹ $149.99

✓prime

FREE Shipping by Amazon

More Buying Choices
$99.99 (52 used & new offers)

← Previous   1 ··· 17   **18**   19   20   Next →

## Need help?

Visit the help section or contact us

505    Shop now



Sponsored

amazon.com: wireless local area network products

## Best sellers in Kindle eBooks

Page 1 of 5



**If You Tell: A True Story of Murder, Family Secrets,...**
› Gregg Olsen
⭐⭐⭐⭐½ 14,199
Kindle Edition
$1.99



**Playing with Fire: A Bad Boy College Romance**
› L.J. Shen
⭐⭐⭐⭐⭐ 919
Kindle Edition
$2.99



**The Evening and the Morning (Kingsbridge...**
› Ken Follett
⭐⭐⭐⭐½ 581
Kindle Edition
$15.99



**Rage**
› Bob Woodward
⭐⭐⭐⭐½ 2,056
Kindle Edition
$14.99

**See Her Die (Bree Tag...Book 2)**
› Melinda Leigh
⭐⭐⭐⭐½ 834
Kindle Edition
$6.99

## Deals in magazine subscriptions

Page 1 of 6



**AllRecipes**
Print Magazine
$3.00



**Cosmopolitan**
⭐⭐⭐⭐☆ 3,030
Print Magazine
$6.00



**Food Network Magazine**
⭐⭐⭐⭐½ 42
Print Magazine
$6.00



**Shape**
⭐⭐⭐⭐☆ 4
Print Magazine
$3.00



**Bon Appetit**
⭐⭐⭐⭐☆ 10
Print Magazine
$5.00

**Your Browsing History**   **View or edit your browsing history** ›







No im available

See personalized recommendations

**Sign in**

New customer? Start here.

**Back to top**

### Get to Know Us

Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

### Make Money with Us

Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

### Amazon Payment Products

Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

### Let Us Help You

Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help



amazon

English United States

Amazon Music
Stream millions of songs

Amazon Advertising
Find, attract, and engage customers

Amazon Drive
Cloud storage from Amazon

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Alexa
Actionable Analytics for the Web

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Ignite
Sell your original Digital Educational Resources

Amazon Rapids
Fun stories for kids on the go

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Book Depository
Books With Free Delivery Worldwide

Box Office Mojo
Find Movie Box Office Data

ComiXology
Thousands of Digital Comics

CreateSpace
Indie Print Publishing Made Easy

DPReview
Digital Photography

East Dane
Designer Men's Fashion

Fabric
Sewing, Quilting & Knitting

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Prime Now
FREE 2-hour Delivery on Everyday Items

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Amazon Second Chance
Pass it on, trade it in, give it a second life

Conditions of Use Privacy Notice Interest-Based Ads © 1996-2020, Amazon.com, Inc. or its affiliates

9/24/2020
Case 2:19-cv-10374-SB-E   Document 131-2   Filed 09/29/20   Page 59 of 68   Page ID #:1264
Amazon.com: wireless local area network products



≡ amazon

All | wireless local area network pr | 🔍

Hello, Sign in
Account & Lists ▾
Account ▾

Returns
& Orders

Try Prime ▾

🛒 Cart 0

📍 Hello
Select your address

Best Sellers   Customer Service   AmazonBasics   New Releases

New Amazon devices from $29.99

289-304 of over 8,000 results for **"wireless local area network products"**

Sort by: Featured ▾

**Amazon Prime**
☐ ✓prime

**Eligible for Free Shipping**
☐ Free Shipping by Amazon
All customers get FREE Shipping on orders over $25 shipped by Amazon

**Deals**
☐ Today's Deals

**Department**
Electronics
  Computer Networking Wireless Access Points
  Data Storage
  Computer Accessories & Peripherals
  USB Computer Network Adapters
Books
  Computers & Technology
▾ See All 24 Departments

