# EXHIBIT B





amazon | All | WLAN products | Hello, Sign in Account & Lists | Returns & Orders | Try Prime | 0 Cart

Hello Select your address | Best Sellers | Customer Service | AmazonBasics | New Releases | Today's Deals | Whole Foods | Gift Cards | Free Shipping | New Amazon devices from $29.99

1-48 of 946 results for "WLAN products"

Sort by: Featured

**Amazon Prime**
- prime

**Eligible for Free Shipping**
- Free Shipping by Amazon

All customers get FREE Shipping on orders over $25 shipped by Amazon

**Deals**
- Today's Deals

**Local Stores**
- Amazon Fresh

See more

**Department**

Computers & Accessories
- Computer Networking
- Internal Computer Networking Cards

Office Electronics Products
- Printers & Accessories

See All 16 Departments

**Avg. Customer Review**
- & Up
- & Up
- & Up
- & Up

**Brand**
- Apple
- AmazonBasics
- SAMSUNG
- Logitech
- Western Digital
- Acer
- SanDisk

See more

**Price**
- Under $25
- $25 to $50
- $50 to $100
- $100 to $200
- $200 & Above

$ Min | $ Max | Go

**Amazon Certified**
- Auto Replenishment
- Works with Alexa

**From Our Brands**
- Our Brands

**Packaging Option**
- Frustration-Free Packaging

**New & Upcoming**
- New Arrivals
- Coming Soon

**Certification**
- Energy Star

**International Shipping**
- International Shipping Eligible

**Condition**
- New
- Used

BrosTrend®
Stable WiFi signal of 1200Mbps WiFi booster
Shop BrosTrend ›

Limited time Deal
$35.69 prime
$41.99 (15% off)

Sponsored

NETGEAR WiFi Range Extender EX3700 - Coverage up to 1000 sq.ft. and 15 Devices with AC750 Dual Band Wireless Signal...
30,858
$34.79 $46.99
prime Get it as soon as Sat, Sep 26
FREE Shipping by Amazon
More Buying Choices
$29.88 (36 used & new offers)

Implementing Wireless Networks using the HP ProCurve Multiservice Mobility Solution (MSM)
2010
**Prime Video**
This video is currently unavailable

Gigabyte GC-WB867D-I REV Bluetooth 4.2/Wireless AC/B/G/N Band Dual Frequency 2.4Ghz/5.8Ghz Expansion Card
2,106

Wireless USB WiFi Adapter for PC - 802.11AC 1200Mbps Dual 5Dbi Antennas 5G/2.4G WiFi USB for PC Desktop Laptop MA...
2,958
$22.98
Save 5% with coupon
Get it as soon as Sat, Sep 26
FREE Shipping on your first order shipped by Amazon
More Buying Choices
$20.74 (4 used & new offers)

Linksys EA3500 - Dual-Band N750 Router with Gigabit and USB (Renewed)
1,088
$24.95 $79.00
FREE Shipping

Intel Wireless-Ac 9260, 2230, 2X2 Ac+Bt, Gigabit, No Vpro
844
$16.48
Get it as soon as Sun, Sep 27
FREE Shipping on your first order shipped by Amazon
More Buying Choices
$12.99 (17 used & new offers)

TP-Link Mini - AC600 USB 2.0
Wifi Adapter | 2.4G/5G Dual
Band Wireless Network Adapter
for PC Desktop | Mini Travel Siz...
⭐⭐⭐⭐½ ⌄ 35,123
$17.99
Get it as soon as **Sat, Sep 26**
FREE Shipping on your first order
shipped by Amazon

2018 Dell Inspiron 15.6" HD
Performance Touchscreen
Laptop - Intel Dual-Core i5-
7200U 2.5GHz, 8GB DDR4,...
⭐⭐⭐☆☆ ⌄ 6



OURLiNK 600Mbps AC600 Dual
Band USB WiFi Dongle &
Wireless Network Adapter for
Laptop/Desktop Computer -...
⭐⭐⭐⭐☆ ⌄ 2,115
$12.98
Get it as soon as **Sat, Sep 26**
FREE Shipping on your first order
shipped by Amazon
More Buying Choices
$11.94 (4 used & new offers)

---



Zyxel Next Generation Unified
Security Gateway with WLAN
Controller and 4 LAN/DMZ, 2
WAN, 1 OPT Ports [USG110]
⭐⭐⭐⭐☆ ⌄ 82
$599.99
✓prime Get it as soon as **Sat, Sep
26**
FREE Shipping by Amazon
Only 15 left in stock - order soon.
More Buying Choices
$371.92 (20 used & new offers)



Flagship HP Pavilion x360 14" 2-
in-1 Full HD IPS Touchscreen
Business Laptop, Intel Quad-
Core i5-8250U 8G DDR4 256G...
⭐⭐⭐⭐☆ ⌄ 9
$809.00
FREE Shipping
Only 9 left in stock - order soon.
More Buying Choices
$729.00 (4 used & new offers)



Zebra TC51, 2D, Android 6.0,
GMS 5.0", 2GB, 16GB, WLAN,
TC510K-1PAZU2P-A6 (5.0, 2GB,
16GB, WLAN, 4300 MAh, MM,...

---



2018 Dell Inspiron 11.6" 2 in 1
HD Convertible Touchscreen
Business Laptop/Tablet - AMD
Dual-Core A9-9420e 8GB DDR...
⭐⭐⭐☆☆ ⌄ 26
$479.99
FREE Shipping
Only 3 left in stock - order soon.



Mitel Networks WLAN ADPT NA
51304977
$299.00
FREE Shipping by Amazon
In stock on October 4, 2020.



2018 HP EliteBook Revolve 810
G3 11.6" HD Touchscreen
Laptop Computer, Intel Core i5-
5200U up to 2.70GHz, 4GB...
⭐⭐⭐⭐☆ ⌄ 25

---

RS30 AS30U1LBDBSG1 Mobile
Computer, Android 4.4, 1.3 GHz
CPU Quad-Core,
Bluetooth/WLAN...
$589.99
FREE Shipping
Only 6 left in stock - order soon.

Cisco 5508 Wireless Controller
For High Availability - Network
Management Device - 8 Ports -
Gige - 1U Product Type:...
$43,125.00
FREE Shipping
Only 1 left in stock - order soon.
More Buying Choices
$190.00 (2 used & new offers)

Honeywell CT40, WLAN, 5.0"
Display, Battery Included
$1,028.81
✓prime Get it **Wed, Sep 30 - Mon,
Oct 5**
More Buying Choices
$1,027.99 (9 new offers)

72

[ Shop now ]

Sponsored ⓘ

20,496

Shop now

Sponsored ⓘ



HONEYWELL CT60, STD Range,
Android 7.1.1, WLAN ONLY,
3GB/32GB Memory, BT
$1,339.80
FREE Shipping
Only 17 left in stock - order soon.

For Hp 710661-001 756753-
001 784639-005 Intel Dual
Band Wireless-ac 7260
7260hmw Half Mini Pcie Pci-...
★★★½☆ ⌄8
$39.49
FREE Shipping
More Buying Choices
$34.99  (3 new offers)



2018 Flagship H
Business 15.6" I
Touchscreen La
Quad-Core i7-8
★★★☆☆ ⌄8
$899.00
✓prime Get it as
Only 9 left in stock - order soon.
More Buying Choices
$699.00  (5 used & new offers)

★★★★½ 4.7 o
90 global ratings
5 star
4 star
3 star
2 star
1 star
See all cu



HONEYWELL, CT60, Android
7.1.1, WLAN and WWAN, WLAN,
STD Range Imager, 3GB/32GB,
BT
$1,289.90
FREE Shipping
Only 19 left in stock - order soon.



HONEYWELL, EDA70, Android 7
with GMS, WLAN, 1D/2D Imager,
2GB/16GB ROM, NFC, Battery
$653.80
FREE Shipping
Only 5 left in stock - order soon.



Aigital 1200Mbps WiFi Adapter
Wireless Network Card Dual
Band 5GHz/2.4GHz with High
Gain 2 X 5dBi Antennas USB 3....
★★★★½ 90
$20.99

Get it as soon as Sat, Sep 26
FREE Shipping on your first order
shipped by Amazon



Newest Flagship Acer R13 13.3"
Convertible 2-in-1 Full HD IPS
Touchscreen Chromebook - Intel
Quad-Core MediaTek MT8173...
★★★★½ ⌄183
$428.00  $498.99
✓prime Get it as soon as Thu, Oct 1
Only 19 left in stock - order soon.
More Buying Choices
$320.99  (26 used & new offers)



2017 Flagship HP Slimline 270
Premium High Performance
Business Desktop - Intel Quad-
Core i7-7700T 2.9GHz, 8GB...
★★★★☆ ⌄27
Only 1 left in stock - order soon.



Avaya WLAN 6140 HANDSET
(Handset only) NTTQ4021E6
$274.44
FREE Shipping
Only 8 left in stock - order soon.
More Buying Choices
$250.00  (3 used & new offers)



Cambium Networks | cnPilot
e430H High Powered Indoor



Motorola MC9190 Mobile
Computer - Wlan 802.11 A/b/g



HONEYWELL, SCANPAL EDA50,
KIT, 2GB/16GB Memory, WLAN,

9/24/2020
Case 2:19-cv-10374-SB-E   Document 131-3   Filed 09/29/20   Page 5 of 65   Page ID #:1278
Amazon.com : WLAN products

802.11ac Wave 2, 2x2 MU-

☆☆☆☆☆ ⌄ 1

/ Long Range 1d/2d Imager /

**$1,489**⁹⁹

$8.17 shipping
Only 1 left in stock - order soon.
More Buying Choices
$650.00 (3 used & new offers)

2D, BT4.0, Android 7.1 with GMS

**$654**⁶¹

✓prime Get it as soon as **Thu, Oct 1**
Only 8 left in stock - order soon.
More Buying Choices
$654.30 (2 new offers)



**ASUS Wireless LAN Card 802.11A/B/G/N/AC WLAN+BT4.0+HS PT2001**
Only 20 left in stock - order soon.



**Zebra Technologies MC40N0-SCJ3R00 Series MC40 Handheld Mobile Computer, WLAN 802.11 A/B/G/N, VGA Display, 2D...**

**Dell Inspiron 15.6" 2 in 1 FHD IPS Touchscreen Gaming Business Laptop/Tablet, Intel Quad-Core i7-8550U 16GB...**

☆☆☆☆☆ ⌄ 17

Only 1 left in stock - order soon.



**Honeywell Remote 802.11 WLAN Dual Band Antenna Kit VM1277ANTENNA**

**$198**²¹

FREE Shipping
More Buying Choices
$191.38 (8 new offers)

**Best Seller**



**TP-Link AC1750 Smart WiFi Router - Dual Band Gigabit Wireless Internet Router for Home, Works with Alexa, VPN...**

★★★★☆ ⌄ 21,468

**$62**¹³ $79.99

✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon
More Buying Choices
$56.90 (24 used & new offers)
**Amazon Certified:** Works with Alexa



**MMOBIEL WiFi WLAN Antenna Signal Replacement Compatible with iPhone 8 Plus Series 5.5 inch Incl. 3 x Screwdrivers**

★★★★☆ ⌄ 8

**$8**⁹⁹

Get it as soon as **Sun, Sep 27**
FREE Shipping on your first order shipped by Amazon
Only 18 left in stock - order soon.



**TP-Link AC750 WiFi Extender | Covers Up to 1200 Sq.ft and 20 Devices Up to 750Mbps| Dual Band WiFi Range Extender | Wi...**

★★★★☆ ⌄ 26,887

**$29**⁹⁹ $34.99

FREE Shipping by Amazon
In stock on October 1, 2020.



**Skyroam Solis Lite | 4G LTE WiFi Mobile Hotspot | Global Coverage | Up to 10 Connected Devices | Built in VPN | vSIM...**

★★★☆☆ ⌄ 293

**$119**⁹⁹

✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon
More Buying Choices
$117.00 (9 new offers)

**Zebra Technologies ZQ52-AUN1000-00 Series ZQ520 Mobile Printer, Direct Thermal, Dual Radio, Bluetooth 3.0,...**

311

Shop now

Sponsored ⓘ

Amazon.com : WLAN products





MMOBIEL WiFi WLAN Bluetooth Antenna Signal Connector Flex Cable Compatible with iPad 3/4 incl. Screwdriver

★★★★☆ ✓ 44

$6<sup>99</sup>

Get it as soon as **Sat, Sep 26**
FREE Shipping on your first order shipped by Amazon
Only 5 left in stock - order soon.

Zebra Technologies MC40N0-SCJ3R00 Series MC40 Handheld Mobile Computer, WLAN 802.11 A/B/G/N, VGA Display, 2D...

$149<sup>99</sup>

Only 2 left in stock - order soon.

Samsung (MZ-V7S1T0B/AM) 970 EVO Plus SSD 1TB - M.2 NVMe Interface Internal Solid State Drive with V-NAND...

★★★★★ ✓ 8,086

$179<sup>99</sup> $249.99

✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon
More Buying Choices
$157.57 (17 used & new offers)





AXIS M1065-LW Network Camera 0810-004

★★★☆☆ ✓ 10

$299<sup>00</sup>

✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon
Only 15 left in stock - order soon.
More Buying Choices
$245.00 (9 new offers)

ASUS USB-AC53 AC1200 Nano USB Dual-Band Wireless Adapter, MU-Mimo, Compatible for Windows...

★★★★☆ ✓ 639

$39<sup>94</sup>

✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon
More Buying Choices
$12.99 (30 used & new offers)

Apple iPad Mini (Wi-Fi, 64GB) - Space Gray (Latest Model)

★★★★★ ✓ 5,260

$349<sup>99</sup> $399.00

✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon
More Buying Choices
$318.26 (6 used & new offers)

**Best Seller**



Acer Aspire 5 Slim Laptop, 15.6 inches Full HD IPS Display, AMD Ryzen 3 3200U, Vega 3 Graphics, 4GB DDR4, 128GB...

★★★★☆ ✓ 12,472

$418<sup>00</sup>

✓prime Get it as soon as **Fri, Oct 2**
FREE Shipping by Amazon
More Buying Choices
$324.99 (136 used & new offers)



Intel Wireless-AC 9560, M.2 2230, 2X2 Ac+Bt, Gigabit, No Vpro

★★★★☆ ✓ 186

$14<sup>99</sup>

Get it as soon as **Sat, Sep 26**
FREE Shipping on your first order shipped by Amazon
More Buying Choices
$8.88 (8 used & new offers)



Lenovo Flex 14 2-in-1 Convertible Laptop, 14 Inch FHD Touchscreen Display, AMD Ryzen 5 3500U Processor, 12GB DDR...

★★★★☆ ✓ 2,381

$652<sup>87</sup>

FREE Shipping
Only 4 left in stock - order soon.
More Buying Choices
$639.66 (54 used & new offers)

← Previous   **1**   2   3   •••   7   Next →

**Brands related to your search**
Sponsored ⓘ

BrosTrend®
Stable WiFi signal of 1200Mbps WiFi booster
Shop BrosTrend ›

BrosTrend®
1200Mbps WiFi coverage throughout your home
Shop BrosTrend ›

**Need help?**

Amazon.com: WLAN products

Visit the help section or contact us

51    Shop now

Sponsored ·

### Best sellers in Kindle eBooks


If You Tell: A True Story of Murder, Family Secrets,...
› Gregg Olsen
⭐ 14,199
Kindle Edition
$1.99


Playing with Fire: A Bad Boy College Romance
› L.J. Shen
⭐ 920
Kindle Edition
$2.99


The Evening and the Morning (Kingsbridge...
› Ken Follett
⭐ 581
Kindle Edition
$15.99


Rage
› Bob Woodward
⭐ 2,056
Kindle Edition
$14.99


Summer Beach: Seabreeze Inn
› Jan Moran
⭐ 626
Kindle Edition
$0.99


The Case of the Lazy Lover (The Perry Mason...
› Erle Stanley Gardner
⭐ 36
Kindle Edition
$9.99

### Deals in magazine subscriptions


Yachting
⭐ 80
Print Magazine
$8.00


Reader's Digest
⭐ 7,694
Print Magazine
$5.00


Vanity Fair
⭐ 6
Print Magazine
$5.00


Outdoor Life
⭐ 590
Print Magazine
$5.00


Shape
⭐ 793
Print Magazine
$5.00


Marie Claire
⭐ 11
Print Magazine
$5.00

**Your Browsing History**  View or edit your browsing history ›

    

See personalized recommendations


Sign in

New customer? Start here.



| East Dane | Fabric | Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Prime Now |
|---|---|---|---|---|---|---|
| Designer Men's Fashion | Sewing, Quilting & Knitting | Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | FREE 2-hour Delivery on Everyday Items |
| Amazon Photos | Prime Video Direct | Shopbop | Amazon Warehouse | Whole Foods Market | Woot! | Zappos |
| Unlimited Photo Storage Free With Prime | Video Distribution Made Easy | Designer Fashion Brands | Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing |
| Ring | eero WiFi | Neighbors App | Amazon Subscription Boxes | PillPack | Amazon Renewed | Amazon Second Chance |
| Smart Home Security Systems | Stream 4K Video in Every Room | Real-Time Crime & Safety Alerts | Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products you can trust | Pass it on, trade it in, give it a second life |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2020, Amazon.com, Inc. or its affiliates

amazon.com WLAN products



☰ **amazon**

All ▾ | WLAN products | 🔍

🇺🇸 ▾

Hello, Sign in
**Account & Lists** ▾
Account ▾

Returns
& Orders

Try **Prime** ▾

🛒 **0** Cart

📍 Hello
**Select your address**

Best Sellers    Customer Service    AmazonBasics    New Releases      **New Amazon devices from $29.99**

