# EXHIBIT C-1



amazon | All | wireless router | Hello, Sign in Account & Lists | Account | Returns & Orders | Try Prime | 0 Cart

Hello Select your address | Best Sellers | Customer Service | AmazonBasics | New Releases | New Amazon devices from $29.99

1-16 of over 1,000 results for **"wireless router"**

Sort by: Featured

**Amazon Prime**
- prime

**Delivery Day**
- Get It by Tomorrow

**Eligible for Free Shipping**
- Free Shipping by Amazon

All customers get FREE Shipping on orders over $25 shipped by Amazon

**Deals**
- Today's Deals

**Department**

Computer Networking
- Computer Routers
- Whole Home & Mesh Wi-Fi Systems

See All 11 Departments

**Avg. Customer Review**
- ★★★★☆ & Up
- ★★★☆☆ & Up
- ★★☆☆☆ & Up
- ★☆☆☆☆ & Up

**Brand**
- TP-Link
- NETGEAR
- ASUS
- Linksys
- D-Link
- WAVLINK
- Amazon

See more

**Price**
- Under $25
- $25 to $50
- $50 to $100
- $100 to $200
- $200 & Above

$ Min | $ Max | Go

**Amazon Certified**
- Works with Alexa

**From Our Brands**
- Our Brands

**Packaging Option**
- Frustration-Free Packaging

**New & Upcoming**
- New Arrivals
- Coming Soon

**Certification**
- Energy Star

D-Link

WiFi Routers from D-Link

Save up to 30% on D-Link ›

Limited time Deal

$88.99 prime

~~$119.99~~ (26% off)

Limited time Deal

$79.99 prime

~~$99.99~~ (20% off)

Limited time Deal

$48.99 prime

~~$69.99~~ (30% off)

Sponsored

## Shop by connectivity type

Bluetooth | Ethernet | USB | Wireless

Sponsored

Speedefy AC2100 Smart WiFi Router - Dual Band Gigabit Wireless Router for Home & Gaming, 4x4 MU-MIMO, 7x6dB...

★★★★☆ 244

$79.00 ~~$99.00~~

Save $5.00 with coupon

prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon

Sponsored

Juplink Wi-Fi Router-AX1800 Wi-Fi 6 Router,Dual Band AX Router Supporting OFDMA,MU-MIMO,Beamforming&Smar...

$109.99

Save 30% with coupon

prime Get it as soon as **Tomorrow, Sep 25**

FREE Shipping by Amazon

Best Seller

TP-Link AC1750 Smart WiFi Router - Dual Band Gigabit Wireless Internet Router for Home, Works with Alexa, VPN...

★★★★☆ 21,468

$62.13 ~~$79.99~~

Amazon Certified: Works with Alexa

prime Get it as soon as **Tomorrow, Sep 25**

FREE Shipping by Amazon

**International Shipping**

☐ International Shipping Eligible

**Condition**

New

Used

More Buying Choices
$56.90  (24 used & new offers)



### NETGEAR Nighthawk Smart WiFi Router (R6700) – AC1750 Wireless Speed (up to 1750 Mbps) | Up to 1500 sq ft...
★★★★☆ ⌄ 51,711

$84.06  $99.99

**Amazon Certified:** Works with Alexa

✓prime Get it as soon as **Tomorrow, Sep 25**
FREE Shipping by Amazon
More Buying Choices
$66.99  (39 used & new offers)



### TP-Link N450 WiFi Router - Wireless Internet Router for Home (TL-WR940N)
★★★★☆ ⌄ 11,937

$24.99

Get it as soon as **Tomorrow, Sep 25**
FREE Shipping on your first order shipped by Amazon
More Buying Choices
$19.99  (16 used & new offers)

---

**Amazon's Choice**  Customers shopped Amazon's Choice for…

| "wireless router" | "netgear router" | "linksys router" |
|---|---|---|

  

| Amazon eero mesh WiFi router | NETGEAR Nighthawk Smart WiFi Router (R6700) - AC1750... | Linksys MR8300 Mesh Wi-Fi Router (Tri-Band Router,... |
|---|---|---|
| ★★★★☆ ⌄ 2,924 | ★★★★☆ ⌄ 51,711 | ★★★★☆ ⌄ 1,316 |
| $99.00 | $84.06  $99.99 | $149.99  $199.99 |
| ✓prime | ✓prime | ✓prime |

---



rockspace AC2100 Smart WiFi Router



Sponsored
WiFi Router-AC2100 Dual-Band Smart WiFi Router, Speed Over 2033Mbps, Support MU-...
★★★★★ 10

**20% off**

$79.99  $99.99
Lowest price in 30 days



Lowest price in 30 days

✓prime Get it as soon as **Tomorrow, Sep 25**

---

 **Editorial recommendations**

By **TechGearLab**  |  **Onsite Associates Program** ⓘ

## Best Wireless Router

Jul 30, 2020 · 6 Recommendations

Looking for a wireless router? Our home network experts bought and tested the top 13 wireless routers available in 2020 and put them through a rigorous side-by-side comparison to find the very best. We objectively compared throughput performance and range using head-to-head tests and measurements taken with the iPerf3 software, as well as rating and scoring how convenient and easy to use each router is. Our recommendations are based on our extensive hands-on testing and can help you find the perfect wireless router for your needs

**Read full article**

**Editors' Choice**
Best Overall Router



ASUS Dual-Band Gigabit WiFi Gaming Router (AC3100) with...

★★★★☆ ⌄ 2,999

$249.99 $299.99

✓prime

This is the best of the best when it comes to routers

**Also Consider**
Best Mesh Network System



NETGEAR Orbi Tri-band Whole Home Mesh WiFi System with...

★★★★½ ⌄ 9,237

$319.86 $369.99

If you are looking for the best of the best when it comes to setting up a mesh network, we think ...

---



Tenda AC1200 Dual Band WiFi Router, High Speed Wireless Internet Router with Smart App, MU-MIMO for Home...

★★★★☆ ⌄ 5,072

$29.99 $37.12

✓prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon

Only 2 left in stock - order soon.

More Buying Choices
$19.57 (17 used & new offers)

---

Sponsored ⓘ



WiFi Router-AC2100 Dual-Band Smart WiFi Router, Speed Over 2033Mbps, Support MU-MIMO&Beamforming, Wirele...

★★★★★ ⌄ 10

20% off

$79.99 $99.99

Lowest price in 30 days

✓prime Get it as soon as **Tomorrow, Sep 25**

FREE Shipping by Amazon

---



NETGEAR WiFi Router (R6230) - AC1200 Dual Band Wireless Speed (up to 1200 Mbps) | Up to 1200 sq ft Coverage & 20...

★★★★½ ⌄ 3,506

$85.82



prime Get it as soon as **Tomorrow, Sep 25**

FREE Shipping by Amazon

More Buying Choices

$23.22 (23 used & new offers)

---



Victure AC1200 Wi-Fi Router for Home, Wireless Router, AC1200 Dual Band WiFi Router, 4 Gigabit LAN Ports,...

⭐⭐⭐⭐½ ⌄ 202

$39.99

prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon

---



NETGEAR WiFi Router (R6330) - AC1600 Dual Band Wireless Speed (up to 1600 Mbps) | Up to 1200 sq ft Coverage & 20...

⭐⭐⭐⭐½ ⌄ 303

$75.35 $79.99

prime Get it as soon as **Tomorrow, Sep 25**

FREE Shipping by Amazon

More Buying Choices

$38.69 (29 used & new offers)

---

Sponsored ⓘ



Medialink AC1200 Wireless Gigabit Router - Gigabit (1000 Mbps) Wired Speed & AC 1200 Mbps Combined Wireless...

⭐⭐⭐⭐½ ⌄ 1,927

**25% off**

$44.99 $59.99

Lowest price in 30 days

prime Get it as soon as **Tomorrow, Sep 25**

FREE Shipping by Amazon

---

Sponsored ⓘ



UTT AC60 Dual Band WiFi Router AC 1200 High Power | USB | Parental Access Control | Easy Setup | VPN –...

⭐⭐⭐☆☆ ⌄ 57

$46.99

prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon

---



WiFi Router-AC2100 Dual-Band Smart WiFi Router, Speed Over 2033Mbps, Support MU-MIMO&Beamforming, Wirele...

⭐⭐⭐⭐⭐ ⌄ 10

**20% off**

$79.99 $99.99

Lowest price in 30 days

prime Get it as soon as **Tomorrow, Sep 25**



FREE Shipping by Amazon

**TP-Link AC1200 Gigabit Smart WiFi Router - 5GHz Gigabit Dual Band MU-MIMO Wireless Internet Router, Supports...**
★★★★⯪ ⌄ 6,844

---



**D-Link WiFi Router, AC1300 Dual Band Smart EXO Mesh Compatible with Alexa & Google Assistant Wireless Internet...**
★★★★⯪ ⌄ 8,632

**Limited time deal**

$48.99  $69.99

✓prime Get it as soon as **Tomorrow, Sep 25**
FREE Shipping by Amazon
More Buying Choices
$45.07  (4 used & new offers)

---



**TP-Link WiFi 6 Router AX1800 Smart WiFi Router – 802.11ax Router, Gigabit Router, Dual Band, OFDMA, Parental...**
★★★★⯪ ⌄ 1,441

$124.41          Amazon Certified: Works with Alexa

✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon
More Buying Choices
$123.99  (22 new offers)

---



Sponsored ⓘ
**WiFi Router-AC1200 Wireless Router,2.4GHz&5GHz Smart Wifi Router Supports MU-MIMO &Beamforming...**
★★★★⯪ ⌄ 39

$49.99

✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon

---



**【2020 Newest】 Smart WiFi Router Dual Band Gigabit Wireless Internet Router for Home AC1200 High Speed...**
★★★★⯪ ⌄ 12

$69.99

Save $5.00  with coupon

✓prime Get it as soon as **Tomorrow, Sep 25**
FREE Shipping by Amazon



TRENDnet AC3000 Tri-Band Wireless Gigabit Dual-WAN VPN SMB Router,TEW-829DRU,MU-MIMO, Wave 2,Internet...
★★★★☆ ⌄ 47

$230⁶⁴ $279.99

✓prime Get it as soon as **Tomorrow, Sep 25**
FREE Shipping by Amazon
More Buying Choices
$229.99 (15 new offers)



TP-Link AC1900 Smart WiFi Router - High Speed MU- MIMO Wireless Router, Dual Band, Gigabit, VPN Server,...
★★★★½ ⌄ 5,019

**Amazon Certified:** Works with Alexa



Speedefy AC2100 Smart WiFi Router - Dual Band Gigabit Wireless Router for Home & Gaming, 4x4 MU-MIMO, 7x6dB...
★★★★½ ⌄ 244

$79⁰⁰ $99.00
**Save $5.00** with coupon

✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon
More Buying Choices
$68.16 (4 used & new offers)



Sponsored ⓘ
AZORES AX1500 Smart WiFi 6 Router Dual Band Wireless Internet Router for Home, MU-MIMO Wireless Router
★★★★½ ⌄ 5

$72²⁵

✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon

← Previous   | **1** | 2 | 3 | ••• | 20 |   Next →

## Brands related to your search

Sponsored ⓘ



**NETGEAR**
Powerful Performance. Smooth Streaming.
Shop NETGEAR INC ›



**ASUS**
Faster connectivity. Wider range. More devices.
Shop ASUS ›

Amazon.com Wireless Router

## Need help?

Visit the help section or contact us

6,702 [ Shop now ]

Sponsored

## Deals in magazine subscriptions

Page 1 of 6

‹



**National Geographic Kids**
★★★★½ 5,694
Print Magazine
$7.00



**Reader's Digest**
★★★★½ 7,694
Print Magazine
$5.00



**AllRecipes**
Print Magazine
$3.00



**Bon Appetit**
★★★★☆ 10
Print Magazine
$5.00



**Family Handyman**
★★★★½ 9,919
Print Magazine
$5.00

›

## Top subscription apps for you



**Disney+**
Disney
★★★★½ 339,400
$0.00



**CBS Full Episodes and Live TV**
CBS Interactive
★★★★☆ 86,126
$0.00



**STARZ**
Starz Entertainment
★★★★☆ 68,359
$0.00



**Sling TV**
Sling TV LLC
★★★★☆ 41,440
$0.00

## Your Browsing History    View or edit your browsing history ›






No image availa

See personalized recommendations

[ Sign in ]

New customer? Start here.

---

**Back to top**

---

**Get to Know Us**
Careers
Blog
About Amazon
Press Center
Investor Relations

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime





Amazon Devices
Amazon Tours

Host an Amazon Hub
› See More Make Money with Us

Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

amazon

English
United States

Amazon Music
Stream millions of songs

Amazon Advertising
Find, attract, and engage customers

Amazon Drive
Cloud storage from Amazon

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Alexa
Actionable Analytics for the Web

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Ignite
Sell your original Digital Educational Resources

Amazon Rapids
Fun stories for kids on the go

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Book Depository
Books With Free Delivery Worldwide

Box Office Mojo
Find Movie Box Office Data

ComiXology
Thousands of Digital Comics

CreateSpace
Indie Print Publishing Made Easy

DPReview
Digital Photography

East Dane
Designer Men's Fashion

Fabric
Sewing, Quilting & Knitting

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Prime Now
FREE 2-hour Delivery on Everyday Items

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Amazon Second Chance
Pass it on, trade it in, give it a second life

Conditions of Use Privacy Notice Interest-Based Ads © 1996-2020, Amazon.com, Inc. or its affiliates

https://www.amazon.com/s?k=wireless+router&page=2&qid=1600988564&ref=sr_pg_2    1/7

17-32 of over 1,000 results for **"wireless router"**

Sort by: Featured ▾

**Amazon Prime**
☐ ✓prime

**Delivery Day**
☐ Get It by Tomorrow

**Eligible for Free Shipping**
☐ Free Shipping by Amazon
All customers get FREE Shipping on orders over $25 shipped by Amazon

**Deals**
☐ Today's Deals

**Department**
Computer Networking
 Computer Routers
 Whole Home & Mesh Wi-Fi Systems
▾ See All 11 Departments

**Avg. Customer Review**
★★★★☆ & Up
★★★☆☆ & Up
★★☆☆☆ & Up
★☆☆☆☆ & Up

**Brand**
☐ TP-Link
☐ NETGEAR
☐ ASUS
☐ Linksys
☐ D-Link
☐ WAVLINK
☐ Amazon
▾ See more

**Price**
Under $25
$25 to $50
$50 to $100
$100 to $200
$200 & Above
[$ Min] [$ Max] [Go]

**Amazon Certified**
☐ Works with Alexa

**From Our Brands**
☐ Our Brands

**Packaging Option**
☐ Frustration-Free Packaging

**New & Upcoming**
New Arrivals
Coming Soon

**Certification**
☐ Energy Star



Sponsored ⓘ

Tenda AC10U Smart Gigabit Wi-Fi Router AC1200 Dual Band w/Parental Control + MU-MIMO + Smart WiFi App...
★★★★☆ ∨ 1,770
$43.99 $59.99
✓prime Get it as soon as Tomorrow, Sep 25
FREE Shipping by Amazon



Sponsored ⓘ

WiFi Router WAVLINK High Power Wireless Wi-Fi Router AC1200 Dual Band(5GHz+2.4Gz) Gigabit Wireless Internet...
★★★★½ ∨ 255
$37.99
✓prime Get it as soon as Tomorrow, Sep 25
FREE Shipping by Amazon



Linksys WiFi Router Dual-Band AC1000 (WiFi 5) Delivers Enhanced 1.0 Gbps Speed, Range, and Security
★★★★☆ ∨ 377
$34.88
✓prime Get it as soon as Tomorrow, Sep 25
FREE Shipping by Amazon



WAVLINK 1200Mbps High Power Long Range Wireless Wi-Fi Router AC1200 Dual Band 5Ghz+2.4Ghz Smart WiFi Router...
★★★★½ ∨ 470
$37.99
✓prime Get it as soon as Tomorrow, Sep 25
FREE Shipping by Amazon
More Buying Choices
$31.87 (4 used & new offers)

Amazon's Choice



Amazon eero mesh WiFi router
★★★★½ ∨ 2,924
$99.00
✓prime Get it as soon as Tomorrow, Sep 25
Amazon Certified: Works with Alexa

**International Shipping**

☐ International Shipping Eligible

**Condition**

New

Used



FREE Shipping by Amazon

---



NETGEAR Nighthawk 6-Stream AX5400 WiFi 6 Router (RAX50) - AX5400 Dual Band Wireless Speed (Up to 5.4...

