# EXHIBIT C-2





**National Geographic Kids**
⭐⭐⭐⭐⭐ 5,694
Print Magazine
$7.00



**Reader's Digest**
⭐⭐⭐⭐⭐ 7,694
Print Magazine
$5.00



**AllRecipes**
Print Magazine
$3.00



**Bon Appetit**
⭐⭐⭐⭐ 10
Print Magazine
$5.00



**Family Handyman**
⭐⭐⭐⭐⭐ 9,919
Print Magazine
$5.00

## Top subscription apps for you

Page 1 of 6



**Disney+**
Disney
⭐⭐⭐⭐⭐ 339,400
$0.00



**CBS Full Episodes and Live TV**
CBS Interactive
⭐⭐⭐⭐ 86,126
$0.00



**STARZ**
Starz Entertainment
⭐⭐⭐⭐ 68,359
$0.00



**Sling TV**
Sling TV LLC
⭐⭐⭐⭐ 41,440
$0.00



**ABCmouse.com - Early Learning Academy**
Age of Learning
⭐⭐⭐⭐⭐ 29,707
$0.00

---

**Your Browsing History** **View or edit your browsing history** ›

See personalized recommendations

**Sign in**
New customer? Start here.

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon.com Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Business Card | Your Orders |
| Press Center | Advertise Your Products | Amazon Business Line of Credit | Shipping Rates & Policies |
| Investor Relations | Self-Publish with Us | Shop with Points | Amazon Prime |
| Amazon Devices | Host an Amazon Hub | Credit Card Marketplace | Returns & Replacements |
| Amazon Tours | › See More Make Money with Us | Reload Your Balance | Manage Your Content and Devices |
| | | Amazon Currency Converter | Amazon Assistant |
| | | | Help |

  

🌐 English ▾    🇺🇸 United States

Amazon Music    Amazon    Amazon Drive    6pm    AbeBooks    ACX    Alexa

Stream millions
of songs

Advertising
Find, attract, and
engage customers

Cloud storage
from Amazon

Score deals
on fashion brands

Books, art
& collectibles

Audiobook
Publishing
Made Easy

Actionable
Analytics
for the Web

Sell on Amazon
Start a Selling
Account

Amazon
Business
Everything For
Your Business

Amazon Fresh
Groceries & More
Right To Your
Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced
Pros
Happiness
Guarantee

Amazon Ignite
Sell your original
Digital Educational
Resources

Amazon Rapids
Fun stories for
kids on the go

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio
Performances

Book
Depository
Books With Free
Delivery
Worldwide

Box Office Mojo
Find Movie
Box Office Data

ComiXology
Thousands of
Digital Comics

CreateSpace
Indie Print Publishing
Made Easy

DPReview
Digital
Photography

East Dane
Designer Men's
Fashion

Fabric
Sewing, Quilting
& Knitting

Goodreads
Book reviews
&
recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals
Need

Kindle Direct
Publishing
Indie Digital & Print
Publishing
Made Easy

Prime Now
FREE 2-hour
Delivery
on Everyday Items

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video
Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon Warehouse
Great Deals on
Quality Used Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right
to your door

PillPack
Pharmacy
Simplified

Amazon Renewed
Like-new products
you can trust

Amazon Second
Chance
Pass it on, trade it
in,
give it a second
life

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2020, Amazon.com, Inc. or its affiliates



Hello, Sign in
Account & Lists ⌄
Account ⌄

Returns
& Orders

🛒 0 Cart

Hello
Select your address

Best Sellers    Customer Service    AmazonBasics    New Releases                    New Amazon devices from $29.99

161-176 of over 5,000 results for **"wireless router"**                                    Sort by: Featured ⌄

**Amazon Prime**
☐ ✓prime

**Delivery Day**
☐ Get It by Tomorrow

**Eligible for Free Shipping**
☐ Free Shipping by Amazon
All customers get FREE Shipping on orders over $25 shipped by Amazon

**Deals**
☐ Today's Deals

**Department**
Computer Networking
Computer Routers
Whole Home & Mesh Wi-Fi Systems
⌄ See All 11 Departments

**Avg. Customer Review**
★★★★☆ & Up
★★★☆☆ & Up
★★☆☆☆ & Up
★☆☆☆☆ & Up

**Brand**
☐ TP-Link
☐ NETGEAR
☐ ASUS
☐ Linksys
☐ D-Link
☐ WAVLINK
☐ Amazon
⌄ See more

**Price**
Under $25
$25 to $50
$50 to $100
$100 to $200
$200 & Above
[$ Min] [$ Max] [Go]

**Amazon Certified**
☐ Works with Alexa

**From Our Brands**
☐ Our Brands

**Packaging Option**
☐ Frustration-Free Packaging

**New & Upcoming**
New Arrivals
Coming Soon

**Certification**
☐ Energy Star

NETGEAR    **Powerful Performance. Smooth Streaming.**
▶ Shop NETGEAR INC ›




NETGEAR Nighthawk Smart WiFi Router (R6700) - AC1750 Wireless Speed (up t...
★★★★☆ 51,712
✓prime

NETGEAR Nighthawk X6 Smart WiFi Router (R8000) - AC3200 Tri-band...
★★★★☆ 51,711

Sponsored ⓘ



Sponsored ⓘ
JOOWIN WiFi Extender, WiFi Signal Booster WiFi Range Extender Internet Booster Wireless Wi-Fi Signal...
★★★★☆ 201
$27.99
✓prime Get it as soon as **Sun, Sep 27**
FREE Shipping by Amazon



Sponsored ⓘ
Wireless Outdoor WiFi Security Camera, Rechargeable Battery-Powered Home Security Camera, 1080P Night...
★★★★☆ 1,957
$85.99
Save 15% with coupon
✓prime Get it as soon as **Tomorrow, Sep 25**
FREE Shipping by Amazon



AT&T Wireless Internet WiFi Modem 4G LTE Home Base Router
★★★★★ 6



KuWFi 4G LTE Mobile WiFi Hotspot Unlocked Travel Partner Wireless 4G Router with SIM Card Slot Support LTE FDD...
★★★☆☆ 90

Amazon.com: wireless router

**International Shipping**

☐ International Shipping Eligible

**Condition**

New

Used



$48.99

✓prime Get it as soon as **Tomorrow, Sep 25**

FREE Shipping by Amazon

More Buying Choices
$46.54 (3 used & new offers)

---



NETGEAR Nighthawk Smart WiFi Router (RS400) – AC2300 Wireless Speed (up to 2300 Mbps) | Up to 2000 sq ft...

★★★★⯨ ⌄ 485

✓prime Get it as soon as **Wed, Sep 30**

Only 1 left in stock - order soon.

More Buying Choices
$160.17 (13 used & new offers)

---



Belkin N150 Wireless Router

★⯨☆☆☆ ⌄ 6

$36.00

✓prime Get it as soon as **Tomorrow, Sep 25**

FREE Shipping by Amazon

Only 4 left in stock - order soon.

More Buying Choices
$8.07 (7 used & new offers)

---



KuWFi 4G LTE CPE Wireless WiFi Internet Router 300Mbps Unlocked with SIM Card Slot with 4pcs Antenna for...

★★★⯨☆ ⌄ 132

$79.99

✓prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon

---



Nexxt Solutions Wireless High Speed AC1200 Dual Band Router [Nebula1200] | 1200Mbps Fast Ethernet with Signal...

★★★⯨☆ ⌄ 32

$54.99

✓prime Get it as soon as **Tomorrow, Sep 25**

FREE Shipping by Amazon

---



Cudy AC1200 Gigabit Smart WiFi Router, Dual Band 1200Mbps 2.4GHz+ 5GHz Wireless, 1000Mbps LAN, 5 dBi...

★★★★⯨ ⌄ 181

$32.90

✓prime Get it as soon as **Sun, Sep 27**

FREE Shipping by Amazon

Amazon.com: wireless by router

More Buying Choices
$30.27   (2 used & new offers)



**TP-Link AC1200 Smart WiFi Router - 5GHz Gigabit Dual Band MU-MIMO Wireless Internet Router, Long Range...**
⭐⭐⭐⭐☆ ⌄ 126
$44⁹⁹
FREE Shipping

Sponsored ⓘ

**Cisco CISCO2921/K9 2921 Router**
⭐⭐⭐⭐⭐ ⌄ 2
$250⁰⁰
FREE Shipping
Only 1 left in stock - order soon.

Sponsored ⓘ



**WAVLINK AC3200 Wireless Dual-Band Gigabit Router with MU-MIMO | 1.4GHz Dual-core CPU | 4 Gigabit Ports,USB Po...**
⭐⭐⭐⭐☆ ⌄ 11

22% off

$99⁹⁹ ~~$128.99~~
Save $8.00 with coupon

✔prime Get it as soon as **Tomorrow, Sep 25**
FREE Shipping by Amazon



**Belkin AC 1200 DB Wi-Fi Dual-Band AC+ Gigabit Router (F9K1113)**
⭐⭐⭐⭐☆ ⌄ 241
$29⁹⁹
✔prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon
More Buying Choices
$20.00   (7 used & new offers)



**ARRIS Touchstone Docsis 3.0 TG862G Wireless Modem Gateway Wi-Fi 802.11n 4 Port Router and 2 Voice Lines...**
⭐⭐⭐☆☆ ⌄ 5
$38⁹⁸
✔prime Get it as soon as **Tomorrow, Sep 25**
FREE Shipping by Amazon

Amazon.com: Wireless Router



409

**Add to Cart**

Sponsored ⓘ

ASUS RT-AC5300 AC5300 Tri-band WiFi Gaming Router, MU-MIMO, AiProtection Lifetime Security by Trend Micro, AiMes...

⭐⭐⭐⭐☆ ⌄ 1,729

$299.99

**Amazon Certified:** Works with Alexa

Save $0.75 at checkout

FREE Shipping by Amazon

In stock on November 4, 2020.

More Buying Choices

$249.02  (15 used & new offers)



Belkin F9K1116 AC 750 IEEE 802.11ac Ethernet Wireless Router - 2.40 GHz ISM Band - 5 GHz UNII Band - 433 Mbps...

⭐⭐⭐⭐☆ ⌄ 3

$50.10

✓prime Get it as soon as **Thu, Oct 1**




TP-Link AC1750 Smart WiFi Router - Dual Band Gigabit Wireless Internet Routers for Home, Works with Alexa,...

⭐⭐⭐⭐☆ ⌄ 458

$49.99 $62.13

**Amazon Certified:** Works with Alexa

FREE Shipping by Amazon

In stock on September 27, 2020.



Wifi Router- AC1200 Smart Wifi Router, 2.4G & 5G Dual Band Wireless Gigabit Router with MU-MIMO and...

⭐⭐⭐☆☆ ⌄ 98

✓prime Get it as soon as **Sun, Sep 27**

Only 1 left in stock - order soon.



4G LTE Mobile WiFi Wireless Router/Hotspot Unlocked Portable Wi-Fi with SIM Card Slot for Car Travel Home -...

⭐⭐☆☆☆ ⌄ 9

$32.99

✓prime Get it as soon as **Tue, Sep 29**

FREE Shipping by Amazon

Only 16 left in stock - order soon.



Decoy Bride

2012 | NR | CC



★★★★½ ˅ 878

**Prime Video**

From $3.99 to rent
From $9.99 to buy
Or $0.00 with a IFC Films Unlimited
trial on Prime Video Channels

- Starring: Alice Eve , Kelly Macdonald , David Tennant and Michael Urie
- Directed by: Sheree Folkson

---

Sponsored ⓘ

WiFi Router Cover EMF Radiation Shielding Cover, RF Blocking Wireless Router Shielding Guard, Blocks 5G...

★★★½ ˅ 11

$29.99

**Save 5%** with coupon

✓prime Get it as soon as **Tomorrow, Sep 25**

FREE Shipping by Amazon



---

Sponsored ⓘ

Sierra Wireless AirLink MP70 High Performance, LTE-Advanced Vehicle Router with Wi-Fi - 1102743AC - AC Pow...

$899.00

FREE Shipping



---

← Previous   1   ···   10   **11**   12   ···   20   Next →

## Brands related to your search



NETGEAR®
Powerful Performance. Smooth Streaming.
Shop NETGEAR INC ›



D-Link
WiFi Routers from D-Link
Shop D-Link ›

---

## Need help?

Visit the help section or contact us

---

64                    Shop now

Sponsored ⓘ

---

## Deals in magazine subscriptions

Page 1 of 6


**National Geographic Kids**
★★★★½ 5,694
Print Magazine
$7.00


**Reader's Digest**
★★★★½ 7,694
Print Magazine
$5.00


**AllRecipes**
Print Magazine
$3.00


**Bon Appetit**
★★★★☆ 10
Print Magazine
$5.00


**Family Handyman**
★★★★½ 9,919
Print Magazine
$5.00

## Top subscription apps for you

Page 1 of 6


**Disney+**
Disney
★★★★½ 339,400
$0.00


**CBS Full Episodes and Live TV**
CBS Interactive
★★★★☆ 86,126
$0.00


**STARZ**
Starz Entertainment
★★★★☆ 68,359
$0.00


**Sling TV**
Sling TV LLC
★★★★☆ 41,440
$0.00


**ABCmouse.com - Early Learning Academy**
Age of Learning
★★★★½ 29,707
$0.00

**Your Browsing History**   View or edit your browsing history ›

    

See personalized recommendations

**Sign in**

New customer? Start here.

