Stephen R. Smerek (State Bar No. 208343)
email: ssmerek@foley.com
Tiffany Kim Sung (State Bar No. 323077)
email: tsung@foley.com
**FOLEY & LARDNER LLP**
555 South Flower Street, Suite 3300
Los Angeles, CA 90071-2411
Telephone: (213) 972-4500
Facsimile: (213) 486-0065

Attorneys for Defendant
TP LINK USA CORPORATION

Alton G. Burkhalter (State Bar No. 119595)
Email: aburkhalter@bkcglaw.com
Joshua A. Waldman (State Bar No. 222859)
Email: jwaldman@bkcglaw.com
**BURKHALTER KESSLER
 CLEMENT & GEORGE LLP**
2020 Main Street, Suite 600
Irvine, CA 92614-8336
Telephone: (949) 375-7500
Facsimile: (949) 975-7501

Attorneys for Defendant
AUCTION BROTHERS, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| THIMES SOLUTIONS INC., <br><br> Plaintiff, <br><br> v. <br><br> TP LINK USA CORPORATION, et al. <br><br> Defendants. | Case No: 2:19-cv-10374-SB (Ex) <br><br> Hon. Stanley Blumenfeld, Jr. <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS FOURTH AMENDED COMPLAINT** <br><br> Fed. R. Civ. P. 12 <br><br> Hearing Date:   November 9, 2020 <br> Hearing Time:   1:30 p.m. <br> Courtroom:       Courtroom 6C <br> FAC Filed:          September 7, 2020 |

4819-4479-7132.2

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on November 2, 2020 at the Court's civil law and motion calendar called at 1:30 p.m, Defendants TP Link USA Corporation's ("TP-Link") and Auction Brothers, Inc. d/b/a/ Amazzia's ("Amazzia") (collectively, "Defendants") Joint Request for Judicial Notice in support of Motion to Dismiss Fourth Amended Complaint ("Request") came on for hearing before this Court.

The Court, having considered Defendants' Request for Judicial Notice in support of their Motion to Dismiss the Fourth Amended Complaint and good cause having been shown,

**IT IS HEREBY ORDERED that:**

The Request for Judicial Notice is GRANTED. The Court will take judicial notice of the following:

\_\_\_\_\_ The Amazon website is a platform where consumers can purchase wireless routers and other WLAN products;

\_\_\_\_\_ As shown in Exhibit A, a search for "wireless local area network products" on Amazon results in hundreds of products from a myriad of companies, including wireless adapters, security cameras, WiFi extenders, smart plugs, smart lightbulbs, wireless ear buds, tablets, and routers, ranging from less than fifty dollars to thousands of dollars;

\_\_\_\_\_ As shown in Exhibit B, a search for "WLAN products" on Amazon results in hundreds of products, including wireless adapters, laptops, mobile hotspots, cellular phones, security cameras, and routers, ranging from less than fifty dollars to thousands of dollars;

\_\_\_\_\_ As shown in Exhibit C, a search for "wireless router" on Amazon results in hundreds of products, ranging from less than fifty dollars to thousands of dollars, and sold by numerous manufacturers such as NETGEAR, Linksys, Amazon, ASUS, D-Link, and Cisco.

**IT IS SO ORDERED.**

DATED: _____

_____
Hon. Stanley Blumenfeld, Jr.
United States District Judge
Central District of California