RANDOLPH GAW (S.B. #223718)
rgaw@gawpoe.com
MARK POE (S.B. #223714)
mpoe@gawpoe.com
VICTOR MENG (S.B. #254102)
vmeng@gawpoe.com
GAW | POE LLP
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415) 766-7451
Facsimile: (415) 737-0642

MARK SCHLACHET (*pro hac vice*)
markschlachet@me.com
3515 Severn Road
Cleveland, OH 44118
Telephone: (216) 225-7559
Facsimile: (216) 932-5390

CHRISTOPHER J. HAMMOND
(S.B. #150024)
chammond@bizlawpro.com
21540 Prairie Street, Unit A
Chatsworth, CA 91311
Telephone: (866) 625-2529
Facsimile: (866) 463-9285

Attorneys for Plaintiff Thimes Solutions Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| THIMES SOLUTIONS INC.<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>TP-LINK USA CORPORATION, and AUCTION BROTHERS, INC. d/b/a AMAZZIA<br><br>　　　　　Defendant. | Case No. 2:19-cv-10374-SB (Ex)<br><br>**THIMES SOLUTIONS INC.'S REQUEST FOR JUDICIAL NOTICE**<br><br>Judge:　　Hon. Stanley Blumenfeld, Jr.<br>Courtroom: Courtroom 6C<br>Date:　　　December 4, 2020<br>Time:　　　10:30 am |

# REQUEST FOR JUDICIAL NOTICE

A court may take judicial notice of any fact that may be accurately and readily determined from sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b)(2).  Thus, a court may take judicial notice of documents whose contents are alleged in a complaint and whose authenticity no party questions.  *Steinle v. City and County of San Francisco*, 919 F.3d 1154, 1163 (9th Cir. 2019).

Additionally, a court may take judicial notice of matters of public record. *Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001).  This includes the "[o]fficial acts of legislative, executive, and judicial departments of the United States[.]" *Vasserman v. Henry Mayo Newhall Memorial Hosp.*, 65 F. Supp. 3d 932, 942 (C.D. Cal. 2014).  This also includes the "reports of Commissions made to Congress, and proceedings thereon[.]" *Greeson v. Imperial Irr. Dist.*, 59 F.2d 529, 531 (9th Cir. 1932).  *See also Experian Information Solutions, Inc. v. Lifelock, Inc.*, 633 F. Supp. 2d 1104, 1106 (C.D. Cal. 2009) ("The Court finds House of Representatives Report 108-263 appropriate for judicial notice[.]").

Accordingly, Plaintiff Thimes Solutions Inc. ("TSI") requests the Court to take judicial notice of the following:

1. Attached as Exhibit A is a true and correct copy of a press release issued by TP-Link on March 15, 2018 and quoted by TSI in paragraph 19 of the Fourth Amended Complaint.  This press release may also be downloaded at https://www.tp-link.com/dk/press/news/17898/.

2. Attached as Exhibit B is a true and correct copy of the Fact Sheet provided by IDC for its Worldwide Quarterly Wireless LAN Tracker.  This Fact Sheet may also be downloaded at https://www.idc.com/getfile.dyn?containerId=IDC_P23464&attachmentId=47391078.

1  3.  Attached as Exhibit C are true and correct excerpts of the Majority Staff Report and Recommendations regarding the Investigation of Competition in Digital Markets by the Subcommittee on Antitrust, Commercial and Administrative Law of the Committee on the Judiciary of the House of Representatives of the 116th United States Congress. A complete copy of this report is available at https://judiciary.house.gov/uploadedfiles/competition_in_digital_markets.pdf.

Dated: November 6, 2020

GAW | POE LLP

By: _____
Randolph Gaw
Attorneys for Plaintiff Thimes Solutions Inc.