# EXHIBIT A

This site uses cookies. By continue to browse the site you are agreeing to our uses of cookies. Don't show again  Learn more.

Year:  --

## TP-Link® Maintains World's No.1 Spot for 29 Consecutive Quarters in the WLAN Market

**SHENZHEN, China — Mar. 15, 2018 —** TP-Link®, a leading provider of consumer and business networking products, is consistently ranked as the No. 1 global provider of WLAN devices for consecutive 29 quarters, according to the IDC Quarterly Wireless LAN Tracker, Q4 2017.

The latest IDC WLAN Tracker revealed that TP-Link made 18.04 million WLAN product shipments in Q4 2017 and possessed a global market share of 42.00% — 35.53% ahead of its nearest competitor. With such achievements, TP-Link has retained its dominant position as the market leader in WLAN products for the 29th consecutive quarter.

Over the course of 2017, TP-Link sold a total of 78.46 million WLAN products, the whole-year WLAN market share was 44.08% and annual revenue for WLAN products hit $1.07 billion.

"2017 brought some great achievements", said Pingji Li, General Manager of TP-Link Networking BU. "2018 will be even more exciting, as we continue to develop products in line with our mission — making the advantages of latest technology available for all and empowering them to create a lifestyle that's simple, smart and connected.

###

About TP-Link

Founded in 1996, TP-Link is a global provider of reliable networking devices and accessories, involved in all aspects of everyday life. The company is consistently ranked by analyst firm IDC as the No. 1 provider of WLAN products*, supplying distribution to more than 170 countries and serving billions of people worldwide.

With a proven heritage of stability, performance and value, TP-Link has curated a portfolio of products that meet the networking needs of all individuals. Now, as the connected lifestyle continues to evolve, the company is expanding today to exceed the demands of tomorrow.

**Media Contact:**

pr@tp-link.com

