# EXHIBIT B



# Worldwide Quarterly Wireless LAN Tracker

IDC's *Worldwide Quarterly Wireless LAN Tracker®* greatly enhances clients' ability to quickly and effectively respond to today's dynamic IT market. Understanding which global markets and segments are growing and knowing the quarterly adoption curve for new products are business-critical needs for wireless LAN (WLAN) vendors, supply chain partners, and the financial community. This product provides insight into customer trends by delivering geography-specific vendor and product line details across the WLAN market. IDC's *Worldwide Quarterly Wireless LAN Tracker* presents market data in an easy-to-use pivot table and web-based query tool that allow clients to track any markets, countries, and product segments as needed. IDC's tracker products provide reliable, accurate, and independent market research as a base to create quantitative market analyses and study historical trends.

## Technology Coverage

This tracker provides total market size and vendor share for the following technology areas. Measurements for this tracker are in unit shipments, vendor revenue, and value.

### Core Coverage

- Vendor
- Product class: Enterprise class and consumer class
- Product: Controller/router/switch and AP
- Product detail: Controller/router/switch, dependent AP, independent AP, and gateway/router
- Standard: 802.11a/b/g, 802.11n, 802.11ac, and 802.11ax
- Location: Indoor and outdoor
- Measurements: Units, vendor revenue, and value

## Geographic Scope

- **APEJC (12):** Australia, Hong Kong, India, Indonesia, Korea, Malaysia, New Zealand, the Philippines, Singapore, Taiwan, Thailand, Vietnam, and rest of Asia/Pacific
- **Canada**
- **Central and Eastern Europe (11):** Bulgaria, Croatia, Czech Republic, Hungary, Poland, Romania, Russia, Slovakia, Slovenia, Ukraine, and rest of CEE
- **Japan**
- **Latin America (7):** Argentina, Brazil, Chile, Colombia, Mexico, Peru, Venezuela, and rest of Latin America
- **PRC**
- **Middle East and Africa (7)**: Egypt, Israel, Qatar, Saudi Arabia, South Africa, Turkey, the United Arab Emirates, and rest of MEA
- **United States**
- **Western Europe (16):** Austria, Belgium, Denmark, Finland, France, Germany, Greece, Ireland, Italy, the Netherlands, Norway, Portugal, Spain, Sweden, Switzerland, and the United Kingdom

## Data Deliverables

This tracker is delivered on a quarterly basis via a web-based interface for online querying and downloads. The following are the deliverables for this tracker. For a complete delivery schedule, please contact an IDC sales representative.

- Quarterly data
- Final historical data
- Five-year forecast data
- Excel pivot table and query tool

## Forecast Coverage

Forecasts for this tracker are updated quarterly and include five years of historical data and five years of annual market projections. Forecasts are available at the worldwide, regional, and country levels according to the geographic scope previously detailed. The following details the forecasts that are included in this tracker.

### Core Forecast Coverage

- Product class: Enterprise class and consumer class
- Product: Controller/router/switch and AP
- Product detail: Controller/router/switch, dependent AP, independent AP, and gateway/router
- Standard: 802.11a/b/g, 802.11n, 802.11ac, and 802.11ax
- Location: Indoor and outdoor
- Measurements: Units, vendor revenue, and value

## IDC's Tracker Methodology

IDC's tracker data is developed using a rigorous methodology that includes well-planned and well-coordinated local, regional, and worldwide data cross-checks combined with a proprietary advanced data consolidation and analysis data platform managed by IDC's Worldwide Tracker organization. Data sources used in the process of determining IDC's tracker numbers include, but are not limited to:

- In-country local vendor interviews
- Distribution data feeds
- Worldwide and regional vendor guidance
- ODM data

- In-country local channel partner discussions
- Import records
- Feedback from component suppliers
- Vendor briefings and public financial reports

## Enabling Better Business Decisions Across the Organization

IDC trackers provide the accurate and timely market size, vendor share, and forecast information you need to identify market and product expansion opportunities, increase revenue, and win market share. IDC's tracker research is a critical input to the planning and monitoring cycles of the business process. Common uses of the tracker data include:

Planning Process

- Regional-, state-, or city-level planning — setting regional-, country-, state-, or city-level sales targets based on market opportunity
- Product marketing — creating a product strategy and road map based on currently available product features and expected growth
- Production planning — using customer demand data as an input in the creation of production schedules
- Product portfolio planning — accessing accurate and detailed data as an input into the product development process

Monitoring Process

- Performance measurement — comparing vendor performance on prior fiscal periods
- Competitive analysis — reviewing competitor performance across multiple dimensions: product, features, channel, segment, and geography
- Sales forecasting measurement — assessing internal sales forecast versus actual results
- Price benchmarking — comparing vendor versus market pricing data by model
- Marketing communications — using positive results for messaging in the press, at partner events, or in sales collateral

## IDC's Global Tracker Process at Work

**Local Relationships**
> Interview local channels and vendors
> Analyze import records and distributor feeds
> Maintain local market and competitive expertise

**Global Expertise**
> Define IDC's taxonomy
> Hold discussions with worldwide headquarters of vendors
> Own IDC's global technology vision

Common Web Based Data Collection, Analysis, and Repository Tool

**Regional Oversight**
> Pan-regional comparisons and analysis
> Interview regional headquarters of vendors
> Hold a regional market perspective

Tracker is a registered trademark of International Data Group, Inc.

www.idc.com                                                                    IDC_P23464_0820