RANDOLPH GAW (S.B. #223718)
 rgaw@gawpoe.com
MARK POE (S.B. #223714)
 mpoe@gawpoe.com
VICTOR MENG (S.B. #254102)
 vmeng@gawpoe.com
GAW | POE LLP
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415) 766-7451
Facsimile: (415) 737-0642

MARK SCHLACHET (*pro hac vice*)
 markschlachet@me.com
3515 Severn Road
Cleveland, OH 44118
Telephone: (216) 225-7559
Facsimile: (216) 932-5390

CHRISTOPHER J. HAMMOND
(S.B. #150024)
 chammond@bizlawpro.com
21540 Prairie Street, Unit A
Chatsworth, CA 91311
Telephone: (866) 625-2529
Facsimile: (866) 463-9285

Attorneys for Plaintiff Thimes Solutions Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| THIMES SOLUTIONS INC.<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>TP-LINK USA CORPORATION, and AUCTION BROTHERS, INC. d/b/a AMAZZIA<br><br>　　　　　Defendant. | Case No. 2:19-CV-10374-PA-E<br><br>**DECLARATION OF RANDOLPH GAW IN OPPOSITION TO DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**<br><br>Judge:　　Hon. Stanley Blumenfeld, Jr.<br>Courtroom: Courtroom 6C<br>Date:　　December 4, 2020<br>Time:　　10:30 am |

I, Randolph Gaw, declare as follows:

1. I am a partner in the law firm of Gaw | Poe LLP, co-counsel for plaintiff Thimes Solutions Inc. If called to testify at a hearing or trial, I could and would testify to the following, which is based on my personal knowledge. I submit this declaration in opposition to Defendants' motion to dismiss the Fourth Amended Complaint.

2. Attached as Exhibit 1 is a true and correct copy of a search I ran on October 13, 2020 from the Amazon home page for the words "wireless local area network products."

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on November 13, 2020, at San Jose, California.

Randolph Gaw