# EXHIBIT 1

| | All ▾ | wireless local area network produ | ▾ | Hello, Sign in Account & Lists ▾ | Returns & Orders | Prime ▾ | 0 Cart |

Deliver to Randolph
San Jose 95133

Prime Day Deals   Fresh ▾   Whole Foods   Customer Service           32  25  54

1-16 of over 3,000 results for **"wireless local area network products"**         Sort by: Featured

**Amazon Prime**

**Deals**
Prime Day Deals

**Local Stores**
Amazon Fresh

**Department**
Software
    LAN
    Business E-mail Security & Filtering
    VPN
    Business & Office
Books
    Networking & Cloud Computing
    Electrical & Electronics
    LANs
    Computers & Technology
    Internet & Telecommunications
    See more
See All 25 Departments

**Avg. Customer Review**
& Up
& Up
& Up
& Up

**Subscribe & Save**
Subscribe & Save Eligible

**Software Operating System**
Microsoft Windows

**Software Delivery Method**
CD/DVD

**Book Format**
Hardcover
Kindle Edition

**Book Language**
English

**FSA or HSA Eligible**
FSA or HSA Eligible

**Amazon Certified**
Auto Replenishment
Works with Alexa

**Amazon Global Store**
Amazon Global Store

**International Shipping**

Price and other details may vary based on size and color



Sponsored
**blurams Home Pro, Security Camera 1080p FHD | w/ Facial Recognition, 2-Way Talk, Human/Sound Detect,...**
426
Prime Day Deal
$27⁹⁹ $49.99
Includes $12.80 Prime savings
FREE Delivery **Fri, Oct 16**

Amazon Certified: Works with Alexa



**WD 4TB My Cloud EX2 Ultra Network Attached Storage - NAS - WDBVBZ0040JCH-NESN**
1,212
$298⁷³ $349.99
FREE Delivery **Fri, Oct 16**
More Buying Choices
$235.51 (17 used & new offers)



**WiFi Adapter 1750mbps,QGOO Wireless USB Adapter Dual Band 2.42GHz/450Mbps 5.8GHz/1300Mbps High...**
78
Prime Day Deal
$29⁵⁹ $36.99
Includes $7.40 Prime savings
FREE Delivery **Fri, Oct 16**

**NordicTrack RW Rower**
334
$1,402³⁵ $1,599.00
FREE Delivery **Sun, Oct 18**
More Buying Choices
$1,399.00 (4 new offers)




Best Seller

**Logitech MK270 Wireless Keyboard and Mouse Combo - Keyboard and Mouse Included, 2.4GHz Dropout-Free...**
19,984



International Shipping Eligible

**Condition**
New
Used



$17.88 ~~$29.99~~
FREE Delivery **Fri, Oct 16**

---

**Slingbox 500**
957



---



**AfterShokz Air Open Ear Wireless Bone Conduction Headphones, Forest Green, AS650FG**
656
$99.95 ~~$119.95~~
FREE Delivery **Fri, Oct 16**
More Buying Choices
$98.99 (9 used & new offers)

---



**Twelve South AirFly Duo | Wireless Transmitter with Audio Sharing for up to 2 AirPods/Wireless Headphones…**
337
$49.99
FREE Delivery **Sat, Oct 17**
More Buying Choices
$30.55 (8 used & new offers)

---

Add to Cart

Sponsored

**Tablo Quad [TQNS4B-01-CN] Over-The-Air [OTA] Digital Video Recorder [DVR] for Cord Cutters - with WiFi, Live…**
1,250
$199.99
FREE Delivery for Prime members



---



Sponsored

**Six Figure Blogging Blueprint: How to Start an Amazingly Profitable Blog in the Next 60 Days (Even If You Have N…**
Book 3 of 4: Digital Marketing Mastery | by Raza Imam | Apr 30, 2019
105
**Kindle Edition**
$1.49

**Great On Kindle:** A high quality digital reading experience.



$2.99 before your credits.

Available instantly

Discover how to start a wildly profitable blog in the next 60 days - even if you have no experience. Click here now.

2,291

Shop now

Sponsored



**TP-Link Deco Mesh WiFi System –Up to 5,500 sq. ft. Whole Home Coverage and 100+ Devices,WiFi…**

7,634

$169⁹⁹

FREE Delivery **Thu, Oct 15**

More Buying Choices
$154.99 (20 used & new offers)

**Amazon Certified:** Works with Alexa

**JLab Audio JBuds Air True Wireless Signature Bluetooth Earbuds + Charging Case - Black - IP55 Sweat Resistanc…**

6,426

Only 7 left in stock - order soon.



