Stephen R. Smerek (State Bar No. 208343)
email: ssmerek@foley.com
Tiffany Kim Sung (State Bar No. 323077)
email: tsung@foley.com
**FOLEY & LARDNER LLP**
555 South Flower Street, Suite 3300
Los Angeles, CA 90071-2411
Telephone: (213) 972-4500
Facsimile: (213) 486-0065

Attorneys for Defendant
TP LINK USA CORPORATION

Alton G. Burkhalter (State Bar No. 119595)
Email: aburkhalter@bkcglaw.com
Joshua A. Waldman (State Bar No. 222859)
Email: jwaldman@bkcglaw.com
**BURKHALTER KESSLER CLEMENT & GEORGE LLP**
2020 Main Street, Suite 600
Irvine, CA 92614-8336
Telephone: (949) 375-7500
Facsimile: (949) 975-7501

Attorneys for Defendant
AUCTION BROTHERS, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| THIMES SOLUTIONS INC., <br><br> Plaintiff, <br><br> v. <br><br> TP LINK USA CORPORATION, et al. <br><br> Defendants. | Case No: 2:19-cv-10374-SB (Ex) <br><br> Hon. Stanley Blumenfeld, Jr. <br><br> **DEFENDANTS' JOINT OBJECTION TO PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE (DKT. 134-2)** <br><br> Fed. R. Civ. P. 12 <br><br> Hearing Date: December 4, 2020 <br> Hearing Time: 10:30 a.m. <br> Courtroom: Courtroom 6C <br> FAC Filed: September 7, 2020 |

4810-6542-0242.1

Defendants TP-Link USA Corporation ("TP-Link") and Auction Brothers, Inc. d/b/a Amazzia ("Amazzia") (collectively, "Defendants") respectfully submit this objection to the Request for Judicial Notice (Dkt. 134-2, "RJN") filed by Plaintiff Thimes Solutions Inc. ("Plaintiff") in support of its Opposition to Defendants' Joint Motion to Dismiss the Fourth Amended Complaint.

Plaintiff's Request for Judicial Notice is an improper attempt to amend the Fourth Amended Complaint by adding new allegations through its Opposition to Defendants' Motion to Dismiss. "In determining the propriety of a Rule 12(b)(6) dismissal, a court *may not* look beyond the complaint to a plaintiff's moving papers, such as a memorandum in opposition to a defendant's motion to dismiss." *Schneider v. Cal. Dep't of Corr.*, 151 F.3d 1194, 1197 n.1 (9th Cir. 1998) (emphasis in original). Thus, the sufficiency of the Fourth Amended Complaint must be determined based on only the allegations contained in it, without the additional allegations in Plaintiff's Opposition. *See Taxpayers of U.S. v. Bush*, No. C 03-03927, 2004 WL 3030076, at *4 n.5 (N.D. Cal. Dec. 30, 2004) ("As plaintiffs' new allegation is only raised in the Opposition, the Court will not consider it."); *Reiger v. Altris Software, Inc.*, No. 98-CV-528, 1999 WL 540893, at *6 n.7 (S.D. Cal. Apr. 30, 1999) ("The Federal Rules preclude this court from considering allegations in a memorandum opposing a motion to dismiss … Accordingly, the court will ignore these allegations.").

Further, Courts routinely deny a plaintiff's attempts to oppose a motion to dismiss through a request for judicial notice of documents not referenced or relied upon in the complaint. *Shurkin v. Golden State Vintners, Inc.*, No. C 04-3434, 2005 WL 1926620, at *6-7 (N.D. Cal. Aug. 10, 2005) (declining to take judicial notice of documents "neither referenced nor relied upon in Plaintiff's Complaint"). Plaintiff requests that the Court take judicial notice of "the Fact Sheet provided by IDC for its Worldwide Quarterly Wireless LAN Tracker" (Dkt. 134-4) and "excerpts of the Majority Staff Report and Recommendations regarding the Investigation of Competition in Digital Markets by the Subcommittee on Antitrust, Commercial and

1  Administrative Law of the Committee on the Judiciary of the House of
2  Representatives of the 116th United States Congress" (Dkt. 134-5).  (Dkt. 134-2.)
3  However, neither of these documents are referenced or relied up on in the Fourth
4  Amended Complaint.  Thus, the Court should decline to take judicial notice of these
5  documents.  Plaintiff's attempt to add new factual allegations through its Opposition
6  and Request for Judicial Notice demonstrates that the allegations in the Fourth
7  Amended Complaint are insufficient, and the Court should deny Plaintiff's attempt to
8  amend the Fourth Amended Complaint through its Opposition.

DATED: November 20, 2020     **FOLEY & LARDNER LLP**

/s/Stephen R. Smerek
Stephen R. Smerek
Tiffany Kim Sung
FOLEY & LARDNER LLP
*Attorneys for Defendant*
*TP Link USA Corporation*

**BURKHALTER KESSLER
  CLEMENT & GEORGE LLP**

/s/Josh Waldman
Alton G. Burkhalter
Josh A. Waldman
BURKHALTER KESSLER
  CLEMENT & GEORGE LLP
*Attorneys for Defendant*
*Auction Brothers, Inc.*

## ATTESTATION CLAUSE

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer of this document attests that all of the signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: November 20, 2020

**FOLEY & LARDNER LLP**
STEPHEN R. SMEREK
TIFFANY KIM SUNG


*/s/ Stephen R. Smerek*
Stephen R. Smerek
ATTORNEYS FOR DEFENDANT TP LINK USA CORPORATION