UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 19-10374 SB (Ex) | Date: | December 4, 2020 |

Title: *Thimes Solutions Inc. v. TP Link USA Corporation et al*

Present: The Honorable **STANLEY BLUMENFELD, JR., U.S. District Judge**

| Victor Cruz | Katie Thibodeaux |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Randolph Gaw VTC | Stephen R. Smerek VTC |
| Victor Meng VTC | Tiffany Kim Sung VTC |
| Mark Schlachet VTC | Joshua A. Waldman VTC |
| | M. Michelle Rohani VTC |

**Proceedings:** **MOTION to Dismiss Fourth Amended Complaint filed by Defendants Auction Brothers, Inc., TP Link USA Corporation (Dkt. No. 130)**

Hearing held. Counsel present argument. This matter stands submitted.

0/22

2