RANDOLPH GAW (S.B. #223718)
rgaw@gawpoe.com
MARK POE (S.B. #223714)
mpoe@gawpoe.com
VICTOR MENG (S.B. #254102)
vmeng@gawpoe.com
GAW | POE LLP
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415) 766-7451
Facsimile: (415) 737-0642

MARK SCHLACHET (*pro hac vice*)
markschlachet@me.com
3515 Severn Road
Cleveland, OH 44118
Telephone: (216) 225-7559
Facsimile: (216) 932-5390

CHRISTOPHER J. HAMMOND
(S.B. #150024)
chammond@bizlawpro.com
21540 Prairie Street, Unit A
Chatsworth, CA 91311
Telephone: (866) 625-2529
Facsimile: (866) 463-9285

Attorneys for Plaintiff Thimes Solutions Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| THIMES SOLUTIONS INC.<br><br>Plaintiff,<br><br>v.<br><br>TP-LINK USA CORPORATION, and AUCTION BROTHERS, INC. d/b/a AMAZZIA<br><br>Defendants. | Case No. 2:19-cv-10374-SB (Ex)<br><br>**PLAINTIFF THIMES SOLUTIONS INC.'S RESPONSE TO ORDER GRANTING DEFENDANTS' JOINT MOTION TO DISMISS**<br><br>Judge: Hon. Stanley Blumenfeld, Jr.<br>Courtroom: Courtroom 6C |

1    Plaintiff Thimes Solutions Inc. ("TSI") submits the following statement in
2    response to the Court's February 17, 2021 order granting Defendants TP-Link USA
3    Corp. ("TP-Link") and Auction Brothers, Inc.'s Motion to Dismiss.  (*See* ECF No.
4    141.)  The Court held that TSI failed to adequately define the relevant product
5    market when it pleaded that TP-Link had monopoly power over the market for
6    consumer WLAN products and granted TSI leave to amend if TSI could plausibly
7    define the product market in way that allowed the Court to evaluate substitute
8    products.  (*Id.* at 6-7 (citing 4AC ¶ 58).)
9    TSI is unable and unwilling to allege facts that would satisfy the
10   requirements set forth by the Court in its Order.  Accordingly, TSI understands per
11   Ninth Circuit precedent that the Court will dismiss this action with prejudice with
12   all of TSI's rights preserved for appeal.  *Vien-Phuong Thi Ho v. ReconTrust Co.,*
13   *NA*, 858 F.3d 568, 577 (9th Cir. 2017) ("Where, as here, the district court dismisses
14   a claim and instructs the plaintiff not to refile the claim unless he includes certain
15   additional allegations that the plaintiff is unable or unwilling to make, the dismissed
16   claim is preserved for appeal even if not repleaded.  A plaintiff is the master of his
17   claim and shouldn't have to choose between defying the district court and making
18   allegations that he is unable or unwilling to bring into court.").

20   Dated:  March 10, 2021                    GAW | POE LLP

21                                             By: _____
22                                                 Randolph Gaw
                                                   Attorneys for Plaintiff
23                                                 Thimes Solutions Inc.