JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No.:  2:19-cv-10374-SB (Ex) | Date:   3/22/2021 |
|---|---|

| Title: | *Thimes Solutions Inc. v. TP Link USA Corporation, et al.* |
|---|---|

| Present: The Honorable | **STANLEY BLUMENFELD, JR., U.S. District Judge** |
|---|---|

| Victor Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:      [In Chambers] ORDER DISMISSING CASE WITH PREJUDICE**

The Court previously granted Defendants' motion to dismiss Plaintiff's Fourth Amended Complaint with leave to amend. (Order, Dkt. No. 141.) In doing so, the Court noted that Plaintiff could plausibly allege a narrowed product market as conceded by Defendants at the hearing and as apparently proposed by Plaintiff in its opposition to the motion to dismiss. (*See id.* at 7 n.3.) Despite this concession from Defendants and Plaintiff's seeming ability to amend to state an antitrust claim, Plaintiff now states that it is "unable and unwilling to allege facts that would satisfy the requirements set forth by the Court in its Order" and invites this Court to dismiss the case with prejudice. (Response, Dkt. No. 144.) Plaintiff's request is granted, and the case is dismissed with prejudice.

**IT IS SO ORDERED**.