# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: Central District of California

U.S. District Court case number: 2:19-CV-10374-SB-E

Date case was first filed in U.S. District Court: 05/29/2019

Date of judgment or order you are appealing: 03/22/2021

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

○ Yes   ⦿ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Plaintiff Thimes Solutions, Inc.

Is this a cross-appeal? ○ Yes   ⦿ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ⦿ No

If Yes, what is the prior appeal case number?

Your mailing address:

Gaw | Poe LLP

4 Embarcadero Center, Suite 1400

City: San Francisco   State: CA   Zip Code: 94111

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Randolph Gaw   **Date** Apr 20, 2021

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1   Rev. 12/01/2018

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
> Plaintiff Thimes Solutions, Inc.

Name(s) of counsel (if any):
> Randolph Gaw, Mark Poe, Victor Meng

Address: Gaw | Poe LLP, 4 Embarcadero, Suite 1400, San Francisco, CA 94111
Telephone number(s): 415-766-7451
Email(s): rgaw@gawpoe.com; mpoe@gawpoe.com; vmeng@gawpoe.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ● Yes  ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
> Defendant TP-Link USA Corporation

Name(s) of counsel (if any):
> Stephen R. Smerek, Tiffany Kim Sung

Address: Foley&Lardner, 555 South Flower St. Ste 3300, Los Angeles, CA 90071
Telephone number(s): 213-972-4500
Email(s): ssmerek@foley.com; tsung@foley.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**　　　　　　　　　　　　　　1　　　　　　　　　　　　　*New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Plaintiff Thimes Solutions Inc.

Name(s) of counsel (if any):

Mark Schlachet

Address: 3515 Severn Road, Cleveland, OH 44118

Telephone number(s): 216-225-7559

Email(s): markschlachet@me.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ⦿ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Defendant Auction Brothers, Inc. d/b/a Amazzia

Name(s) of counsel (if any):

Alton G. Burkhalter, Joshua A. Waldman

Address: Burkhalter Kessler, 2020 Main St., Suite 600, Irvine, CA 92614

Telephone number(s): 949-375-7500

Email(s): aburkhalter@bkcglaw.com; jwaldman@bkcglaw.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*