# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: **Central District of California**

U.S. District Court case number: **2:19-cv-10374-SB-E**

Date case was first filed in U.S. District Court: **05/29/2019**

Date of judgment or order you are appealing: **03/09/2020**

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⦿ Yes  ◯ No  ◯ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

TP Link USA Corporation

Is this a cross-appeal? ⦿ Yes  ◯ No

If Yes, what is the first appeal case number? **21-55407**

Was there a previous appeal in this case?  ◯ Yes  ⦿ No

If Yes, what is the prior appeal case number?

Your mailing address:

Foley & Lardner, LLP

555 South Flower Street, Suite 3300

City: Los Angeles  State: CA  Zip Code: 90071-2418

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Stephen R. Smerek   **Date** Apr 28, 2021

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1                                                                                                   Rev. 12/01/2018

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
TP Link USA Corporation

Name(s) of counsel (if any):
Stephen R. Smerek
Tiffany K. Sung

Address: 555 South Flower Street, Suite 3300, Los Angeles, CA 90071
Telephone number(s): 213-972-4500
Email(s): ssmerek@foley.com; tsung@foley.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ● No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
Thimes Solutions Inc.

Name(s) of counsel (if any):
Randolph Gaw, Mark Poe, Victor Meng

Address: Gaw | Poe LLP, 4 Embarcadero, Suite 1400, San Francisco, CA 94111
Telephone number(s): 415-766-7451
Email(s): rgaw@gawpoe.com; mpoe@gawpoe.com; vmeng@gawpoe.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:
Thimes Solutions Inc.

Name(s) of counsel (if any):
Mark Schlachet

Address: 3515 Severn Road, Cleveland, OH 44118

Telephone number(s): 216-225-7559

Email(s): markschlachet@me.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*