UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 1 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| THIMES SOLUTIONS, INC., <br><br> Plaintiff-Appellant, <br><br> v. <br><br> TP LINK USA CORPORATION; AUCTION BROTHERS, INC., DBA Amazzia, <br><br> Defendants-Appellees, <br><br> and <br><br> MIKHAIL J. FIKHMAN, DBA Amazzia; et al., <br><br> Defendants. | No. 21-55407 <br><br> D.C. No. 2:19-cv-10374-SB-E Central District of California, Los Angeles <br><br> ORDER |
| THIMES SOLUTIONS, INC., <br><br> Plaintiff-Appellee, <br><br> v. <br><br> TP LINK USA CORPORATION, <br><br> Defendant-Appellant, <br><br> and <br><br> AUCTION BROTHERS, INC., DBA Amazzia; et al., <br><br> Defendants. | No. 21-55461 <br><br> D.C. No. 2:19-cv-10374-SB-E |

LK/Pro Mo

Defendant TP Link USA Corporation's motion (Docket Entry No. 41) for voluntary dismissal of cross-appeal No. 21-55461 is granted. Cross-appeal No. 21-55461 is dismissed. Fed. R. App. P. 42(b).

This order served on the district court acts as the mandate as to cross-appeal No. 21-55461 only.

No. 21-55407 shall proceed.

The Clerk will file the answering brief submitted at Docket Entry No. 39.

The optional reply brief is now due December 13, 2021.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Linda K. King
Deputy Clerk
Ninth Circuit Rule 27-7