UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 09 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| THIMES SOLUTIONS, INC.,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>TP LINK USA CORPORATION and AUCTION BROTHERS, INC., DBA Amazzia,<br><br>        Defendants - Appellees,<br><br> and<br><br>MIKHAIL J. FIKHMAN, DBA Amazzia; et al.,<br><br>        Defendants. | No. 21-55407<br><br>D.C. No. 2:19-cv-10374-SB-E<br>U.S. District Court for Central California, Los Angeles<br><br>**MANDATE** |

The judgment of this Court, entered April 15, 2022, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: David J. Vignol
Deputy Clerk
Ninth Circuit Rule 27-7