**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Thimes Solutions Inc.<br><br>Plaintiff(s)<br>v.<br>TP-Link USA Corporation, et. al.<br><br>Defendant(s) | CASE NUMBER<br><br>2:19-cv-10374-SB (Ex)<br><br>**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

TP-Link USA Corporation          ☐ Plaintiff  ☒ Defendant  ☐ Other
*Name of Party*

to substitute Joedat H. Tuffaha of LTL Attorneys LLP who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

300 South Grand Ave., 14th Floor
*Street Address*

Los Angeles, California 90071                    joe.tuffaha@ltlattorneys.com
*City, State, Zip*                                *E-Mail Address*

213-612-8900              213-612-3773              253723
*Telephone Number*         *Fax Number*              *State Bar Number*

as attorney of record instead of Tiffany K. Sung and Stephen R. Smerek
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby**       ☐ GRANTED   ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____                              _____
                                              U. S. District Judge/U.S. Magistrate Judge