| | |
|---|---|
| RANDOLPH GAW (S.B. #223718) | MARK SCHLACHET (*pro hac vice*) |
| rgaw@gawpoe.com | markschlachet@me.com |
| MARK POE (S.B. #223714) | 3515 Severn Road |
| mpoe@gawpoe.com | Cleveland, OH 44118 |
| VICTOR MENG (S.B. #254102) | Telephone: (216) 225-7559 |
| vmeng@gawpoe.com | Facsimile: (216) 932-5390 |
| GAW | POE LLP | |
| 4 Embarcadero Center, Suite 1400 | CHRISTOPHER J. HAMMOND |
| San Francisco, CA 94111 | (S.B. #150024) |
| Telephone: (415) 766-7451 | chammond@bizlawpro.com |
| Facsimile: (415) 737-0642 | 21540 Prairie Street, Unit A |
| | Chatsworth, CA 91311 |
| | Telephone: (866) 625-2529 |
| | Facsimile: (866) 463-9285 |

Attorneys for Plaintiff Thimes Solutions Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| THIMES SOLUTIONS INC.<br><br>Plaintiff,<br><br>v.<br><br>TP-LINK USA CORPORATION, and AUCTION BROTHERS, INC. d/b/a AMAZZIA<br><br>Defendants. | Case No. 2:19-cv-10374-SB (Ex)<br><br>**PLAINTIFF THIMES SOLUTIONS REQUEST FOR LEAVE TO APPEAR AT MAY 20, 2022 STATUS CONFERENCE BY VIDEOCONFERENCE**<br><br>Judge:       Hon. Stanley Blumenfeld, Jr.<br>Courtroom: Courtroom 6C |

1     Plaintiff Thimes Solutions Inc. ("TSI") respectfully requests for leave to appear at the May 20, 2022 status conference by videoconference.

    Good cause exists for granting this request. Lead counsel for TSI is currently at a conference in Washington, D.C., and has just learned that a colleague with whom he was in "close contact" (according to CDC guidelines) on Monday tested positive for COVID-19. While lead counsel does not presently have any symptoms, under the known incubation period for this virus, it is possible that symptoms will first manifest on Thursday evening or Friday morning, likely before the Court would have time to rule on a late-filed request for leave to appear by videoconference.

Dated: May 18, 2022

GAW | POE LLP

By: /s/ Randolph Gaw
Randolph Gaw
Attorneys for Plaintiff
Thimes Solutions Inc.