UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THIMES SOLUTIONS INC., | Case No. 2:19-cv-10374-SB (Ex) |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S REQUEST TO APPEAR REMOTELY** |
| v. | |
| TP-LINK USA CORPORATION, and AUCTION BROTHERS, INC. d/b/a AMAZZIA, | |
| Defendants. | |

The Court **GRANTS** Plaintiff Thimes Solutions Inc.'s request for lead counsel to appear remotely at the May 20, 2022 status conference.  Counsel is reminded to login to the Zoom meeting no later than fifteen minutes before the start of the hearing. Information on the Zoom meeting for the hearing can be found on the Court's website.

Dated:  May 18, 2022

_____
Stanley Blumenfeld, Jr.
United States District Judge

1