# Exhibit 2

**Exhibit 2.1: Proof of Tom Lei's purchase of AC5400**



**Exhibit 2.2: Proof of Tom Lei's purchase of AC1200(1)**



**Exhibit 2.3: Proof of Tom Lei's purchase of AC1200(2)**



**Exhibit 2.4: Proof of Tom Lei's purchase of AC1200(3)**

