# Exhibit 3

## Exhibit 3: Item with UPS Acceptance Acknowledgement



February 25, 2019
Shipper 975W3X
Page 1 of 1

**ATTN :** AVI X
**PHONE :** (845)475-8642

### DELIVERY NOTIFICATION

**INQUIRY FROM:** AMAZON.COM.KYDC INC.
333 BOREN AVE N
SEATTLE WA 98109

**SHIPMENT TO:** TP LINK
10725 SIERRA AVE STE 100
FONTANA CA 92337

Shipper Number............................**975W3X**      Tracking Identification Number...**1Z975W3X0306934504**

According to our records **1** parcel was delivered on **01/22/18** at **10:10 A.M.**. The shipment was received by **LI** as follows:

| SHIPPER NUMBER | PKG ID NO. | TRACKING NUMBER | ADDRESS (NO/STREET,CITY) | SIGNATURE |
|---|---|---|---|---|
| 975W3X | | 1Z975W3X0306934504 | 10725 SIERRA AVE STE 100 FONTANA | *(signature)* |

NPT1REG:000A0000