# Exhibit 4

**Exhibit 4: Amazon Tracking Notice Showing Shipped 1-19 and Delivery 1-22-18**

> From: Avi Eisenberg avi@thimessolutions.com
> Subject: Fwd: Amazon.com has shipped the item you sold
> Date: February 13, 2019 at 2:41 PM
> To: Mark Schlachet markschlachet@me.com
>
> This is the email with tracking for that first test order.
>
> ---------- Forwarded message ----------
> From: **Amazon.com** <fba-ship-confirm@amazon.com>
> Date: Fri, Jan 19, 2018 at 12:39 AM
> Subject: Amazon.com has shipped the item you sold
> To: 613ike@gmail.com <613ike@gmail.com>
>
> # amazon
>
> Greetings from Amazon.com
>
> We thought you'd like to know that we completed and shipped your Amazon.com Fulfillment Order (111-9452184-8129860) to one of your customers:
>
> FONTANA, CA 92337-7667 US
>
> You can track the status of this order, and all your orders, online by visiting Seller Central
>
> The following items have been shipped by Amazon.com:

| Package: 1 | Shipped by: UPS  Tracking: 1Z975W3X0306934504 |
| --- | --- |
| Qty | Order Item |
| 2 | TP-Link AC5400 Wireless Wi-Fi MU-MIMO Tri-Band Router - Powerf... |

> As stated on our Web site, there is no weekend service for our Second or Next Day delivery options. Therefore, a package that leaves our fulfillment center on a Saturday or Sunday does not actually reach the shipper until Monday morning.
>
> If you've examined your order via Seller Central but still need assistance with your order, you'll find links to e-mail or call Technical Account Management through Contact Us in Seller Central
>
> Please note: this email was sent from a notification-only address that cannot accept incoming e-mail. Please do not reply to this message.
>
> Thank you for using Fulfillment by Amazon.
>
> Fulfillment by Amazon, professional packing, shipping and servicing of online orders.

Was this email helpful?

If you have any questions visit: Seller Central
To change your email preferences visit: Notification Preferences
We hope you found this message to be useful. However, if you'd rather not receive future e-mails of this sort from Amazon.com, please opt-out here.
Copyright 2018 Amazon, Inc, or its affiliates. All rights reserved.
Amazon.com, 410 Terry Avenue North, Seattle, WA 98109-5210