# Exhibit 6

**Exhibit 6: Rosenbaum Esq. Letter to TP-Link Compliance**



Rosenbaum Famularo, P.C.
AmazonSellersLawyer.com

Madison Square Garden
5 Penn Plaza, 23rd Fl., New York, NY 10001
212-256-1109 | 1-877-9-SELLER
www.AmazonSellersLawyer.com

February 1, 2018

TP-Link Compliance
us-compliance@tp-link.com

**Via Email**

**Re:** **Request for Basis of Amazon Complaint**
**Our Client:** **Universal Goods and Sales**

Dear TP-Link Compliance,

This firm proudly serves as intellectual property and litigation counsel for Universal Goods and Sales, a seller on the Amazon platform against whom you asserted intellectual property right complaints alleging counterfeit for our client's sale of the following products:

ASIN: B01DXVK3KY
Complaint ID: 1359628881

Upon information and belief, our client contacted you to resolve this dispute on January 19, 2018 but has not received a response. As such, we are writing on their behalf to ascertain the basis of your counterfeit complaint.

The sale of counterfeit products includes any products that have illegally replicated, reproduced, or manufactured. However, our client merely resells legally purchased, authentic products. As such, there is no consumer confusion about the origin or quality of these products.

In accordance with Amazon policy, in order to report an item is counterfeit, a test buy must be performed in order to verify the claimed differences are present between the accused product and the rights owner's product. As such, we are writing to request the specific basis for your counterfeit claims, including the test buy purchase information provided to Amazon to support your claims.

If you cannot provide specific allegations to support these claims, your complaints should be voluntarily withdrawn by sending an email to notice-dispute@amazon.com from the email address which you filed these complaints (us-compliance@tp-link.com). Please contact me so we can discuss an amicable resolution of this matter. I can be reached at 212-256-1109 or you can email me at Anthony@amazonsellerslaywer.com.

I look forward to hearing from you and remain.

Yours, etc.,
Anthony Famularo
(electronically signed)
Anthony Famularo, Esq.

212-256-1109 | 1-877-9-SELLER | www.AmazonSellersLawyer.com

NEW YORK   LONDON   SHENZHEN   GUANGZHOU   SEATTLE   SAN FRANCISCO   DUBLIN   MUMBAI   TEL AVIV   DONGGUAN