# Exhibit 7

## Exhibit 7: May 7, 2018 Suspension

---------- Forwarded message ---------
From: **notice-request-dispute@amazon.com** <notice-request-dispute@amazon.com>
Date: Mon, May 7, 2018 at 11:42 AM
Subject: Your Amazon.com selling privileges have been removed
To: avi@thimessolutions.com <avi@thimessolutions.com>


Hello,

You have listings that infringe on the intellectual property rights of others. This is against our policies. The removed items can be seen on the Performance Notifications page in Seller Central. As a result, you may no longer sell on Amazon.com, and your listings have been removed from our site.

If you have funds in your account, they will be available after any amounts paid for A-to-z claims or chargebacks have been deducted. This usually takes about 90 days, but funds may be held longer.

You can see your balance and settlement information in the Payments section of Seller Central. If you have questions about those, please send an email to payments-funds@amazon.com.

If you want to appeal this decision, click the Appeal button next to this message on the Performance Notifications page in Seller Central (https://sellercentral.amazon.com/gp/customer-experience/perf-notifications.html).

Sincerely,

Seller Performance Team
Amazon.com
http://www.amazon.com

38