UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-5

CIVIL MINUTES - GENERAL

| Case No.: | 2:19-cv-10374-SB-E | Date: | May 20, 2022 |
|---|---|---|---|

| Title: | *Thimes Solutions Inc. v. TP Link USA Corporation et al.* |
|---|---|

| Present: The Honorable | **STANLEY BLUMENFELD, JR., U.S. District Judge** |
|---|---|

| Patricia Kim | Marea Woolrich |
|---|---|
| Relief Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Randolph Gaw (Zoom) | Caleb H. Lian |
| | Michelle Rohani |

**Proceedings:** **STATUS CONFERENCE (Held and Completed)**

    Case called and appearances made. The Court and counsel confer regarding Plaintiff's remaining claims following the Ninth Circuit's order, the timing of trial, and the possibility of settlement negotiations. The Court orders the parties to participate in early mediation **by no later than June 21, 2022**. The parties shall file a joint status report disclosing the results of the mediation **by no later than June 24, 2022 at 9:00 a.m.**

    Plaintiff shall file its Fifth Amended Complaint by no later than **May 24, 2022**, and Defendants shall file their answers by no later than **May 27, 2022**. A case management order will issue separately.

__: 10

cc: ADR

| CV-90 (12/02) | **CIVIL MINUTES – GENERAL** | Initials of Deputy Clerk PK |
|---|---|---|