RANDOLPH GAW (S.B. #223718)
 rgaw@gawpoe.com
MARK POE (S.B. #223714)
 mpoe@gawpoe.com
VICTOR MENG (S.B. #254102)
 vmeng@gawpoe.com
GAW | POE LLP
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415) 766-7451
Facsimile: (415) 737-0642

MARK SCHLACHET (*pro hac vice*)
 markschlachet@me.com
43 West 43d Street, Suite 220
New York, New York 10036
Telephone: (216) 225-7559
Facsimile: (216) 932-5390

Attorneys for Plaintiff
Thimes Solutions Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| THIMES SOLUTIONS INC.<br><br>                        Plaintiff,<br><br>        v.<br><br>TP-LINK USA CORPORATION, and AUCTION BROTHERS, INC. d/b/a AMAZZIA<br><br>                        Defendants. | Case No. 2:19-cv-10374-SB-E<br><br>**STIPULATION STRIKING EXTRANEOUS ALLEGATIONS FROM FIFTH AMENDED COMPLAINT**<br><br>Judge:      Hon. Stanley Blumenfeld, Jr.<br>Courtroom:  6C |

1      Plaintiff Thimes Solutions Inc. and Defendants TP-Link USA Corporation and Auction Brothers, Inc., by and through their respective counsel, hereby stipulate and agree as follows:

     WHEREAS, on May 20, 2022, the parties appeared before the Court for a status conference, and the Court ordered Plaintiff to file its Fifth Amended Complaint by no later than May 24, 2022 (Dkt. 169);

     WHEREAS, Plaintiff filed its Fifth Amended Complaint on May 23, 2022 (Dkt. 168);

     WHEREAS, on May 24, 2022, TP-Link USA Corporation informed Plaintiff that it intended to move to strike extraneous allegations in the Fifth Amended Complaint referencing Plaintiff's antitrust claims and the declaratory relief claim that were dismissed by the Court;

     WHEREAS, Plaintiff acknowledges that certain allegations pertaining to its antitrust claims and claim for "declaratory judgment of non infringement" had been inadvertently left in the Fifth Amended Complaint;

     WHEREAS, to conserve judicial and party resources, Plaintiff stipulated to striking the extraneous allegations from the Fifth Amended Complaint;

     IT IS THEREFORE STIPULATED AND AGREED, by and between Plaintiff Thimes Solutions Inc. and Defendants TP-Link USA Corporation and Auction Brothers, Inc., subject to Court approval, that:

1.      Extraneous allegations in the Fifth Amended Complaint (as reflected in the redline attached as Exhibit A) are STRICKEN:

         a.      Paragraph 8, portions of lines 15-19: allegations referencing subject matter jurisdiction under the Declaratory Judgement Act;

         b.      Paragraph 11, portions of lines 2-6: allegations referencing Plaintiff's antitrust Sherman Act claims;

         c.      Paragraph 49, page 16, portions of lines 6-7: allegations

referencing Plaintiff's antitrust Sherman Act claims; and

    d.    Paragraphs 72-76:  allegations concerning Plaintiff's claim for "declaratory judgment of non infringement";

    e.    Prayer, paragraph D:  Plaintiff's prayer for a declaration of non-infringement on TP-Link's intellectual property rights.

2.    The clean version of the "Amended Fifth Amended Complaint" attached as Exhibit B shall become Plaintiff's operative complaint.

3.    This Order does not otherwise affect any order issued by the Court at the status conference held on May 20, 2022.

Dated:  May 26, 2022

*s – Randolph Gaw*
Randolph Gaw
GAW | POE LLP

Attorneys for Plaintiff
Thimes Solutions Inc.

Dated:  May 26, 2022

*s – Heather F. Auyang*
Heather F. Auyang
LTL ATTORNEYS LLP

Attorneys for Defendant
TP-Link USA Corporation

Dated:  May 26, 2022

*s – M. Michelle Rohani*
M. Michelle Rohani
BURKHALTER KESSLER
CLEMENT & GEORGE LLP

Attorneys for Defendant
Auction Brothers, Inc.