1
2
3
4
5
6
7
8
9
10
11
12

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| THIMES SOLUTIONS INC.<br><br>Plaintiff,<br><br>v.<br><br>TP-LINK USA CORPORATION, and AUCTION BROTHERS, INC. d/b/a AMAZZIA<br><br>Defendants. | Case No. 2:19-cv-10374-SB-E<br><br>**[PROPOSED] ORDER ON STIPULATION STRIKING EXTRANEOUS ALLEGATIONS FROM FIFTH AMENDED COMPLAINT** |

      The parties have stipulated to striking certain extraneous allegations from Plaintiff Thimes Solutions Inc.'s Fifth Amended Complaint (Dkt. 168).  Having considered the parties' stipulation, and in the interest of judicial efficiency and conserving the resources of the parties, it is hereby ORDERED that:

      1.    The following extraneous allegations in the Fifth Amended Complaint (as reflected in the redline attached as Exhibit A) are STRICKEN:

          a.    Paragraph 8, portions of lines 15-19:  allegations referencing subject matter jurisdiction under the Declaratory Judgement Act;

          b.    Paragraph 11, portions of lines 2-6:  allegations referencing Plaintiff's antitrust Sherman Act claims;

          c.    Paragraph 49, page 16, portions of lines 6-7:  allegation referencing Plaintiff's antitrust Sherman Act claims; and

          d.    Paragraphs 72-76:  allegations concerning Plaintiff's claim for "declaratory judgment of non infringement";

          e.    Prayer, paragraph D:  Plaintiff's prayer for a declaration of non-infringement on TP-Link's intellectual property rights.

      2.    The clean version of the "Amended Fifth Amended Complaint" attached as Exhibit B shall become Plaintiff's operative complaint.

      3.    This Order does not otherwise affect any order issued by the Court at the status conference held on May 20, 2022.

      **IT IS SO ORDERED.**

Dated:  May ____, 2022

                                        Stanley Blumenfeld, Jr.
                                 United States District Court Judge