# EXHIBIT 2

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 3,175,495

Registered Nov. 21, 2006

## TRADEMARK
### PRINCIPAL REGISTER

# TP-LINK

TP-LINK TECHNOLOGIES CO., LTD. (CHINA LTD LIAB CO)
BUILDING 7, SECTION 2
HONGHUALING INDUSTRIAL PARK, NANSHAN DISTRICTTRICT
SHENZHEN, CHINA

FOR: MODEMS, OPTICAL FIBER CONVERTERS, OPTICAL TRANSMITTERS, OPTICAL RECEIVERS, OPTICAL SWITCHES, TRANSMITTERS OF ELECTRONIC SIGNALS, NETWORK SWITCHES, NETWORK HUBS, RECEIVER SERVERS, ROUTERS, VIDEOPHONES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-22-2005; IN COMMERCE 11-22-2005.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF CHINA REG. NO. 1747624, DATED 4-14-2002, EXPIRES 4-13-2012.

SN 78-662,345, FILED 7-1-2005.

MARIA-VICTORIA SUAREZ, EXAMINING ATTORNEY