**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Thimes Solutions Inc. | CASE NUMBER |
| Plaintiff(s) | 2:19-cv-10374-SB (Ex) |
| v. | |
| TP-Link USA Corporation, et. al. | ~~(PROPOSED)~~ ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |
| Defendant(s) | |

The Court hereby orders that the request of:

TP-Link USA Corporation ☐ Plaintiff ☒ Defendant ☐ Other
*Name of Party*

to substitute Joedat H. Tuffaha of LTL Attorneys LLP who is

☒ Retained Counsel ☐ Counsel appointed by the Court (Criminal cases only) ☐ Pro Se

300 South Grand Ave., 14th Floor
*Street Address*

Los Angeles, California 90071 joe.tuffaha@ltlattorneys.com
*City, State, Zip* *E-Mail Address*

213-612-8900 213-612-3773 253723
*Telephone Number* *Fax Number* *State Bar Number*

as attorney of record instead of Tiffany K. Sung and Stephen R. Smerek
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby** ☒ **GRANTED** ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated June 1, 2022

U. S. District Judge/U.S. Magistrate Judge