# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Thimes Solutions Inc.<br><br>Plaintiff(s)<br><br>v.<br><br>TP-Link USA Corporation, et al.<br><br>Defendant(s) | CASE NUMBER<br><br>2:19-cv-10374-SB (Ex)<br><br>ORDER ON REQUEST FOR APPROVAL<br>OF SUBSTITUTION OR WITHDRAWAL<br>OF ATTORNEY |

The Court hereby orders that the request of:

Thimes Solutions Inc.　　　　　　　　☒ Plaintiff　☐ Defendant　☐ Other
*Name of Party*

to substitute  Randolph Gaw　　　　　　　　　　　　　　　　　　　　　who is

☒ Retained Counsel　　☐ Counsel appointed by the Court (Criminal cases only)　　☐ Pro Se

4 Embarcadero Center, Suite 1400
*Street Address*

San Francisco, CA 94111　　　　　　　　　rgaw@gawpoe.com
*City, State, Zip*　　　　　　　　　　　　　*E-Mail Address*

415.766.7451　　　　　415.737.0642　　　　　223718
*Telephone Number*　　　*Fax Number*　　　　*State Bar Number*

as attorney of record instead of  Christopher James Hammond
　　　　　　　　　　　　　*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby**　　☒ GRANTED　　☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated  June 1, 2022　　　　　　　　　　　　　／s／ *[signature]*
　　　　　　　　　　　　　　　　　　　　　　　　U. S. District Judge

G-01 ORDER (09/17)　　(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY