RANDOLPH GAW (S.B. #223718)
rgaw@gawpoe.com
MARK POE (S.B. #223714)
mpoe@gawpoe.com
VICTOR MENG (S.B. #254102)
vmeng@gawpoe.com
GAW | POE LLP
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415) 766-7451
Facsimile: (415) 737-0642

MARK SCHLACHET (*pro hac vice*)
markschlachet@me.com
43 West 43d Street, Suite 220
New York, New York 10036
Telephone: (216) 225-7559
Facsimile: (216) 932-5390

Attorneys for Plaintiff
Thimes Solutions Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| THIMES SOLUTIONS INC.<br><br>    Plaintiff,<br><br>  v.<br><br>TP-LINK USA CORPORATION, and AUCTION BROTHERS, INC. d/b/a AMAZZIA<br><br>    Defendants. | Case No. 2:19-cv-10374-SB-E<br><br>**STIPULATION REGARDING PROPOSED EXTENSION OF EARLY MEDIATION DEADLINE**<br><br>Judge:    Hon. Stanley Blumenfeld, Jr.<br>Courtroom:  6C |

1  Plaintiff Thimes Solutions Inc. and Defendants TP-Link USA Corporation
2 and Auction Brothers, Inc., by and through their respective counsel, hereby
3 stipulate and agree as follows:
4  WHEREAS, on May 20, 2022, the Court issued a case management order
5 setting an early mediation deadline of June 21, 2022 for the parties (Dkt. 170);
6  WHEREAS, due to the conflicting schedules of three different parties, their
7 counsel, and the preferred mediator, the parties are unable to hold a mediation on
8 or before June 21, 2022;
9  WHEREAS, the parties, their counsel, and their preferred mediator are
10 available to attend a full day mediation on June 30, 2022 and have set aside that
11 date for the mediation;
12  IT IS THEREFORE STIPULATED AND AGREED, by and between
13 Plaintiff Thimes Solutions Inc. and Defendants TP-Link USA Corporation and
14 Auction Brothers, Inc., that the parties jointly request that the Court modify the
15 case management order to continue the early mediation deadline from June 21,
16 2022 to June 30, 2022.

18 Dated: June 14, 2022

_s – Randolph Gaw_
Randolph Gaw
GAW | POE LLP

Attorneys for Plaintiff
Thimes Solutions Inc.

23 Dated: June 14, 2022

_s – Heather F. Auyang_
Heather F. Auyang
LTL ATTORNEYS LLP

Attorneys for Defendant
TP-Link USA Corporation

-1-

STIPULATION RE PROPOSED EXTENSION OF EARLY
MEDIATION DEADLINE
CASE NO. 2:19-CV-10374-SB-E

| | |
|---|---|
| 1 | |
| 2 | Dated:  June 14, 2022        *s – M. Michelle Rohani* |
| | M. Michelle Rohani |
| 3 | BURKHALTER KESSLER |
| | CLEMENT & GEORGE LLP |
| 4 | |
| | Attorneys for Defendant |
| 5 | Auction Brothers, Inc. |