1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

16
17
18
19
20
21
22

| THIMES SOLUTIONS INC. | Case No. 2:19-cv-10374-SB-E |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER EXTENDING EARLY MEDIATION DEADLINE** |
| v. | |
| TP-LINK USA CORPORATION, and AUCTION BROTHERS, INC. d/b/a AMAZZIA | |
| Defendants. | |

23
24
25
26
27
28

1

1  The parties have stipulated to and request an order modifying the Court's
2  Case Management Order (Dkt. 170) to continue the early mediation deadline from
3  June 21, 2022 to June 30, 2022. Good cause having been shown, the Court grants
4  this request. The Case Management Order is otherwise unmodified.
5  **IT IS SO ORDERED.**

7  Dated: June ____, 2022

   _____
8  Stanley Blumenfeld, Jr.
   United States District Court Judge