| | |
|---|---|
| RANDOLPH GAW (S.B. #223718)<br>rgaw@gawpoe.com<br>MARK POE (S.B. #223714)<br>mpoe@gawpoe.com<br>VICTOR MENG (S.B. #254102)<br>vmeng@gawpoe.com<br>GAW | POE LLP<br>4 Embarcadero Center, Suite 1400<br>San Francisco, CA 94111<br>Telephone: (415) 766-7451<br>Facsimile: (415) 737-0642<br><br>Attorneys for Plaintiff<br>Thimes Solutions Inc. | MARK SCHLACHET (*pro hac vice*)<br>markschlachet@me.com<br>43 West 43d Street, Suite 220<br>New York, New York 10036<br>Telephone: (216) 225-7559<br>Facsimile: (216) 932-5390 |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| THIMES SOLUTIONS INC.<br><br>    Plaintiff,<br><br>  v.<br><br>TP-LINK USA CORPORATION, and AUCTION BROTHERS, INC. d/b/a AMAZZIA<br><br>    Defendant. | Case No. 2:19-cv-10374-SB-E<br><br>**DISCOVERY MATTER**<br><br>Date: July 8, 2022<br>Time: 9:30 am<br>Courtroom: 750, 7th Floor<br><br>**PLAINTIFF'S NOTICE OF MOTION TO COMPEL DEFENDANT AUCTION BROTHERS TO PRODUCE DOCUMENTS**<br><br>Discovery Cutoff:  Sept. 30, 2022<br>Pretrial Conference:  Dec. 30, 2022<br>Trial Date:  Jan. 9, 2023<br><br>Complaint Filed: May 29, 2019<br>Am. 5th Am. Com. Filed: May 27, 2022 |

1  TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF
2  RECORD:
3       PLEASE TAKE NOTICE THAT on July 8, 2022 at 9:30 a.m., or as soon
4  thereafter as counsel may be heard, before the Honorable Charles F. Eick,
5  Magistrate Judge of the United States District Court, Central District of California,
6  located at 255 East Temple Street, Los Angeles, California 90012, Courtroom 750,
7  7th Floor, plaintiff Thimes Solutions Inc. will and hereby does move
8  pursuant to Federal Rule of Civil Procedure 34 and Local Rule 37-2 for an
9  order compelling defendant Auction Brothers to:
10      1.    Produce documents responsive to Plaintiff's first set of requests for
11  production.
12      2.    Cooperate with Plaintiff's counsel in the identification, collection, and
13  production of ESI by disclosing the sources and custodians from which it is
14  collecting ESI, as well as the search terms Auction Brothers is applying, and
15  permitting Plaintiff to file a motion relating to those issues on shortened notice if
16  the parties do not agree as to the proper measures for ESI.
17      3.    Requiring Auction Brothers to complete its document production by
18  July 18, 2022.
19      4.    Awarding monetary sanctions in the amount of $1,000.
20      Good cause exists to grant this motion. Plaintiff's document requests are
21  relevant to the issues in this lawsuit. In addition, Auction Brother's refusal to
22  cooperate with ESI is contrary to the Sedona' Conference's principles encouraging
23  "cooperative, collaborative, and transparent discovery." Additionally, the July 18,
24  2022 completion date is necessary given the fact and expert discovery deadline of
25  September 30, 222 and the expert disclosure deadline of August 1, 2022.
26  Moreover, sanctions are warranted because any opposition to this motion would not
27  be substantially justified.
28      This motion is based upon this notice of motion, the concurrently submitted

1  Joint Stipulation, the declaration of Victor Meng the pleadings and other materials
2  on file in this action, and such other matters that this Court may consider at or
3  before any hearing on this motion. A proposed order is submitted concurrently
4  herewith.

5

6  Dated:  June 14, 2022          GAW | POE LLP

7                                  By:  /s/ Randolph Gaw
8                                       RANDOLPH GAW (S.B. #223718)
9                                        rgaw@gawpoe.com
                                        GAW | POE LLP
10                                      4 Embarcadero, Suite 1400
                                        San Francisco, CA 94111
11                                      Telephone: (415) 766-7451
12                                      Facsimile: (415) 737-0642

13                                      Attorneys for Plaintiff Thimes Solutions

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28