| | |
|---|---|
| RANDOLPH GAW (S.B. #223718) | MARK SCHLACHET (*pro hac vice*) |
| rgaw@gawpoe.com | markschlachet@me.com |
| MARK POE (S.B. #223714) | 43 West 43d Street, Suite 220 |
| mpoe@gawpoe.com | New York, New York 10036 |
| VICTOR MENG (S.B. #254102) | Telephone: (216) 225-7559 |
| vmeng@gawpoe.com | Facsimile: (216) 932-5390 |
| GAW | POE LLP | |
| 4 Embarcadero Center, Suite 1400 | |
| San Francisco, CA 94111 | |
| Telephone: (415) 766-7451 | |
| Facsimile: (415) 737-0642 | |

Attorneys for Plaintiff
Thimes Solutions Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| THIMES SOLUTIONS INC. | Case No. 2:19-cv-10374-SB-E |
| Plaintiff, | **DISCOVERY MATTER** |
| v. | Date: July 8, 2022 |
| TP-LINK USA CORPORATION, and AUCTION BROTHERS, INC. d/b/a AMAZZIA | Time: 9:30 am |
| | Courtroom: 750, 7th Floor |
| Defendant. | **PLAINTIFF'S NOTICE OF MOTION TO COMPEL DEFENDANT TP-LINK TO PRODUCE DOCUMENTS** |
| | Discovery Cutoff: Sept. 30, 2022 |
| | Pretrial Conference: Dec. 30, 2022 |
| | Trial Date: Jan. 9, 2023 |
| | Complaint Filed: May 29, 2019 |
| | Am. 5th Am. Com. Filed: May 27, 2022 |

| | |
|---|---|
| 1 | TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF |
| 2 | RECORD: |
| 3 |      PLEASE TAKE NOTICE THAT on July 8, 2022 at 9:30 a.m., or as soon |
| 4 | thereafter as counsel may be heard, before the Honorable Charles F. Eick, |
| 5 | Magistrate Judge of the United States District Court, Central District of California, |
| 6 | located at 255 East Temple Street, Los Angeles, California 90012, Courtroom 750, |
| 7 | 7th Floor, plaintiff Thimes Solutions Inc. will and hereby does move |
| 8 | pursuant to Federal Rule of Civil Procedure 34 and Local Rule 37-2 for an |
| 9 | order compelling defendant TP-Link USA Corporation to: |
| 10 |     1.    Produce documents responsive to Plaintiff's first set of requests for |
| 11 | production. |
| 12 |     2.    Cooperate with Plaintiff's counsel in the identification, collection, and |
| 13 | production of ESI by disclosing the sources and custodians from which it is |
| 14 | collecting ESI, as well as the search terms TP-Link is applying, and permitting |
| 15 | Plaintiff to file a motion relating to those issues on shortened notice if the parties do |
| 16 | not agree as to the proper measures for ESI. |
| 17 |     3.    Requiring TP-Link to complete its document production by July 18, |
| 18 | 2022. |
| 19 |     4.    Awarding monetary sanctions in the amount of $2,700. |
| 20 |     Good cause exists to grant this motion.  Plaintiff's document requests are |
| 21 | relevant to the issues in this lawsuit.  In addition, TP-Link's refusal to cooperate |
| 22 | with ESI is contrary to the Sedona' Conference's principles encouraging |
| 23 | "cooperative, collaborative, and transparent discovery."  Additionally, the July 18, |
| 24 | 2022 completion date is necessary given the fact and expert discovery deadline of |
| 25 | September 30, 222 and the expert disclosure deadline of August 1, 2022. |
| 26 | Moreover, sanctions are warranted because any opposition to this motion would not |
| 27 | be substantially justified. |
| 28 |     This motion is based upon this notice of motion, the concurrently submitted |

1  Joint Stipulation, the declaration of Victor Meng the pleadings and other materials
2  on file in this action, and such other matters that this Court may consider at or
3  before any hearing on this motion. A proposed order is submitted concurrently
4  herewith.

6  Dated: June 15, 2022          GAW | POE LLP

              By:   /s/ Randolph Gaw

                    RANDOLPH GAW (S.B. #223718)
                     rgaw@gawpoe.com
                    GAW | POE LLP
                    4 Embarcadero, Suite 1400
                    San Francisco, CA 94111
                    Telephone: (415) 766-7451
                    Facsimile: (415) 737-0642

                    Attorneys for Plaintiff Thimes Solutions