1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

16
17
18
19
20
21
22

| | |
|---|---|
| THIMES SOLUTIONS INC.<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TP-LINK USA CORPORATION, and AUCTION BROTHERS, INC. d/b/a AMAZZIA<br><br>　　　　Defendants. | Case No. 2:19-cv-10374-SB-E<br><br>**ORDER EXTENDING EARLY MEDIATION DEADLINE** |

23
24
25
26
27
28

The parties have stipulated to and request an order modifying the Court's Case Management Order (Dkt. 170) to continue the early mediation deadline from June 21, 2022 to June 30, 2022. Good cause having been shown, the Court grants this request. The Case Management Order is otherwise unmodified.

**IT IS SO ORDERED.**

Dated: June 15, 2022

Stanley Blumenfeld, Jr.
United States District Judge

-1-