1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| THIMES SOLUTIONS INC. | Case No. 2:19-cv-10374-SB-E |
| Plaintiff, | **[PROPOSED] ORDER ON THIMES SOLUTIONS INC.'S MOTION TO STRIKE PARAGRAPH 9 OF TP-LINK USA CORPORATION'S COUNTERCLAIM** |
| v. | |
| TP-LINK USA CORPORATION, and AUCTION BROTHERS, INC. d/b/a AMAZZIA | |
| Defendants. | |

1    Having considered plaintiff Thimes Solutions Inc.'s motion to strike

2    paragraph 9 of defendant TP-Link USA Corporations counterclaim (ECF No. 175

3    at 13 of 19), and having considered TP-Link USA Corporation's papers in

4    opposition thereto, it is hereby ORDERED that:

5         1.    Plaintiff Thimes Solutions Inc.'s motion is granted; and

6         2.    Paragraph 9 of defendant TP-Link USA Corporation's counterclaim

7    (ECF No. 175 at 13 of 19) is STRICKEN.

8

9    **IT IS SO ORDERED.**

10

11   Dated:  July _____, 2022    _____

12                                            Stanley Blumenfeld, Jr.
                                             United States District Court Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RE MOTION TO STRIKE
PARAGRAPH 9 OF TP-LINK'S COUNTERCLAIM
CASE NO. 2:19-CV-10374-SB-E