1  LTL ATTORNEYS LLP
   Joe H. Tuffaha (SBN 253723)
2    joe.tuffaha@ltlattorneys.com
3  Prashanth Chennakesavan (SBN 284022)
     prashanth.chennakesavan@ltlattorneys.com
4  Heather F. Auyang (SBN 191776)
     heather.auyang@ltlattorneys.com
5  Patice A. Gore (SBN 258776)
     patice.gore@ltlattorneys.com
6  300 South Grand Ave., 14th Floor
7  Los Angeles, CA 90071
   Tel: (213) 612-8900
8  Fax: (213) 612-3773

9  Attorneys for Defendant and
10 Counterclaimant TP-Link USA Corporation

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| THIMES SOLUTIONS INC., | CASE NO.: 2:19-cv-10374-SB-E |
| Plaintiff, | **DECLARATION OF HEATHER F. AUYANG IN SUPPORT OF TP-LINK USA'S OPPOSITION TO THIMES'S MOTION TO STRIKE** |
| v. | |
| TP-LINK USA CORPORATION, and AUCTION BROTHERS, INC. d/b/a AMAZZIA, | |
| Defendants. | |
| TP-LINK USA CORPORATION, | |
| Counterclaimant, | |
| v. | |
| THIMES SOLUTIONS INC., | |

No. 2:19-cv-10374-SB-E
AUYANG DECLARATION ISO TP-LINK'S OPPOSITION TO STRIKE

Counter-Defendant.

**DECLARATION OF HEATHER F. AUYANG**

I, Heather F. Auyang, hereby declare and state as follows:

1.  I submit this Declaration in support of TP-Link USA Corporation's Opposition to Thimes's Motion to Strike Paragraph 9 of TP-Link's Counterclaim. I am an attorney admitted to practice before this Court and am a partner with LTL Attorneys LLP, counsel of record for Defendant and Counterclaimant TP-Link USA Corporation in the above-captioned case. I submit this Declaration based upon my personal knowledge, and if called as a witness could and would testify to the matters set forth.

2.  On June 18, 2022, I visited Avraham Eisenberg LinkedIn webpage located at https://www.linkedin.com/in/avraham-eisenberg-1a909b107/. I printed a true and correct copy of this webpage, which is attached hereto as **Exhibit A**.

3.  During the parties' Local Rule 7-3 conference to discuss Thimes's motion to strike, I explained to Thimes's counsel that Paragraph 9 relates to injury to TP-Link's reputation and goodwill, which have a direct relation to TP-Link's counterclaim.

I declare under penalty of perjury that the foregoing is true and correct. Executed June 24, 2022 in Mill Valley, California.

By: */s/ Heather F. Auyang*