# EXHIBIT A



Avraham Eisenberg







# Avraham Eisenberg

.
United States · 58 connections

Sign in to connect

 Thimes Solutions Inc

## Experience



**Founder and CEO**
Thimes Solutions Inc
Nov 2016 - Dec 2020 · 4 years 2 months
New York, United States

## Education

Auyang Declaration Exhibit A - page 2

 Avraham Eisenberg 

2015 - 2019

 **Yeshiva University**
Bachelor's degree · Mathematics
2015 - 2019

## View Avraham's full profile

- See who you know in common
- Get introduced
- Contact Avraham directly

Sign in to view full profile

## Add new skills with these courses

 Root Cause Analysis: Getting to the Root of Business Problems

 Selling into Industries: Retail and Consumer Products

 Retail Sales Management

See all courses

## Avraham's public profile badge

Include this LinkedIn profile on other websites



Auyang Declaration Exhibit A - page 3

Case 2:19-cv-10374-SB-E    Document 188-2    Filed 06/24/22    Page 4 of 4    Page ID #:2414

 Avraham Eisenberg 

View profile

View profile badges

LinkedIn © 2022

| | |
|---|---|
| Accessibility | About |
| Privacy Policy | User Agreement |
| Copyright Policy | Cookie Policy |
| Guest Controls | Brand Policy |
| Language | Community Guidelines |

Auyang Declaration Exhibit A - page 4