RANDOLPH GAW (S.B. #223718)
 rgaw@gawpoe.com
MARK POE (S.B. #223714)
 mpoe@gawpoe.com
VICTOR MENG (S.B. #254102)
 vmeng@gawpoe.com
GAW | POE LLP
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415) 766-7451
Facsimile: (415) 737-0642

MARK SCHLACHET (*pro hac vice*)
 markschlachet@me.com
43 West 43d Street, Suite 220
New York, New York 10036
Telephone: (216) 225-7559
Facsimile: (216) 932-5390

Attorneys for Plaintiff
Thimes Solutions Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| THIMES SOLUTIONS INC.<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>TP-LINK USA CORPORATION, and AUCTION BROTHERS, INC. d/b/a AMAZZIA<br><br>　　　　　Defendant. | Case No. 2:19-CV-10374-SB-E<br><br>**THIMES SOLUTIONS INC.'S NOTICE OF WAIVER OF ORAL ARGUMENT RE MOTION TO STRIKE PARAGRAPH 9 OF TP-LINK USA CORPORATION'S COUNTERCLAIM**<br><br>**[LOCAL RULE 7-15]**<br><br>Date:　　　July 15, 2022<br>Time:　　　8:30 am<br>Courtroom: 6C |

# NOTICE OF WAIVER OF ORAL ARGUMENT

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, pursuant to Local Rule 7-15 and subject to Court approval, plaintiff Thimes Solutions Inc. hereby waives oral argument in support of its motion to strike paragraph 9 of defendant TP-Link USA Corporation's counterclaim (ECF No. 175 at 13 of 19), currently noticed for hearing before the Court on July 15, 2022 at 8:30 a.m.

Dated: July 1, 2022

GAW | POE LLP

By: /s/ Victor Meng
Victor Meng

Attorneys for Plaintiff
Thimes Solutions Inc.

- 1 -

LR 7-15 WAIVER OF ORAL ARGUMENT
RE MOTION TO STRIKE
CASE NO. 2:19-CV-10374-SB-EX