AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Central — **District of** — California

THIMES SOLUTIONS INC.

Plaintiff (s),

V.

TP-LINK USA CORPORATION, and
AUCTION BROTHERS, INC. d/b/a AMAZZIA

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:19-cv-10374-SB-E

Notice is hereby given that, subject to approval by the court, AUCTION BROTHERS, INC. d/b/a AMAZZIA substitutes
(Party (s) Name)

Christopher L. Frost , State Bar No. 200336 as counsel of record in
(Name of New Attorney)

place of Joshua A. Waldman and M. Michelle Rohani, Burkhalter Kessler Clement & George LLP .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Weinberg Gonser Frost LLP
Address: 10866 Wilshire Blvd., Ste. 1650, Los Angeles, CA 90024
Telephone: (424) 407-4122        Facsimile:
E-Mail (Optional): Chris@WFGcounsel.com

I consent to the above substitution.

Date: July 25, 2022

AUCTION BROTHERS, INC. d/b/a AMAZZIA

/s/ Auction Brothers, Inc. d/b/a/ Amazzia
(Signature of Party (s))

I consent to being substituted.

Date: July 25, 2022

Burkhalter Kessler Clement & George LLP

/s/ Burkhalter Kessler Clement & George LLP
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: July 25, 2022

/s/ Christopher L. Frost
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]