# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THIMES SOLUTIONS INC.<br><br>Plaintiff(s),<br><br>v.<br><br>TP LINK USA CORPORATION, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:19–cv–10374–SB–E<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   __7/25/2022__

Document Number(s):   __196__

Title of Document(s):   __Proposed Consent Order Granting Substitution of Attorney__

**ERROR(S) WITH DOCUMENT:**

This document tendered for the judge's approval should have been submitted as a separate PDF attachment to a Notice of Lodging, Local Rule 5–4.4.1. The line provided for the party's representative's signature lacks a name and instead has the name of the corporate defendant in its place. The line provided for the "former" counsel lacks the signature of an attorney and instead has the name of the firm.

Other:

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: __July 27, 2022__          By: __/s/ *Grace Kami*  grace_kami@cacd.uscourts.gov__
                                                Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G–112A(05/19) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(05/19) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS