# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THIMES SOLUTIONS INC.<br><br>Plaintiff(s),<br><br>v.<br><br>TP LINK USA CORPORATION, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:19-cv-10374-SB-E<br><br>**RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| July 25, 2022 | 196 | Proposed Consent Order Granting Substitution of Attorney |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

The document (Dkt. No. [196]) is stricken without prejudice to refiling in accordance with the deficiencies listed at Dkt. No. [198]. The filer may file a new request that complies with the deficiencies noted by the Court as well as the Court's prior order at Dkt. No. [197].

Clerk, U.S. District Court

Dated: July 28, 2022     By:  /s/ *Jennifer Graciano*
                                                Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*