CHRISTOPHER FROST, SBN 200336
chris@wgfcounsel.com
ASHLEY MORRIS, SBN 225455
ashley@wgfcounsel.com
WEINBERG GONSER FROST LLP
10866 Wilshire Blvd., Suite 1650
Los Angeles, CA 90024
Telephone: (424) 239-2851
Facsimile: (424) 238-3060

Attorneys for Defendant,
AUCTION BROTHERS, INC.
dba AMAZZIA

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

THIMES SOLUTIONS INC.,

Plaintiff,

vs.

TP-LINK USA CORPORATION, and AUCTION BROTHERS, INC. d/b/a AMAZZIA,

Defendants.

TP-LINK USA CORPORATION,

Counterclaimant,

vs.

THIMES SOLUTIONS INC.,

Counter-Defendant.

**Case No.: 2:19-CV-10374-SB-E**

**DEFENDANT AUCTION BROTHERS, INC. d/b/a AMAZZIA'S NOTICE OF LODGING CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Local Rule 5-4.4.1, Defendant Auction Brothers, Inc. d/b/a Amazzia hereby Lodges a Consent Order Granting Substitution of Attorney.

DATED: August 2, 2022

**WEINBERG GONSER FROST LLP**

By: ______________________________
Christopher Frost
Ashley Morris

Attorneys for Defendant,
AUCTION BROTHERS, INC. dba AMAZZIA

**CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2022, I caused a true and correct copy of the foregoing **DEFENDANT AUCTION BROTHERS, INC. d/b/a AMAZZIA'S NOTICE OF LODGING CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** to be served via the CM/ECF System on the following:

Randolph Gaw
Mark Poe
Victor Meng
**GAW | POE LLP**
4 Embarcadero Center, Suite 1400
San Francisco, CA 9411
Email: rgaw@gawpoe.com
Email: mpoe@gawpoe.com
Email: vmeng@gawpoe.com

Mark Schlachet
**LAW OFFICE OF MARK SCHLACHET**
43 West 43rd Street, Suite 220
New York, NY 10036
Email: markschlachet@me.com

Caleb H. Liang
Heather F. Auyang
Joedat H. Tuffaha
Patice A. Gore
Prashanth Chennakesavan
**LTL ATTORNEYS**
300 South Grand Ave, 14th Fl.
Los Angeles, CA 90071
Email: caleb.liang@ltlattorneys.com
Email: heather.auyang@ltlattorneys.com
Email: joe.tuffaha@ltlattorneys.com
Email: patice.gore@ltlattorneys.com
Email: prashanth.chennakesavan@ltlattorneys.com

///

///

Joshua A. Waldman
Mahsa Michelle Rohani
Daniel Kessler
**BURKHALTER KESSLER CLEMENT & GEORGE LLP**
2020 Main Street, Suite 600
Irvine, CA 92614
Email: jwaldman@bkcglaw.com
Email: mrohani@bkcglaw.com
Email: dkessler@bkcglaw.com

By: ______________________
DEBORA DURAN
*Paralegal*