1  CHRISTOPHER FROST, SBN 200336
   chris@wgfcounsel.com
2  ASHLEY MORRIS, SBN 225455
   ashley@wgfcounsel.com
3  WEINBERG GONSER FROST LLP
   10866 Wilshire Blvd., Suite 1650
4  Los Angeles, CA 90024
   Telephone: (424) 239-2851
5  Facsimile: (424) 238-3060

6  Attorneys for Defendant,
   AUCTION BROTHERS, INC.
7  dba AMAZZIA

8

9                    UNITED STATES DISTRICT COURT

10                  CENTRAL DISTRICT OF CALIFORNIA

11 THIMES SOLUTIONS INC.,              Case No.: 2:19-CV-10374-SB-E

12                     Plaintiff,
                                       DECLARATION OF
13        vs.                          CHRISTOPHER FROST IN
                                       SUPPORT OF SUBSTITUTION OF
14 TP-LINK USA CORPORATION, and        COUNSEL AND TO ADVISE OF
   AUCTION BROTHERS, INC. d/b/a        CONDITIONAL SETTLEMENT
15 AMAZZIA,

16                     Defendants.

17
   ─────────────────────────────
18 TP-LINK USA CORPORATION,

19                     Counterclaimant,

20        vs.

21 THIMES SOLUTIONS INC.,

22                     Counter-Defendant.

23 ─────────────────────────────

24

25 ///

26 ///

27 ///

28 ///

## DECLARATION OF CHRISTOPHER FROST

I, CHRISTOPHER FROST, hereby declare:

1.       I am the Chair of Litigation and Name Partner with Weinberg Gonser Frost, LLP ("WGF"), proposed substitute counsel of record in this action to defendant Auction Brothers, d/b/a Amazzia ("Amazzia"). The facts stated herein are of my own personal knowledge, and if called upon to do so, I could and would testify competently thereto.

2.       When WGF first submitted its substitution of counsel to this Court, the Court requested Amazzia submit a declaration evidencing that the substitution would not create any delays in the litigation. Far from creating delays, I am pleased to report that WGF has now negotiated a settlement with the plaintiff in this action. The settlement will be the subject of an anticipated motion for determination of good faith settlement and in that context, the details of the settlement will be made known to the Court. In short, the settlement provides for a single payment and dismissal of Amazzia, with mutual general releases.

3.       In light of the foregoing, Amazzia requests that its proposed substitution of counsel (resubmitted herewith) be approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: August 2, 2022                     By:   _____
                                                          Christopher Frost

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2022, I caused a true and correct copy of the foregoing **DECLARATION OF CHRISTOPHER FROST IN SUPPORT OF SUBSTITUTION OF COUNSEL AND TO ADVISE OF CONDITIONAL SETTLEMENT** to be served via the CM/ECF System on the following:

Randolph Gaw
Mark Poe
Victor Meng
**GAW | POE LLP**
4 Embarcadero Center, Suite 1400, San Francisco, CA 9411
Email: rgaw@gawpoe.com
Email: mpoe@gawpoe.com
Email: vmeng@gawpoe.com

Mark Schlachet
**LAW OFFICE OF MARK SCHLACHET**
43 West 43rd Street, Suite 220, New York, NY 10036
Email: markschlachet@me.com

Caleb H. Liang
Heather F. Auyang
Joedat H. Tuffaha
Patice A. Gore
Prashanth Chennakesavan
**LTL ATTORNEYS**
300 South Grand Ave, 14th Fl., Los Angeles, CA 90071
Email: caleb.liang@ltlattorneys.com
Email: heather.auyang@ltlattorneys.com
Email: joe.tuffaha@ltlattorneys.com
Email: patice.gore@ltlattorneys.com
Email: prashanth.chennakesavan@ltlattorneys.com

Joshua A. Waldman
Mahsa Michelle Rohani
Daniel Kessler
**BURKHALTER KESSLER CLEMENT & GEORGE LLP**
2020 Main Street, Suite 600, Irvine, CA 92614
Email: jwaldman@bkcglaw.com
Email: mrohani@bkcglaw.com
Email: dkessler@bkcglaw.com

2:19-cv-10374-SB-E
**DECLARATION OF CHRISTOPHER FROST**

By: _____
DEBORA DURAN
*Paralegal*

**DECLARATION OF CHRISTOPHER FROST**