1   CHRISTOPHER FROST, SBN 200336
    chris@wgfcounsel.com
2   ASHLEY MORRIS, SBN 225455
    ashley@wgfcounsel.com
3   WEINBERG GONSER FROST LLP
    10866 Wilshire Blvd., Suite 1650
4   Los Angeles, CA 90024
    Telephone: (424) 239-2851
5   Facsimile: (424) 238-3060

6   Attorneys for Defendant,
    AUCTION BROTHERS, INC.
7   dba AMAZZIA

8

9                  **UNITED STATES DISTRICT COURT**

10               **CENTRAL DISTRICT OF CALIFORNIA**

11   THIMES SOLUTIONS INC.,         **Case No.: 2:19-CV-10374-SB-E**

12              Plaintiff,

13      vs.                     **NOTICE OF CONDITIONAL**
                              **SETTLEMENT**

14   TP-LINK USA CORPORATION, and
    AUCTION BROTHERS, INC. d/b/a
15   AMAZZIA,

16             Defendants.

17

18   TP-LINK USA CORPORATION,

19             Counterclaimant,

20      vs.

21   THIMES SOLUTIONS INC.,

22             Counter-Defendant.

23

24

25   ///

26   ///

27   ///

28   ///

**TO THE COURT AND ALL PARTIES OF RECORD:**

PLEASE BE ADVISED THAT Plaintiff Thimes Solutions Inc. and Defendant Auction Brothers d/b/a Amazzia have reached a settlement of the disputes between them, that is conditioned only on a good faith approval of the settlement agreement. A motion for good faith settlement with follow shortly.

DATED: August 2, 2022                                    **WEINBERG GONSER FROST LLP**

By: _____
Christopher Frost
Ashley Morris

Attorneys for Defendant,
AUCTION BROTHERS, INC.
dba AMAZZIA

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2022, I caused a true and correct copy of the foregoing **NOTICE OF CONDITIONAL SETTLEMENT** to be served via the CM/ECF System on the following:

Randolph Gaw
Mark Poe
Victor Meng
**GAW | POE LLP**
4 Embarcadero Center, Suite 1400, San Francisco, CA 9411
Email: rgaw@gawpoe.com
Email: mpoe@gawpoe.com
Email: vmeng@gawpoe.com

Mark Schlachet
**LAW OFFICE OF MARK SCHLACHET**
43 West 43rd Street, Suite 220, New York, NY 10036
Email: markschlachet@me.com

Caleb H. Liang
Heather F. Auyang
Joedat H. Tuffaha
Patice A. Gore
Prashanth Chennakesavan
**LTL ATTORNEYS**
300 South Grand Ave, 14th Fl., Los Angeles, CA 90071
Email: caleb.liang@ltlattorneys.com
Email: heather.auyang@ltlattorneys.com
Email: joe.tuffaha@ltlattorneys.com
Email: patice.gore@ltlattorneys.com
Email: prashanth.chennakesavan@ltlattorneys.com

Joshua A. Waldman
Mahsa Michelle Rohani
Daniel Kessler
**BURKHALTER KESSLER CLEMENT & GEORGE LLP**
2020 Main Street, Suite 600, Irvine, CA 92614
Email: jwaldman@bkcglaw.com
Email: mrohani@bkcglaw.com
Email: dkessler@bkcglaw.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By: _____

DEBORA DURAN

*Paralegal*

**NOTICE OF CONDITIONAL SETTLEMENT**