LTL ATTORNEYS LLP
Joe H. Tuffaha (SBN 253723)
  joe.tuffaha@ltlattorneys.com
Prashanth Chennakesavan (SBN 284022)
  prashanth.chennakesavan@ltlattorneys.com
Heather F. Auyang (SBN 191776)
  heather.auyang@ltlattorneys.com
Patice A. Gore (SBN 258776)
  patice.gore@ltlattorneys.com
300 South Grand Ave., 14th Floor
Los Angeles, CA 90071
Tel: (213) 612-8900
Fax: (213) 612-3773

Attorneys for Defendant and
Counterclaimant TP-Link USA Corporation

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| THIMES SOLUTIONS INC., <br><br> Plaintiff, <br><br> v. <br><br> TP-LINK USA CORPORATION, and AUCTION BROTHERS, INC. d/b/a AMAZZIA, <br><br> Defendants. | CASE NO.: 2:19-cv-10374-SB-E <br><br> **DISCOVERY MATTER** <br><br> **TP-LINK USA'S NOTICE OF MOTION TO COMPEL DISCOVERY** <br><br> Date: August 26, 2022 <br> Time: 9:30 a.m. <br> Courtroom: 750, 7th Floor <br><br> Discovery Cut-Off:     Sept. 30, 2022 <br> Pretrial Conference:   Dec. 30, 2022 <br> Trial Date:            Jan. 9, 2023 <br><br> Complaint Filed:       May 29, 2019 <br> Amended 5th Amended <br> Complaint Filed        May 27, 2022 |

No. 2:19-cv-10374-SB-E
TP-LINK USA'S NOTICE OF MOTION TO COMPEL

| | |
|---|---|
| 1 | TP-LINK USA CORPORATION, |
| 2 | |
| | Counterclaimant, |
| 3 | |
| 4 | v. |
| 5 | THIMES SOLUTIONS INC., |
| 6 | |
| | Counter-Defendant. |
| 7 | |

# NOTICE OF MOTION

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that on August 26, 2022 at 9:30 a.m., or as soon thereafter as the parties may be heard, at the Roybal Federal Building and United States Courthouse located at 255 East Temple Street, Los Angeles, California 90012, Courtroom 750, 7th Floor, before the Honorable Charles F. Eick, Defendant and Counterclaimant TP-Link USA Corporation ("TP-Link") will and hereby does move pursuant to Federal Rules of Civil Procedure 33 and 34 and Local Rule 37-2 for an order compelling Plaintiff and Counter-Defendant Thimes Solutions Inc. ("Thimes") to:

1.   respond to TP-Link's Requests for Production, Set One;

2.   respond to TP-Link's Interrogatories, Set One;

3.   produce ESI as the information and documents is kept in the usual course of business as required by Rule 34(B)(2)(E), including load files with the original metadata; and

4.   require Thimes to supplement its responses and complete document production by August 31, 2022.

This Motion is based on the following: this Notice of Motion, the concurrently filed Joint Stipulation, Declaration of Heather F. Auyang, and all other papers, documents or exhibits on file or to be filed in this action, the argument to be made at the hearing on the Motion, and any and all other matters this Court deems just and necessary.

Date:  August 3, 2022

LTL ATTORNEYS LLP

By: */s/ Heather F. Auyang*
Joe H. Tuffaha
Prashanth Chennakesavan
Heather F. Auyang
Patice A. Gore

Counsel for Defendant and Counterclaimant
TP-Link USA Corporation