LTL ATTORNEYS LLP
Joe H. Tuffaha (SBN 253723)
  joe.tuffaha@ltlattorneys.com
Prashanth Chennakesavan (SBN 284022)
  prashanth.chennakesavan@ltlattorneys.com
Heather F. Auyang (SBN 191776)
  heather.auyang@ltlattorneys.com
Patice A. Gore (SBN 258776)
  patice.gore@ltlattorneys.com
300 South Grand Ave., 14th Floor
Los Angeles, CA 90071
Tel:  (213) 612-8900
Fax:  (213) 612-3773

Attorneys for Defendant and
Counterclaimant TP-Link USA Corporation

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| THIMES SOLUTIONS INC., <br><br> Plaintiff, <br><br> v. <br><br> TP-LINK USA CORPORATION, and AUCTION BROTHERS, INC. d/b/a AMAZZIA, <br><br> Defendants. | CASE NO.: 2:19-cv-10374-SB-E <br><br> **DECLARATION OF HEATHER F. AUYANG IN SUPPORT TP-LINK USA'S *EX PARTE* APPLICATION TO SHORTEN TIME FOR THIMES SOLUTIONS, INC. AND AUCTION BROTHERS, INC. TO PRODUCE DOCUMENTS** |
| TP-LINK USA CORPORATION, <br><br> Counterclaimant, <br><br> v. | |

| | |
|---|---|
| 1 | THIMES SOLUTIONS INC., |
| 2 | Counter-Defendant. |
| 3 | |

## DECLARATION OF HEATHER F. AUYANG

I, Heather F. Auyang, hereby declare and state as follows:

1. I submit this Declaration in support of TP-Link USA Corporation's (TP-Link) *ex parte* application for an order to shorten time for Plaintiff Thimes Solutions, Inc. ("Thimes") and Co-Defendant Auction Brothers, Inc. d/b/a Amazzia ("Amazzia") to produce documents pursuant to Federal Rule of Civil Procedure 34(b)(2). I am an attorney admitted to practice before this Court and am a partner with LTL Attorneys LLP, counsel of record for Defendant and Counterclaimant TP-Link USA Corporation in the above-captioned case. I submit this Declaration based upon my personal knowledge, and if called as a witness could and would testify to the matters set forth.

2. TP-Link had no knowledge of Thimes and Amazzia's settlement agreement and related discussions until August 2, 2022, when Amazzia filed a Notice of Lodging Consent Order Granting Substitution of Attorney (ECF No. 200), along with the Declaration of Christopher Frost in Support of Substitution of Counsel and to Advise of Conditional Settlement ("Frost Declaration") (ECF No. 200-2).

3. Attached hereto as **Exhibit A** is a true and correct copy of TP-Link's Requests for Production to Thimes, Set Five, served on August 3, 2022.

4. Attached hereto as **Exhibit B** is a true and correct copy of TP-Link's Requests for Production to Amazzia, Set One, served on August 3, 2022.

5. Pursuant to Local Rules 7-19 and 7-19.1, I provided notice of this Application to counsel for Thimes and Amazzia by phone and email today. Specifically, on August 3, 2022, I left a voicemail on the voicemail box of Victor Meng at 12:36 p.m., and spoke with Christopher Frost at 12:42 pm, as well as sent counsel an email. Attached hereto as **Exhibit C** is a true and correct copy of the email sent to counsel, including Thimes' notice that it will oppose. I informed Thimes and Amazzia's counsel that TP-Link intended to seek *ex parte* relief to shorten the time to respond to TP-Link's discovery and that TP-Link intended to file its *Ex Parte* Application this day. I asked in order to avoid the need to seek *ex parte* relief that

Thimes and Amazzia's counsel stipulate to shortening the time to respond to TP-Link's discovery to August 10, 2022.  I also informed Thimes and Amazzia's counsel that opposing papers are to be filed no later than 48 hours following service or by 3:00 p.m. on the first court day after the service, whichever is later.  I requested Thimes and Amazzia's positions.  Counsel for Amazzia did not provide a definitive response. Counsel for Thimes indicated that Thimes will oppose.

     I declare under penalty of perjury that the foregoing is true and correct.  Executed August 3, 2022 in Mill Valley, California.


By:  */s/ Heather F. Auyang*