# EXHIBIT C

| | |
|---|---|
| **From:** | Victor Meng <vmeng@gawpoe.com> |
| **Sent:** | Wednesday, August 3, 2022 4:29 PM |
| **To:** | Heather Auyang; Randolph Gaw; Mark Poe; markschlachet@me.com; Chris Frost; ashley@wgfcounsel.com |
| **Cc:** | Prashanth Chennakesavan; Joe Tuffaha |
| **Subject:** | RE: Case 2:19-cv-10374-SB-E Thimes Solutions Inc. v. TP Link USA Corporation et al-- Notice of Ex Parte Application |

**[EXTERNAL EMAIL]** This email originated from outside of the **LTL Attorneys** organization. **DO NOT CLICK** links or open attachments unless you recognize the sender and know the content is safe.

Hi Heather,

Thanks for your voicemail and email.  Thimes will oppose.

Best,
Victor


Victor Meng
Gaw | Poe LLP
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Direct: 415.895.0862
Main: 415.766.7451
Fax: 415.737.0642


**From:** Heather Auyang <Heather.Auyang@ltlattorneys.com>
**Sent:** Wednesday, August 3, 2022 1:01 PM
**To:** Randolph Gaw <rgaw@gawpoe.com>; Mark Poe <mpoe@gawpoe.com>; Victor Meng <vmeng@gawpoe.com>; markschlachet@me.com; Chris Frost <chris@wgfcounsel.com>; ashley@wgfcounsel.com
**Cc:** Prashanth Chennakesavan <Prashanth.Chennakesavan@ltlattorneys.com>; Joe Tuffaha <joe.tuffaha@ltlattorneys.com>
**Subject:** Case 2:19-cv-10374-SB-E Thimes Solutions Inc. v. TP Link USA Corporation et al--Notice of Ex Parte Application

Dear Counsel,

We write to provide notice that TP-Link will be moving *ex parte* today for an order shortening time for Thimes and Amazzia to respond to the discovery served today: (1) TP-Link's Requests for Production to Thimes, Set Five; and (2) TP-Link's Requests for Production to Amazzia, Set One.  An *ex parte* application, however, can be avoided if you agree to stipulate to serve documents (not just written responses) by August 10, 2022.

The grounds for the *ex parte* application are Amazzia just informed the Court that it has an impending motion for determination of good faith settlement.  TP-Link had no knowledge of this settlement until yesterday.  TP-Link merely seeks an order shortening the time for Thimes and Amazzia to produce documents and communications related to their settlement so that TP-Link can assess whether to oppose Amazzia's impending motion for determination of good faith settlement.  Thimes and Amazzia are required to respond to TP-Link's discovery requests by September 2, 2022.  This is

likely well after Amazzia's motion is filed and TP-Link's opposition is due.  Following the regular noticed motion procedures, TP-Link's motion to shorten time would again encounter the same issues—TP-Link's motion would not be heard until after Amazzia's motion is filed and TP-Link's opposition is likely due.

Opposing papers to the *ex parte* are to be filed no later than 48 hours following service or by 3:00 p.m. on the first court day after service, whichever is later, if you intend to do so.

I left a voicemail for Victor.  I also spoke with Chris.  Please call or email <u>by 4:30 pm PT</u> today and let me know if you agree to stipulate to a shortened response or intend to oppose, so that we can include your position in our papers, per the Local Rules and the Court's Standing Order.  You can reach me at 650-422-2126.

Best,
Heather

### Heather F. Auyang



Los Angeles | San Francisco | New York | Orange County

**LTL ATTORNEYS** LLP
600 California St. | 15th Floor
San Francisco, California 94108
tel:  650-422-2130 | fax: 650-241-2142
dir:  650-422-2126
heather.auyang@ltlattorneys.com | www.ltlattorneys.com

**CONFIDENTIALITY NOTICE**
The information in this e-mail (including attachments, if any) is confidential information intended only for the use of the individual or entity to whom it is addressed, and may be privileged. The information herein may also be protected by the Electronic Communications Privacy Act, 18 USC Sections 2510-2521.  Any review, use, disclosure, distribution, or copying of this e-mail is prohibited except by or on behalf of the intended recipient. If you have received this email in error, please notify the sender immediately by reply email, delete this email, and do not disclose its contents to anyone. Thank you.

