UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| THIMES SOLUTIONS INC., <br><br> Plaintiff, <br><br> v. <br><br> TP-LINK USA CORPORATION, and AUCTION BROTHERS, INC. d/b/a AMAZZIA, <br><br> Defendants. | CASE NO.: 2:19-cv-10374-SB-E <br><br> **[PROPOSED] ORDER GRANTING TP-LINK USA'S *EX PARTE* APPLICATION TO SHORTEN TIME FOR THIMES SOLUTIONS, INC. AND AUCTION BROTHERS, INC. TO PRODUCE DOCUMENTS** |
| TP-LINK USA CORPORATION, <br><br> Counterclaimant, <br><br> v. <br><br> THIMES SOLUTIONS INC., <br><br> Counter-Defendant. | |

**[PROPOSED] ORDER**

Having considered Defendant and Counterclaimant TP-Link USA Corporation ("TP-Link") E*x Parte* Application for an Order to Shorten Time for Plaintiff Thimes Solutions, Inc. ("Thimes") and Co-Defendant Auction Brothers, Inc. d/b/a Amazzia ("Amazzia") to produce documents pursuant to Federal Rule of Civil Procedure 34, the Court finds that TP-Link meets the requirements for affording the relief requested and that good cause exists to require Thimes and Amazzia to produce documents in response to TP-Link's discovery requests on shortened time.

Accordingly, the Court **GRANTS** TP-Link's *Ex Parte* Application and **ORDERS** the following:

1) Thimes shall produce documents in response to TP-Link's Requests for Production, Set Five, by August 10, 2022.

2) Amazzia shall produce documents in response to TP-Link's Requests for Production, Set One, by August 10, 2022.

**IT IS SO ORDERED**.

Date: August _____, 2022

_____
The Hon. Stanley Blumenfeld Jr.
UNITED STATES DISTRICT COURT