# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-10374-SB(Ex) | Date | August 4, 2022 |
|---|---|---|---|
| Title | THIMES SOLUTIONS, INC. V. TP-LINK USA CORPORATION, ET AL. | | |

Present: The Honorable  Charles F. Eick, United States Magistrate Judge

| Valencia Munroe | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**Attorneys Present for Plaintiffs:** None

**Attorneys Present for Defendants:** None

**Proceedings:**       (IN CHAMBERS)

"TP-Link USA's Ex Parte Application to Shorten Time, etc." filed August 3, 2022, is denied for failure to demonstrate sufficient factual cause or legal authority for the extraordinary relief requested. This denial is not intended, and shall not be construed, as any limitation on the District Judge's discretion to require the submission of appropriate information before ruling on the anticipated motion for a good faith settlement.

cc:   Judge Blumenfeld
      All Counsel of Record

Initials of Deputy Clerk   VMUN