RANDOLPH GAW (S.B. #223718)
 rgaw@gawpoe.com
MARK POE (S.B. #223714)
 mpoe@gawpoe.com
VICTOR MENG (S.B. #254102)
 vmeng@gawpoe.com
GAW | POE LLP
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415) 766-7451
Facsimile: (415) 737-0642

MARK SCHLACHET (*pro hac vice*)
 markschlachet@me.com
43 West 43d Street, Suite 220
New York, New York 10036
Telephone: (216) 225-7559
Facsimile: (216) 932-5390

Attorneys for Plaintiff
Thimes Solutions Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| THIMES SOLUTIONS INC.<br><br>Plaintiff,<br><br>v.<br><br>TP-LINK USA CORPORATION, and AUCTION BROTHERS, INC. d/b/a AMAZZIA<br><br>Defendant. | Case No. 2:19-cv-10374-SB-E<br><br>**DISCOVERY MATTER**<br><br>Date: September 2, 2022<br>Time: 9:30 am<br>Courtroom: 750, 7th Floor<br><br>**PLAINTIFF'S NOTICE OF MOTION TO COMPEL FURTHER INTERROGATORY RESPONSES FROM DEFENDANT TP-LINK USA CORPORATION**<br><br>Discovery Cutoff:   Sept. 30, 2022<br>Pretrial Conference: Dec. 30, 2022<br>Trial Date:              Jan. 9, 2023<br><br>Complaint Filed:  May 29, 2019<br>Am. 5th Am. Com. Filed:  May 27, 2022 |

1  TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF
2  RECORD:
3      PLEASE TAKE NOTICE THAT on September 2, 2022 at 9:30 a.m., or as
4  soon thereafter as counsel may be heard, before the Honorable Charles F. Eick,
5  Magistrate Judge of the United States District Court, Central District of California,
6  located at 255 East Temple Street, Los Angeles, California 90012, Courtroom 750,
7  7th Floor, plaintiff Thimes Solutions Inc. will and hereby does move
8  pursuant to Federal Rule of Civil Procedure 34 and Local Rule 37-2 for an
9  order compelling defendant TP-Link USA Corporation to issue further responses to
10 Thimes's interrogatory nos. 1 and 3.
11     This motion is based upon this notice of motion, the concurrently submitted
12 Joint Stipulation, the declaration of Victor Meng the pleadings and other materials
13 on file in this action, and such other matters that this Court may consider at or
14 before any hearing on this motion. A proposed order is submitted concurrently
15 herewith.

17 Dated: August 10, 2022    GAW | POE LLP

By:  /s/ Victor Meng

VICTOR MENG (S.B. #254102)
  vmeng@gawpoe.com
GAW | POE LLP
4 Embarcadero, Suite 1400
San Francisco, CA 94111
Telephone: (415) 766-7451
Facsimile: (415) 737-0642

Attorneys for Plaintiff Thimes Solutions