LTL ATTORNEYS LLP
Joe H. Tuffaha (SBN 253723)
  joe.tuffaha@ltlattorneys.com
Prashanth Chennakesavan (SBN 284022)
  prashanth.chennakesavan@ltlattorneys.com
Heather F. Auyang (SBN 191776)
  heather.auyang@ltlattorneys.com
Patice A. Gore (SBN 258776)
  patice.gore@ltlattorneys.com
300 South Grand Ave., 14th Floor
Los Angeles, CA 90071
Tel: (213) 612-8900
Fax: (213) 612-3773

Attorneys for Defendant and
Counterclaimant TP-Link USA Corporation

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| THIMES SOLUTIONS INC., <br><br> Plaintiff, <br><br> v. <br><br> TP-LINK USA CORPORATION, and AUCTION BROTHERS, INC. d/b/a AMAZZIA, <br><br> Defendants. | CASE NO.: 2:19-cv-10374-SB-E <br><br> **DISCOVERY MATTER** <br><br> **SUPPLEMENTAL DECLARATION OF HEATHER F. AUYANG IN SUPPORT OF JOINT STIPULATION REGARDING TP-LINK USA'S MOTION TO COMPEL DISCOVERY** |
| TP-LINK USA CORPORATION, <br><br> Counterclaimant, <br><br> v. | |

1 | THIMES SOLUTIONS INC.,
2
3 |         Counter-Defendant.
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# SUPPLEMENTAL DECLARATION OF HEATHER F. AUYANG

I, Heather F. Auyang, hereby declare and state as follows:

1. I submit this Supplemental Declaration in support of TP-Link USA Corporation's Joint Stipulation Regarding Its Motion to Compel Discovery. I am an attorney admitted to practice before this Court and am a partner with LTL Attorneys LLP, counsel of record for Defendant and Counterclaimant TP-Link USA Corporation in the above-captioned case. I submit this Declaration based upon my personal knowledge, and if called as a witness could and would testify to the matters set forth.

2. Attached hereto as **Exhibit A** is a true and correct copy of Thimes's Amended Fifth Amended Complaint (ECF No. 178).

3. Attached hereto as **Exhibit B** is a true and correct copy of Thimes's Supplemental Responses to TP-Link's Interrogatories, Set One. Thimes's response to Interrogatory No. 12 fails to identify the approximately 100 other issues (just in 2018) unrelated to TP-Link found in Thimes's July 28, 2022 supplemental production.

4. Attached hereto as **Exhibit C** are true and correct copies of Bates Nos. THIMES00316, THIMES00317, THIMES00318, and THIMES00590. To my knowledge after review of Thimes's production, Thimes produced no emails from 2016 and only four emails from 2017, including a complaint about counterfeit pet products.

5. TP-Link also identified a particularly egregious issue—violation of Amazon's Seller Policies for data scraping, which lead to closing Thimes's account on June 28, 2018. Thimes's July 28, 2022 supplemental production failed to produce any additional documents about this issue, including Amazon's warnings about Thimes's "similar activities in the past."

6. Attached hereto as **Exhibit D** are true and correct copies of Bates Nos. THIMES00744, THIMES00745, THIMES00747-748, THIMES01094, and THIMES01119-1120.

7. Attached hereto as **Exhibit E** are true and correct copies of Bates Nos. THIMES00342-343, THIMES01114, THIMES01118, THIMES01119-1120,

THIMES01124, and THIMES01125-1126.

8. Attached hereto as **Exhibit F** are true and correct copies of Bates Nos. THIMES00639-641, THIMES01060-1063, THIMES01064-1066, and THIMES01067-1068.

9. Attached hereto as **Exhibit G** is a true and correct copy of Bates Nos. THIMES00286-287.

10. Attached hereto as **Exhibit H** is a true and correct copy of Thimes's Damages Expert Report of Alan Goedde.

11. Attached hereto as **Exhibit I** is a true and correct copy of THIMES00421 - Amazon P&L 2015.

12. Attached hereto as **Exhibit J** are true and correct copies of Bates Nos. THIMES00777 and THIMES01125-1126.

13. Attached hereto as **Exhibit K** is a true and correct copy of Bates Nos. THIMES00596-597.

14. Attached hereto as **Exhibit L** is a true and correct copy of Bates Nos. THIMES01130-1131.

15. Attached hereto as **Exhibit M** is a true and correct copy of Bates No. THIMES00307.

16. Attached hereto as **Exhibit N** is a true and correct copy of Bates Nos. THIMES00773-774.

17. Attached hereto as **Exhibit O** is a true and correct copy of Bates Nos. THIMES00856-864.

18. Attached hereto as **Exhibit P** is a true and correct copy of Bates Nos. THIMES01154.

19. TP-Link's Rebuttal Expert Report of Christian Tregillis, CPA, raises critical inconsistencies with the financial information produced by Thimes and relied upon by Thimes's Damages.

20. Amazon issued a 1099-K to Mr. Eisenberg, sole proprietor of Thimes,

personally (not Thimes) for 2017, which was produced as Bates Nos. THIMES00152-153.

21. On August 5, Thimes produced five total documents (THIMES01329-THIMES01333). Specifically, four emails from 2018, the earliest dated Feb. 8, 2018, which were purported "correction" notices from Amazon about certain violations. The fifth document is an "Earnings Statement" for the one "employee" identified by Thimes, who apparently worked 13.377 hours in a two-week pay period.

I declare under penalty of perjury that the foregoing is true and correct. Executed August 12, 2022 in Mill Valley, California.

By: _/s/ Heather F. Auyang_