# EXHIBIT C

## Warning: Notice of Intellectual Property Rights Infringement

**seller-evaluation@amazon.com** <seller-evaluation@amazon.com>                          Fri, Jan 13, 2017 at 5:54 AM
Reply-To: "seller-evaluation+C3CIDBSCC57HK6-T13X3E36OKLFZ9@amazon.com" <seller-evaluation+C3CIDBSCC57HK6-T13X3E36OKLFZ9@amazon.com>
To: "613ike@gmail.com" <613ike@gmail.com>

Hello,

We are contacting you because we received a report of infringement from the rights owner listed below. Sellers on Amazon.com are not allowed to create listings or detail pages that infringe intellectual property rights. We removed the following content:

ASIN: B01D1ZULK4, True Touch Deshedding Glove for Gentle and Efficient Pet Grooming
ASIN: B01D1ZULK4, True Touch Deshedding Glove for Gentle and Efficient Pet Grooming

We may let you list this content again if we receive a retraction from the rights owner. Their contact information can be found below.

Legal Department
legal@allstarmg.com

If the rights owner agrees to retract their complaint, they must send the retraction to us at notice-dispute@amazon.com.
If you believe that the reported content does not infringe the rights owner's intellectual property rights, you may email notice-dispute@amazon.com with supporting information.

We consider allegations of intellectual property infringement a serious matter and your account is under review. If we receive more complaints about your listings, we may not allow you to sell on Amazon.com.

To learn more about this policy, search for "Intellectual Property Violations" in Seller Central Help.

Complaint ID: 815798571,815798571

Sincerely,

## Warning: Notice of Intellectual Property Rights Infringement
1 message

---

**seller-evaluation@amazon.com** <seller-evaluation@amazon.com>                                    Mon, Jun 26, 2017 at 7:34 AM
Reply-To: "seller-evaluation+C37K0B5DU2I1BJ-TR3T4UALWPLGU@amazon.com" <seller-evaluation+C37K0B5DU2I1BJ-TR3T4UALWPLGU@amazon.com>
To: "avi@thimessolutions.com" <avi@thimessolutions.com>

Hello,

We are contacting you because we received a report of infringement from the rights owner listed below. Sellers on Amazon.com are not allowed to create listings or detail pages that infringe intellectual property rights. We removed the following content:

ASIN: B01MSITACV, IPX7 Waterproof Bluetooth Speaker,J&L-12A 5W Outdoor Wireless Speaker, Built-in 1450mAh Powerbank for Emergency Charging(Army Green)

We may let you list this content again if we receive a retraction from the rights owner. Their contact information can be found below.

J&amp;L Shop
enod2016@hotmail.com

If the rights owner agrees to retract their complaint, they must send the retraction to us at notice-dispute@amazon.com.
If you believe that the reported content does not infringe the rights owner's intellectual property rights, you may email notice-dispute@amazon.com with supporting information.

We consider allegations of intellectual property infringement a serious matter and your account is under review. If we receive more complaints about your listings, we may not allow you to sell on Amazon.com.

To learn more about this policy, search for "Intellectual Property Violations" in Seller Central Help.

Complaint ID: 996072821

Sincerely,

Avraham Eisenberg <613ike@gmail.com>

## Your Amazon.com Seller Account

**notice-dispute@amazon.com** <notice-dispute@amazon.com>  
Reply-To: Amazon Notifications <seller-evaluation@amazon.com>  
To: "613ike@gmail.com" <613ike@gmail.com>

Thu, Oct 19, 2017 at 8:58 PM

Hello,

We reviewed your appeal and reinstated the following content:

ASIN: B01D1ZULK4  
Complaint ID: 1026446571

Sincerely,  
Amazon.com

Sincerely,

Seller Performance Team  
Amazon.com  
https://www.amazon.com

THIMES00318

...

Gmail  Avraham Eisenberg <613ike@gmail.com>

# Warning: Notice of Intellectual Property Rights Infringement

**seller-evaluation@amazon.com** <seller-evaluation@amazon.com>  Mon, Oct 2, 2017 at 3:16 PM
Reply-To: "seller-evaluation+C2LQUSW4VFXDRK-T2ZAS4IK69JJYI@amazon.com" <seller-evaluation+C2LQUSW4VFXDRK-T2ZAS4IK69JJYI@amazon.com>
To: "613ike@gmail.com" <613ike@gmail.com>

Hello,

We are contacting you because we received a report from a rights owner that you are listing counterfeit items. Examples of these items are listed below:

ASIN: B019EOQ6AK, BarksBar Original Pet Seat Cover for Cars - Black, WaterProof & Hammock Convertible (Standard, Black)

We may let you list this content again if we receive a retraction from the rights owner. Their contact information can be found below.

Justin Cabayan
barksandbarkley5@gmail.com

If the rights owner agrees to retract their complaint, they must send the retraction to us at notice-dispute@amazon.com.
If you believe that the reported content does not infringe the rights owner's intellectual property rights, you may email notice-dispute@amazon.com with supporting information.

We consider allegations of intellectual property infringement a serious matter and your account is under review. If we receive more complaints about your listings, we may not allow you to sell on Amazon.com.

To learn more about this policy, search for "Intellectual Property Violations" in Seller Central Help.

Complaint ID: 1122123291

Sincerely,