# EXHIBIT D


## Notice: Policy Warning

**Amazon** <notice@amazon.com>  Sat, May 5, 2018 at 8:08 AM
To: avi@thimessolutions.com

Hello,

We received a report from a rights owner that you are listing counterfeit products. Sellers on Amazon.in are not allowed to create listings or detail pages for counterfeit goods.

We removed the content listed at the end of this email. We may let you list this content again if we receive a retraction of the complaint from the rights owner. Their contact information can be found below.

--amzseller@drinkiconic.com

If the rights owner agrees to retract their complaint, they must send the retraction to us at notice-dispute@amazon.in.

If you believe that the reported content is not counterfeit, you may email notice-dispute@amazon.in with supporting information.

If the rights owner does not retract their complaint, or you do not provide supporting information, we may provide your contact information to the rights owner upon their request.

We consider allegations of counterfeit a serious matter and your account is under review. If we receive more complaints about your listings, we may not allow you to sell on Amazon.in.

To learn more about this policy, search for 'Intellectual Property Violations' in Seller Central Help.

```
ASIN(s): B06ZY4TL37
Title:  Iconic Grass-Fed Protein Drink 3 Flavor Sampler Bundle, (1) Each: Vanilla Bean, Chocolate Truffle, Cafe Au Lait, 11.5 fl oz
Complaint ID: 5027352461
Infringement type: Counterfeit
```

Sincerely,
Amazon.com



Avi Eisenberg <avi@thimessolutions.com>

---

### Notice: Policy Warning

**Amazon** <notice@amazon.com>  Fri, May 4, 2018 at 3:23 AM
To: avi@thimessolutions.com

Hello,

We received a report from a rights owner concerning the authenticity of the products listed at the end of this email. We removed this content, but we may let you list these product(s) again if we receive a retraction of the complaint from the rights owner:

enforcement@mm-bluetooth.com

If the rights owner agrees to retract their complaint, they must send the retraction to us at notice-dispute@amazon.com.

If you believe that the reported content is authentic, you may email notice-dispute@amazon.com with proof of authenticity. This includes, but is not limited to, an invoice or Order ID.

We consider allegations of intellectual property infringement a serious matter. If we receive more complaints about your listings, we may not allow you to sell on Amazon.com.

To learn more about this policy, search for &ldquo;Intellectual Property Violations&rdquo; in Seller Central Help (https://sellercentral.amazon.com/gp/help/external/201361070).

ASIN: B004LNXO28
B004LWZ9MC
B00652G4TS
B0096L2SJ0
B00BALK9CM
B00E0GRRR4
B00FOUVRY4
B00GNBHB8E
B00HHDLMEQ
B00LWULXDK
B00QSA84A4
B00RM5YVO2
B00SZ3R282
B00SZAJMCY
B00VTHL1TC
B00YA2UK54
B018A526US
B01991GXP6
B019JY0EAS
B01AU1CISK
B01ETZRJD2
B01HB6VA90
B01M8M4R7K
B01MEDHLXS
B075GHHG7V

Infringement type: Counterfeit
Trademark asserted: 2911905
Complaint ID: 5022988311

You can learn more about your account health in the Performance section of Seller Central (https://sellercentral.amazon.com/gp/seller-rating/pages/performance-summary.html).

Sincerely,

THIMES00745


## Notice: Policy Warning

**Amazon** &lt;notice@amazon.com&gt;  Thu, May 3, 2018 at 10:35 PM
To: avi@thimessolutions.com

Hello,

We received a report from a rights owner concerning the authenticity of the products listed at the end of this email. We removed this content, but we may let you list these product(s) again if we receive a retraction of the complaint from the rights owner:

-- dr.seuss@ybrandprotection.com

If the rights owner agrees to retract their complaint, they must send the retraction to us at notice-dispute@amazon.com.

If you believe that the reported content is authentic, you may email notice-dispute@amazon.com with proof of authenticity. This includes, but is not limited to, an invoice or Order ID.

We consider allegations of intellectual property infringement a serious matter. If we receive more complaints about your listings, we may not allow you to sell on Amazon.com.

To learn more about this policy, search for &ldquo;Intellectual Property Violations&rdquo; in Seller Central Help (https://sellercentral.amazon.com/gp/help/external/201361070).

