# EXHIBIT E

M Gmail                                                                                      Avi Eisenberg <avi@thimessolutions.com>

**Your Amazon.com Selling Privileges have been removed**

**Amazon** <seller-evaluation@amazon.com>                                                    Thu, Jun 28, 2018 at 8:07 PM
Reply-To: Amazon <seller-evaluation@amazon.com>
To: "avi@thimessolutions.com" <avi@thimessolutions.com>



Hello,

Your account has been closed due to violations of our Seller Policies. Your use of the Mobile App to extract dangerous goods (hazmat) information from our systems is prohibited by our policies. As stated on the Prohibited Seller Activities and Actions page in Seller Central (https://sellercentral.amazon.com/gp/help/G200386250), if you upload excessive amounts of data repeatedly, or otherwise use our services in an excessive or unreasonable way, Amazon may restrict or block your access to product feeds or any other functions that are being misused until you stop your misuse. In addition, as stated in our Conditions of Use (https://www.amazon.com/gp/help/customer/display.html?nodeId=508088), you are not authorized to use any Amazon service to collect product listings or descriptions or use data mining, robots, or similar data gathering and extraction tools. Any derivative use of any Amazon service or its contents is also prohibited.

Funds will not be transferred to you but will stay in your account while we work with you to address this issue. If you have any open orders, please ship them.

Because we have warned you about similar activities in the past, your account has been suspended and will not be reactivated unless you acknowledge that you understand our policies, reaffirm your commitment to adhere to them, and communicate your plan of action to avoid these activities (and any similar activities) in the future. To sell on Amazon.com, please send us a plan that explains how you will address this problem.

For help creating your plan, search for "Appeal the Removal of Selling Privileges" in Seller Central Help. When you are ready to send us your plan, click the Appeal button next to this message on the Performance Notifications page in Seller Central (https://sellercentral.amazon.com/gp/customer-experience/perf-notifications.html).

Once we receive your plan, we will review it and decide whether you may sell on Amazon.com again. If you do not send an acceptable plan within 17 days, or if we agree to reinstate your account and later detect you engaging in these activities (or similar activities), we may cancel your listings and hold any funds in your account for up to 90 days.

Have questions? We can help right away. Contact us (https://sellercentral.amazon.com/cu/contact-us/performance)

Sincerely,
Seller Performance Team
Amazon.com
http://www.amazon.com

THIMES00342

THIMES00343


**Your amazon.com selling privileges have been removed**

**Amazon** <product-quality-policy@amazon.com>    Mon, Jul 30, 2018 at 4:32 PM
Reply-To: Amazon <product-quality-policy@amazon.com>
To: "avi@thimessolutions.com" <avi@thimessolutions.com>



```
Hello,
Your plan does not sufficiently address the authenticity concerns of ASIN
B0097BEG1C. To be sufficient, your plan must include:

-- The issue that caused the concerns
-- Steps you have taken to resolve the concerns
-- Details how you will prevent similar concerns

Here are a few things to consider as you work on resolving this:

--Sourcing — Are you sourcing the product from a trusted supplier?
--Listing — Is the product accurately described on Amazon? Have you
ensured that there is no ambiguity and the customer is well informed?

Be as specific as possible in your plan. Do not limit your plan to issues
with specific orders.

Get help creating your plan in Seller Central Help: (https://sellercentral.amazon.
com/gp/help/200370560)

If you would like us to reinstate your account, please reply to this email
with an updated plan. If it sufficiently addresses the complaints, we will
reinstate your account.

Learn more about our policies in Seller Central Help:
-- Prohibited Seller Activities and Actions (https://sellercentral.amazon.
com/gp/help/200386250)
-- Product Detail Page Rules (https://sellercentral.amazon.com/gp/help/200390640)
-- Condition Guidelines (https://sellercentral.amazon.com/gp/help/200339950)

Have questions? Let us call you right away (https://sellercentral.amazon.
com/cu/contact-us/performance).
```

```
Sincerely,
Seller Performance Team
```
[amazon.com](amazon.com)
[http://www.amazon.com](http://www.amazon.com)



