# EXHIBIT F

Avi Eisenberg &lt;avi@thimessolutions.com&gt;

# RE:[CASE 5164920951] Customers and orders | Other customer and order issues | Order ID: 113-4690382-9600248
2 messages

**Amazon Seller Support** &lt;merch.service05@amazon.com&gt;      Mon, Jun 25, 2018 at 1:31 PM
To: "avi@thimessolutions.com" &lt;avi@thimessolutions.com&gt;

Dear Seller,

Thank you for contacting Amazon Seller Support.

We have reviewed your request for feedback removal. In this case, the feedback you received does not meet the criteria for removal as per amazon feedback removal policy so we are unable to remove it as the buyer has received a defective item.

For your reference, Amazon will remove feedback for these reasons:

* The feedback includes obscene language.
* The feedback includes seller-specific personally identifiable information.
* The entire feedback comment is a product review.
* The entire feedback comment is about fulfillment or customer service for an order fulfilled by Amazon.

You may, however, ask the buyer who left this feedback to remove it. We encourage you to contact the buyer to resolve any issues regarding the transaction. The buyer could then remove the feedback if they feel it is appropriate. Please keep in mind that buyer feedback is a direct reflection of their shopping experience on the Amazon marketplace. Do not pressurize buyers to remove feedback.

We've mentioned the instructions below for contacting the buyer to request to remove the rating, and information on how to respond to the feedback online if the buyer chooses not to remove the rating.

You can contact the buyer from the Orders tab in your seller account. Select 'Manage Orders' and find the buyer's order, using the options in the Search box at the upper left. For more options, click the 'Advanced Search' link. Click the buyer's name in the 'Contact Buyer' section of the order to reach the web-based e-mail form.

Mentioned below are the set of instructions for contacting a buyer to request to remove a specific feedback. Please follow the steps:

1. In Feedback Manager, scroll down to View Current Feedback.
2. Find the comment/feedback you want to resolve and click the Resolve button.
3. You will be taken to the Resolving Negative Feedback page.
4. Click the yellow Contact Customer button.
5. From the drop-down menu, select a subject.
6. In the Message area, type your message.
7. Use the Add Attachment button for receipts, supporting documents, etc.
8. Click Send e-mail to send your message to the buyer.

Some buyers may not know how to remove their feedback. If you would like to provide the buyer with instructions for removing feedback, you can direct them to this Help page:

http://www.amazon.com/gp/help/customer/display.html?nodeId=201125570&referral= A24A7BONC4QYWN_A1PNE6XBGYH896&referral=A24A7BONC4QYWN_ A13OGYZO9R8YJD&referral=A2AMB5PMKDBBLY_A2465HEVI8P4OZ

If the buyer does not remove the feedback, you may want to consider posting a response with your own account of the transaction in your feedback profile. To post a response, log in to your Seller Account then under the Reports heading, click 'Manage your Ratings and Feedback.' This will display the most recent page of feedback ratings. Find the feedback in question and click the button

THIMES00639

Thank you for your patience and understanding in these regards. Feel free to reach us, we will be more than happy to assist you.

Wish you Success. Happy Selling.

Have a great day.

Please let us know how we did.

Were you satisfied with the support provided?

Yes    No

Thank you!

To view your case details, or respond, please click http://sellercentral.amazon.com/gp/case-dashboard/view-case.html/ref=sc_cd_lobby_vc?caseID=5164920951

Please note: this e-mail was sent from an address that cannot accept incoming e-mail. If you require additional support please contact us https://sellercentral.amazon.com/hz/contact-us

Thank you for selling with Amazon,

Pankaj p.
Amazon.com Seller Support
======================================
MORE WAYS TO GET HELP:
Visit our Seller Forums for help from other sellers: http://sellercentral.amazon.com/forums
Browse all Seller Help topics: http://sellercentral.amazon.com/gp/help

To contact us again about this issue, please use the Contact Us form in Seller Central using the following link:

http://sellercentral.amazon.com/gp/contact-us/contact-amazon-form.html?caseID=5164920951

Please note: this e-mail was sent from a notification-only address that cannot accept incoming e-mail. Please do not reply to this message.

---

**Amazon Seller Support** <merch.service05@amazon.com>  
To: "avi@thimessolutions.com" <avi@thimessolutions.com>

Mon, Jun 25, 2018 at 2:32 PM

Greeting from Amazon Seller Support

Thank You for contacting us. I understand your concern that you want us to remove feedback for order ID 113-4690382-9600248.

