# EXHIBIT H

THIMES SOLUTIONS, INC.,
a New York corporation

Plaintiff,

v.

TP-LINK USA CORPORATION,
a California corporation and
AUCTION BROTHERS, INC. d/b/a AMAZZIA
a California corporation,

Defendants.

In the U.S. District Court
Western District of California
Case No. 2:19-CV-10374-SB-E

# EXPERT REPORT OF ALAN G. GOEDDE, PH.D.

Freeman & Mills, Incorporated
629 Wilshire Blvd, Suite 900
Los Angeles, CA 90017

Alan G. Goedde

August 1, 2022

# Expert Witness Report
## Alan G. Goedde, Ph.D.

### I. Personal Qualifications

**1.** I, Alan G. Goedde, am a member of the firm of Freeman & Mills, Incorporated, an accounting, economics, and management consulting firm headquartered in Los Angeles, California.

**2.** I have over twenty-five years of experience developing financial and economic analyses to solve business problems. I have worked in business and in government. My educational background includes a BS in Engineering and an MA and Ph.D. in Economics, all from Duke University. I have been qualified as an expert witness and have testified in both federal and state courts. My professional resume, which includes a summary of my testimony experience, is attached to this report under Tab 1.

### II. Scope of Opinions

**3.** I have been engaged by the law firm of Gaw|Poe LLP on behalf of Thimes Solutions, Inc. in connection with the matter *Thimes Solutions, Inc. v. TP-Link USA Corporation and Auction Brothers, Inc. d/b/a Amazzia,* Case No. 2:19-CV-10374-SB-E in the U.S. District Court, Central District of California, Western Division. This report is prepared in compliance with Rule 26 of the Federal Rules of Civil Procedure.

**4.** At the request of Gaw|Poe LLP, I have been asked to form an opinion regarding the damages suffered by Thimes Solutions, Inc. ("TSI") as a result of the actions of TP-Link USA Corporation and Auction Brothers, Inc d/b/a Amazzia ("TP-Link") and the amount TP-Link should be required to disgorge if Defendants are found liable for the claims asserted by TSI in this matter.

### III. Summary of Conclusions

**5.**   TSI suffered lost profits totaling $6,115,226 with prejudgment interest of 1,147,981 for a total damage amount of $7,263,206 due to the actions of TP-Link.

**6.**   As an alternative, I also calculated TSI's lost profits assuming growth in Amazon sales after 2018 would be limited to inflation alone. Under this scenario, TSI suffered lost profits totaling $2,169,323 with prejudgment interest of $500,019 for a total damage amount of $2,669,342 due to the actions of TP-Link.

### IV. Data or Other Information Considered in Forming Opinions

**7.**   My opinions are based on information of the type reasonably relied upon by experts in my field in forming opinions or inferences, including my own education, knowledge and experience. I have reviewed and relied upon a number of documents, which are listed in Tab 3.

**8.**   In support of my opinions, I may use at trial the exhibits and information listed in this disclosure as well as other exhibits or demonstrative aides made or derived from the exhibits or information listed in this disclosure, or other materials obtained in discovery or otherwise in this action.

**9.**   I am aware of my ongoing obligation under Rule 26 to revise or supplement this report as, and if, additional information becomes available.

### V. Statement of Opinions and Reasons and Bases Therefor

**10.**   Plaintiff TSI is a New York corporation with its principal place of business in Suffern, New York.[1]  TSI's business model involves purchasing products at a discount from down-stream distributors, typically at close out, and then selling the products in the manufacturer's original packaging at a discounted price via online means such as Amazon.[2]

---

[1] Complaint ¶3.
[2] Complaint ¶3.

**11.** TP-Link is a California corporation with its principal place of business in Brea, California.[3] TPI supplies networking products for home and small business including switches, routers, and wireless systems components whose parent corporation, TP-Link, is the world's largest provider of Wi-Fi products to substantially all major electronics retailers and online distributors.[4]

**12.** TSI became a third-party seller on Amazon in 2016[5].

**13.** TP-Link entities published written complaints to Amazon charging TSI with at least 28 instances of infringing TP-Link intellectual property by listing or selling counterfeit goods on amazon.com or infringing a TP-Link trademark.[6]

**14.** The record of TP-Link complaints, subject to Amazon's algorithmic surveil, caused TSI's permanent expulsion (without appeal rights) on August 27, 2018.[7]

**15.** I calculated profits from sales of TSI products on Amazon from profit and loss statements provided by Amazon and reported in TSI's accounting software (inventorylabs.com) through July 2018. But for the actions of TP-Link these sales and profits would have continued. To be conservative, I extended sales only to year-end 2022.

**16.** TSI experienced high growth during its time with Amazon. For example, TSI sales grew from $283,932 in 2016 to $1,930,283 by the time of TSI's July 2018 termination, a growth rate of 679%.

**17.** After TSI was terminated as a seller by Amazon in August 2018, TSI continued to receive multiple offers for goods from TSI's regular product suppliers, indicative of continued growth opportunities unable to be fulfilled due to the actions of TP-Link.

**18.** However, TSI found that the only viable, non-trivial distribution channels available were wholesale at substantially smaller margins.[8]

**19.** Not only were TSI's margins smaller selling on wholesale channels but many of the products TSI was purchasing from its regular suppliers were not requested by wholesalers because the margins were too small to justify an intermediate supplier like TSI, thus limiting

---

[3] Complaint ¶8.
[4] Complaint ¶12,13.
[5] Complaint ¶6.
[6] Complaint ¶17.
[7] Complaint ¶46.
[8] Interviews with Avi Eisenberg, President Thimes Solutions, Inc. 7/15/22 – 7-30/22

*Thimes Solutions, Inc. v. TP-Link Corporation et al.*          *Expert Report of Alan G. Goedde, PhD*

TSI's ability to grow its business.[9] Therefore, therefore I projected TSI sales made through alternative wholesale channels in the 2020 - 2022 period to be limited to inflation growth.

**20.** These wholesale distribution channel sales are considered mitigation and as such are subtracted from projected Amazon sales to determine net lost sales.

