# EXHIBIT I

# Thimes Solutions, Inc Amazon Profit and Loss Statement 2015
**Source: InventoryLab**

### Income

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 318.98 | $ 164.49 | $ - | $ - | $ 1,756.00 | $ 2,239.47 |
| MFN Shipping Credit | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 8.98 | $ 4.99 | $ - | $ - | $ 125.86 | $ 139.83 |
| Total | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 327.96 | $ 169.48 | $ - | $ - | $ 1,881.86 | $ 2,379.30 |

### Expenses

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Amazon Referral Fee | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (47.85) | $ (24.67) | $ - | $ - | $ (119.88) | $ (192.40) |
| Closing Fees | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (3.32) | $ (1.74) | $ - | $ - | $ (23.72) | $ (28.78) |
| MFN Shipping Label Cost | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (10.26) | $ (2.60) | $ - | $ - | $ (138.95) | $ (151.81) |
| Total | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (61.43) | $ (29.01) | $ - | $ - | $ (282.55) | $ (372.99) |
| Net Profit | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 266.53 | $ 140.47 | $ - | $ - | $ 1,599.31 | $ 2,006.31 |

### Other

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Previous Reserve Amount | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 266.53 | $ 424.11 | $ - | $ - | $ - | $ 690.64 |
| Current Reserve Amount | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (266.53) | $ (424.11) | $ - | $ - | $ - | $ (690.64) |
| Total | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |