# EXHIBIT J

# Please review your listings

**seller-performance-policy-auto@amazon.com** &lt;seller-performance-policy-auto@amazon.com&gt;  Mon, May 14, 2018 at 1:18 AM
Reply-To: "seller-performance-policy-auto@amazon.com" &lt;seller-performance-policy-auto@amazon.com&gt;
To: "avi@thimessolutions.com" &lt;avi@thimessolutions.com&gt;

Hello,

We have removed your listing because of a buyer complaint about the condition of an item they received from you.

Examples of these items are at the end of this email.

Your listings are still active, but please resolve the issues that caused the complaint.

Review your listings and make sure that

- The items exactly match the product description on the detail page.
- The items are listed according to our Condition Guidelines.

You can edit your listings in the Inventory section of Seller Central. If we receive more complaints about your listings, we may not allow you to sell on Amazon.com.

You can see the health of your account in the Performance section of Seller Central.

To learn more about our policies, search for these topics in Seller Central Help:

- Prohibited Seller Activities and Actions
- Product Detail Page Rules
- Condition Guidelines

To talk to someone about this email, ask our Seller Support team to contact you.
Contact us

*Seller Performance Team*

| Complaint Type | ASIN | Title | Additional Information |
|---|---|---|---|
| Inauthentic | B00OQLMJR6 | New Original Samsung Galaxy Note 4 IV Battery for BN910BB SM-N910 N910A N910T - Retail Packaging | |

Gmail

Avi Eisenberg &lt;avi@thimessolutions.com&gt;

# Your amazon.com selling privileges have been removed

**Amazon** &lt;seller-performance-policy@amazon.com&gt;　　　　　　　　　　　　　　Thu, Jun 28, 2018 at 12:57 AM
Reply-To: Amazon &lt;seller-performance-policy@amazon.com&gt;
To: "avi@thimessolutions.com" &lt;avi@thimessolutions.com&gt;



Hello,

We removed some of your listings because of buyer complaints about the authenticity of an item they received from you. The listings we removed are at the end of this email.

If you would like us to reinstate your listings, please send us a plan with actions you took to resolve the issue and prevent similar complaints. Send your plan to seller-performance-policy@amazon.com. Get help creating your plan in Seller Central Help (https://sellercentral.amazon.com/gp/help/200370560).

Also include the following information for each ASIN:

-- Copies of invoices or receipts from your supplier issued in the last 365 days. These should reflect your sales volume during that time.
-- Contact information for your supplier, including name, phone number, address, and website.

You can send .pdf, .jpg, .png, or .gif files. These documents must be authentic and unaltered. We may call your supplier to verify the documents. You may remove pricing information, but the rest of the document must be visible. We will maintain the confidentiality of your supplier contact information.

We will review your information and decide whether to reinstate your listings. If we receive more complaints about your listings, we may not allow you to sell on Amazon.com.

Learn more about our policies in Seller Central Help:

--Amazon Anti-Counterfeiting Policy (https://sellercentral.amazon.com/gp/help/201165970)
--Policies and Agreements (https://sellercentral.amazon.com/gp/help/521)
--Prohibited Seller Activities and Actions (https://sellercentral.amazon.com/gp/help/200386250)
--Product Detail Page Rules (https://sellercentral.amazon.com/gp/help/200390640)
--Condition Guidelines (https://sellercentral.amazon.com/gp/help/20033950)

You can see the health of your account in the Performance section of Seller Central: https://sellercentral.amazon.com/gp/seller-rating/pages/performance-summary.html

Have questions? We can help right away. Contact us (https://sellercentral.amazon.com/hz/contact-us/performance).

---------------------------------------
Complaint type: Inauthentic Item
ASIN: B00OQLMJR6
Title: New Original Samsung Galaxy Note 4 IV Battery for BN910BB SM-N910

THIMES01125

Sincerely,
Seller Performance Team
amazon.com
http://www.amazon.com

THIMES01126