# EXHIBIT M

Avi Eisenberg <avi@thimessolutions.com>

---

**Your amazon.com selling privileges have been removed**

---

**Amazon** <product-quality-policy@amazon.com>  Mon, Aug 27, 2018 at 11:22 AM
Reply-To: Amazon <product-quality-policy@amazon.com>
To: "avi@thimessolutions.com" <avi@thimessolutions.com>



Hello,

We reviewed your account and the information you provided, and we have decided that you may no longer sell on Amazon.com.

For privacy reasons, we do not provide details about our investigation methods. We may not reply to further emails about this issue.

You can see your balance and settlement information in the Payments section of Seller Central. If you have questions about those, please write to payments-funds@amazon.com.


Sincerely,
Seller Performance Team
amazon.com
http://www.amazon.com

THIMES00307