# EXHIBIT N



# Notice: Policy Warning
3 messages

**Amazon** <notice@amazon.com>  
To: avi@thimessolutions.com

Wed, Apr 18, 2018 at 8:43 AM

Hello,

We received a report from a rights owner that believes the items at the end of this email infringe their patent: USD803558S

We may let you list this content again if we receive a retraction from the rights owner:
--Chris
-- gsource2012@163.com

If the rights owner agrees to retract their complaint, they must send the retraction to us at notice-dispute@amazon.com.

If you believe that the reported content does not infringe the rights owner&rsquo;s patent, you may email notice-dispute@amazon.com with supporting information.

We consider allegations of intellectual property infringement a serious matter. If we receive more complaints about your listings, we may not allow you to sell on Amazon.com.

To learn more about this policy, search for &quot;Intellectual Property Violations&quot; in Seller Central Help.

ASIN: B01FFVRXHQ, B01M592Z3Y, B01HNTME3Q, B01IAZSH1A, B01HNTM986, B01M3NO8L3, B01J5210C0, B01LZ4SGEC, B01KLHHSKQ
Infringement type: Patent
Patent Number: USD803558S
Complaint ID: 4999672081

You can learn more about your account health in the Performance section of Seller Central (https://sellercentral.amazon.com/gp/seller-rating/pages/performance-summary.html).

Sincerely,
Seller Performance Team
Amazon.com

**Amazon** <notice@amazon.com>  
To: avi@thimessolutions.com

Wed, Apr 18, 2018 at 2:58 PM

Hello,

We received a report from a rights owner that claims the items at the end of this email infringe their trademark.

--  Trademark number 3111341

We removed the content listed at the end of this email. We may let you list this content again if we receive a retraction from the rights owner:

--Jonas Brueggemann
-- genuine@adobe.com

If the rights owner agrees to retract their complaint, they must send the retraction to us at notice-dispute@amazon.com.

If you believe that the reported content does not infringe the rights owner&rsquo;s trademark, please email notice-dispute@amazon.com with supporting information. This includes, but is not limited to, an invoice or Order ID.

We consider allegations of intellectual property infringement a serious matter. If we receive more complaints about your listings, we may not allow you to sell on Amazon.com.

To learn more about this policy, search for &quot;Intellectual Property Violations&quot; in Seller Central Help.

ASIN: B000NDICIQ

THIMES00773

Infringement type: Trademark
Trademark asserted: 3113410
Complaint ID: 5000248861

You can learn more about your account health in the Performance section of Seller Central (https://sellercentral.amazon.com/gp/seller-rating/pages/performance-summary.html).

Sincerely,

Seller Performance Team
Amazon.com
http://www.amazon.com

---

**Amazon** <notice@amazon.com>  Thu, Apr 19, 2018 at 12:55 AM
To: avi@thimessolutions.com

Hello,

We received a report from a rights owner concerning the authenticity of the products listed at the end of this email. We removed this content, but we may let you list these product(s) again if we receive a retraction of the complaint from the rights owner:

-- AmazonBrandRegistry@harley-davidson.com

If the rights owner agrees to retract their complaint, they must send the retraction to us at notice-dispute@amazon.com.

If you believe that the reported content is authentic, you may email notice-dispute@amazon.com with proof of authenticity. This includes, but is not limited to, an invoice or Order ID.

We consider allegations of intellectual property infringement a serious matter. If we receive more complaints about your listings, we may not allow you to sell on Amazon.com.

To learn more about this policy, search for &quot;Intellectual Property Violations&quot; in Seller Central Help.

ASIN:  B00C6DAKJA   B00C6DAMWU
Infringement type: Counterfeit
Trademark asserted: 1660539
Complaint ID: 5000719841

[Quoted text hidden]