# EXHIBIT O


Avi Eisenberg <avi@thimessolutions.com>

---

## RE:[CASE 4893811871] Other account issues
6 messages

---

**Amazon Seller Support** <merch.service05@amazon.com>   Mon, Mar 5, 2018 at 9:19 PM
To: "avi@thimessolutions.com" <avi@thimessolutions.com>

Greetings from Amazon Seller Support,

I'm writing in followup of your email regarding reimbursement request for Order ID: 112-8928132-7904207.

Regarding the reimbursement request for the damaged unit, I've tried to raise the reimbursement for the unit but our credit operation team have denied the reimbursement and have informed the reimbursement will not be processed for the unsellable units. And this decision stands Final by our Operations Team. I apologize for the inconvenience caused

Since the product removed was in an unsellable condition, the unit is under Defective disposition. Kindly note that if the units were damaged at our fulfillment center, we take the responsibility and an automated reimbursement would have been initiated within 30 days time frame. However, in this case as the unit is returned under Defective disposition, we will not be able to reimburse you as it is not covered under our FBA lost and damaged inventory reimbursement policy.

A returned unit is considered unsellable when either of the following is true:
- It is not in the same condition as previously listed
- Product is defective, damaged, opened, lacking required labeling, prohibited by our policies, or is otherwise deemed unsuitable by Amazon, including units which may pose a health or safety risk to our associates or the next customer who purchases it (this may include, but is not restricted to consumables, personal care products and products with expiration dates).

You can check the return in the below link:
https://sellercentral.amazon.com/gp/ssof/reports/search.html#orderAscending=&recordType=CUSTOMER_RETURNS&noResultType=&merchantSku=&fnSku=&FnSkuXORMSku=&reimbursementId=&orderId=&genericOrderId=112-8928132-7904207&asin=&lpn=&shipmentId=&problemType=ALL_DEFECT_TYPES&hazmatStatus=&inventoryEventTransactionType=&inventoryAdjustmentReasonGroup=&eventDateOption=365&fromDate=mm%2Fdd%2Fyyyy&toDate=mm%2Fdd%2Fyyyy&startDate=&endDate=&fromMonth=1&fromYear=2018&toMonth=1&toYear=2018&startMonth=&startYear=&endMonth=&endYear=

Please note that, when a customer returns a product, the returned product will follow the standard Amazon returns policy. If the returned product is received in sellable condition, it will be returned to the original seller's inventory. If the returned product is received in a condition that the product cannot be resold, Amazon will determine who is at fault (Amazon or customer) and reimburse according to the FBA Lost and Damaged Inventory Reimbursement Policy.

Amazon policy restricts Seller Support to initiate the reimbursement to the seller. In this case, I request you to understand that Amazon takes responsibility in all the cases/disposition/return reasons except the "Customer damaged" and "Defective."

In those situations, as per our Reimbursement policy, if the fault is from customer's end such as the customer used the product or damages the product before returning, Amazon cannot take responsibility for the loss of the product and we are unable to request reimbursement from our credit ops team as per Amazon's policy.

For more information about Customer Returns for Orders Fulfilled by Amazon click the below link:
https://sellercentral.amazon.com/gp/help/help.html/?itemID=200379860&referral=A1DFNOSSG2EEFO_ALU9G2GVOYIE6&referral=A7XLNHSZ448UX_A11IZRUWN5VCTL&referral=A2691D9X4CWI7Q_A11IZRUWN5VCTL&referral=A2691D9X4CWI7Q_A1T5QCF7AEZ1N1

Amazon Services Business Solutions Agreement:
https://sellercentral.amazon.com/gp/help/1791?referral=A1DFNOSSG2EEFO_ALU9G2GVOYIE6&referral=A7XLNHSZ448UX_A11IZRUWN5VCTL&referral=A2691D9X4CWI7Q_A11IZRUWN5VCTL&referral=A2691D9X4CWI7Q_A1T5QCF7AEZ1N1

We request your patience and cooperation in this regard.

If you still have any further concern, please write back to us. We will assist you further.

We wish you to be successful on selling with Amazon.

Have a great day!
We are going to consider this investigation resolved, and will be marking this case as such. Future correspondence directed through this case may be resolved without response.

THIMES00856

This correspondence will be considered as a last correspondence on this case and any further replies on this case would be left unanswered.

