# EXHIBIT P

| | |
|---|---|
| **Date** | : 6/4/2018 5:50:58 PM |
| **From** | : "Avi Eisenberg" |
| **To** | : "notice-dispute" |
| **Subject** | : tp-link B01DXVK3KY abusive RO issues |
| **Attachment** | : 0b8aaab7-0def-42c6-bf79-92f64605cf94.jpeg; |

We have received dozens of complaints on ASIN B01DXVK3KY from tp-link. We have been reinstated on this ASIN many, many times, but tp-link continues to file new, false, abusive complaints. I've attached yet again an invoice, which shows items purchased are authentic and not counterfeit. As you can see, the quantity purchased was 360, which is the same inventory that was shipped to Amazon.

Please reinstate and stop accepting these false complaints once and for all. Thank you.

THIMES01154