**Avg. Customer Review**
★★★★☆ & Up
★★★☆☆ & Up
★★☆☆☆ & Up
★☆☆☆☆ & Up

**Brand**
☐ Apple
☐ AmazonBasics
☐ Amazon
☐ SAMSUNG
☐ PlayStation
☐ Logitech
☐ Bose
▾ See more

**Price**
Under $25
$25 to $50
$50 to $100
$100 to $200
$200 & Above
[$ Min] [$ Max] [Go]

**Amazon Certified**
☐ Auto Replenishment
☐ Works with Alexa

**From Our Brands**
☐ Our Brands

**Packaging Option**
☐ Frustration-Free Packaging

**New & Upcoming**
New Arrivals
Coming Soon

InstallerPARTS   **Professional Series Shielded Ethernet Cables CAT5E**

Shop InstallerParts ›



InstallerParts Ethernet Cable CAT5E Cable UTP Booted 25 FT - Red -...
★★★★☆ 1,929

InstallerParts Ethernet Cable CAT5E Cable Shielded (FTP) Booted 25 FT -...
★★★★☆ 135

InstallerParts Ethernet Cable CAT5E Cable UTP Booted 200 FT - Blue -...
★★★★☆ 1,929

Sponsored ⓘ



Sponsored ⓘ
**Adesso AKB-133CB - Keyboard and Mouse Combo, Wired, Desktop Keyboard, Ambidextrous Mouse, Multimedia...**
★★★☆☆ ▾ 7
**$20**⁹⁸
Get it as soon as Sun, Sep 27
FREE Shipping on your first order shipped by Amazon
Only 10 left in stock - order soon.

Sponsored ⓘ
**blurams 2pc Outdoor Pro, Security Camera Outdoor System 1080p FHD Outside w/Two-Way Audio, Starlight Night...**
**$129**⁹⁹
Save $10.00 with coupon
FREE Shipping



**Linksys Business LAPAC1200 Access Point Wireless Wi-Fi Dual Band 2.4 + 5GHz AC1200 with PoE**
★★★★☆ ▾ 171



**NETGEAR Nighthawk 8-Stream AX8 Wifi 6 Router (RAX80) – AX6000 Wireless Speed (Up to 6 Gbps) | 2,500 sq. ft....**
★★★★☆ ▾ 5,058
**$399**⁰⁰





Save $19.01 at checkout
FREE Shipping by Amazon
In stock on November 3, 2020.
More Buying Choices
$281.02 (23 used & new offers)

**Certification**
☐ Energy Star

**Amazon Global Store**
☐ Amazon Global Store

**International Shipping**
☐ International Shipping Eligible

**Condition**
New
Used

Cambridge Audio CXN V2 Stereo Network Streamer - All-in-One Wireless Media Streaming with WiFi (Lunar Grey)

★★★★½ ⌄ 29

$1,099⁰⁰

✓prime Get it **Wed, Sep 30 - Mon, Oct 5**

Only 11 left in stock - order soon.



Lenovo ThinkPad P53s Workstation Laptop (Intel i7-8565U 4-Core, 40GB RAM, 1TB PCIe SSD, Quadro P520, 15.6" Full...

★★★★☆ ⌄ 72

$1,549⁰⁰

✓prime Get it as soon as **Fri, Oct 2**

🌱 Climate Pledge Friendly
See 1 certification ⌄



Mini Projector, Portable Pocket Projector with WiFi, Android 7.0, Wireless and Wired Screen Sharing,1080P Video Play,...



Asus TUF Gaming Laptop FX504 15.6" 120Hz 3ms Full HD, Intel Core i7-8750H Processor, GeForce GTX 1060 6GB, 16G...

★★★★☆ ⌄ 141

$1,125⁰⁰

FREE Shipping
Only 18 left in stock - order soon.



RP-SMA Male

Aigital RP-SMA Male Connector Antenna 4G LTE 9dBi High Gain WiFi Signal Booster Omni Directional Adapter Networ...

★★★☆☆ ⌄ 88

$9⁹⁹ $13.99

Get it as soon as **Sat, Sep 26**
FREE Shipping on your first order shipped by Amazon





### 2019 HP Pavilion x360 2-in-1 14" FHD Touchscreen Laptop Computer, 8th Gen Intel Quad-Core i5-8250U Up to 3.4GH...

★★★★☆ ⌄ 4

**$999**⁹⁹

FREE Shipping

Only 3 left in stock - order soon.