49-96 of 946 results for **"WLAN products"**

Sort by: Featured ▾

**Amazon Prime**
☐ ✓prime

**Eligible for Free Shipping**
☐ Free Shipping by Amazon
All customers get FREE Shipping on orders over $25 shipped by Amazon

**Deals**
☐ Today's Deals

**Local Stores**
☐ Amazon Fresh
⌄ See more

**Department**
Computers & Accessories
   Computer Networking
   Internal Computer Networking Cards
Office Electronics Products
   Printers & Accessories
⌄ See All 16 Departments

**Avg. Customer Review**
⭐⭐⭐⭐☆ & Up
⭐⭐⭐☆☆ & Up
⭐⭐☆☆☆ & Up
⭐☆☆☆☆ & Up

**Brand**
☐ Apple
☐ AmazonBasics
☐ SAMSUNG
☐ Logitech
☐ Western Digital
☐ Acer
☐ SanDisk
⌄ See more

**Price**
Under $25
$25 to $50
$50 to $100
$100 to $200
$200 & Above

[ $ Min ] [ $ Max ] [ Go ]

**Amazon Certified**
☐ Auto Replenishment
☐ Works with Alexa

**From Our Brands**
☐ Our Brands

**Packaging Option**
☐ Frustration-Free Packaging

**New & Upcoming**
New Arrivals
Coming Soon

BrosTrend ®    **Stable WiFi signal of 1200Mbps WiFi booster**

Shop BrosTrend ›



Limited time Deal

$35.69 ✓prime
~~$41.99~~ (15% off)

Sponsored ⓘ



Sponsored ⓘ
WiFi Range Extender - 1200Mbps WiFi Repeater Wireless Signal Booster, 2.4 & 5GHz Dual Band WiFi Extender...
⭐⭐⭐⭐☆ ✓ 7,682
Limited time deal
$35.26 ~~$45.99~~
✓prime Get it as soon as Sat, Sep 26
FREE Shipping by Amazon



Sponsored ⓘ
1200Mbps WiFi Rang Extender with 4 Advanced External Antennas Home Signal Booster with Ethernet Port Wireless...
$49.99
Save 10% with coupon
✓prime Get it as soon as Sat, Sep 26
FREE Shipping by Amazon



Sponsored ⓘ
WiFi Range Extender - AC1200 WiFi Extender 2.4GHz & 5.8GHz Dual Band Wireless Signal Booster WiFi Repeater - Extend...
⭐⭐⭐⭐☆ ✓ 57
$36.99 ~~$42.99~~
Save 5% with coupon
✓prime Get it as soon as Sat, Sep 26
FREE Shipping by Amazon



Sponsored ⓘ
1200Mbps WiFi Range Extender



Sato WWCL00081 Series CL4NX High Performance Thermal



BrosTrend AC1200 Ethernet-2-WiFi Universal Wireless Adapter

**Certification**

☐ Energy Star

**International Shipping**

☐ International Shipping Eligible

**Condition**

New

Used

OURLINK AC1200 Signal Booster
Repeater, Add Coverage up to
1500 sq.ft. in Your House....

⭐⭐⭐⭐½ ⌄ 3

$33⁹⁸

`Save 30%` with coupon

FREE Shipping by Amazon
In stock on October 3, 2020.

Printer, 203 dpi Resolution, 10
IPS Print Speed

$1,551⁹⁰

FREE Shipping

for Printer, Smart TV, Blu-Ray
Player, Game Console, PS4, Xbox

⭐⭐⭐⭐☆ ⌄ 726

$41⁹⁹

`Save 5%` with coupon

✓prime Get it as soon as Sun, Sep
27

FREE Shipping by Amazon



BrosTrend 1200Mbps Linux USB
Wireless Adapter, Dual Band
5GHz/867Mbps+2.4GHz/300Mbps
Ubuntu, Mint, Debian, Kali,...

⭐⭐⭐⭐☆ ⌄ 384

$27⁹⁹

✓prime Get it as soon as Sat, Sep
26

FREE Shipping by Amazon



Star Micronics - 39481870 -
Tsp650 Thermal Cutter Wlan
Enet Airprint Gray Ext Ps
Included

$418²¹

FREE Shipping



TP-Link AC1750 Wifi Extender,
PCMag Editor's Choice, Up to
1750Mbps, Dual Band Wifi
Range Extender, Internet...

⭐⭐⭐⭐☆ ⌄ 13,446

$71³⁰ $99.99

✓prime Get it as soon as Sun, Sep
27

FREE Shipping by Amazon



USB Wifi Adapter 1200Mbps
Techkey Wireless Network
Adapter USB 3.0 Wifi Dongle
802.11 ac with Dual Band...

⭐⭐⭐⭐½ ⌄ 572

$19⁹⁹

`Save 10%` with coupon

Get it as soon as Sat, Sep 26
FREE Shipping on your first order
shipped by Amazon

More Buying Choices
$18.04 (3 used & new offers)

`Best Seller`



SETEK Superboost WiFi
Extender Signal Booster Long
Range Coverage, Wireless
Internet Amplifier - Covers 15...

⭐⭐⭐⭐½ ⌄ 20,496

$39⁹⁵

✓prime Get it as soon as Sat, Sep
26

FREE Shipping by Amazon



RS30 AS30U1CBDBSG1 Mobile
Computer, Android 4.4, 1.3 GHz
CPU Quad-Core,
Bluetooth/WLAN...

⭐⭐⭐⭐⭐ ⌄ 1

$547³⁷

FREE Shipping
Only 14 left in stock - order soon.

More Buying Choices
$547.13 (6 new offers)









**OKN WiFi 6 AX200 802.11ax WiFi Card 2400Mbps 5GHz and 574Mbps 2.4GHz Wireless Module for Laptop Desktop wit...**

★★★★☆ ⌄ 719

$19⁹⁹

Get it as soon as **Sun, Sep 27**
FREE Shipping on your first order shipped by Amazon



**Eve Cam - Secure Indoor Camera, 100% Privacy, Apple HomeKit Secure Video, iPhone/iPad/Apple Watch...**

★★★★☆ ⌄ 77

$149⁹⁵

✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon

More Buying Choices
$130.82 (4 used & new offers)



**Ubiquiti Networks 2 Pack UAP-AC-HD-US 802.11ac High Density Wave 2 Enterprise Wi-Fi Access Point**

★★★★★ ⌄ 18

$624³⁰

$17.75 shipping
Only 5 left in stock - order soon.

---



**Organizer ESP8266 ESP-12 ESP-12F NodeMcu Mini D1 Module WeMos Lua 4M Bytes WLAN WiFi Internet Development...**

★★★★★ ⌄ 98

$14⁵⁹

Get it as soon as **Sat, Sep 26**
FREE Shipping on your first order shipped by Amazon



**Netis DL4323 Wireless N300 ADSL2+ Modem Router, 2.4Ghz 300Mbps, 802.11b/g/n, Splitter, 5dBi High Gain Antenna...**

★★★☆☆ ⌄ 25

$48⁴²

✓prime Get it as soon as **Sun, Sep 27**
FREE Shipping by Amazon

More Buying Choices
$44.55 (2 used & new offers)



**MMOBIEL WiFi WLAN Bluetooth Antenna Signal Flex Replacement compatible with iPhone 6 Plus Ribbon Incl. 2 x...**

★★★★★ ⌄ 9

$5⁹⁹

Get it as soon as **Sun, Sep 27**
FREE Shipping on your first order shipped by Amazon

Only 18 left in stock - order soon.

---



**Synology MR2200ac Mesh Wi-Fi Router**

★★★★☆ ⌄ 297

$154⁹⁹



**MMOBIEL WiFi WLAN Antenna Signal Connection Flex Cable Compatible with iPhone 7 Plus Ribbon Incl. 3 x Screwdrivers**

★★★★★ ⌄ 1



Sponsored ⓘ

**Tenda 150Mbps Wireless PICO USB Adapter (W311MI), Black**

★★★★☆ ⌄ 482

2,821

Shop now

Sponsored ⓘ

Amazon.com : WLAN : All Products

Save $7.75 at checkout
FREE Shipping by Amazon
In stock on October 1, 2020.
More Buying Choices
$151.48   (19 used & new offers)

$5.99

Get it as soon as **Sun, Sep 27**
FREE Shipping on your first order shipped by Amazon
Only 15 left in stock - order soon.

$9.99   $16.99
Save 7% with coupon

Get it as soon as **Tomorrow, Sep 25**
FREE Shipping on your first order shipped by Amazon

**Best Seller**







Sponsored ⓘ

ANNKE 8CH Security Surveillance System H.265+ 5MP Lite Wired DVR and (8)×1080P HD Weatherproof...
★★★★☆ ⌄ 1,034
$249.99
✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon

Sponsored ⓘ

Supports Y/L WF40 Wi-Fi USB Dongle and IP Phones T27G,T29G,T46G,T48G,T46S,T48S...
★★★★☆ ⌄ 44
$22.22
Get it as soon as **Tomorrow, Sep 25**
FREE Shipping on your first order shipped by Amazon

Sponsored ⓘ

SETEK Superboost WiFi Extender Signal Booster Long Range Coverage, Wireless Internet Amplifier - Covers 15...
★★★★☆ ⌄ 20,496
$39.95
✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon







Honeywell CK3XAA4M000W4100 CK3 Wireless Handheld Computer CK3XA Alphanumeric EX25...
$1,462.58
✓prime Get it **Wed, Sep 30 - Mon, Oct 5**
More Buying Choices
$1,460.82 (12 new offers)

MMOBIEL WiFi WLAN GPS Cover Bracket Antenna Signal Replacement Compatible with iPhone 6 Plus Ribbon Incl 2X...
★★★★☆ ⌄ 35
$6.99
Get it as soon as **Sat, Sep 26**
FREE Shipping on your first order shipped by Amazon
Only 8 left in stock - order soon.

MMOBIEL WiFi GPS Wireless WLAN Antenne Signal Flex Modul Compatible with iPad Air 9.7 inch incl. 2 x Screwdriver
★★★☆☆ ⌄ 10
$6.99
Get it as soon as **Sun, Sep 27**
FREE Shipping on your first order shipped by Amazon
Only 18 left in stock - order soon.

10,727

[ Shop now ]

Sponsored ⓘ














MMOBIEL WiFi GPS Wireless WLAN Antenne Signal Flex Modul Compatible with iPad Air 2 9.7 inch incl. 2 x Screwdriver

 ⌄ 3

**$6**⁹⁹

Get it as soon as **Wed, Sep 30**
FREE Shipping on your first order shipped by Amazon
Only 7 left in stock - order soon.

IZOKEE Development Board for ESP8266 ESP-12F 4M Bytes WLAN WiFi Internet Development Board Compatibl...

 ⌄ 206

**$14**⁷⁹

Get it as soon as **Sat, Sep 26**
FREE Shipping on your first order shipped by Amazon

Smart WiFi E27/E26 Light Socket, AICase [2 Pack]Intelligent WLAN Home Remote Control Light Lamp...

 ⌄ 1,028

**$29**⁹⁹

✓prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon

---



TRENDnet Micro AC1200 Wireless USB Adapter, MU-MIMO, Dual Band Support

 ⌄ 356

**$22**¹⁴

Get it as soon as **Sat, Sep 26**
FREE Shipping on your first order shipped by Amazon
More Buying Choices
$21.99 (42 new offers)



Dell Inspiron 23.8-inch Full HD Touchscreen All-in-One PC 10th Gen Intel i5-10210U 12GB RAM 1TB HDD 256GB SSD Win 10

 ⌄ 7

**$999**⁹⁷

FREE Shipping
Only 1 left in stock - order soon.



Ubiquiti UniFi nanoHD Compact 802.11ac Wave2 MU-MIMO Enterprise Access Point ( UAP-NANOHD-US)

⌄ 1,047

**$159**⁰⁰ $179.00

FREE Shipping by Amazon
In stock on September 28, 2020.
More Buying Choices
$158.00 (33 new offers)

---



NETGEAR AC2000 Dual Band Wireless Access Point (WAC124)

 ⌄ 1,185

**$73**⁵¹ $89.99

✓prime Get it as soon as **Tomorrow, Sep 25**
FREE Shipping by Amazon
More Buying Choices
$45.71 (43 used & new offers)



NETGEAR Nighthawk Smart WiFi Router (R6700) - AC1750 Wireless Speed (up to 1750 Mbps) | Up to 1500 sq ft...

 ⌄ 51,711

**$84**⁰⁶ $99.99

✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon
More Buying Choices



Linksys AE1200 Wireless-N USB Adapter

⌄ 1,630

**$22**⁵⁰ $29.99

Get it as soon as **Tomorrow, Sep 25**
FREE Shipping on your first order shipped by Amazon
More Buying Choices
$15.99 (25 used & new offers)

More Buying Choices
$66.99 (39 used & new offers)

**Amazon Certified:** Works with Alexa



Cudy WU600 AC 600Mbps USB WiFi Adapter for PC, 5GHz / 2.4GHz WiFi Dongle, WiFi USB, USB Wireless Adapter for...

⭐⭐⭐⭐½ ⌄ 2,176

**$12**⁹⁹ $19.99

Get it as soon as **Sun, Sep 27**
FREE Shipping on your first order shipped by Amazon



Intel 7260.HMW Dual Band Wireless-AC 7260 Network Adapter PCI Express Half Mini Card 802.11 b/a/g/n/ac

⭐⭐⭐⭐½ ⌄ 1,082

**$23**⁹²

FREE Shipping



USB Wifi Adapter 1200Mbps QGOO USB 3.0 Wifi Dongle 802.11 ac Wireless Network Adapter with Dual Band...

⭐⭐⭐⭐☆ ⌄ 1,133

**$20**⁹⁹

`Save 20%` with coupon

Get it as soon as **Sun, Sep 27**
FREE Shipping on your first order shipped by Amazon



MMOBIEL WiFi GPS Wireless WLAN Antenne Signal Flex Modul Compatible with iPad 3/4 – 9.7 inch incl. 2 x Screwdriver

⭐⭐⭐⭐½ ⌄ 20

**$6**⁹⁹

Get it as soon as **Sun, Sep 27**
FREE Shipping on your first order shipped by Amazon
Only 20 left in stock - order soon.



Intermec CN51AQ1KN00W0000 Series CN51 Mobile Computer, WLAN, Bluetooth, Battery Pack, EA30 2D Imager, No Camera,...

⭐☆☆☆☆ ⌄ 1



RealTek RTL8723BE NGFF Wlan Wifi BT Bluetooth Card 802.11n for IBM Lenovo 04X6025

**$19**⁹⁹

$4.59 shipping
Only 3 left in stock - order soon.
More Buying Choices
$15.00 (6 used & new offers)







Amazon.com : WLAN products

EDUP WiFi Adapter for Gaming 1300Mbps, USB 3.0 Wireless Adapter Dual Band 5GHz 802.11 AC WiFi Dongle Support...

★★★★☆ ∨ 1,168

**$19**⁹⁹

Get it as soon as **Tomorrow, Sep 25**
FREE Shipping on your first order shipped by Amazon

Sonnet Solo 10G Thunderbolt 3 to SFP+ 10 Gigabit Ethernet Adapter (SFP+ [SR] Included)

★★★★½ ∨ 23

fenvi Dual Band AX WiFi Card AX200 Mini Desktop Wi-Fi 6 AX Wireless WiFi 6 2x2 MIMO NGFF M.2 2230 WiFi Card only for m....

★★★★½ ∨ 119

**$31**⁹⁹

✓ prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon



Cudy 650Mbps Nano Size USB WiFi Adapter, Dual Band 5GHz/2.4GHz Wireless Adapter, for PC/Desktop/Laptop -Nano...

★★★★½ ∨ 408

**$12**⁹⁰

`Save 5%` with coupon

Get it as soon as **Sun, Sep 27**
FREE Shipping on your first order shipped by Amazon



HP LaserJet Pro M29w Wireless All-in-One Laser Printer, Works with Alexa (Y5S53A)

★★★★½ ∨ 1,351



Intel Dual Band Wireless-Ac 8265 w/Bluetooth 8265.NGWMG

★★★★½ ∨ 302

**$23**⁹⁹

FREE Shipping
More Buying Choices
$22.99 (14 new offers)



Zebra Technologies WT41N0-T2S27ER Technologies Series WT41N0 Wearable Mobile Computer, WLAN 802.11...

**$1,389**⁹⁹

$6.63 shipping
Only 5 left in stock - order soon.
More Buying Choices
$799.99 (7 used & new offers)



Samsung Galaxy A20s A207M 32GB DUOS GSM Unlocked Phone (International Variant/US Compatible LTE) - Black

★★★★½ ∨ 5,006

**$160**⁰⁰

FREE Shipping by Amazon
In stock on September 30, 2020.
More Buying Choices
$149.94 (17 used & new offers)

🍃 Climate Pledge Friendly
See 1 certification ∨



Edimax EW-7611ULB 2-in-1 Wi-Fi & Supports Win 7/8.X/10, with Bluetooth 2.1+EDR & 3.0+HS, Bluetooth 4.0 &...

★★★★☆ ∨ 435

**$12**³⁴ ~~$23.35~~

Get it as soon as **Tomorrow, Sep 25**
FREE Shipping on your first order shipped by Amazon
More Buying Choices
$10.08 (6 used & new offers)







Intel Wireless AC 9260 Single Pack

⭐⭐⭐⭐½ ⌄ 657

$17⁰⁰

Get it as soon as **Sat, Sep 26**
FREE Shipping on your first order shipped by Amazon

More Buying Choices
$16.99 (13 new offers)

Skyroam Solis X Smartspot | 4G LTE WiFi Mobile Hotspot and Power Bank | Global Coverage | Up to 10 Connected Devices |...