★★★★☆ ∨ 5,058

**$299**⁰⁰

✓prime Get it as soon as **Tomorrow, Sep 25**

FREE Shipping by Amazon

Only 11 left in stock - order soon.

More Buying Choices
$177.74 (17 used & new offers)

---



TP-Link N300 Wireless Extender, Wi-Fi Router - 2 x 5dBi High Power Antennas, Supports Access Point, WISP, Up to...

★★★★☆ ∨ 99,211

**$19**⁹⁹ $38.29

Get it as soon as **Tomorrow, Sep 25**

FREE Shipping on your first order shipped by Amazon

More Buying Choices
$15.02 (19 used & new offers)

---



D-Link WiFi Router, AC2600 Dual Band Smart EXO Mesh Gigabit Wireless Internet for Home Gaming MU-MIMO (DIR...

★★★★☆ ∨ 2,453

**Limited time deal**

**$88**⁹⁹ $119.99

✓prime Get it as soon as **Tomorrow, Sep 25**

FREE Shipping by Amazon

More Buying Choices
$81.87 (4 used & new offers)

---



NETGEAR Nighthawk X10 AD7200 802.11ac/ad Quad-Stream WiFi Router, 1.7GHz Quad-core Processor, Plex Med...

★★★★☆ ∨ 3,041

**$249**⁹⁹

Save $12.50 at checkout

**Amazon Certified:** Works with Alexa

✓prime

FREE Shipping by Amazon

Only 11 left in stock - order soon.

More Buying Choices
$236.51 (47 used & new offers)

---



WiFi Router WAVLINK High Power Wireless Wi-Fi Router AC1200 Dual Band(5GHz+2.4Gz) Gigabit Wireless Internet...

★★★★☆ ∨ 255

**$37**⁹⁹

✓prime Get it as soon as **Tomorrow, Sep 25**

FREE Shipping by Amazon

More Buying Choices

More Buying Choices
$34.95 (2 used & new offers)

Sponsored ⓘ



WAVLINK WiFi Router/High Speed WiFi Range Extender/Coverage Up to 1200Mbps with 5GHz Gigabit Du...

★★★★☆ ⌄ 1,013

$37⁹⁹

✓prime Get it as soon as **Tomorrow, Sep 25**

FREE Shipping by Amazon

Sponsored ⓘ



WAVLINK 1200Mbps High Power Long Range Wireless Wi-Fi Router AC1200 Dual Band 5Ghz+2.4Ghz Smart WiFi Router...

★★★★⯪ ⌄ 470

$37⁹⁹

✓prime Get it as soon as **Tomorrow, Sep 25**

FREE Shipping by Amazon



WiFi 6 Router AX for Whole Home, AX1500 Dual Band Wireless Mesh Router, 2 Gigabit Ethernet Ports 802.11ax U...

★★★★⯪ ⌄ 22

$67⁹⁹

✓prime Get it as soon as **Tomorrow, Sep 25**

FREE Shipping by Amazon

**Best Seller**

Amazon eero mesh WiFi system – router replacement for whole-home coverage (3-pack)

★★★★⯪ ⌄ 6,021

$249⁰⁰　　　**Amazon Certified:** Works with Alexa

✓prime Get it as soon as **Tomorrow, Sep 25**

FREE Shipping by Amazon



WAVLINK WiFi Router AC3000 Wireless Tri-Band Gigabit Router/High Speed WiFi Range Extender,4K Streaming and...

★★★★☆ ⌄ 208

**9% off**

$99⁹⁹ $109.99

**Save $10.00** with coupon

✓prime Get it as soon as **Tomorrow, Sep 25**

FREE Shipping by Amazon

More Buying Choices

293

Shop now

Sponsored ⓘ

More Buying Choices
$74.99 (7 used & new offers)



**Wi-Fi Refugees**
2017 | CC
⭐⭐⭐☆☆ ⌄ 9

**Prime Video**
From $0⁹⁹ to rent
From $2.99 to buy
Or $0.00 with a Prime membership

- Directed by: Alexey Brazhnikov



**LIJINICT 4G Routers for Wireless Internet, 4G LTE Router with SIM Card Slot, LM321 Unlocked WiFi Hotspot MIMO 2x...**
⭐⭐⭐⭐☆ ⌄ 31

$79⁹⁹

✓prime Get it as soon as **Tomorrow, Sep 25**
FREE Shipping by Amazon



**NETGEAR Nighthawk X4S Smart WiFi Router (R7800) - AC2600 Wireless Speed (up to 2600 Mbps) | Up to 2500 sq ...**
⭐⭐⭐⭐⯨ ⌄ 6,176
In stock on October 15, 2020.
More Buying Choices
$149.99 (28 used & new offers)

Amazon Certified: Works with Alexa



**AZORES WiFi 6 Whole Home Mesh WiFi System -Up to 5,000 sq. ft Coverage, Dual Band Wireless Internet Router, MU-...**
⭐⭐⭐⭐☆ ⌄ 4

$136⁰⁰

✓prime Get it as soon as **Tomorrow, Sep 25**
FREE Shipping by Amazon



**Tenda AC19 Smart WiFi Router - Dual Band Gigabit Wireless (up to 2033 Mbps) Internet Router for Home, 4X4 MU-MIM...**
⭐⭐⭐⭐☆ ⌄ 5,289

$72⁹⁹
`Save $5.00` with coupon

Amazon Certified: Works with Alexa

✓prime Get it as soon as **Tomorrow, Sep 25**
FREE Shipping by Amazon

1,664

Add to Cart

Sponsored ⓘ



Sponsored ⓘ

Meshforce Whole Home Mesh WiFi System M3s Suite (Set of 3) – Gigabit Dual Band Wireless Mesh Router Replacement -...

★★★★½ ⌄ 1,144

$179⁰⁰

Save $20.00 with coupon

✓prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon

Sponsored ⓘ

Meshforce M1 Whole Home Mesh WiFi System (3 Pack) – 2020 Upgraded WiFi Performance –Dual Band Wireless Mes...

★★★★½ ⌄ 938

$149⁰⁰

Save $30.00 with coupon

✓prime Get it as soon as **Tomorrow, Sep 25**

FREE Shipping by Amazon

← Previous   1   2   3  ···  20   Next →

## Brands related to your search

**NETGEAR**
Powerful Performance. Smooth Streaming.
Shop NETGEAR INC ›

**D-Link**
WiFi Routers from D-Link
Shop D-Link ›

## Need help?

Visit the help section or contact us

43   Shop now

Sponsored

## Deals in magazine subscriptions

Page 1 of 6











**National Geographic Kids**
⭐⭐⭐⭐½ 5,694
Print Magazine
$7.00

**Reader's Digest**
⭐⭐⭐⭐½ 7,694
Print Magazine
$5.00

**AllRecipes**
Print Magazine
$3.00

**Bon Appetit**
⭐⭐⭐⭐☆ 10
Print Magazine
$5.00

**Family Handyman**
⭐⭐⭐⭐½ 9,919
Print Magazine
$5.00

## Top subscription apps for you






**Disney+**
Disney
⭐⭐⭐⭐½ 339,400
$0.00

**CBS Full Episodes and Live TV**
CBS Interactive
⭐⭐⭐⭐☆ 86,126
$0.00

**STARZ**
Starz Entertainment
⭐⭐⭐⭐☆ 68,359
$0.00

**Sling TV**
Sling TV LLC
⭐⭐⭐⭐☆ 41,440
$0.00

---

**Your Browsing History**  **View or edit your browsing history**  ›






No im
availa

See personalized recommendations

**Sign in**

New customer? Start here.

---

Back to top

### Get to Know Us
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

### Make Money with Us
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

### Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

### Let Us Help You
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

amazon

🌐 English ▾

🇺🇸 United States





Amazon Music    Amazon    Amazon Drive    6pm    AbeBooks    ACX    Alexa

| Stream millions of songs | Advertising<br>Find, attract, and engage customers | Cloud storage from Amazon | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Actionable Analytics for the Web |
|---|---|---|---|---|---|---|
| Sell on Amazon<br>Start a Selling Account | Amazon Business<br>Everything For Your Business | Amazon Fresh<br>Groceries & More Right To Your Door | AmazonGlobal<br>Ship Orders Internationally | Home Services<br>Experienced Pros Happiness Guarantee | Amazon Ignite<br>Sell your original Digital Educational Resources | Amazon Rapids<br>Fun stories for kids on the go |
| Amazon Web Services<br>Scalable Cloud Computing Services | Audible<br>Listen to Books & Original Audio Performances | Book Depository<br>Books With Free Delivery Worldwide | Box Office Mojo<br>Find Movie Box Office Data | ComiXology<br>Thousands of Digital Comics | CreateSpace<br>Indie Print Publishing Made Easy | DPReview<br>Digital Photography |
| East Dane<br>Designer Men's Fashion | Fabric<br>Sewing, Quilting & Knitting | Goodreads<br>Book reviews & recommendations | IMDb<br>Movies, TV & Celebrities | IMDbPro<br>Get Info Entertainment Professionals Need | Kindle Direct Publishing<br>Indie Digital & Print Publishing Made Easy | Prime Now<br>FREE 2-hour Delivery on Everyday Items |
| Amazon Photos<br>Unlimited Photo Storage Free With Prime | Prime Video Direct<br>Video Distribution Made Easy | Shopbop<br>Designer Fashion Brands | Amazon Warehouse<br>Great Deals on Quality Used Products | Whole Foods Market<br>America's Healthiest Grocery Store | Woot!<br>Deals and Shenanigans | Zappos<br>Shoes & Clothing |
| Ring<br>Smart Home Security Systems | eero WiFi<br>Stream 4K Video in Every Room | Neighbors App<br>Real-Time Crime & Safety Alerts | Amazon Subscription Boxes<br>Top subscription boxes – right to your door | PillPack<br>Pharmacy Simplified | Amazon Renewed<br>Like-new products you can trust | Amazon Second Chance<br>Pass it on, trade it in, give it a second life |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2020, Amazon.com, Inc. or its affiliates



33-48 of over 1,000 results for **"wireless router"**

Sort by: Featured ▾

**Amazon Prime**
☐ ✓prime

**Delivery Day**
☐ Get It by Tomorrow

**Eligible for Free Shipping**
☐ Free Shipping by Amazon
All customers get FREE Shipping on orders over $25 shipped by Amazon

**Deals**
☐ Today's Deals

**Department**
Computer Networking
  Computer Routers
  Whole Home & Mesh Wi-Fi Systems
▾ See All 11 Departments

**Avg. Customer Review**
★★★★☆ & Up
★★★☆☆ & Up
★★☆☆☆ & Up
★☆☆☆☆ & Up

**Brand**
☐ TP-Link
☐ NETGEAR
☐ ASUS
☐ Linksys
☐ D-Link
☐ WAVLINK
☐ Amazon
▾ See more

**Price**
Under $25
$25 to $50
$50 to $100
$100 to $200
$200 & Above
☐ $ Min   ☐ $ Max   Go

**Amazon Certified**
☐ Works with Alexa

**From Our Brands**
☐ Our Brands

**Packaging Option**
☐ Frustration-Free Packaging

**New & Upcoming**
New Arrivals
Coming Soon

**Certification**
☐ Energy Star

NETGEAR

**Powerful Performance. Smooth Streaming.**
Shop NETGEAR INC ›

NETGEAR Nighthawk Smart WiFi Router (R6700) - AC1750 Wireless Speed (up t...
★★★★☆ 51,711
✓prime

NETGEAR Nighthawk X6 Smart WiFi Router (R8000) - AC3200 Tri-band...
★★★★☆ 51,711

Sponsored ⓘ

Sponsored ⓘ



WiFi Range Extender,1200Mbps Dual Band WiFi Repeater Wireless WiFi Signal Booster Compatible with Any Router,...
$49⁹⁹
Save 10% with coupon
✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon



Sponsored ⓘ

WiFi Router,WAVLINK 1200Mbps WiFi Router,High Power Gigabit Wireless Wi-Fi Router,Dual Band 5Ghz+2.4Ghz with ...
★★★★☆ ✓ 308
8% off
$36⁹⁹ $39.99
Save 5% with coupon
✓prime Get it as soon as **Tomorrow, Sep 25**
FREE Shipping by Amazon



Yeacomm 4G LTE CPE Router with Sim Card Slot, 4G Wi-Fi Hotspot Router with 2 RJ11 and 4 RJ45 Ports, 3G 4G...
★★★★☆ ✓ 27
$99⁹⁹
✓prime Get it as soon as **Tomorrow, Sep 25**
FREE Shipping by Amazon
Only 20 left in stock - order soon.