---

**Back to top**

**Get to Know Us**
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help



 English    United States

Amazon Music
Stream millions
of songs

Amazon
Advertising
Find, attract, and
engage customers

Amazon Drive
Cloud storage
from Amazon

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Alexa
Actionable
Analytics
for the Web

Sell on Amazon
Start a Selling
Account

Amazon
Business
Everything For
Your Business

Amazon Fresh
Groceries & More
Right To Your
Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced
Pros
Happiness
Guarantee

Amazon Ignite
Sell your original
Digital Educational
Resources

Amazon Rapids
Fun stories for
kids on the go

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio
Performances

Book
Depository
Books With Free
Delivery
Worldwide

Box Office Mojo
Find Movie
Box Office Data

ComiXology
Thousands of
Digital Comics

CreateSpace
Indie Print Publishing
Made Easy

DPReview
Digital
Photography

East Dane
Designer Men's
Fashion

Fabric
Sewing, Quilting
& Knitting

Goodreads
Book reviews
&
recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals
Need

Kindle Direct
Publishing
Indie Digital & Print
Publishing
Made Easy

Prime Now
FREE 2-hour
Delivery
on Everyday Items

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video
Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon Warehouse
Great Deals on
Quality Used Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right
to your door

PillPack
Pharmacy
Simplified

Amazon Renewed
Like-new products
you can trust

Amazon Second
Chance
Pass it on, trade it
in,
give it a second
life

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2020, Amazon.com, Inc. or its affiliates



amardifferent router

# amazon

All | wireless router | 🔍

Hello, Sign in
Account & Lists ▾
Account ▾

Returns
& Orders

Try Prime ▾

0 Cart

📍 Hello
Select your address

Best Sellers    Customer Service    AmazonBasics    New Releases

New Amazon devices from $29.99

177-192 of over 5,000 results for **"wireless router"**

Sort by: Featured ▾

**Amazon Prime**
☐ ✓prime

**Delivery Day**
☐ Get It by Tomorrow

**Eligible for Free Shipping**
☐ Free Shipping by Amazon
All customers get FREE Shipping on orders over $25 shipped by Amazon

**Deals**
☐ Today's Deals

**Department**
Computer Networking
  Computer Routers
  Whole Home & Mesh Wi-Fi Systems
❯ See All 11 Departments

**Avg. Customer Review**
⭐⭐⭐⭐☆ & Up
⭐⭐⭐☆☆ & Up
⭐⭐☆☆☆ & Up
⭐☆☆☆☆ & Up

**Brand**
☐ TP-Link
☐ NETGEAR
☐ ASUS
☐ Linksys
☐ D-Link
☐ WAVLINK
☐ Amazon
❯ See more

**Price**
Under $25
$25 to $50
$50 to $100
$100 to $200
$200 & Above
[$ Min] [$ Max] [Go]

**Amazon Certified**
☐ Works with Alexa

**From Our Brands**
☐ Our Brands

**Packaging Option**
☐ Frustration-Free Packaging

**New & Upcoming**
New Arrivals
Coming Soon

**Certification**
☐ Energy Star

## NETGEAR

**Powerful Performance. Smooth Streaming.**

Shop NETGEAR INC ❯





NETGEAR Nighthawk Smart WiFi Router (R6700) - AC1750 Wireless Speed (up t...
⭐⭐⭐⭐½ 51,712
✓prime

NETGEAR Nighthawk X6 Smart WiFi Router (R8000) - AC3200 Tri-band...
⭐⭐⭐⭐½ 51,711

Sponsored ⓘ



Sponsored ⓘ
Cat 7 Ethernet Cable, DanYee Nylon Braided 3ft 10ft 16ft 26ft 33ft 50ft 66ft 100ft CAT7 High Speed Professional...
⭐⭐⭐⭐½ ⌄ 5,331
$6⁹⁹
Get it as soon as Sun, Sep 27
FREE Shipping on your first order shipped by Amazon



Sponsored ⓘ
Sierra Wireless AirLink MG90 IEEE 802.11ac Cellular Modem/Wireless Router
$2,099⁰⁰
FREE Shipping



NETGEAR AC1200 Dual Band Wireless Access Point (WAC104)
⭐⭐⭐⭐☆ ⌄ 1,185
$54⁹⁹ $69.99
✓prime Get it as soon as **Tomorrow, Sep 25**
FREE Shipping by Amazon
More Buying Choices
$21.48 (44 used & new offers)



D-Link WiFi Router AC2600 Dual Band Wireless Internet Network for Home, MU-MIMO, Smart Security & Parental...
⭐⭐⭐⭐☆ ⌄ 324





Linksys AC1600 Wi-Fi Wireless Dual-Band+ Router with
Gigabit & USB Ports, Smart Wi-Fi App Enabled to Control...
★★★★☆ ⌄ 79
$44.99 $49.99
✓prime Get it as soon as **Sat, Sep
26**
FREE Shipping by Amazon



Cisco RV132W VPN Router with 3 Fast Ethernet Ports, 1 Fast
Ethernet WAN and 1 ADSL2+ Wireless-N, Limited Lifetime...
★★★☆☆ ⌄ 6
$90.49 $99.00
✓prime Get it as soon as **Tomorrow,
Sep 25**
FREE Shipping by Amazon
More Buying Choices
$71.75 (8 new offers)



ASUS ROG (GT-AC2900) Dual-Band Wireless Gigabit Wi-Fi
Gaming Router - GeForce Now Optimization with Triple-...
★★★★½ ⌄ 311
$224.90
FREE Shipping by Amazon
In stock on September 29, 2020.
More Buying Choices
$184.98 (7 used & new offers)



Netgear - RangeMax WNDR3400 Wireless Router
★★★★½ ⌄ 22
$89.99
✓prime Get it as soon as **Tomorrow,
Sep 25**
FREE Shipping by Amazon
Only 11 left in stock - order soon.
More Buying Choices
$48.99 (13 used & new offers)



Asus ROG Rapture GT-AX11000 AX11000 Tri-Band 10
Gigabit WiFi Router, Aiprotection Lifetime Security by Tren...
★★★★½ ⌄ 1,452                    **Amazon Certified:** Works with Alexa
$449.99
✓prime Get it as soon as **Sun, Sep
27**
FREE Shipping by Amazon

**International Shipping**
☐ International Shipping Eligible

**Condition**
New
Used



More Buying Choices
$379.99 (16 used & new offers)



**Asus Wireless AC1200 Dual-Band Router - (RT-AC1200) (Renewed)**

★★★★☆ 41

$39.99 $49.99

prime Get it as soon as **Tomorrow, Sep 25**
FREE Shipping by Amazon


Sponsored ⓘ




**WiFi Range Extender, Latest 5GHz & 2.4GHz Dual Band 1200Mbps WiFi Repeater Wireless Signal Booster, 360...**

★★★★★ ⌄ 19

$45.99

prime Get it as soon as **Tomorrow, Sep 25**
FREE Shipping by Amazon


Sponsored ⓘ



**Ruckus Wireless ZoneFlex R600 Access Point (Dual-Band, 802.11ac, MIMO 3x3:3) 901-R600-US00 (Renewed)**

★★★★☆ ⌄ 1

$199.95 $303.63

FREE Shipping



**Turris Omnia 2020 | 2 GB RAM, hi-Performance & Open Source Router | WiFi/NAS/printserver/Virtual Server, CPU...**

★★★★½ ⌄ 13

$334.00

prime Get it as soon as **Tomorrow, Sep 25**
FREE Shipping by Amazon
More Buying Choices
$307.28 (3 used & new offers)



**Dionlink 4G LTE CPE Unlocked 4G Wireless Router with SIM Card Slot-300Mbps WiFi Router，WiFi Hotspot，Support T...**

★★★☆☆ ⌄ 113

781

Shop now

Sponsored ⓘ



**Tenda Nova Whole Home Mesh WiFi System - Replaces Gigabit AC WiFi Router and Extenders, Dual Band, Works...**

★★★★☆ ⌄ 2,821

$103²⁶     **Amazon Certified:** Works with Alexa

**Save $5.00** with coupon

✓prime Get it as soon as **Tomorrow, Sep 25**

FREE Shipping by Amazon

More Buying Choices
$65.12 (23 used & new offers)

---



**Winegard GW-1000 Gateway 4G LTE WiFi Router**

★★★★☆ ⌄ 82

$296⁷⁵

FREE Shipping

More Buying Choices
$243.91 (12 used & new offers)

---

119

[ Add to Cart ]

Sponsored ⓘ



**Linksys AC1200 Wi-Fi Wireless Dual-Band+ Router with Gigabit & USB Ports, Smart Wi-Fi App Enabled to Control...**

★★★★☆ ⌄ 226

$59⁹⁹

FREE Shipping
Only 6 left in stock - order soon.

More Buying Choices
$17.49 (14 used & new offers)

---



**Aproca Hard Storage Travel Case for TP-Link N300 Wireless Portable Nano Travel Router TL-WR802N**

★★★★★ ⌄ 7

$12⁹⁹

Get it as soon as **Tomorrow, Sep 25**
FREE Shipping on your first order shipped by Amazon

---



**Verizon Fios Router Actiontec MI424WR Rev I (Renewed)**

★★★☆☆ ⌄ 7

$79⁹⁵

✓prime Get it as soon as **Tomorrow, Sep 25**

FREE Shipping by Amazon

---



**Securifi Almond - (3 Minute Setup) Touchscreen Wireless**

★★★★☆ ⌄ 13,246





$89^{99}$ ~~$99.99~~

✓**prime** Get it as soon as **Sun, Sep 27**
FREE Shipping by Amazon
More Buying Choices
$46.29 (12 used & new offers)




Sponsored ⓘ

Long Range WiFi Booster Wireless Wi-Fi Repeater Router WLAN Antenna Extender 150Mbps 2.4GHz with 5m/16.4ft...

★★★½☆ ⌄ 18

$19^{45}$

Get it as soon as **Tomorrow, Sep 25**
FREE Shipping on your first order shipped by Amazon



Sponsored ⓘ

D-Link WiFi Range Extender, N300 Plug In Wall Signal Booster Ethernet Internet Wireless Network Repeater (DAP-...

★★★½☆ ⌄ 85

$28^{38}$ ~~$29.99~~

✓**prime** Get it as soon as **Tomorrow, Sep 25**
FREE Shipping by Amazon

← Previous   1   ...   11   **12**   13   ...   20   Next →

## Brands related to your search



**NETGEAR**

Powerful Performance. Smooth Streaming.

Shop NETGEAR INC ›



Faster, Whole Home Wi-Fi

Shop AmpliFi ›

## Need help?

Visit the help section or contact us

781    [ Shop now ]

Sponsored ⓘ

**Deals in magazine subscriptions**      Page 1 of 6








**National Geographic Kids**
⭐⭐⭐⭐⭒ 5,694
Print Magazine
$7.00

**Reader's Digest**
⭐⭐⭐⭐⭒ 7,694
Print Magazine
$5.00

**AllRecipes**
Print Magazine
$3.00

**Bon Appetit**
⭐⭐⭐⭐☆ 10
Print Magazine
$5.00

**Family Handyman**
⭐⭐⭐⭐⭒ 9,919
Print Magazine
$5.00

## Top subscription apps for you

Page 1 of 6







**Disney+**
Disney
⭐⭐⭐⭐⭒ 339,400
$0.00

**CBS Full Episodes and Live TV**
CBS Interactive
⭐⭐⭐⭐☆ 86,126
$0.00

**STARZ**
Starz Entertainment
⭐⭐⭐⭐☆ 68,359
$0.00

**Sling TV**
Sling TV LLC
⭐⭐⭐⭐☆ 41,440
$0.00

**ABCmouse.com - Early Learning Academy**
Age of Learning
⭐⭐⭐⭐⭒ 29,707
$0.00

---

**Your Browsing History**   View or edit your browsing history ›

See personalized recommendations







**Sign in**

New customer? Start here.