**Best Seller**

**TP-Link AC1750 Smart WiFi Router (Archer A7) - Dual Band Gigabit Wireless Internet Router for Home, Works…**

24,036

Prime Day Deal

$51⁹⁹ $79.99

FREE Delivery **Thu, Oct 15**

**Amazon Certified:** Works with Alexa





**Flipper Big Button TV Remote for Elderly - Universal Simple to Read, Proprietary Favorite Channels, Supports…**

3,504

$39⁹⁵

FREE Delivery **Fri, Oct 16**

More Buying Choices
$24.14 (13 used & new offers)

**Wireless Keyboard Mouse Combo, Cimetech Compact Full Size Wireless Keyboard and Mouse Set 2.4G Ultra-Thin…**

3,965

$35⁹⁹

Save 5% with coupon

FREE Delivery **Thu, Oct 15**





**Quit Smoking Aid Oxygen Inhaler + Soft Tip Chewable Filter to Help Curb Cravings, Nicotine Free Non-Addictiv...**

525

$17⁹⁵ ($17.95/Count)
Save more with Subscribe & Save
FREE Delivery **Fri, Oct 16**



**Anker Soundcore Liberty 2 Pro True Wireless Earbuds, Bluetooth Earbuds with Astria Coaxial Acoustic...**

3,664

$149⁹⁹
Save $30.00 with coupon
FREE Delivery **Fri, Oct 16**
More Buying Choices
$115.05 (9 used & new offers)



**Apple iPad Mini (Wi-Fi + Cellular, 256GB) - Gold (Latest Model)**

6,136

$664⁰⁰
FREE Delivery **Thu, Oct 15**

← Previous  | 1 | 2 | 3 | ... | 20 | Next →

## Need help?

Visit the help section or contact us

Sponsored

Back to top

### Get to Know Us
Careers
Blog

### Make Money with Us
Sell products on Amazon

### Amazon Payment Products
Amazon Rewards Visa Signature Cards

### Let Us Help You
Amazon and COVID-19

| | | | |
|---|---|---|---|
| About Amazon | Sell apps on Amazon | Amazon.com Store Card | Your Account |
| Press Center | Become an Affiliate | Amazon Business Card | Your Orders |
| Investor Relations | Advertise Your Products | Amazon Business Line of Credit | Shipping Rates & Policies |
| Amazon Devices | Self-Publish with Us | Shop with Points | Amazon Prime |
| Amazon Tours | Host an Amazon Hub | Credit Card Marketplace | Returns & Replacements |
| | › See More Make Money with Us | Reload Your Balance | Manage Your Content and Devices |
| | | Amazon Currency Converter | Amazon Assistant |
| | | | Help |

English   United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions of songs | Amazon Advertising<br>Find, attract, and engage customers | Amazon Drive<br>Cloud storage from Amazon | 6pm<br>Score deals on fashion brands | AbeBooks<br>Books, art & collectibles | ACX<br>Audiobook Publishing Made Easy | Alexa<br>Actionable Analytics for the Web |
| Sell on Amazon<br>Start a Selling Account | Amazon Business<br>Everything For Your Business | Amazon Fresh<br>Groceries & More Right To Your Door | AmazonGlobal<br>Ship Orders Internationally | Home Services<br>Experienced Pros Happiness Guarantee | Amazon Ignite<br>Sell your original Digital Educational Resources | Amazon Rapids<br>Fun stories for kids on the go |
| Amazon Web Services<br>Scalable Cloud Computing Services | Audible<br>Listen to Books & Original Audio Performances | Book Depository<br>Books With Free Delivery Worldwide | Box Office Mojo<br>Find Movie Box Office Data | ComiXology<br>Thousands of Digital Comics | DPReview<br>Digital Photography | East Dane<br>Designer Men's Fashion |
| Fabric<br>Sewing, Quilting & Knitting | Goodreads<br>Book reviews & recommendations | IMDb<br>Movies, TV & Celebrities | IMDbPro<br>Get Info Entertainment Professionals Need | Kindle Direct Publishing<br>Indie Digital & Print Publishing Made Easy | Prime Now<br>FREE 2-hour Delivery on Everyday Items | Amazon Photos<br>Unlimited Photo Storage Free With Prime |
| Prime Video Direct<br>Video Distribution Made Easy | Shopbop<br>Designer Fashion Brands | Amazon Warehouse<br>Great Deals on Quality Used Products | Whole Foods Market<br>America's Healthiest Grocery Store | Woot!<br>Deals and Shenanigans | Zappos<br>Shoes & Clothing | Ring<br>Smart Home Security Systems |
| eero WiFi<br>Stream 4K Video in Every Room | Neighbors App<br>Real-Time Crime & Safety Alerts | Amazon Subscription Boxes<br>Top subscription boxes – right to your door | PillPack<br>Pharmacy Simplified | Amazon Renewed<br>Like-new products you can trust | Amazon Second Chance<br>Pass it on, trade it in, give it a second life | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2020, Amazon.com, Inc. or its affiliates