ASIN:B01KSWUV80
B01KXVMS6E
B01LX5Y7VH
B01N02KV65
B00WAFG5MK
B01KXVN5G6
B00WAFG20U
B076MKY59Z
B075CY7B87
B01KXVNY30
B019E6SZX4
B01LWYJUG4
B01KXVNQUQ
B019E6SZYI
B078FXYFMQ
B01KXVMT9K
B00WAFOHW0
B01KXVKQ2W
B01LYL7FG0
B078WFK5F7
B01KXVNP02
B01FTTMSDS
B0773VXBTK
B01BZNSAEI
B01DBGMD8G
B01LXXRZPA
B01D5XRYQ6
B00WAFGCSC
B019E6SZZC
B00WAFG92Q
B01KXVNK3E
B01KXVO07E
B01D8K33ES
B01KXVMZ9O
B019E6SZWU
B01FTTMSAQ
B01KXVMZTO
B01KSWR8BI
B01KXVMLY8
B06XG9GV6Y

THIMES00747

B01BZNSBY2
B01KX3ZLMH
B01N8SUR64
B01KXVNMSC
B01LY9DMNR
B0773VR5ZY
B01KXVNJ9Y
B075WZBGZQ
B00WAFODYC
B01KXVNOHG

Infringement type: Counterfeit
Trademark asserted: 4121888
Complaint ID: 5022475581

Sincerely,
Amazon Services

**Your Amazon.com Seller Account**

**notice@amazon.com** <notice@amazon.com>                                            Sat, May 5, 2018 at 1:07 PM
Reply-To: "notice-dispute@amazon.com" <notice-dispute@amazon.com>
To: "avi@thimessolutions.com" <avi@thimessolutions.com>

Hello,

We received a report from a rights owner concerning the authenticity of the products listed at the end of this email. We removed this content, but we may let you list these product(s) again if we receive a retraction of the complaint from the rights owner:

-- etudehouse.compliance@hellocos.com / etude.fourth@hellocos.com

If the rights owner agrees to retract their complaint, they must send the retraction to us at notice-dispute@amazon.com.

If you believe that the reported content is authentic, you may email notice-dispute@amazon.com with proof of authenticity. This includes, but is not limited to, an invoice or Order ID.

We consider allegations of intellectual property infringement a serious matter. If we receive more complaints about your listings, we may not allow you to sell on Amazon.com.

To learn more about this policy, search for "Intellectual Property Violations" in Seller Central Help (https://sellercentral.amazon.com/gp/help/external/201361070).

ASIN: B00819JNLE
Infringement type: Counterfeit
Trademark asserted: 4541928
Complaint ID: 5027326691

You can learn more about your account health in the Performance section of Seller Central (https://sellercentral.amazon.com/gp/seller-rating/pages/performance-summary.html).

Sincerely,

Seller Performance Team
Amazon.com
https://www.amazon.com

## Your Amazon.com selling privileges have been removed

**Amazon** <notice@amazon.com>  Sat, May 5, 2018 at 1:41 PM
To: avi@thimessolutions.com

Hello,

We received a report from a rights owner concerning the authenticity of the products listed at the end of this email. We removed this content, but we may let you list these product(s) again if we receive a retraction of the complaint from the rights owner:

karin@yellowbp.com
dr.seuss@ybrandprotection.com

If the rights owner agrees to retract their complaint, they must send the retraction to us at notice-dispute@amazon.com.

If you believe that the reported content is authentic, you may email notice-dispute@amazon.com with proof of authenticity. This includes, but is not limited to, an invoice or Order ID.

We consider allegations of intellectual property infringement a serious matter. If we receive more complaints about your listings, we may not allow you to sell on Amazon.com.

To learn more about this policy, search for &ldquo;Intellectual Property Violations&rdquo; in Seller Central Help (https://sellercentral.amazon.com/gp/help/external/201361070).

ASIN: B01LYWSZK2
B01LYWSZK2
B0774H64GV
B0774H64GV
B0773YLPY8
B0773XP59Q
B0773YC5QJ
B0773XYKKQ
B0773ZL4X4
B0773Y2V2G
B0773ZZK39
B0773Y4HTR
B0773YYMCK
B0773YN9FV
B01D5XRYQ6
B075FF3T3M
B07585NZQB
B01KSWUV80
B019KMKUH6
B019KMKUH6
B01M16U38R
B01M16U38R
B019KMKUGM
B019KMKUGM
B01FAKO2US
B01FAKO2US
B01KSWR8D6
B01KSWR8BI
B01DBGMD8G
B01N8SUR64
B01N02KV65
B01LY9DMNR
B01LYL7FG0
B01LXXRZPA
B078FXYFMQ
B078FXYFMQ
B01LWYJUG4
B01HKM74Z4
B01FTTMSB0
B01FTTMSB0

```
B01FTTMSAG
B01FTTMSAG
B01LX5Y7VH
B01KX3ZLMU
B01KX3ZLMU
B01KX3ZLMU
B01KX3ZLMU
B075CY9ZXC
B075CXWNX6
B075CWLC51
B075CXY249
B075CST3QH
B075CYBRL8
B075CXWGWS
B075CYLSRJ
B075CXLBTS
B075CSQ8NZ
B075CXY8FH
B075CXWL74
B075CSRWYD
B075CXQGY7
```

Infringement type: Counterfeit
Trademark asserted: 85406593
Complaint ID:5027462061

You can learn more about your account health in the Performance section of Seller Central (https://sellercentral.amazon.com/gp/seller-rating/pages/performance-summary.html).

Sincerely,
Seller Performance Team
Amazon.com