Avi Eisenberg <avi@thimessolutions.com>

**Your amazon.com selling privileges have been removed**

**Amazon** <product-quality-policy@amazon.com>    Wed, Aug 8, 2018 at 1:07 PM
Reply-To: Amazon <product-quality-policy@amazon.com>
To: "avi@thimessolutions.com" <avi@thimessolutions.com>



```
Hello,

Your plan does not sufficiently address the complaints we received about
your listings. To be sufficient, your plan must include:

-- Steps you have taken to resolve the complaint
-- Details how you will prevent similar complaints
Here are a few things to consider as you work on resolving this:

--Sourcing – Are you sourcing the product from a trusted supplier?
--Listing – Is the product accurately described on Amazon? Have you
ensured that there is no ambiguity and the customer is well informed?
--Packaging - Is the product in its original packaging as listed on
Amazon?
-- Shipping – Have you taken all appropriate steps and quality checks to
ensure that the product is stored, packed, and shipped appropriately?

Please review your communications from buyers to better understand the
issues. Be as specific as possible in your plan. Do not limit your plan to
issues with specific orders.

Get help creating your plan in Seller Central Help:
```
(https://sellercentral.amazon.com/gp/help/200370560)

```
If you would like us to reinstate your account, please reply to this email
with an updated plan. If it sufficiently addresses the complaints, we will
reinstate your account.

Learn more about our policies in Seller Central Help:
-- Prohibited Seller Activities and Actions
```
(https://sellercentral.amazon.com/gp/help/200386250)
```
-- Product Detail Page Rules
```
(https://sellercentral.amazon.com/gp/help/200390640)
```
-- Condition Guidelines
```
(https://sellercentral.amazon.com/gp/help/200339950)

```
Have questions? Let us call you right away
```
(https://sellercentral.amazon.com/cu/contact-us/performance).

```
Sincerely,
Seller Performance Team
```
amazon.com
http://www.amazon.com



THIMES01118

Avi Eisenberg <avi@thimessolutions.com>

# Your Amazon.com selling privileges have been removed

**Amazon** <notice@amazon.com>  Sat, May 5, 2018 at 1:41 PM
To: avi@thimessolutions.com

Hello,

We received a report from a rights owner concerning the authenticity of the products listed at the end of this email. We removed this content, but we may let you list these product(s) again if we receive a retraction of the complaint from the rights owner:

karin@yellowbp.com
dr.seuss@ybrandprotection.com

If the rights owner agrees to retract their complaint, they must send the retraction to us at notice-dispute@amazon.com.

If you believe that the reported content is authentic, you may email notice-dispute@amazon.com with proof of authenticity. This includes, but is not limited to, an invoice or Order ID.

We consider allegations of intellectual property infringement a serious matter. If we receive more complaints about your listings, we may not allow you to sell on Amazon.com.

To learn more about this policy, search for &ldquo;Intellectual Property Violations&rdquo; in Seller Central Help (https://sellercentral.amazon.com/gp/help/external/201361070).

ASIN: B01LYWSZK2
B01LYWSZK2
B0774H64GV
B0774H64GV
B0773YLPY8
B0773XP59Q
B0773YC5QJ
B0773XYKKQ
B0773ZL4X4
B0773Y2V2G
B0773ZZK39
B0773Y4HTR
B0773YYMCK
B0773YN9FV
B01D5XRYQ6
B075FF3T3M
B07585NZQB
B01KSWUV80
B019KMKUH6
B019KMKUH6
B01M16U38R
B01M16U38R
B019KMKUGM
B019KMKUGM
B01FAKO2US
B01FAKO2US
B01KSWR8D6
B01KSWR8BI
B01DBGMD8G
B01N8SUR64
B01N02KV65
B01LY9DMNR
B01LYL7FG0
B01LXXRZPA
B078FXYFMQ
B078FXYFMQ
B01LWYJUG4
B01HKM74Z4
B01FTTMSB0
B01FTTMSB0