I confirm that this item was fulfilled by Amazon and is stickered with FNSKU. These items are kept separately for all the sellers and we ensure that we send the same to the buyers in good condition. Also I will not deny from the fact that you as well as Amazon cannot open each and every unit and check its functionality. There could be various reasons which are out of your control that may have caused this for an example, manufacturing defect or buyer's awareness about its functioning.

To further research the case, I have also gone through the communication between you and the buyer and appreciate that the buyer was responded to all mails. Please be inform the buyer wants to remove feedback or facing any issue while deleting feedback, please ask them to contact Amazon

THIMES00640

customer service, they will help the customer in this regard

You may get in touch with the buyer and check what you could do to convince them to remove the feedback. If this option is not feasible or if it does not meet your expectation, you may consider posting a feedback below the buyer's feedback. This would benefit you as everyone will come to know that you did everything you could to resolve the issue.

To post a response, log in to your seller account, then, under the Reports heading, click "View your Ratings and Feedback". This will display the most recent page of feedback ratings. Find the feedback in question and click the button to respond.

I appreciate your association with Amazon and wish you luck in getting in touch with the buyer at the earliest.

I hope this helps, have a nice day.

Please let us know how we did.

Were you satisfied with the support provided?

Yes   No

Thank you!

To view your case details, or respond, please click http://sellercentral.amazon.com/gp/case-dashboard/view-case.html/ref=sc_cd_lobby_vc?caseID=5164920951

Please note: this e-mail was sent from an address that cannot accept incoming e-mail. If you require additional support please contact us https://sellercentral.amazon.com/hz/contact-us

Thank you for selling with Amazon,

ZAKIR H.
Amazon.com Seller Support
=====================================
MORE WAYS TO GET HELP:
Visit our Seller Forums for help from other sellers: http://sellercentral.amazon.com/forums
Browse all Seller Help topics: http://sellercentral.amazon.com/gp/help

To contact us again about this issue, please use the Contact Us form in Seller Central using the following link:

http://sellercentral.amazon.com/gp/contact-us/contact-amazon-form.html?caseID=5164920951

Please note: this e-mail was sent from a notification-only address that cannot accept incoming e-mail. Please do not reply to this message.

THIMES00641

Gmail                                                                                    Avi Eisenberg <avi@thimessolutions.com>

## RE:[CASE 5164495961] Feedback Removal Request for OrderID: 113-4690382-9600248
2 messages

**Amazon Seller Support** <merch.service05@amazon.com>                    Mon, Jun 25, 2018 at 10:22 AM
To: "avi@thimessolutions.com" <avi@thimessolutions.com>

Dear Seller,

Thank you for contacting Amazon Seller Support.

We have reviewed your request for feedback removal. In this case, the feedback you received does not meet the criteria for removal as per amazon feedback removal policy so we are unable to remove it as the buyer has received a defective item.

For your reference, Amazon will remove feedback for these reasons:

* The feedback includes obscene language.
* The feedback includes seller-specific personally identifiable information.
* The entire feedback comment is a product review.
* The entire feedback comment is about fulfillment or customer service for an order fulfilled by Amazon.

You may, however, ask the buyer who left this feedback to remove it. We encourage you to contact the buyer to resolve any issues regarding the transaction. The buyer could then remove the feedback if they feel it is appropriate. Please keep in mind that buyer feedback is a direct reflection of their shopping experience on the Amazon marketplace. Do not pressurize buyers to remove feedback.

We've mentioned the instructions below for contacting the buyer to request to remove the rating, and information on how to respond to the feedback online if the buyer chooses not to remove the rating.

You can contact the buyer from the Orders tab in your seller account. Select 'Manage Orders' and find the buyer's order, using the options in the Search box at the upper left. For more options, click the 'Advanced Search' link. Click the buyer's name in the 'Contact Buyer' section of the order to reach the web-based e-mail form.

Mentioned below are the set of instructions for contacting a buyer to request to remove a specific feedback. Please follow the steps:

1. In Feedback Manager, scroll down to View Current Feedback.
2. Find the comment/feedback you want to resolve and click the Resolve button.
3. You will be taken to the Resolving Negative Feedback page.
4. Click the yellow Contact Customer button.
5. From the drop-down menu, select a subject.
6. In the Message area, type your message.
7. Use the Add Attachment button for receipts, supporting documents, etc.
8. Click Send e-mail to send your message to the buyer.