**21.** Considering the quantity of offers TSI received to purchase products from many regular, continuing customers, it is reasonable to expect there to be sufficient supply of products for TSI to continue strong retail sales growth had TP-Link not interfered.

**22.** To forecast TSI's sales from 2019 to 2022 I first reviewed the growth of Ecommerce sales and Amazon sales. TSI sales growth far exceeded these indices from 2016 to 2018.

**23.** For example, from 2016 to 2017 TSI's Amazon sales growth increased by 319%, and sales growth increased by 154.8% from 2017 to 2018 while Ecommerce growth increased 14% and 16% respectively and Amazon sales growth increased 43% and 19%.

**24.** To be conservative, I decreased the TSI sales growth by half in each successive year from 2019 to 2022 to be in the range of the Ecommerce and Amazon growth rates by 2022. The details of my analyses are shown in Tab 2.

**25.** My results show TSI's lost profits total $6,115,226 with prejudgment interest of $1,147,981 for a total damage amount of $7,263,206.

**26.** As an alternative, I also calculated TSI's lost profits assuming growth in Amazon sales after 2018 would be limited to inflation alone. Mitigation sales would also increase only at the rate of inflation. Under this scenario, TSI lost profits through 2022 total $2,169,323 with prejudgment interest of $500,019 for a total damage amount of $2,669,342.

## VI. Compensation to be Paid for the Report and Testimony

**27.** Freeman & Mills is compensated based on the standard billing rate for the staff employed on this engagement and the actual hours incurred by each person. Out-of-pocket expenses are billed as incurred. My compensation is not contingent on the conclusions reached or on the ultimate resolution of the case. My hourly billing rate is $600.

---

[9] Interviews with Avi Eisenberg, President Thimes Solutions, Inc. 7/15/22 – 7-30/22

*Thimes Solutions, Inc. v. TP-Link Corporation et al.*                    *Expert Report of Alan G. Goedde, PhD*

Tab 1

**ALAN G. GOEDDE**                                                                 **Vice President**

Alan G. Goedde is a member of the firm of Freeman & Mills, a consulting firm offering services in the areas of accounting, finance, economics and business practices and procedures.  He has over 20 years of experience developing financial and economic analyses to solve business problems.  Dr. Goedde was formerly a vice president of Putnam, Hayes & Bartlett, Inc., an economic and management consulting firm.  Before joining Putnam, Hayes & Bartlett and its predecessor firm, Freeman & Mills, Incorporated, Dr. Goedde had extensive business and regulatory experience while in industry and government.  He was president of a technology marketing and licensing company, head of strategic planning for the NutraSweet Company and vice president-strategic planning for a division of First National Bank of Chicago.   While at the U.S. Treasury, his responsibilities included corporate fraud, technology licensing, business valuation and transfer pricing. He has testified in U.S. Tax Court.

A considerable part of Dr. Goedde's practice involves intellectual property issues including patent, trademark, copyright, trade secret and unfair competition matters as well as business valuations. His background in engineering and economics combined with his work experience in profit planning, budgeting, product marketing and acquisitions analysis has enabled him to assist clients in a wide range of intellectual property litigation.  Dr. Goedde can also draw upon his experience as a patent examiner at the U.S. Patent and Trademark Office.

His testimony experience in patent infringement matters includes economic analysis of the *Panduit* factors, applying *Georgia Pacific* factors to evaluate reasonable royalty; and, developing RAND royalty rates considering such issues as scope of the royalty base, lump sum and running royalties, royalty stacking, license comparability, university licensing agreements, exclusive licensing, and apportionment of profits to non-infringing components.

Dr. Goedde has consulted and testified on numerous high technology matters including semiconductors, wired and wireless media, internet media delivery systems, cell phone component manufacture, telecommunications, software and biotechnology.  His analysis and testimony have involved accelerated product life cycles, first-mover advantages, economics of startup and development stage companies, market power, product development costs, and distribution economics.

In copyright, trademark and  trade secret matters,  Dr. Goedde has testified to lost profits, unjust enrichment, causal connections between the plaintiff's loss and the defendant actions, apportionment of direct and indirect profits, price erosion, incremental costs and spoiling the market.

In the entertainment industry, Dr. Goedde has testified and consulted on numerous copyright and trademark matters as well as such issues as rights of publicity, motion picture rights, visual artist rights, credit/idea misappropriation, celebrity endorsement value, and the value of motion picture and photography libraries.

## ALAN G. GOEDDE

Dr. Goedde has testified on issues involving employment compensation, employment agreements, performance benchmarks, and wrongful discharge in a variety of industries. In franchising matters, his experience includes franchise growth, business viability, and trademark value.  His industry expertise includes manufacturing, pharmaceuticals, biotechnology, industrial products, foods, automotive aftermarket, airlines, electronics and software. Dr. Goedde has also developed numerous product pricing analyses to define markets and assess competition.

In antitrust matters, Dr. Goedde has provided analysis and expert testimony on the definition of relevant markets, the competitive impact of mergers, market power, price discrimination, predatory pricing, as well as the presence and extent of price fixing.  He has testified in a number of patent/antitrust matters involving inequitable conduct including Walker Process fraud.  In addition to providing testimony in federal and state courts, Dr. Goedde has also appeared before the Federal Trade Commission and the United States Court of International Trade.

Dr. Goedde has testified on financial and economic matters involving Superfund and hazardous waste sites including stigma damages.  He has also testified to the use of statistical methods, sampling and economic analysis in developing damage claims and in identifying markets.  His experience also includes analyses in securities pricing, bankruptcy, business interruption, dealer termination, and valuation of minority holdings.

Dr. Goedde has served as an arbitrator for the American Arbitration Association.


## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 2000–present | Freeman & Mills Incorporated |
| 1994–2000 | Putnam, Hayes & Bartlett (Freeman & Mills was acquired in 1994 and spun off in 2000) |
| 1990–1994 | Freeman & Mills Incorporated |
| 1988–1990 | Manager, Coopers & Lybrand |
| 1987–1988 | President, Mentor International Group |
| 1986–1987 | Director of Strategic Planning, The NutraSweet Co. |
| 1984–1986 | Vice President, First National Bank of Chicago |
| 1981–1984 | Manager, Arthur Andersen & Co. |
| 1979–1981 | Financial Economist, U.S. Export-Import Bank |
| 1976–1979 | Industry Economist, U.S. Treasury Department |
| 1970–1971 | Patent Examiner, U.S. Patent Office |

**ALAN G. GOEDDE**

**PROFESSIONAL AFFILIATIONS AND MEMBERSHIPS**

- American Bar Association
- National Association For Business Economics
- Board of Directors, Associated Foundations, Inc.

Dr. Goedde holds a B.S. in engineering  and an M.A. and Ph.D. in economics from Duke University.

**PUBLICATIONS AND PRESENTATIONS**

Goedde, Alan G. and Freeman, Neill W.   Article reviews.   In *Manual on the Economics of Antitrust Law*, Ninth and Eleventh Supplements, edited by Robert H. Lande.   Chicago: American Bar Association, 1991, 1993.

Roach, George P. and Goedde, Alan G., "CEO Compensation in the Pharmaceutical Industry: Market Value, the Number of Employees and Total Return Underpin CEO Pay at Pharmaceutical Companies", *Compensation and Benefits Review*,  Vol. 35, No. 5, 66-81, 2003.

American Institute of Certified Public Accountants, Conferences on Fraud and Litigation, "Regression Analysis in Litigation", 2004.

Los Angeles County Bar Association, "Recovering Damages in Credit Deprivation Cases", 1996.

Los Angeles Intellectual Property Law Association, "Economic Damages in Copyright, Trademark and Trade Secret Litigation", 1994.

**CONTACT:**

(213) 576-1815
agoedde@freemanmills.com

**ALAN G. GOEDDE**

## RULE 26(A)(2)(B) DISCLOSURE OF
## DEPOSITION/TRIAL TESTIMONY

| DATE | CASE | COURT | D/T |
|---|---|---|---|
| 1/90 | Chicago Specialty v. Dortmunder (DAB) | Cir. Ct., Cook Cty., IL | T |
| 1/90 | Game & Playtime v. Gametime | USDC N IL | D |
| 5/90 | Nedlog, Inc. v. ARA Services, Inc. | USDC N IL | D |
| 9/90 | Cella v. United States | USDC N IN | T |
| 12/90 | Edgerly v. State Farm Insurance | OCSC | D |
| 4/91 | Euroconcepts v. Aderans | LASC | D |
| 5/91 | Benjamin v. Levenfeld | LASC | D |
| 6/91 | Benjamin v. Levenfeld | LASC | T |
| 9/91 | Cummins-Allison, Inc. v. Brandt, Inc. | USDC N IL | T |
| 11/91 | PIC v. Kodak | USDC C Ca | T |
| 6/92 | Cummins-Allison, Inc. v. Brandt, Inc. | USDC N IL | T |
| 3/93 | Intersection Dev. Corp. v. McCain Traffic Supply | USDC C Ca | D |
| 6/93 | Bell v. G.T.E. | Ventura SC | D |
| 9/93 | Yes Clothing v. Cigna | Arbitration | T |
| 3/94 | Glamour Boutique v. Arbonne, Inc. | OCSC | D |
| 4/94 | Acton, et al. v. Merle Norman Cosmetics | USDC C Ca | D |
| 9/94 | Acton, et al. v. Merle Norman Cosmetics | USDC C Ca | D |
| 10/94 | Catalina Marketing Co. v. APT | USDC C Ca | D |
| 1/95 | Micro Pen v. Sunmex | USDC C Ca | D |
| 2/95 | California Sports, Inc. v. Transamerica, et al. | LASC | D |
| 2/95 | Guitars & Concepts v. Gibson Guitar Corp. | USDC C Ca | D |
| 4/95 | R. Murdock v. Murdock, Inc. | LASC | T |
| 6/95 | Fournier, et al. v. Lockheed | Arbitration | T |
| 10/95 | Tomen America v. Chauvin International | USDC C Ca | D |
| 1/96 | Vitablend v. Boost Products, et al. | LASC | T |

4

**ALAN G. GOEDDE**

| | | | |
|---|---|---|---|
| 5/96 | MCI Telecomm. Corp. v. Liberty Digital Network | Arbitration | T |
| 6/96 | Taylor Tire Co., et al. v. Goodyear Tire Co. | USDC S Ca | D |
| 6/96 | Dive N' Surf, Inc. v. Heatmax, Inc. | USDC C Ca | D |
| 6/96 | GAB Business Services, Inc. v. Lindsey-Newsom | OCSC | D |
| 8/96 | Polaris Pool Systems, Inc. v. Letro Products, Inc. | USDC C Ca | D |
| 9/96 | Swift & Associates v. M/A-COM, et al. | LASC | D |
| 10/96 | Polaris Pool Systems, Inc. v. Letro Products, Inc. | USDC C Ca | T |
| 10/96 | GAB Business Services, Inc. v. Lindsey-Newsom | OCSC | D |
| 11/96 | GAB Business Services, Inc. v. Lindsey-Newsom | OCSC | T |
| 1/97 | Swift & Associates v. M/A-COM, et al. | LASC | D |
| 5/97 | Allergan, Inc. v. Pharmacia & Upjohn Company | USDC S Ca | D |
| 9/97 | Reebok International v. TRISTAR | USDC C Ca | D |
| 4/98 | American Telecom v. RSL Communications | Arbitration | D |
| 5/98 | Microtek Lab, Inc. v. JK Technology, Inc. | LASC | D |
| 9/98 | Amylin Pharmaceuticals v. Regents of the University of Minnesota | USDC S Ca | D |
| 10/98 | Cacique, Inc. v. Stella Foods, Inc. | LASC | D |
| 1/99 | Skechers, Inc. v. Candies, Inc. | USDC C Ca | D |
| 5/99 | In Re: The Ant Farm | Arbitration | T |
| 8/99 | Cacique, Inc. v. Stella Foods, Inc. | LASC | T |
| 12/99 | Porter, et al. v. City of Los Angeles | LASC | D |
| 4/00 | Iron Grip Barbell Co. v. Ivanko Barbell Company | USDC C Ca | D |
| 7/00 | Cellular 101, Inc. v. Santa Barbara Cellular Systems Ltd. et al. | USDC C Ca | D |
| 9/00 | Pharmavite Corp. v. Omega Nutrition et al. | USDC C Ca | D |
| 9/00 | Crystal Jukebox, et al. v. Anheuser Busch | USDC C Ca | D |
| 10/00 | Sea Star Clock International v. Direct Marketing Enterprises, Ltd. | USDC C Ca | D |