Case 2:19-cv-10374-SB-E   Document 206-16   Filed 08/12/22   Page 3 of 10   Page ID #:3213

Thank you for contacting Amazon, hope you have a good day.

Your Current Notifications
----------------------------------------
Based on your sales, you may run out of "JVC HAFX102A XX Xtreme Bass Earbuds, Blue" soon.
Restock your inventory now so you continue selling without interruption.
View your low-stock ASIN (B00VU7ZROQ)
https://sellercentral.amazon.com/hz/productsearch?q=B00VU7ZROQ&iris_notification_id=e334c25458fad7a81dd7634241a5a7bd
----------------------------------------

Thank you for selling with Amazon,

Arpita P.
Amazon.com Seller Support
=======================================
MORE WAYS TO GET HELP:
Visit our Seller Forums for help from other sellers: http://sellercentral.amazon.com/forums
Browse all Seller Help topics: http://sellercentral.amazon.com/gp/help

To contact us again about this issue, please use the Contact Us form in Seller Central using the following link:

http://sellercentral.amazon.com/gp/contact-us/contact-amazon-form.html?caseID=4893811871

Please note: this e-mail was sent from a notification-only address that cannot accept incoming e-mail. Please do not reply to this message.

---

**Amazon Seller Support** <merch.service05@amazon.com>  Fri, Mar 9, 2018 at 4:04 PM
To: "avi@thimessolutions.com" <avi@thimessolutions.com>

> Dear Seller,
>
> Thank you for contacting Amazon Seller Support.
>
> We have confirmed that the feedback on Order ID: 114-0100592-2234651 , which you have submitted for our review, was in violation of our feedback guidelines. Therefore, we have removed the inappropriate entry and we have removed the rating so it will not affect your performance.

For confirmation, please refer to the below mentioned page:

https://sellercentral.amazon.com/hz/orders/details?_encoding=UTF8&orderId=114-0100592-2234651&ref=xx_orddet_shel_home

or

We have reviewed your request for feedback removal. In this case, the feedback you received does not meet the criteria for removal so we are unable to remove it.

For your reference, Amazon will remove feedback for these reasons:

* The feedback includes obscene language.
* The feedback includes seller-specific personally identifiable information.
* The entire feedback comment is a product review.
* The entire feedback comment is about fulfillment or customer service for an order fulfilled by Amazon.

You may, however, ask the buyer who left this feedback to remove it. We encourage you to contact the buyer to resolve any issues regarding the transaction. The buyer could then remove the feedback if they feel it is appropriate. Please keep in mind that buyer feedback is a direct reflection of their shopping experience on the Amazon marketplace. Do not pressurize buyers to remove feedback.

We've mentioned the instructions below for contacting the buyer to request to remove the rating, and

THIMES00857

information on how to respond to the feedback online if the buyer chooses not to remove the rating.

You can contact the buyer from the Orders tab in your seller account. Select 'Manage Orders' and find the buyer's order, using the options in the Search box at the upper left. For more options, click the 'Advanced Search' link. Click the buyer's name in the 'Contact Buyer' section of the order to reach the web-based e-mail form.

Mentioned below are the set of instructions for contacting a buyer to request to remove a specific feedback. Please follow the steps:

1. In Feedback Manager, scroll down to View Current Feedback.
2. Find the comment/feedback you want to resolve and click the Resolve button.
3. You will be taken to the Resolving Negative Feedback page.
4. Click the yellow Contact Customer button.
5. From the drop-down menu, select a subject.
6. In the Message area, type your message.
7. Use the Add Attachment button for receipts, supporting documents, etc.
8. Click Send e-mail to send your message to the buyer.

Some buyers may not know how to remove their feedback. If you would like to provide the buyer with instructions for removing feedback, you can direct them to this Help page:

http://www.amazon.com/gp/help/customer/display.html?nodeId=201125570&referral= AQSUH23RKB8HP_AQ7GZ8RMW9C1E&referral=A1V5AJSHWYTX0J_ AB20KP070RAW7&referral=A3T97GLC0VU6RL_A3FFFOCN2QSA8Q

If the buyer does not remove the feedback, you may want to consider posting a response with your own account of the transaction in your feedback profile. To post a response, log in to your Seller Account then under the Reports heading, click 'Manage your Ratings and Feedback.' This will display the most recent page of feedback ratings. Find the feedback in question and click the button to respond.