### Winegard ConnecT 2.0 4G2 (WF2-435) 4G LTE and Wi-Fi Extender for RVs

★★★★☆ ⌄ 280

**$349**⁰⁰

✓prime Get it as soon as **Tue, Sep 29**

FREE Shipping by Amazon

More Buying Choices
$284.42 (14 used & new offers)

**Best Seller**



### Govee Smart WiFi LED Strip Lights Works with Alexa, Google Home Brighter 5050 LED, 16 Million Colors Phone App...

★★★★☆ ⌄ 14,075

**$25**⁹⁹

**Amazon Certified:** Works with Alexa

✓prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon



### Koolertron Upgraded 7 inch IPS Touch Screen H.265 4K IPC-9800 ADH Plus IP Camera Tester TVI CVI AHD IP CVBS CCT...

★★★★★ ⌄ 3

**$393**⁹⁹

✓prime Get it as soon as **Fri, Oct 2**

FREE Shipping by Amazon

Only 2 left in stock - order soon.



### Apple iPad Mini 4, 64GB, Silver - WiFi + Cellular (Renewed)

★★★★☆ ⌄ 1,428

**$329**⁹⁹

✓prime Get it as soon as **Thu, Oct 1**

Only 1 left in stock - order soon.

Add to Cart

Sponsored ⓘ



### Kindle Oasis – Now with adjustable warm light – Wi-Fi + Free Cellular Connectivity, 32 GB, Graphite

★★★★☆ ⌄ 8,063

$349⁹⁹

✓prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon

---



### Wireless Router, WOSUK 300Mbps Multi-Function Mini Wireless-N WiFi Range Extender Signal Booster 802.11n/b/...

★★★☆☆ ⌄ 191

---



### Ambient Weather WS-2000 Smart Weather Station with WiFi Remote Monitoring and Alerts

★★★★☆ ⌄ 401

$289⁹⁹

✓prime Get it as soon as **Sun, Sep 27**

FREE Shipping by Amazon

More Buying Choices
$251.89 (3 used & new offers)

---



### Lexmark CX331adwe Laser Printer - Color - 26 ppm Mono / 26 ppm Color - 600 dpi Print - Automatic Duplex Print -...

★★★☆☆ ⌄ 3

🌿 Climate Pledge Friendly

See 1 certification ⌄

---

← Previous | 1 ... 18 | **19** | 20 | Next →

## Need help?

Visit the help section or contact us



Shop now

Sponsored

## Best sellers in Kindle eBooks

Page 1 of 5



**If You Tell: A True Story of Murder, Family Secrets,...**
› Gregg Olsen
★★★★½ 14,199
Kindle Edition
$1.99



**Playing with Fire: A Bad Boy College Romance**
› L.J. Shen
★★★★★ 919
Kindle Edition
$2.99



**The Evening and the Morning (Kingsbridge...**
› Ken Follett
★★★★½ 581
Kindle Edition
$15.99



**Rage**
› Bob Woodward
★★★★½ 2,056
Kindle Edition
$14.99



**See Her Die (Bree Tag... Book 2)**
› Melinda Leigh
★★★★½ 834
Kindle Edition
$6.99

## Deals in magazine subscriptions

Page 1 of 6



**AllRecipes**
Print Magazine
$3.00



**Cosmopolitan**
★★★★☆ 3,030
Print Magazine
$6.00



**Food Network Magazine**
★★★★½ 42
Print Magazine
$6.00



**Shape**
★★★★☆ 4
Print Magazine
$3.00



**Bon Appetit**
★★★★☆ 10
Print Magazine
$5.00

---

**Your Browsing History**   **View or edit your browsing history** ›

    No im availa

See personalized recommendations

**Sign in**

New customer? Start here.