⭐⭐⭐½☆ ⌄ 280

$179⁹⁹

✓prime Get it as soon as **Sun, Sep 27**

FREE Shipping by Amazon

Cudy AC 650Mbps USB WiFi Adapter for PC, 5GHz/2.4GHz WiFi Dongle, WiFi USB, USB Wireless Adapter for...

⭐⭐⭐⭐½ ⌄ 1,142

$11⁹⁰

Get it as soon as **Sat, Sep 26**
FREE Shipping on your first order shipped by Amazon







Aigital 1200Mbps USB WiFi Adapter for PC,Mini Wireless Adapter Network WiFi Dongle High Speed Dual Band 5GHz /...

⭐⭐⭐⭐½ ⌄ 152

$18⁹⁹ ~~$37.99~~

Get it as soon as **Sat, Sep 26**
FREE Shipping on your first order shipped by Amazon

ZTE Velocity | Mobile Wifi Hotspot 4G LTE Router MF923 | Up to 150Mbps Download Speed | WiFi Connect Up to 10...

⭐⭐⭐⭐☆ ⌄ 586

$114⁷⁰ ~~$169.99~~

✓prime Get it as soon as **Tomorrow, Sep 25**

FREE Shipping by Amazon

Only 14 left in stock - order soon.

More Buying Choices
$59.99 (12 used & new offers)

Sponsored ⓘ

Superboost WiFi Extender Signal Booster, Long Range up to 2500 FT, 1200 MBPS Wireless Internet Amplifier - Covers 15 Devices...

⭐⭐⭐⭐☆ ⌄ 328

$46⁹⁹

**Save 5%** with coupon

✓prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon







Sponsored ⓘ

OURLINK USB WiFi Adapter for PC AC1200Mbps Wireless

Sponsored ⓘ

enKo (2 Pack) 12 inch x 72 feet Bubble Cushioning Wrap Roll

Sponsored ⓘ

WiFi Range Extender 1200Mbps WiFi Booster AC1200 for The

Network Adapter for Desktop
with 2.4GHz/5GHz High Gain...
★★★★☆ ⌄ 18
$12.98

Get it as soon as **Tue, Sep 29**
FREE Shipping on your first order
shipped by Amazon

Perforated 20 Fragile Sticker
Labels for Moving Shipping...
★★★★☆ ⌄ 1,193
$15.95 ~~$16.95~~

Get it as soon as **Sat, Sep 26**
FREE Shipping on your first order
shipped by Amazon

Hourse, Repeater 2.4 & 5GHz
Dual Band WPS Wireless Signal...
★★★☆☆ ⌄ 32
$49.99

✓prime Get it as soon as **Sat, Sep
26**
FREE Shipping by Amazon
Only 19 left in stock - order soon.

← Previous   1   2   3   •••   7   Next →

## Need help?

Visit the help section or contact us

3,646    Shop now

Sponsored

## Best sellers in Kindle eBooks

Page 1 of 5


If You Tell: A True Story of
Murder, Family Secrets,...
› Gregg Olsen
★★★★☆ 14,199
Kindle Edition
$1.99


Playing with Fire: A Bad
Boy College Romance
› L.J. Shen
★★★★☆ 920
Kindle Edition
$2.99


The Evening and the
Morning (Kingsbridge...
› Ken Follett
★★★★☆ 581
Kindle Edition
$15.99


Rage
› Bob Woodward
★★★★☆ 2,056
Kindle Edition
$14.99


See Her Die (Bree Tag
Book 2)
› Melinda Leigh
★★★★☆ 834
Kindle Edition
$6.99

## Deals in magazine subscriptions


Yachting
★★★★☆ 80
Print Magazine
$8.00


Reader's Digest
★★★★☆ 7,694
Print Magazine
$5.00


Vanity Fair
★★★★☆ 6
Print Magazine
$5.00


Outdoor Life
★★★★☆ 590
Print Magazine
$5.00

### Your Browsing History   View or edit your browsing history ›

    

See personalized recommendations

**Sign in**

New customer? Start here.

**Back to top**

### Get to Know Us
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

### Make Money with Us
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

### Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

### Let Us Help You
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

amazon

🌐 English | 🇺🇸 United States

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Advertising** Find, attract, and engage customers | **Amazon Drive** Cloud storage from Amazon | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Alexa** Actionable Analytics for the Web |
| **Sell on Amazon** Start a Selling Account | **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Ignite** Sell your original Digital Educational Resources | **Amazon Rapids** Fun stories for kids on the go |
| **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances | **Book Depository** Books With Free Delivery Worldwide | **Box Office Mojo** Find Movie Box Office Data | **ComiXology** Thousands of Digital Comics | **CreateSpace** Indie Print Publishing Made Easy | **DPReview** Digital Photography |
| **East Dane** Designer Men's Fashion | **Fabric** Sewing, Quilting & Knitting | **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Prime Now** FREE 2-hour Delivery on Everyday Items |
| **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands | **Amazon Warehouse** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing |
| **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | | **Amazon Second Chance** Pass it on, trade it in, give it a second life |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2020, Amazon.com, Inc. or its affiliates



97-144 of over 2,000 results for "WLAN products"

**Amazon Prime**

☐ ✓prime

**Eligible for Free Shipping**

☐ Free Shipping by Amazon

All customers get FREE Shipping on orders over $25 shipped by Amazon

**Deals**

☐ Today's Deals

**Local Stores**

☐ Amazon Fresh

˅ See more

**Department**

Computers & Accessories
    Computer Networking
        Internal Computer Networking Cards
Office Electronics Products
    Printers & Accessories
˅ See All 16 Departments

**Avg. Customer Review**

⭐⭐⭐⭐☆ & Up
⭐⭐⭐☆☆ & Up
⭐⭐☆☆☆ & Up
⭐☆☆☆☆ & Up

**Brand**

☐ Apple
☐ AmazonBasics
☐ SAMSUNG
☐ Logitech
☐ Western Digital
☐ Acer
☐ SanDisk
˅ See more

**Price**

Under $25
$25 to $50
$50 to $100
$100 to $200
$200 & Above

☐ $ Min ☐ $ Max   Go

**Amazon Certified**

☐ Auto Replenishment
☐ Works with Alexa

**From Our Brands**

☐ Our Brands

**Packaging Option**

☐ Frustration-Free Packaging

**New & Upcoming**

New Arrivals
Coming Soon

---

Sort by: Featured ˅



Sponsored ⓘ

JOOWIN WiFi Extender, WiFi Signal Booster WiFi Range Extender Internet Booster Wireless Wi-Fi Signal...


⭐⭐⭐⭐½ ˅ 201

$27.99

✓prime Get it as soon as Sun, Sep 27

FREE Shipping by Amazon



Sponsored ⓘ

WiFi Range Extender - 750Mbps WiFi Repeater Wireless Signal Booster, 2.4 & 5GHz Dual Band WiFi Extender with Ethernet...


⭐⭐⭐⭐☆ ˅ 4,482

**Limited time deal**

$25.27 ~~$35.99~~

✓prime Get it as soon as Tomorrow, Sep 25

FREE Shipping by Amazon



Sponsored ⓘ

Fastoe 802.11ac Dual Band 5GHz PCIe WiFi 5 MIMO Card AC1200Mbps Long Range for Gaming/Desktop with Antenna...


⭐⭐⭐½☆ ˅ 7

$19.99

Get it as soon as Sat, Sep 26

FREE Shipping on your first order shipped by Amazon

Only 3 left in stock - order soon.



Sponsored ⓘ

Superboost WiFi Extender | Covers Up to 1500 Sq.ft and 25 Devices Up to 300Mbps | WiFi Range Extender | WiFi Booster...


⭐⭐⭐☆☆ ˅ 754

$37.99

**Save 10%** with coupon

✓prime Get it as soon as Tomorrow, Sep 25

FREE Shipping by Amazon



Intel 7260.HMW Dual Band Wireless-AC 7260 Network Adapter PCI Express Half Mini Card 802.11 b/a/g/n/ac

⭐⭐⭐⭐½ ˅ 1,082

$23.92

FREE Shipping



USB Wifi Adapter 1200Mbps QGOO USB 3.0 Wifi Dongle 802.11 ac Wireless Network Adapter with Dual Band...

⭐⭐⭐⭐☆ ˅ 1,133

$20.99

**Save 20%** with coupon

Get it as soon as Sun, Sep 27

FREE Shipping on your first order shipped by Amazon







Certification
☐ Energy Star

International Shipping
☐ International Shipping Eligible

Condition
New
Used



MMOBIEL WiFi GPS Wireless WLAN Antenne Signal Flex Modul Compatible with iPad 3/4 - 9.7 inch incl. 2 x Screwdriver

★★★★☆ ∨ 20

$6⁹⁹

Get it as soon as **Sun, Sep 27**
FREE Shipping on your first order shipped by Amazon
Only 20 left in stock - order soon.



Intermec CN51AQ1KN00W0000 Series CN51 Mobile Computer, WLAN, Bluetooth, Battery Pack, EA30 2D Imager, No Camera,...

★☆☆☆☆ ∨ 1



RealTek RTL8723BE NGFF Wlan Wifi BT Bluetooth Card 802.11n for IBM Lenovo 04X6025

$19⁹⁹

$4.59 shipping
Only 3 left in stock - order soon.
More Buying Choices
$15.00 (6 used & new offers)



EDUP WiFi Adapter for Gaming 1300Mbps, USB 3.0 Wireless Adapter Dual Band 5GHz 802.11 AC WiFi Dongle Support...

★★★★☆ ∨ 1,168

$19⁹⁹

Get it as soon as **Tomorrow, Sep 25**
FREE Shipping on your first order shipped by Amazon



Sonnet Solo 10G Thunderbolt 3 to SFP+ 10 Gigabit Ethernet Adapter (SFP+ [SR] Included)

★★★★☆ ∨ 23



fenvi Dual Band AX WiFi Card AX200 Mini Desktop Wi-Fi 6 AX Wireless WiFi 6 2x2 MIMO NGFF M.2 2230 WiFi Card only for m....

★★★★☆ ∨ 119

$31⁹⁹

✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon



Cudy 650Mbps Nano Size USB WiFi Adapter, Dual Band 5GHz/2.4GHz Wireless Adapter, for PC/Desktop/Laptop -Nano...

★★★★☆ ∨ 408

$12⁹⁰
`Save 5%` with coupon
Get it as soon as **Sun, Sep 27**



UTStarcom F1000G WIFI VOIP Phone WLAN 802.11B/G

Only 4 left in stock - order soon.



HP LaserJet Pro M29w Wireless All-in-One Laser Printer, Works with Alexa (Y5S53A)

★★★★☆ ∨ 1,351

Sponsored ⓘ

Get it as soon as **Sat, Sep 27**

FREE Shipping on your first order
shipped by Amazon

464

Shop now

Sponsored ⓘ



Intel Dual Band Wireless-Ac
8265 w/Bluetooth
8265.NGWMG

★★★★½ ⌄ 302

$23⁹⁹

FREE Shipping
More Buying Choices
$22.99 (14 new offers)



Zebra Technologies WT41N0-
T2S27ER Technologies Series
WT41N0 Wearable Mobile
Computer, WLAN 802.11...

$1,389⁹⁹

$6.63 shipping
Only 5 left in stock - order soon.
More Buying Choices
$799.99 (7 used & new offers)



Samsung Galaxy A20s A207M
32GB DUOS GSM Unlocked
Phone (International Variant/US
Compatible LTE) - Black

★★★★½ ⌄ 5,006

$160⁰⁰

FREE Shipping by Amazon
In stock on September 30, 2020.
More Buying Choices
$149.94 (17 used & new offers)

🌿 Climate Pledge Friendly

See 1 certification ⌄



Edimax EW-7611ULB 2-in-1 Wi-
Fi & Supports Win 7/8.X/10,
with Bluetooth 2.1+EDR &
3.0+HS, Bluetooth 4.0 &...

★★★★☆ ⌄ 435

$12³⁴ $23.35

Get it as soon as **Tomorrow, Sep 25**
FREE Shipping on your first order
shipped by Amazon
More Buying Choices
$10.08 (6 used & new offers)



Intel Wireless AC 9260 Single
Pack

★★★★½ ⌄ 657

$17⁰⁰

Get it as soon as **Sat, Sep 26**
FREE Shipping on your first order
shipped by Amazon
More Buying Choices
$16.99 (13 new offers)



Sponsored ⓘ

USB WiFi Adapter for PC,
Techkey 1750Mbps Dual Band
2.42GHz/450Mbps
5.8GHz/1300Mbps High Gain...

★★★★½ ⌄ 3,230

$37⁹⁹

**Save $5.00** with coupon

✓prime Get it as soon as **Tomorrow,
Sep 25**

FREE Shipping by Amazon









Sponsored 

Long Range WiFi Booster Wireless Wi-Fi Repeater Router WLAN Antenna Extender 150Mbps 2.4GHz with...

★★★☆☆ ⌄ 18

$19.45

Get it as soon as **Tomorrow, Sep 25**
FREE Shipping on your first order shipped by Amazon

---

Sponsored 

SMC Networks SMCWCB-G Wireless Cardbus Adapter

★★★☆☆ ⌄ 11

$1.09

$4.50 shipping

---

Sponsored 

Zer one Antenna Panel Directional WiFi 2.4Ghz High Grain WiFi WLAN Extender Directional Long Range- White

$28.29

✓prime Get it as soon as **Sun, Sep 27**

FREE Shipping by Amazon

Only 1 left in stock - order soon.

---



Skyroam Solis X Smartspot | 4G LTE WiFi Mobile Hotspot and Power Bank | Global Coverage | Up to 10 Connected Devices |...

★★★☆☆ ⌄ 280

$179.99

✓prime Get it as soon as **Sun, Sep 27**

FREE Shipping by Amazon

---



Cudy AC 650Mbps USB WiFi Adapter for PC, 5GHz/2.4GHz WiFi Dongle, WiFi USB, USB Wireless Adapter for...

★★★★☆ ⌄ 1,142

$11.90

Get it as soon as **Sat, Sep 26**
FREE Shipping on your first order shipped by Amazon

---



Flagship HP Envy 750 High Performance Business Desktop - Intel Quad-Core i5-6400 2.7GHz, 12GB DDR4, 2TB HDD,...

★★★★☆ ⌄ 3

$999.77

FREE Shipping
More Buying Choices
$999.00 (3 used & new offers)

---



Sato WWCL05080 WLAN Kit for CL4NX Barcode Printer

$319.26

✓prime Get it **Wed, Sep 30 - Mon, Oct 5**

Only 3 left in stock - order soon.

---



Cameron Sino Replacement Battery for NetScout Aircheck G2, NetScout AirCheck G2 WLAN Tester

$42.88

FREE Shipping

---



Aigital 1200Mbps USB WiFi Adapter for PC,Mini Wireless Adapter Network WiFi Dongle High Speed Dual Band 5GHz /...

★★★★☆ ⌄ 152

$18.99 $37.99

Get it as soon as **Sat, Sep 26**
FREE Shipping on your first order shipped by Amazon





**ZTE Velocity | Mobile Wifi Hotspot 4G LTE Router MF923 | Up to 150Mbps Download Speed | WiFi Connect Up to 10...**

★★★★☆ ∨ 586

$114⁷⁰ ~~$169.99~~

✓prime Get it as soon as **Tomorrow, Sep 25**
FREE Shipping by Amazon
Only 14 left in stock - order soon.
More Buying Choices
$59.99 (12 used & new offers)

**NETGEAR Mobile WiFi Hotspot | 4G LTE Router AC797-100NAS | 400Mbps Download Speed | Connect up to 15 Devices |...**

★★★☆☆ ∨ 39

$149⁰⁰ ~~$229.99~~

✓prime Get it as soon as **Tomorrow, Sep 25**
FREE Shipping by Amazon
More Buying Choices
$89.99 (29 used & new offers)

**IZOKEE Development Board for ESP8266 ESP-12F 4M Bytes WLAN WiFi Internet Development Board Compatibl...**

★★★★½ ∨ 97

$11⁹⁹

Get it as soon as **Tomorrow, Sep 25**
FREE Shipping on your first order shipped by Amazon







**Ruckus Wireless ZoneFlex R310 Unleashed Indoor Access Point Dual-Band, 802.11ac, PoE (9U1-R310-US02)**

★★★★☆ ∨ 23

$117⁰¹ ~~$139.99~~

FREE Shipping

**MMOBIEL WiFi WLAN Bluetooth Antenna Compatible with iPad 2 Signal Flex Cable incl. 2 x Screwdriver**

★★★★½ ∨ 180

$5⁹⁹

Get it as soon as **Sun, Sep 27**
FREE Shipping on your first order shipped by Amazon
More Buying Choices
$5.35 (2 used & new offers)

**1-Gigabit Ethernet Port USB 3.0 to Ethernet Network Adapter, 10/100/1000 Mbps Compatible, for MacBook Pro 2016, XPS,...**

★★★★½ ∨ 7

$18⁹⁹

Get it as soon as **Tomorrow, Sep 25**
FREE Shipping on your first order shipped by Amazon







Linksys WRT54GL Wi-Fi

Snowsound Wi-Fi Repeater

2.4Ghz 18 dbi Aerial Wireless

Wireless-G Broadband
Router,Blue / Black

★★★★☆ ⌄ 7,724

Wireless Long Range Extender
Amplifier Wireless-N 300Mbps
Mini AP Access Point WLAN...