Linksys EA3500 - Dual-Band N750 Router with Gigabit and USB (Renewed)
★★★★☆ ✓ 1,088



amazon.com Wireless Router

**International Shipping**

☐ International Shipping Eligible

**Condition**

New

Used



$24.95 $79.00

FREE Shipping

---



**ASUS Dual-Band Gigabit WiFi Gaming Router (AC3100) with MU-MIMO, supporting AiProtection network security by...**

★★★★☆ ⌄ 2,999

$249.99 $299.99

✓prime Get it as soon as **Tomorrow, Sep 25**

FREE Shipping by Amazon

More Buying Choices
$169.77 (18 used & new offers)

**Amazon Certified:** Works with Alexa

---



**ASUS RT-AC1200 V2 AC1200 Dual Band WiFi Router, Easy 3-Step Setup, 4 LAN Ports, Gaming & Streaming**

★★★★☆ ⌄ 237

$49.00

✓prime Get it as soon as **Tomorrow, Sep 25**

FREE Shipping by Amazon

More Buying Choices
$29.06 (51 used & new offers)

---



**Cisco RV160W VPN Router with 4 Wireless Ports plus Wireless-AC VPN Firewall, Limited Lifetime Protection...**

★★★★☆ ⌄ 58

$146.90 $154.96

✓prime Get it as soon as **Tomorrow, Sep 25**

FREE Shipping by Amazon

More Buying Choices
$140.87 (14 new offers)

---



**NETGEAR WiFi Router (R6080) - AC1000 Dual Band Wireless Speed (up to 1000 Mbps) | Up to 1000 sq ft Coverage & 15...**

★★★★☆ ⌄ 1,586

---

**WAVLINK AC3200 Wireless Dual-Band Gigabit Router with MU-MIMO | 1.4GHz Dual-core CPU | 4 Gigabit Ports,USB Po...**

★★★★☆ ⌄ 11

**22% off**

$99.99 $128.99



Save $8.00 with coupon

✓prime Get it as soon as **Tomorrow, Sep 25**

FREE Shipping by Amazon

---



WAVLINK 1200Mbps Smart WiFi Router Gigabit Ethernet Router WiFi Wireless 5Ghz + 2.4Ghz Gaming WiFi Router...

★★★★★ ⌄ 2

$39⁹⁹

✓prime Get it as soon as **Tomorrow, Sep 25**

FREE Shipping by Amazon

---



Sponsored ⓘ

WiFi Router,WAVLINK 1200Mbps Internet Router,High Power Wireless Wi-Fi Router,Dual Band 5Ghz+2.4Ghz with 2 x 2...

★★★⯪☆ ⌄ 23

$34⁹⁹

Save 5% with coupon

✓prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon

---

Shop now

Sponsored ⓘ



Sponsored ⓘ

Gigabit WiFi Router,WAVLINK 1200Mbps WiFi Router,High Power Wireless Wi-Fi Router,Dual Band 5Ghz+2.4Ghz with ...

★★★★☆ ⌄ 317

$37⁹⁸

Save 5% with coupon

✓prime Get it as soon as **Tomorrow, Sep 25**

FREE Shipping by Amazon

---



Linksys WRT3200ACM Dual-Band Open Source Router for Home (Tri-Stream Fast Wireless Wi-Fi Router, MU-MIMO...

★★★★☆ ⌄ 7,724

$199⁹⁹ $249.99

✓prime Get it **Wed, Sep 30 - Mon, Oct 5**

More Buying Choices
$179.99 (46 used & new offers)

---



TP-Link WiFi 6 AX3000 Smart WiFi Router – 802.11ax Router, Gigabit Router, Dual Band, OFDMA, MU-MIMO,...

★★★★⯪ ⌄ 2,956

$147²⁵

**Amazon Certified:** Works with Alexa

✓prime

FREE Shipping by Amazon

More Buying Choices
$144.99 (5 new offers)

---

Amazon.com: wireless router

Sponsored ⓘ

172



**Linksys MR8300 Mesh Wi-Fi Router (Tri-Band Router, Wireless Mesh Router for Home AC2200), Future-Proof MU-...**
★★★★☆ ⌄ 1,316
**$149**⁹⁹ ~~$199.99~~
✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon
More Buying Choices
$119.59 (22 used & new offers)



**RAVPower FileHub, Travel Router AC750, Wireless SD Card Reader, Connect Portable SSD Hard Drive to iPhone iPad...**
★★★★☆ ⌄ 1,897
**$55**⁹⁹
Save $3.00 with coupon
✓prime Get it as soon as **Tomorrow, Sep 25**
FREE Shipping by Amazon
More Buying Choices
$51.51 (6 used & new offers)



**Linksys EA6350 Dual-Band Wi-Fi Router for Home (AC1200 Fast Wireless Router),Black**
★★★★☆ ⌄ 2,514



**GL.iNet GL-AR750S-Ext (Slate) Gigabit Travel AC VPN Router, 300Mbps(2.4G)+433Mbps(5G) Wi-Fi, 128MB RAM, MicroSD...**
★★★★☆ ⌄ 1,092
**$69**⁹⁹
✓prime Get it as soon as **Tomorrow, Sep 25**
FREE Shipping by Amazon



**Gigabit WiFi Router,WAVLINK 1200Mbps WiFi Router,High Power Wireless Wi-Fi Router,Dual Band 5Ghz+2.4Ghz with ...**
★★★★☆ ⌄ 317
**$37**⁹⁸
Save 5% with coupon
✓prime Get it as soon as **Tomorrow, Sep 25**
FREE Shipping by Amazon

  WiFi Router,WAVLINK 1200Mbps WiFi Router,High Power



Gigabit Wireless Wi-Fi Router Dual Band 5Ghz+2.4Ghz with

★★★★☆ ⌄308

**8% off**

$**36**⁹⁹ $39.99

**Save 5%** with coupon

✓prime Get it as soon as **Tomorrow, Sep 25**

FREE Shipping by Amazon

More Buying Choices

$32.55 (8 used & new offers)

---

Sponsored ⓘ



WAVLINK Smart WiFi Router,Dual Band AC3200 Wireless Gigabit Router with Extender&Repeater Function,Parent...

★★★★☆ ⌄10

**29% off**

$**99**⁹⁹ $139.99

**Save $9.00** with coupon

✓prime Get it as soon as **Tomorrow, Sep 25**

FREE Shipping by Amazon

---

Sponsored ⓘ



AZORES WiFi 6 Whole Home Mesh WiFi System -Up to 5,000 sq. ft Coverage, Dual Band Wireless Internet Router, MU-...

★★★★☆ ⌄4

$**136**⁰⁰

✓prime Get it as soon as **Tomorrow, Sep 25**

FREE Shipping by Amazon

---

← Previous   | 1 | 2 | 3 | 4 | ··· | 20 |   Next →

## Brands related to your search



**NETGEAR**

Powerful Performance. Smooth Streaming.

Shop NETGEAR INC ›



**ASUS**

Faster connectivity. Wider range. More devices.

Shop ASUS ›

## Need help?

Visit the help section or contact us

39

Shop now

Sponsored ⓘ

## Deals in magazine subscriptions

Page 1 of 6

⟨



**National Geographic Kids**
⭐⭐⭐⭐⭐ 5,694
Print Magazine
$7.00



**Reader's Digest**
⭐⭐⭐⭐⭐ 7,694
Print Magazine
$5.00



AllRecipes
Print Magazine
$3.00



**Bon Appetit**
⭐⭐⭐⭐ 10
Print Magazine
$5.00



**Family Handyman**
⭐⭐⭐⭐⭐ 9,919
Print Magazine
$5.00

⟩

## Top subscription apps for you

Page 1 of 6

⟨



**Disney+**
Disney
⭐⭐⭐⭐⭐ 339,400
$0.00



**CBS Full Episodes and Live TV**
CBS Interactive
⭐⭐⭐⭐ 86,126
$0.00



**STARZ**
Starz Entertainment
⭐⭐⭐⭐ 68,359
$0.00



**Sling TV**
Sling TV LLC
⭐⭐⭐⭐ 41,440
$0.00



**ABCmouse.com - Early Learning Academy**
Age of Learning
⭐⭐⭐⭐⭐ 29,707
$0.00

⟩

---

## Your Browsing History    **View or edit your browsing history** ›

   

No im availa

See personalized recommendations

**Sign in**

New customer? Start here.

---

Back to top

**Get to Know Us**

Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

**Make Money with Us**

Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

**Amazon Payment Products**

Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**

Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help



amazon

English United States

Amazon Music
Stream millions of songs

Amazon Advertising
Find, attract, and engage customers

Amazon Drive
Cloud storage from Amazon

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Alexa
Actionable Analytics for the Web

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Ignite
Sell your original Digital Educational Resources

Amazon Rapids
Fun stories for kids on the go

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Book Depository
Books With Free Delivery Worldwide

Box Office Mojo
Find Movie Box Office Data

ComiXology
Thousands of Digital Comics

CreateSpace
Indie Print Publishing Made Easy

DPReview
Digital Photography

East Dane
Designer Men's Fashion

Fabric
Sewing, Quilting & Knitting

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Prime Now
FREE 2-hour Delivery on Everyday Items

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Amazon Second Chance
Pass it on, trade it in, give it a second life

Conditions of Use Privacy Notice Interest-Based Ads © 1996-2020, Amazon.com, Inc. or its affiliates



amazon | All | wireless router | Hello, Sign in Account & Lists Account | Returns & Orders | Try Prime | 0 Cart

Hello Select your address | Best Sellers | Customer Service | AmazonBasics | New Releases | New Amazon devices from $29.99

49-64 of over 1,000 results for **"wireless router"** | Sort by: Featured

**Amazon Prime**
- [ ] prime

**Delivery Day**
- [ ] Get It by Tomorrow

**Eligible for Free Shipping**
- [ ] Free Shipping by Amazon

All customers get FREE Shipping on orders over $25 shipped by Amazon

**Deals**
- [ ] Today's Deals

**Department**

Computer Networking
Computer Routers
Whole Home & Mesh Wi-Fi Systems
See All 11 Departments

**Avg. Customer Review**

★★★★☆ & Up
★★★☆☆ & Up
★★☆☆☆ & Up
★☆☆☆☆ & Up

**Brand**
- [ ] TP-Link
- [ ] NETGEAR
- [ ] ASUS
- [ ] Linksys
- [ ] D-Link
- [ ] WAVLINK
- [ ] Amazon

See more

**Price**

Under $25
$25 to $50
$50 to $100
$100 to $200
$200 & Above

$ Min | $ Max | Go

**Amazon Certified**
- [ ] Works with Alexa

**From Our Brands**
- [ ] Our Brands

**Packaging Option**
- [ ] Frustration-Free Packaging

**New & Upcoming**

New Arrivals
Coming Soon

**Certification**
- [ ] Energy Star

NETGEAR
Powerful Performance. Smooth Streaming.
Shop NETGEAR INC ›

NETGEAR Nighthawk Smart WiFi Router (R6700) - AC1750 Wireless Speed (up t...
★★★★½ 51,711
prime

NETGEAR Nighthawk X6 Smart WiFi Router (R8000) - AC3200 Tri-band...
★★★★½ 51,711

Sponsored

Sponsored

## 1200Mbps WiFi Rang Extender with 4 Advanced External Antennas Home Signal Booster with Ethernet Port Wireless...

$49.99
Save 10% with coupon
prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon

Sponsored

## WiFi Range Extender -1200Mbps WiFi Repeater Wireless Signal Booster 2.4 & 5GHz Dual Band WiFi Extender with 2...

★★★½☆ 534
Limited time deal
$39.09 ~~$45.99~~
Save 20% with coupon
prime Get it as soon as **Tomorrow, Sep 25**
FREE Shipping by Amazon

## NETGEAR Nighthawk M1 Mobile Hotspot 4G LTE Router MR1100-100NAS - Up to 1Gbps Speed | Connect Up to 20...

★★★★☆ 909
$300.38 ~~$349.99~~
prime Get it as soon as **Tomorrow, Sep 25**
FREE Shipping by Amazon
More Buying Choices
$285.00 (59 used & new offers)

## ASUS RT-N12 N300 WiFi Router 2T2R MIMO Technology, 4K HD Video Streaming, VoIP,Up to 300 Mbps,Black

★★★★☆ 1,936

**International Shipping**
☐ International Shipping Eligible

**Condition**
New
Used



$29⁹⁹

✓prime Get it as soon as **Tomorrow, Sep 25**
FREE Shipping by Amazon
More Buying Choices
$11.11 (46 used & new offers)

---



ASUS Wireless-AC1700 Dual Band Gigabit Router (Up to 1700 Mbps) with USB 3.0 (RT-ACRH17)
★★★★⯪ ⌄ 1,004

$89⁹⁸

✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon
More Buying Choices
$52.51 (12 used & new offers)

---



ASUS Dual-Band 2x2 AC1300 Super-Fast WiFi 4-Port Gigabit Router with MU-MIMO and USB 3.0 (RT-ACRH13)
★★★★⯪ ⌄ 3,596

$69⁹⁹

FREE Shipping by Amazon
In stock on November 10, 2020.
More Buying Choices
$40.61 (15 used & new offers)

---



ASUS RT-ACRH12 AC1200 Dual Band WiFi Router with Gigabit LAN Ports, 4 Gb LAN Ports, VPN, MU-MIMO, Gamin...
★★★★⯪ ⌄ 40

$59⁹⁹

✓prime Get it as soon as **Tomorrow, Sep 25**
FREE Shipping by Amazon

---



AC1200 Smart WiFi Router Gigabit Dual Band High Speed Wireless Router for Home and Gaming Coverage up to 350...
★★★★★ ⌄ 4

$59⁹⁹

✓prime
FREE Shipping by Amazon

---



NETGEAR Nighthawk Pro Gaming XR500 WiFi Router with 4 Ethernet Ports and Wireless speeds up to 2.6 Gbps, AC2600...
★★★★⯪ ⌄ 2,308

**Amazon Certified:** Works with Alexa



Shop now

Sponsored



**Linksys EA8300 Tri-Band Wi-Fi Router for Home (Max-Stream AC2200 MU-MIMO Fast Wireless Router), Black**

⭐⭐⭐⭐½ ⌄ 2,222

$149⁹⁹ ~~$179.99~~

✓prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon

Only 19 left in stock - order soon.

More Buying Choices

$89.99 (40 used & new offers)

---

Sponsored ⓘ

**AZORES Basics RJ45 Cat 5e Network Ethernet Patch Internet Router Cable - 5 Feet**

⭐⭐⭐⭐⭐ ⌄ 1

$6⁹⁹

Get it as soon as **Tomorrow, Sep 25**

FREE Shipping on your first order shipped by Amazon



---

Sponsored ⓘ

**Mercku Mesh WiFi System M2 Hive Router Network for Whole Home Internet(1 M2 Standalone + 4 Bee Mesh...**

⭐⭐⭐⭐☆ ⌄ 35

$199⁹⁹ ~~$299.99~~

✓prime Get it as soon as **Tomorrow, Sep 25**

FREE Shipping by Amazon



---



**HUAWEI WiFi 6 Plus Smart WiFi Router AX3 Quad-core Wireless Router 3000Mbps 2.4GHz 5GHz Dual-Band Gigabi...**

⭐⭐⭐⭐☆ ⌄ 6

$109⁹⁹

`Save $10.00` with coupon

✓prime Get it as soon as **Wed, Sep 30**

FREE Shipping by Amazon

Only 1 left in stock - order soon.