---

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon.com Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Business Card | Your Orders |
| Press Center | Advertise Your Products | Amazon Business Line of Credit | Shipping Rates & Policies |
| Investor Relations | Self-Publish with Us | Shop with Points | Amazon Prime |
| Amazon Devices | Host an Amazon Hub | Credit Card Marketplace | Returns & Replacements |
| Amazon Tours | › See More Make Money with Us | Reload Your Balance | Manage Your Content and Devices |
| | | Amazon Currency Converter | Amazon Assistant |
| | | | Help |

amazon

🌐 English ▾    🇺🇸 United States ▾

| Amazon Music | Amazon | Amazon Drive | 6pm | AbeBooks | ACX | Alexa |
|---|---|---|---|---|---|---|

Stream millions of songs

Advertising
Find, attract, and engage customers

Cloud storage from Amazon

Score deals on fashion brands

Books, art & collectibles

Audiobook Publishing Made Easy

Actionable Analytics for the Web

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Ignite
Sell your original Digital Educational Resources

Amazon Rapids
Fun stories for kids on the go

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Book Depository
Books With Free Delivery Worldwide

Box Office Mojo
Find Movie Box Office Data

ComiXology
Thousands of Digital Comics

CreateSpace
Indie Print Publishing Made Easy

DPReview
Digital Photography

East Dane
Designer Men's Fashion

Fabric
Sewing, Quilting & Knitting

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Prime Now
FREE 2-hour Delivery on Everyday Items

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Amazon Second Chance
Pass it on, trade it in, give it a second life

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2020, Amazon.com, Inc. or its affiliates



193-208 of over 5,000 results for **"wireless router"**

Sort by: Featured ⌄



**Amazon Prime**
☐ ✓prime

**Delivery Day**
☐ Get It by Tomorrow

**Eligible for Free Shipping**
☐ Free Shipping by Amazon
All customers get FREE Shipping on orders over $25 shipped by Amazon

**Deals**
☐ Today's Deals

**Department**
Computer Networking
  Computer Routers
  Whole Home & Mesh Wi-Fi Systems
⌄ See All 11 Departments

**Avg. Customer Review**
★★★★☆ & Up
★★★☆☆ & Up
★★☆☆☆ & Up
★☆☆☆☆ & Up

**Brand**
☐ TP-Link
☐ NETGEAR
☐ ASUS
☐ Linksys
☐ D-Link
☐ WAVLINK
☐ Amazon
⌄ See more

**Price**
Under $25
$25 to $50
$50 to $100
$100 to $200
$200 & Above
[$ Min] [$ Max] [Go]

**Amazon Certified**
☐ Works with Alexa

**From Our Brands**
☐ Our Brands

**Packaging Option**
☐ Frustration-Free Packaging

**New & Upcoming**
New Arrivals
Coming Soon

**Certification**
☐ Energy Star

NETGEAR    **Powerful Performance. Smooth Streaming.**
Shop NETGEAR INC ›





NETGEAR Nighthawk Smart WiFi Router (R6700) - AC1750 Wireless Speed (up t...
★★★★☆ 51,712
✓prime

NETGEAR Nighthawk X6 Smart WiFi Router (R8000) - AC3200 Tri-band...
★★★★☆ 51,711

Sponsored ⓘ



Sponsored ⓘ
**WiFi Range Extender - 750Mbps WiFi Repeater Wireless Signal Booster, 2.4 & 5GHz Dual Band WiFi Extender with...**
★★★★☆ 4,482
[Limited time deal]
$25²⁷ ~~$35.99~~
✓prime Get it as soon as **Tomorrow, Sep 25**
FREE Shipping by Amazon



Sponsored ⓘ
**[2020 Dual WiFi 8-CAM 1080p] xmartO 8-Camera WiFi Security Camera System Wireless with 4X 1080P WiFi IP...**
★★★★☆ 95
$189⁹⁹
[Save $10.00] with coupon
✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon



**Asus Wireless AC3100 Gigabit Router (RT-AC3100) (Renewed)**
★★★★☆ 81
$139⁰⁰
FREE Shipping
Only 4 left in stock - order soon.



**Wireless Router 1200Mbps Long Range Wifi Router AC High Speed Dual Band Router with 4 LAN Ports for Home Office...**
★★★★☆ 570

International Shipping

☐ International Shipping Eligible

Condition
New
Used



$26^{65}$ $41.99

✓prime Get it as soon as **Sun, Sep 27**
FREE Shipping by Amazon

---



Wavlink Whole Home Mesh WiFi System (2-Pack), Dual Band AC1200 High Performance Wireless Coverage up to 4,000 s...

★★★★☆ ⌄ 21

$69^{99}$

✓prime Get it as soon as **Tomorrow, Sep 25**
FREE Shipping by Amazon

---



ASUS Asus dualband ac1750 b1 WiFi 4port gigabit Router rt-ac66ucertified , 3.4 Ounce (Renewed)

★★★★½ ⌄ 64

$72^{99}$

✓prime Get it as soon as **Tomorrow, Sep 25**
FREE Shipping by Amazon

---



KuWFi 4G LTE CPE Router Cat4 Wireless CPE Router with SIM Card Slot Dual External Antennas for Home/Office Support...

★★★★★ ⌄ 2

$59^{99}$

✓prime Get it as soon as **Tomorrow, Sep 25**
FREE Shipping by Amazon
Only 2 left in stock - order soon.

---



【2020 Newest】 Smart WiFi Router Dual Band Gigabit Wireless Internet Router for Home AC1200 High Speed...

★★★★☆ ⌄ 60

---



D-Link Whole-Home Router 1000, Wireless-N (DIR-645)

★★★½☆ ⌄ 464





**Amped RTA2600-R2 Wireless Athena-R2 High Power AC2600 Wi-Fi Router with MU-MIMO**

★★★★☆ ⌄ 58

**$178**⁵⁹ ~~$209.99~~

FREE Shipping
Usually ships within 6 to 10 days.
More Buying Choices
$158.38 (2 new offers)




Sponsored ⓘ

**WAVLINK Halo Base 2 Whole Home Mesh Wireless WiFi System, 1 WiFi Router + 1 Satellite Point, 1200Mbps Dual...**

★★★☆☆ ⌄ 66

**$89**⁹⁹

✓prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon

Sponsored ⓘ

**LINOVISION Industrial 4G LTE Router with SIM Card Slot, LAN WAN WiFi Router Certified by AT&T and Compatible to...**

**$168**⁹⁹

FREE Shipping
Only 13 left in stock - order soon.





**Tenda N300 Wireless Wi-Fi Router with High Power 5dBi Antennas (F3), White**

★★★★☆ ⌄ 536

**$18**⁹⁹

Get it as soon as **Sat, Sep 26**
FREE Shipping on your first order shipped by Amazon
More Buying Choices
$18.98 (13 used & new offers)




**TP-Link Safestream Multi WAN VPN Router | 1 Gigabit WAN+3 Gigabit WAN/LAN+1 Gigabit LAN Port |...**

★★★★☆ ⌄ 2,041

**$59**⁹⁹

Save $1.10 at checkout

✓prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon
More Buying Choices
$44.50 (19 used & new offers)

20,496

Shop now

Sponsored (i)



### Cisco RV110W-A-NA-K9 Small Business RV110W Wireless N VPN Firewall Router
★★★☆☆ ⌄ 244



### How To Set Up Your Wireless Router
by James Shelton   |   Jan 2, 2014
★★★☆☆ ⌄ 10
**Kindle**
$5⁹⁹
Available instantly



### WAVLINK Smart WiFi Router,Dual Band AC3200 Wireless Gigabit Router with Extender&Repeater Function,Parent...
★★★★☆ ⌄ 10
**29% off**
$99⁹⁹ $139.99
Save $9.00 with coupon
✓prime Get it as soon as **Tomorrow, Sep 25**
FREE Shipping by Amazon



### MikroTik Cloud Router Switch CRS109-8G-1S-2HnD-IN
★★★★½ ⌄ 61
$133⁰⁰
✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon
Only 15 left in stock - order soon.
More Buying Choices
$130.70 (11 new offers)



### Cisco Linksys AE2500 USB WiFi Wireless Dual-Band WIFI Adapter 802.11n (Renewed)
★★★★☆ ⌄ 859
$44⁷⁷
✓prime Get it as soon as **Sun, Sep 27**
FREE Shipping by Amazon



### TP-Link Archer C6 IEEE 802.11AC Ethernet Wireless



$39^{99}$

✓prime Get it as soon as **Tomorrow, Sep 25**

FREE Shipping by Amazon

---



Sponsored ⓘ

AC1200 5GHZ&2.4GHZ Dual Band WiFi Range Extender WiFi Long Range Extender Repeater/Access...

★★★½☆ ⌄ 35

$45^{99}$

✓prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon

---



Sponsored ⓘ

【High Speed】 Dual Band 1200Mbps WiFi Router, AC1200 Smart WiFi Router, Long Range Wireless WiFi Router for...

★★★☆☆ ⌄ 6

$89^{99}$

✓prime Get it as soon as **Tomorrow, Sep 25**

FREE Shipping by Amazon

Only 19 left in stock - order soon.

---

[← Previous] [1] ⋯ [12] [13] [14] ⋯ [20] [Next →]

## Brands related to your search



**D-Link**

Where price and performance meet

Shop D-Link ›



**NETGEAR**

Powerful Performance. Smooth Streaming.

Shop NETGEAR INC ›

## Need help?

Visit the help section or contact us

---



464    [Shop now]

Sponsored

## Deals in magazine subscriptions

Page 1 of 6









**National Geographic Kids**
⭐⭐⭐⭐⭐ 5,694
Print Magazine
$7.00

**Reader's Digest**
⭐⭐⭐⭐⭐ 7,694
Print Magazine
$5.00

**AllRecipes**
Print Magazine
$3.00

**Bon Appetit**
⭐⭐⭐⭐ 10
Print Magazine
$5.00

**Family Handyman**
⭐⭐⭐⭐⭐ 9,919
Print Magazine
$5.00

## Top subscription apps for you

Page 1 of 6







**Disney+**
Disney
⭐⭐⭐⭐⭐ 339,400
$0.00

**CBS Full Episodes and Live TV**
CBS Interactive
⭐⭐⭐⭐ 86,126
$0.00

**STARZ**
Starz Entertainment
⭐⭐⭐⭐ 68,359
$0.00

**Sling TV**
Sling TV LLC
⭐⭐⭐⭐ 41,440
$0.00

**ABCmouse.com - Early Learning Academy**
Age of Learning
⭐⭐⭐⭐⭐ 29,707
$0.00

---

**Your Browsing History**   View or edit your browsing history ›







See personalized recommendations

[ **Sign in** ]

New customer? Start here.

---

Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

amazon   🌐 English ▾   🇺🇸 United States ▾

Amazon Music    Amazon    Amazon Drive    6pm    AbeBooks    ACX    Alexa

Stream millions
of songs

Advertising
Find, attract, and
engage customers

Cloud storage
from Amazon

Score deals
on fashion brands

Books, art
& collectibles

Audiobook
Publishing
Made Easy

Actionable
Analytics
for the Web

Sell on Amazon
Start a Selling
Account

Amazon
Business
Everything For
Your Business

Amazon Fresh
Groceries & More
Right To Your
Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced
Pros
Happiness
Guarantee

Amazon Ignite
Sell your original
Digital Educational
Resources

Amazon Rapids
Fun stories for
kids on the go

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio
Performances

Book
Depository
Books With Free
Delivery
Worldwide

Box Office Mojo
Find Movie
Box Office Data

ComiXology
Thousands of
Digital Comics

CreateSpace
Indie Print Publishing
Made Easy

DPReview
Digital
Photography

East Dane
Designer Men's
Fashion

Fabric
Sewing, Quilting
& Knitting

Goodreads
Book reviews
&
recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals
Need

Kindle Direct
Publishing
Indie Digital & Print
Publishing
Made Easy

Prime Now
FREE 2-hour
Delivery
on Everyday Items

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video
Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon Warehouse
Great Deals on
Quality Used Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right
to your door

PillPack
Pharmacy
Simplified

Amazon Renewed
Like-new products
you can trust

Amazon Second
Chance
Pass it on, trade it
in,
give it a second
life

Conditions of Use      Privacy Notice      Interest-Based Ads   © 1996-2020, Amazon.com, Inc. or its affiliates



☰  **amazon**

| All ▾ | wireless router | 🔍 |

🇺🇸 ▾

Hello, Sign in
**Account & Lists** ▾
Account ▾

Returns
& Orders

Try Prime ▾

🛒 **0** Cart

📍 Hello
**Select your address**

Best Sellers    Customer Service    AmazonBasics    New Releases                    New Amazon devices from $29.99

209-224 of over 5,000 results for **"wireless router"**                                                            Sort by: Featured ▾

**Amazon Prime**
☐ ✓prime

**Delivery Day**
☐ Get It by Tomorrow

**Eligible for Free Shipping**
☐ Free Shipping by Amazon
All customers get FREE Shipping
on orders over $25 shipped by
Amazon

**Deals**
☐ Today's Deals

**Department**
Computer Networking
   Computer Routers
   Whole Home & Mesh Wi-Fi
   Systems
▾ See All 11 Departments

**Avg. Customer Review**
⭐⭐⭐⭐☆ & Up
⭐⭐⭐☆☆ & Up
⭐⭐☆☆☆ & Up
⭐☆☆☆☆ & Up

**Brand**
☐ TP-Link
☐ NETGEAR
☐ ASUS
☐ Linksys
☐ D-Link
☐ WAVLINK
☐ Amazon
▾ See more

**Price**
Under $25
$25 to $50
$50 to $100
$100 to $200
$200 & Above
[$ Min] [$ Max] [Go]

**Amazon Certified**
☐ Works with Alexa

**From Our Brands**
☐ Our Brands

**Packaging Option**
☐ Frustration-Free Packaging

**New & Upcoming**
New Arrivals
Coming Soon

**Certification**
☐ Energy Star

 NETGEAR    **Powerful Performance. Smooth Streaming.**
Shop NETGEAR INC ›



NETGEAR Nighthawk Smart WiFi Router
(R6700) - AC1750 Wireless Speed (up t...
⭐⭐⭐⭐☆ 51,712
✓prime

NETGEAR Nighthawk X6 Smart WiFi
Router (R8000) - AC3200 Tri-band...
⭐⭐⭐⭐☆ 51,711

Sponsored ⓘ



Sponsored ⓘ
**Sierra Wireless AirLink MP70 High Performance, LTE-
Advanced Vehicle Router - 1102709AC - AC Power Cable**
$799⁰⁰
FREE Shipping

 Sponsored ⓘ
**Novatel Wireless SA2100 AT&T 4G LTE MiFi Mobile Wi-Fi
Hotspot and LAN Port | Signal Booster Antenna Included |...**
⭐⭐⭐⭐☆ 1
$165⁰⁰
FREE Shipping
Usually ships within 6 to 10 days.