THIMES01119

B01FTTMSAG
B01FTTMSAG
B01LX5Y7VH
B01KX3ZLMU
B01KX3ZLMU
B01KX3ZLMU
B01KX3ZLMU
B075CY9ZXC
B075CXWNX6
B075CWLC51
B075CXY249
B075CST3QH
B075CYBRL8
B075CXWGWS
B075CYLSRJ
B075CXLBTS
B075CSQ8NZ
B075CXY8FH
B075CXWL74
B075CSRWYD
B075CXQGY7

Infringement type: Counterfeit
Trademark asserted: 85406593
Complaint ID:5027462061

You can learn more about your account health in the Performance section of Seller Central (https://sellercentral.amazon.com/gp/seller-rating/pages/performance-summary.html).

Sincerely,
Seller Performance Team
Amazon.com

THIMES01120

Avi Eisenberg <avi@thimessolutions.com>

**Your amazon.com selling privileges have been removed**

**Amazon** <seller-performance-policy@amazon.com>    Tue, Jul 10, 2018 at 8:36 AM
Reply-To: Amazon <seller-performance-policy@amazon.com>
To: "avi@thimessolutions.com" <avi@thimessolutions.com>



```
Hello,

Based on the information you provided, you may not sell these items on
Amazon.com. We removed your listings for these items:

ASIN: B07B89KCM1

Please do not relist these items. If we receive more complaints about your
listings, we may not allow you to sell on Amazon.com.

We may not respond to further emails about this issue.


Sincerely,
Seller Performance Team
```
amazon.com
http://www.amazon.com

THIMES01124



Avi Eisenberg <avi@thimessolutions.com>

---

**Your amazon.com selling privileges have been removed**

---

**Amazon** <seller-performance-policy@amazon.com>　　　　　　　　　　　　　　　Thu, Jun 28, 2018 at 12:57 AM
Reply-To: Amazon <seller-performance-policy@amazon.com>
To: "avi@thimessolutions.com" <avi@thimessolutions.com>



```
Hello,

We removed some of your listings because of buyer complaints about the
authenticity of an item they received from you. The listings we removed
are at the end of this email.

If you would like us to reinstate your listings, please send us a plan
with actions you took to resolve the issue and prevent similar complaints.
Send your plan to
```
seller-performance-policy@amazon.com
```
. Get help creating your
plan in Seller Central Help (
```
https://sellercentral.amazon.com/gp/help/200370560
```
).

Also include the following information for each ASIN:

-- Copies of invoices or receipts from your supplier issued in the last
365 days. These should reflect your sales volume during that time.
-- Contact information for your supplier, including name, phone number,
address, and website.

You can send .pdf, .jpg, .png, or .gif files. These documents must be
authentic and unaltered. We may call your supplier to verify the
documents. You may remove pricing information, but the rest of the
document must be visible. We will maintain the confidentiality of your
supplier contact information.

We will review your information and decide whether to reinstate your
listings. If we receive more complaints about your listings, we may not
allow you to sell on Amazon.com.

Learn more about our policies in Seller Central Help:

--Amazon Anti-Counterfeiting Policy (
```
https://sellercentral.amazon.com/gp/help/201165970
```
)
--Policies and Agreements (
```
https://sellercentral.amazon.com/gp/help/521
```
)
--Prohibited Seller Activities and Actions (
```
https://sellercentral.amazon.com/gp/help/200386250
```
)
--Product Detail Page Rules (
```
https://sellercentral.amazon.com/gp/help/200390640
```
)
--Condition Guidelines (
```
https://sellercentral.amazon.com/gp/help/20033950
```
)

You can see the health of your account in the Performance section of
Seller Central: 
```
https://sellercentral.amazon.com/gp/seller-rating/pages/performance-summary.html
```

Have questions? We can help right away. Contact us (
```
https://sellercentral.amazon.com/hz/contact-us/performance
```
).

------------------------------------
Complaint type: Inauthentic Item
ASIN: B00OQLMJR6
Title: New Original Samsung Galaxy Note 4 IV Battery for BN910BB SM-N910
```

THIMES01125

```
Sincerely,
Seller Performance Team
```
amazon.com
http://www.amazon.com

THIMES01126