Some buyers may not know how to remove their feedback. If you would like to provide the buyer with instructions for removing feedback, you can direct them to this Help page:

http://www.amazon.com/gp/help/customer/display.html?nodeId=201125570&referral=A24A7BONC4QYWN_A1PNE6XBGYH896

If the buyer does not remove the feedback, you may want to consider posting a response with your own account of the transaction in your feedback profile. To post a response, log in to your Seller Account then under the Reports heading, click 'Manage your Ratings and Feedback.' This will display the most recent page of feedback ratings. Find the feedback in question and click the button to respond.

THIMES01060

Thank you for your patience and understanding in these regards. Feel free to reach us, we will be more than happy to assist you.

Wish you Success. Happy Selling.

Have a great day.

Please let us know how we did.

Were you satisfied with the support provided?

| Yes | No |

Thank you!

To view your case details, or respond, please click http://sellercentral.amazon.com/gp/case-dashboard/view-case.html/ref=sc_cd_lobby_vc?caseID=5164495961

Please note: this e-mail was sent from an address that cannot accept incoming e-mail. If you require additional support please contact us https://sellercentral.amazon.com/hz/contact-us

Your Current Notifications
----------------------------------------
"Murad Acne Control Rapid Relief Acne Spot Treatment, 0.5 Ounce" is in high demand but currently has no offers.
Consider expanding your offering of "Murad" products by listing this item.
Create an offer for this ASIN (B06XDTLQ1Y).
https://catalog.amazon.com/abis/Display/ItemSelected?asin=B06XDTLQ1Y&iris_notification_id=8f762b71921af3d0d7d05de4a9fd9b0e
----------------------------------------

Thank you for selling with Amazon,

Penki Santosh P.
Amazon.com Seller Support
======================================
MORE WAYS TO GET HELP:
Visit our Seller Forums for help from other sellers: http://sellercentral.amazon.com/forums
Browse all Seller Help topics: http://sellercentral.amazon.com/gp/help

To contact us again about this issue, please use the Contact Us form in Seller Central using the following link:

http://sellercentral.amazon.com/gp/contact-us/contact-amazon-form.html?caseID=5164495961

Please note: this e-mail was sent from a notification-only address that cannot accept incoming e-mail. Please do not reply to this message.

---

**Amazon Seller Support** <merch.service05@amazon.com>  
To: "avi@thimessolutions.com" <avi@thimessolutions.com>

Mon, Jun 25, 2018 at 12:47 PM

Dear Seller,

Thank you for contacting Amazon Seller Support.

We have reviewed your request for feedback removal. In this case, the feedback you received does not meet the criteria for removal as per amazon feedback removal policy so we are unable to remove it as the buyer has received a defective item.

THIMES01061

For your reference, Amazon will remove feedback for these reasons:

* The feedback includes obscene language.
* The feedback includes seller-specific personally identifiable information.
* The entire feedback comment is a product review.
* The entire feedback comment is about fulfillment or customer service for an order fulfilled by Amazon.

You may, however, ask the buyer who left this feedback to remove it. We encourage you to contact the buyer to resolve any issues regarding the transaction. The buyer could then remove the feedback if they feel it is appropriate. Please keep in mind that buyer feedback is a direct reflection of their shopping experience on the Amazon marketplace. Do not pressurize buyers to remove feedback.

We've mentioned the instructions below for contacting the buyer to request to remove the rating, and information on how to respond to the feedback online if the buyer chooses not to remove the rating.

You can contact the buyer from the Orders tab in your seller account. Select 'Manage Orders' and find the buyer's order, using the options in the Search box at the upper left. For more options, click the 'Advanced Search' link. Click the buyer's name in the 'Contact Buyer' section of the order to reach the web-based e-mail form.

Mentioned below are the set of instructions for contacting a buyer to request to remove a specific feedback. Please follow the steps:

1. In Feedback Manager, scroll down to View Current Feedback.
2. Find the comment/feedback you want to resolve and click the Resolve button.
3. You will be taken to the Resolving Negative Feedback page.
4. Click the yellow Contact Customer button.
5. From the drop-down menu, select a subject.
6. In the Message area, type your message.
7. Use the Add Attachment button for receipts, supporting documents, etc.
8. Click Send e-mail to send your message to the buyer.

Some buyers may not know how to remove their feedback. If you would like to provide the buyer with instructions for removing feedback, you can direct them to this Help page:

http://www.amazon.com/gp/help/customer/display.html?nodeId=201125570&referral= A24A7BONC4QYWN_A1PNE6XBGYH896&referral=A24A7BONC4QYWN_A13OGYZO9R8YJD

If the buyer does not remove the feedback, you may want to consider posting a response with your own account of the transaction in your feedback profile. To post a response, log in to your Seller Account then under the Reports heading, click 'Manage your Ratings and Feedback.' This will display the most recent page of feedback ratings. Find the feedback in question and click the button to respond.