5

## ALAN G. GOEDDE

| | | | |
|---|---|---|---|
| 3/01 | Wechsler v. Macke International Trade, Inc. et al. | USDC C Ca | D |
| 4/01 | Frazier v. Roessel Cine Photo Tech, Inc. et al. | USDC C Ca | D |
| 7/01 | Clayton Industries, Inc. v. SPX Corporation | Arbitration | D/T |
| 7/01 | RSKCo Claims Service, Inc. v. Miller et al. | LASC | D |
| 10/01 | Amazon.com v. Amazon Cosmetics and Tan Products | USDC C Ca | D |
| 11/01 | Customedia Technologies, LLC v. Hughes et al. | USDC Harris County, TX | D |
| 6/02 | NPI Medical Group v. State Compensation Insurance Fund et al. | LASC | D |
| 9/02 | Trustee of Bank Of New England Corp. v. Ernst & Young et al. | USDC Massachusetts | D |
| 9/02 | Manning Riddell Insurance et al. v. Coastal Interactive, LLC. | LASC | D |
| 12/02 | Mitsubishi Caterpillar Forklift America v. Power Lift Corporation et al. | USDC C Ca | D |
| 12/02 | ECC Systems, Inc. v. Mallinckrodt, Inc, et al. | US Bankruptcy Court Central District LA | D |
| 1/03 | Tel-Rom, Inc. v. Pacific Bell Telephone Company | LASC | D |
| 2/03 | Customedia Technologies, LLC v. Hughes et al. | USDC Harris County, TX | D |
| 3/03 | Unitherm Food Systems, Inc. v. Conagra Foods, Inc. | USDC Western District, OK | T |
| 4/03 | Martin Manufacturing, Inc. v. Currie Technologies, Inc. et al. | USDC C Ca | D |
| 4/03 | NPI Medical Group, et al. v. State Compensation Insurance Fund, et al. | LASC | D |
| 4/03 | B. Braun Medical, Inc. v. Rozi Medical Devices Limited, et al. | USDC S Ca | D |
| 5/03 | Tel-Rom, Inc. v. Pacific Bell Company | LASC | T |

**ALAN G. GOEDDE**

| | | | |
|---|---|---|---|
| 6/03 | B. Braun Medical, Inc. v. Rozi Medical Devices Limited, et al. | USDC S Ca | T |
| 7/03 | Scott O'Grady v. Twentieth Century Fox Film Corporation, and Discovery Communications, Inc. | USDC Eastern District, TX | D |
| 10/03 | Perfect 10, Inc. v. Net Management Services, Inc., et al. | USDC C Ca | D |
| 10/03 | NPI Medical Group, et al. v. State Compensation Insurance Fund, et al. | LASC | D |
| 10/03 | Nitro Leisure Products, LLC, et al. v. Acushnet Company | USDC Southern District, FL | D |
| 6/04 | Bruselas, Ltd., v. Harriscope of Los Angeles, Media Resources, International, et al. | USDC C Ca | D |
| 7/04 | Wechsler v. Macke International Trade, Inc. et al. | USDC C Ca | D |
| 10/04 | Wechsler v. Macke International Trade, Inc. et al. | USDC C Ca | T |
| 4/05 | Ventana Medical Systems, Inc. v. BioGenex Laboratories, Inc. | USDC, Az | D |
| 8/05 | Ride & Show Engineering, Inc. v. Universal City Development Partners, Ltd. et al. | USDC C Ca | D |
| 9/05 | JAMDAT Mobile, Inc. v. Jamster International, et al. | USDC C Ca | D |
| 10/05 | LML Patent Corp. v. Nova Information Systems, Inc., Telecheck Services, et al. | USDC Delaware | D |
| 10/05 | The Home Depot, USA, Inc. v. The United States | U.S. Court of International Trade | T |
| 11/05 | Sharper Image Corporation v. Ionic Pro, LLC et al. | USDC N Ca | D |
| 11/05 | Katzkin Leather, Inc. v. Nissan North America, Inc. | USDC C Ca | D |
| 5/06 | M. Richman, Twin Cities Cardiothoracic Surgery v. Rideout Memorial Hospital, et al. | Superior Court of California, County of Yuba | T |
| 5/06 | H. Khalil, M.D. v. A. Kaul, M.D. | AAA, Los Angeles | D |

**ALAN G. GOEDDE**

| | | | |
|---|---|---|---|
| 8/06 | Core Wealth Management, LLC v. Heller et al. | Superior Court of California, County of Santa Barbara | D |
| 9/06 | Gray et al. v. Ford Motor Company | Superior Court of California, County of Sacramento | D |
| 9/06 | Sputtered Films, Inc. v. Advanced Modular Sputtering, Inc., Agilent Technologies, Inc., Avago Technologies U.S., Inc. | Superior Court of California, County of Santa Barbara | D |
| 11/06 | Core Wealth Management, LLC v. Heller et al. | Superior Court of California, County of Santa Barbara | T |
| 5/07 | D. Hannah et al. v. Classified Cosmetics, LLC et al. | JAMS | T |
| 8/07 | Gray et al. v. Ford Motor Company | Superior Court of California, County of Sacramento | T |
| 8/07 | In re: Oracle Corporation Securities Litigation | USDC N Ca San Francisco Division | D |
| 2/08 | Elijah Asset Management v. RS Investment Trust et al. | Superior Court of California, County of San Francisco | D |
| 3/08 | Great American Marketing, Inc. v. American HealthCare Products, Inc. | USDC C Ca | D |
| 6/08 | Contessa Premium Foods, Inc. v. Thai Union International, Chicken of the Sea Frozen Foods, Bryan Rosenberg, et al. | LASC | D |
| 8/08 | Net2EZ Managed Data Centers v. Vendare Media Corp | LASC | D |
| 9/08 | Contessa Premium Foods, Inc. v. Thai Union International, Chicken of the Sea Frozen Foods, Bryan Rosenberg, et al. | LASC | T |
| 9/08 | Roger Plumley v. Doug Mockett & Company, Inc. et al. | USDC C Ca | D |