Thank you for your patience and understanding in these regards. Feel free to reach us, we will be more than happy to assist you.

Wish you Success. Happy Selling.

Have a great day.

Please let us know how we did.

Were you satisfied with the support provided?



Thank you!

To view your case details, or respond, please click http://sellercentral.amazon.com/gp/case-dashboard/view-case.html/ref=sc_cd_lobby_vc?caseID=4920552621

Please note: this e-mail was sent from an address that cannot accept incoming e-mail. If you require additional support please contact us https://sellercentral.amazon.com/hz/contact-us

Thank you for selling with Amazon,

Vishnu Kumar A.
Amazon.com Seller Support
======================================
MORE WAYS TO GET HELP:
Visit our Seller Forums for help from other sellers: http://sellercentral.amazon.com/forums
Browse all Seller Help topics: http://sellercentral.amazon.com/gp/help

To contact us again about this issue, please use the Contact Us form in Seller Central using the following link:

http://sellercentral.amazon.com/gp/contact-us/contact-amazon-form.html?caseID=4920552621

THIMES00858

Please note: this e-mail was sent from a notification-only address that cannot accept incoming e-mail. Please do not reply to this message.

**Amazon Seller Support** <merch.service05@amazon.com>  Sat, Mar 10, 2018 at 2:59 PM
To: "avi@thimessolutions.com" <avi@thimessolutions.com>

> Greetings from Amazon Seller Support,
>
> Thank you for bringing this matter to our attention.
>
> I have checked and confirmed that the feedback you submitted for review for the Order ID: 112-9474849-9683430 applies exclusively to the fulfillment or customer service provided by Amazon.
>
> Upon reviewing the feedback, I found out that the feedback pertains to the shipping fault by Amazon.co-mingled item.
>
> Therefore I have removed the rating and struck through the customer's feedback. Under these circumstances, for orders fulfilled by Amazon, we do not remove the comment. The rating is removed, the customer's comment will remain with a note from Amazon that states, "This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience." This feedback will not affect your performance.

We have acknowledged your case with order id: 114-7515569-3774660 and 113-3400133-3206619 and found that the buyer received a defective product. We understand your concern that since order was fulfilled by Amazon, it's Amazon's responsibility to take care of the item until it's shipped. If the buyer had issues regarding the shipping / packaging, off course we would have struck through the feedback right away, but buyer's dissatisfaction was regarding the defective item received.

We know that you cannot be completely held responsible for this as it can also be manufacturers fault that might have gone unnoticed but seller's must ensure their customer's receive product in good and working condition.

You may get in touch with the buyer and check what you could do to convince them to remove the feedback. If the buyer is unable to remove the feedback as per the instructions provided or 60 days time line is crossed, educate them to contact Amazon customer support to show their willingness to remove feedback.

Link to be provided to buyer for instructions to remove feedback: http://www.amazon.com/gp/help/customer/display.html?nodeId=201125570&referral=A31XH72987LXRG_A103Y3NEERROU5

I hope it helps, we're looking forward for your cooperation.

Please let us know how we did.

Were you satisfied with the support provided?

[ Yes ]   [ No ]

Thank you!

To view your case details, or respond, please click http://sellercentral.amazon.com/gp/case-dashboard/view-case.html?ref=sc_cd_lobby_vc?caseID=4921800621

Please note: this e-mail was sent from an address that cannot accept incoming e-mail. If you require additional support please contact us https://sellercentral.amazon.com/hz/contact-us

Thank you for selling with Amazon,

THIMES00859

Vineet K.
Amazon.com Seller Support
=====================================
MORE WAYS TO GET HELP:
Visit our Seller Forums for help from other sellers: http://sellercentral.amazon.com/forums
Browse all Seller Help topics: http://sellercentral.amazon.com/gp/help

To contact us again about this issue, please use the Contact Us form in Seller Central using the following link:

http://sellercentral.amazon.com/gp/contact-us/contact-amazon-form.html?caseID=4921800621

Please note: this e-mail was sent from a notification-only address that cannot accept incoming e-mail. Please do not reply to this message.