---

Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

 amazon

English     United States

Amazon.com: wireless local area network products

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Advertising** Find, attract, and engage customers | **Amazon Drive** Cloud storage from Amazon | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Alexa** Actionable Analytics for the Web |
| **Sell on Amazon** Start a Selling Account | **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Ignite** Sell your original Digital Educational Resources | **Amazon Rapids** Fun stories for kids on the go |
| **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances | **Book Depository** Books With Free Delivery Worldwide | **Box Office Mojo** Find Movie Box Office Data | **ComiXology** Thousands of Digital Comics | **CreateSpace** Indie Print Publishing Made Easy | **DPReview** Digital Photography |
| **East Dane** Designer Men's Fashion | **Fabric** Sewing, Quilting & Knitting | **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Prime Now** FREE 2-hour Delivery on Everyday Items |
| **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands | **Amazon Warehouse** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing |
| **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | **Amazon Second Chance** Pass it on, trade it in, give it a second life |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2020, Amazon.com, Inc. or its affiliates



305-306 of over 8,000 results for "wireless local area network products"

Sort by: Featured ▼

**Amazon Prime**
☐ ✓prime

**Eligible for Free Shipping**
☐ Free Shipping by Amazon
All customers get FREE Shipping on orders over $25 shipped by Amazon

**Deals**
☐ Today's Deals

**Department**
Electronics
  Computer Networking Wireless Access Points
  Data Storage
  Computer Accessories & Peripherals
  USB Computer Network Adapters
Books
  Computers & Technology
❯ See All 24 Departments

**Avg. Customer Review**
★★★★☆ & Up
★★★☆☆ & Up
★★☆☆☆ & Up
★☆☆☆☆ & Up

**Brand**
☐ Apple
☐ AmazonBasics
☐ Amazon
☐ SAMSUNG
☐ PlayStation
☐ Logitech
☐ Bose
❯ See more

**Price**
Under $25
$25 to $50
$50 to $100
$100 to $200
$200 & Above
[$ Min] [$ Max] [Go]

**Amazon Certified**
☐ Auto Replenishment
☐ Works with Alexa

**From Our Brands**
☐ Our Brands

**Packaging Option**
☐ Frustration-Free Packaging

**New & Upcoming**
New Arrivals
Coming Soon



## USB WiFi Adapter AC 1300Mbps
Shop EDUP ❯


EDUP USB 3.0 Adapter AC 1300Mbps with 39" USB Cable, Long...
★★★★☆ 129
✓prime


USB 3.0 WiFi Adapter 1300Mbps Dual Band Wireless Network Adapter 802.1...
★★★★☆ 78


EDUP USB WiFi Adapter for Laptop PC AC 1300Mbps Nano Wireless Network...
★★★★☆ 114

Sponsored ⓘ

Sponsored ⓘ


**TiVo Stream 4K – Every Streaming App and Live TV on One Screen – 4K UHD, Dolby Vision HDR and Dolby Atmos Soun...**
★★★★☆ 394
$49⁹⁹
✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon

Sponsored ⓘ


**Sheet Pan, Xomoo Silicone Pans Dividers Baking Half Sheet Nonstick Bakeware for Cooking Oven Safe Baking Trays Eas...**
★★★★☆ 28
$21⁹⁹
Save $4.00 with coupon
Get it as soon as **Sat, Sep 26**
FREE Shipping on your first order shipped by Amazon


**Mohu Television Antenna Leaf 30 Paper-Thin Indoor HDTV Antenna for Free TV MH-110502**
★★★★☆ 10,436
$19⁹⁹
Get it as soon as **Sat, Sep 26**
FREE Shipping on your first order shipped by Amazon


**Hakko Soldering Station, FX-951-66 (One Pack)**
★★★★☆ 131
$256²⁸ ($2.67/oz) $269.77



Certification

☐ Energy Star

**Amazon Global Store**

☐ Amazon Global Store

**International Shipping**

☐ International Shipping Eligible

**Condition**

New

Used

✓prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon

More Buying Choices

$249.99 (13 new offers)