★★★☆☆ ⌄ 113

$18.95

Get it as soon as **Sat, Sep 26**
FREE Shipping on your first order
shipped by Amazon

More Buying Choices
$11.69 (8 used & new offers)

WiFi Antenna RP SMA Male
Booster Amplifier WLAN
Wireless Products Equipments

$10.90

$2.00 shipping



Beelink U57 Mini PC Windows
10 Pro 8GB Ram 256GB SSD
Desktop Computer, Intel Core i5
5257U Intel HD Graphics 6100...

★★★★☆ ⌄ 5

$349.90

✓prime Get it as soon as **Sun, Sep
27**
FREE Shipping by Amazon
Only 1 left in stock - order soon.



Garmin Edge 1030 Bundle, 3.5"
GPS Cycling/Bike Computer with
Navigation and Connected
features, Includes Additional...

★★★★☆ ⌄ 304

$549.95

✓prime Get it as soon as **Tomorrow,
Sep 25**
FREE Shipping by Amazon



Inamax USB WiFi Adapter
1200Mbps, USB 3.0 Wireless
Network WiFi Dongle with 5dBi
Antenna for...

★★★★☆ ⌄ 2,543

$19.98

Get it as soon as **Sun, Sep 27**
FREE Shipping on your first order
shipped by Amazon



Ubiquiti UniFi HD 802.11ac
Wave 2 Enterprise Wi-Fi Access
Point (UAP-AC-HD-US)

★★★★☆ ⌄ 1,503

$287.49 $349.00

FREE Shipping

AmazonBasics RJ45 Cat-6
Ethernet Patch Internet Cable
- 14 Feet (4.3 Meters)

★★★★☆ ⌄ 33,062

$7.89

Get it as soon as **Tomorrow, Sep 25**
FREE Shipping on your first order
shipped by Amazon

Acer Aspire 1 Laptop Computer,
15.6" FHD, Intel Celeron N4020
up to 2.8GHz, 4GB DDR4, 64GB
eMMC, Webcam, Microsoft 365...

★★★★★ ⌄ 10

$379.00

✓prime Get it as soon as **Thu, Oct 1**






Amazon.com: WLAN products







Dell Wyse Z00d Cloud Pc - Network Computer - Dts - 1 X G-T56n 1.65 Ghz - Ram 2 Gb - Flash 2 Gb - No Hdd - Radeon...

**$225**⁹⁹

$8.99 shipping

NETGEAR WiFi Router (R6120) - AC1200 Dual Band Wireless Speed (up to 1200 Mbps) | Up to 1200 sq ft Coverage & 20...

★★★★½ ⌄ 1,780

**$56**⁹⁰ $69.99

✓prime Get it as soon as **Sun, Sep 27**
FREE Shipping by Amazon
More Buying Choices
$19.04 (54 used & new offers)

MMOBIEL WiFi WLAN Antenna Signal Replacement Compatible with iPhone 8 Series 4.7 inch Incl. 3 x Screwdrivers

★★★½ ⌄ 5

**$7**⁹⁹

Get it as soon as **Sun, Sep 27**
FREE Shipping on your first order shipped by Amazon


Best Seller







GlocalMe G4 Pro 4G LTE Mobile Hotspot, Worldwide WiFi Portable High Speed WiFi Hotspot with US 50GB & Glob...

★★★★☆ ⌄ 59

**$169**⁹⁹

Save $15.00 with coupon

✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon
Only 17 left in stock - order soon.

HONEYWELL, DOLPHIN 6500, MOBILE COMPUTER, WLAN AND WPAN (802.11 B/G (US) AND BLU

**$756**⁹⁰

✓prime Get it **Wed, Sep 30 - Mon, Oct 5**

MMOBIEL WiFi WLAN Bluetooth Antenna Signal Connector Flex Cable Compatible with iPad Mini 4 7.9 inch incl. Screwdriver

★★★★★ ⌄ 1

**$5**⁹⁹

Get it as soon as **Sat, Sep 26**
FREE Shipping on your first order shipped by Amazon
Only 14 left in stock - order soon.







MMOBIEL WiFi WLAN Bluetooth Antenna Signal Flex Cable Replacement Compatible with iPhone 7 Plus Ribbon Incl. 3 x...

★★★★☆ ⌄ 8

Intermec PB50B21804100 PB50 Mobile Printer, WLAN, Liner Less, IPL

**$926**⁹⁰

FREE Shipping

EDUP WiFi Adapter AC1200Mbps 802.11ac Long Range Wireless Network Adapter Dual Band 5Ghz 2.4Gh...

★★★★☆ ⌄ 662

$6⁹⁹

Get it as soon as **Sun, Sep 27**
FREE Shipping on your first order
shipped by Amazon

$24⁹⁹

Get it as soon as **Tomorrow, Sep 25**
FREE Shipping on your first order
shipped by Amazon



**MMOBIEL WiFi WLAN Bluetooth
Antenna Signal Flex Cable
compatible with iPhone 6
Ribbon Incl. Screwdrivers**

⭐⭐⭐⭐⭒ ⌄ 387

$6⁹⁹

Get it as soon as **Sat, Sep 26**
FREE Shipping on your first order
shipped by Amazon

**NETGEAR WiFi Range Extender
EX5000 - Coverage up to 1500
sq.ft. and 25 devices**

⭐⭐⭐⭐☆ ⌄ 3,288

$49⁹⁹

✓prime Get it as soon as **Sun, Sep
27**

FREE Shipping by Amazon

More Buying Choices
$35.51 (7 used & new offers)



| ← Previous | 1 | 2 | 3 | 4 | ··· | 7 | Next → |

### Need help?

Visit the help section or contact us

20,496    [ Shop now ]

Sponsored

## Best sellers in Kindle eBooks

Page 1 of 5



**If You Tell: A True Story of
Murder, Family Secrets,...**
›Gregg Olsen
⭐⭐⭐⭐⭒ 14,199
Kindle Edition
$1.99

**Playing with Fire: A Bad
Boy College Romance**
›L.J. Shen
⭐⭐⭐⭐⭒ 920
Kindle Edition
$2.99



**The Evening and the
Morning (Kingsbridge...**
›Ken Follett
⭐⭐⭐⭐⭒ 581
Kindle Edition
$15.99

**Rage**
›Bob Woodward
⭐⭐⭐⭐⭒ 2,056
Kindle Edition
$14.99



**See Her Die (Bree Tag
Book 2)**
›Melinda Leigh
⭐⭐⭐⭐⭒ 834
Kindle Edition
$6.99

## Deals in magazine subscriptions

Page 1 of 6





**Yachting**
⭐⭐⭐⭐⭐ 80
Print Magazine
$8.00



**Reader's Digest**
⭐⭐⭐⭐⭐ 7,694
Print Magazine
$5.00



**Vanity Fair**
⭐⭐⭐⭐⭐ 6
Print Magazine
$5.00



**Outdoor Life**
⭐⭐⭐⭐⭐ 590
Print Magazine
$5.00



**Family Handyman**
⭐⭐⭐⭐⭐ 9,919
Print Magazine
$5.00

---

**Your Browsing History**    View or edit your browsing history ›

    

See personalized recommendations

**Sign in**

New customer? Start here.

---

Back to top

### Get to Know Us
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

### Make Money with Us
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

### Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

### Let Us Help You
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

---

**amazon**

🌐 English ▾    🇺🇸 United States

---

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Advertising** Find, attract, and engage customers | **Amazon Drive** Cloud storage from Amazon | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Alexa** Actionable Analytics for the Web |
| **Sell on Amazon** Start a Selling Account | **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Ignite** Sell your original Digital Educational Resources | **Amazon Rapids** Fun stories for kids on the go |
| **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances | **Book Depository** Books With Free Delivery Worldwide | **Box Office Mojo** Find Movie Box Office Data | **ComiXology** Thousands of Digital Comics | **CreateSpace** Indie Print Publishing Made Easy | **DPReview** Digital Photography |
| **East Dane** Designer Men's Fashion | **Fabric** Sewing, Quilting & Knitting | **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Prime Now** FREE 2-hour Delivery on Everyday Items |
| **Amazon Photos** | **Prime Video Direct** | **Shopbop** Designer Fashion Brands | **Amazon Warehouse** Great Deals on Quality Used Products | **Whole Foods Market** | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing |

Unlimited Photo
Storage
Free With Prime

Video Distribution
Made Easy

America's
Healthiest
Grocery Store

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right
to your door

PillPack
Pharmacy
Simplified

Amazon Renewed
Like-new products
you can trust

Amazon Second
Chance
Pass it on, trade it
in,
give it a second
life

Conditions of Use     Privacy Notice     Interest-Based Ads     © 1996-2020, Amazon.com, Inc. or its affiliates



amazon

☰    All ▾   WLAN products   🔍   🇺🇸 ▾    Hello, Sign in   **Account & Lists** ▾   Account ▾    Returns & Orders    Try Prime ▾    🛒 **0** Cart

📍 Hello **Select your address**    Best Sellers   Customer Service   AmazonBasics   New Releases     New Amazon devices from $29.99

145-192 of over 2,000 results for **"WLAN products"**     Sort by: Featured ▾

**Amazon Prime**
☐ ✓prime

**Eligible for Free Shipping**
☐ Free Shipping by Amazon
All customers get FREE Shipping on orders over $25 shipped by Amazon

**Deals**
☐ Today's Deals

**Local Stores**
☐ Amazon Fresh
⌄ See more

**Department**
Computers & Accessories
   Computer Networking
    Internal Computer Networking Cards
Office Electronics Products
   Printers & Accessories
⌄ See All 16 Departments

**Avg. Customer Review**
★★★★☆ & Up
★★★☆☆ & Up
★★☆☆☆ & Up
★☆☆☆☆ & Up

**Brand**
☐ Apple
☐ AmazonBasics
☐ SAMSUNG
☐ Logitech
☐ Western Digital
☐ Acer
☐ SanDisk
⌄ See more

**Price**
Under $25
$25 to $50
$50 to $100
$100 to $200
$200 & Above
[ $ Min ] [ $ Max ] [ Go ]

**Amazon Certified**
☐ Auto Replenishment
☐ Works with Alexa

**From Our Brands**
☐ Our Brands

**Packaging Option**
☐ Frustration-Free Packaging

**New & Upcoming**
New Arrivals
Coming Soon

---

EDUP®    **Different Methods to Go Online**    Shop EDUP ›

$19⁹⁹     $6⁹⁹     Limited time Deal   $25⁴⁹ ✓prime   $29.99 (15% off)

Sponsored ⓘ

 Sponsored ⓘ     Sponsored ⓘ    Sponsored ⓘ

USB WiFi Adapter 1900Mbps Dual Band USB 3.0 WiFi Dongle,Wireless Network Adapter with High Gain Anten...
★★★★☆ ✓ 21
$49⁹⁹
Save $10.00 with coupon
✓prime Get it as soon as **Tomorrow, Sep 25**
FREE Shipping by Amazon

WiFi Adapter 1200Mbps, Whew USB Wireless Adapter Dual Band 2.4GHz/5GHz Channel, WiFi Network Adapter with USB 3.0...
★★★★☆ ✓ 244
$19⁹⁹
Save 10% with coupon
✓prime Get it as soon as **Tomorrow, Sep 25**
FREE Shipping on your first order shipped by Amazon

WiFi Range Extender - 750Mbps WiFi Repeater Wireless Signal Booster, 2.4 & 5GHz Dual Band Wireless Repeater, 1292 sq.ft...
★★★★☆ ✓ 1,146
10% off
$35⁹⁹ $39.99
Save 20% with coupon
✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon

 Sponsored ⓘ     Synology RT2600ac – 4x4 dual-     TP-Link TL-WN881ND N300 PCI-

**Certification**

☐ Energy Star

**International Shipping**

☐ International Shipping Eligible

**Condition**

New

Used

LinksTek Wireless N 600Mbps
(2.4GHz 300Mbps and 5GHz
300Mbps) PCI-E Wi-Fi Adapter-
PCIE Wi-Fi Card-Wireless

★★★★½ ⌄ 84

$16.⁹⁹

Get it as soon as **Tomorrow, Sep 25**
FREE Shipping on your first order
shipped by Amazon

...band Gigabit Wi-Fi router, MU-
MIMO, powerful parental
controls, Threat Prevention

★★★★½ ⌄ 1,585

$199.⁹⁹

✓prime Get it as soon as **Tue, Sep
29**
FREE Shipping by Amazon
Only 19 left in stock - order soon.
More Buying Choices
$147.30  (42 used & new offers)

...E Wireless WiFi network Adapter
card for pc

★★★★½ ⌄ 2,728

$15.⁹⁹ $17.⁹⁹

Get it as soon as **Tomorrow, Sep 25**
FREE Shipping on your first order
shipped by Amazon





2,705

[ Shop now ]

Sponsored ⓘ





MMOBIEL WiFi WLAN Bluetooth
Antenna Signal Flex Cable
Replacement Compatible with
iPhone 6S Ribbon Incl. 2X...

★★★☆☆ ⌄ 41

$6.⁹⁹

Get it as soon as **Sat, Sep 26**
FREE Shipping on your first order
shipped by Amazon
Only 20 left in stock - order soon.

Zyxel 16 Port Gigabit Switch,
Easy Smart Managed, Compact
Rackmount, Fanless (GS1900-
16)

★★★★½ ⌄ 194

$99.⁹⁹

✓prime Get it as soon as **Tomorrow,
Sep 25**
FREE Shipping by Amazon
Only 12 left in stock - order soon.

HP 15.6" HD Touchscreen
Laptop - 8th Intel Quad-Core i5-
8250U Up to 3.4GHz, 8GB
DDR4, 1TB HDD, DVD Burne,...

★★★★☆ ⌄ 21

$717.⁰⁰

✓prime Get it **Wed, Sep 30 - Mon,
Oct 5**
Only 1 left in stock - order soon.

WiFi Adapter for PC, QGOO
1200Mbps USB 3.0 Wireless
Network WiFi Dongle with 5dBi
Antenna for Desktop/Laptop,...

★★★★½ ⌄ 1,050

$19.⁹⁹

[ Save 10% ] with coupon

Get it as soon as **Tomorrow, Sep 25**
FREE Shipping on your first order
shipped by Amazon
More Buying Choices
$15.93  (3 used & new offers)

ASUS TUF FX505DT Gaming
Laptop, 15.6" 120Hz Full HD,
AMD Ryzen 5 R5-3550H
Processor, GeForce GTX 1650...

★★★★½ ⌄ 1,547

$809.⁰⁰

✓prime Get it as soon as **Tomorrow,
Sep 25**
FREE Shipping by Amazon
Only 15 left in stock - order soon.
More Buying Choices
$699.66  (45 used & new offers)

MMOBIEL WiFi WLAN Bluetooth
Antenna Signal Flex Cable
Replacement Compatible with
iPhone 6S Plus Incl. 2 x...

★★★☆☆ ⌄ 9

$6.⁹⁹

Get it as soon as **Sat, Sep 26**
FREE Shipping on your first order
shipped by Amazon





**1,396**

Add to Cart

Sponsored ⓘ

HP OfficeJet Pro 8025 All-in-One Wireless Printer, Smart Home Office Productivity, HP Instant Ink, Works with Alexa...

⭐⭐⭐⭐⯪ ⌄ 5,424

Amazon Certified: Works with Alexa

🍃 Climate Pledge Friendly
See 1 certification ⌄

TRAB24003NP | Phantom Antenna- 2.4 GHz WIFI/WLAN - N Female - No Ground Plane Reqd

$50⁷⁰

✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon
Only 6 left in stock - order soon.
More Buying Choices
$49.99 (3 new offers)

Cudy WU700 AC650 High Gain USB WiFi Adapter for PC, 5GHz 2.4GHz WiFi Dongle, USB Wireless Adapter for...

⭐⭐⭐⭐☆ ⌄ 200

$10⁹⁰ $19.90

Get it as soon as **Tomorrow, Sep 25**
FREE Shipping on your first order shipped by Amazon
More Buying Choices
$4.91 (2 new offers)







Broadway 1436 Live Tv To Ipad++ Stream Over Wlan Via The Internet

⭐☆☆☆☆ ⌄ 1

$17⁹⁹

Get it as soon as **Sat, Sep 26**
FREE Shipping on your first order shipped by Amazon
Only 18 left in stock - order soon.
More Buying Choices
$12.41 (5 used & new offers)

Beelink U57 Mini PC Windows 10 Pro 8GB Ram 128GB SSD Desktop Computer, Intel Core i5 5257U Intel HD Graphics 6100...

⭐⭐⭐☆☆ ⌄ 1

$299⁹⁰

Save $50.00 with coupon

✓prime Get it as soon as **Sun, Sep 27**
FREE Shipping by Amazon
Only 9 left in stock - order soon.

Motorola MC3190-R : WLAN / Bluetooth / 1D Rot.Head / Windows Ce 6.0 / 48 key / MC3190-RL4S04E0A

$796⁹⁰

FREE Shipping
More Buying Choices
$430.00 (5 used & new offers)







fit-PC4 CompuLab Pro Barebone

Ubiquiti Unifi Ap-AC Long Range

HP LaserJet Pro M404n Laser

★★★☆☆ ∨ 13

$379.00

✓prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon

Only 9 left in stock - order soon.

---

- Wireless Access Point - 802.11 B/A/G/n/AC (UAP-AC-LR-US) White

★★★★☆ ∨ 1,945

$97.99

FREE Shipping

More Buying Choices
$83.30 (57 used & new offers)

---

Printer with Built-in Ethernet & Security Features, Works with Alexa (M15A)

★★★★☆ ∨ 240

Amazon Certified: Smart Reorders

---



1,396

[ Add to Cart ]

Sponsored ⓘ

---



HP LaserJet Pro M404dn Monochrome Laser Printer with Built-In Ethernet & Double-Sided Printing, Works with Ale...