---



**Linksys AC1900 Dual Band Wireless Router Max Stream EA7500 (Renewed)**

⭐⭐⭐⭐☆ ⌄ 337

$69³⁴

✓prime Get it as soon as **Sun, Sep 27**

FREE Shipping by Amazon

937

Sponsored ⓘ



**TRENDnet AC1200 Dual Band WiFi Router, TEW-831DR, 4 x 5dBi Antennas, Wireless AC 867Mbps, Wireless N 300Mbps,...**

★★★★★ ⌄ 1

$49⁹⁹

✓prime Get it as soon as **Tomorrow, Sep 25**

FREE Shipping by Amazon

---



**Belkin F9K1123 AC1200 Dual Band AC Wireless Route**

★★★★☆ ⌄ 904

$29⁹⁵ $89.99

✓prime Get it as soon as **Sun, Sep 27**

FREE Shipping by Amazon

More Buying Choices

$18.95 (9 used & new offers)

---



**Linksys MR9600 Mesh Wi-Fi Router (Wi-Fi 6 Router, Dual-Band Wireless Mesh Router for Home Mesh Network) Futur...**

★★★★☆ ⌄ 45

$329⁹⁸ $399.99

✓prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon

Only 11 left in stock - order soon.

More Buying Choices

$329.00 (17 new offers)

---



**【Newest 2020】Wireless WiFi Router High Speed Gaming Router Up to AC1200Mbps with Dual Band 2.4GHz and 5G...**

★★★★½ ⌄ 37

$49⁹⁹

✓prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon

---



**Tenda AC10U Smart Gigabit Wi-Fi Router AC1200 Dual Band w/Parental Control + MU-MIMO + Smart WiFi App...**

★★★★☆ ⌄ 1,770

$43⁹⁹ $59.99

✓prime Get it as soon as **Tomorrow, Sep 25**

FREE Shipping by Amazon

More Buying Choices

$29.99 (23 used & new offers)

---

LUINICT WiFi Hotspot Devices Portable, 4g LTE Mobile WiFi



LISTNET WiFi Hotspot Devices Portable, 4g LTE Mobile WiFi Hotspot, Wireless Router with Sim Card Slot, WiFi Hotspot...

⭐⭐⭐⭐½ ⌄ 5

$84.99

✓prime Get it as soon as **Tomorrow, Sep 25**
FREE Shipping by Amazon

---



Sponsored ⓘ

**WAVLINK AC2100 MU-MIMO Wireless Gigabit Router/Access Point/Range Extender/Repeater with Dual Gigabit Ports,...**

⭐⭐⭐½☆ ⌄ 3

$59.99

✓prime Get it as soon as **Tomorrow, Sep 25**
FREE Shipping by Amazon

---



Sponsored ⓘ

**WAVLINK Smart WiFi Router,Dual Band AC3200 Wireless Gigabit Router with Extender&Repeater Function,Parent...**

⭐⭐⭐☆☆ ⌄ 2

$129.99

✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon
Only 4 left in stock - order soon.

---

← Previous   1   2   3   **4**   5   …   20   Next →

## Brands related to your search



**NETGEAR®**
Powerful Performance. Smooth Streaming.

Shop NETGEAR INC ›



**D-Link**
WiFi Routers from D-Link

Shop D-Link ›

## Need help?

Visit the help section or contact us

---

127

Shop now

Sponsored ⓘ

## Deals in magazine subscriptions

Page 1 of 6


**National Geographic Kids**
★★★★½ 5,694
Print Magazine
$7.00


**Reader's Digest**
★★★★½ 7,694
Print Magazine
$5.00


**AllRecipes**
Print Magazine
$3.00


**Bon Appetit**
★★★★☆ 10
Print Magazine
$5.00


**Family Handyman**
★★★★½ 9,919
Print Magazine
$5.00

## Top subscription apps for you

Page 1 of 6


**Disney+**
Disney
★★★★½ 339,400
$0.00


**CBS Full Episodes and Live TV**
CBS Interactive
★★★★☆ 86,126
$0.00


**STARZ**
Starz Entertainment
★★★★☆ 68,359
$0.00


**Sling TV**
Sling TV LLC
★★★★☆ 41,440
$0.00


**ABCmouse.com - Early Learning Academy**
Age of Learning
★★★★½ 29,707
$0.00

**Your Browsing History**   **View or edit your browsing history**   ›

    
No im avail

See personalized recommendations

**Sign in**

New customer? Start here.

---

**Back to top**

### Get to Know Us
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

### Make Money with Us
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

### Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

### Let Us Help You
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help



English

United States

| Amazon Music | Amazon | Amazon Drive | 6pm | AbeBooks | ACX | Alexa |
| Stream millions | Advertising | Cloud storage | Score deals | Books, art | Audiobook | Actionable |
| of songs | Find, attract, and | from Amazon | on fashion brands | & collectibles | Publishing | Analytics |
|  | engage customers |  |  |  | Made Easy | for the Web |

| Sell on Amazon | Amazon | Amazon Fresh | AmazonGlobal | Home Services | Amazon Ignite | Amazon Rapids |
| Start a Selling | Business | Groceries & More | Ship Orders | Experienced | Sell your original | Fun stories for |
| Account | Everything For | Right To Your | Internationally | Pros | Digital Educational | kids on the go |
|  | Your Business | Door |  | Happiness | Resources |  |
|  |  |  |  | Guarantee |  |  |

| Amazon Web | Audible | Book | Box Office Mojo | ComiXology | CreateSpace | DPReview |
| Services | Listen to Books & | Depository | Find Movie | Thousands of | Indie Print Publishing | Digital |
| Scalable Cloud | Original | Books With Free | Box Office Data | Digital Comics | Made Easy | Photography |
| Computing | Audio | Delivery |  |  |  |  |
| Services | Performances | Worldwide |  |  |  |  |

| East Dane | Fabric | Goodreads | IMDb | IMDbPro | Kindle Direct | Prime Now |
| Designer Men's | Sewing, Quilting | Book reviews | Movies, TV | Get Info | Publishing | FREE 2-hour |
| Fashion | & Knitting | & | & Celebrities | Entertainment | Indie Digital & Print | Delivery |
|  |  | recommendations |  | Professionals | Publishing | on Everyday Items |
|  |  |  |  | Need | Made Easy |  |

| Amazon Photos | Prime Video | Shopbop | Amazon Warehouse | Whole Foods | Woot! | Zappos |
| Unlimited Photo | Direct | Designer | Great Deals on | Market | Deals and | Shoes & |
| Storage | Video Distribution | Fashion Brands | Quality Used Products | America's | Shenanigans | Clothing |
| Free With Prime | Made Easy |  |  | Healthiest |  |  |
|  |  |  |  | Grocery Store |  |  |

| Ring | eero WiFi | Neighbors App | Amazon Subscription Boxes | PillPack | Amazon Renewed | Amazon Second |
| Smart Home | Stream 4K Video | Real-Time Crime | Top subscription boxes – right | Pharmacy | Like-new products | Chance |
| Security Systems | in Every Room | & Safety Alerts | to your door | Simplified | you can trust | Pass it on, trade it |
|  |  |  |  |  |  | in, |
|  |  |  |  |  |  | give it a second |
|  |  |  |  |  |  | life |

Conditions of Use      Privacy Notice      Interest-Based Ads   © 1996-2020, Amazon.com, Inc. or its affiliates



# amazon

All | wireless router

Hello, Sign in
Account & Lists
Account

Returns
& Orders

Try Prime

0 Cart

Hello
Select your address

Best Sellers   Customer Service   AmazonBasics   New Releases    New Amazon devices from $29.99

65-80 of over 1,000 results for **"wireless router"**

Sort by: Featured

**Amazon Prime**
☐ ✓prime

**Delivery Day**
☐ Get It by Tomorrow

**Eligible for Free Shipping**
☐ Free Shipping by Amazon
All customers get FREE Shipping on orders over $25 shipped by Amazon

**Deals**
☐ Today's Deals

**Department**
Computer Networking
   Computer Routers
   Whole Home & Mesh Wi-Fi Systems
▼ See All 11 Departments

**Avg. Customer Review**
★★★★☆ & Up
★★★☆☆ & Up
★★☆☆☆ & Up
★☆☆☆☆ & Up

**Brand**
☐ TP-Link
☐ NETGEAR
☐ ASUS
☐ Linksys
☐ D-Link
☐ WAVLINK
☐ Amazon
▼ See more

**Price**
Under $25
$25 to $50
$50 to $100
$100 to $200
$200 & Above
$ Min   $ Max   Go

**Amazon Certified**
☐ Works with Alexa

**From Our Brands**
☐ Our Brands

**Packaging Option**
☐ Frustration-Free Packaging

**New & Upcoming**
New Arrivals
Coming Soon

**Certification**
☐ Energy Star

**NETGEAR**    Shop NETGEAR INC ›

**Powerful Performance. Smooth Streaming.**



NETGEAR Nighthawk Smart WiFi Router (R6700) - AC1750 Wireless Speed (up t...
★★★★☆ 51,711
✓prime

NETGEAR Nighthawk X6 Smart WiFi Router (R8000) - AC3200 Tri-band...
★★★★☆ 51,711

Sponsored ⓘ



Sponsored ⓘ
**Faraday Defense - Router Shield 2 - Solid Metal Quality Build, Made in USA! (Router Guard 2)**
$149⁹⁸
FREE Shipping

Sponsored ⓘ
**UTT ER5000**
$1,050⁰⁰
$5.00 shipping





**WAVLINK AC1200 Dual Band WiFi Router,Gigabit Ethernet 1200Mbps High Speed Long Range 300 Mbps (2.4GHz)+86...**
★★★★☆ ✓ 120
$37⁹⁹
✓prime Get it as soon as **Tomorrow, Sep 25**
FREE Shipping by Amazon

**NETGEAR Nighthawk AX4 4-Stream WiFi 6 Router (RAX40) - AX3000 Wireless Speed (up to 3Gbps) | Coverage for Small-...**
★★★☆☆ ✓ 82

**International Shipping**

☐ International Shipping Eligible

**Condition**

New

Used



$129.99 ~~$169.99~~

✓prime Get it as soon as **Tomorrow, Sep 25**

FREE Shipping by Amazon

---



**GL.iNET GL-MT300N-V2 Wireless Mini Portable Travel Router, Mobile Hotspot in Pocket, WiFi Repeater Bridge,...**

★★★★☆ ⌄ 2,919

$20.49

Get it as soon as **Tomorrow, Sep 25**

FREE Shipping on your first order shipped by Amazon

More Buying Choices

$13.99 (2 used & new offers)

---



**Wireless Networking: Introduction to Bluetooth and WiFi**

by Gordon Colbach　|　Mar 16, 2009

★★★★☆ ⌄ 32

**Kindle**

$9.99 ~~$34.95~~

Available instantly

**Paperback**

$29.68 ~~$34.95~~

✓prime Get it as soon as **Mon, Oct 5**

FREE Shipping by Amazon

---



**ASUS RT-AX86U AX5700 Dual Band + WiFi 6 Gaming Router, 802.11ax, up to 2500 sq ft & 35+ Devices, NVIDIA GeForce...**

★★★★☆ ⌄ 30

$249.99

FREE Shipping by Amazon

In stock on October 1, 2020.

---



**Asus AC1900 Dual Band Gigabit WiFi Router with MU-Mimo, Aimesh for Mesh WIFI System, Aiprotection Network Securi...**

★★★★☆ ⌄ 6,395

$137.11 ~~$149.99~~

FREE Shipping by Amazon

In stock on October 24, 2020.

More Buying Choices

$79.19 (56 used & new offers)

---



**NETGEAR WiFi Range Extender EX3700 - Coverage up to 1000 sq.ft. and 15 Devices with AC750 Dual Band Wireless...**

★★★★☆ ⌄ 30,858

$34.79 ~~$46.99~~

9/24/2020
Case 2:19-cv-10374-SB-E   Document 131-4   Filed 09/29/20   Page 33 of 70   Page ID #:1371
amazoncom-wireless router





✓prime Get it as soon as **Tomorrow, Sep 25**

FREE Shipping by Amazon

More Buying Choices
$29.88  (36 used & new offers)

---

KuWFi 1200Mbps Wave2 Wireless Ceiling AP Dual Band 802.11ac Wireless Router Enterprise WiFi System AP Up to...

$89⁹⁹

✓prime Get it as soon as **Tomorrow, Sep 25**

FREE Shipping by Amazon

Only 4 left in stock - order soon.

---

Sponsored ⓘ

Tenda Whole Home Mesh WiFi System - Dual Band Gigabit AC1200 Router Replacement for SmartHome,Works with...

★★★★★ ⌄ 9

$136⁹⁹

Save 7% with coupon

✓prime Get it as soon as **Tomorrow, Sep 25**

FREE Shipping by Amazon

**Amazon Certified:** Works with Alexa




---

Sponsored ⓘ




WAVLINK AC1200 WiFi Extender Dual Band 5G 2.4G 1200Mbps Wireless Router/AP Access Point/Repeater Signa...

★★★★☆ ⌄ 27

$44⁹⁹

✓prime Get it as soon as **Tomorrow, Sep 25**

FREE Shipping by Amazon

---




D-Link DIR-619L N 300 High Power Cloud Wireless Router 3 Antenna 79006931966, WiFi

★★★★⯪ ⌄ 48

$22⁹⁹  ~~$25.98~~

Get it as soon as **Tomorrow, Sep 25**

FREE Shipping on your first order shipped by Amazon

More Buying Choices
$21.99  (7 used & new offers)

---



ASUS Gaming Router Tri-band WiFi (Up to 5334 Mbps) for VR & 4K streaming, 1.8GHz Quad-Core processor, Gaming...

★★★★⯪ ⌄ 797

$342⁵³

**Amazon Certified:** Works with Alexa

✓prime Get it as soon as **Tomorrow, Sep 25**

FREE Shipping by Amazon

More Buying Choices

$288.64   (33 used & new offers)

---



Linksys MR9000 Mesh Wi-Fi Router (Tri-Band Router, Wireless Mesh Router for Home AC3000), Future-Proof MU-…

★★★★⯪ ✓ 303

$189.99 $249.99

✓prime Get it Wed, Sep 30 - Mon, Oct 5

More Buying Choices
$169.99   (21 used & new offers)

---



WAVLINK WiFi Router/High Speed WiFi Range Extender/Coverage Up to 1200Mbps with 5GHz Gigabit Du…

★★★★☆ ✓ 1,013

$37.99

✓prime Get it as soon as Tomorrow, Sep 25

FREE Shipping by Amazon

---



NETGEAR N600 Dual Band Wi-Fi Router (WNDR3400)

★★★★☆ ✓ 4,094

---



Linksys EA5800 AC1000 Dual-Band Smart Wi-Fi Router with Fast Ethernet Ports & USB 2.0 Port, Smart Wi-Fi App…

★★★★⯪ ✓ 86

 28% off

$19.99 $27.63

Lowest price in 30 days

FREE Shipping on your first order shipped by Amazon

In stock on September 27, 2020.