 **Linksys N300 Wi-Fi Wireless Router (E900)**
⭐⭐⭐⭐☆ 820
$35⁴⁵  ~~$49.99~~
✓prime Get it Wed, Sep 30 - Mon,
Oct 5
Only 13 left in stock - order soon.
More Buying Choices
$17.93 (20 used & new offers)

 **Linksys AC1200 Wi-Fi Wireless Dual-Band+ Router, Smart
Wi-Fi App Enabled to Control Your Network from Anywhere...**
⭐⭐⭐⭐☆ 619





### International Shipping
☐ International Shipping Eligible

### Condition
New
Used



**NETGEAR AC1600 Dual Band Wi-Fi Gigabit Router (R6250) (Renewed)**
★★★★☆ ⌄ 100

**$69**⁹⁹ $140.00
$5.61 shipping
Only 2 left in stock - order soon.

**Linksys AC1600 Wi-Fi Wireless Dual-Band+ Router with Gigabit & USB Ports, Smart Wi-Fi App Enabled to Control...**
★★★★☆ ⌄ 281

**$84**⁹⁰
FREE Shipping by Amazon
In stock on October 3, 2020.
More Buying Choices
$24.49 (32 used & new offers)



**GRYPHON GUARDIAN Advanced Parental Control System & Mesh WiFi Enhanced Security Router (up to 1800sqft) Hack...**
★★★★☆ ⌄ 1,373

**$99**⁰⁰
✓prime Get it as soon as **Tomorrow, Sep 25**
FREE Shipping by Amazon
More Buying Choices
$88.00 (6 used & new offers)



**GL.iNET GL-AR150 Mini Travel Router with 2dbi External Antenna, Wi-Fi Converter, OpenWrt Pre-Installed, Repeater...**
★★★★☆ ⌄ 298

**$26**⁵⁰ $28.00
✓prime Get it as soon as **Tomorrow, Sep 25**
FREE Shipping by Amazon



**NETGEAR Nighthawk X6S Smart WiFi Router (R8000P) - AC4000 Tri-band Wireless Speed (up to 4000 Mbps) | Up to...**

**$244**⁹⁷ $279.99
✓prime Get it as soon as **Tue, Sep 29**
FREE Shipping by Amazon
Only 1 left in stock - order soon.

34

**Add to Cart**

Sponsored ⓘ



### D-Link VPN Router, 8 Port Gigabit with Dynamic Web Content Filtering (DSR-250)

★★★☆☆ ⌄ 171

**$126**⁰²  ~~$145.99~~

✓prime Get it as soon as **Tomorrow, Sep 25**

FREE Shipping by Amazon

More Buying Choices

$43.88 (44 used & new offers)

Sponsored ⓘ



### Bluetooth Antenna - 6dBi 2.4GHz Single Band WiFi Antenna, Boost Bluetooth Audio Range, Adopt for Home Office...

★★★★☆ ⌄ 37

**$9**⁹⁹

Get it as soon as **Sat, Sep 26**

FREE Shipping on your first order shipped by Amazon

Sponsored ⓘ



### USB to USB Cable 6 ft, NC XQIN USB 3.0 Male to Male Nylon Braided Cable USB to USB Cord for Data Transfer Hard Driv...

★★★★⯨ ⌄ 643

**$8**⁵⁰

Get it as soon as **Sat, Sep 26**

FREE Shipping on your first order shipped by Amazon



### Medialink AC1200 Wireless Gigabit Router - Gigabit (1000 Mbps) Wired Speed & AC 1200 Mbps Combined Wireless...

★★★★⯨ ⌄ 76

**$34**⁹⁹  ~~$44.99~~

✓prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon

Only 9 left in stock - order soon.

### AT&T LTE Wireless Internet Router Z T E MF279 Smart Hub Support B2 B4 B12 (NO Battery Include)

★★★★⯨ ⌄ 4

**$118**⁰⁰

$5.00 shipping

Only 13 left in stock - order soon.



### Cisco Linksys E2500 Advanced Simultaneous Dual-Band Wireless-N Router

★★★☆☆ ˅ 24

$42⁹⁹

✓prime Get it as soon as **Sun, Sep 27**

FREE Shipping by Amazon

More Buying Choices
$9.80  (19 used & new offers)



### WAVLINK Smart Wireless WiFi Router for Home AC1200 Dual Band High Speed Long Range

$35⁹⁹

`Save 10%` with coupon

✓prime Get it as soon as **Tomorrow, Sep 25**

FREE Shipping by Amazon



293

Shop now

Sponsored ⓘ

### Ubiquiti EdgeRouter 4

★★★★½ ˅ 485

$179⁰⁰

FREE Shipping by Amazon
In stock on September 27, 2020.



### ASUS RT-N66U Dual-Band Wireless-N900 Gigabit Router

★★★★☆ ˅ 5,640

Only 1 left in stock - order soon.

More Buying Choices
$89.99  (8 used & new offers)



### NETGEAR Mobile WiFi Hotspot | 4G LTE Router AC797-100NAS | 400Mbps Download Speed | Connect up to 15...

★★★½☆ ˅ 39

$149⁰⁰ $229.99

✓prime Get it as soon as **Tomorrow, Sep 25**

FREE Shipping by Amazon

More Buying Choices
$89.99  (29 used & new offers)



### TP-Link AC1200 Dual Band Router - Wireless AC Router for Home(Archer C50)





★★★★☆ ⌄ 2,126

**$49**⁹⁹ ~~$59.99~~

FREE Shipping

Only 3 left in stock - order soon.

More Buying Choices
$17.15 (17 used & new offers)

---



Sponsored ⓘ

Tenda AC19 Smart WiFi Router - Dual Band Gigabit Wireless (up to 2033 Mbps) Internet Router for Home, 4X4 MU-MIM...

★★★★☆ ⌄ 5,289

**$72**⁹⁹            **Amazon Certified:** Works with Alexa

**Save $5.00** with coupon

✓prime Get it as soon as **Tomorrow, Sep 25**

FREE Shipping by Amazon

---



Sponsored ⓘ

Serialink Outdoor 4G CPE Router,Industrial Grade Outdoor Waterproof Wired Router with sim Card Slot .No WiFi with...

★★★☆☆ ⌄ 2

**$169**⁰⁰

✓prime Get it as soon as **Sun, Sep 27**

FREE Shipping by Amazon

Only 14 left in stock - order soon.

---

← Previous   1   ⋯   13   **14**   15   ⋯   20   Next →

## Brands related to your search



**D·Link**

WiFi Routers from D-Link

Shop D-Link ›



**NETGEAR®**

Powerful Performance. Smooth Streaming.

Shop NETGEAR INC ›

---

## Need help?

Visit the help section or contact us

---

1,910     [ Shop now ]

Sponsored ⓘ

---

**Deals in magazine subscriptions**         Page 1 of 6








National Geographic Kids
★★★★½ 5,694
Print Magazine
$7.00

Reader's Digest
★★★★½ 7,694
Print Magazine
$5.00

AllRecipes
Print Magazine
$3.00

Bon Appetit
★★★★☆ 10
Print Magazine
$5.00

Family Handyman
★★★★½ 9,919
Print Magazine
$5.00

## Top subscription apps for you

Page 1 of 6







Disney+
Disney
★★★★½ 339,400
$0.00

CBS Full Episodes and Live TV
CBS Interactive
★★★★☆ 86,126
$0.00

STARZ
Starz Entertainment
★★★★☆ 68,359
$0.00

Sling TV
Sling TV LLC
★★★★☆ 41,440
$0.00

ABCmouse.com - Early Learning Academy
Age of Learning
★★★★½ 29,707
$0.00

---

**Your Browsing History**    **View or edit your browsing history** ›

See personalized recommendations

**Sign in**

New customer? Start here.







No im ... availa

Back to top

## Get to Know Us

Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

## Make Money with Us

Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

## Amazon Payment Products

Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

## Let Us Help You

Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

amazon

🌐 English ▾    🇺🇸 United States ▾

Amazon Music    Amazon    Amazon Drive    6pm    AbeBooks    ACX    Alexa

| | | | | | | |
|---|---|---|---|---|---|---|
| Stream millions of songs | **Advertising** Find, attract, and engage customers | Cloud storage from Amazon | Score deals on fashion brands | Books, art & collectibles | **Audiobook Publishing** Made Easy | Actionable Analytics for the Web |
| **Sell on Amazon** Start a Selling Account | **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Ignite** Sell your original Digital Educational Resources | **Amazon Rapids** Fun stories for kids on the go |
| **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances | **Book Depository** Books With Free Delivery Worldwide | **Box Office Mojo** Find Movie Box Office Data | **ComiXology** Thousands of Digital Comics | **CreateSpace** Indie Print Publishing Made Easy | **DPReview** Digital Photography |
| **East Dane** Designer Men's Fashion | **Fabric** Sewing, Quilting & Knitting | **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Prime Now** FREE 2-hour Delivery on Everyday Items |
| **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands | **Amazon Warehouse** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing |
| **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | **Amazon Second Chance** Pass it on, trade it in, give it a second life |

Conditions of Use    Privacy Notice    Interest-Based Ads   © 1996-2020, Amazon.com, Inc. or its affiliates



amazon

All | wireless router | 🔍

Hello, Sign in
Account & Lists ▾
Account ▾

Returns
& Orders

0 Cart

🏠 Hello
Select your address

Best Sellers    Customer Service    AmazonBasics    New Releases

New Amazon devices from $29.99

225-240 of over 5,000 results for **"wireless router"**

Sort by: Featured ▾

**Amazon Prime**
☐ ✔prime

**Delivery Day**
☐ Get It by Tomorrow

**Eligible for Free Shipping**
☐ Free Shipping by Amazon
All customers get FREE Shipping
on orders over $25 shipped by
Amazon

**Deals**
☐ Today's Deals

**Department**
Computer Networking
Computer Routers
Whole Home & Mesh Wi-Fi
Systems
▾ See All 11 Departments

**Avg. Customer Review**
★★★★☆ & Up
★★★☆☆ & Up
★★☆☆☆ & Up
★☆☆☆☆ & Up

**Brand**
☐ TP-Link
☐ NETGEAR
☐ ASUS
☐ Linksys
☐ D-Link
☐ WAVLINK
☐ Amazon
▾ See more

**Price**
Under $25
$25 to $50
$50 to $100
$100 to $200
$200 & Above
[$ Min] [$ Max] [Go]

**Amazon Certified**
☐ Works with Alexa

**From Our Brands**
☐ Our Brands

**Packaging Option**
☐ Frustration-Free Packaging

**New & Upcoming**
New Arrivals
Coming Soon

**Certification**
☐ Energy Star

**Expert of SMB Network, VPN Router, PoE Switch**
Shop UTT ▸

Sponsored ⓘ

Sponsored ⓘ



**Tenda Whole Home Mesh WiFi System - Dual Band Gigabit
AC1200 Router Replacement for SmartHome,Works with…**
★★★★☆ ✓ 796
$68¹⁶ $79.99
FREE Shipping

Amazon Certified: Works with Alexa

Sponsored ⓘ



**ORICO Cable Management Box Power Strip Cover with
Phone Stand 12.2 X 5.4 X 5.1 inches Cord Organizer Box…**
★★★★☆ ✓ 290
$15⁹⁹
Get it as soon as Tomorrow, Sep 25
FREE Shipping on your first order
shipped by Amazon



**4G LTE Router with SIM Card Slot 300Mbps Unlocked
Wireless Mobile WiFi Hotspot Router with 4pcs Non-…**
$59⁹⁹
✓prime Get it as soon as Sun, Sep
27
FREE Shipping by Amazon



**NETGEAR Renewed R7000-100NAR Nighthawk AC1900 Dual
Band Wi-Fi Gigabit Router with Open Source Support,…**
★★★★☆ ✓ 508
$109⁰⁰ $159.99
✓prime Get it as soon as Sat, Sep
26
FREE Shipping by Amazon

Amazon Certified: Works with Alexa

**Sierra wireless AirLink LX60 Dual Gigabit Ethernet LTE**

**International Shipping**
☐ International Shipping Eligible

**Condition**
New
Used



Router with Wi-Fi + GNSS for AT&T and NA... DC Power Cable
$569⁰⁰
✓prime Get it as soon as **Tomorrow, Sep 25**
FREE Shipping by Amazon
Only 3 left in stock - order soon.



Linksys EA7500-RM2 AC1900 (Max Stream EA7500) Dual Band Wireless Router, Compatible with Alexa (Renewed),...
★★★★☆ ⌄ 403
$54⁹⁹
FREE Shipping



Apple AirPort Extreme Base Station ME918LL/A (Renewed)
★★★★☆ ⌄ 280
$199⁹⁹
✓prime Get it as soon as **Thu, Oct 1**



Linksys AC5000 Tri-Band MU-MIMO Wi-Fi Wireless AC Router
★★★★★ ⌄ 7
$239⁰⁰
FREE Shipping



Verizon FiOS Router Updated 2019 - Fios Quantum Gateway G1100 AC1750 Wi-Fi Dual Band Wireless Routers for Intern...
★★★★⯪ ⌄ 110



ASUS ZenWiFi AX Tri-Band Mesh WiFi 6 Router (XT8 White), 6.6Gbps, WiFi, 3 SSIDs, Life-time Free Network Security and...
★★★★☆ ⌄ 251
$249⁹⁹



FREE Shipping by Amazon
In stock on October 5, 2020.

Sponsored ⓘ




Comtrend G.hn 1200 Mbps Powerline Ethernet Bridge Adapter with WIFI PG-9171n + PG-9172 Combo Kit

★★★★☆ ⌄ 384

$79⁹⁹

✓prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon

119

[ Add to Cart ]

Sponsored ⓘ

Sponsored ⓘ




MINIX New NEO Z83-4 Plus, Intel Cherry Trail Fanless Mini PC Windows 10 Pro (64-bit) [Intel X5-...