Thank you for your patience and understanding in these regards. Feel free to reach us, we will be more than happy to assist you.

Wish you Success. Happy Selling.

Have a great day.


Please let us know how we did.

Were you satisfied with the support provided?

Yes    No


Thank you!

To view your case details, or respond, please click http://sellercentral.amazon.com/gp/case-dashboard/view-case.html/ref=sc_cd_lobby_vc?caseID=5164495961

Please note: this e-mail was sent from an address that cannot accept incoming e-mail. If you require additional support please contact us https://sellercentral.amazon.com/hz/contact-us

THIMES01062

Your Current Notifications
--------------------------------------

1. Based on your sales, you may run out of "Samsung OEM Wired 3.5mm Headset for Samsung Galaxy S7 & S7 Edge, Bulk Packaging - White (Bulk Packaging)" soon.
Restock your inventory now so you continue selling without interruption.
View your low-stock ASIN (B01CO60NAO)
https://sellercentral.amazon.com/hz/productsearch?q=B01CO60NAO&iris_notification_id=82b2945a8ea506e8f4873f8ef2fe792a

2. Based on your sales, you may run out of "Cootie Game" soon.
Restock your inventory now so you continue selling without interruption.
View your low-stock ASIN (B01ISKSHKI)
https://sellercentral.amazon.com/hz/productsearch?q=B01ISKSHKI&iris_notification_id=c4b74d0e82ca872db34a0f54c91106c3

3. Based on your sales, you may run out of "Infiniti Pro by Conair 1875 Watt Compact AC Motor Travel Styler / Hair Dryer with Twist Folding Handle; Blue" soon.
Restock your inventory now so you continue selling without interruption.
View your low-stock ASIN (B01NC1T5JK)
https://sellercentral.amazon.com/hz/productsearch?q=B01NC1T5JK&iris_notification_id=9af50eda76b8cfb9979b94029d18956b
--------------------------------------

Thank you for selling with Amazon,

REBEKI K.
Amazon.com Seller Support
======================================
MORE WAYS TO GET HELP:
Visit our Seller Forums for help from other sellers: http://sellercentral.amazon.com/forums
Browse all Seller Help topics: http://sellercentral.amazon.com/gp/help

To contact us again about this issue, please use the Contact Us form in Seller Central using the following link:

http://sellercentral.amazon.com/gp/contact-us/contact-amazon-form.html?caseID=5164495961

Please note: this e-mail was sent from a notification-only address that cannot accept incoming e-mail. Please do not reply to this message.

Gmail                                        Avi Eisenberg <avi@thimessolutions.com>

# RE:[CASE 5165510871] Feedback Removal Request for OrderID: 113-2070055-3964247
2 messages

**Amazon Seller Support** <merch.service05@amazon.com>               Mon, Jun 25, 2018 at 5:52 PM
To: "avi@thimessolutions.com" <avi@thimessolutions.com>

Greeting from Amazon Seller Support

Thank You for contacting us. I understand your concern that you want us to remove feedback for order ID    113-2070055-3964247.

I confirm that this item was fulfilled by Amazon and is stickered with FNSKU. These items are kept separately for all the sellers and we ensure that we send the same to the buyers in good condition. Also I will not deny from the fact that you as well as Amazon cannot open each and every unit and check its functionality. There could be various reasons which are out of your control that may have caused this for an example, manufacturing defect or buyer's awareness about its functioning.

In order to remove the feedback I like to suggest you that you may get in touch with the buyer and check what you could do to convince them to remove the feedback. If the buyer is unable to remove the feedback as per the instructions provided or 60 days time line is crossed, educate them to contact Amazon customer support to show their willingness to remove feedback.

Please check the link below ans provide the steps to the buyer for removal of the negative feedback :-
https://www.amazon.com/gp/help/customer/display.html/ref=help_search_1-4?ie=UTF8&nodeId=201889710&qid=1486367239&sr=1-4&referral=AK3ZLATXM2GIP_A2DRAD11U0A2WB&referral=A30PBT0NKWJ6DO_A2DRAD11U0A2WB&referral=A3AUNLBAEJLJ68_A2DRAD11U0A2WB

To post a response, log in to your seller account, then, under the Reports heading, click "View your Ratings and Feedback". This will display the most recent page of feedback ratings. Find the feedback in question and click the button to respond.