**ALAN G. GOEDDE**

| | | | |
|---|---|---|---|
| 11/08 | First Capitol Consulting, Inc. v. LVX, Inc. et al. | LASC | D |
| 12/08 | Accuride International Inc. v. Matco Tools Corporation | USDC C Ca | D |
| 9/09 | Star Telecom v. Telephone Electronics Corp. et al. | USDC Northern District of Texas, Dallas Division | T |
| 1/10 | PDM Steel Service Centers, Inc. v. St Paul Travelers, Inc. et al. | Superior Court of California, County of Fresno | D |
| 2/10 | The Acting Corps et al. v. Talent Ventures of California, Inc. | LASC, Central District | D/T |
| 3/10 | Weiner et al. v. Snapple Beverage Corporation | USDC Southern District of New York | D |
| 4/10 | Grand General Accessories Mfg. v. United Pacific Industries, and Lucidity Enterprise Co. | USDC C Ca (Western Division) | D |
| 6/10 | Dykstra v. JPMorgan Chase | U.S. Bankruptcy Court Central District of California, San Fernando Valley Division | T |
| 11/10 | Eon Corp. IP Holdings, LLC v. Skyguard LLC | U.S. Bankruptcy Court Central District of California, San Fernando Valley Division | T |
| 12/10 | In re: McConnell (value of a patent) | Superior Court of California, County of Orange | T |
| 1/11 | Carlyle/Galaxy Wilshire L.P. v. Galaxy Southbrook Holdings, LLC | LASC, Central District | D |
| 1/11 | Petroplast Petrofisa Plasticos, S.A. Petrofisa do Brasil, Ltda. v. Ameron International Corporation | Court of the Chancery of the State of Delaware | D |
| 2/11 | Skycam, Inc. v. Actioncam, LLC et al. | USDC Northern District OK | D |

**ALAN G. GOEDDE**

| 3/11 | Cooner Sales Company, LLC v. New England Wire Corporation | American Arbitration Association, Los Angeles | D |
|---|---|---|---|
| 6/11 | Chang v. County of Los Angeles et al. | LASC,Central District | D |
| 7/11 | Chang v. County of Los Angeles et al. | LASC, Central District | T |
| 8/11 | FAJATE-Virtual Sensuality v. Bautista et al. | USDC C Ca (Western Division) | D |
| 8/11 | Global Truss America LLC v. GLP German Light Products, Inc. | USDC C Ca (Western Division) | D |
| 8/11 | Skycam, Inc. v. Actioncam, LLC et al. | USDC Northern District OK | T |
| 9/11 | Syntellect, Inc. v. Southern California Gas Company | USDC S Ca | D |
| 9/11 | Global Truss America LLC v. GLP German Light Products, Inc. | USDC C Ca (Western Division) | D |
| 11/11 | Petroplast Petrofisa Plasticos, S.A. Petrofisa do Brasil, Ltda. v. Ameron International Corporation | Court of the Chancery of the State of Delaware | T |
| 1/12 | Spin Master, Ltd. et al. v. Zobmondo Entertainment, LLC et al. | USDC C Ca | D |
| 1/12 | FAJATE-Virtual Sensuality v. Bautista et al | USDC C Ca (Western Division) | T |
| 3/12 | Cooner Sales Company, LLC v. New England Wire Corporation | American Arbitration Association, Los Angeles | T |
| 4/12 | Gucci America, Inc. v. Guess?, Inc. et al. | USDC NY Southern District | T |
| 5/12 | Eslinger, et al. v. United Studios of Self Defense, LLC | Superior Court, County of Orange, Central Justice Center | T |
| 6/12 | LMA North America, Inc. v. National Union Fire Ins. Company of Pittsburgh, PA. | USDC Southern District of California | D |

**ALAN G. GOEDDE**

| | | | |
|---|---|---|---|
| 6 /12 | Out of the Box Enterprises LLC v. <u>El Paseo Jewelry Exchange, Inc. et al.</u> | USDC C Ca | D |
| 7/12 | Out of the Box Enterprises LLC v. <u>El Paseo Jewelry Exchange, Inc. et al.</u> | USDC C Ca | T |
| 8/12 | Orange County Water District v. <u>Soco West, Brenntag North America, et al.</u> | Superior Court of California, County of Orange | D |
| 10/12 | <u>Spin Master, Ltd. et al.</u> v. Zobmondo Entertainment, LLC et al. | USDC C Ca | T |
| 1/13 | <u>Kayne et al.</u> v. Cottonsmith, LLC et al. | LASC Central District | D |
| 2/13 | Leigh Robinson et al. v. <u>U-Haul Co. of California, et al.</u> | Superior Court of California, County of Solano | D |
| 5/13 | <u>L.M. Scofield Company</u> v. Windes McClaughry Accountancy Group | LASC Central District | D |
| 6/13 | <u>Kayne et al.</u> v. Cottonsmith, LLC et al. | LASC Central District | T |
| 8/13 | Leigh Robinson et al. v. <u>U-Haul Co. of California, et al</u> | Superior Court of California, County of Solano | T |
| 9/13 | <u>Barton et al.</u> v. RCI, LLC | US DC New Jersey | D |
| 11/13 | <u>LMA North America, Inc.</u> v. National Union Fire Insurance Co. | US DC Southern District of California | T |
| 2/14 | Virco Mfg. Corporation v. <u>Hertz Furniture Systems, LLC et al.</u> | US DC Central District of California, Western Division | D |
| 3/14 | SA Recycling, LLC v. <u>Kramar's Iron & Metal, Inc.</u> | US DC Central District of California, Southern Division | D |
| 4/14 | Weinsaft, et al. v. <u>Arise, LLC</u> | AAA Arbitration Los Angeles, CA | T |
| 5/14 | Reeves, et al. v. <u>Finton Construction, Inc.</u> | Superior Court of | D |