---

**merch.service05@amazon.com** <merch.service05@amazon.com>
To: "avi@thimessolutions.com" <avi@thimessolutions.com>
Sat, Mar 10, 2018 at 5:09 PM

Dear Seller,

Thank you for contacting Amazon Seller Support.

We have reviewed your request for feedback removal. In this case, the feedback you received does not meet the criteria for removal so we are unable to remove it.

For your reference, Amazon will remove feedback for these reasons:

* The feedback includes obscene language.
* The feedback includes seller-specific personally identifiable information.
* The entire feedback comment is a product review.
* The entire feedback comment is about fulfillment or customer service for an order fulfilled by Amazon.

You may, however, ask the buyer who left this feedback to remove it. We encourage you to contact the buyer to resolve any issues regarding the transaction. The buyer could then remove the feedback if they feel it is appropriate. Please keep in mind that buyer feedback is a direct reflection of their shopping experience on the Amazon marketplace. Do not pressurize buyers to remove feedback.

We've mentioned the instructions below for contacting the buyer to request to remove the rating, and information on how to respond to the feedback online if the buyer chooses not to remove the rating.

You can contact the buyer from the Orders tab in your seller account. Select 'Manage Orders' and find the buyer's order, using the options in the Search box at the upper left. For more options, click the 'Advanced Search' link. Click the buyer's name in the 'Contact Buyer' section of the order to reach the web-based e-mail form.

Mentioned below are the set of instructions for contacting a buyer to request to remove a specific feedback. Please follow the steps:

1. In Feedback Manager, scroll down to View Current Feedback.
2. Find the comment/feedback you want to resolve and click the Resolve button.
3. You will be taken to the Resolving Negative Feedback page.
4. Click the yellow Contact Customer button.
5. From the drop-down menu, select a subject.
6. In the Message area, type your message.
7. Use the Add Attachment button for receipts, supporting documents, etc.
8. Click Send e-mail to send your message to the buyer.

THIMES00860

Some buyers may not know how to remove their feedback. If you would like to provide the buyer with instructions for removing feedback, you can direct them to this Help page:

http://www.amazon.com/gp/help/customer/display.html?nodeId=201125570&referral= AQSUH23RKB8HP_AQ7GZ8RMW9C1E&referral=A1V5AJSHWYTX0J_ AB20KP070RAW7&referral=A31XH72987LXRG_A32R9244EBOFNR

If the buyer does not remove the feedback, you may want to consider posting a response with your own account of the transaction in your feedback profile. To post a response, log in to your Seller Account then under the Reports heading, click 'Manage your Ratings and Feedback.' This will display the most recent page of feedback ratings. Find the feedback in question and click the button to respond.

Thank you for your patience and understanding in these regards. Feel free to reach us, we will be more than happy to assist you.

Wish you Success. Happy Selling.

Have a great day.

Please let us know how we did.

Were you satisfied with the support provided?

[ Yes ]    [ No ]

Thank you!

To view your case details, or respond, please click http://sellercentral.amazon.com/gp/case-dashboard/view-case.html?ref=sc_cd_lobby_vc?caseID=4921800621

Please note: this e-mail was sent from an address that cannot accept incoming e-mail. If you require additional support please contact us https://sellercentral.amazon.com/hz/contact-us

Thank you for selling with Amazon,

Digvijay S.
Amazon.com Seller Support
=====================================
MORE WAYS TO GET HELP:
Visit our Seller Forums for help from other sellers: http://sellercentral.amazon.com/forums
Browse all Seller Help topics: http://sellercentral.amazon.com/gp/help

To contact us again about this issue, please use the Contact Us form in Seller Central using the following link:

http://sellercentral.amazon.com/gp/contact-us/contact-amazon-form.html?caseID=4921800621

Please note: this e-mail was sent from a notification-only address that cannot accept incoming e-mail. Please do not reply to this message.

---

**Amazon Seller Support** <merch.service05@amazon.com>　　　　　　　　　　Mon, Mar 12, 2018 at 7:49 PM
To: "avi@thimessolutions.com" <avi@thimessolutions.com>

Greeting from Amazon Seller Support

Thank You for contacting us. I understand your concern that you want us to remove feedback for order ID.
111-8290623-6670663
114-7515569-3774660
113-3400133-3206619.