← Previous   1  ...  18   19   **20**   Next →

### Need help?

Visit the help section or contact us

122        Shop now

Sponsored ⓘ

2,463

Sponsored ⓘ

## Best sellers in Kindle eBooks
Page 1 of 5








If You Tell: A True Story of Murder, Family Secrets,...
›Gregg Olsen
★★★★☆ 14,199
Kindle Edition
$1.99

Playing with Fire: A Bad Boy College Romance
›L.J. Shen
★★★★★ 919
Kindle Edition
$2.99

The Evening and the Morning (Kingsbridge...
›Ken Follett
★★★★☆ 581
Kindle Edition
$15.99

Rage
›Bob Woodward
★★★★☆ 2,056
Kindle Edition
$14.99

See Her Die (Bree Tag...
Book 2)
›Melinda Leigh
★★★★☆ 834
Kindle Edition
$6.99

## Deals in magazine subscriptions
Page 1 of 6








**AllRecipes**
Print Magazine
$3.00

**Cosmopolitan**
★★★★☆ 3,030
Print Magazine
$6.00

**Food Network Magazine**
★★★★½ 42
Print Magazine
$6.00

**Shape**
★★★★☆ 4
Print Magazine
$3.00

**Bon Appetit**
★★★★☆ 10
Print Magazine
$5.00

---

**Your Browsing History**    **View or edit your browsing history** ›







See personalized recommendations

[ **Sign in** ]

New customer? Start here.

---

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon.com Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Business Card | Your Orders |
| Press Center | Advertise Your Products | Amazon Business Line of Credit | Shipping Rates & Policies |
| Investor Relations | Self-Publish with Us | Shop with Points | Amazon Prime |
| Amazon Devices | Host an Amazon Hub | Credit Card Marketplace | Returns & Replacements |
| Amazon Tours | › See More Make Money with Us | Reload Your Balance | Manage Your Content and Devices |
| | | Amazon Currency Converter | Amazon Assistant |
| | | | Help |

 **amazon**    [ 🌐 English ▾ ]    [ 🇺🇸 United States ]

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions of songs | Amazon Advertising<br>Find, attract, and engage customers | Amazon Drive<br>Cloud storage from Amazon | 6pm<br>Score deals on fashion brands | AbeBooks<br>Books, art & collectibles | ACX<br>Audiobook Publishing Made Easy | Alexa<br>Actionable Analytics for the Web |
| Sell on Amazon<br>Start a Selling Account | Amazon Business<br>Everything For Your Business | Amazon Fresh<br>Groceries & More Right To Your Door | AmazonGlobal<br>Ship Orders Internationally | Home Services<br>Experienced Pros Happiness Guarantee | Amazon Ignite<br>Sell your original Digital Educational Resources | Amazon Rapids<br>Fun stories for kids on the go |
| Amazon Web Services<br>Scalable Cloud Computing Services | Audible<br>Listen to Books & Original Audio Performances | Book Depository<br>Books With Free Delivery Worldwide | Box Office Mojo<br>Find Movie Box Office Data | ComiXology<br>Thousands of Digital Comics | CreateSpace<br>Indie Print Publishing Made Easy | DPReview<br>Digital Photography |
| East Dane<br>Designer Men's Fashion | Fabric<br>Sewing, Quilting & Knitting | Goodreads<br>Book reviews & recommendations | IMDb<br>Movies, TV & Celebrities | IMDbPro<br>Get Info Entertainment Professionals Need | Kindle Direct Publishing<br>Indie Digital & Print Publishing Made Easy | Prime Now<br>FREE 2-hour Delivery on Everyday Items |
| Amazon Photos | Prime Video Direct | Shopbop<br>Designer Fashion Brands | Amazon Warehouse<br>Great Deals on Quality Used Products | Whole Foods Market | Woot!<br>Deals and Shenanigans | Zappos<br>Shoes & Clothing |

Amazon.com: wireless local area network products

Unlimited Photo Storage
Free With Prime

Video Distribution
Made Easy

America's Healthiest Grocery Store

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Amazon Second Chance
Pass it on, trade it in, give it a second life

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2020, Amazon.com, Inc. or its affiliates