★★★★☆ ∨ 331

$178.90 $298.90

FREE Shipping by Amazon
In stock on October 7, 2020.

More Buying Choices
$133.87 (31 used & new offers)

Amazon Certified: Smart Reorders

🌱 Climate Pledge Friendly
See 1 certification ∨

---



Dell Wyse C10le Thin Client - Network Computer - Dts - 1 X C7 1 Ghz Ulv - Ram 512 Mb - Flash 128 Mb - No Hdd -...

★★★★☆ ∨ 18

$222.00

$7.69 shipping

Only 19 left in stock - order soon.

---

Superbat WiFi Antenna 2.4GHz Omni Antenna 11dBi with RP-SMA Connector for Wireless Network Router PCI Card WLA...

★★★☆☆ ∨ 18

$13.99

Get it as soon as **Sat, Sep 26**
FREE Shipping on your first order shipped by Amazon

---

USB WiFi Adapter, AC600 Mini Wireless Network WiFi Dongle for PC/Desktop/Laptop, Dual Band...

★★★★☆ ∨ 710

$13.98

Get it as soon as **Sat, Sep 26**
FREE Shipping on your first order shipped by Amazon

---

USB WiFi Adapter for PC 1200Mbps Dual Band 2.4GHz/5GHz Fast USB3.0 High Gain 5dBi Antenna 802.11ac...

★★★★☆ ∨ 1,356

$19.98

$18.98 with Subscribe & Save discount

Get it as soon as **Tomorrow, Sep 25**
FREE Shipping on your first order shipped by Amazon

More Buying Choices

---



Vivotek IP8130W 1MP Compact Size 802.11n WLAN WPS Cube Network Camera

★★★★☆ ∨ 2

$173.00

✓prime Get it as soon as **Wed, Sep 30**

Only 2 left in stock - order soon.

$16.96 (2 used & new offers)





Cisco AIR-CT2504-15-K9 2504
WLAN Controller

$325.00 $956.05

FREE Shipping

Only 2 left in stock - order soon.

HP LaserJet Pro Multifunction
M428fdw Wireless Laser Printer,
Works with Alexa (W1A30A)

★★★★☆ ∨ 418

$398.90 $448.90

✓prime Get it as soon as Sat, Sep
26

FREE Shipping by Amazon

More Buying Choices
$260.27 (11 used & new offers)

Amazon Certified: Smart Reorders

🌱 Climate Pledge Friendly
See 1 certification ∨

Intel Dual Band Wireless-AC
7260 2x2 Network plus
Bluetooth adapter
(7260.HMWWB.R)

★★★★☆ ∨ 1,850

$29.00 $34.79

FREE Shipping







MMOBIEL WiFi WLAN Bluetooth
Antenna Signal Connection Flex
Cable Replacement Compatible
with iPhone 7 Incl Screwdrivers

★★★★☆ ∨ 9

$7.99

Get it as soon as Sun, Sep 27
FREE Shipping on your first order
shipped by Amazon

Only 17 left in stock - order soon.

Tenda U9 11AC USB Wifi
Adapter-Dual Band 2.4/5G
AC650 Wireless Network Card,
Wifi Dongle, Mini Size, Support...

★★★★☆ ∨ 482

$23.08 $25.66

Get it as soon as Sun, Sep 27
FREE Shipping on your first order
shipped by Amazon

More Buying Choices
$22.99 (5 new offers)

Motorola MC3200 Handheld
Computer - WLAN
802.11a/b/g/N / 1D/2D IMAGER
/ 48 key / CE 7.X PRO /...

★★★★★ ∨ 1

$1,389.90

FREE Shipping

Only 6 left in stock - order soon.

More Buying Choices
$617.22 (2 used & new offers)











EWAY Wireless WiFi Backup Rear View Camera for Horse Travel Trailers/Truck/Fifth Wheels/RV/Camper/Barn...

★★☆☆☆ ✓ 6

$75.99

✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon
Only 11 left in stock - order soon.

GinTai 00UR904 00UR905 Replacement for Lenovo Thinkpad T460S T470S 4G Antenna WWAN + WLAN Kit

★★★★★ ✓ 1

$40.96

FREE Shipping
Only 5 left in stock - order soon.

LOTEKOO 150Mbps USB WiFi Adapter, Wireless Network Card Adapter WiFi Dongle for Desktop Laptop PC Windows 1...

★★★★☆ ✓ 419

$8.61

`Save 5%` with coupon

Get it as soon as **Tomorrow, Sep 25**
FREE Shipping on your first order shipped by Amazon





Motorola MC67 Mobile Computer - GPS / 4G WWAN HSPA+ / WLAN 802.11a/b/g/N / Windows Mobile 6.5 P/N:...

$2,101.90

✓prime Get it **Wed, Sep 30 - Mon, Oct 5**
Only 14 left in stock - order soon.

Mikrotik LHG WLAN Access Point Mount

★★★★★ ✓ 1

$21.07

FREE Shipping
Only 4 left in stock - order soon.

Dell Intel WiMAX 6250 Advanced N WLAN Card 09CT6K 9CT6K

$16.25

FREE Shipping
Only 17 left in stock - order soon.
More Buying Choices
$4.99 (4 used & new offers)





Dell Inspiron 14 14" Laptop Computer_ Intel Pentium Gold 5405U 2.3GHz_ 4GB DDR4 RAM_ 128GB PCIe SSD_...

★★★★★ ✓ 26

$459.00

✓prime Get it as soon as **Thu, Oct 1**
Only 1 left in stock - order soon.

Cambium Networks cnPilot E410 Indoor Wireless Access Point, High-Powered, Long Range Wi-Fi - Home/Business -...

★★★★☆ ✓ 4

$283.25

✓prime Get it as soon as **Wed, Sep 30**
FREE Shipping by Amazon
Only 1 left in stock - order soon.
More Buying Choices
$250.00 (14 used & new offers)

USB WiFi Adapter 600Mbps Aigital USB WiFi Dongle Wireless Network Adapter with Dual Band for Desktop,Mini Size, Ea...

★★★★☆ ✓ 89

$15.99

Get it as soon as **Sat, Sep 26**
FREE Shipping on your first order shipped by Amazon

Amazon.com : WLAN products



TP-Link AC1200 Smart WiFi Router - 5GHz Gigabit Dual Band MU-MIMO Wireless Internet Router, Long Range...

 126

$44.99

FREE Shipping



MMOBIEL WiFi WLAN Antenna Signal Flex Cable Replacement Compatible with iPhone 7 Ribbon Incl. 3 x Screwdrivers

 2

$6.99

Get it as soon as Sat, Sep 26
FREE Shipping on your first order shipped by Amazon



Honeywell CT60, Android 7, Non-GMS, WLAN, Std Range Imager, 3GB/32GB Memory, Camera, Battery Included, FCC...

$1,263.90

FREE Shipping
More Buying Choices
$999.99 (8 used & new offers)



Broadcom BCM94352Z DW1560 802.11a/b/g/n/ac WLAN + Bluetooth 4.0 M.2 NGFF Mini Card 867Mbps

 13

$109.95

FREE Shipping
Only 4 left in stock - order soon.



TP-Link AX6000 WiFi 6 Router, 8-Stream Smart WiFi Router - Next-Gen 802.11ax Router, 2.5G WAN Port, 8 Gigabit LAN Ports...

 2,956

Amazon Certified: Works with Alexa



MMOBIEL WiFi WLAN Antenna Signal Flex Cable Replacement Compatible with iPhone 7 Ribbon Incl. 3X Screwdrivers

 8

$8.99

Get it as soon as Tomorrow, Sep 25
FREE Shipping on your first order shipped by Amazon
Only 12 left in stock - order soon.



MMOBIEL WiFi WLAN Antenna GPS Signal Cover Bracket

Replacement Compatible with



SPECTEC SDW-821 SDIO WIRELESS LAN CARD WLAN

802.11B/G S2Y-WLAN-11B-G



Datamax OPT78-2873-03 NET III LAN and WLAN Kit for I-Class

Printers



★★★★★ ⌄ 2    ★★★★★ ⌄ 1

$7.99    $59.90    $480.00 ~~$509.41~~

FREE Shipping    FREE Shipping

Get it as soon as **Sun, Sep 27**    More Buying Choices    Only 2 left in stock - order soon.
FREE Shipping on your first order    $49.90  (2 used & new offers)
shipped by Amazon
Only 10 left in stock - order soon.



MMOBIEL WiFi WLAN Antenna
Signal Cover Bracket
Replacement Compatible with
iPhone 8 Plus 5.5 inch Incl....

★★★★★ ⌄ 1

$7.99

Get it as soon as **Tomorrow, Sep 25**
FREE Shipping on your first order
shipped by Amazon
Only 9 left in stock - order soon.

[← Previous] [1] [2] [3] [4] [5] [6] [7] [Next →]

## Need help?

Visit the help section or contact us

198    [ Shop now ]

Sponsored

## Best sellers in Kindle eBooks

Page 1 of 5

‹












›

If You Tell: A True Story of    Playing with Fire: A Bad    The Evening and the    Rage    See Her Die (Bree Tag...
Murder, Family Secrets,...    Boy College Romance    Morning (Kingsbridge...    ›Bob Woodward    Book 2)
›Gregg Olsen    ›L.J. Shen    ›Ken Follett    ★★★★⯪ 2,056    ›Melinda Leigh
★★★★⯪ 14,199    ★★★★⯪ 920    ★★★★⯪ 581    Kindle Edition    ★★★★⯪ 834
Kindle Edition    Kindle Edition    Kindle Edition    $14.99    Kindle Edition
$1.99    $2.99    $15.99        $6.99

## Deals in magazine subscriptions

Page 1 of 6




**Yachting**
★★★★½ 80
Print Magazine
$8.00



**Reader's Digest**
★★★★½ 7,694
Print Magazine
$5.00



**Vanity Fair**
★★★★½ 6
Print Magazine
$5.00



**Outdoor Life**
★★★★½ 590
Print Magazine
$5.00



**Family Handyman**
★★★★½ 9,919
Print Magazine
$5.00

---

**Your Browsing History**    View or edit your browsing history ›






No im avail

See personalized recommendations

**Sign in**

New customer? Start here.

---

Back to top

### Get to Know Us
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

### Make Money with Us
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

### Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

### Let Us Help You
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

---

amazon    English    United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music | Amazon | Amazon Drive | 6pm | AbeBooks | ACX | Alexa |
| Stream millions of songs | Advertising | Cloud storage from Amazon | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Actionable Analytics for the Web |
| | Find, attract, and engage customers | | | | | |
| Sell on Amazon | Amazon | Amazon Fresh | AmazonGlobal | Home Services | Amazon Ignite | Amazon Rapids |
| Start a Selling Account | Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Sell your original Digital Educational Resources | Fun stories for kids on the go |
| | Everything For Your Business | | | | | |
| Amazon Web | Audible | Book | Box Office Mojo | ComiXology | CreateSpace | DPReview |
| Services | Listen to Books & Original Audio Performances | Depository | Find Movie Box Office Data | Thousands of Digital Comics | Indie Print Publishing Made Easy | Digital Photography |
| Scalable Cloud Computing Services | | Books With Free Delivery Worldwide | | | | |
| East Dane | Fabric | Goodreads | IMDb | IMDbPro | Kindle Direct | Prime Now |
| Designer Men's Fashion | Sewing, Quilting & Knitting | Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Publishing Indie Digital & Print Publishing Made Easy | FREE 2-hour Delivery on Everyday Items |

| Amazon Photos | Prime Video Direct | Shopbop | Amazon Warehouse | Whole Foods Market | Woot! | Zappos |
| Unlimited Photo Storage Free With Prime | Video Distribution Made Easy | Designer Fashion Brands | Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing |
| Ring | eero WiFi | Neighbors App | Amazon Subscription Boxes | PillPack | Amazon Renewed | Amazon Second Chance |
| Smart Home Security Systems | Stream 4K Video in Every Room | Real-Time Crime & Safety Alerts | Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products you can trust | Pass it on, trade it in, give it a second life |

Conditions of Use    Privacy Notice    Interest-Based Ads  © 1996-2020, Amazon.com, Inc. or its affiliates





193-240 of over 2,000 results for **"WLAN products"**

Sort by: Featured ▾

**Amazon Prime**
☐ ✓prime

**Eligible for Free Shipping**
☐ Free Shipping by Amazon
All customers get FREE Shipping on orders over $25 shipped by Amazon

**Deals**
☐ Today's Deals

**Local Stores**
☐ Amazon Fresh
⌄ See more

**Department**
Computers & Accessories
  Computer Networking
    Internal Computer Networking Cards
Office Electronics Products
  Printers & Accessories
⌄ See All 16 Departments

**Avg. Customer Review**
★★★★☆ & Up
★★★☆☆ & Up
★★☆☆☆ & Up
★☆☆☆☆ & Up

**Brand**
☐ Apple
☐ AmazonBasics
☐ SAMSUNG
☐ Logitech
☐ Western Digital
☐ Acer
☐ SanDisk
⌄ See more

**Price**
Under $25
$25 to $50
$50 to $100
$100 to $200
$200 & Above
[$ Min] [$ Max] [Go]

**Amazon Certified**
☐ Auto Replenishment
☐ Works with Alexa

**From Our Brands**
☐ Our Brands

**Packaging Option**
☐ Frustration-Free Packaging

**New & Upcoming**
New Arrivals
Coming Soon

Price and other details may vary based on size and color




Sponsored ⓘ

WiFi Extender 300 Mbps with WPS Internet Signal Booster - Wireless Repeater up to 300 Mbps - Range Network...

★★★☆☆ ⌄ 3

$26⁹⁹

✓prime Get it as soon as **Fri, Oct 2**
FREE Shipping by Amazon
Only 3 left in stock - order soon.




Sponsored ⓘ

EDUP AC1200Mbps PCIe Wireless WiFi Network Card Bluetooth 4.2 Adapter 2.4G/5.8G Dual Band PCI...

★★★★☆ ⌄ 189

$24⁹⁹

**Save 5%** with coupon

Get it as soon as **Sat, Sep 26**
FREE Shipping on your first order shipped by Amazon



Sponsored ⓘ

D-Link WiFi Range Extender, AC1200 Plug In Wall Signal Booster, Dual Band Wireless Repeater Access Point for Sma...

★★★☆☆ ⌄ 139

$52²²

**Save $3.60** with coupon

✓prime Get it as soon as **Tomorrow, Sep 25**
FREE Shipping by Amazon




Sponsored ⓘ

USB WiFi Adapter 600mbps, Techkey Wireless Network Adapter Dual Band 2.42GHz/5.8GHz WiFi Card...

★★★★☆ ⌄ 3,535

$13⁹⁹

**Save 15%** with coupon

Get it as soon as **Tomorrow, Sep 25**
FREE Shipping on your first order shipped by Amazon




HP LaserJet Pro M404dw Monochrome Wireless Laser Printer with Double-Sided Printing, Works with Alexa...

★★★★☆ ⌄ 248

$228⁹⁰ ~~$348.90~~

✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon
More Buying Choices
$171.68 (20 used & new offers)
Amazon Certified: Smart Reorders

🌿 Climate Pledge Friendly
See 1 certification ⌄



Alcatel LINKZONE | Mobile Wifi Hotspot | 4G LTE Router MW41TM | Up to 150Mbps Download Speed | WiFi Connec...

★★★☆☆ ⌄ 339

$64⁹⁹ ~~$99.99~~

✓prime Get it as soon as **Thu, Oct 1**
More Buying Choices
$49.99 (24 used & new offers)

**Certification**

☐ Energy Star

**International Shipping**

☐ International Shipping Eligible

**Condition**

New

Used



Best Seller





Lenovo IdeaPad 110 15.6" High performance HD Touchscreen Laptop - Quad Core AMD A8-7410 Up to 2.5GHz, 8GB DDR3...

⭐⭐⭐✰ ˅ 60

In stock on October 8, 2020.

NETGEAR Nighthawk 8-Stream AX8 Wifi 6 Router (RAX80) – AX6000 Wireless Speed (Up to 6 Gbps) | 2,500 sq. ft. Coverage

⭐⭐⭐⭐ ˅ 5,058

**$399**00

Save $19.01 at checkout

FREE Shipping by Amazon
In stock on November 3, 2020.

More Buying Choices
$281.02  (23 used & new offers)

Brother Compact Monochrome Laser Printer, HL-L2350DW, Wireless Printing, Duplex Two-Sided Printing, Amazon Dash...

⭐⭐⭐⭐✰ ˅ 4,582

**$119**99

FREE Shipping by Amazon
In stock on November 7, 2020.

**Amazon Certified:** Works with Alexa







Apple iPad Pro 2018 (11-inch, Wi-Fi, 1TB) - Silver (Renewed)

⭐⭐⭐⭐✰ ˅ 946

Custom Wi-fi Adapter for Samsung Smart TV's (Only for Years 2009-2013 B, C, D and ES Models) Wireless LAN Adapter...

⭐⭐⭐✰ ˅ 65

**$74**88

✓prime Get it as soon as **Wed, Sep 30**

addlink S70 1TB SSD NVMe PCIe 3x4 M.2 2280 Internal Solid State Drive Read 3,400MB/s/Write 3,000MB/s

⭐⭐⭐⭐✰ ˅ 937

**$136**88

Save $7.00 with coupon

✓prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon

Sponsored ⓘ







NETGEAR 8-Port Gigabit

8TF1D - Intel Dual Band

1200Mbps Wireless USB WiFi

Ethernet Unmanaged Switch (GS308) - Home Network Hub, Office Ethernet Splitter, Plug...