---



HooToo Filehub, Wireless Travel Router, iPhone iPad Portable SSD Hard Drive Reader, Photo Backup Device,…

★★★★⯪ ✓ 479

$39.99

✓prime Get it as soon as Tomorrow, Sep 25

FREE Shipping by Amazon

More Buying Choices
$35.36   (2 used & new offers)

---

HONOR Router 3 WiFi 6 Plus 3000Mbps Wireless Router



293

Shop now

Sponsored ⓘ



HONOR Router 3 WiFi 6 Plus 3000Mbps Wireless Router

⭐⭐⭐ ⌄ 6

$64⁹⁹

✓prime Get it as soon as **Wed, Sep 30**
FREE Shipping by Amazon
Only 5 left in stock - order soon.



Sponsored ⓘ

1200Mbps Dual Band WiFi Repeater,WAVLINK Wireless Repeater WiFi Range Extender,Wireless WiFi Signal Booster,...

⭐⭐⭐ ⌄ 51

$45⁹⁹

✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon



Sponsored ⓘ

WAVLINK AC1200 Gigabit WiFi Range Extenders Signal Booster 1200Mbps 2.4+5Ghz Dual Band Wi-Fi Amplifier...

⭐⭐⭐ ⌄ 72

$39⁹⁹

✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon
Only 19 left in stock - order soon.

← Previous   1 ... 4 **5** 6 ... 20   Next →

## Brands related to your search



**NETGEAR**
Powerful Performance. Smooth Streaming.

Shop NETGEAR INC ›



**D-Link**

WiFi Routers from D-Link

Shop D-Link ›

## Need help?

Visit the help section or contact us

43    Shop now

Sponsored ⓘ

## Deals in magazine subscriptions

Page 1 of 6


**National Geographic Kids**
★★★★½ 5,694
Print Magazine
$7.00


**Reader's Digest**
★★★★½ 7,694
Print Magazine
$5.00


**AllRecipes**
Print Magazine
$3.00


**Bon Appetit**
★★★★☆ 10
Print Magazine
$5.00


**Family Handyman**
★★★★½ 9,919
Print Magazine
$5.00

## Top subscription apps for you

Page 1 of 6


**Disney+**
Disney
★★★★½ 339,400
$0.00


**CBS Full Episodes and Live TV**
CBS Interactive
★★★★☆ 86,126
$0.00


**STARZ**
Starz Entertainment
★★★★☆ 68,359
$0.00


**Sling TV**
Sling TV LLC
★★★★☆ 41,440
$0.00


**ABCmouse.com - Early Learning Academy**
Age of Learning
★★★★½ 29,707
$0.00

**Your Browsing History**   **View or edit your browsing history** ›

    

See personalized recommendations

**Sign in**

New customer? Start here.

---

Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help



English


United States

Amazon Music
Stream millions
of songs

Amazon
Advertising
Find, attract, and
engage customers

Amazon Drive
Cloud storage
from Amazon

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Alexa
Actionable
Analytics
for the Web

Sell on Amazon
Start a Selling
Account

Amazon
Business
Everything For
Your Business

Amazon Fresh
Groceries & More
Right To Your
Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced
Pros
Happiness
Guarantee

Amazon Ignite
Sell your original
Digital Educational
Resources

Amazon Rapids
Fun stories for
kids on the go

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio
Performances

Book
Depository
Books With Free
Delivery
Worldwide

Box Office Mojo
Find Movie
Box Office Data

ComiXology
Thousands of
Digital Comics

CreateSpace
Indie Print Publishing
Made Easy

DPReview
Digital
Photography

East Dane
Designer Men's
Fashion

Fabric
Sewing, Quilting
& Knitting

Goodreads
Book reviews
&
recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals
Need

Kindle Direct
Publishing
Indie Digital & Print
Publishing
Made Easy

Prime Now
FREE 2-hour
Delivery
on Everyday Items

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video
Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon Warehouse
Great Deals on
Quality Used Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right
to your door

PillPack
Pharmacy
Simplified

Amazon Renewed
Like-new products
you can trust

Amazon Second
Chance
Pass it on, trade it
in,
give it a second
life

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2020, Amazon.com, Inc. or its affiliates



## amazon

| All ▾ | wireless router | 🔍 |

🇺🇸 ▾

Hello, Sign in
**Account & Lists** ▾
Account ▾

Returns
**& Orders**

Try Prime ▾

🛒 **0** Cart

📍 Hello
**Select your address**

Best Sellers     Customer Service     AmazonBasics     New Releases          New Amazon devices from $29.99

81-96 of over 1,000 results for **"wireless router"**          Sort by: Featured ▾

**Amazon Prime**
☐ ✓prime

**Delivery Day**
☐ Get It by Tomorrow

**Eligible for Free Shipping**
☐ Free Shipping by Amazon
All customers get FREE Shipping
on orders over $25 shipped by
Amazon

**Deals**
☐ Today's Deals

**Department**
Computer Networking
  Computer Routers
  Whole Home & Mesh Wi-Fi
  Systems
❯ See All 11 Departments

**Avg. Customer Review**
★★★★☆ & Up
★★★☆☆ & Up
★★☆☆☆ & Up
★☆☆☆☆ & Up

**Brand**
☐ TP-Link
☐ NETGEAR
☐ ASUS
☐ Linksys
☐ D-Link
☐ WAVLINK
☐ Amazon
❯ See more

**Price**
Under $25
$25 to $50
$50 to $100
$100 to $200
$200 & Above
[$ Min] [$ Max] [Go]

**Amazon Certified**
☐ Works with Alexa

**From Our Brands**
☐ Our Brands

**Packaging Option**
☐ Frustration-Free Packaging

**New & Upcoming**
New Arrivals
Coming Soon

**Certification**
☐ Energy Star

**D-Link**     WiFi Routers from D-Link
Save up to 30% on D-Link ❯

$88⁹⁹ ✓prime
$119.99 (26% off)
Limited time Deal

$79⁹⁹ ✓prime
$99.99 (20% off)
Limited time Deal

$48⁹⁹ ✓prime
$69.99 (30% off)
Limited time Deal

Sponsored ⓘ

Sponsored ⓘ
**Faraday Defense - Router Shield 2 - Solid Metal Quality
Build, Made in USA! (Router Guard 2 XL)**
$189⁹⁹
FREE Shipping

Sponsored ⓘ
Tenda Whole Home Mesh WiFi System - Dual Band Gigabit
AC1200 Router Replacement for SmartHome,Works with...
★★★★★ ⌄ 9
$109⁹⁹          Amazon Certified: Works with Alexa
Save 9% with coupon
✓prime Get it as soon as **Sun, Sep
27**
FREE Shipping by Amazon
Only 11 left in stock - order soon.

NETGEAR 4-Stream Wifi 6 Router (RAX15) - AX1800 Wireless
Speed (Up to 1.8Gbps) | Up to 1500 sq ft Coverage & 20+...
★★★★☆ ⌄ 903

Linksys MR9000 Mesh Wi-Fi Router (Tri-Band Router,
Wireless Mesh Router for Home AC3000), Future-Proof MU-...
$124⁰⁰ $189.99

**International Shipping**

☐ International Shipping Eligible

**Condition**

New
Used



✓prime Get it as soon as **Tue, Sep 29**

FREE Shipping by Amazon



ZyXEL C2100Z (CenturyLink) VDSL2 Wireless Modem Router (Renewed)

★★★☆☆ ⌄ 10

$159⁹⁵

✓prime Get it as soon as **Tomorrow, Sep 25**

FREE Shipping by Amazon



AZORES AX1500 Smart WiFi 6 Router Dual Band Wireless Internet Router for Home, MU-MIMO Wireless Router

★★★★⯪ ⌄ 5

$72²⁵

✓prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon



WAVLINK AC2100 MU-MIMO Wireless Router, Dual Band 5G 2.4G 2100Mbps WiFi Router Gigabit Ethernet Smart WiFi B...

★★★★⯪ ⌄ 7

**14% off**

$59⁹⁹ $69.99

Save $10.00 with coupon

✓prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon



ASUS RT-AC66U B1 AC1750 Dual-Band WiFi Router, AiProtection Lifetime Security by Trend Micro, AiMesh...

★★★★⯪ ⌄ 1,494

$93⁹⁹ $99.99

✓prime Get it as soon as **Tue, Sep 29**

FREE Shipping by Amazon

More Buying Choices
$64.99 (74 used & new offers)



RAVPower Filehub, Travel Router N300, Hotspot WiFi Devices, WiFi Bridge/Range Extender/Access Point/Client...

★★★★☆ ⌄ 307

$19⁹⁹ $27.99

Get it as soon as **Sun, Sep 27**

FREE Shipping on your first order

shipped by Amazon
Only 4 left in stock - order soon.
More Buying Choices
$17.59 (4 used & new offers)



TP-Link AC2600 Smart WiFi Router - MU-MIMO, Gigabit Wireless Router, Full Gigabit Ethernet Ports, Beamforming,...
⭐⭐⭐⭐⭐ ⌄ 1,159
$119⁹⁹ $139.99
✓prime Get it **Wed, Sep 30 - Mon, Oct 5**




Sponsored ⓘ
Smart Mesh Wi-Fi System,Wavlink 2.4GHz+5Ghz Smart Wi-Fi Router Mesh with Touchlink Function,Newest High Power...
⭐⭐⭐⭐☆ ⌄ 16
$129⁹⁹
✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon
Only 19 left in stock - order soon.



Sponsored ⓘ
WiFi Extenders,WiFi Range Booster,Wireless Signal Repeater/Access Point/Router with WPS Function,Whole...
$29⁹⁹
Save 8% with coupon
✓prime Get it as soon as **Sun, Sep 27**
FREE Shipping by Amazon



Google WiFi System, 1-Pack - Router Replacement for Whole Home Coverage - NLS-1304-25,white
⭐⭐⭐⭐⭐ ⌄ 12,927
$107⁹⁸ $129.00
✓prime Get it as soon as **Wed, Sep 30**
FREE Shipping by Amazon
More Buying Choices
$64.95 (23 used & new offers)



ASUS RT-AX3000 Dual Band WiFi Router, WiFi 6, 802.11ax, Lifetime Internet Security, Support AiMesh Whole-Home...
⭐⭐⭐⭐⭐ ⌄ 264
$177⁷³
✓prime Get it as soon as **Sun, Sep 27**
FREE Shipping by Amazon
More Buying Choices

3,646

Shop now

Sponsored ⓘ

$119.99 (20 used & new offers)



### Linksys EA6350 AC1200 Dual Band Smart Wi-Fi Wireless Router Black - Renewed

★★★★☆ ∨ 227

**$34**⁹⁹ ~~$37.95~~

✓prime Get it as soon as **Tomorrow, Sep 25**
FREE Shipping by Amazon



### ASUS RT-AX56U AX1800 WiFi 6 Dual-Band WiFi Router, Lifetime Internet Security with AiProtection, Whole-home...

★★★★☆ ∨ 246

✓prime Get it as soon as **Sat, Sep 26**

Sponsored ⓘ




### NETGEAR N750 Dual Band 4 Port Wi-Fi Gigabit Router (WNDR4300)

★★★★☆ ∨ 6,665

**$243**⁵⁵

✓prime Get it as soon as **Tue, Sep 29**
FREE Shipping by Amazon
Only 1 left in stock - order soon.
More Buying Choices
$24.83 (20 used & new offers)



### Linksys EA7300 Dual-Band Wi-Fi Router for Home (Max-Stream AC1750 MU-MIMO Fast Wireless Router)

★★★★☆ ∨ 2,543

**$79**⁹⁹ ~~$99.99~~

✓prime Get it **Wed, Sep 30 - Mon, Oct 5**
More Buying Choices
$41.49 (27 used & new offers)



### Linksys EA7500 Dual-Band Wi-Fi Router for Home (Max-Stream AC1900 MU-Mimo Fast Wireless Router)

★★★★☆ ∨ 4,113

TP-Link Archer AC1750 Smart WiFi Router - Dual Band



TP-Link Archer AC1750 Smart WiFi Router - Dual Band Gigabit (C7) (Renewed)
★★★★☆ ∨ 87
$54.80 $99.99

✓prime Get it as soon as **Wed, Sep 30**
FREE Shipping by Amazon

Sponsored ⓘ



UTT Dual WAN Load Balance Router, VPN Gateway, PoE Powered, FCC Listed, 8 Gigabit LAN, ER528GP for Business,...
★★★★★ ∨ 2
$169.00

✓prime Get it as soon as **Tomorrow, Sep 25**
FREE Shipping by Amazon

Sponsored ⓘ

WAVLINK Wi-Fi Range Extender Repeater/Wireless Access Point/Router 3 in 1, 【2.4G 300Mbps】 Internet Signal...
★★★☆☆ ∨ 85

**13% off**

$25.99 $29.99
**Save $5.00** with coupon

✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon

← Previous | 1 … 5 | **6** | 7 … 20 | Next →

## Brands related to your search



NETGEAR®
Powerful Performance. Smooth Streaming.
Shop NETGEAR INC ›



D-Link
Where price and performance meet
Shop D-Link ›

## Need help?

Visit the help section or contact us

Sponsored ⓘ

## Deals in magazine subscriptions

Page 1 of 6

    

**National Geographic Kids**
⭐⭐⭐⭐½ 5,694
Print Magazine
$7.00

**Reader's Digest**
⭐⭐⭐⭐½ 7,694
Print Magazine
$5.00

**AllRecipes**
Print Magazine
$3.00

**Bon Appetit**
⭐⭐⭐⭐ 10
Print Magazine
$5.00

**Family Handyman**
⭐⭐⭐⭐½ 9,919
Print Magazine
$5.00

## Top subscription apps for you

Page 1 of 6

    

**Disney+**
Disney
⭐⭐⭐⭐½ 339,400
$0.00

**CBS Full Episodes and Live TV**
CBS Interactive
⭐⭐⭐⭐ 86,126
$0.00

**STARZ**
Starz Entertainment
⭐⭐⭐⭐ 68,359
$0.00

**Sling TV**
Sling TV LLC
⭐⭐⭐⭐ 41,440
$0.00

**ABCmouse.com - Early Learning Academy**
Age of Learning
⭐⭐⭐⭐½ 29,707
$0.00

---

**Your Browsing History**    **View or edit your browsing history** ›

See personalized recommendations

**Sign in**

New customer? Start here.