★★★★☆ ⌄ 219

$219⁹⁰

✓prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon



MERAKI GO 5 Port Security Gateway | Cloud Managed Firewall & Router | Cisco [GX20-HW-US]

★★★☆☆ ⌄ 14

$132⁹⁹

Save $6.65 at checkout

✓prime Get it as soon as **Tomorrow, Sep 25**

FREE Shipping by Amazon

More Buying Choices
$124.99 (22 new offers)



NETGEAR Smart WiFi Router with Dual Band Gigabit for Amazon Echo/Alexa - AC1750 (R6400-100NAS)

★★★★☆ ⌄ 4,761

$129⁹⁷        **Amazon Certified:** Works with Alexa

✓prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon

More Buying Choices
$62.21 (20 used & new offers)



Netgear (R7000P-100NAS) Nighthawk AC2300 Dual Band Smart WiFi Router, Gigabit Ethernet, MU-MIMO, Compatibl...

★★★★½ ⌄ 401

$119⁹⁹ $188.26        **Amazon Certified:** Works with Alexa

FREE Shipping

20,496

[ Shop now ]

Sponsored ⓘ



### Asus Blue Cave AC2600 Dual-Band Wireless Router for Smart Homes, Featuring Intel Wifi Technology and Aiprotection...

★★★★☆ ⌄ 29

$79⁹⁹

**Amazon Certified:** Works with Alexa

✓prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon



### ASUS AC3200 Tri-Band Gigabit WiFi Router, AiProtection Lifetime Security by Trend Micro, Adaptive QoS, Parental...

★★★★☆ ⌄ 1,636

Only 1 left in stock - order soon.

More Buying Choices

$154.99 (11 used & new offers)



### Belkin N750 Dual Band Wireless N plus Gigabit Router (F9K1110)

★★★★☆ ⌄ 191

$249⁹⁵

✓prime Get it as soon as **Tomorrow, Sep 25**

FREE Shipping by Amazon

Only 1 left in stock - order soon.



### NETGEAR Nighthawk Pro Gaming XR300 WiFi Router with 4 Ethernet Ports and Wireless speeds up to 1.75 Gbps,...

★★★★⯪ ⌄ 338

$189⁹⁹

FREE Shipping by Amazon

In stock on October 1, 2020.

More Buying Choices

$138.10 (18 used & new offers)



### Belkin N450 Wireless Dual-Band N+ Router (Latest Generation)

★★★★☆ ⌄ 2,769



Sponsored ⓘ

**1200Mbps WiFi Range Extender, CARANTEE Wireless Signal Repeater Booster, 4 Antennas 360°Full Coverage, Dual Ban...**

★★★★☆ ⌄ 63

$42.99  $45.99

✓prime Get it as soon as **Tomorrow, Sep 25**
FREE Shipping by Amazon

Sponsored ⓘ

**Channel Vision 4-Port Wireless N Router (C-0554)**

$106.14

FREE Shipping
Usually ships within 6 to 10 days.

← Previous | 1 | ... | 14 | **15** | 16 | ... | 20 | Next →

## Brands related to your search

NETGEAR

Powerful Performance. Smooth Streaming.

Shop NETGEAR INC ›

D-Link

WiFi Routers from D-Link

Shop D-Link ›

## Need help?

Visit the help section or contact us

59    [ Shop now ]

Sponsored ⓘ

## Deals in magazine subscriptions

Page 1 of 6

‹                                                                               ›







**National Geographic Kids**
⭐⭐⭐⭐½ 5,694
Print Magazine
$7.00

**Reader's Digest**
⭐⭐⭐⭐½ 7,694
Print Magazine
$5.00

**AllRecipes**
Print Magazine
$3.00

**Bon Appetit**
⭐⭐⭐⭐ 10
Print Magazine
$5.00

**Family Handyman**
⭐⭐⭐⭐½ 9,919
Print Magazine
$5.00

## Top subscription apps for you

Page 1 of 6

‹








›

**Disney+**
Disney
⭐⭐⭐⭐½ 339,400
$0.00

**CBS Full Episodes and Live TV**
CBS Interactive
⭐⭐⭐⭐ 86,126
$0.00

**STARZ**
Starz Entertainment
⭐⭐⭐⭐ 68,359
$0.00

**Sling TV**
Sling TV LLC
⭐⭐⭐⭐ 41,440
$0.00

**ABCmouse.com - Early Learning Academy**
Age of Learning
⭐⭐⭐⭐½ 29,707
$0.00

**Your Browsing History**   **View or edit your browsing history**   ›

See personalized recommendations

[ Sign in ]

New customer? Start here.







Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

amazon   🌐 English ▾   🇺🇸 United States ▾

Amazon Music   Amazon   Amazon Drive   6pm   AbeBooks   ACX   Alexa

Stream millions of songs

Advertising
Find, attract, and engage customers

Cloud storage from Amazon

Score deals on fashion brands

Books, art & collectibles

Audiobook Publishing Made Easy

Actionable Analytics for the Web

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Ignite
Sell your original Digital Educational Resources

Amazon Rapids
Fun stories for kids on the go

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Book Depository
Books With Free Delivery Worldwide

Box Office Mojo
Find Movie Box Office Data

ComiXology
Thousands of Digital Comics

CreateSpace
Indie Print Publishing Made Easy

DPReview
Digital Photography

East Dane
Designer Men's Fashion

Fabric
Sewing, Quilting & Knitting

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Prime Now
FREE 2-hour Delivery on Everyday Items

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Amazon Second Chance
Pass it on, trade it in, give it a second life

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2020, Amazon.com, Inc. or its affiliates



amazon All wireless router

Hello, Sign in Account & Lists Account | Returns & Orders | Try Prime | 0 Cart

Hello Select your address | Best Sellers | Customer Service | AmazonBasics | New Releases | New Amazon devices from $29.99

241-256 of over 5,000 results for **"wireless router"**

Sort by: Featured

**Amazon Prime**
- prime

**Delivery Day**
- Get It by Tomorrow

**Eligible for Free Shipping**
- Free Shipping by Amazon

All customers get FREE Shipping on orders over $25 shipped by Amazon

**Deals**
- Today's Deals

**Department**

Computer Networking
- Computer Routers
- Whole Home & Mesh Wi-Fi Systems

See All 11 Departments

**Avg. Customer Review**
- & Up
- & Up
- & Up
- & Up

**Brand**
- TP-Link
- NETGEAR
- ASUS
- Linksys
- D-Link
- WAVLINK
- Amazon

See more

**Price**
- Under $25
- $25 to $50
- $50 to $100
- $100 to $200
- $200 & Above

$ Min | $ Max | Go

**Amazon Certified**
- Works with Alexa

**From Our Brands**
- Our Brands

**Packaging Option**
- Frustration-Free Packaging

**New & Upcoming**
- New Arrivals
- Coming Soon

**Certification**
- Energy Star

NETGEAR

Powerful Performance. Smooth Streaming.

Shop NETGEAR INC ›

NETGEAR Nighthawk Smart WiFi Router (R6700) - AC1750 Wireless Speed (up t...

51,712

prime

NETGEAR Nighthawk X6 Smart WiFi Router (R8000) - AC3200 Tri-band...

51,711

Sponsored

Sponsored

Cisco CISCO1921/K9 C1921 Modular Router (Renewed)

4

$74.31

FREE Shipping

Sponsored

Ultra Spec Cables 1U 24 Port 19" Rack Mount Fiber Enclosure Singlemode SC-UPC Kit (Includes 4 x 3 Meter 12...

$540.59

FREE Shipping

ASUS RT-AX58U Dual Band WIFI Router (RT-AX3000) (Renewed)

75

$139.99 ~~$177.73~~

prime Get it as soon as **Tomorrow, Sep 25**

FREE Shipping by Amazon

Linksys E2500 (N600) Advanced Simultaneous Dual-Band Wireless-N Router

156

**International Shipping**

☐ International Shipping Eligible

**Condition**

New
Used



$42.99  $46.99

✓prime Get it as soon as **Sun, Sep 27**

FREE Shipping by Amazon

More Buying Choices
$16.76  (17 used & new offers)

---

**Linksys N300 Wi-Fi Wireless Router with Linksys Connect Including Parental Controls & Advanced Settings (E1200)**

★★★★☆ ⌄ 2,229



---

**WAVLINK Smart WiFi Router AC2100 Dual Band Gigabit Wireless Internet Router with MU-MIMO and USB 3.0 High...**

★★★★⯪ ⌄ 25

$59.99

✓prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon



---

**Linksys E2500 (N600) Advanced Simultaneous Dual-Band Wireless-N Router**

★★★★☆ ⌄ 1,298

$39.98  $59.99

✓prime Get it as soon as **Sun, Sep 27**

FREE Shipping by Amazon

More Buying Choices
$14.98  (41 used & new offers)



---

**Linksys EA6300 Advanced Multimedia AC1200 Smart WiFi Wireless Router (Dual-Band 2.4 + 5GHz 802.)**

★★⯪☆☆ ⌄ 21

$49.99

FREE Shipping

Only 6 left in stock - order soon.

More Buying Choices
$16.80  (7 used & new offers)



---

**Linksys Tri-Band WiFi Router for Home (Max-Stream AC2150 MU-MIMO Fast Wireless Router)**

★★★★★ ⌄ 3

Only 3 left in stock - order soon.



Sponsored ⓘ

51

Shop now

Sponsored



Router Alcatel Link Hub 4G LTE Unlocked Worldwide
HH41NH Multibam 150 Mbps Wi-Fi (4G LTE USA Latin...
★★★★☆ ⌄ 130

**$113**⁷³ ~~$119.99~~

✓prime Get it as soon as **Sun, Sep**
**27**
FREE Shipping by Amazon
More Buying Choices
$92.00  (7 used & new offers)



Sponsored ⓘ

KabelDirekt - 30 feet Ethernet, Network, Lan & Patch Cable
(transfers Gigabit internet speed & is compatible with...
★★★★½ ⌄ 5,039

Limited time deal

**$8**¹⁵ ~~$9.59~~

Get it as soon as **Tomorrow, Sep 25**
FREE Shipping on your first order
shipped by Amazon



Sponsored ⓘ

NET-DYN USB Wireless WiFi Adapter,AC1200 Dual Band,
5GHz and 2.4GHZ (867Mbps/300Mbps), Super Strength So...
★★★★☆ ⌄ 1,683

**$44**⁸⁷

✓prime Get it as soon as **Sat, Sep**
**26**
FREE Shipping by Amazon



Google WiFi Router by TP-Link - OnHub AC1900 (Managed
by Google Wifi APP)
★★★★½ ⌄ 393

Only 4 left in stock - order soon.
More Buying Choices
$44.33  (6 used & new offers)



Linksys Max-Stream AC4000 MU-MIMO Wi-Fi Tri-Band
Router, Compatible with Alexa (EA9300) (Renewed)
★★★☆☆ ⌄ 246

**$134**⁹⁹

FREE Shipping by Amazon
In stock on October 1, 2020.



**TP-Link PCMag Editor's Choice - AC1750 WiFi Range Extender - Extend WiFi Signal (RE450) & AC1750 Smart Wi...**

⭐⭐⭐⭐⯪ ⌄ 3

**$133**⁴³ $179.98

✓prime
FREE Shipping by Amazon



**WiFi Router Antenna, Compact Size Lightweight Durable Router Dual Antenna, Network Accessory Replacement...**

**$6**⁸⁹

$2.99 shipping



**Big Art**

2015 | TV-PG | CC

⭐⭐⭐⭐⯪ ⌄ 5

**Prime Video**

From **$0**⁹⁹ to buy episode

Or $0.00 with a Prime membership

- Starring: Anna Hruby
- Directed by: Nicholas Searle



**Tp-link M7350 4g LTE Mobile WiFi Wireless Router/Hotspot Support to 15 Devices**

⭐⭐⭐☆☆ ⌄ 8



**X-50 Server & Wireless Router**

**$516**⁴⁷

FREE Shipping
Only 1 left in stock - order soon.
More Buying Choices
$399.99 (5 used & new offers)



**Wiflyer 4G LTE Router, 300Mbps Wireless Router, 4G LTE Hotspot with SIM Card Slot, TF Card, USB Port, Truely...**



★★★☆☆ ⌄ 9

$179⁹⁹

✓prime Get it as soon as **Sun, Sep 27**

FREE Shipping by Amazon

Only 16 left in stock - order soon.

---

Sponsored ⓘ



**D-Link PoE Switch, 8 Port Ethernet Gigabit Unmanaged Desktop Switch with 4 PoE Ports 68W Budget (DGS-...**



★★★★☆ ⌄ 118

$80²⁰

✓prime Get it as soon as **Tomorrow, Sep 25**

FREE Shipping by Amazon

---

Sponsored ⓘ



**MikroTik hEX RB750Gr3 880MHz CPU 256MB RAM 5-Port Ethernet Gigabit Router (Renewed)**

★★★★★ ⌄ 1

$49⁹⁵ ~~$65.00~~

FREE Shipping

Only 1 left in stock - order soon.

---



[← Previous] [1] ... [15] [16] [17] ... [20] [Next →]

---

## Brands related to your search



**NETGEAR**

Powerful Performance. Smooth Streaming.