I appreciate your association with Amazon and wish you luck in getting in touch with the buyer at the earliest.

I hope this helps, have a nice day.


Please let us know how we did.

Were you satisfied with the support provided?

    Yes        No


Thank you!

To view your case details, or respond, please click http://sellercentral.amazon.com/gp/case-dashboard/view-case.html/ref=sc_cd_lobby_vc?caseID=5165510871

Please note: this e-mail was sent from an address that cannot accept incoming e-mail. If you require additional support please contact us https://sellercentral.amazon.com/hz/contact-us

Thank you for selling with Amazon,

Abhishek C
Amazon.com Seller Support
======================================

THIMES01064

MORE WAYS TO GET HELP:
Visit our Seller Forum to get help from other sellers: http://sellercentral.amazon.com/forums
Browse all Seller Help topics: http://sellercentral.amazon.com/gp/help

To contact us again about this issue, please use the Contact Us form in Seller Central using the following link:

http://sellercentral.amazon.com/gp/contact-us/contact-amazon-form.html?caseID=5165510871

Please note: this e-mail was sent from a notification-only address that cannot accept incoming e-mail. Please do not reply to this message.

---

**Amazon Seller Support** <merch.service05@amazon.com>　　　　　　　　　　　　Tue, Jun 26, 2018 at 12:38 AM
To: "avi@thimessolutions.com" <avi@thimessolutions.com>

Dear Seller,

Thank you for contacting Amazon Seller Support.

We have reviewed your request for feedback removal. In this case, the feedback you received does not meet the criteria for removal as per amazon feedback removal policy so we are unable to remove it.

For your reference, Amazon will remove feedback for these reasons:

* The feedback includes obscene language.
* The feedback includes seller-specific personally identifiable information.
* The entire feedback comment is a product review.
* The entire feedback comment is about fulfillment or customer service for an order fulfilled by Amazon.

You may, however, ask the buyer who left this feedback to remove it. We encourage you to contact the buyer to resolve any issues regarding the transaction. The buyer could then remove the feedback if they feel it is appropriate. Please keep in mind that buyer feedback is a direct reflection of their shopping experience on the Amazon marketplace. Do not pressurize buyers to remove feedback.

We have mentioned the instructions below for contacting the buyer to request to remove the rating, and information on how to respond to the feedback online if the buyer chooses not to remove the rating.

You can contact the buyer from the Orders tab in your seller account. Select to Manage Orders and find the buyer's order, using the options in the Search box at the upper left. For more options, click the Advanced Search link. Click the buyer's name in the Contact Buyer section of the order to reach the web-based e-mail form.

Mentioned below are the set of instructions for contacting a buyer to request to remove a specific feedback. Please follow the steps:
1. In Feedback Manager, scroll down to View Current Feedback.
2. Find the comment/feedback you want to resolve and click the Resolve button.
3. You will be taken to the Resolving Negative Feedback page.
4. Click the yellow Contact Customer button.
5. From the drop-down menu, select a subject.
6. In the Message area, type your message.
7. Use the Add Attachment button for receipts, supporting documents, etc.
8. Click Send e-mail to send your message to the buyer.

Some buyers may not know how to remove their feedback. If you would like to provide the buyer with instructions for removing feedback, you can direct them to this Help page:

THIMES01065

https://www2.amazon.com/SB-E/customer/display.html?ref=help_search_1-1?ie=UTF8&nodeId=201889710&qid=1509465154&sr=1-1&referral=A3AUNLBAEJLJ68_AIUGW3FDA1ZZK

If the buyer does not remove the feedback, you may want to consider posting a response with your own account of the transaction in your feedback profile. To post a response, log in to your Seller Account then under the Reports heading, click to Manage your Ratings and Feedback. This will display the most recent page of feedback ratings. Find the feedback in question and click the button to respond.

Thank you for your patience and understanding in these regards. Feel free to reach us, we will be more than happy to assist you.

Wish you Success. Happy Selling.

Have a great day.

Please let us know how we did.

Were you satisfied with the support provided?

| Yes | No |

Thank you!