**ALAN G. GOEDDE**

| | | | |
|---|---|---|---|
| | | California, County of Orange | |
| 8/14 | Barton et al. v. RCI, LLC | US DC New Jersey | D |
| 12/14 | LegalZoom.com v. Rocket Lawyer, Inc. | US DC Central District of California, Western Division | D |
| 8/14 | Barton et al. v. RCI, LLC | US DC New Jersey | D |
| 12/14 | LegalZoom.com v. Rocket Lawyer, Inc. | US DC Central District of California, Western Division | D |
| 10/15 | BBC, DWTS Productions v. Stander & Assoc. | US DC Central District of California, Western Division | D |
| 12/15 | DTS, Inc. et al. v. Nero AG and Nero, Inc. | US DC Central District of California Western Division | D |
| 3/16 | Advanced Marketing Systems, LLC v. HyVee, Inc. | US DC Western District of Wisconsin | D |
| 12/17 | MAP Company v. Lebanese Arak Corporation | US DC Central District of California | D |
| 12/17 | Robert E. Romeo v. Academy of Country Music | JAMS Arbitration | D |
| 3/18 | Brooks Automation, Inc. v. PTB Sales, Inc. | US DC Central District of California | D |
| 6/18 | Robert E. Romeo v. Academy of Country Music | JAMS Arbitration | T |
| 2/19 | Hilsley et al. v Ocean Spray Cranberries, Inc. | US DC Southern District of California | D |
| 3/19 | Beasley et al. v. Cognizant Technology Solutions, Inc., Molina Healthcare, Inc. | Superior Court of California, County of Los Angeles, South District | D |
| 5/19 | Hilsley et al. v. Ocean Spray Cranberries, Inc. | US DC Southern District of California | D |

**ALAN G. GOEDDE**

| | | | |
|---|---|---|---|
| 6/19 | Sumotext Corp. v. Zoove, Inc., StarStar Mobile, Virtual Hold Technology, LLC | US DC Northern District of California | D |
| 6/19 | Beasley et al. v. Cognizant Technology Solutions, Inc., Molina Healthcare Inc. | Superior Court of California, County of Los Angeles, South District | T |
| 7/19 | Epafrodito Pascua v. Joseph Merhi | Superior Court of California, County of Los Angeles, Central District | D |
| 11/19 | Wong et al. v. The Vons Companies et al. | Superior Court of California, County of Alameda | D |
| 12/19 | DMF, Inc. v. Elco Lighting, Inc. | US DC Central District of California | D |
| 2/20 | Sumotext Corp. v. Zoove, Inc., StarStar Mobile, Virtual Hold Technology, LLC | US DC Northern District of California | T |
| 5/20 | Lifespeed, Inc. v. Perkins Coie LLP, Jonathan Atzen | Superior Court of California, County of Los Angeles, Central District | D |
| 11/20 | Soco West et al. v. C&D Technologies, Inc | Superior Court of California, County of Orange | T |
| 11/20 | Oki Electric Industry Co., Ltd. v. Shenzhen Yihua Computer Co., Ltd. | UN Commission on International Trade Law | T |
| 1/21 | Soco West et al. v. Ocean County Water District | Superior Court of California, County of Orange | D |
| 4/21 | Bomatic, Inc. v. Evolution, Inc., Starbucks Corp. | Judicate West | D |
| 6/21 | Bomatic, Inc. v. Evolution, Inc., Starbucks Corp. | Judicate West | T |

13

**ALAN G. GOEDDE**

| | | | |
|---|---|---|---|
| 8/21 | Beasley et al. v. Cognizant Technology Solutions, Inc., Molina Healthcare, Inc. | Superior Court of California, County of Los Angeles, South District | D |
| 8/21 | Energy Intelligence Group, Inc. v. Kirby Inland Marine, LP | US DC Southern District Of Texas Houston Division | D |
| 12/21 | Re-Marketing Group, Inc. v. WOW Bargains and Closeouts | US DC Central District of California | D |
| 1/22 | Takeya USA Corporation v. Justin Schmidt, et al. | Superior Court of California, County of Orange, Central Justice Center | D |
| 4/22 | Soco West et al. v. Orange County Water District | Superior Court of California, County of Orange | T |
| 5/22 | Office Create Corp. v. Planet Entertainment LLC, et al. | International Chamber of Commerce, International Court of Arbitration | A |
| 6/22 | Lifespeed, Inc. v. Perkins Coie LLP, Jonathan Atzen | Superior Court of California, County of Los Angeles, Central District | T |