I confirm that this item was fulfilled by Amazon and is stickered with FNSKU. These items are kept separately for all the sellers and we ensure that we send the same to the buyers in good condition. Also I will not deny from the fact that you as well as Amazon cannot open each and every unit and check its functionality. There could be various reasons which are out of your control that may have caused this for an example, manufacturing defect or buyer's awareness about its functioning.

You may get in touch with the buyer and check what you could do to convince them to remove the feedback. If this option is not feasible or if it does not meet your expectation, you may consider posting a feedback below the buyer's feedback. This would benefit you as everyone will come to know that you did everything you could to resolve the issue.

To post a response, log in to your seller account, then, under the Reports heading, click "View your Ratings and Feedback". This will display the most recent page of feedback ratings. Find the feedback in question and click the button to respond.

I appreciate your association with Amazon and wish you luck in getting in touch with the buyer at the earliest.

I hope this helps, have a nice day.

Please let us know how we did.

Were you satisfied with the support provided?

| Yes | No |

Thank you!

To view your case details, or respond, please click http://sellercentral.amazon.com/gp/case-dashboard/view-case.html/ref=sc_cd_lobby_vc?caseID=4925195751

Please note: this e-mail was sent from an address that cannot accept incoming e-mail. If you require additional support please contact us https://sellercentral.amazon.com/hz/contact-us

Thank you for selling with Amazon,

Parvinder K.
Amazon.com Seller Support
======================================
MORE WAYS TO GET HELP:
Visit our Seller Forums for help from other sellers: http://sellercentral.amazon.com/forums
Browse all Seller Help topics: http://sellercentral.amazon.com/gp/help

To contact us again about this issue, please use the Contact Us form in Seller Central using the following link:

http://sellercentral.amazon.com/gp/contact-us/contact-amazon-form.html?caseID=4925195751

Please note: this e-mail was sent from a notification-only address that cannot accept incoming e-mail. Please do not reply to this message.

---

**Amazon Seller Support** <merch.service05@amazon.com>
To: "avi@thimessolutions.com" <avi@thimessolutions.com>

Tue, Mar 13, 2018 at 3:55 AM

THIMES00862

Greetings from Amazon seller service,

Thank you for contacting Amazon Services.

I have gone through the details related to the following order id and found that we have answered your concern related to feedback removal on case Id(s)-

114-7515569-3774660, - 4915754301 and 4921800621
113-3400133-3206619, - 4921800621 and 4915754301
111-8290623-6670663 - 4925195751 and 4915754301

We are sorry to hear that you could not come to an agreement with the buyer, regarding this matter.

We empathize with you, however, please understand that the information provided in the previous correspondence correctly represents our feedback removal policy at this time.

For your reference, Amazon will remove feedback only when:

* The feedback includes obscene language.
* The feedback includes seller-specific personally identifiable information.
* The entire feedback comment is a product review.
* The entire feedback comment is regarding fulfilment or customer service for an order fulfilled by Amazon.

As the feedback you received for the above mentioned order does not meet these criteria, we are not able to remove it.

Of course you have, if you haven't done so already, the option to post a comment with your own account of the transaction in your feedback profile.  To post a response, log in to your Seller Account, then, under 'Reports', click 'Feedback'. This will display the most recent page of feedback ratings. Find the feedback in question and click the button to respond.

Thank your for your understanding.

Please let us know how we did.

Were you satisfied with the support provided?



Thank you!

To view your case details, or respond, please click http://sellercentral.amazon.com/gp/case-dashboard/view-case.html/ref=sc_cd_lobby_vc?caseID=4925195751

Please note: this e-mail was sent from an address that cannot accept incoming e-mail. If you require additional support please contact us  https://sellercentral.amazon.com/hz/contact-us

Thank you for selling with Amazon,

Abhishek A
Amazon.com Seller Support
======================================
MORE WAYS TO GET HELP:
Visit our Seller Forums for help from other sellers: http://sellercentral.amazon.com/forums
Browse all Seller Help topics: http://sellercentral.amazon.com/gp/help

To contact us again about this issue, please use the Contact Us form in Seller Central using the following link:

http://sellercentral.amazon.com/gp/contact-us/contact-amazon-form.html?caseID=4925195751

Please note: this e-mail was sent from a notification-only address that cannot accept incoming e-mail. Please do not reply to this message.

THIMES00864