⭐⭐⭐⭐⭐ ⌄ 9,928

$19.99 $27.99
FREE Shipping on your first order shipped by Amazon
In stock on September 28, 2020.
More Buying Choices
$18.99 (41 used & new offers)

Wireless-AC 7260 WLAN WiFi 802.11 ac/a/b/g/n + Bluetooth 4.0 Half Height Mini PCI-E

⭐⭐⭐⭐½ ⌄ 22

$29.00
FREE Shipping
More Buying Choices
$21.75 (8 used & new offers)

Adapter - Dual Band Wireless WiFi Adapter
(2.4G/300Mbps+5G/867M) Wirel...

⭐⭐⭐⭐☆ ⌄ 102

$19.99 $22.99
Get it as soon as Sat, Sep 26
FREE Shipping on your first order shipped by Amazon
More Buying Choices
$11.53 (3 used & new offers)



Ubiquiti Unifi Ap-AC Lite - Wireless Access Point - 802.11 B/A/G/n/AC (UAPACLITEUS), White

⭐⭐⭐⭐½ ⌄ 1,717

$78.97 $144.00

✓prime
FREE Shipping by Amazon



GinTai WLAN WWAN Antenna Kit Replacement for Lenovo ThinkPad T480 3G 4G 01YR494 01YR495

$32.39

✓prime Get it as soon as Sun, Sep 27
FREE Shipping by Amazon
Only 1 left in stock - order soon.



2019 HP Pavilion x360 2-in-1 14" FHD Touchscreen Laptop Computer, 8th Gen Intel Quad-Core i5-8250U Up to 3.4GHz,...

⭐⭐⭐⭐½ ⌄ 4

$999.99

FREE Shipping
Only 3 left in stock - order soon.



ThinPrint Cloud Printer – Print directly via WiFi / WLAN or via cloud to any printer
Apr 12, 2016

⭐⭐⭐☆☆ ⌄ 189

App
Free Download
Available instantly on compatible devices.



Mikrotik RouterBoard RB951Ui-2nD hAP

⭐⭐⭐⭐½ ⌄ 54

$41.00 $45.00

✓prime Get it as soon as Sat, Sep 26
FREE Shipping by Amazon
More Buying Choices
$40.00 (14 new offers)



Sponsored ⓘ

USB WiFi Adapter 1300Mbps WAVLINK Wireless Dual Band USB 3.0 WiFi Dongle with Included USB Mini Dock/Cradle...

⭐⭐⭐⭐½ ⌄ 14

$26.99
Save 10% with coupon

✓prime Get it as soon as Sat, Sep 26
FREE Shipping by Amazon

3,646

Shop now

Sponsored ⓘ

Amazon.com: WLAN products







Sponsored ⓘ
AC1200 WiFi Range Extender |Repeater| 2.4+5Ghz Dual Band Wi-Fi Amplifier Repeater，WiFi Long Range Extender...
★★★★☆ ⌄ 103
**$48**⁹⁹
**Save 5%** with coupon
✔prime Get it as soon as **Tomorrow, Sep 25**
FREE Shipping by Amazon

Sponsored ⓘ
LinksTek Wireless AC 600Mbps (2.4GHz 150Mbps and 5GHz 433Mbps) PCI-E Wi-Fi Adapter- PCIE Wi-Fi Card-Wireless...
★★★★☆ ⌄ 14
**$19**⁹⁹
Get it as soon as **Sat, Sep 26**
FREE Shipping on your first order shipped by Amazon

Sponsored ⓘ
300Mbps WiFi Range Extender Signal Booster for Home, Internet Repeater Super Blast with Ethernet Port, Access...
★★★☆☆ ⌄ 177
**5% off**
**$18**⁹⁹ ~~$19.99~~
Lowest price in 30 days
Get it as soon as **Sat, Sep 26**
FREE Shipping on your first order shipped by Amazon



auna Connect 150 Black, 2.1 Internet Radio, Wi-Fi Music Player, MP3 USB Port, AUX, Remote Control, Black
★★★★☆ ⌄ 153
**8% off**
**$119**⁹⁹ ~~$129.99~~
Lowest price in 30 days
✔prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon



OdiySurveil 2-Pack 19.7"/0.5M RF Type-N Male to SMA Male WLAN Antenna RG316 Extension Coaxial Cable
★★★★★ ⌄ 1
**$11**⁹⁹
Get it as soon as **Sat, Sep 26**
FREE Shipping on your first order shipped by Amazon



Dell Latitude 7390 Notebook with Intel QC i7-8650U, 16GB DDR4 256GB NVMe PCIe SSD 13.3" FHD Windows 10 Pro
**$1,129**⁹⁹
$6.63 shipping
Only 3 left in stock - order soon.
More Buying Choices
$989.01 (8 used & new offers)



Demotio Optional Thermal Printer RD-100 for Demotio



USB WiFi Adapter 1200Mbps, USB 3.0 Wireless Network WiFi



HP 15.6 inch HD Laptop, Intel Core i5-7200U Processor

464

Shop now

Sponsored ⓘ

Machines only

★★★★★ ⌄ 1

**$118**⁰⁰

✓prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon

---

Dongle with 5dBi Antenna for

★★★★☆ ⌄ 352

**$19**⁹⁸

Get it as soon as **Sun, Sep 27**

FREE Shipping on your first order shipped by Amazon

---

2.5GHz, 12GB DDR4 RAM, 1TB

★★★☆☆ ⌄ 7

**$599**⁶⁶ ~~$999.11~~

FREE Shipping

Only 2 left in stock - order soon.

---



Brother Compact Monochrome Laser Printer, HLL2395DW, Flatbed Copy & Scan, Wireless Printing, NFC, Cloud-Based...

★★★★½ ⌄ 4,666

Amazon Certified: Works with Alexa

---



Wifi Range Extender 300Mbps Wireless Repeater Super Signal Booster 2.4GHz Amplifier With Repeater/Access Point Mode |...

★★★★☆ ⌄ 92

**$20**⁹⁹

`Save 6%` with coupon

Get it as soon as **Sat, Sep 26**

FREE Shipping on your first order shipped by Amazon

More Buying Choices

$19.31 (3 used & new offers)

---



HP EliteDesk 800 G2 Mini Business Desktop PC Intel Quad-Core i7-6700T up to 3.1G,16GB DDR4,1000GB(1TB) SSD,VGA,D...

★★★★½ ⌄ 44

**$484**⁰⁰

FREE Shipping

---



D-Link PoE Outdoor Access Point AC1200 Concurrent Dual Band 2 Gigabit Ethernet LAN Ports Wireless Internet Networ...

★★★★½ ⌄ 94

**$369**⁹⁹

FREE Shipping

---



FMOGE Mini Video Projector,Video Projector Built-in WiFi Bluetooth 4.0 10000 SHdmi and Keystone Correctio...

**$1,952**¹⁹

FREE Shipping

---



Intermec CK71AA4KN00W1400 CK71 Ultra-Rugged Mobile Computer, Alpha Numeric Keypad, Bluetooth, EA30 2D...

**$1,695**⁹⁰

✓prime Get it **Wed, Sep 30 - Mon, Oct 5**

Only 9 left in stock - order soon.

More Buying Choices

$1,400.00 (3 used & new offers)

---





Ubiquiti Networks UAP-AC-PRO-E Access Point (No PoE Included In Box) 2-Pack Bundle

⭐⭐⭐⭐ ∨ 21

$329⁹⁹

✓prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon

Only 13 left in stock - order soon.



ASUS RT-AC66U B1 AC1750 Dual-Band WiFi Router, AiProtection Lifetime Security by Trend Micro, AiMesh...

⭐⭐⭐⭐ ∨ 1,494

$93⁹⁹ $99.99

✓prime Get it as soon as **Tue, Sep 29**

FREE Shipping by Amazon

More Buying Choices
$64.99 (74 used & new offers)



CAT6 Ethernet Cable (6 Feet) LAN, UTP (1.8 m) CAT 6 RJ45, Network, Patch, Internet Cable - 6 Pack (6 ft)

⭐⭐⭐⭐⭐ ∨ 773

$10⁴⁹

Get it as soon as **Sat, Sep 26**

FREE Shipping on your first order shipped by Amazon



Ubiquiti UAP-AC-LITE UniFi AP AC LITE 802.11ac Gigabit Dual-Radio PoE

⭐⭐⭐⭐ ∨ 868

$84⁷⁹

FREE Shipping

More Buying Choices
$78.96 (26 used & new offers)



XVZ USB WiFi Adapter, 150mbps Dual Band 2.4G Wireless Adapter, Mini Wireless Network Card WiFi Dongle for...

⭐⭐⭐ ∨ 132

$5⁹⁹

Get it as soon as **Sat, Sep 26**

FREE Shipping on your first order shipped by Amazon



TP-Link WiFi 6 Router AX1800 Smart WiFi Router – 802.11ax Router, Gigabit Router, Dual Band, OFDMA, Parental...

⭐⭐⭐⭐ ∨ 1,441

$124⁴¹

✓prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon

More Buying Choices
$123.99 (22 new offers)

Amazon Certified: Works with Alexa



USB WiFi Adapter 1200Mbps, AMBOLOVE USB Wireless Network Adapter Wifi Card Dongle for Desktop PC Laptop

⭐⭐⭐⭐ ∨ 354



Network Card AC 8260 IEEE 802.11ac Bluetooth 4.2 - Wi-Fi/Bluetooth Combo Adapter

⭐ ∨ 5



OdiySurveil(TM 1M RF Type-N Male to SMA Male WLAN Antenna Extension Coaxial

⭐⭐⭐⭐ ∨ 26

$19.99

Get it as soon as **Sat, Sep 26**
FREE Shipping on your first order shipped by Amazon

$16.80

Get it as soon as **Sun, Sep 27**
FREE Shipping on your first order shipped by Amazon
Only 2 left in stock - order soon.

$12.09

Get it as soon as **Tomorrow, Sep 25**
FREE Shipping on your first order shipped by Amazon



Motorola MC7090 Handheld - Windows Mobile 5.0 OS with 64MB RAM/128MB ROM / WLAN/PAN / 802.11a/b/g /...

★☆☆☆☆ ∨ 1

$299.00

FREE Shipping
Only 2 left in stock - order soon.
More Buying Choices
$142.64  (9 used & new offers)



Gigabyte GC-WB1733D-I (Bluetooth 5/Wireless AC 9260/160MHz Dual Band WiFi/Expansion Card)

★★★★★ ∨ 1

$39.99

✓prime Get it as soon as **Sun, Sep 27**
FREE Shipping by Amazon
Only 9 left in stock - order soon.
More Buying Choices
$35.11  (5 new offers)



HP Laserjet 1020 Printer (Q5911A#ABA)

★★★★☆ ∨ 253

Only 3 left in stock - order soon.



724935-001 HP Broadcom 4352 802.11ac Wi-Fi Bluetooth 4.0 WLAN Adapter 5G WiFi 2-Stream 867 Mbps

★★★★★ ∨ 1

$42.99

$4.49 shipping
Only 1 left in stock - order soon.
More Buying Choices
$23.96  (3 used & new offers)



XPS Replacement Battery for NetScout Aircheck G2, AirCheck G2 WLAN Tester Part NO ACKG2-WBP, SNBP-Lion

$33.80

FREE Shipping



HP Envy x360 15.6" Touchscreen 2-in-1 IPS FHD (1920 x 1080) Laptop PC | Intel Core i7-6500U 2.5GHz | 8GB DDR3L RAM | 1T...

★★☆☆☆ ∨ 4

Only 1 left in stock - order soon.













TP-Link N300 WiFi Extender,Covers Up to 800 Sq.ft, WiFi Range Extender Supports up to 300Mbps Speed, Wireles...

★★★★☆ ⌄ 99,211

**Limited time deal**

$17.99 $29.99

Get it as soon as **Tomorrow, Sep 25**
FREE Shipping on your first order shipped by Amazon

GALAWAY 1200Mbps WiFi Range Extender 2.4GHz and 5GHz Signal Extenders Internet Booster 360 Degree Wifi Boost...

★★★☆☆ ⌄ 98

Janam XM60W-1NACBV00 Series XM60 Handheld Computing Devices, Mobile Computer, WLAN 802.11A/B/G...

$1,029.75

FREE Shipping
Only 11 left in stock - order soon.







IslandseMini 3G/4G WiFi WLAN Hotspot AP Client 150Mbps RJ45 USB Wireless Router

$9.99

$3.99 shipping

Linksys Business LAPAC1200 Access Point Wireless Wi-Fi Dual Band 2.4 + 5GHz AC1200 with PoE

★★★★½ ⌄ 171

Sponsored ⓘ

1200Mbps WiFi Range Extender, CARANTEE Wireless Signal Repeater Booster, 4 Antennas 360°Full Coverage, Dual Band...

★★★★☆ ⌄ 63

$42.99 $45.99

✓prime Get it as soon as **Tomorrow, Sep 25**
FREE Shipping by Amazon









Sponsored ⓘ

D-Link WiFi Range Extender, N300 Plug In Wall Signal Booster Ethernet Internet Wireless Network Repeater...

★★★½☆ ⌄ 85

$28.38 $29.99

✓prime Get it as soon as **Tomorrow**

Sponsored ⓘ

Aigtial WiFi Extender WiFi Signal Repeater 2.4GHz Up to 300Mbps Wireless WiFi Booster and Signal Amplifier with...

★★★★½ ⌄ 17

$21.99

**Save 6%** with coupon

Sponsored ⓘ

D-Link WiFi Range Extender Plug EXO Mesh AC2000 Dual Band Wireless or Ethernet Port (DAP-1820-US), AC200 WiFi...

★★★★☆ ⌄ 718

$99.99

**Save $10.00** with coupon

amazon.com/s?k=WLAN+products



prime Get it as soon as **Tomorrow, Sep 25**
FREE Shipping by Amazon

Get it as soon as **Tomorrow, Sep 25**
FREE Shipping on your first order shipped by Amazon

✓prime Get it as soon as **Tomorrow, Sep 25**
FREE Shipping by Amazon

| ← Previous | 1 | ... | 4 | 5 | 6 | 7 | Next → |

## Need help?

Visit the help section or contact us

Shop now

Sponsored

## Best sellers in Kindle eBooks

Page 1 of 5



**If You Tell: A True Story of Murder, Family Secrets,...**
›Gregg Olsen
⭐⭐⭐⭐½ 14,199
Kindle Edition
$1.99



**Playing with Fire: A Bad Boy College Romance**
›L.J. Shen
⭐⭐⭐⭐½ 920
Kindle Edition
$2.99



**The Evening and the Morning (Kingsbridge...**
›Ken Follett
⭐⭐⭐⭐½ 581
Kindle Edition
$15.99



**Rage**
›Bob Woodward
⭐⭐⭐⭐½ 2,056
Kindle Edition
$14.99



**See Her Die (Bree Tag Book 2)**
›Melinda Leigh
⭐⭐⭐⭐½ 834
Kindle Edition
$6.99

## Deals in magazine subscriptions

Page 1 of 6





**Yachting**
⭐⭐⭐⭐½ 80
Print Magazine
$8.00



**Reader's Digest**
⭐⭐⭐⭐½ 7,694
Print Magazine
$5.00



**Vanity Fair**
⭐⭐⭐⭐½ 6
Print Magazine
$5.00



**Outdoor Life**
⭐⭐⭐⭐½ 590
Print Magazine
$5.00



**Family Handyman**
⭐⭐⭐⭐½ 9,919
Print Magazine
$5.00

## Your Browsing History  View or edit your browsing history  ›

See personalized recommendations

**Sign in**

New customer? Start here.






No im availa

Back to top

## Get to Know Us
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

## Make Money with Us
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

## Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

## Let Us Help You
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

amazon

English    United States

| Amazon Music | Amazon | Amazon Drive | 6pm | AbeBooks | ACX | Alexa |
|---|---|---|---|---|---|---|
| Stream millions of songs | Advertising Find, attract, and engage customers | Cloud storage from Amazon | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Actionable Analytics for the Web |
| Sell on Amazon Start a Selling Account | Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Rapids Fun stories for kids on the go |
| Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | CreateSpace Indie Print Publishing Made Easy | DPReview Digital Photography |
| East Dane Designer Men's Fashion | Fabric Sewing, Quilting & Knitting | Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Prime Now FREE 2-hour Delivery on Everyday Items |
| Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands | Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing |
| Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | Amazon Second Chance Pass it on, trade it in, give it a second life |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2020, Amazon.com, Inc. or its affiliates



amazon

WLAN products

Hello, Sign in
Account & Lists

Returns
& Orders

Try Prime

0 Cart

Hello
Select your address

Best Sellers    Customer Service    AmazonBasics    New Releases

New Amazon devices from $29.99

241-288 of over 2,000 results for **"WLAN products"**

Sort by: Featured

**Amazon Prime**
☐ ✓prime

**Eligible for Free Shipping**
☐ Free Shipping by Amazon
All customers get FREE Shipping on orders over $25 shipped by Amazon

**Deals**
☐ Today's Deals

**Local Stores**
☐ Amazon Fresh
∨ See more

**Department**
Computers & Accessories
   Computer Networking
   Internal Computer Networking Cards
Office Electronics Products
   Printers & Accessories
∨ See All 16 Departments

**Avg. Customer Review**
★★★★☆ & Up
★★★☆☆ & Up
★★☆☆☆ & Up
★☆☆☆☆ & Up

**Brand**
☐ Apple
☐ AmazonBasics
☐ SAMSUNG
☐ Logitech
☐ Western Digital
☐ Acer
☐ SanDisk
∨ See more

**Price**
Under $25
$25 to $50
$50 to $100
$100 to $200
$200 & Above

[ $ Min ] [ $ Max ] [ Go ]

**Amazon Certified**
☐ Auto Replenishment
☐ Works with Alexa

**From Our Brands**
☐ Our Brands

**Packaging Option**
☐ Frustration-Free Packaging

**New & Upcoming**
New Arrivals
Coming Soon



Sponsored ⓘ



Yomoni USB WiFi Adapter 1200Mbps USB 3.0 WiFi Dongle 802.11 ac USB Wireless Network Adapter with Dual Band...