   

No image available

---

Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

 amazon

 🌐 English ▾     🇺🇸 United States

Amazon Music
Stream millions
of songs

Amazon
Advertising
Find, attract, and
engage customers

Amazon Drive
Cloud storage
from Amazon

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Alexa
Actionable
Analytics
for the Web

Sell on Amazon
Start a Selling
Account

Amazon
Business
Everything For
Your Business

Amazon Fresh
Groceries & More
Right To Your
Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced
Pros
Happiness
Guarantee

Amazon Ignite
Sell your original
Digital Educational
Resources

Amazon Rapids
Fun stories for
kids on the go

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio
Performances

Book
Depository
Books With Free
Delivery
Worldwide

Box Office Mojo
Find Movie
Box Office Data

ComiXology
Thousands of
Digital Comics

CreateSpace
Indie Print Publishing
Made Easy

DPReview
Digital
Photography

East Dane
Designer Men's
Fashion

Fabric
Sewing, Quilting
& Knitting

Goodreads
Book reviews
&
recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals
Need

Kindle Direct
Publishing
Indie Digital & Print
Publishing
Made Easy

Prime Now
FREE 2-hour
Delivery
on Everyday Items

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video
Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon Warehouse
Great Deals on
Quality Used Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right
to your door

PillPack
Pharmacy
Simplified

Amazon Renewed
Like-new products
you can trust

Amazon Second
Chance
Pass it on, trade it
in,
give it a second
life

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2020, Amazon.com, Inc. or its affiliates



97-112 of over 5,000 results for **"wireless router"**

Sort by: Featured ▾

**Amazon Prime**
☐ ✓prime

**Delivery Day**
☐ Get It by Tomorrow

**Eligible for Free Shipping**
☐ Free Shipping by Amazon
All customers get FREE Shipping on orders over $25 shipped by Amazon

**Deals**
☐ Today's Deals

**Department**
Computer Networking
  Computer Routers
  Whole Home & Mesh Wi-Fi Systems
▾ See All 11 Departments

**Avg. Customer Review**
★★★★☆ & Up
★★★☆☆ & Up
★★☆☆☆ & Up
★☆☆☆☆ & Up

**Brand**
☐ TP-Link
☐ NETGEAR
☐ ASUS
☐ Linksys
☐ D-Link
☐ WAVLINK
☐ Amazon
▾ See more

**Price**
Under $25
$25 to $50
$50 to $100
$100 to $200
$200 & Above
[$ Min] [$ Max] [Go]

**Amazon Certified**
☐ Works with Alexa

**From Our Brands**
☐ Our Brands

**Packaging Option**
☐ Frustration-Free Packaging

**New & Upcoming**
New Arrivals
Coming Soon

**Certification**
☐ Energy Star

 **Faster connectivity. Wider range. More devices.**
Shop the ASUS Store on Amazon ›


WiFi 6 routers -- Future proof speed


ZenWiFi --Whole-home mesh WiFi 6 system


ROG Gaming routers -- Instant victory

Sponsored ⓘ



Sponsored ⓘ
Mesh Router,Smart Mesh Wi-Fi Router System,Wavlink 2.4GHz+5Ghz Smart Wi-Fi Router Mesh with Touchlink...
★★★★☆ ⌄ 16
$89.99
[Save $5.00] with coupon
✓prime
FREE Shipping by Amazon



Sponsored ⓘ
Xirrus by Cambium EasyPass 3YR Subscription for a 2-Radio AP Operating with XMS-Cloud or XMS-Enterprise (EASY-...
$80.00
FREE Shipping



TP-Link Archer AC1750 Smart WiFi Router - Dual Band Gigabit (C7) (Renewed)
★★★★☆ ⌄ 87
$54.80 $99.99
✓prime Get it as soon as **Wed, Sep 30**
FREE Shipping by Amazon



Verizon FiOS Router Updated 2019 - Fios Quantum Gateway G1100 AC1750 Wi-Fi Dual Band Wireless Routers for Intern...
★★★★☆ ⌄ 20
$114.95

amazon.com: wireless router

# International Shipping
☐ International Shipping Eligible

# Condition
New
Used



✓prime Get it as soon as **Wed, Sep 30**
FREE Shipping by Amazon
Only 15 left in stock - order soon.

---



**Synology RT2600ac – 4x4 dual-band Gigabit Wi-Fi router, MU-MIMO, powerful parental controls, Threat Prevention,...**
★★★★½ ⌄ 1,585
**$199**⁹⁹
✓prime Get it as soon as **Wed, Sep 30**
FREE Shipping by Amazon
Only 19 left in stock - order soon.
More Buying Choices
$147.30 (42 used & new offers)

---



**Actiontec CenturyLink C1900A Wireless VDSL2 IPTV Router (Renewed)**
★★★☆☆ ⌄ 5
**$109**⁹⁵
✓prime Get it as soon as **Tomorrow, Sep 25**
FREE Shipping by Amazon

---



**Linksys Mesh WiFi Router (Mesh WiFi 5 Router, Wireless Mesh Router for Home) Future-Proof Dual-Band Fast Wireless...**
★★★☆☆ ⌄ 1
**$99**⁹⁹
✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon
More Buying Choices
$98.99 (11 new offers)

---



**Belkin AC750 Wi-Fi Dual-Band AC+ Router (F9K1116)**
★★★★☆ ⌄ 282
**$24**⁰⁰ $89.99
FREE Shipping
More Buying Choices
$12.44 (7 used & new offers)

---



**ASUS AC2900 WiFi Dual-band Gigabit Wireless Router with 1.8GHz Dual-core Processor and AiProtection Network...**
★★★★☆ ⌄ 2,205
**$189**⁹⁹
FREE Shipping by Amazon
In stock on October 17, 2020.
More Buying Choices
$131.24 (40 used & new offers)

Amazon Certified: Works with Alexa



**WiFi Router-AC1200 Wireless Router,2.4GHz&5GHz Smart Wifi Router Supports MU-MIMO &Beamforming...**

⭐⭐⭐⭐½ ⌄ 39

$49⁹⁹

✓prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon

---



Sponsored ⓘ

**WAVLINK AC2100 Dual-Band Mesh WiFi Router and Extender Kit for Whole Home Mesh WiFi System, Up to 4,000 sq. ft....**

⭐⭐⭐⭐☆ ⌄ 22

$139⁹⁹

✓prime Get it as soon as **Tue, Sep 29**

FREE Shipping by Amazon

Only 15 left in stock - order soon.

---



Sponsored ⓘ

**Tenda NOVA Whole Home Mesh Wi-Fi System, Tri-Band AC2100 Router/Extender Replacement, 100+ Devices,...**

⭐⭐⭐⭐⭐ ⌄ 5

$219⁹⁹                    **Amazon Certified:** Works with Alexa

`Save 7%` with coupon

✓prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon

---



**LOST IN NEW MEXICO "Recommended" - Library Journal (includes non-commercial PPR & DSL)**

NR

**Prime Video**

This video is currently unavailable

- Starring: Drea Pressley , Jaime Estrada , Dr. Alan Rice , et al.
- Directed by: Jason Rosette

---



**D-Link WiFi Router, AC2600 Dual Band Gigabit 4K Streaming and Gaming with USB Ports, Wireless Internet for Home...**

$99⁹⁹

✓prime Get it as soon as **Tomorrow, Sep 25**

FREE Shipping by Amazon

Only 11 left in stock - order soon.

---

658

Add to Cart

Sponsored ⓘ



**Linksys EA6350 Wi-Fi Wireless Dual-Band+ Router with Gigabit & USB Ports   (Renewed)**

⭐⭐⭐⭐☆ ⌄ 253

$49.99

✓prime Get it as soon as **Sun, Sep 27**

FREE Shipping by Amazon

---



**TP-Link Deco Whole Home Mesh WiFi System – Up to 4,500 Sq. ft Coverage, WiFi Router/WiFi Extender Replacement,...**

⭐⭐⭐⭐⭐ ⌄ 1,982

$109.99

✓prime Get it as soon as **Tomorrow, Sep 25**

FREE Shipping by Amazon

More Buying Choices
$109.98 (14 new offers)

**Amazon Certified:** Works with Alexa

---

**Google Nest WiFi Router (2nd Generation) – 4x4 AC2200 Mesh Wi-Fi Router with 2200 Sq Ft Coverage**

⭐⭐⭐⭐⭐ ⌄ 1,249

$169.00

✓prime Get it as soon as **Tomorrow, Sep 25**

FREE Shipping by Amazon

More Buying Choices
$154.95 (12 used & new offers)

---



**Tenda AC1200 Gigabit Smart WiFi Router | Dual Band Wireless Internet Router | AP Mode| IPv6 | Guest WiFi, and...**

⭐⭐⭐⭐☆ ⌄ 213

$35.99

`Save 7%` with coupon

✓prime Get it as soon as **Tomorrow, Sep 25**

FREE Shipping by Amazon

---



**Linksys E2500 (N600) Advanced Simultaneous Dual-Band Wireless-N Router (Renewed)**

⭐⭐⭐⭐⭐ ⌄ 6

$24.99 $39.98

Get it as soon as **Tomorrow, Sep 25**

FREE Shipping on your first order shipped by Amazon

---



**Linksys MR7350 Mesh Wi-Fi Router (Wi-Fi 6 Router, Dual-Band Wireless Mesh Router for Home Mesh Network) Futur...**

⭐⭐⭐⭐⭐ ⌄ 46





Sponsored ⓘ

**Tenda AC21 Smart WiFi Router - Dual Band Gigabit Wireless (up to 2033 Mbps) Internet Router for Home, 4X4 MU-MIM...**

⭐⭐⭐⭐☆ ⌄ 357

$89⁹⁹          **Amazon Certified:** Works with Alexa

✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon
Only 15 left in stock (more on the way).



Sponsored ⓘ

**WAVLINK AC1200 Gigabit WiFi Range Extenders Signal Booster 1200Mbps 2.4+5Ghz Dual Band Wi-Fi Amplifier...**

⭐⭐⭐⭐☆ ⌄ 63

$39⁹⁹

✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon

← Previous    1   …   6   **7**   8   …   20   Next →

## Brands related to your search



**NETGEAR**
Powerful Performance. Smooth Streaming.
Shop NETGEAR INC ›



Faster, Whole Home Wi-Fi
Shop AmpliFi ›

## Need help?

Visit the help section or contact us

43        Shop now

Sponsored ⓘ

## Deals in magazine subscriptions

Page 1 of 6









**National Geographic Kids**
⭐⭐⭐⭐⭐ 5,694
Print Magazine
$7.00

**Reader's Digest**
⭐⭐⭐⭐⭐ 7,694
Print Magazine
$5.00

**AllRecipes**
Print Magazine
$3.00

**Bon Appetit**
⭐⭐⭐⭐ 10
Print Magazine
$5.00

**Family Handyman**
⭐⭐⭐⭐⭐ 9,919
Print Magazine
$5.00

## Top subscription apps for you

Page 1 of 6








**Disney+**
Disney
⭐⭐⭐⭐⭐ 339,400
$0.00

**CBS Full Episodes and Live TV**
CBS Interactive
⭐⭐⭐⭐ 86,126
$0.00

**STARZ**
Starz Entertainment
⭐⭐⭐⭐ 68,359
$0.00

**Sling TV**
Sling TV LLC
⭐⭐⭐⭐ 41,440
$0.00

**ABCmouse.com - Early Learning Academy**
Age of Learning
⭐⭐⭐⭐⭐ 29,707
$0.00

**Your Browsing History**    **View or edit your browsing history** ›

See personalized recommendations

Sign in

New customer? Start here.







Back to top

### Get to Know Us
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

### Make Money with Us
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

### Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

### Let Us Help You
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

  

English    United States

Amazon Music    Amazon    Amazon Drive    6pm    AbeBooks    ACX    Alexa

| Stream millions of songs | Advertising<br>Find, attract, and engage customers | Cloud storage from Amazon | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Actionable Analytics for the Web |
| Sell on Amazon<br>Start a Selling Account | Amazon Business<br>Everything For Your Business | Amazon Fresh<br>Groceries & More Right To Your Door | AmazonGlobal<br>Ship Orders Internationally | Home Services<br>Experienced Pros Happiness Guarantee | Amazon Ignite<br>Sell your original Digital Educational Resources | Amazon Rapids<br>Fun stories for kids on the go |
| Amazon Web Services<br>Scalable Cloud Computing Services | Audible<br>Listen to Books & Original Audio Performances | Book Depository<br>Books With Free Delivery Worldwide | Box Office Mojo<br>Find Movie Box Office Data | ComiXology<br>Thousands of Digital Comics | CreateSpace<br>Indie Print Publishing Made Easy | DPReview<br>Digital Photography |
| East Dane<br>Designer Men's Fashion | Fabric<br>Sewing, Quilting & Knitting | Goodreads<br>Book reviews & recommendations | IMDb<br>Movies, TV & Celebrities | IMDbPro<br>Get Info Entertainment Professionals Need | Kindle Direct Publishing<br>Indie Digital & Print Publishing Made Easy | Prime Now<br>FREE 2-hour Delivery on Everyday Items |
| Amazon Photos<br>Unlimited Photo Storage Free With Prime | Prime Video Direct<br>Video Distribution Made Easy | Shopbop<br>Designer Fashion Brands | Amazon Warehouse<br>Great Deals on Quality Used Products | Whole Foods Market<br>America's Healthiest Grocery Store | Woot!<br>Deals and Shenanigans | Zappos<br>Shoes & Clothing |
| Ring<br>Smart Home Security Systems | eero WiFi<br>Stream 4K Video in Every Room | Neighbors App<br>Real-Time Crime & Safety Alerts | Amazon Subscription Boxes<br>Top subscription boxes – right to your door | PillPack<br>Pharmacy Simplified | Amazon Renewed<br>Like-new products you can trust | Amazon Second Chance<br>Pass it on, trade it in, give it a second life |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2020, Amazon.com, Inc. or its affiliates



113-128 of over 5,000 results for **"wireless router"**

Sort by: Featured ▾

## Amazon Prime
☐ ✓prime

**Delivery Day**
☐ Get It by Tomorrow

**Eligible for Free Shipping**
☐ Free Shipping by Amazon
All customers get FREE Shipping on orders over $25 shipped by Amazon

**Deals**
☐ Today's Deals

**Department**
Computer Networking
  Computer Routers
  Whole Home & Mesh Wi-Fi Systems
▾ See All 11 Departments

**Avg. Customer Review**
 & Up
 & Up
★★★☆☆ & Up
★★☆☆☆ & Up

**Brand**
☐ TP-Link
☐ NETGEAR
☐ ASUS
☐ Linksys
☐ D-Link
☐ WAVLINK
☐ Amazon
▾ See more

**Price**
Under $25
$25 to $50
$50 to $100
$100 to $200
$200 & Above
[$ Min] [$ Max] [Go]

**Amazon Certified**
☐ Works with Alexa

**From Our Brands**
☐ Our Brands

**Packaging Option**
☐ Frustration-Free Packaging

**New & Upcoming**
New Arrivals
Coming Soon

**Certification**
☐ Energy Star

NETGEAR    Powerful Performance. Smooth Streaming.