Shop NETGEAR INC ›



**D-Link**

WiFi Routers from D-Link

Shop D-Link ›

---

## Need help?

Visit the help section or contact us

---

293    [ Shop now ]

Sponsored

---

**Deals in magazine subscriptions**                                Page 1 of 6




**National Geographic Kids**
⭐⭐⭐⭐⭐ 5,694
Print Magazine
$7.00


**Reader's Digest**
⭐⭐⭐⭐⭐ 7,694
Print Magazine
$5.00


**AllRecipes**
Print Magazine
$3.00


**Bon Appetit**
⭐⭐⭐⭐ 10
Print Magazine
$5.00


**Family Handyman**
⭐⭐⭐⭐⭐ 9,919
Print Magazine
$5.00

## Top subscription apps for you

Page 1 of 6


**Disney+**
Disney
⭐⭐⭐⭐⭐ 339,400
$0.00


**CBS Full Episodes and Live TV**
CBS Interactive
⭐⭐⭐⭐ 86,126
$0.00


**STARZ**
Starz Entertainment
⭐⭐⭐⭐ 68,359
$0.00


**Sling TV**
Sling TV LLC
⭐⭐⭐⭐ 41,440
$0.00


**ABCmouse.com - Early Learning Academy**
Age of Learning
⭐⭐⭐⭐⭐ 29,707
$0.00



**Your Browsing History**   **View or edit your browsing history** ›

    

See personalized recommendations

**Sign in**

New customer? Start here.

---

Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

 amazon   🌐 English ▾   🇺🇸 United States

Amazon Music    Amazon    Amazon Drive    6pm    AbeBooks    ACX    Alexa

| | | | | | | |
|---|---|---|---|---|---|---|
| Stream millions of songs | Advertising Find, attract, and engage customers | Cloud storage from Amazon | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Actionable Analytics for the Web |
| Sell on Amazon Start a Selling Account | Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Rapids Fun stories for kids on the go |
| Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | CreateSpace Indie Print Publishing Made Easy | DPReview Digital Photography |
| East Dane Designer Men's Fashion | Fabric Sewing, Quilting & Knitting | Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Prime Now FREE 2-hour Delivery on Everyday Items |
| Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands | Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing |
| Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | Amazon Second Chance Pass it on, trade it in, give it a second life |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2020, Amazon.com, Inc. or its affiliates



## amazon

| All ▾ | wireless router | 🔍 |

🇺🇸 ▾  Hello, Sign in **Account & Lists** ▾ Account

Returns & Orders

🛒 0 Cart

Hello Select your address · Best Sellers · Customer Service · AmazonBasics · New Releases · New Amazon devices from $29.99

257-272 of over 5,000 results for **"wireless router"**    Sort by: Featured ▾

**Amazon Prime**
☐ ✓prime

**Delivery Day**
☐ Get It by Tomorrow

**Eligible for Free Shipping**
☐ Free Shipping by Amazon
All customers get FREE Shipping on orders over $25 shipped by Amazon

**Deals**
☐ Today's Deals

**Department**
Computer Networking
 Computer Routers
 Whole Home & Mesh Wi-Fi Systems
▾ See All 11 Departments

**Avg. Customer Review**
★★★★☆ & Up
★★★☆☆ & Up
★★☆☆☆ & Up
★☆☆☆☆ & Up

**Brand**
☐ TP-Link
☐ NETGEAR
☐ ASUS
☐ Linksys
☐ D-Link
☐ WAVLINK
☐ Amazon
▾ See more

**Price**
Under $25
$25 to $50
$50 to $100
$100 to $200
$200 & Above
[$ Min] [$ Max] [Go]

**Amazon Certified**
☐ Works with Alexa

**From Our Brands**
☐ Our Brands

**Packaging Option**
☐ Frustration-Free Packaging

**New & Upcoming**
New Arrivals
Coming Soon

**Certification**
☐ Energy Star

 NETGEAR

**Powerful Performance. Smooth Streaming.**
Shop NETGEAR INC ›

 

NETGEAR Nighthawk Smart WiFi Router (R6700) - AC1750 Wireless Speed (up t...
★★★★☆ 51,712
✓prime

NETGEAR Nighthawk X6 Smart WiFi Router (R8000) - AC3200 Tri-band...
★★★★☆ 51,711

Sponsored ⓘ



Sponsored ⓘ
**FORTINET FortiWiFi-40F-3G4G Network Security Appliance (FWF-40F-3G4G)**
$820.18
Save $50.00 with coupon
FREE Shipping



Sponsored ⓘ
**AC1200 WiFi Range Extender |Repeater| 2.4+5Ghz Dual Band Wi-Fi Amplifier Repeater，WiFi Long Range Extender...**
★★★★☆ 103
$48.99
Save 5% with coupon
✓prime Get it as soon as **Tomorrow, Sep 25**
FREE Shipping by Amazon



**New Keezel 2.0 VPN Portable Router | Built-in Firewall for Wireless Internet Connection | VPN Router That Creates...**
★★★☆☆ 34
$99.00 $159.00
✓prime Get it as soon as **Fri, Oct 2**
FREE Shipping by Amazon
Only 13 left in stock - order soon.
More Buying Choices
$50.87 (4 used & new offers)



**Netgear N300 WiFi DSL Modem Router (DGN2200)**
★★★★☆ 227

**International Shipping**

☐ International Shipping Eligible

**Condition**

New

Used





**Askey RAC2V1K 802.11ac Wave 2 Wireless Router (Modem Connectivity Required)**

★★★★☆ ⌄ 19

Only 8 left in stock - order soon.



**Cisco RV130W-A-K9-NA Small Business RV130W Wireless Router 802.11B/g/N Desktop, Wall-Mountable, Black**

★★★★☆ ⌄ 76



**Kasa Smart Plug by TP-Link, Smart Home WiFi Outlet Works with Alexa, Echo, Google Home & IFTTT, No Hub Required,...**

★★★★½ ⌄ 23,262

$16⁹⁹      **Amazon Certified:** Works with Alexa

Get it as soon as **Wed, Sep 30**
FREE Shipping on your first order shipped by Amazon



**Sierra wireless AirLink LX60 Dual Gigabit Ethernet LTE Router for Verizon - DC Power Cable**

$316⁴⁹

FREE Shipping

Only 2 left in stock - order soon.

More Buying Choices
$252.19 (12 used & new offers)



**HomeScreen (3 Minute Setup) TouchScreen Dual Band Wireless Router / Range Extender AC750 (802.11ac)**

★★★★☆ ⌄ 289

$14⁹⁹

Get it as soon as **Sat, Sep 26**
FREE Shipping on your first order shipped by Amazon

20,496

[ Shop now ]

Sponsored ⓘ



**NETGEAR Wireless Router - N300 (WNR2000)**

⭐⭐⭐⭐☆ ∨ 1,684

$34.90 ($2.02/oz)

✓prime Get it as soon as **Sun, Sep 27**

FREE Shipping by Amazon

More Buying Choices
$12.00 (15 used & new offers)

---

Sponsored ⓘ



**Linksys Business LAPN600 Access Point Wireless Wi-Fi Dual Band 2.4 + 5GHz N600 with PoE**

⭐⭐⭐⭐☆ ∨ 137

$116.82

✓prime Get it as soon as **Tomorrow, Sep 25**

FREE Shipping by Amazon

---

Sponsored ⓘ



**WiFi Range Extender Repeater, Latest 1200Mbps WiFi Repeater Wireless Signal Booster, 2.4 and 5GHz 360 Degree...**

⭐⭐⭐⭐☆ ∨ 1,585

$49.98

`Save 10%` with coupon

✓prime Get it as soon as **Tomorrow, Sep 25**

FREE Shipping by Amazon

---



**TP-Link N300 Wireless Wi-Fi Router - 2 x 5dBi High Power Antennas, Up to 300Mbps (TL-WR841N) (Renewed)**

⭐⭐⭐⭐☆ ∨ 23

$16.99 ~~$19.99~~

FREE Shipping

---



**MIILINK AC 600Mbps USB WiFi Adapter for PC Dual Band 2.4G 150Mbps/ 5G 433Mbps Wireless WiFi Dongle Network...**

⭐⭐⭐⭐☆ ∨ 129

$16.99

Get it as soon as **Tomorrow, Sep 25**

FREE Shipping on your first order shipped by Amazon

172

Sponsored ⓘ



**Wiflyer Dual Band 1200Mbps WiFi Router, Gigabit Ethernet, AC1200 Smart WiFi Router, High Speed Wireless Range…**

★★★☆☆ ˅ 11

$69⁹⁹

✓prime Get it as soon as **Tomorrow, Sep 25**

FREE Shipping by Amazon

---



**Asus Wireless 802.11AC Dual Band WiFi Repeater & Aimesh Node (RP-AC1900)**

★★★★☆ ˅ 181

$109⁹⁹

FREE Shipping by Amazon
In stock on September 27, 2020.
More Buying Choices
$78.12 (23 used & new offers)

---



**NETGEAR Nighthawk Smart WiFi Router (R6900P) - AC1900 Wireless Speed (up to 1900 Mbps) | Up to 1800 sq ft…**

★★★☆☆ ˅ 8

**Amazon Certified:** Works with Alexa

---



**DHMXDC Wireless-N 300Mbps WiFi Range Extender Wireless Router/Repeater/AP/WPS Mini Dual External Antennas…**

★★★★☆ ˅ 217

$29⁹⁹ $35.00

✓prime Get it as soon as **Sun, Sep 27**

FREE Shipping by Amazon

---



**Asus Rt-ac1200 Ieee 802.11ac Ethernet Wireless Router - 2.40 Ghz Ism Band - 5 Ghz Unii Band(4 X Ext (Renewed)**

★★★★☆ ˅ 18

$33⁹⁹ $78.28

✓prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon

---



**Networking Made Easy: Get Yourself Connected (Computers Made Easy)**



**Book 3 of 19: Computers Made Easy**  |  by James Bernstein  |  Sep 2, 2018

★★★★☆ ✓ 93

**Paperback**

$13⁹⁹

Get it as soon as **Tue, Oct 6**

FREE Shipping on your first order
shipped by Amazon

More Buying Choices
$9.00 (13 used & new offers)

**Kindle**

$0⁰⁰ kindleunlimited

Free with Kindle Unlimited
membership Learn More
Or $8.99 to buy

---

Sponsored ⓘ




**Linksys N750 Wi-Fi Wireless Dual-Band+ Router with Gigabit
& USB Ports, Smart Wi-Fi App Enabled to Control Your...**

★★★★☆ ✓ 1,068

$79⁰⁰ $89.99

✓prime Get it as soon as **Wed, Sep
30**

FREE Shipping by Amazon

Only 2 left in stock - order soon.

---

Sponsored ⓘ



**CiCiglow Smart Wireless Router Dual-Band 2.4GHz / 5GHz
1200M High Speed for Wireless Internet, Gigabit(us)**

$62⁰⁰

$2.99 shipping

---



[ ← Previous ] [ 1 ] ... [ 16 ] [ **17** ] [ 18 ] [ 19 ] [ 20 ] [ Next → ]

---

## Brands related to your search



NETGEAR®

Powerful
Performance.
Smooth Streaming.

Shop NETGEAR INC ▸



D-Link

WiFi Routers from D-
Link

Shop D-Link ▸

---

## Need help?

Visit the help section or contact us

3,646

Shop now

Sponsored

## Deals in magazine subscriptions

Page 1 of 6



**National Geographic Kids**
⭐⭐⭐⭐½ 5,694
Print Magazine
$7.00



**Reader's Digest**
⭐⭐⭐⭐½ 7,694
Print Magazine
$5.00



**AllRecipes**
Print Magazine
$3.00



**Bon Appetit**
⭐⭐⭐⭐ 10
Print Magazine
$5.00



**Family Handyman**
⭐⭐⭐⭐½ 9,919
Print Magazine
$5.00

## Top subscription apps for you

Page 1 of 6



**Disney+**
Disney
⭐⭐⭐⭐½ 339,400
$0.00



**CBS Full Episodes and Live TV**
CBS Interactive
⭐⭐⭐⭐ 86,126
$0.00



**STARZ**
Starz Entertainment
⭐⭐⭐⭐ 68,359
$0.00



**Sling TV**
Sling TV LLC
⭐⭐⭐⭐ 41,440
$0.00



**ABCmouse.com - Early Learning Academy**
Age of Learning
⭐⭐⭐⭐½ 29,707
$0.00

## Your Browsing History   View or edit your browsing history ›






No image availa

See personalized recommendations

**Sign in**

New customer? Start here.

Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant





Help

English
United States

Amazon Music
Stream millions of songs

Amazon Advertising
Find, attract, and engage customers

Amazon Drive
Cloud storage from Amazon

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Alexa
Actionable Analytics for the Web

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Ignite
Sell your original Digital Educational Resources

Amazon Rapids
Fun stories for kids on the go

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Book Depository
Books With Free Delivery Worldwide

Box Office Mojo
Find Movie Box Office Data

ComiXology
Thousands of Digital Comics

CreateSpace
Indie Print Publishing Made Easy

DPReview
Digital Photography

East Dane
Designer Men's Fashion

Fabric
Sewing, Quilting & Knitting

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Prime Now
FREE 2-hour Delivery on Everyday Items

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Amazon Second Chance
Pass it on, trade it in, give it a second life

Conditions of Use  Privacy Notice  Interest-Based Ads © 1996-2020, Amazon.com, Inc. or its affiliates

273-288 of over 5,000 results for "wireless router"

Sort by: Featured

**Amazon Prime**
- [ ] prime

**Delivery Day**
- [ ] Get It by Tomorrow

**Eligible for Free Shipping**
- [ ] Free Shipping by Amazon

All customers get FREE Shipping on orders over $25 shipped by Amazon

**Deals**
- [ ] Today's Deals

**Department**

Computer Networking
Computer Routers
Whole Home & Mesh Wi-Fi Systems
See All 11 Departments

**Avg. Customer Review**

★★★★☆ & Up
★★★☆☆ & Up
★★☆☆☆ & Up
★☆☆☆☆ & Up

**Brand**
- [ ] TP-Link
- [ ] NETGEAR
- [ ] ASUS
- [ ] Linksys
- [ ] D-Link
- [ ] WAVLINK
- [ ] Amazon

See more

**Price**

Under $25
$25 to $50
$50 to $100
$100 to $200
$200 & Above

$ Min | $ Max | Go

**Amazon Certified**
- [ ] Works with Alexa

**From Our Brands**
- [ ] Our Brands

**Packaging Option**
- [ ] Frustration-Free Packaging

**New & Upcoming**

New Arrivals
Coming Soon

**Certification**
- [ ] Energy Star

NETGEAR

Powerful Performance. Smooth Streaming.