To view your case details, or respond, please click http://sellercentral.amazon.com/gp/case-dashboard/view-case.html/ref=sc_cd_lobby_vc?caseID=5165510871

Please note: this e-mail was sent from an address that cannot accept incoming e-mail. If you require additional support please contact us https://sellercentral.amazon.com/hz/contact-us

Thank you for selling with Amazon,

PUSHPENDRA S.
Amazon.com Seller Support
======================================
MORE WAYS TO GET HELP:
Visit our Seller Forums for help from other sellers: http://sellercentral.amazon.com/forums
Browse all Seller Help topics: http://sellercentral.amazon.com/gp/help

To contact us again about this issue, please use the Contact Us form in Seller Central using the following link:

http://sellercentral.amazon.com/gp/contact-us/contact-amazon-form.html?caseID=5165510871

Please note: this e-mail was sent from a notification-only address that cannot accept incoming e-mail. Please do not reply to this message.

THIMES01066

# RE:[CASE 5168451581] Feedback Removal Request for OrderID: 114-2749944-1947422
1 message

---

**Amazon Seller Support** <merch.service05@amazon.com>  Tue, Jun 26, 2018 at 10:57 PM
To: "avi@thimessolutions.com" <avi@thimessolutions.com>

Dear Seller,

Thank you for contacting Amazon Seller Support.

We have reviewed your request for feedback removal. In this case, the feedback you received does not meet the criteria for removal as per amazon feedback removal policy so we are unable to remove it.

For your reference, Amazon will remove feedback for these reasons:

* The feedback includes obscene language.
* The feedback includes seller-specific personally identifiable information.
* The entire feedback comment is a product review.
* The entire feedback comment is about fulfillment or customer service for an order fulfilled by Amazon.

You may, however, ask the buyer who left this feedback to remove it. We encourage you to contact the buyer to resolve any issues regarding the transaction. The buyer could then remove the feedback if they feel it is appropriate. Please keep in mind that buyer feedback is a direct reflection of their shopping experience on the Amazon marketplace. Do not pressurize buyers to remove feedback.

We've mentioned the instructions below for contacting the buyer to request to remove the rating, and information on how to respond to the feedback online if the buyer chooses not to remove the rating.

You can contact the buyer from the Orders tab in your seller account. Select 'Manage Orders' and find the buyer's order, using the options in the Search box at the upper left. For more options, click the 'Advanced Search' link. Click the buyer's name in the 'Contact Buyer' section of the order to reach the web-based e-mail form.

Mentioned below are the set of instructions for contacting a buyer to request to remove a specific feedback. Please follow the steps:

1. In Feedback Manager, scroll down to View Current Feedback.
2. Find the comment/feedback you want to resolve and click the Resolve button.
3. You will be taken to the Resolving Negative Feedback page.
4. Click the yellow Contact Customer button.
5. From the drop-down menu, select a subject.
6. In the Message area, type your message.
7. Use the Add Attachment button for receipts, supporting documents, etc.
8. Click Send e-mail to send your message to the buyer.

Some buyers may not know how to remove their feedback. If you would like to provide the buyer with instructions for removing feedback, you can direct them to this Help page:

http://www.amazon.com/gp/help/customer/display.html?nodeId=201125570&referral=A5ZS4JE3X3PNU_A158Q64JKCL5H6

If the buyer does not remove the feedback, you may want to consider posting a response with your own account of the transaction in your feedback profile. To post a response, log in to your Seller Account then under the Reports heading, click 'Manage your Ratings and Feedback.' This will display the most recent page of feedback ratings. Find the feedback in question and click the button to respond.

Thank you for your patience and understanding in these regards. Feel free to reach us, we will be

THIMES01067

more than happy to assist you.

Wish you Success. Happy Selling.

Have a great day.

Please let us know how we did.

Were you satisfied with the support provided?

| Yes | No |

Thank you!

To view your case details, or respond, please click http://sellercentral.amazon.com/gp/case-dashboard/view-case.html/ref=sc_cd_lobby_vc?caseID=5168451581

Please note: this e-mail was sent from an address that cannot accept incoming e-mail. If you require additional support please contact us https://sellercentral.amazon.com/hz/contact-us

Thank you for selling with Amazon,

Ankush T.
Amazon.com Seller Support
========================================
MORE WAYS TO GET HELP:
Visit our Seller Forums for help from other sellers: http://sellercentral.amazon.com/forums
Browse all Seller Help topics: http://sellercentral.amazon.com/gp/help

To contact us again about this issue, please use the Contact Us form in Seller Central using the following link:

http://sellercentral.amazon.com/gp/contact-us/contact-amazon-form.html?caseID=5168451581

Please note: this e-mail was sent from a notification-only address that cannot accept incoming e-mail. Please do not reply to this message.