Tab 2

**Thimes Solutions, Inc. v. TP-Link USA Corporation and Auction Brothers, Inc.**
**Lost Profits Indexed to Inflation**

| | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | Total |
|---|---|---|---|---|---|---|---|---|---|
| Amazon Sales [1] [2] | $ 2,239 | $ 283,932 | $ 1,175,272 | $ 1,930,283 | $ - | $ - | $ - | $ - | $ 3,391,727 |
| Refunds/Reimbursements/Credits /Rebates etc | $ 140 | $ (2,961) | $ 3,489 | $ 36,356 | $ - | $ - | $ - | $ - | $ 37,024 |
| Amazon Net Sales | $ 2,379 | $ 280,971 | $ 1,178,761 | $ 1,966,639 | $ - | $ - | $ - | $ - | $ 3,428,751 |
| Amazon Expected Net Sales [3] [4] | $ 2,379 | $ 280,971 | $ 1,178,761 | $ 3,371,381 | $3,432,470 | $3,474,816 | $3,638,063 | $3,871,368 | $ 19,250,210 |
| **Lost Amazon Sales** | $ - | $ - | $ - | **$ 1,404,742** | **$ 3,432,470** | **$ 3,474,816** | **$ 3,638,063** | **$ 3,871,368** | **$ 15,821,459** |
| Mitigation Sales [5] | | | | | $ 844,664 | $ 1,151,835 | $ 1,205,949 | $ 1,283,285 | $ 4,485,733 |
| Net Lost Sales | $ - | $ - | $ - | **$ 1,404,742** | **$ 2,587,806** | **$ 2,322,980** | **$ 2,432,114** | **$ 2,588,083** | **$ 11,335,726** |
| Profits (%) on Amazon Sales [6] | | | | 19.14% | 19.14% | 19.14% | 19.14% | 19.14% | |
| TSI Lost Profits | | | | $ 268,826 | $ 495,230 | $ 444,550 | $ 465,435 | $ 495,283 | $ 2,169,323 |
| Prejudgment Interest (10% Simple) | | | | $ 120,972 | $ 173,330 | $ 111,137 | $ 69,815 | $ 24,764 | $ 500,019 |
| Total | | | | $ 389,798 | $ 668,560 | $ 555,687 | $ 535,250 | $ 520,047 | **$2,669,342** |

Notes:
[1] Per profit and loss statements of Amazon Sales
[2] 2018 Sales are only through July
[3] Expected Sales for 2018 are prorated for the period Aug-Dec 2018
[4] Expected sales after 2018 grow with inflation per the CPI-U data accessed at:data.bls.gov/cpi/data.htm on 7/26/2022
[5] Per Thimes Solutions profit and loss statements (Thimes 00128-131)
[6] Per Amazon Sales 2018 Profit Rate

**Thimes Solutions, Inc. v. TP-Link USA Corporation and Auction Brothers, Inc.**
**Lost Profits with Growth Factor**

| | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | Total |
|---|---|---|---|---|---|---|---|---|---|
| Amazon Sales [1] [2] | 2,239 | 283,932 | 1,175,272 | 1,930,283 | - | - | - | - | 3,391,727 |
| Refunds/Reimbursements/Credits /Rebates etc | 140 | (2,961) | 3,489 | 36,356 | - | - | - | - | 37,024 |
| Amazon Net Sales | 2,379 | 280,971 | 1,178,761 | 1,966,639 | - | - | - | - | 3,428,751 |
| Growth Factor [2] | | | 3 | 2 | 1 | 0 | 0 | 0 | |
| Amazon Expected Net Sales [3] | 2,379 | 280,971 | 1,178,761 | 3,371,381 | 5,980,890 | 8,295,547 | 9,900,773 | 10,858,694 | 39,869,397 |
| **Lost Amazon Sales** | - | - | - | **1,404,742** | **5,980,890** | **8,295,547** | **9,900,773** | **10,858,694** | **36,440,647** |
| Mitigation Sales [4] | | | | | 844,664 | 1,151,835 | 1,205,949 | 1,283,285 | 4,485,733 |
| Net Lost Sales | - | - | - | **1,404,742** | **5,136,226** | **7,143,712** | **8,694,824** | **9,575,409** | **31,954,913** |
| Profits (%) on Amazon Sales [5] | | | | 0 | 0 | 0 | 0 | 0 | |
| TSI Lost Profits | | | | 268,826 | 982,922 | 1,367,095 | 1,663,932 | 1,832,450 | 6,115,225 |
| Prejudgment Interest (10% Simple) | | | | 120,972 | 344,023 | 341,774 | 249,590 | 91,623 | 1,147,981 |
| Total | | | | 389,798 | 1,326,944 | 1,708,869 | 1,913,522 | 1,924,073 | **7,263,206** |

Notes:
[1] Per profit and loss statements of Amazon Sales
[2] 2018 Sales are only through July
[3] Growth Factor is calculated by halfing the growth of the previous period, starting from the period of July 2017- July 2018
[4] Expected Sales for 2018 are prorated for the period Aug-Dec 2018
[5] Per Thimes Solutions profit and loss statements (Thimes 00128-131)
[6] Per Amazon Sales 2018 Profit Rate



### Thimes Solutions vs Ecommerce vs Amazon Growth

|                  | 2016       | 2017     | 2018    |
|------------------|------------|----------|---------|
| Ecommerce Growth | 13.71%     | 14.35%   | 16.56%  |
| Amazon Growth    | 25.33%     | 43.52%   | 18.51%  |
| Thimes Growth    | 11708.99%  | 319.53%  | 154.80% |

■ Ecommerce Growth   ■ Amazon Growth   ■ Thimes Growth



### Projected Thimes Solutions vs. Ecommerce vs Amazon Growth

|                  | 2019   | 2020   | 2021   | 2022  |
|------------------|--------|--------|--------|-------|
| Ecommerce Growth | 9.32%  | 20.04% | 46.66% | 6.62% |
| Amazon Growth    | 13.50% | 14.85% | 39.72% | 12.53%|
| Thimes Growth    | 77.40% | 38.70% | 19.35% | 9.68% |

■ Ecommerce Growth   ■ Amazon Growth   ■ Thimes Growth

**Thimes Solutions, Inc. v. TP-Link USA Corporation and Auction Brothers, Inc.**

**Calculations**

**CPI-U Data 2018-2022 retrieved from data.bls.gov/cpi/data.htm on 7/26/2022**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Annual | HALF1 | HALF2 | Annual Growth |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|--------|-------|-------|---------------|
| 2018 | 247.867 | 248.991 | 249.554 | 250.546 | 251.588 | 251.989 | 252.01 | 252.15 | 252.44 | 252.89 | 252.04 | 251.23 | 251.11 | 250.09 | 252.13 | N/A |
| 2019 | 251.712 | 252.776 | 254.202 | 255.548 | 256.092 | 256.143 | 256.57 | 256.56 | 256.76 | 257.35 | 257.21 | 256.97 | 255.66 | 254.41 | 256.9 | 1.81% |
| 2020 | 257.971 | 258.678 | 258.115 | 256.389 | 256.394 | 257.797 | 259.1 | 259.92 | 260.28 | 260.39 | 260.23 | 260.47 | 258.81 | 257.56 | 260.07 | 1.23% |
| 2021 | 261.582 | 263.014 | 264.877 | 267.054 | 269.195 | 271.696 | 273 | 273.57 | 274.31 | 276.59 | 277.95 | 278.8 | 270.97 | 266.24 | 275.7 | 4.70% |
| 2022 | 281.148 | 283.716 | 287.504 | 289.109 | 292.296 | 296.311 | | | | | | | | 288.35 | | 6.41% |