★★★★★ ∨ 1

$19.99

`Save $2.00` with coupon

Get it as soon as **Sat, Sep 26**
FREE Shipping on your first order shipped by Amazon



Sponsored ⓘ



NETVIP Dual Band WiFi Range Extender 1200Mbps- Internet Booster Signal Amplifier with WPS Function, 5G&2.4Ghz...

★★★★☆ ∨ 19

$41.99

`Save 5%` with coupon

✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon



Sponsored ⓘ



EASTECH Ralink RT5370 Raspberry PI WiFi Adapter/WiFi dongle with Soft AP Function Plug and Play for Windows10,...

★★★★☆ ∨ 140

$8.88

Get it as soon as **Tomorrow, Sep 25**
FREE Shipping on your first order shipped by Amazon



Sponsored ⓘ



OURLINK AC1900 WiFi Adapter 1900 Mbps 2.4GHz/600Mbps 5.8GHz/1300Mbps 802.11ac Long-Range Dual Band USB 3...

★★★★☆ ∨ 15

$36.98

✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon
Only 18 left in stock - order soon.





Corsair Vengeance LPX 16GB (2x8GB) DDR4 DRAM 3000MHz C15 Desktop Memory Kit - White

★★★★☆ ∨ 50,527

$68.99 ~$79.99~

✓prime Get it as soon as **Tomorrow, Sep 25**
FREE Shipping by Amazon





Ubiquiti Networks UniFi FlexHD 802.11ac Wave 2 Wi-Fi Access Point (UAP-FlexHD-US)

★★★★☆ ∨ 281

$203.18

✓prime Get it as soon as **Tomorrow, Sep 25**
FREE Shipping by Amazon

  

amazon.com all products

**Certification**
- [ ] Energy Star

**International Shipping**
- [ ] International Shipping Eligible

**Condition**
New
Used







TP-Link 5 Port Gigabit Ethernet Network Switch (TL-SG105) - Ethernet Splitter | Plug & Play | Fanless | Sturdy Metal w/...
⭐⭐⭐⭐½ ∨ 25,326
$23<sup>17</sup>
FREE Shipping on your first order shipped by Amazon
In stock on September 29, 2020.
More Buying Choices
$22.98 (8 new offers)

MMOBIEL WiFi WLAN Antenna Signal Connection Flex Cable Compatible with iPhone Xs Max 6.5 inch Incl. Screwdrivers
⭐⭐⭐⭐⭐ ∨ 1
$7<sup>99</sup>
Get it as soon as **Tomorrow, Sep 25**
FREE Shipping on your first order shipped by Amazon
Only 13 left in stock - order soon.

80mm Thermal Receipt Printer,NETUM WiFi POS Printer with Auto Cutter, USB Serial Ethernet LAN Port Support Cas...
⭐⭐½☆☆ ∨ 6
$145<sup>88</sup>
✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon







Zebra Enterprise TC55AH-HC11EE TC55 Mobile Computer, WLAN 802.11 A/B/G/N, 4G HSPA+ WWAN, NFC, GMS, 1D...
✓prime Get it as soon as **Fri, Oct 2**
Only 1 left in stock - order soon.

MMOBIEL WiFi WLAN GPS Cover Bracket Antenna Signal Replacement Compatible with iPhone 6S Plus Ribbon Incl...
⭐⭐⭐⭐☆ ∨ 32
$6<sup>99</sup>
Get it as soon as **Tomorrow, Sep 25**
FREE Shipping on your first order shipped by Amazon
Only 17 left in stock - order soon.
More Buying Choices
$5.25 (2 used & new offers)

Zerone Wireless Antenna Panel, 14dbi 2.4Ghz Long Range Wireless Antenna Panel WiFi WLAN Extender Directional
$11<sup>49</sup>
`Save 5%` with coupon
FREE Shipping







Honeywell 6500LP81222E0H Dolphin 6500 Handheld Mobile Computer, WLAN and WPAN, IS4813 Laser Engine, 28 Key,...
$776<sup>90</sup>

Cisco SPA112 2 Port Phone Adapter
⭐⭐⭐⭐½ ∨ 1,283
$59<sup>99</sup> ~~$69.00~~

1100mAh Battery Replacement for Nortel 2211 NTTQ5010 NTTQ5050 WLAN 2211 HBPX100-M SK37H1-D
$16<sup>92</sup>

FREE SHIPPING

✓prime Get it as soon as **Tomorrow, Sep 25**
FREE Shipping by Amazon
More Buying Choices
$38.00 (28 used & new offers)

FREE Shipping

65

[ Shop now ]

Sponsored ⓘ



300M Wireless Bluetooth V4.0 NGFF WiFi WLAN Card for Dell DW1707 VRC88 Qualcomm Atheros QCNFA335 Nov11

$11⁴⁶

$2.00 shipping



NETGEAR WiFi Mesh Range Extender EX7000 - Coverage up to 2100 sq.ft. and 35 devices with AC1900 Dual Band Wirele...

⭐⭐⭐⭐☆ ⌄ 11,081

$137⁷⁹

✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon
More Buying Choices
$79.99 (29 used & new offers)

VRC88 - Dell Wireless DW1707 WLAN WiFi 802.11 b/g/n + Bluetooth 4.0 NGFF Card - VRC88

⭐⭐⭐⭐⭐ ⌄ 2

$9⁹⁹

$5.49 shipping
Only 2 left in stock - order soon.
More Buying Choices
$5.00 (7 used & new offers)



1200Mbps WiFi Extender, Aigital Wireless Internet Booster Dual Band (5G+2.4G) Wi-Fi Repeater Signal Amplifier Full Network...

⭐⭐⭐☆☆ ⌄ 57

$29⁹⁹

✓prime Get it as soon as **Tue, Sep 29**
FREE Shipping by Amazon
Only 3 left in stock - order soon.



CISCO CP-8821 Wireless IP Phone Handset CP-8821-K9 Battery and Power Supply Not Included

⭐⭐☆☆☆ ⌄ 1

$318⁹⁹

$8.84 shipping
Only 8 left in stock - order soon.
More Buying Choices
$240.00 (21 used & new offers)



Sponsored ⓘ
WiFi Range Extender, 300Mbps WiFi Repeater, 2.4GHz Wireless Signal Booster with Ethernet Port and 2 Antenna

⭐⭐⭐⭐☆ ⌄ 9

$21⁹⁹

Get it as soon as **Sat, Sep 26**
FREE Shipping on your first order shipped by Amazon







Amazon.com: WLAN products





Sponsored ⓘ

USB WiFi Adapter, Wireless USB 3.0 1200mbps WiFi Dongle Network Adapter Dual Band 5.8G/2.4G for...

$20⁹⁹

Get it as soon as **Sun, Sep 27**
FREE Shipping on your first order shipped by Amazon

Sponsored ⓘ

BrosTrend 1200Mbps WiFi Extender Repeater Range Extender WiFi Booster for Home, Coverage up to 1200 sq.ft,...

 359

Limited time deal

$35⁶⁹ $41.99

✓prime Get it as soon as **Tomorrow, Sep 25**

FREE Shipping by Amazon

Sponsored ⓘ

WiFi Range Extender, 1200Mbps WiFi Repeater Wireless Signal Booster, 2.4 & 5GHz Dual Band Extender with Ethernet Port an...

 18

$44⁹⁹

✓prime Get it as soon as **Sun, Sep 27**

FREE Shipping by Amazon



72

Shop now

Sponsored ⓘ



uxcell 2PCS RG316 SMA Female to Male Connector Router Antenna Extension Cable 30cm

$11⁴⁸

$1.73 shipping

Only 8 left in stock - order soon.



WiFi Range Extender, Wireless Internet Signal Super Booster, Wodgreat Wi-Fi Repeater with 300Mbps High Gain Dual...

 96

$20⁹⁹

Get it as soon as **Sat, Sep 26**
FREE Shipping on your first order shipped by Amazon

More Buying Choices
$17.79 (2 used & new offers)



HP iPAQ HX4705 Pocket PC

★★☆☆☆ ⌄ 47

Only 13 left in stock - order soon.



HP 15.6 inch HD Laptop, Intel Core i5-7200U Processor 2.5GHz, 12GB DDR4 RAM, 1TB HDD, HDMI, Bluetooth,...

 75

$999¹¹

FREE Shipping



Brother HL-L3210CW Compact Digital Color Printer Providing Laser Printer Quality Results with Wireless, Amazon Dash...

 1,142

$199⁹⁹

FREE Shipping by Amazon



Zebra Symbol DS2278-SR Wireless 2D/1D Bluetooth Barcode Scanner/Imager, Includes Cradle and USB Cord

★★★★☆ ⌄ 3

$240⁰⁰

More Buying Choices
$599.66  (5 used & new offers)

In stock on October 14, 2020.

Amazon Certified: Works with Alexa

prime Get it as soon as Sat, Sep 26

FREE Shipping by Amazon

Only 1 left in stock - order soon.







Avaya J100 Wireless Module (700512402) - for Avaya J129, J179, K155

★★★★☆ ⌄ 4

$42.99

FREE Shipping

Only 2 left in stock - order soon.

Reagle Gateway - Bridge/Hub for Reagle Smart Lock - Allows for Remote Access Control, Ideal for Vacation Rental Hosts - Black

★★★★☆ ⌄ 23

$59.00

prime Get it as soon as **Tomorrow, Sep 25**

FREE Shipping by Amazon

HUYUN IPEX MHF4 Antenna WiFi Cable for NGFF/M.2 WiFi/WLAN Card Module (IPEX MHF4 Internal Antenna for...

★★★★☆ ⌄ 150

$6.99

Get it as soon as Sat, Sep 26

FREE Shipping on your first order shipped by Amazon







ASUS Gaming Router Tri-band WiFi (Up to 5334 Mbps) for VR & 4K streaming, 1.8GHz Quad-Core processor, Gaming Port,...

★★★★☆ ⌄ 797

$342.53

prime Get it as soon as **Tomorrow, Sep 25**

FREE Shipping by Amazon

More Buying Choices
$288.64  (34 used & new offers)

Amazon Certified: Works with Alexa

Canon Lasers imageCLASS LBP151dw Wireless Monochrome Printer,Black

★★★☆☆ ⌄ 195

HP High Performance 17.3" Full HD IPS Business Gaming Laptop - Intel Dual-Core i7-7500U, 16GB DDR4, 1TB SSD, DVD...

★★★★☆ ⌄ 11

prime Get it as soon as **Thu, Oct 1**

Only 1 left in stock - order soon.










NETGEAR WiFi Mesh Range Extender EX6100 - Coverage up to 1000 sq.ft. and 15 Devices with AC750 Dual Band Wireles...

★★★★☆ ⌄ 15,150

**$74**⁹⁹

FREE Shipping by Amazon
In stock on October 1, 2020.
More Buying Choices
$36.99 (19 used & new offers)

Mini 3G/4G WiFi Router,150Mbps WLAN Hotspot AP Client RJ45 USB Wireless Router

**$9**⁹⁰

$2.99 shipping

New Dell Mobile USB-C DA300 to HDMI/VGA/Ethernet/USB 4K Adapter Compatible with Latitude 7390 7389 XPS 13...

★★★★⯪ ⌄ 46





HP Aruba X372 54VDC 1050W 110-240VAC Power Supply - 54 V DC Output Voltage

**$475**⁰⁰

✓prime Get it as soon as **Thu, Oct 1**

Honeywell 6110GPB1132E0H Dolphin Series 6110 Mobile Computer, WLAN 802.11 a/b/g/n, WPAN Bluetooth, 28...

Intermec - CK71AA4KN00W1110 - Ck71a Weh-p Wwe Wlan Only Ea30

**$1,859**⁹⁰

✓prime Get it **Wed, Sep 30 - Mon, Oct 5**
Only 7 left in stock - order soon.





Yeastar Dual-Port Analog Telephone Adapter (TA200)

★☆☆☆☆ ⌄ 1

Linksys MR8300 Mesh Wi-Fi Router (Tri-Band Router, Wireless Mesh Router for Home AC2200), Future-Proof MU-...

★★★★⯪ ⌄ 1,316

**$149**⁹⁹ $199.99

✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon
More Buying Choices
$119.59 (22 used & new offers)

Kerrygold Naturally Softer Pure Irish Butter, 8 oz

★★★★★ ⌄ 1,639

**$4**⁴⁹ ($0.56/Ounce)

WHOLE FOODS MARKET FREE 2-hour delivery on orders over $35 with Prime

Mini PCI-e Wireless Card to





Mini PCI Express pcie Wireless Card to PCI Express pcie 1X Adapter （No WiFi Card） for Desktop WiFi Card for Intel 72...

★★★★½ ⌄ 71

$13⁹⁹

Get it as soon as **Sat, Sep 26**

FREE Shipping on your first order shipped by Amazon

**Only 20 left in stock - order soon.**



TP-Link Wireless N300 PCI Adapter, 2.4GHz 300Mbps -(TL-WN851ND)

★★★★☆ ⌄ 614



Linksys (WUSB6300) Dual-Band AC1200 Wireless USB 3.0 Adapter, Black

★★★★☆ ⌄ 960

$49⁹⁷ $69.99

✓prime Get it as soon as **Sun, Sep 27**

FREE Shipping by Amazon

More Buying Choices

$15.00 (31 used & new offers)



Intermec CK3X

$1,301⁷¹

FREE Shipping

**Only 7 left in stock - order soon.**



NETGEAR WiFi Router (R6080) - AC1000 Dual Band Wireless Speed (up to 1000 Mbps) | Up to 1000 sq ft Coverage & 15...

★★★★☆ ⌄ 1,586



Motorola AP 650 IEEE 802.11n 300 Mbps Wireless Access Point - ISM Band - UNII Band - 3 x Antenna(s) - 1 x Network (RJ-4...

★★★★★ ⌄ 1

$89⁹⁹

FREE Shipping







NORTEL WLAN 2211 Cordless Phone Combo-Pack includes: 3 x EM-CPH-526 Batteries

$89¹⁹

FREE Shipping





Cisco Business Class VOIP Phone CP-8861-K9= IP, Requires Cisco Communications Manager (Power Supply Not Included)

★★★½☆ ⌄ 11

$214⁴⁴

FREE Shipping



20200418 WirelessLan_Intel, Intel 3160 1x1AC+BT PCIE NGFF WLAN

**Only 3 left in stock - order soon.**

FREE Shipping

More Buying Choices
$149.00 (53 used & new offers)



NETGEAR WiFi Router (R6230) - AC1200 Dual Band Wireless Speed (up to 1200 Mbps) | Up to 1200 sq ft Coverage & 20...

 ⌄ 3,506

$85.82

✓prime Get it as soon as Tomorrow, Sep 25
FREE Shipping by Amazon
More Buying Choices
$23.22 (23 used & new offers)



Mediabridge Cat7 Ethernet Patch Cable (25 Feet) - 10Gbps / 1000Mhz - Dual-Shielded RJ45 Computer Networking Cord -...

 ⌄ 370

$18.84

Get it as soon as Sun, Sep 27
FREE Shipping on your first order shipped by Amazon



Sponsored ⓘ

WiFi Range Extender Repeater, Latest 1200Mbps WiFi Repeater Wireless Signal Booster, 2.4 and 5GHz 360 Degree Full Coverag...

⭐⭐⭐⭐☆ ⌄ 1,585

$49.98

`Save 10%` with coupon

✓prime Get it as soon as Tomorrow, Sep 25
FREE Shipping by Amazon



Sponsored ⓘ

Panda 300Mbps Wireless N USB Adapter - Windows Vista/7/8/8.1/10, Mint, Ubuntu, Fedora, openSUSE, CentOS,...

 ⌄ 3,097

$15.49

Get it as soon as Tomorrow, Sep 25
FREE Shipping on your first order shipped by Amazon



Sponsored ⓘ

Panda N600 Dual Band (2.4GHz & 5.0GHz) 300Mbps Wireless N USB Adapter w/WPS Button - Windows...

 ⌄ 445

$24.99

Get it as soon as Tomorrow, Sep 25
FREE Shipping on your first order shipped by Amazon



Sponsored ⓘ

Super Boost WiFi, WiFi Range Extender | Up to 300Mbps |Repeater, WiFi Signal Booster, Access Point | Easy Set-up | 2.4...