Shop NETGEAR INC ›

NETGEAR Nighthawk Smart WiFi Router (R6700) - AC1750 Wireless Speed (up t...
★★★★☆ 51,712
✓prime

NETGEAR Nighthawk X6 Smart WiFi Router (R8000) - AC3200 Tri-band...
★★★★☆ 51,711

Sponsored ⓘ



Sponsored ⓘ
WAVLINK Whole Home WiFi Mesh System, AC1200 Gigabit Smart Mesh Wi-Fi Router Dual Band Wall-Mounted with...
★★★☆☆ ▾ 34
$79.90
✓prime Get it as soon as **Tomorrow, Sep 25**
FREE Shipping by Amazon

**Best Seller**

Sponsored ⓘ



SETEK Superboost WiFi Extender Signal Booster Long Range Coverage, Wireless Internet Amplifier - Covers 15 Devices...
★★★★☆ ▾ 20,496
$39.95
✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon

Linksys AC1900 Wi-Fi Wireless Dual-Band+ Router with Gigabit & USB 3.0 Ports, Smart Wi-Fi App Enabled to Contr...
★★★★☆ ▾ 46
$99.98
✓prime Get it as soon as **Tomorrow, Sep 25**
FREE Shipping by Amazon
Only 16 left in stock - order soon.

Linksys (EA6350-4B) Wi-Fi Router for Home (Fast Wireless Router for Streaming, Gaming, Video Calls, more) AC1200...
★★★★☆ ▾ 12

**International Shipping**

☐ International Shipping Eligible

**Condition**

New

Used



$69.99 ~~$89.99~~
FREE Shipping by Amazon
In stock on October 14, 2020.

---



**Netgear Nighthawk X6S AC3600 Tri-Band WiFi Router**
★★★★½ ∨ 79
$208.00 ~~$229.00~~
✓prime Get it as soon as **Sun, Sep 27**
FREE Shipping by Amazon
Only 7 left in stock - order soon.
More Buying Choices
$189.99 (5 used & new offers)

---



**TRENDnet AC2600 MU-MIMO Wireless Gigabit Router, TEW-827DRU, Increase WiFi Performance, WiFi Guest Network,...**
★★★★☆ ∨ 1,842
$99.99
✓prime Get it as soon as **Tomorrow, Sep 25**
FREE Shipping by Amazon

---

**Verizon/Fios Home Router G3100**
★★★★½ ∨ 211
$274.99
FREE Shipping
More Buying Choices
$269.99 (6 used & new offers)

---



**NETGEAR WiFi Router (R6120) - AC1200 Dual Band Wireless Speed (up to 1200 Mbps) | Up to 1200 sq ft Coverage & 20...**
★★★★½ ∨ 1,780
$56.90 ~~$69.99~~
✓prime Get it as soon as **Sun, Sep 27**
FREE Shipping by Amazon
More Buying Choices
$19.04 (54 used & new offers)

---



**Tenda AC1200 Dual Band WiFi Router, High Speed Wireless Internet Router with Smart App, MU-MIMO for Home (AC6)...**
$62.14
✓prime
FREE Shipping by Amazon

Sponsored ⓘ



**2,821**

Shop now

Sponsored ⓘ



WiFi Router Cover EMF Radiation Shielding Cover, RF Blocking Wireless Router Shielding Guard, Blocks 5G...

★★★☆☆ ⌄ 11

$29⁹⁹

Save 5% with coupon

✓prime Get it as soon as **Tomorrow, Sep 25**

FREE Shipping by Amazon

More Buying Choices
$28.49 (2 used & new offers)



Sponsored ⓘ

Tenda AC1200 Gigabit Smart WiFi Router | Dual Band Wireless Internet Router | AP Mode| IPv6 | Guest WiFi, and...

★★★★☆ ⌄ 213

$35⁹⁹

Save 7% with coupon

✓prime Get it as soon as **Tomorrow, Sep 25**

FREE Shipping by Amazon



Sponsored ⓘ

WiFi Extender Router,Wavlink Wireless Outdoor WiFi Repeater,IP65 Weatherproof Dual-Band 2.4GHz+ 5G Wirele...

★★★★☆ ⌄ 3

$79⁹⁹

Save $5.00 with coupon

✓prime Get it as soon as **Tomorrow, Sep 25**

FREE Shipping by Amazon



TP-Link AC1900 Smart WiFi Router - High Speed MU- MIMO Router, Dual Band, Gigabit, VPN Server, Beamforming, Sma...

★★★★☆ ⌄ 84

**Amazon Certified:** Works with Alexa

9% off

$69⁹⁹ $76.99

Lowest price in 30 days

✓prime Get it as soon as **Fri, Oct 2**

FREE Shipping by Amazon



Aenllosi Hard Carrying Case for TP-Link AC750 Wireless Wi-Fi Travel Router (TL-WR902AC)

★★★★☆ ⌄ 110

$14⁹⁹

Get it as soon as **Tomorrow, Sep 25**

FREE Shipping on your first order shipped by Amazon

only case



**Asus RT-AX88U AX6000 Dual-Band Wifi Router, Aiprotection Lifetime Security by Trend Micro, Aimesh Compatible for...**

★★★★½ ⌄ 830

**Amazon Certified:** Works with Alexa

---



**TP-LINK WiFi Router AC1750 Archer C7 Wireless Dual-Band Gigabit, Router-AC1750**

★★★★☆ ⌄ 13,043

✓prime Get it as soon as **Sun, Sep 27**

More Buying Choices
$34.33 (43 used & new offers)

---



**TP-Link AC1900 High Power Wireless Wi-Fi Gigabit Router, Ideal for Gaming (Archer C1900)**

★★★★½ ⌄ 378

$99¹¹

✓prime

FREE Shipping by Amazon
Only 1 left in stock - order soon.

More Buying Choices
$64.95 (11 used & new offers)

---



**Linksys AC1900 Wi-Fi Wireless Dual-Band+ Router with Gigabit & USB 3.0 Ports, Smart Wi-Fi App Enabled to Contr...**

★★★★½ ⌄ 1,412

$169⁹⁹

✓prime Get it as soon as **Sun, Sep 27**

FREE Shipping by Amazon
Only 16 left in stock - order soon.

More Buying Choices
$49.99 (18 used & new offers)

---



**Asus Wireless AC1200 Dual-Band Router - (RT-AC1200)**

★★★★☆ ⌄ 699

$49⁹⁹

✓prime Get it as soon as **Tomorrow, Sep 25**

FREE Shipping by Amazon

More Buying Choices
$48.99 (34 used & new offers)

---

**Linksys EA7300-RM AC1750 Dual-Band Smart Wireless**



Router with MU-MIMO, Works with Amazon A (Renewed)

★★★★½ ⌄ 816

$36⁵⁹ $79.99

FREE Shipping

---



Sponsored ⓘ

WAVLINK AC2100 Dual-Band Mesh WiFi Router and Extender Kit for Whole Home Mesh WiFi System, Up to 6,000 sq. ft....

★★★★☆ ⌄ 22

$199⁹⁹

Save $10.00 with coupon

✓prime Get it as soon as **Sun, Sep 27**

FREE Shipping by Amazon

---



Sponsored ⓘ

WiFi Extender,WAVLINK 1200M High Power WiFi Range Extender with Router Function,WiFi Booster 2.4G+5GHz WP...

$49⁹⁹

✓prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon

---

← Previous   | 1 | ⋯ | 7 | **8** | 9 | ⋯ | 20   Next →

## Brands related to your search



WiFi Routers from D-Link

Shop D-Link ›



Faster, Whole Home Wi-Fi

Shop AmpliFi ›

## Need help?

Visit the help section or contact us

Sponsored ⓘ

## Deals in magazine subscriptions

Page 1 of 6







**National Geographic Kids**
⭐⭐⭐⭐⭐ 5,694
Print Magazine
$7.00

**Reader's Digest**
⭐⭐⭐⭐⭐ 7,694
Print Magazine
$5.00

**AllRecipes**
Print Magazine
$3.00

**Bon Appetit**
⭐⭐⭐⭐ 10
Print Magazine
$5.00

**Family Handyman**
⭐⭐⭐⭐⭐ 9,919
Print Magazine
$5.00

## Top subscription apps for you

Page 1 of 6







**Disney+**
Disney
⭐⭐⭐⭐⭐ 339,400
$0.00

**CBS Full Episodes and Live TV**
CBS Interactive
⭐⭐⭐⭐ 86,126
$0.00

**STARZ**
Starz Entertainment
⭐⭐⭐⭐ 68,359
$0.00

**Sling TV**
Sling TV LLC
⭐⭐⭐⭐ 41,440
$0.00

**ABCmouse.com - Early Learning Academy**
Age of Learning
⭐⭐⭐⭐⭐ 29,707
$0.00

---

**Your Browsing History**   **View or edit your browsing history** ›







No image availa

See personalized recommendations

**Sign in**

New customer? Start here.

---

Back to top

### Get to Know Us
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

### Make Money with Us
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

### Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

### Let Us Help You
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help



🌐 English



🇺🇸 United States

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Advertising** Find, attract, and engage customers | **Amazon Drive** Cloud storage from Amazon | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Alexa** Actionable Analytics for the Web |
| **Sell on Amazon** Start a Selling Account | **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Ignite** Sell your original Digital Educational Resources | **Amazon Rapids** Fun stories for kids on the go |
| **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances | **Book Depository** Books With Free Delivery Worldwide | **Box Office Mojo** Find Movie Box Office Data | **ComiXology** Thousands of Digital Comics | **CreateSpace** Indie Print Publishing Made Easy | **DPReview** Digital Photography |
| **East Dane** Designer Men's Fashion | **Fabric** Sewing, Quilting & Knitting | **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Prime Now** FREE 2-hour Delivery on Everyday Items |
| **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands | **Amazon Warehouse** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing |
| **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | **Amazon Second Chance** Pass it on, trade it in, give it a second life |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2020, Amazon.com, Inc. or its affiliates



**amazon**  ☰

All ▾  | wireless router | 🔍

Hello, Sign in
Account & Lists ▾
Account ▾

Returns
& Orders

🛒 0 Cart

📍 Hello
Select your address

Best Sellers     Customer Service     AmazonBasics     New Releases                    New Amazon devices from $29.99

129-144 of over 5,000 results for **"wireless router"**                                    Sort by: Featured ▾

**Amazon Prime**
☐ ✓prime

**Delivery Day**
☐ Get It by Tomorrow

**Eligible for Free Shipping**
☐ Free Shipping by Amazon
All customers get FREE Shipping
on orders over $25 shipped by
Amazon

**Deals**
☐ Today's Deals

**Department**
Computer Networking
  Computer Routers
  Whole Home & Mesh Wi-Fi
  Systems
▾ See All 11 Departments

**Avg. Customer Review**
★★★★☆ & Up
★★★☆☆ & Up
★★☆☆☆ & Up
★☆☆☆☆ & Up

**Brand**
☐ TP-Link
☐ NETGEAR
☐ ASUS
☐ Linksys
☐ D-Link
☐ WAVLINK
☐ Amazon
▾ See more

**Price**
Under $25
$25 to $50
$50 to $100
$100 to $200
$200 & Above
[ $ Min ] [ $ Max ] [ Go ]

**Amazon Certified**
☐ Works with Alexa

**From Our Brands**
☐ Our Brands

**Packaging Option**
☐ Frustration-Free Packaging

**New & Upcoming**
New Arrivals
Coming Soon

**Certification**
☐ Energy Star

NETGEAR    **Powerful Performance. Smooth Streaming.**

Shop NETGEAR INC ▸



NETGEAR Nighthawk Smart WiFi Router
(R6700) - AC1750 Wireless Speed (up t...
★★★★☆ 51,712
✓prime

NETGEAR Nighthawk X6 Smart WiFi
Router (R8000) - AC3200 Tri-band...
★★★★☆ 51,711

Sponsored ⓘ

Sponsored ⓘ



JOOWIN AC1200 High Power Outdoor Wireless Access Point
with Poe, 2.4GHz 300Mbps or 5.8GHz 867Mbps Dual Band...
★★★★☆ 494
$66.99
Save 5% with coupon
✓prime Get it as soon as Sat, Sep
26
FREE Shipping by Amazon

Sponsored ⓘ



USB WiFi Adapter 1300Mbps WAVLINK Wireless Dual Band
USB 3.0 WiFi Dongle with Included USB Mini Dock/Cradle...
★★★★☆ ⌄ 14
$26.99
Save 10% with coupon
✓prime Get it as soon as Sat, Sep
26
FREE Shipping by Amazon



WiFi Extender Router,Wavlink Wireless Outdoor WiFi
Repeater,IP65 Weatherproof Dual-Band 2.4GHz+ 5G Wirele...
★★★★☆ ⌄ 3
$79.99
Save $5.00 with coupon
✓prime Get it as soon as Tomorrow,
Sep 25
FREE Shipping by Amazon



Linksys AC1750 Dual-Band Smart Wireless Router with MU-
MIMO, Compatible with Alexa Version 2 (Max Stream...
★★★★★ ⌄ 3

amazon.com : wireless router

**International Shipping**
☐ International Shipping Eligible

**Condition**
New
Used



$39.99

✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon

---



Netgear Nighthawk AX6 6-Stream AX4300 WiFi 6 Router
⭐⭐⭐⭐☆ ⌄ 36

$219.93

✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon
Only 19 left in stock - order soon.
More Buying Choices
$203.99 (18 used & new offers)

---



AC1200 Smart WiFi Router - WAVLINK 1200Mbps Touch Link Smart Dual Band Gigabit Wireless Internet Router,5Ghz +...
⭐⭐⭐⭐☆ ⌄ 502

$39.99

✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon
More Buying Choices
$32.08 (11 used & new offers)

---



【High Speed】 Dual Band 1200Mbps WiFi Router, AC1200 Smart WiFi Router, Long Range Wireless WiFi Router for...
⭐⭐⭐☆☆ ⌄ 6

$89.99

✓prime Get it as soon as **Tomorrow, Sep 25**
FREE Shipping by Amazon
Only 19 left in stock - order soon.