Shop NETGEAR INC ›

NETGEAR Nighthawk Smart WiFi Router (R6700) - AC1750 Wireless Speed (up t…
★★★★½ 51,712
prime

NETGEAR Nighthawk X6 Smart WiFi Router (R8000) - AC3200 Tri-band…
★★★★½ 51,712

Sponsored

Sponsored

## FFOGG New 4400 mAh Replacement Battery for Novatel Jetpack MiFi 7730L Mobile Hotspot - P/N: 40123117

★★★★½ 205

$16.99

Get it as soon as **Tomorrow, Sep 25**
FREE Shipping on your first order shipped by Amazon

Sponsored

## CradlePoint 1600 Advanced Edge Router (AER1600) with WiFi & 5 Year NetCloud Essentials & 24x7 Support

$1,399.00

FREE Shipping

## WAVLINK AC3200 Dual Band High Power Smart WiFi Router with LCD Screen Display, MU-MIMO Wireless WiFi Speed up...

★★★½☆ 3

$119.86

prime Get it as soon as **Tomorrow, Sep 25**
FREE Shipping by Amazon

## TP-Link Archer AX50 AX3000 Wireless Dual-Band Gigabit Router (Renewed)

★★★★☆ 51

### International Shipping

☐ International Shipping Eligible

### Condition

New
Used



$134.99  $147.25

FREE Shipping by Amazon

In stock on October 2, 2020.

**Amazon Certified:** Works with Alexa

---

**Best Seller**



NETGEAR Cable Modem CM500 - Compatible With All Cable Providers Including Xfinity by Comcast, Spectrum, Cox | For...

⭐⭐⭐⭐½ ⌄ 18,586

$54.99  $62.99

✓prime Get it as soon as **Sun, Sep 27**

FREE Shipping by Amazon

More Buying Choices

$36.99  (9 used & new offers)

---



ASUS SRT-AC1900 AC1900 Onhub Google WiFi Router,Black

⭐⭐⭐⭐☆ ⌄ 537

---



Netgear Wireless-N 300 Router With Dsl Modem Dgn2200 - Wireless Router - Dsl - 4-Port Switch - 802.11B/G/N -...

⭐⭐⭐⭐½ ⌄ 3,658

---



Razer Sila: Gaming Grade Wifi Mesh Router - Multi-Channel ZeroWait DFS Technology - Hybrid Wireless Mesh and...

⭐⭐⭐⭐☆ ⌄ 140

$199.80  $229.99

✓prime Get it as soon as **Thu, Oct 1**

More Buying Choices

$143.81  (10 used & new offers)

---



KuWFi 300Mbps 3G 4G LTE Car WiFi Wireless Router Extender Strong Signal Car WiFi Routers with USB Port SIM...

⭐⭐⭐½☆ ⌄ 112

$135.00

FREE Shipping by Amazon

In stock on September 28, 2020.





TP-Link Deco Mesh WiFi System –Up to 5,500 sq. ft. Whole Home Coverage and 100+ Devices,WiFi Router/Extender...

★★★★☆ ∨ 6,816

**$169**⁹⁹

**Amazon Certified:** Works with Alexa

✓prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon

---

Sponsored ⓘ

Bewinner E5573Cs-322 128 MB DDR SDRAM Router, 150Mbps 2G/3G/4G LTE Band USB WiFi Router Portable,...

**$40**⁹⁹

FREE Shipping



51

Shop now

Sponsored ⓘ

---

Sponsored ⓘ

WiFi Range Extender Internet Booster with 4 External Antennas Wireless Repeater 2.4GHz High Speed up to...

★★★★★ ∨ 2

**$16**⁹⁹

Get it as soon as **Sat, Sep 26**

FREE Shipping on your first order shipped by Amazon





---

Netis Wireless N150 Router, Access Point and Repeater All in One, Advanced QoS, WPS Setup, Smart Antenna with...

★★★☆☆ ∨ 19

**$14**⁹⁹

Get it as soon as **Wed, Sep 30**

FREE Shipping on your first order shipped by Amazon

---

TP-Link AC1200 Gigabit Smart WiFi Router - 5GHz Gigabit Dual Band Wireless Internet Router, Supports Guest WiFi,...

★★★★☆ ∨ 4,812

**$79**⁷³ ~~$94.99~~

✓prime Get it **Tue, Sep 29 - Fri, Oct 2**

Only 3 left in stock - order soon.





### TP-Link TD-W9970 Wireless N300 VDSL Modem Router

★★★½☆ ˅ 164

**$84**⁹⁹

✓prime Get it as soon as **Sun, Sep 27**

FREE Shipping by Amazon

Only 14 left in stock - order soon.

More Buying Choices
$62.96 (6 used & new offers)



### KuWFi 4G LTE Car WiFi Wireless Internet Router 300Mbps Cat 4 High Speed Industry CPE with SIM Card Slot and 4pcs...

★★★½☆ ˅ 81

**$89**⁹⁹

✓prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon



### GL.iNet GL-AR150 (White) Mini VPN Travel Router, Wi-Fi Converter, OpenWrt Pre-Installed, Repeater Bridge,Mobile...

★★★★☆ ˅ 270

**$25**⁴⁹

✓prime Get it as soon as **Tomorrow, Sep 25**

FREE Shipping by Amazon



### Kasa Smart WiFi Router by TP-Link - AC1900 All-in-One Wireless Router and Zigbee and Z-Wave Smart Home Hub...

★★★☆☆ ˅ 25

**$49**⁹⁵ $199.99

✓prime Get it as soon as **Tomorrow, Sep 25**

FREE Shipping by Amazon



### 300Mbps 4G LTE Wireless Router Long Coverage HI-PowerAP WiFi Extender OpenWRT

★½☆☆☆ ˅ 3

**$53**⁹⁹

✓prime Get it as soon as **Sun, Sep 27**

FREE Shipping by Amazon

Only 18 left in stock - order soon.



### Banana Pi BPI R64 Smart WiFi Router-High Speed Wireless Router,Dual Band, 5 Gigabit Port with 1GB DDR3 Based in...

$149⁹⁹

2,463

Sponsored ⓘ



$149.99
✓prime Get it as soon as **Tomorrow, Sep 25**
FREE Shipping by Amazon
Only 9 left in stock - order soon.



Sponsored ⓘ
WAVLINK Whole Home Mesh WiFi System, AC3000 Tri-Band Gigabit Smart Mesh Wi-Fi Router + Extender for Seamless...
★★★☆☆ ⌄ 8
$199.99
✓prime Get it as soon as **Tomorrow, Sep 25**
FREE Shipping by Amazon
Only 5 left in stock - order soon.



Sponsored ⓘ
Tenda AC1200 Dual Band Gigabit Smart WiFi Router, 5Ghz High Speed Wireless Internet Router, MU-MIMO,...
★★★★☆ ⌄ 5,289
$49.99
Save 7% with coupon
✓prime Get it as soon as **Tomorrow, Sep 25**
FREE Shipping by Amazon

← Previous  | 1 | ... | 17 | **18** | 19 | 20 | Next →

### Brands related to your search



**NETGEAR**
Powerful Performance. Smooth Streaming.
Shop NETGEAR INC ›



**D-Link**
WiFi Routers from D-Link
Shop D-Link ›

### Need help?

Visit the help section or contact us



1,910  | Shop now |

Sponsored

### Deals in magazine subscriptions

Page 1 of 6









**National Geographic Kids**
★★★★☆ 5,694
Print Magazine
$7.00

**Reader's Digest**
★★★★☆ 7,694
Print Magazine
$5.00

**AllRecipes**
Print Magazine
$3.00

**Bon Appetit**
★★★★☆ 10
Print Magazine
$5.00

**Family Handyman**
★★★★☆ 9,919
Print Magazine
$5.00

## Top subscription apps for you

Page 1 of 6







**Disney+**
Disney
★★★★☆ 339,400
$0.00

**CBS Full Episodes and Live TV**
CBS Interactive
★★★★☆ 86,126
$0.00

**STARZ**
Starz Entertainment
★★★★☆ 68,359
$0.00

**Sling TV**
Sling TV LLC
★★★★☆ 41,440
$0.00

**ABCmouse.com - Early Learning Academy**
Age of Learning
★★★★☆ 29,707
$0.00

---

**Your Browsing History**   View or edit your browsing history ›







See personalized recommendations

**Sign in**

New customer? Start here.

---

Back to top

### Get to Know Us
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

### Make Money with Us
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

### Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

### Let Us Help You
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

amazon

🌐 English ▾    🇺🇸 United States ▾





Amazon Music    Amazon    Amazon Drive    6pm    AbeBooks    ACX    Alexa

Stream millions of songs

Advertising
Find, attract, and engage customers

Cloud storage from Amazon

Score deals on fashion brands

Books, art & collectibles

Audiobook Publishing Made Easy

Actionable Analytics for the Web

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Ignite
Sell your original Digital Educational Resources

Amazon Rapids
Fun stories for kids on the go

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Book Depository
Books With Free Delivery Worldwide

Box Office Mojo
Find Movie Box Office Data

ComiXology
Thousands of Digital Comics

CreateSpace
Indie Print Publishing Made Easy

DPReview
Digital Photography

East Dane
Designer Men's Fashion

Fabric
Sewing, Quilting & Knitting

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Prime Now
FREE 2-hour Delivery on Everyday Items

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Amazon Second Chance
Pass it on, trade it in, give it a second life

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2020, Amazon.com, Inc. or its affiliates



amazon
All | wireless router
Hello, Sign in
Account & Lists
Account
Returns
& Orders
Try Prime
0 Cart
Hello
Select your address
Best Sellers Customer Service AmazonBasics New Releases
New Amazon devices from $29.99

289-304 of over 5,000 results for **"wireless router"**

Sort by: Featured

**Amazon Prime**
- prime

**Delivery Day**
- Get It by Tomorrow

**Eligible for Free Shipping**
- Free Shipping by Amazon

All customers get FREE Shipping on orders over $25 shipped by Amazon

**Deals**
- Today's Deals

**Department**

Computer Networking
- Computer Routers
- Whole Home & Mesh Wi-Fi Systems

See All 11 Departments

**Avg. Customer Review**
- & Up
- & Up
- & Up
- & Up

**Brand**
- TP-Link
- NETGEAR
- ASUS
- Linksys
- D-Link
- WAVLINK
- Amazon

See more

**Price**
- Under $25
- $25 to $50
- $50 to $100
- $100 to $200
- $200 & Above

$ Min | $ Max | Go

**Amazon Certified**
- Works with Alexa

**From Our Brands**
- Our Brands

**Packaging Option**
- Frustration-Free Packaging

**New & Upcoming**
- New Arrivals
- Coming Soon

**Certification**
- Energy Star

---

NETGEAR

Powerful Performance. Smooth Streaming.

Shop NETGEAR INC ›

NETGEAR Nighthawk Smart WiFi Router (R6700) - AC1750 Wireless Speed (up t...
51,712
prime

NETGEAR Nighthawk X6 Smart WiFi Router (R8000) - AC3200 Tri-band...
51,711

Sponsored

---

Sponsored

ROCKSOUL Wireless HDMI Extender EFFECTIVR Range 50M 1080p 60hz Full HD Signal Over Wireless Transmitter +...

2

$149.99

prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon

Only 18 left in stock - order soon.

---

Sponsored

NSA 220 Support Bundle

$649.99

prime Get it as soon as **Wed, Sep 30**

FREE Shipping by Amazon

Only 6 left in stock - order soon.

---

USWIFI 4G LTE CPE Router, 20 Mbps Unlocked 4G LTE CPE Wireless Router with SIM Card Slot Two Outdoor Antenna 4...

$149.00

prime Get it as soon as **Tomorrow, Sep 25**

FREE Shipping by Amazon

Only 2 left in stock - order soon.

---

Airport Extreme (6th Generation) + 3 Ethernet Cables

75

$449.95

**International Shipping**
☐ International Shipping Eligible

**Condition**
New
Used



FREE Shipping
Only 3 left in stock - order soon.
More Buying Choices
$94.95 (10 used & new offers)



TP-Link Archer C90 AC1900 Wireless MU-Mimo Gigabit Router
★★★★½ ∨ 5
**$109**⁹⁹
FREE Shipping
Only 5 left in stock - order soon.
More Buying Choices
$84.99 (6 used & new offers)



D-Link DIR-810L Wireless Router - IEEE 802.11ac
★★★★★ ∨ 1
**$29**⁹⁹
FREE Shipping
More Buying Choices
$22.99 (10 used & new offers)



4G WiFi Router 300Mbps CAT6 3G/4G Wireless Router for SIM Card Slot External Antenna Router Extended Signal...
★★★½☆ ∨ 4
**$159**⁰⁰
FREE Shipping



MOTOROLA AC2600 4x4 WiFi Smart Gigabit Router with Extended Range, Model MR2600
★★★★½ ∨ 563
**$99**⁹⁹ $149.99
FREE Shipping by Amazon
In stock on September 28, 2020.
More Buying Choices
$87.99 (6 used & new offers)



Cisco-Linksys WRT320N Dual-Band Wireless-N Gigabit Router
★★★★☆ ∨ 170



**NETGEAR N300 Wireless N Router**

★★★★☆ ⌄ 20

Get it as soon as **Wed, Sep 30**
FREE Shipping on your first order
shipped by Amazon
Only 1 left in stock - order soon.