| Profit Percentage = Total Sales / Net Profit | | | | |
|------|------|------|------|------|
| Year | 2015 | 2016 | 2017 | 2018 |
| Total Sales | $ 2,379.30 | $ 280,971.20 | $ 1,178,761.20 | $ 1,966,639.05 |
| Net Profit | $ 2,006.31 | $ 151,095.37 | $ 226,003.83 | $ 376,356.56 |
| Profit Percentage | 84.32% | 53.78% | 19.17% | 19.14% |

FRED Graph Observations
Federal Reserve Economic Data
Link: https://fred.stlouisfed.org
Help: https://fredhelp.stlouisfed.org
Economic Research Division
Federal Reserve Bank of St. Louis

ECOMSA          E-Commerce Retail Sales, Millions of Dollars, Quarterly, Seasonally Adjusted

Frequency: Quarterly                                                            Source:https://ir.aboutamazon.com/sec-filings/default.aspx

| Year | | ECOMSA | ECOMSA Growth Rates | Thimes Growth Rates | Thimes Total Sales | Online Sales (in millions) | Amazon Growth Rate |
|------|------|--------|---------------------|---------------------|--------------------|----------------------------|--------------------|
| | 2015 | $ 80,365 | | | $ 2,379 | $ 50,834 | |
| | 2016 | $ 91,385 | 13.71% | 11708.99% | $ 280,971 | $ 63,708 | 25.33% |
| | 2017 | $ 104,503 | 14.35% | 319.53% | $ 1,178,761 | $ 91,431 | 43.52% |
| | 2018 | $ 121,808 | 16.56% | 154.80% | $ 3,003,525 | $ 108,354 | 18.51% |
| | 2019 | $ 133,162 | 9.32% | 77.40% | $ 5,328,307 | $ 122,987 | 13.50% |
| | 2020 | $ 159,853 | 20.04% | 38.70% | $ 7,390,409 | $ 141,247 | 14.85% |
| | 2021 | $ 234,440 | 46.66% | 19.35% | $ 8,820,486 | $ 197,346 | 39.72% |
| | 2022 | $ 249,970 | 6.62% | 9.68% | $ 9,673,888 | $ 222,075 | 12.53% |

| Year | | Ecommerce Growth | Amazon Growth | Thimes Growth | | | |
|------|------|------------------|---------------|---------------|------|------|------|
| | 2016 | 13.71% | 25.33% | 11708.99% | | | |
| | 2017 | 14.35% | 43.52% | 319.53% | | | |
| | 2018 | 16.56% | 18.51% | 154.80% | | | |
| | 2019 | 9.32% | 13.50% | 77.40% | 38.70% | 19.35% | 9.68% |
| | 2020 | 20.04% | 14.85% | 38.70% | | | |
| | 2021 | 46.66% | 39.72% | 19.35% | | | |
| | 2022 | 6.62% | 12.53% | 9.68% | | | |
| Mean 2019-2022 | | 20.66% | 20.15% | 36.28% | | | |
| Geo Mean 2019-2 | | 15.50% | 17.77% | 27.37% | | | |

Tab 3

# Thimes Solutions, Inc. v. TP-Link USA Corporation and Auction Brothers, Inc. Documents Considered

**Pleadings**
1. Amended Fifth Complaint 5/27/2022

**Thimes Solution Documents**
1. Inventory Lab Financials
   Profit and Loss 2015.xlsx
   Profit and Loss 2016.xlsx
   Profit and Loss 2017.xlsx
   Profit and Loss 2018.xlsx
2. Thimes Quickbooks P&Ls
   THIMES00128-THIMES00128.pdf
   THIMES00129-THIMES00129.pdf
   THIMES00130-THIMES00130.pdf
   THIMES00131-THIMES00131.pdf
3. Tax Documents
   THIMES00002-THIMES00029.pdf
   THIMES00030-THIMES00063.pdf
   THIMES00152-THIMES00153.pdf
   THIMES00154-THIMES00155.pdf
   THIMES00156-THIMES00208.pdf
   THIMES00209-THIMES00255.pdf
4. Other
   THIMES00001 - CONFIDENTIAL.xlsx
   THIMES00002-THIMES00029.pdf
   THIMES00030-THIMES00063.pdf
   THIMES00085.csv
   THIMES00127.csv
   THIMES00128-THIMES00128.pdf
   THIMES00129-THIMES00129.pdf
   THIMES00130-THIMES00130.pdf
   THIMES00131-THIMES00131.pdf
   THIMES00132-THIMES00132.pdf
   THIMES00133-THIMES00134.pdf
   THIMES00135-THIMES00135.pdf
   THIMES00136-THIMES00136.pdf
   THIMES00137-THIMES00137.pdf
   THIMES00138-THIMES00140.pdf
   THIMES00141-THIMES00141.pdf
   THIMES00142-THIMES00142.pdf
   THIMES00143-THIMES00143.pdf
   THIMES00144-THIMES00145.pdf
   THIMES00146-THIMES00150.pdf
   THIMES00151-THIMES00151.pdf

**Research**
1. Inflation Data: data.bls.gov/cpi/data.htm  retrieved 7/26/2022
2. Ecommerce Stats: https://fred.stlouisfed.org/series/ECOMSA retrieved on 7/28/2022
3. Amazon 10-Ks: https://ir.aboutamazon.com/sec-filings/default.aspx retrieved on 7/29/2022