⭐⭐⭐☆☆ ⌄ 2,263

$27.99

$26.59 with Subscribe & Save discount

`Save 5%` with coupon

✓prime Get it as soon as Tomorrow, Sep 25
FREE Shipping by Amazon



← Previous | 1 | ... | 5 | 6 | 7 | Next →

## Need help?

Visit the help section or contact us

Amazon.com: WLAN products

39

Shop now

Sponsored

## Best sellers in Kindle eBooks

Page 1 of 5



**If You Tell: A True Story of Murder, Family Secrets,...**
› Gregg Olsen
★★★★½ 14,199
Kindle Edition
$1.99



**Playing with Fire: A Bad Boy College Romance**
› L.J. Shen
★★★★½ 920
Kindle Edition
$2.99



**The Evening and the Morning (Kingsbridge...**
› Ken Follett
★★★★½ 581
Kindle Edition
$15.99



**Rage**
› Bob Woodward
★★★★½ 2,056
Kindle Edition
$14.99



**See Her Die (Bree Taggert Book 2)**
› Melinda Leigh
★★★★½ 834
Kindle Edition
$6.99

## Deals in magazine subscriptions

Page 1 of 6



**Yachting**
★★★★½ 80
Print Magazine
$8.00



**Reader's Digest**
★★★★½ 7,694
Print Magazine
$5.00



**Vanity Fair**
★★★★½ 6
Print Magazine
$5.00



**Outdoor Life**
★★★★½ 590
Print Magazine
$5.00

**Family Handyman**
★★★★½ 9,919
Print Magazine
$5.00

---

**Your Browsing History**   › **View or edit your browsing history** ›

See personalized recommendations

**Sign in**

New customer? Start here.

No im
avail

---

Back to top

### Get to Know Us
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

### Make Money with Us
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money with Us

### Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance

### Let Us Help You
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements





Amazon Currency Converter

Manage Your Content and Devices

Amazon Assistant

Help

English

United States

Amazon Music
Stream millions of songs

Amazon Advertising
Find, attract, and engage customers

Amazon Drive
Cloud storage from Amazon

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Alexa
Actionable Analytics for the Web

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Ignite
Sell your original Digital Educational Resources

Amazon Rapids
Fun stories for kids on the go

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Book Depository
Books With Free Delivery Worldwide

Box Office Mojo
Find Movie Box Office Data

ComiXology
Thousands of Digital Comics

CreateSpace
Indie Print Publishing Made Easy

DPReview
Digital Photography

East Dane
Designer Men's Fashion

Fabric
Sewing, Quilting & Knitting

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Prime Now
FREE 2-hour Delivery on Everyday Items

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Amazon Second Chance
Pass it on, trade it in, give it a second life

Conditions of Use Privacy Notice Interest-Based Ads © 1996-2020, Amazon.com, Inc. or its affiliates

☰  amazon          WLAN products          🔍    🇺🇸   Hello, Sign in      Returns      Try Prime ⌄    🛒 Cart
              All ⌄                                              Account & Lists ⌄   & Orders                    0

Hello                Best Sellers   Customer Service   AmazonBasics   New Releases        New Amazon devices from $29.99
Select your address

289-306 of over 2,000 results for **"WLAN products"**                                          Sort by: Featured ⌄

**Amazon Prime**
☐ ✓prime

**Eligible for Free Shipping**
☐ Free Shipping by Amazon
All customers get FREE shipping
on orders over $25 shipped by
Amazon

**Deals**
☐ Today's Deals

**Local Stores**
☐ Amazon Fresh
⌄ See more

**Department**
Computers & Accessories
  Computer Networking
    Internal Computer Networking
    Cards
Office Electronics Products
  Printers & Accessories
⌄ See All 16 Departments

**Avg. Customer Review**
⭐⭐⭐⭐☆ & Up
⭐⭐⭐☆☆ & Up
⭐⭐☆☆☆ & Up
⭐☆☆☆☆ & Up

**Brand**
☐ Apple
☐ AmazonBasics
☐ SAMSUNG
☐ Logitech
☐ Western Digital
☐ Acer
☐ SanDisk
⌄ See more

**Price**
Under $25
$25 to $50
$50 to $100
$100 to $200
$200 & Above

[$ Min]  [$ Max]  [Go]

**Amazon Certified**
☐ Auto Replenishment
☐ Works with Alexa

**From Our Brands**
☐ Our Brands

**Packaging Option**
☐ Frustration-Free Packaging

**New & Upcoming**
New Arrivals
Coming Soon



### PC23400 2933MHz DDR4 for 2019 Mac Pro (7,1)
Shop OWC ›

      

128 GB (1 x 128GB) PC23400 2933MHz   256 GB (2 x 128GB) PC23400 2933MHz   512 GB (4 x 128GB) PC23400 2933MHz
DDR4 LRDIMM for Mac Pro 2019 Mode...   DDR4 LRDIMM for Mac Pro 2019 Mode...   DDR4 LRDIMM for Mac Pro 2019 Mode...
⭐⭐⭐☆☆ 3                          ⭐⭐⭐☆☆ 3                          ⭐⭐⭐☆☆ 3
                                                                         Sponsored ⓘ

      

Sponsored ⓘ                      Sponsored ⓘ                      Sponsored ⓘ

Dual Band USB 3.0 WiFi Adapter   Hkitty Xiong 8 Pin to RJ45       Rosewill PCI-e WiFi 6 Network
1300Mbps with 5dBi High Gain     Gigabit Ethernet LAN Wired       Card AX3000Mbps Bluetooth
Antenna for Raspberry Pi,        Network Adapter Compatible       5.0 Adapter - Wireless PCI
Supports Windows, Linux,...      with iPhone iPad iPod Running... Express Wi-Fi Adapters...
⭐⭐⭐⭐☆ 8                      ⭐⭐⭐⭐☆ 86                     $39⁹⁹
$16⁹⁹                            $18⁹⁹                            ✓prime Get it as soon as Tomorrow,
Get it as soon as Tomorrow, Sep 25  [Save 5%] with coupon           Sep 25
FREE Shipping on your first order   Get it as soon as Sat, Sep 26   FREE Shipping by Amazon
shipped by Amazon                   FREE Shipping on your first order
                                    shipped by Amazon

      

Sponsored ⓘ

WiFi Adapter for PC, QGOO        TP-Link 5 Port 10/100 Mbps       TP-Link 16 Port Gigabit Ethernet
1200Mbps USB 3.0 Wireless        Fast Ethernet Switch | Desktop   Network Switch | Desktop/ Wall-
                                 Ethernet Splitter | Ethernet Hub Mount | Lifetime Protection |
                                 | Plug & Play | Fanless Quiet |... Fanless | Sturdy Metal w/...

amazon | WLAN products

**Certification**

☐ Energy Star

**International Shipping**

☐ International Shipping Eligible

**Condition**

New

Used

Network WiFi Dongle with 5dBi

★★★★☆ ∨ 1,050

$19⁹⁹

`Save 10%` with coupon

Get it as soon as **Tomorrow, Sep 25**
FREE Shipping on your first order shipped by Amazon

★★★★☆ ∨ 22,077

$9⁹⁹ ~~$14.99~~

Get it as soon as **Tomorrow, Sep 25**
FREE Shipping on your first order shipped by Amazon

★★★★☆ ∨ 2,050

`Limited time deal`

$49⁹⁹ ~~$59.99~~

✓prime Get it as soon as **Tomorrow, Sep 25**
FREE Shipping by Amazon

More Buying Choices
$41.67 (16 new offers)



HP LaserJet 1012 Laser Printer

★★★★☆ ∨ 3



`Best Seller`

Cat8 Ethernet Cable, Outdoor&Indoor, 6FT Heavy Duty High Speed 26AWG Cat8 LAN Network Cable 40Gbps,...

★★★★☆ ∨ 6,474

$8⁹⁹ ~~$14.99~~

`Save 5%` with coupon

Get it as soon as **Tomorrow, Sep 25**
FREE Shipping on your first order shipped by Amazon

More Buying Choices
$8.27 (4 used & new offers)



MMOBIEL WiFi WLAN Bluetooth Antenna Signal Connection Flex Cable Compatible with iPhone X 5.8 inch Incl. Screwdrivers

★★★☆☆ ∨ 3

$7⁹⁹

Get it as soon as **Sun, Sep 27**
FREE Shipping on your first order shipped by Amazon



UPTOU 600Mbps USB WiFi Adapter,Dual Band 2.4/5GHz 802.11 ac Wireless Network Adapter for PC,2dBi Antenna...

★★★★☆ ∨ 229

$12⁹⁹

Get it as soon as **Sun, Sep 27**
FREE Shipping on your first order shipped by Amazon



StarTech.com USB 150Mbps Mini Wireless N Network Adapter - 802.11n/g 1T1R USB WiFi Adapter - White USB...

★★★☆☆ ∨ 56

$15⁷⁵

Get it as soon as **Wed, Sep 30**
FREE Shipping on your first order shipped by Amazon

Only 1 left in stock - order soon.

More Buying Choices
$13.53 (42 new offers)



Nortel Avaya 2332 Wireless 802.11abg 54Mbps Access Point DR40010

$48⁵⁷

FREE Shipping

Only 1 left in stock - order soon.



2,705

Shop now

Sponsored ⓘ

(Renewed) HP Chromebook 11.6" Laptop Computer for Business and Student, Intel Celeron N3050, 4GB RAM, 16G...

⭐⭐⭐⭐☆ ⌄ 27



Zebra Tc8000 Touch Mobile Computer - 1 Gb Ram - 4 Gb Flash - 4 Wvga LCD - Wireless LAN - Bluetooth - TC80N0-...

$1,199⁹⁹

FREE Shipping
Only 6 left in stock - order soon.



Symbol MC50 Mobile & Accessories MC5040 Wireless Barcode Scanner Handheld

⭐☆☆☆☆ ⌄ 1

$389⁹⁰

FREE Shipping
Only 8 left in stock - order soon.
More Buying Choices
$156.90 (2 used & new offers)



2 in 1 Laptop jumper x1 Windows 10 Laptop FHD Touchscreen Display Laptop Computer 11.6 inch 6GB RAM...

⭐⭐⭐⭐☆ ⌄ 7

$289⁹⁰

FREE Shipping by Amazon
In stock on October 7, 2020.



NETGEAR 5-Port Gigabit Ethernet Unmanaged PoE Switch (GS305P) - with 4 x PoE @ 55W, Desktop, Sturdy Metal...

⭐⭐⭐⭐½ ⌄ 845

$55⁷⁶ $69.99

✓prime Get it as soon as Sat, Sep 26

FREE Shipping by Amazon
More Buying Choices
$44.79 (43 used & new offers)



ASUS (USB-N13) Wireless-N USB Adapter IEEE 802.11b/g/n USB 2.0 Up to 300Mbps Wireless Data Rates

⭐⭐⭐⭐☆ ⌄ 544

$64⁹⁵

FREE Shipping by Amazon
In stock on November 4, 2020.
More Buying Choices
$49.99 (3 used & new offers)



HP Laserjet Pro P1606dn Printer - Old Version, (CE749A)

⭐⭐⭐⭐½ ⌄ 476

Only 10 left in stock - order soon.



GinTai WLAN+WWAN Replacement for Lenovo

ThinkPad X1 Carbon 5th gen 3G



Sponsored ⓘ

Seriallink SLK-E900 Industrial 4g Cellular Router,4G LTE Modem

Supported AT&T T-Servic...

Only 10 left in stock - order soon.

More Buying Choices
$129.99 (25 used & new offers)

ThinkPad X1 Carbon 6th gen 3G

★★★★★ ⌄ 1

$59.99

FREE Shipping

Supported AT&T Carrier

★★★★☆ ⌄ 8

$175.00

✓prime Get it as soon as Wed, Sep 30

FREE Shipping by Amazon

Only 19 left in stock - order soon.



Sponsored ⓘ

WAVLINK 1200Mbps Dual Band Wi-Fi Extender, Wireless Repeater Range Extender with 2 Gigabit Ethernet Port, 4 x 5DBi...

★★★★☆ ⌄ 141

$39.99

✓prime Get it as soon as Sun, Sep 27

FREE Shipping by Amazon



Sponsored ⓘ

NETGEAR N300 Wi-Fi Range Extender - Desktop Version with 4-Ports (WN2000RPT)

★★★☆☆ ⌄ 584

$41.49 $84.99

FREE Shipping by Amazon
In stock on September 30, 2020.



Sponsored ⓘ

300Mbps WiFi Range Extender NIAGUOJI Internet Signal Booster WiFi Amplifier for Whole Home WiFi Coverage...

★★★☆☆ ⌄ 15

$15.99

Get it as soon as Sat, Sep 26
FREE Shipping on your first order shipped by Amazon



Gigabyte AERO 15 OLED XA-9US5130SP 15" Thin Bezel Samsung UHD Amoled, i9-9980HK, NVIDIA GeForce RTX...

★★★★☆ ⌄ 71

$3,999.11

FREE Shipping



HP LaserJet Pro M203dw Wireless Laser Printer, Works with Alexa (G3Q47A). Replaces HP M201dw Laser Printer

★★★★☆ ⌄ 368

$168.90

FREE Shipping by Amazon
In stock on October 5, 2020.
More Buying Choices
$164.99 (19 used & new offers)
Amazon Certified: Works with Alexa



Sponsored ⓘ

EDUP PCIe WiFi Card with Bluetooth 5.0 Adapter & Heat Sink - Wireless PCI Express AC 2030Mbps Network Card...

★★★★☆ ⌄ 66

$29.99

Save 25% with coupon

✓prime Get it as soon as Tomorrow, Sep 25

FREE Shipping by Amazon









Sponsored ⓘ

WLAN Card WiFi Card,Dual Band
Network Card 2.4G/5Ghz
AR5B22 Network 300Mbps
Bluetooth 4.0 WiFi Mini PCI-E...
★★★½☆ ⌄ 4
**$14**⁹⁹

Get it as soon as **Sat, Sep 26**
FREE Shipping on your first order
shipped by Amazon
Only 4 left in stock - order soon.

Sponsored ⓘ

Thomson SpeedTouch 585i
Residential Wireless ADSL
Gateway
★★★☆☆ ⌄ 2
**$14**⁹⁹
$9.00 shipping

Sponsored ⓘ

COMFAST USB WiFi Adapter for
PC, Wireless Adapter
AC1300Mbps Dual-Band
Wireless Network,...
★★★★½ ⌄ 104
**$16**⁹⁹
`Save 5%` with coupon

Get it as soon as **Sun, Sep 27**
FREE Shipping on your first order
shipped by Amazon

← Previous  | 1 | ... | 5 | 6 | **7** | Next →

## Brands related to your search



**tp-link**

Expand Your
Network. Easy to use.
Shop TP-LINK ›



Reulin
Network Cables

Ultra Slim Design

Shop Reulin ›

## Need help?

Visit the help section or contact us

173

Shop now

Sponsored ⓘ

## Best sellers in Kindle eBooks

Page 1 of 5





If You Tell: A True Story of
Murder, Family Secrets,...
› Gregg Olsen
★★★★½ 14,199
Kindle Edition
$1.99

Playing with Fire: A Bad
Boy College Romance
› L.J. Shen
★★★★½ 920
Kindle Edition
$2.99



The Evening and the
Morning (Kingsbridge...
› Ken Follett
★★★★½ 581
Kindle Edition
$15.99



Rage
› Bob Woodward
★★★★½ 2,056
Kindle Edition
$14.99



See Her Die (Bree Tag...
Book 2)
› Melinda Leigh
★★★★½ 834
Kindle Edition
$6.99

## Deals in magazine subscriptions

Page 1 of 6



**Yachting**
★★★★½ 80
Print Magazine
$8.00



**Reader's Digest**
★★★★½ 7,694
Print Magazine
$5.00



**Vanity Fair**
★★★★½ 6
Print Magazine
$5.00



**Outdoor Life**
★★★★½ 590
Print Magazine
$5.00



**Family Handyman**
★★★★½ 9,919
Print Magazine
$5.00

---

**Your Browsing History**   View or edit your browsing history ›

    

See personalized recommendations

**Sign in**

New customer? Start here.

---

**Back to top**

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon.com Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Business Card | Your Orders |
| Press Center | Advertise Your Products | Amazon Business Line of Credit | Shipping Rates & Policies |
| Investor Relations | Self-Publish with Us | Shop with Points | Amazon Prime |
| Amazon Devices | Host an Amazon Hub | Credit Card Marketplace | Returns & Replacements |
| Amazon Tours | › See More Make Money with Us | Reload Your Balance | Manage Your Content and Devices |
| | | Amazon Currency Converter | Amazon Assistant |
| | | | Help |

**amazon**

🌐 English    🇺🇸 United States

| Amazon Music | Amazon Advertising | Amazon Drive | 6pm | AbeBooks | ACX | Alexa |
|---|---|---|---|---|---|---|
| Stream millions of songs | Find, attract, and engage customers | Cloud storage from Amazon | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Actionable Analytics for the Web |
| Sell on Amazon | Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Ignite | Amazon Rapids |
| Start a Selling Account | Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Sell your original Digital Educational Resources | Fun stories for kids on the go |
| Amazon Web Services | Audible | Book Depository | Box Office Mojo | ComiXology | CreateSpace | DPReview |
| Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Books With Free Delivery Worldwide | Find Movie Box Office Data | Thousands of Digital Comics | Indie Print Publishing Made Easy | Digital Photography |
| East Dane | Fabric | Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Prime Now |
| Designer Men's Fashion | Sewing, Quilting & Knitting | Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | FREE 2-hour Delivery on Everyday Items |

| Amazon Photos | Prime Video Direct | Shopbop | Amazon Warehouse | Whole Foods Market | Woot! | Zappos |
| Unlimited Photo Storage Free With Prime | Video Distribution Made Easy | Designer Fashion Brands | Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing |
| Ring | eero WiFi | Neighbors App | Amazon Subscription Boxes | PillPack | Amazon Renewed | Amazon Second Chance |
| Smart Home Security Systems | Stream 4K Video in Every Room | Real-Time Crime & Safety Alerts | Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products you can trust | Pass it on, trade it in, give it a second life |

Conditions of Use    Privacy Notice    Interest-Based Ads   © 1996-2020, Amazon.com, Inc. or its affiliates