---



NORTON CORE by Symantec Model 517 High Performance Secure Wi-Fi Wireless Router Built-in Network, Device and...
⭐⭐⭐☆☆ ⌄ 4

$245.28

✓prime Get it as soon as **Sun, Sep 27**
FREE Shipping by Amazon
Only 2 left in stock - order soon.
More Buying Choices
$199.99 (4 used & new offers)

---



Synology MR2200ac Mesh Wi-Fi Router
⭐⭐⭐⭐½ ⌄ 297

$154.99
Save $7.75 at checkout
FREE Shipping by Amazon
In stock on October 1, 2020.
More Buying Choices



More Buying Choices
$151.48 (19 used & new offers)

---



**TRENDnet 4-Port Broadband Router,TW100-S4W1CA, 4 x 10/100 Mbps Half/Full Duplex Switch Ports, Instant...**

★★★★☆ ∨ 416

$20⁹⁹ $22.99

Get it as soon as Tomorrow, Sep 25
FREE Shipping on your first order shipped by Amazon

---



Sponsored ⓘ

**WAVLINK 1200Mbps Dual Band Wi-Fi Extender, Wireless Repeater Range Extender with 2 Gigabit Ethernet Port, 4 x...**

★★★★☆ ∨ 141

$39⁹⁹

✓prime Get it as soon as Sun, Sep 27
FREE Shipping by Amazon

20,496

[ Shop now ]

Sponsored ⓘ

---



Sponsored ⓘ

**Tenda AC1200 WiFi Range Extender Gigabit WiFi Repeater with 100 Mbps LAN Port, Dual Banda 2.4GHz...**

★★★★½ ∨ 25

$39⁹⁹

✓prime Get it as soon as Sat, Sep 26
FREE Shipping by Amazon

---



**TP-Link AC4000 Smart WiFi Router - Tri Band Router , MU-MIMO, VPN Server, Antivirus/Parental Control, 1.8GHz CPU,...**

★★★★½ ∨ 613

$179⁹⁹ $189.99     **Amazon Certified:** Works with Alexa

✓prime
FREE Shipping by Amazon

---



**KuWFi 4G LTE Mobile WiFi Hotspot Unlocked Travel Partner Wireless 4G Router with SIM Card Slot Support LTE FDD...**

★★★☆☆ ∨ 104

$72⁹⁹

✓prime Get it as soon as Tomorrow, Sep 25
FREE Shipping by Amazon



1,338

**Shop now**

Sponsored ⓘ



**Aproca Hard Carry Travel Case Compatible with HooToo Filehub Wireless Travel Router HT-TM05**

★★★★☆ ⌄ 20

$14.99

Get it as soon as **Tomorrow, Sep 25**
FREE Shipping on your first order shipped by Amazon

---



**TP-Link AC750 Wireless Portable Nano Travel Router - WiFi Bridge/Range Extender/Access Point/Client Modes, Mobile i...**

★★★★☆ ⌄ 1,694

$39.99  $44.99

✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon

More Buying Choices
$34.99 (18 used & new offers)

---



**TUOSHI Unlocked 4G LTE Router with SIM Card Slot - Wireless WiFi Hotspot, Support T-Mobile AT&T (4 Antenna)**

★★★☆☆ ⌄ 109

---



**Huawei WiFi AX3 WS7200 Wi-Fi 6 Plus Router MU-MIMO Dual Band Gigabit Wireless Internet Router White**

$99.00

FREE Shipping by Amazon
In stock on September 27, 2020.

---



**Networking All-in-One For Dummies**
by Doug Lowe  |  Apr 10, 2018

★★★★☆ ⌄ 366

**Paperback**
$24.99  $39.99

Get it as soon as **Tomorrow, Sep 25**
FREE Shipping on your first order shipped by Amazon

More Buying Choices
$13.14 (43 used & new offers)

**Kindle**
$20.79  $39.99

Available instantly



### TP-Link Deco Whole Home Mesh WiFi System– Up to 5,500 Sq.ft. Coverage, WiFi Router/Extender Replacement, Gigabi...

★★★★½ ⌄ 4,478

$149.99

**Amazon Certified:** Works with Alexa

✓prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon

---

*Sponsored* ⓘ

### WAVLINK Smart Wireless WiFi Router for Home AC1200 Dual Band High Speed Long Range



$35.99

`Save 10%` with coupon

✓prime Get it as soon as **Tomorrow, Sep 25**

FREE Shipping by Amazon

---

*Sponsored* ⓘ

### Wiflyer Dual Band 1200Mbps WiFi Router, Gigabit Ethernet, AC1200 Smart WiFi Router, High Speed Wireless Range...



★★★☆☆ ⌄ 11

$69.99

✓prime Get it as soon as **Tomorrow, Sep 25**

FREE Shipping by Amazon

---



← Previous   1   ···   8   **9**   10   ···   20   Next →

---

## Brands related to your search



**NETGEAR®**

Powerful Performance. Smooth Streaming.

Shop NETGEAR INC ›



**D-Link**

WiFi Routers from D-Link

Shop D-Link ›

---

## Need help?

Visit the help section or contact us

---

4,705    `Shop now`

Sponsored

## Deals in magazine subscriptions

Page 1 of 6





**National Geographic Kids**
⭐⭐⭐⭐ 5,694
Print Magazine
$7.00



**Reader's Digest**
⭐⭐⭐⭐ 7,694
Print Magazine
$5.00



**AllRecipes**
Print Magazine
$3.00



**Bon Appetit**
⭐⭐⭐⭐ 10
Print Magazine
$5.00



**Family Handyman**
⭐⭐⭐⭐ 9,919
Print Magazine
$5.00

## Top subscription apps for you

Page 1 of 6



**Disney+**
Disney
⭐⭐⭐⭐ 339,400
$0.00



**CBS Full Episodes and Live TV**
CBS Interactive
⭐⭐⭐⭐ 86,126
$0.00



**STARZ**
Starz Entertainment
⭐⭐⭐⭐ 68,359
$0.00



**Sling TV**
Sling TV LLC
⭐⭐⭐⭐ 41,440
$0.00



**ABCmouse.com - Early Learning Academy**
Age of Learning
⭐⭐⭐⭐ 29,707
$0.00

## Your Browsing History   View or edit your browsing history ›







See personalized recommendations

**Sign in**

New customer? Start here.

Back to top

### Get to Know Us
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

### Make Money with Us
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

### Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

### Let Us Help You
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help





amazon

English | United States

Amazon Music
Stream millions of songs

Amazon Advertising
Find, attract, and engage customers

Amazon Drive
Cloud storage from Amazon

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Alexa
Actionable Analytics for the Web

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Ignite
Sell your original Digital Educational Resources

Amazon Rapids
Fun stories for kids on the go

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Book Depository
Books With Free Delivery Worldwide

Box Office Mojo
Find Movie Box Office Data

ComiXology
Thousands of Digital Comics

CreateSpace
Indie Print Publishing Made Easy

DPReview
Digital Photography

East Dane
Designer Men's Fashion

Fabric
Sewing, Quilting & Knitting

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Prime Now
FREE 2-hour Delivery on Everyday Items

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Amazon Second Chance
Pass it on, trade it in, give it a second life

Conditions of Use Privacy Notice Interest-Based Ads © 1996-2020, Amazon.com, Inc. or its affiliates

145-160 of over 5,000 results for "wireless router"

Sort by: Featured

**Amazon Prime**
☐ ✓prime

**Delivery Day**
☐ Get It by Tomorrow

**Eligible for Free Shipping**
☐ Free Shipping by Amazon
All customers get FREE Shipping on orders over $25 shipped by Amazon

**Deals**
☐ Today's Deals

**Department**
Computer Networking
  Computer Routers
  Whole Home & Mesh Wi-Fi Systems
▼ See All 11 Departments

**Avg. Customer Review**
★★★★☆ & Up
★★★☆☆ & Up
★★☆☆☆ & Up
★☆☆☆☆ & Up

**Brand**
☐ TP-Link
☐ NETGEAR
☐ ASUS
☐ Linksys
☐ D-Link
☐ WAVLINK
☐ Amazon
▼ See more

**Price**
Under $25
$25 to $50
$50 to $100
$100 to $200
$200 & Above
[$ Min] [$ Max] [Go]

**Amazon Certified**
☐ Works with Alexa

**From Our Brands**
☐ Our Brands

**Packaging Option**
☐ Frustration-Free Packaging

**New & Upcoming**
New Arrivals
Coming Soon

**Certification**
☐ Energy Star

 **WiFi Routers from D-Link**
Save up to 30% on D-Link ▶


Limited time Deal
$88.99 ✓prime
$119.99 (26% off)


Limited time Deal
$79.99 ✓prime
$99.99 (20% off)


Limited time Deal
$48.99 ✓prime
$69.99 (30% off)

Sponsored ⓘ



Sponsored ⓘ
TRENDnet AC1200 Dual Band WiFi Router, TEW-831DR, 4 x 5dBi Antennas, Wireless AC 867Mbps, Wireless N 300Mbps,...
 ★★★★★ 1
$49.99
✓prime Get it as soon as Tomorrow, Sep 25
FREE Shipping by Amazon



Sponsored ⓘ
Turris Omnia 2020 | 2 GB RAM, hi-Performance & Open Source Router | WiFi/NAS/printserver/Virtual Server, CPU...
 ★★★★½ 13
$334.00
✓prime Get it as soon as Tomorrow, Sep 25
FREE Shipping by Amazon



Linksys WRT Gaming WiFi Router Optimized for Xbox, Killer Prioritization Engine to Reduce Peak Ping and Latency, Dua...
★★★★☆ 195
$198.00 $249.99
✓prime Get it as soon as Sat, Sep 26
FREE Shipping by Amazon
Only 17 left in stock - order soon.
More Buying Choices
$149.99 (19 used & new offers)



NETGEAR Nighthawk Pro Gaming 6-Stream WiFi 6 Router (XR1000) - AX5400 Wireless Speed (up to 5.4Gbps) |...
$349.99

International Shipping
☐ International Shipping Eligible

**Condition**
New
Used



✓prime
FREE Shipping by Amazon
This item will be released on October 5, 2020.

---



Sierra Wireless AirLink RV55 1104302 Rugged LTE-A Pro Router with Wi-Fi. North America. DC Power

$739⁰⁰

✓prime
FREE Shipping by Amazon

---



Ubiquiti Networks Networks Networks Router (ER-X), Black

★★★★½ ⌄ 1,078

$59⁰⁰

✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon
More Buying Choices
$51.89 (48 used & new offers)

---



TP-Link N450 Wi-Fi Router - Wireless Internet Router for Home(TL-WR940N) (Renewed)

★★★★☆ ⌄ 68

$19⁹⁵ $24.99

FREE Shipping on your first order shipped by Amazon
In stock on September 29, 2020.

---



Cisco RV340W VPN Router with 4 Gigabit Ethernet (GbE) Ports with Web Filtering, Wireless-AC plus Dual WAN,...

★★★★☆ ⌄ 169

$374⁹⁹ $449.00

✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon
Only 20 left in stock - order soon.
More Buying Choices
$331.84 (25 used & new offers)

---



Bewinner Portable 4G Wireless WiFi Router, MF925 4G LTE WiFi Mobile Router Mini WiFi Box Data Terminal Box WiFi...

★★★½☆ ⌄ 6

$51⁹⁹

✓prime Get it as soon as **Tomorrow,**

amazon.com/wireless router



Sep 25
FREE Shipping by Amazon

---



**Belkin AC1600 Dual-Band AC Gigabit Wi-Fi Router (F9K1119)**

★★★★☆ ⌄ 418

**$39**⁹⁵ ~~$99.99~~

✓prime Get it as soon as **Wed, Sep 30**
FREE Shipping by Amazon

More Buying Choices
$19.95 (12 used & new offers)

---

Sponsored ⓘ

**WiFi Extender,WAVLINK 1200M High Power WiFi Range Extender with Router Function,WiFi Booster 2.4G+5GHz WP...**

★★★★☆ ⌄ 277

**$49**⁹⁹

Save 8% with coupon

✓prime Get it as soon as **Wed, Sep 30**
FREE Shipping by Amazon



---

Sponsored ⓘ

**D-Link WiFi Range Extender, AC1200 Plug In Wall Signal Booster, Dual Band Wireless Repeater Access Point for Sma...**

★★★☆☆ ⌄ 139

**$52**²²

Save $3.60 with coupon

✓prime Get it as soon as **Tomorrow, Sep 25**
FREE Shipping by Amazon



---

**[Upgraded] EMF WiFi Router Shield Blocks Up to 95% Harmful Waves, WiFi Router Cover RF Radiation Shield...**

★★★★☆ ⌄ 25

**$78**⁸⁹

✓prime Get it as soon as **Tomorrow, Sep 25**
FREE Shipping by Amazon

More Buying Choices
$69.42 (3 used & new offers)



---

**D-Link WiFi Router AC1200 Smart Dual Band Gigabit MU-MIMO Wide Coverage Easy Setup Parental Controls (DIR-...**

★★★★☆ ⌄ 720

**$99**⁹⁹

FREE Shipping
Only 1 left in stock - order soon.

More Buying Choices
$38.70 (19 used & new offers)



107

Shop now

Sponsored ⓘ



20,496

Shop now

Sponsored ⓘ

**Linksys WiFi Router Dual-Band AC1200 (WiFi 5) Delivers Enhanced 1.2 Gbps Speed, Range, and Security**

★★★★☆ ⌄ 137

**$49**⁹⁷

✓prime Get it as soon as **Sun, Sep 27**
FREE Shipping by Amazon
Only 1 left in stock - order soon.
More Buying Choices
$36.95 (17 used & new offers)



**Linksys Business Dual WAN Gigabit VPN Router (LRT224)**

★★★★☆ ⌄ 408



**OnHub Wireless Router from Google and TP-LINK, Color Blue**

★★★★☆ ⌄ 1,516

**$69**⁹⁰
FREE Shipping
More Buying Choices
$64.95 (10 used & new offers)



**WiFi Router,WAVLINK 1200Mbps Internet Router,High Power Wireless Wi-Fi Router,Dual Band 5Ghz+2.4Ghz with 2 x 2...**

★★★☆☆ ⌄ 23

**$34**⁹⁹
Save 5% with coupon
✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon



**Linksys EA9500 Tri-Band Wi-Fi Router for Home (Max-Stream AC5400 MU-Mimo Fast Wireless Router), Black**

★★★★☆ ⌄ 2,542

**$349**⁹⁷ $399.99
✓prime
FREE Shipping by Amazon
More Buying Choices
$159.99 (17 used & new offers)

**Ring Chime Pro, Indoor Chime and Wi-Fi Extender ONLY for**



★★★★½ ⌄ 8,114

Currently unavailable.

**Sponsored** ⓘ

GRYPHON GUARDIAN Advanced Parental Control System & Mesh WiFi Enhanced Security Router (up to 1800sqft) Hack...

★★★★☆ ⌄ 1,373

$99.00

✓prime Get it as soon as **Tomorrow, Sep 25**

FREE Shipping by Amazon

**Sponsored** ⓘ

MAIN-61771 Barco CSE-200 | Small Medium Size Meeting Room Wireless Presentation System (Renewed)

★★★☆☆ ⌄ 2

$995.00 ~~$1,191.46~~

FREE Shipping

Only 10 left in stock - order soon.

← Previous  |  1  …  9  **10**  11  …  20  |  Next →

## Brands related to your search

NETGEAR®
Powerful Performance. Smooth Streaming.
**Shop NETGEAR INC ›**

D-Link
WiFi Routers from D-Link
**Shop D-Link ›**

## Need help?

Visit the help section or contact us

293    | Shop now |

Sponsored

## Deals in magazine subscriptions

Page 1 of 6