More Buying Choices
$15.85 (29 used & new offers)

---



Sponsored ⓘ

**Meraki MR26 Dual-Radio 3x3 MIMO 802.11n Indoor Wireless Access Point Bundle with 3 Years Enterprise License**

$235.00

✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon
Only 6 left in stock - order soon.

---

Sponsored ⓘ 

Sponsored ⓘ

**Ethernet Cable Cat6 100 ft - Aoforz - White Flat High Speed Internet Network Cable Cable Clips - Computer Cable...**

★★★★☆ ⌄ 132

$18.99

Get it as soon as **Tomorrow, Sep 25**
FREE Shipping on your first order
shipped by Amazon



---



**WiFi 6 Router- AX1500 Dual Band AX WiFi Router, Next-Gen WiFi 802.11ax, Supporting MU-MIMO, Mesh and OFDMA,...**

★★★★☆ ⌄ 535

✓prime Get it as soon as **Sun, Sep 27**
Only 9 left in stock - order soon.

More Buying Choices
$41.14 (9 used & new offers)

---



**GL.iNet GL-AR750 (Creta) Travel AC VPN Router, 300Mbps(2.4G)+433Mbps(5G) Wi-Fi, 128MB RAM, MicroSD...**

★★★★☆ ⌄ 560

$44.99

✓prime Get it as soon as **Sat, Sep 26**
FREE Shipping by Amazon

More Buying Choices
$43.43 (2 new offers)



NETGEAR RangeMax Wireless Router (WNR1000-100NAS (G54/N150))

★★★★☆ ⌄ 5,254

$69⁹⁸

FREE Shipping by Amazon
In stock on October 1, 2020.

More Buying Choices
$9.50 (25 used & new offers)



Netgear WNDR3800 N600 Premium Edition Dual Band Gigabit Wireless Router

★★★★☆ ⌄ 496



TP-Link AC1350 Wireless Wi-Fi Dual-Band Gigabit Router

★★★★☆ ⌄ 872

$59⁹⁹

✓prime Get it as soon as Wed, Sep 30
FREE Shipping by Amazon
Only 4 left in stock - order soon.

More Buying Choices
$43.77 (10 used & new offers)

Linksys AC900 Wi-Fi Wireless Dual-Band+ Router, Smart Wi-Fi App Enabled to Control Your Network from Anywhere...

★★★★☆ ⌄ 247





Linksys AC3200 Tri-Band Smart Wi-Fi Router with Gigabit and USB, Designed for Device-Heavy Homes, Smart Wi-Fi...

★★★★☆ ⌄ 885

Only 1 left in stock - order soon.

More Buying Choices
$69.50 (15 used & new offers)



NETGEAR Nighthawk X8 AC5000 Tri-band WiFi Router, Gigabih Ethernet, MU-MIMO, Compatible with Amazon...






⭐⭐⭐½☆ ⌄ 2,024

**Amazon Certified:** Works with Alexa

---



Sponsored ⓘ

Industrial WiFi Wireless 4G LTE Router

$249⁹⁵

✓prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon

Only 15 left in stock - order soon.

---



Sponsored ⓘ

WiFi Range Extender, 1200Mbps WiFi Repeater Wireless Signal Booster, 2.4 and 5GHz 360 Degree Full Coverage Wi...

$40⁹⁹

✓prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon

Only 6 left in stock - order soon.

---

| ← Previous | 1 | … | 18 | 19 | 20 | Next → |

---

Brands related to your search



Wavlink brings technology to life

Shop WAVLINK ›



Faster connectivity. Wider range. More devices.

Shop ASUS ›

---

Need help?

Visit the help section or contact us

---

31

Shop now

Sponsored ⓘ

---

**Deals in magazine subscriptions**                    Page 1 of 6









**National Geographic Kids**
⭐⭐⭐⭐⭐ 5,694
Print Magazine
$7.00

**Reader's Digest**
⭐⭐⭐⭐⭐ 7,694
Print Magazine
$5.00

**AllRecipes**
Print Magazine
$3.00

**Bon Appetit**
⭐⭐⭐⭐ 10
Print Magazine
$5.00

**Family Handyman**
⭐⭐⭐⭐⭐ 9,919
Print Magazine
$5.00

## Top subscription apps for you

Page 1 of 6







**Disney+**
Disney
⭐⭐⭐⭐⭐ 339,400
$0.00

**CBS Full Episodes and Live TV**
CBS Interactive
⭐⭐⭐⭐ 86,126
$0.00

**STARZ**
Starz Entertainment
⭐⭐⭐⭐ 68,359
$0.00

**Sling TV**
Sling TV LLC
⭐⭐⭐⭐ 41,440
$0.00

**ABCmouse.com - Early Learning Academy**
Age of Learning
⭐⭐⭐⭐⭐ 29,707
$0.00



### Your Browsing History    View or edit your browsing history ›

See personalized recommendations

**Sign in**

New customer? Start here.







No im availa

Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

 English  United States

Amazon Music    Amazon    Amazon Drive    6pm    AbeBooks    ACX    Alexa

Stream millions of songs

Advertising
Find, attract, and engage customers

Cloud storage from Amazon

Score deals on fashion brands

Books, art & collectibles

Audiobook Publishing Made Easy

Actionable Analytics for the Web

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Ignite
Sell your original Digital Educational Resources

Amazon Rapids
Fun stories for kids on the go

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Book Depository
Books With Free Delivery Worldwide

Box Office Mojo
Find Movie Box Office Data

ComiXology
Thousands of Digital Comics

CreateSpace
Indie Print Publishing Made Easy

DPReview
Digital Photography

East Dane
Designer Men's Fashion

Fabric
Sewing, Quilting & Knitting

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Prime Now
FREE 2-hour Delivery on Everyday Items

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Amazon Second Chance
Pass it on, trade it in, give it a second life

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2020, Amazon.com, Inc. or its affiliates



amazon.com/wireless router

## amazon

| All ▾ | wireless router | 🔍 |

🇺🇸 ▾

Hello, Sign in
**Account & Lists** ▾
Account ▾

Returns
& Orders

Try Prime ▾

🛒 **0** Cart

📍 Hello
**Select your address**

Best Sellers    Customer Service    AmazonBasics    New Releases        New Amazon devices from $29.99

305-306 of over 5,000 results for **"wireless router"**

Sort by: Featured ▾

**Amazon Prime**
☐ ✓prime

**Delivery Day**
☐ Get It by Tomorrow

**Eligible for Free Shipping**
☐ Free Shipping by Amazon
All customers get FREE Shipping
on orders over $25 shipped by
Amazon

**Deals**
☐ Today's Deals

**Department**
Computer Networking
   Computer Routers
   Whole Home & Mesh Wi-Fi
   Systems
∨ See All 11 Departments

**Avg. Customer Review**
⭐⭐⭐⭐☆ & Up
⭐⭐⭐☆☆ & Up
⭐⭐☆☆☆ & Up
⭐☆☆☆☆ & Up

**Brand**
☐ TP-Link
☐ NETGEAR
☐ ASUS
☐ Linksys
☐ D-Link
☐ WAVLINK
☐ Amazon
∨ See more

**Price**
Under $25
$25 to $50
$50 to $100
$100 to $200
$200 & Above
[$ Min] [$ Max] [Go]

**Amazon Certified**
☐ Works with Alexa

**From Our Brands**
☐ Our Brands

**Packaging Option**
☐ Frustration-Free Packaging

**New & Upcoming**
New Arrivals
Coming Soon

**Certification**
☐ Energy Star

NETGEAR

**Powerful Performance. Smooth Streaming.**

Shop NETGEAR INC ›





NETGEAR Nighthawk Smart WiFi Router
(R6700) - AC1750 Wireless Speed (up t...
⭐⭐⭐⭐½ 51,712
✓prime

NETGEAR Nighthawk X6 Smart WiFi
Router (R8000) - AC3200 Tri-band...
⭐⭐⭐⭐½ 51,712

Sponsored ⓘ



Sponsored ⓘ

Winegard RW-2035 Extreme Outdoor WiFi Extender, WiFi
Internet Signal Booster, Whole Home Wireless Internet...
⭐⭐⭐⭐☆ 76

$306.00

✓prime Get it as soon as **Tomorrow,
Sep 25**
FREE Shipping by Amazon



Sponsored ⓘ

Fortinet Compatible SP-Cable-FS-QSFP+3 QSFP to QSFP
Twinax Cable | 40G DAC Passive 3m SP-Cable-FS-QSFP+3-...

$119.99

Save 10% with coupon

✓prime Get it as soon as **Thu, Oct 1**
Only 20 left in stock - order soon.



TP-Link AD7200 Wireless Wi-Fi Tri-Band Gigabit Router
(Talon AD7200)
⭐⭐⭐½☆ 183

Only 1 left in stock - order soon.



Sponsored ⓘ

Hopcd USB 3G /4G Modem, Portable Wireless USB 3G/ 4G
/WiFi Router Network Card for Notebook Computer, USB...



**International Shipping**

☐ International Shipping Eligible

**Condition**

New

Used

LTE 4

$35.29

FREE Shipping

Sponsored ⓘ

4G Wireless USB Network WiFi Adapter/Receiver,High Speed Portable Wireless Travel Router for Windows...

$49.59

$2.99 shipping

ASUS RT-AC56R 802.11ac Dual-Band Wireless-AC1200 Gigabit Router REC (Renewed)

★★★★★ ⌄ 3

$38.99

✓prime Get it as soon as **Wed, Sep 30**

FREE Shipping by Amazon

Sponsored ⓘ

Synology RT2600ac 4x4 Dual-Band Gigabit Wi-Fi Router with mesh Wi-Fi and MR2200ac Mesh Wi-Fi Router

★★★★½ ⌄ 8

$354.98

FREE Shipping by Amazon

In stock on October 1, 2020.

Sponsored ⓘ

FLASHOWL AC600 Gigabit Wireless Access Point Outdoor WiFi Extender WiFi Amplifier Outdoor WiFi Repeater Router...

$82.99

`Save $10.00` with coupon

✓prime Get it as soon as **Sat, Sep 26**

FREE Shipping by Amazon

Sponsored ⓘ

← Previous   1   ···   18   19   **20**   Next →

**Brands related to your search**

NETGEAR



Powerful
Performance.
Smooth Streaming.

Shop NETGEAR INC ›



Faster, Whole Home
Wi-Fi

Shop AmpliFi ›

## Need help?

Visit the help section or contact us

43    Shop now

Sponsored

## Deals in magazine subscriptions

Page 1 of 6

    

| National Geographic Kids | Reader's Digest | AllRecipes | Bon Appetit | Family Handyman |
|---|---|---|---|---|
| ★★★★½ 5,694 | ★★★★½ 7,694 | ★★★★½ | ★★★★☆ 10 | ★★★★½ 9,919 |
| Print Magazine | Print Magazine | Print Magazine | Print Magazine | Print Magazine |
| $7.00 | $5.00 | $3.00 | $5.00 | $5.00 |

## Top subscription apps for you

Page 1 of 6

    

| Disney+ | CBS Full Episodes and Live TV | STARZ | Sling TV | ABCmouse.com - Early Learning Academy |
|---|---|---|---|---|
| Disney | CBS Interactive | Starz Entertainment | Sling TV LLC | Age of Learning |
| ★★★★½ 339,400 | ★★★★☆ 86,126 | ★★★★☆ 68,359 | ★★★★☆ 41,440 | ★★★★½ 29,707 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

## Your Browsing History    View or edit your browsing history  ›

See personalized recommendations

Sign in

New customer? Start here.

   

Back to top

## Get to Know Us

Careers

Blog

About Amazon

Press Center

Investor Relations

Amazon Devices

Amazon Tours

## Make Money with Us

Sell products on Amazon

Sell apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Make Money with Us

## Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Business Card

Amazon Business Line of Credit

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

## Let Us Help You

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

---

amazon

English

United States

---

| Amazon Music | Amazon Advertising | Amazon Drive | 6pm | AbeBooks | ACX | Alexa |
|---|---|---|---|---|---|---|
| Stream millions of songs | Find, attract, and engage customers | Cloud storage from Amazon | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Actionable Analytics for the Web |
| Sell on Amazon | Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Ignite | Amazon Rapids |
| Start a Selling Account | Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Sell your original Digital Educational Resources | Fun stories for kids on the go |
| Amazon Web Services | Audible | Book Depository | Box Office Mojo | ComiXology | CreateSpace | DPReview |
| Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Books With Free Delivery Worldwide | Find Movie Box Office Data | Thousands of Digital Comics | Indie Print Publishing Made Easy | Digital Photography |
| East Dane | Fabric | Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Prime Now |
| Designer Men's Fashion | Sewing, Quilting & Knitting | Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | FREE 2-hour Delivery on Everyday Items |
| Amazon Photos | Prime Video Direct | Shopbop | Amazon Warehouse | Whole Foods Market | Woot! | Zappos |
| Unlimited Photo Storage Free With Prime | Video Distribution Made Easy | Designer Fashion Brands | Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing |
| Ring | eero WiFi | Neighbors App | Amazon Subscription Boxes | PillPack | Amazon Renewed | Amazon Second Chance |
| Smart Home Security Systems | Stream 4K Video in Every Room | Real-Time Crime & Safety Alerts | Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products you can trust | Pass it on, trade it in, give it a second life |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2020, Amazon.com, Inc. or its affiliates