1  CHRISTOPHER FROST, SBN 200336
   chris@wgfcounsel.com
2  ASHLEY MORRIS, SBN 225455
   ashley@wgfcounsel.com
3  WEINBERG GONSER FROST LLP
   10866 Wilshire Blvd., Suite 1650
4  Los Angeles, CA 90024
   Telephone: (424) 239-2851
5  Facsimile: (424) 238-3060

6  Attorneys for Defendant,
   AUCTION BROTHERS, INC.
7  dba AMAZZIA

8

9              UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11 THIMES SOLUTIONS INC.,              **Case No.: 2:19-CV-10374-SB-E**

12                    Plaintiff,       **DEFENDANT AMAZZIA'S**
                                       **COMPENDIUM OF EVIDENCE IN**
13          vs.                        **SUPPORT OF MOTION FOR GOOD**
                                       **FAITH SETTLEMENT**
14 TP-LINK USA CORPORATION, and        **DETERMINATION**
   AUCTION BROTHERS, INC. d/b/a
15 AMAZZIA,                            [Filed Concurrently with Notice of
                                       Motion and Motion for Good Faith
16                    Defendants.      Settlement Determination; Motion to
                                       Seal; Proposed Orders]
17

18 TP-LINK USA CORPORATION,

19                    Counterclaimant,

20          vs.

21 THIMES SOLUTIONS INC.,

22                    Counter-Defendant.

23

24

25

26

27

28

# COMPENDIUM OF EVIDENCE

| TAB. NO. | DOCUMENT DESCRIPTION |
|---|---|
| 1 | Declaration of Christopher Frost |
| | Ex. 1: Settlement Agreement |
| | Ex. 2: TP Link Product Warranties |
| | Ex. 3: Amazon's Condition Guidelines |
| | Ex. 4: Amazon's Anti-Counterfeiting Policy |
| | Ex. 5: Communications between TP Link and Amazzia |
| | Ex. 6: Communications between Thimes and Amazon |
| | Ex. 7: Communications between TP Link and consumers |
| 2 | Declaration of Mikhail Fikhman |
| | Ex. A: Lodged under seal |
| 3 | Declaration of Bryan Bitzer |
| | Ex. A: Email from B. Bitzer to counsel for TP Link |

DATED: August 19, 2022              **WEINBERG GONSER FROST LLP**

By:   _/s/ Christopher Frost_
Christopher Frost
Ashley Morris

Attorneys for Defendant,
AUCTION BROTHERS, INC. dba
AMAZZIA

DEFENDANT'S COMPENDIUM OF EVIDENCE

Tab 1

CHRISTOPHER FROST, SBN 200336
chris@wgfcounsel.com
ASHLEY MORRIS, SBN 225455
ashley@wgfcounsel.com
WEINBERG GONSER FROST LLP
10866 Wilshire Blvd., Suite 1650
Los Angeles, CA 90024
Telephone: (424) 239-2851
Facsimile: (424) 238-3060

Attorneys for Defendant,
AUCTION BROTHERS, INC.
dba AMAZZIA

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THIMES SOLUTIONS INC., | **Case No.: 2:19-CV-10374-SB-E** |
| Plaintiff, | |
| vs. | **DECLARATION OF CHRIS FROST IN SUPPORT OF MOTION FOR AMAZZIA'S GOOD FAITH SETTLEMENT DETERMINATION** |
| TP-LINK USA CORPORATION, and AUCTION BROTHERS, INC. d/b/a AMAZZIA, | |
| Defendants. | |
| TP-LINK USA CORPORATION, | |
| Counterclaimant, | |
| vs. | |
| THIMES SOLUTIONS INC., | |
| Counter-Defendant. | |

## DECLARATION OF CHRISTOPHER FROST

I, Christopher Frost, do hereby declare that I have personal knowledge of facts set forth herein and that if called as a witness in this case, I could and would competently testify as follows:

1.     I am a partner at the law firm of Weinberg Gonser Frost LLP, which has been retained to represent Auction Brothers, Inc. doing business as Amazzia ("Amazzia") in the above-entitled matter. The following facts are within my personal knowledge, and if called upon to testify as a witness, I could and would testify competently thereto.

2.     In July of 2022, I approached plaintiff Thimes Solutions, Inc., by and through their counsel of record, to begin settlement discussions. I was able to reach an agreement with Plaintiff that would settle all claims made by Plaintiff against my client, Amazzia, in exchange a general release. I then prepared and circulated a settlement agreement which was negotiated and executed between the parties. Attached and incorporated herein as Exhibit "1" is a true and correct copy of the settlement agreement between Plaintiff and Amazzia that was negotiated by and through their respective counsel of record.

3.     Our firm was retained to represent Amazzia at or around the middle of July 2022. Upon substitution, my office received the complete litigation file from former counsel including all pleadings, discovery requests and responses, and produced documents from all parties.

4.     TP Link maintains that it does not extend its manufacturer's warranty to products that are not sold through an authorized seller. Attached and incorporated herein as Exhibit "2" is a true and correct copy of TP Link's product warranty maintained during all relevant times to this action.

5.     I am informed and believe that, on or about July 14, 2022, Defendant TP Link USA Corp. ("TP Link") responded to Plaintiff's Requests for Production of Documents including the production of over 300 pages of business records which I caused to be reviewed. Within that production, TP Link provided all parties with its product warranty as it existed during all times relevant to this litigation. Attached and incorporated herein as

Exhibit "2" is a true and correct copy of the limited warranty in effect on or about December 30, 2017 and modified on April 16, 2020, which is demonstrative of the scope of the warranty offered by TP Link during all relevant times herein. Attached and incorporated herein as Exhibit "7" are true and correct copies of TP Link communications with customers seeking service or replacement pursuant to warranty which was denied due to the product being purchased from an unauthorized seller.

6.     I am informed and believe that, on or about July 18, 2022, Amazzia responded to Plaintiff's Requests for Production of Documents including the production of over 95 pages of business records which I caused to be reviewed. Attached and incorporated herein as Exhibit "3" is a true and correct copy of Amazon's Condition guidelines produced by Amazzia in discovery. The same policy was accessed via the internet on August 17, 2022 at the following URL: https://sellercentral.amazon.com/gp/help/external/200339950. Attached and incorporated herein as Exhibit "4" is a true and correct copy of Amazon's Anti-Counterfeiting Policy produced by Amazzia in discovery. The same policy was accessed via the internet on August 17, 2022 at the following URL: https://sellercentral.amazon.com/gp/help/external/201165970.

7.     Amazzia also produced various communications between it and co-Defendant TP Link. Attached and incorporated herein as Exhibit "5" is a true and correct copy of the correspondence produced in discovery and maintained within the course and scope of Amazzia's business.

8.     On or about June 27, 2022, plaintiff Thimes responded to discovery propounded on it by producing various communications between it and Amazon. Attached and incorporated herein as Exhibit "6" are true and correct copies of documents produced by Thimes pursuant to request.

///
///
///
///

DECLARATION OF CHRIS FROST

I declare under penalty of perjury and the laws of the State of California that I am over the age of 18 and that the foregoing is true and correct to the best of my knowledge. Executed this 19th day of August, 2022 in Los Angeles, California.

By: ___/s/ Christopher Frost_____

Christopher Frost

Exhibit 1

## <u>SETTLEMENT AGREEMENT AND MUTUAL GENERAL RELEASE</u>

This Settlement Agreement and Mutual General Release (this "Agreement") is entered into by and between Thimes Solutions, Inc. ("Thimes"), on the one hand, and Auction Brothers, Inc. d/b/a Amazzia ("Amazzia"), on the other. Thimes and Amazzia may be referred to individually herein as a "Settling Party" and collectively as the "Settling Parties."

## <u>RECITALS</u>

WHEREAS, Thimes filed a lawsuit against Amazzia and TP-Link USA Corporation ("TP Link"), currently pending in the Central District of California (the "Court"), Case No. 2:19-cv-10374-SB-E (the "Action"); and

WHEREAS, subject to Court approval of a good-faith settlement between the Settling Parties, Thimes and Amazzia (but not TP-Link) have agreed to resolve and settle the claims alleged in the Action against Amazzia, according to the terms set forth herein;

NOW, THEREFORE, in consideration of the above recitals, the premises, conditions and covenants set forth below, and for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the Settling Parties agree as follows:

## <u>AGREEMENT</u>

1.      <u>Agreement Subject to Good Faith Approval</u>.  Within five (5) court days of the complete execution of this Agreement, the Settling Parties shall file a motion for determination of good faith settlement with the Court pursuant to California Code of Civil Procedure Section 877.6. This Agreement is contingent upon a determination of good faith settlement. Should the Court not determine the settlement to be in good faith pursuant to Section 877.6, this Agreement shall be deemed null and void *ab initio*.

2.      <u>Settlement Payment.</u> Within three (3) days of the Court's determination that the settlement is in good faith pursuant to Section 877.6 (the "Approval Date"), Amazzia shall pay $40,000 (the "Settlement Payment") in immediately available funds to Thimes, care of Gaw Poe LLP IOLTA.

3.      <u>Dismissal</u>.  Within three (3) days of the receipt of the Settlement Payment, Thimes shall file a request for dismissal of the Action against Amazzia with prejudice.

4.      <u>Attorney's Fees and Costs</u>.  The Settling Parties shall each bear their own attorneys' fees and costs with respect to the Action and the negotiation of this Agreement.  However, should any action to enforce, or otherwise arising out of, this Agreement be undertaken, the prevailing party in any such action shall be entitled to recover its reasonable attorney's fees.

5.      <u>Mutual General Release</u>.   Except as necessary to enforce this Agreement, and immediately upon the Approval Date, with no further action required, the Settling Parties, on behalf of themselves and any assigns, affiliates, agents, attorneys, parents companies, and successors in interest, hereby release, acquit and forever waive and discharge the other Settling

Party, and each of their respective officers, directors, managers, members, shareholders, owners, family members, heirs, estates, assigns, affiliates, agents, employees, attorneys, insurers and reinsurers, parent companies, and successors in interest ("Released Parties"), from any and all actions, causes of action, claims, debts, liabilities, losses, fees, accounts, demands, damages, controversies, misrepresentations, defamatory statements, statutory violations, and suits, whether in law or in equity, whether known or unknown, suspected or unsuspected, from the beginning of time to and through the date of full execution hereof, including, without limitation, any and all claims that were or could have been brought in the Action. For the avoidance of doubt, TP-Link is not a Released Party under this Agreement.

6.     1542 Waiver. The Settling Parties expressly waive the benefit of Section 1542 of the California Civil Code, which provides:

> A general release does not extend to claims that the creditor or releasing party does not know or suspect to exist in his or her favor at the time of executing the release and that, if known by him or her, would have materially affected his or her settlement with the debtor or released party.

The Settling Parties, being aware of this Code Section, hereby (a) expressly waive any rights they may have as against the Released Parties arising out of or in connection with the Action, and (b) acknowledge that the foregoing waiver of the provisions of Civil Code § 1542 was separately bargained for.

7.     Governing Law. This Agreement shall be governed by, and construed in accordance with, the laws of the State of California, without regard to its conflicts of law provisions.  The Court shall retain jurisdiction over the Settling Parties to enforce this Settlement Agreement until it has been fully performed.

8.     No Admission of Liability. Neither this Agreement nor any action taken pursuant hereto shall constitute an admission of any wrongdoing, fault, violation of law, or liability of any kind, on the part of either Settling Party.

9.     Consultation With Counsel; Construction.  Each of the Settling Parties acknowledges that it has had an opportunity to consult with qualified and independent legal counsel of its own choice, that it has read this Agreement and has had it fully explained to it, that it is fully aware of the contents of this Agreement and of its legal effect and fully understands and agrees to each and every provision hereof without reservation, that it has executed this Agreement with the consent and on the advice of such counsel, and that it has executed this Agreement in reliance on its own judgment and free from any coercion, duress, or undue influence. This Agreement is deemed to have been drafted jointly by counsel for the Settling Parties. Any uncertainty or ambiguity shall not be construed for or against any Settling Party based on attribution of drafting to that Settling Party.

10.     Entire Agreement.  This Agreement cannot be modified or amended unless in writing signed by all Settling Parties.

2

11.     <u>Binding Nature</u>.  The covenants, agreements, terms, provisions, and conditions, contained in this Agreement shall be binding upon and inure to the benefit of the Settling Parties and their respective successors and assigns.

12.     <u>Severability</u>.  If any term or provision of this Agreement is held invalid or unenforceable by a court or tribunal of competent jurisdiction, such invalidity shall not affect the validity or operation of any other term or provision, and any such invalid term or provision shall be modified to the extent necessary to make it valid and/or enforceable or severed from this Agreement if such modification is not possible.

13.     <u>Authority</u>. Each Settling Party represents and warrants that: (a) the person executing this Settlement Agreement on its behalf retains authority to bind the Settling Party purporting to be bound thereby; and (b) that the entry into and the performance of this Settlement Agreement thereby is not barred, prohibited or impaired by any law, rule, regulation, contract, judgment, or decree.

14.     <u>Counterparts</u>.  This Agreement may be executed in multiple counterparts, each of which shall be deemed an original, and all counterparts so executed shall constitute one agreement. This Agreement and its counterparts may be delivered by email or other facsimile, and such signed counterparts shall be binding and deemed originals for the purposes of implementing and enforcing this Agreement.

IN WITNESS WHEREOF, the Settling Parties execute and agree to be bound by the terms of this Agreement as indicated below.

**THIMES SOLUTIONS, INC.**                    **AUCTION BROTHERS, INC.**
                                                            **D/B/A AMAZZIA**

*Avraham Eisenberg*                            *Mike Fikhman*
_____                    _____
By:                                                      By:        Mike Fikhman
Title:                                                   Title:     CEO
Dated: _____8/1/2022_____       Dated: _8/1/2022_____

3

Exhibit 2



Home » Support » Replacement & Warranty





| Download | ▶ |
| FAQ | ▶ |
| TP-LINK Emulators | ▶ |
| Contact Technical Support | ▶ |
| Tech Support Forum | ▶ |
| Wireless Calculator | ▶ |
| GPL Code Center | ▶ |
| 3G/4G USB Modem Compatibility List | ▶ |
| Replacement & Warranty | ▶ |
| IPv6 Support | ▶ |
| Windows 8 Compatibility List | ▶ |

# Replacement & Warranty

**Dear Customers,**

Thank you very much for purchasing TP-LINK products. In order to protect your rights and interests, please read the following Warranty Policy carefully.

1. Limited Warranty
2. Warranty Period
3. Replacement Procedure
4. Appendix

## Limited Warranty

TP-LINK USA CORPORATION ("TP-LINK USA") provides a limited warranty on all eligible TP-LINK products purchased in the U.S. The limited warranty covers failures due to defects in material or workmanship on devices, antennas, and accessories*. Packaging, software products, and technical data are not covered under the limited warranty. The limited warranty is only applicable to the original purchaser of the product. Proof of purchase and a complete product serial number are required to receive any services guaranteed as part of the limited warranty. The maximum liability of TP-LINK USA is equal to, and no higher than, the product's purchased price.

The limited warranty does not apply to refurbished and reselling products.

TP-LINK USA does not provide refunds under the limited warranty in any conditions. If the returned product is discontinued, TP-LINK will replace it with a product of equivalent value and features.

Click here to view **"Conditions that Disqualify Product from Warranty"**

**\*Accessories: Please refer to TP-LINK SOHO Accessories and TP-LINK SMB Accessories in Warranty Period.**

## Warranty Period

For the warranty period of products purchased before January 1, 2016, please click on the link below.

| Product type | Warranty Period |
|---|---|
| TP-LINK SOHO Products | 2-Year |
| TP-LINK SMB Products | 5-Year |
| TP-LINK Other Products | 1-Year |

As of January 1, 2016, TP-LINK USA will provide a 2-Year warranty on our SOHO class products and a Limited Lifetime Warranty on our SMB class products.

| Product type | Warranty Period |
|---|---|
| TP-LINK SOHO Products | 2-Year |
| TP-LINK SOHO Accessories | 1 or 2 Years |

http://www.tp-link.us/support/rma/   Go   MAR **APR** MAY
61 captures                                                    2015 **20** 2017
16 Jan 2012 - 12 Jan 2018                                           2016   ▼ About this capture

| TP-LINK SMB Products | Limited Li... |
| TP-LINK SMB Accessories | 1 or 2 Years |
| TP-LINK Outdoor Products | 2-Year |

*Limited Lifetime Warranty:

1. Products with Limited Lifetime Warranty are covered as long as the original purchaser owns the product, and for discontinued products, the Limited Lifetime Warranty will be limited to five (5) years from the end of sale date.

2. TP-LINK USA will honor the Limited Lifetime Warranty for all SMB products purchased after January 1, 2016.

3. Internal fans and internal power supplies are covered under the Limited Lifetime Warranty. External power supplies, modules, and other accessories may be covered under a different warranty coverage than the host device. Please refer to TP-LINK SMB Accessories for more information.

## Replacement Procedure

### Express Replacement

If you experience product defects within online/retail store warranty period (Please check with the specific retail/online stores for exchange policy), please **First** contact the online/retail store where you originally purchased the product(s) for replacement.

### Normal Replacement

If your product(s) no long qualify under the online/retail store's replacement policy, you may process it through TP-LINK USA's RMA program by following the steps below.



Click here to view detailed procedures for **Common Service**

Click here to view detailed procedures for **Advanced Service**

**Please Note:**

- TP-LINK USA may reject or return products without accessories or an assigned RMA number.

- If proof of purchase can't be provided, the purchase date shall be calculated three months from the product's manufacturing date and the product shall have the same warranty period.

- The three digits that make up the second to fourth digits of the Serial Number (SN) represent the manufacturing date (year and month). For example, a product with SN: 2151XXXXXXXXX, "151" represents the year of 2015 (15) and month of January (1). "15A" represents the year of 2015 (15) and month of October (A). (B) represents the month of November and (C) represents the month of December. The warranty period ends on the last day of the corresponding month. Note: For products manufactured before 2014, the first three digits of the Serial Number (SN) represent the manufacturing date (year and month), for example SN: 14AXXXXXXXXX.

- Customers who apply for the Advanced Service will receive a free return label with the replacement to ship the defective product to TP-LINK USA Customer Service Center.
  Customers who use Common Service are responsible for the one-way shipping fee when sending a defective product or products to TP-LINK USA Customer Service Center.

- TP-LINK USA is not responsible for any damage occurred during shipping.

- TP-LINK USA has no obligation to replace any products that are no longer covered under warranty. If TP-LINK USA, in its sole and absolute discretion, chooses to replace your product that is not covered by warranty, TP-LINK USA may charge a

CONFIDENTIAL                                                    TP000227

http://www.tp-link.us/support/rma/    Go

MAR **APR** MAY

◀ **20** ▶

2015 **2016** 2017

61 captures

16 Jan 2012 - 12 Jan 2018

▼ About this capture

Appendix:

1. The limited warranty stated above is only valid for products sold in the Continental U.S. by TP-LINK USA or its authorized resellers. Any additional warranty service agreed upon during purchase shall only be effective based on the contract signed by TP-LINK USA.

2. None of any warranty service made by a distributor is covered by this warranty policy, and TP-LINK USA shall not be held liable. In order to receive any benefits from the distributor's warranty and/or other policies, please keep any documents obtained during the purchase.

3. The limited warranty stated above does not apply to damage caused by normal wear and tear, accidents, misuse (including failure to follow product documentation), neglect, disassembly, alterations, servicing other than by TP-LINK USA authorized technicians, and external causes such as, but not limited to, water damage, extreme thermal or environmental conditions. TP-LINK USA shall not be responsible to any accusation put forward by a third party.

4. No employee or representative of TP-LINK USA or its affiliates or any third party is authorized to make any modification, extension, or addition to this warranty policy. If any term of this warranty policy is held to be illegal or unenforceable, the remaining terms of this warranty policy will remain in full force and effect.

5. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, THE LIMITED WARRANTY WRITTEN ABOVE IS THE ONLY EXPRESS WARRANTY TP-LINK USA PROVIDES FOR THE APPLICABLE TP-LINK PRODUCTS, AND THE ABOVE REMEDY IS YOUR SOLE REMEDY. TP-LINK USA EXPRESSLY DISCLAIMS ALL OTHER WARRANTIES AND CONDITIONS OF ANY KIND, WHETHER STATUTORY OR IMPLIED, ARISING FROM COURSE OF CONDUCT OR OTHERWISE, REGARDING THE APPLICABLE TP-LINK PRODUCTS, EXCEPT THAT ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, AND NON-INFRINGEMENT ARE LIMITED IN DURATION TO THE APPLICABLE WARRANTY PERIOD STATED ABOVE.

6. YOU EXPRESSLY UNDERSTAND AND AGREE THAT, TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, TP-LINK USA AND ITS SUBSIDIARIES AND AFFILIATES (COLLECTIVELY, " TP-LINK PARTIES") SHALL NOT BE LIABLE TO YOU UNDER ANY THEORY OF LIABILITY (WHETHER CONTRACT, TORT (INCLUDING NEGLIGENCE) OR FAILURE OF ANY WARRANTY OR OTHERWISE) FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL, OR EXEMPLARY DAMAGES THAT MAY BE INCURRED BY YOU IN CONNECTION WITH ANY TP-LINK PRODUCTS OR THESE TERMS, INCLUDING ANY LOSS OF DATA, WHETHER OR NOT A TP-LINK USA PARTY OR ITS REPRESENTATIVES HAVE BEEN ADVISED OF OR SHOULD HAVE BEEN AWARE OF THE POSSIBILITY OF ANY SUCH LOSSES ARISING. YOU EXPRESSLY UNDERSTAND AND AGREE THAT, TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, THE TP-LINK USA PARTIES' TOTAL LIABILITY IN CONNECTION WITH THE APPLICABLE TP-LINK PRODUCTS OR THIS WARRANTY POLICY WILL NOT EXCEED THE AMOUNT YOU ACTUALLY PAID FOR THE PRODUCT.

**Remarks:** TP-LINK USA reserves all rights including, but not limited to, any interpretation and modification of and to this warranty policy.

## About Us
Corporate Profile
Contact Us
Careers at TP-LINK
Privacy Policy

## Press
News
Awards

## Partners
BizCare Partner Program
Training Center

## Follow Us
  

United States / English

Copyright © 2016 TP-LINK Technologies Co., Ltd. All rights reserved.



http://www.tp-link.us/support/rma/      Go

61 captures
16 Jan 2012 - 12 Jan 2018

MAR  **APR**  MAY
◀  **20**  ▶
2015  **2016**  2017



Home » Support » Replacement & Warranty



| Download | ▶ |
| FAQ | ▶ |
| TP-LINK Emulators | ▶ |
| Contact Technical Support | ▶ |
| Tech Support Forum | ▶ |
| Wireless Calculator | ▶ |
| GPL Code Center | ▶ |
| 3G/4G USB Modem Compatibility List | ▶ |
| **Replacement & Warranty** | ▶ |
| IPv6 Support | ▶ |
| Windows 8 Compatibility List | ▶ |

## Replacement & Warranty

**Dear Customers,**

Thank you very much for purchasing TP-LINK products. In order to protect your rights and interests, please read the following Warranty Policy carefully.

1. <u>Limited Warranty</u>
2. <u>Warranty Period</u>
3. <u>Replacement Procedure</u>
4. <u>Appendix</u>

### Limited Warranty

TP-LINK USA CORPORATION ("TP-LINK USA") provides a limited warranty on all eligible TP-LINK products purchased in the U.S. The limited warranty covers failures due to defects in material or workmanship on devices, antennas, and accessories*. Packaging, software products, and technical data are not covered under the limited warranty. The limited warranty is only applicable to the original purchaser of the product. Proof of purchase and a complete product serial number are required to receive any services guaranteed as part of the limited warranty. The maximum liability of TP-LINK USA is equal to, and no higher than, the product's purchased price.

The limited warranty does not apply to refurbished and reselling products.

TP-LINK USA does not provide refunds under the limited warranty in any conditions. If the returned product is discontinued, TP-LINK will replace it with a product of equivalent value and features.

<u>Click here</u> to view **"Conditions that Disqualify Product from Warranty"**

*Accessories: Please refer to TP-LINK SOHO Accessories and TP-LINK SMB Accessories in Warranty Period.

### Conditions that Disqualify Product from Warranty  

**Conditions that Disqualify Product from Warranty in the host machine include but not limited:**

- Any defect caused by misuse, improper installation or maintenance that is not required by TP-LINK USA CORPORATION instruction;

- Any defect caused by software, virus or improper use of self-made and non-public software;

- Any product beyond the limited free replacement and repair period;

- Any unauthorized obliteration or tearing up of the product bar code;

- Any product that the bar code or item type in the warranty card is different from the product itself;

- Any unauthorized modification to the supporting setting files, or any authorized disassembly and repair;

- Any defect caused by improper use in the working conditions beyond the stated ones by the instruction (for example: under abnormal temperature that is too high, low, wet or dry; high sea-level; instable electric current and voltage and so on)

- Any defect caused by personal disaster or improper maintenance, such as mechanical damage, serious oxidation and rusting, rat damage, permeating exertion and so on;

CONFIDENTIAL

TP000229

http://www.tp-link.us/support/rma/ | Go

61 captures
16 Jan 2012 - 12 Jan 2018

MAR **APR** MAY
◀ **20** ▶
2015 **2016** 2017



▼ About this capture

Any natural disaster such as earthquake, fire, flood, thunder strike and so on.

**Conditions that Disqualify Product from Warranty in the external power supply include:**

- The returned power supply has obvious hard object damage, fissure, broken legs, severe deformation;
- The returned power code is broken, has naked core and damages like this.

## Warranty Period

For the warranty period of products purchased before Jannary 1, 2016, please click on the link below.

| Product type | Warranty Period |
|---|---|
| TP-LINK SOHO Products | 2-Year |
| TP-LINK SMB Products | 5-Year |
| TP-LINK Other Products | 1-Year |

As of January 1, 2016, TP-LINK USA will provide a 2-Year warranty on our SOHO class products and a Limited Lifetime Warranty on our SMB class products.

| Product type | Warranty Period |
|---|---|
| TP-LINK SOHO Products | 2-Year |
| TP-LINK SOHO Accessories | 1 or 2 Years |
| TP-LINK SMB Products | Limited Lifetime Warranty* |
| TP-LINK SMB Accessories | 1 or 2 Years |
| TP-LINK Outdoor Products | 2-Year |

*Limited Lifetime Warranty:

1. Products with Limited Lifetime Warranty are covered as long as the original purchaser owns the product, and for discontinued products, the Limited Lifetime Warranty will be limited to five (5) years from the end of sale date.

2. TP-LINK USA will honor the Limited Lifetime Warranty for all SMB products purchased after January 1, 2016.

3. Internal fans and internal power supplies are covered under the Limited Lifetime Warranty. External power supplies, modules, and other accessories may be covered under a different warranty coverage than the host device. Please refer to TP-LINK SMB Accessories for more information.

## Replacement Procedure

### Express Replacement

If you experience product defects within online/retail store warranty period (Please check with the specific retail/online stores for exchange policy), please **First** contact the online/retail store where you originally purchased the product(s) for replacement.

### Normal Replacement

If your product(s) no long qualify under the online/retail store's replacement policy, you may process it through TP-LINK USA's RMA program by following the steps below.

TP000230



Click here to view detailed procedures for **Common Service**

Click here to view detailed procedures for **Advanced Service**

**Please Note:**

- TP-LINK USA may reject or return products without accessories or an assigned RMA number.

- If proof of purchase can't be provided, the purchase date shall be calculated three months from the product's manufacturing date and the product shall have the same warranty period.

- The three digits that make up the second to fourth digits of the Serial Number (SN) represent the manufacturing date (year and month). For example, a product with SN: 2151XXXXXXXX, "151" represents the year of 2015 (15) and month of January (1). "15A" represents the year of 2015 (15) and month of October (A). (B) represents the month of November and (C) represents the month of December. The warranty period ends on the last day of the corresponding month.
  Note: For products manufactured before 2014, the first three digits of the Serial Number (SN) represent the manufacturing date (year and month), for example SN: 14AXXXXXXXXX.

- Customers who apply for the Advanced Service will receive a free return label with the replacement to ship the defective product to TP-LINK USA Customer Service Center.
  Customers who use Common Service are responsible for the one-way shipping fee when sending a defective product or products to TP-LINK USA Customer Service Center.

- TP-LINK USA is not responsible for any damage occurred during shipping.

- TP-LINK USA has no obligation to replace any products that are no longer covered under warranty. If TP-LINK USA, in its sole and absolute discretion, chooses to replace your product that is not covered by warranty, TP-LINK USA may charge a service fee.

## Appendix:

1. The limited warranty stated above is only valid for products sold in the Continental U.S. by TP-LINK USA or its authorized resellers. Any additional warranty service agreed upon during purchase shall only be effective based on the contract signed by TP-LINK USA.

2. None of any warranty service made by a distributor is covered by this warranty policy, and TP-LINK USA shall not be held liable. In order to receive any benefits from the distributor's warranty and/or other policies, please keep any documents obtained during the purchase.

3. The limited warranty stated above does not apply to damage caused by normal wear and tear, accidents, misuse (including failure to follow product documentation), neglect, disassembly, alterations, servicing other than by TP-LINK USA authorized technicians, and external causes such as, but not limited to, water damage, extreme thermal or environmental conditions. TP-LINK USA shall not be responsible to any accusation put forward by a third party.

4. No employee or representative of TP-LINK USA or its affiliates or any third party is authorized to make any modification, extension, or addition to this warranty policy. If any term of this warranty policy is held to be illegal or unenforceable, the remaining terms of this warranty policy will remain in full force and effect.

5. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, THE LIMITED WARRANTY WRITTEN ABOVE IS THE ONLY EXPRESS WARRANTY TP-LINK USA PROVIDES FOR THE APPLICABLE TP-LINK PRODUCTS, AND THE ABOVE REMEDY IS YOUR SOLE REMEDY. TP-LINK USA EXPRESSLY DISCLAIMS ALL OTHER WARRANTIES AND CONDITIONS OF ANY KIND, WHETHER STATUTORY OR IMPLIED, ARISING FROM COURSE OF CONDUCT OR OTHERWISE, REGARDING THE APPLICABLE TP-LINK PRODUCTS, EXCEPT THAT ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, AND NON-INFRINGEMENT ARE LIMITED IN DURATION TO THE APPLICABLE WARRANTY PERIOD STATED ABOVE.

6. YOU EXPRESSLY UNDERSTAND AND AGREE THAT, TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, TP-LINK USA AND ITS SUBSIDIARIES AND AFFILIATES (COLLECTIVELY, " TP-LINK PARTIES") SHALL NOT



NEGLIGENCE OR FAILURE OF ANY WARRANTY OR OTHERWISE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL, OR EXEMPLARY DAMAGES THAT MAY BE INCURRED BY YOU IN CONNECTION WITH THE APPLICABLE TP-LINK PRODUCTS OR THESE TERMS, INCLUDING ANY LOSS OF DATA, WHETHER OR NOT A TP-LINK USA PARTY OR ITS REPRESENTATIVES HAVE BEEN ADVISED OF OR SHOULD HAVE BEEN AWARE OF THE POSSIBILITY OF ANY SUCH LOSSES ARISING. YOU EXPRESSLY UNDERSTAND AND AGREE THAT, TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, THE TP-LINK USA PARTIES' TOTAL LIABILITY IN CONNECTION WITH THE APPLICABLE TP-LINK PRODUCTS OR THIS WARRANTY POLICY WILL NOT EXCEED THE AMOUNT YOU ACTUALLY PAID FOR THE PRODUCT.

**Remarks:** TP-LINK USA reserves all rights including, but not limited to, any interpretation and modification of and to this warranty policy.

## About Us

Corporate Profile
Contact Us
Careers at TP-LINK
Privacy Policy

## Press

News
Awards

## Partners

BizCare Partner Program
Training Center

## Follow Us

United States / English

Copyright © 2016 TP-LINK Technologies Co., Ltd. All rights reserved.



http://www.tp-link.com/us/support/rma [Go]

NOV **DEC** JAN
**24 captures**                                    ◄ **30** ►
20 Nov 2016 - 6 Oct 2018        2016  **2017**  2018

About this capture

tp-link    HOME    BUSINESS    SERVICE PROVIDERS    SUPPORT    WHERE TO BUY    🔍 Search All



## Warranty & RMA Policy

**Dear Customers:**

Thank you for purchasing TP-Link products. In order to protect your rights and interests, please read the following Warranty Policy carefully.  PLEASE NOTE THAT THIS WARRANTY POLICY GIVES YOU SPECIFIC LEGAL RIGHTS, AND YOU MAY ALSO HAVE OTHER RIGHTS WHICH VARY FROM STATE TO STATE.

1. Limited Warranty
2. Warranty Period
3. Replacement Procedure
4. Appendix

### Limited Warranty

TP-Link USA Corp. ("TP-Link USA") provides a limited warranty on all eligible TP-Link products purchased in the United States. The limited warranty covers failures due to defects in material or workmanship on devices, antennas and accessories*. Packaging, software products and technical data are not covered under the limited warranty. The limited warranty is only applicable to the original purchaser of the product. Proof of purchase and a complete product serial number are required to receive any services guaranteed as part of the limited warranty. The maximum liability of TP-Link USA is equal to, and no higher than, the product's purchase price.

The limited warranty does not apply to refurbished products or products that were resold by unauthorized resellers. For TP-Link Refurbished Product Warranty Policy, please visit http://www.tp-link.com/us/support/refurbished/

TP-Link USA does not provide refunds under the limited warranty in any conditions. TP-Link will replace defective units with factory refurbished products. If a factory refurbished unit is not available, then the defective unit will be replaced with a brand new product. If the defective unit is discontinued, TP-Link will replace it with product(s) of equivalent value and features. Product warranty periods do not renew with replacement units. The original purchase date and warranty period will apply to replacement products.

Click here to view **"Conditions that Disqualify Products from the Limited Warranty"**

**\*Accessories: Please refer to TP-Link Home Accessories and TP-Link Business Accessories for Warranty Period.**

### Warranty Period

For the warranty period of products purchased before January 1, 2016, please use the links below.

| Product type | Warranty Period |
|---|---|
| TP-Link Home Products | 2-Year |
| TP-Link Business Products | 5-Year |
| Other TP-Link Products | 1-Year |

As of January 1, 2016, TP-Link USA will provide a 2-Year Limited Warranty on our Home Products and a Limited Lifetime Warranty on our Business-Class Products.

| Product type | Warranty Period |
|---|---|
| TP-Link Home Products | 2-Year |
| TP-Link Home Accessories | 1 or 2 Years |
| TP-Link Business Products | Limited Lifetime Warranty* |
| TP-Link Business Accessories | 1 or 2 Years |



*Limited Lifetime Warranty:

a. Products with a Limited Lifetime Warranty are covered as long as the original purchaser owns the product, and for discontinued products the Limited Lifetime Warranty will be limited to five (5) years from the end of sale date.

b. TP-Link USA will honor the Limited Lifetime Warranty for all Business-Class Products purchased on or after January 1, 2016.

c. Internal fans and internal power supplies are covered under the Limited Lifetime Warranty. External power supplies, modules and other accessories may be covered under a different warranty coverage than the host device. Please refer to TP-Link Business Accessories for more information.

| Product type | Warranty Period |
|---|---|
| Discontinued Business Product List | Five (5) years from the end of sale date |

## Replacement Procedure

If the product(s) are found to be defective and is still covered under the TP-Link replacement policy, the customer may have a replacement processed by following the steps listed below:



**Register**
• Register the product at https://warranty.TP-LINK.us

**Contact Us**
• Contact TP-Link support: Home Products: 866-225-8139, Business Products: 844-287-4762
• TP-Link will assist in troubleshooting the issues.
• If it is determined a replacement is needed, TP-Link will provide a Case Number

**Request a replacement**
• Return to the Waranty Portal to apply for an RMA/replacement using the provided case number.
• Customer will choose RMA level: Basic, Free Ground, 2-Day, or Next-Day Shipping
• If 2-Day or Next-Day is chosen, an additional fee will be applied. Basic will ship ground only.

**Shipping and Returns**
• TP-Link will send an email with a pre-paid return label.
• TP-Link will ship the replacement via UPS dependent on chosen shipping method.
• Return the defective unit to TP-Link using the pre-paid label provided.

Click Here to view the detailed **TP-Link RMA Process**

**Please Note:**

- TP-Link USA may reject or return product(s) returned without accessories or an assigned case number.

- If proof of purchase can't be provided, a warranty period start date will be assigned by TP-Link. The assigned warranty period will start three months after the product's manufacturing date.

- The three digits that make up the second to fourth digits of the Serial Number (SN) represent the manufacturing date (year and month). For example, a product with SN: 2171XXXXXXXXX, "171" represents the year of 2017 (17) and month of January (1). "17A" represents the year of 2017 (17) and month of October (A). (B) represents the month of November and (C) represents the month of December. The warranty period ends on the last day of the corresponding month.
Note: For products manufactured before 2014, the first three digits of the Serial Number (SN) represent the manufacturing date (year and month), for example SN: 14AXXXXXXXXX.

- Customers will receive a free return label with the replacement to ship the defective product to TP-Link USA Customer Service Center. Customers who do not provide a credit card number must first send the defective unit to TP-Link USA before TP-Link USA will ship the replacement unit. Customers are responsible for the one-way shipping fee when sending the defective product(s) to TP-Link USA Customer Service Center. Once received, please allow approximately one business week for your RMA to be processed and a replacement to be shipped.

- TP-Link USA is not responsible for any damages that may occur during shipping.

- TP-Link USA has no obligation to replace any products that are no longer covered under warranty. If TP-Link USA, in its sole and absolute discretion, chooses to replace your product that is not covered by warranty, TP-Link USA may charge a service fee.

## Appendix:

1. The limited warranty stated above is only valid for products sold in the Continental U.S. by TP-Link USA or its authorized resellers. Any additional warranty service agreed upon during purchase shall only be effective based on a contract signed by TP-Link USA.



4. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, THE LIMITED WARRANTY WRITTEN ABOVE IS THE ONLY EXPRESS WARRANTY TP-LINK USA PROVIDES FOR THE APPLICABLE TP-LINK PRODUCTS, AND THE ABOVE REMEDY IS YOUR SOLE REMEDY. TP-LINK USA EXPRESSLY DISCLAIMS ALL OTHER WARRANTIES AND CONDITIONS OF ANY KIND, WHETHER STATUTORY OR IMPLIED, ARISING FROM COURSE OF CONDUCT OR OTHERWISE, REGARDING THE APPLICABLE TP-LINK PRODUCTS, EXCEPT THAT ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, AND NON-INFRINGEMENT ARE LIMITED IN DURATION TO THE APPLICABLE WARRANTY PERIOD STATED ABOVE. CUSTOMER ASSUMES ALL RISK WHATSOEVER AS TO THE RESULT OF THE USE OF THE PRODUCTS PURCHASED, WHETHER USED SINGULARLY OR IN COMBINATION WITH ANY OTHER PRODUCTS OR SUBSTANCES.

5. YOU EXPRESSLY UNDERSTAND AND AGREE THAT, TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, TP-LINK USA AND ITS SUBSIDIARIES AND AFFILIATES (COLLECTIVELY, "TP-LINK PARTIES") SHALL NOT BE LIABLE TO YOU UNDER ANY THEORY OF LIABILITY (WHETHER CONTRACT, TORT (INCLUDING NEGLIGENCE) OR FAILURE OF ANY WARRANTY OR OTHERWISE) FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL, OR EXEMPLARY DAMAGES THAT MAY BE INCURRED BY YOU IN CONNECTION WITH ANY TP-LINK PRODUCTS OR THESE TERMS, INCLUDING ANY LOSS OF DATA, WHETHER OR NOT A TP-LINK USA PARTY OR ITS REPRESENTATIVES HAVE BEEN ADVISED OF OR SHOULD HAVE BEEN AWARE OF THE POSSIBILITY OF ANY SUCH LOSSES ARISING. YOU EXPRESSLY UNDERSTAND AND AGREE THAT, TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, THE TP-LINK USA PARTIES' TOTAL LIABILITY IN CONNECTION WITH THE APPLICABLE TP-LINK PRODUCTS OR THIS WARRANTY POLICY WILL NOT EXCEED THE AMOUNT YOU ACTUALLY PAID FOR THE PRODUCT AT ISSUE.

**Remarks:** TP-Link USA reserves the right, at its sole discretion, to interpret, modify and amend this warranty policy at any time.

## About Us

Corporate Profile

Contact Us

Careers at TP-Link

Privacy Policy

United States / English

## Press

News

Awards

Security Advisory

## Partners

Partner Program

Training & Certifications

Deal Registration

## Join TP-Link Community

Email Address   Sign Up

## Follow Us

Copyright © 2017 TP-Link Technologies Co., Ltd. All rights reser





## Warranty & RMA Policy

**Dear Customers:**

Thank you for purchasing TP-Link products. In order to protect your rights and interests, please read the following Warranty Policy carefully.  PLEASE NOTE THAT THIS WARRANTY POLICY GIVES YOU SPECIFIC LEGAL RIGHTS, AND YOU MAY ALSO HAVE OTHER RIGHTS WHICH VARY FROM STATE TO STATE.

1. <u>Limited Warranty</u>
2. <u>Warranty Period</u>
3. <u>Replacement Procedure</u>
4. <u>Appendix</u>

### Limited Warranty

TP-Link USA Corp. ("TP-Link USA") provides a limited warranty on all eligible TP-Link products purchased in the United States. The limited warranty covers failures due to defects in material or workmanship on devices, antennas and accessories*. Packaging, software products and technical data are not covered under the limited warranty. The limited warranty is only applicable to the original purchaser of the product. Proof of purchase and a complete product serial number are required to receive any services guaranteed as part of the limited warranty. The maximum liability of TP-Link USA is equal to, and no higher than, the product's purchase price.

The limited warranty does not apply to refurbished products or products that were resold by unauthorized resellers. For TP-Link Refurbished Product Warranty Policy, please visit http://www.tp-link.com/us/support/refurbished/

TP-Link USA does not provide refunds under the limited warranty in any conditions. TP-Link will replace defective units with factory refurbished products. If a factory refurbished unit is not available, then the defective unit will be replaced with a brand new product. If the defective unit is discontinued, TP-Link will replace it with product(s) of equivalent value and features. Product warranty periods do not renew with replacement units. The original purchase date and warranty period will apply to replacement products.

<u>Click here</u> to view **"Conditions that Disqualify Products from the Limited Warranty"**



**Conditions that disqualify products from the limited warranty include, but are not limited to:**

- Any defects or damages caused by normal wear and tear, accidents, improper installation or maintenance, misuse (including failure to follow product documentation), neglect, disassembly, alterations to the hardware or supporting setting files, servicing other than by TP-Link USA authorized technicians, and external causes such as, but not limited to, natural disaster, water damage, extreme thermal or environmental conditions
- Any defects caused by software, virus or improper use of self-made, non-public or third party/open source software
- Any unauthorized obliteration or tearing up of the product bar code
- Any defects caused by transportation or loading during returning voyage
- Any other defects that are not caused by workmanship or product quality

**For external power supplies, conditions that disqualify products from the limited warranty include, but are not limited to:**

- Returned power supply units that have obvious hard object damage, fissure, broken legs and/or severe deformation;
- Returned power cord that is broken, has an exposed core or similar damages.

http://www.tp-link.com/us/support/rma      Go

24 captures

20 Nov 2016 - 6 Oct 2018

NOV **DEC** JAN
◄ **30** ►
2016 **2017** 2018

About this capture

*Accessories: Please refer to TP-Link Home Accessories and TP-Link Business Accessories for Warranty Period.

## Warranty Period

For the warranty period of products purchased before January 1, 2016, please use the links below.

| Product type | Warranty Period |
|---|---|
| TP-Link Home Products | 2-Year |
| TP-Link Business Products | 5-Year |
| Other TP-Link Products | 1-Year |

As of January 1, 2016, TP-Link USA will provide a 2-Year Limited Warranty on our Home Products and a Limited Lifetime Warranty on our Business-Class Products.

| Product type | Warranty Period |
|---|---|
| TP-Link Home Products | 2-Year |
| TP-Link Home Accessories | 1 or 2 Years |
| TP-Link Business Products | Limited Lifetime Warranty* |
| TP-Link Business Accessories | 1 or 2 Years |
| TP-Link Outdoor Products | 2-Year |

*Limited Lifetime Warranty:

a. Products with a Limited Lifetime Warranty are covered as long as the original purchaser owns the product, and for discontinued products the Limited Lifetime Warranty will be limited to five (5) years from the end of sale date.

b. TP-Link USA will honor the Limited Lifetime Warranty for all Business-Class Products purchased on or after January 1, 2016.

c. Internal fans and internal power supplies are covered under the Limited Lifetime Warranty. External power supplies, modules and other accessories may be covered under a different warranty coverage than the host device. Please refer to TP-Link Business Accessories for more information.

| Product type | Warranty Period |
|---|---|
| Discontinued Business Product List | Five (5) years from the end of sale date |

## Replacement Procedure

If the product(s) are found to be defective and is still covered under the TP-Link replacement policy, the customer may have a replacement processed by following the steps listed below:

**Register**
•Register the product at https://warranty.TP-LINK.us

**Contact Us**
• Contact TP-Link support: Home Products:  866-225-8139, Business Products:  844-287-4762
• TP-Link will assist in troubleshooting the issues.
• If it is determined a replacement is needed, TP-Link will provide a Case Number

**Request a replacement**
• Return to the Waranty Portal to apply for an RMA/replacement using the provided case number.
• Customer will choose RMA level:  Basic, Free Ground, 2-Day, or Next-Day Shipping
• If 2-Day or Next-Day is chosen, an additional fee will be applied. Basic will ship ground only.

**Shipping and Returns**
• TP-Link will send an email with a pre-paid return label
• TP-Link will ship the replacement via UPS  dependent on chosen shipping method.
• Return the defective unit to TP-Link using the pre-paid label provided.

Click Here to view the detailed **TP-Link RMA Process**

**Please Note:**

http://www.tp-link.com/us/support/rma    Go

24 captures
20 Nov 2016 - 6 Oct 2018

NOV **DEC** JAN
2016 **30 2017** 2018

2171XXXXXXXXX, "171" represents the year of 2017 (17) and month of January (1). "17A" represents the year of 2017 (17) and month of October (A). (B) represents the month of November and (C) represents the month of December. The warranty period ends on the last day of the corresponding month.

Note: For products manufactured before 2014, the first three digits of the Serial Number (SN) represent the manufacturing date (year and month), for example SN: 14AXXXXXXXXX.

- Customers will receive a free return label with the replacement to ship the defective product to TP-Link USA Customer Service Center. Customers who do not provide a credit card number must first send the defective unit to TP-Link USA before TP-Link USA will ship the replacement unit. Customers are responsible for the one-way shipping fee when sending the defective product(s) to TP-Link USA Customer Service Center. Once received, please allow approximately one business week for your RMA to be processed and a replacement to be shipped.

- TP-Link USA is not responsible for any damages that may occur during shipping.

- TP-Link USA has no obligation to replace any products that are no longer covered under warranty. If TP-Link USA, in its sole and absolute discretion, chooses to replace your product that is not covered by warranty, TP-Link USA may charge a service fee.

**Appendix:**

1. The limited warranty stated above is only valid for products sold in the Continental U.S. by TP-Link USA or its authorized resellers. Any additional warranty service agreed upon during purchase shall only be effective based on a contract signed by TP-Link USA.

2. None of any warranty service made by a distributor is covered by this warranty policy, and TP-Link USA shall not be held liable. In order to receive any benefits from the distributor's warranty and/or other policies, please keep any documents obtained during the purchase.

3. No employee or representative of TP-Link USA or its affiliates or any third party is authorized to make any modification, extension or addition to this warranty policy. If any term of this warranty policy is held to be illegal or unenforceable, the remaining terms of this warranty policy will remain in full force and effect.

4. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, THE LIMITED WARRANTY WRITTEN ABOVE IS THE ONLY EXPRESS WARRANTY TP-LINK USA PROVIDES FOR THE APPLICABLE TP-LINK PRODUCTS, AND THE ABOVE REMEDY IS YOUR SOLE REMEDY. TP-LINK USA EXPRESSLY DISCLAIMS ALL OTHER WARRANTIES AND CONDITIONS OF ANY KIND, WHETHER STATUTORY OR IMPLIED, ARISING FROM COURSE OF CONDUCT OR OTHERWISE, REGARDING THE APPLICABLE TP-LINK PRODUCTS, EXCEPT THAT ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, AND NON-INFRINGEMENT ARE LIMITED IN DURATION TO THE APPLICABLE WARRANTY PERIOD STATED ABOVE. CUSTOMER ASSUMES ALL RISK WHATSOEVER AS TO THE RESULT OF THE USE OF THE PRODUCTS PURCHASED, WHETHER USED SINGULARLY OR IN COMBINATION WITH ANY OTHER PRODUCTS OR SUBSTANCES.

5. YOU EXPRESSLY UNDERSTAND AND AGREE THAT, TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, TP-LINK USA AND ITS SUBSIDIARIES AND AFFILIATES (COLLECTIVELY, "TP-LINK PARTIES") SHALL NOT BE LIABLE TO YOU UNDER ANY THEORY OF LIABILITY (WHETHER CONTRACT, TORT (INCLUDING NEGLIGENCE) OR FAILURE OF ANY WARRANTY OR OTHERWISE) FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL, OR EXEMPLARY DAMAGES THAT MAY BE INCURRED BY YOU IN CONNECTION WITH ANY TP-LINK PRODUCTS OR THESE TERMS, INCLUDING ANY LOSS OF DATA, WHETHER OR NOT A TP-LINK USA PARTY OR ITS REPRESENTATIVES HAVE BEEN ADVISED OF OR SHOULD HAVE BEEN AWARE OF THE POSSIBILITY OF ANY SUCH LOSSES ARISING. YOU EXPRESSLY UNDERSTAND AND AGREE THAT, TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, THE TP-LINK USA PARTIES' TOTAL LIABILITY IN CONNECTION WITH THE APPLICABLE TP-LINK PRODUCTS OR THIS WARRANTY POLICY WILL NOT EXCEED THE AMOUNT YOU ACTUALLY PAID FOR THE PRODUCT AT ISSUE.

**Remarks:** TP-Link USA reserves the right, at its sole discretion, to interpret, modify and amend this warranty policy at any time.

## About Us
Corporate Profile
Contact Us
Careers at TP-Link
Privacy Policy

## Press
News
Awards
Security Advisory

## Partners
Partner Program
Training & Certifications
Deal Registration

## Join TP-Link Community
Email Address   Sign Up

## Follow Us

United States / English

Copyright © 2017 TP-Link Technologies Co., Ltd. All rights reser

Exhibit 3

**amazon** seller central                        English ∨    Sign in    **Sell on Amazon**



This article applies to selling in: **United States**

Help / Program Policies / Selling Policies and Seller Code of Conduct / **Condition guidelines**

# Condition guidelines

Assigning the correct condition to each product you list on Amazon is the first step toward providing a great customer experience. It is important to make a careful assessment of your product before specifying its condition.

For information about selecting a condition for your product, see Selecting Conditions.

## General condition guidelines

The following guidelines apply to all product categories unless otherwise indicated in the Category-Specific Condition Guidelines:

**New:**

Just like it sounds. A brand-new item. Original manufacturer's warranty, if any, still applies, with warranty details included in the listing comments. Original packaging is present for most New items but certain items like shoes may be re-boxed.

**Renewed:**

A pre-owned product that was inspected and tested to work and look like new by an Amazon-qualified supplier (a seller or vendor) or by Amazon. The product has minimal to no signs of wear, no visible cosmetic imperfections when held 12 inches away, and may arrive in a brown or white box with relevant accessories that may be generic. The product comes with a warranty giving you a replacement or refund within 90 days of purchase if the product does not work as expected. A selection of products are eligible for the



AMAZZIA000019

Amazon Renewed Guarantee. Any exceptions to this condition description will be mentioned on the product detail page.

## Rental:

A product that was inspected and graded by a qualified supplier (a seller, vendor, or by Amazon) in working condition with no structural imperfections that could impact the functionality. The products may be packaged in a generic box and come with relevant accessories as expected for a new product. Any exceptions to this condition description will be mentioned on the product detail page.

## Used - Like New or Open Box:

An item in perfect working condition. Original protective wrapping may be missing, but the original packaging is intact and in good condition with minor damage possible. Instructions are included.

## Used - Very Good:

A well-cared-for item that has seen limited use and remains in good working condition. The item may show some limited signs of wear with small scratches or cosmetic blemishes. Item may arrive with damaged packaging or be repackaged and could be missing some accessories. Missing accessories are clearly defined for each item.

## Used - Good:

The item shows wear from consistent use, but it remains in good condition and functions properly. Item may arrive with damaged packaging or be repackaged. It may be marked, have identifying markings on it, or have minor cosmetic damage. It may also be missing some parts or accessories such as screws (in the case of furniture) or an instruction manual.

## Used - Acceptable:

The item is fairly worn but continues to function properly. Item may arrive with damaged packaging or be repackaged. Signs of wear can include aesthetic issues such as scratches, dents, and worn corners. The item may have identifying markings on it or show other signs of previous use. Item may be missing some parts or accessories such as screws (in the case of furniture) or a mouse or USB cable (in the case of a laptop).

AMAZZIA000020

# Unacceptable and prohibited items

Items in any of the following conditions are unacceptable for listing on Amazon:

- Item is not clean, including signs of mold, heavy staining, or corrosion.
- Item is damaged in a way that renders it difficult to use.
- Item is missing essential accompanying material or parts. This does not necessarily include instructions.
- Item requires repair or service.
- Item was not created by the original manufacturer or copyright holder. This includes copies, counterfeits, replicas, and imitations.
- Item was originally distributed as a promotional copy, promotional bundle, product sample, or advance reading copy. This includes uncorrected proofs of in-print or not-yet-published books.
- Item has passed the expiration date (includes "best by" and "sell by" dates), has an unacceptable portion of its shelf life remaining, or the expiration date has been tampered with or removed.
- Item is prohibited for sale on Amazon.

For more information about prohibited products, see Restricted Products.

Only full retail versions of software may be sold on Amazon. See Software & Computer Games for a list of software products that are prohibited for sale on Amazon.

# Category-specific condition guidelines

The following category-specific condition guidelines should be used as indicated in addition to or in place of the general condition guidelines.

## Rentals

Textbooks rentals:

Acceptable rental condition means:

- No water damage (wavy, swollen, discolored, crinkled, stains, or rings)
- No broken spine or binding
- Cover is not torn or taped

AMAZZIA000021

- No missing, torn, or loose pages
- No burns, fire, or smoke damage
- No strong odor of any kind (including musty odor, cigar or cigarette odor)
- No excessive writing or highlighting

Musical instrument rentals:

Acceptable rental condition means:

- No functional imperfections that could impact instrument's playability
- Carrying case and accessories are not missing
- May not be in original packaging

# Books – New and Used

In addition to the general condition guidelines, apply the following guidelines to new and used books:

- **New:** A brand-new copy with cover and original protective wrapping intact. Books with markings of any kind on the cover or pages, books marked as "Bargain" or "Remainder," or with any other labels attached may not be listed as New condition.
- **Used - Like New:** Item may have minor cosmetic defects (such as marks, wears, cuts, bends, or crushes) on the cover, spine, pages, or dust cover. Dust cover is intact and pages are clean and not marred by notes. Item may contain remainder marks on outside edges. Item may be missing bundled media.
- **Used - Very Good:** Item may have minor cosmetic defects (such as marks, wears, cuts, bends, or crushes) on the cover, spine, pages, or dust cover. Shrink wrap, dust covers, or boxed set case may be missing. Item may contain remainder marks on outside edges, which should be noted in listing comments. Item may be missing bundled media.
- **Used - Good:** All pages and cover are intact (including the dust cover, if applicable). Spine may show signs of wear. Pages may include limited notes and highlighting. May include "From the library of" labels. Shrink wrap, dust covers, or boxed set case may be missing. Item may be missing bundled media.
- **Used - Acceptable:** All pages and the cover are intact, but shrink wrap, dust covers, or boxed set case may be missing. Pages may include limited notes, highlighting, or minor water damage but the text is readable. Item may be missing bundled media.

AMAZZIA000022

- **Unacceptable**: Has missing pages and obscured or unreadable text. We also do not permit the sale of advance reading copies, including uncorrected proofs, of in-print or not-yet-published books.

# Books – Collectible

To be considered collectible, a book should be unique in a way that could reasonably be assumed to increase the book's value to a collector:

- First editions and first printings
- Signed, inscribed, or scarce copies
- Advance reading copies and uncorrected proofs of out-of-print books

Collectible books do not include the following:

- Uncorrected proofs of in-print or not-yet-published books
- Former library books
- Remaindered books
- Book club editions

The General Condition Guidelines do not apply to collectible books. The following conditions apply for Collectible Books:

- **Collectible - Like New:** All pages and the cover are intact. The dust jacket is intact, if applicable, with no noticeable or very minor nicks or flaws. Spine has no signs of creasing. Book may have very small but virtually unnoticeable flaws.
- **Collectible - Very Good:** Pages are intact and not marred by notes or highlighting. Spine shows no sign of creasing. Dust jacket, if applicable, shows signs of some rubbing or chipping.
- **Collectible - Good:** All pages and the cover are intact, including the dust jacket, if applicable. Spine may show signs of wear. Generally, books in Good condition are not considered to be collectible grade.
- **Collectible - Acceptable:** A readable copy showing significant wear. Dust jacket may be missing. For all but the rarest items, books in Acceptable condition are not considered to be collectible grade.

# Music – New and Used

Music formats include vinyl, magnetic tape, and disc.

If you are listing a club edition against the detail page for the standard edition, use the listing comments to indicate that your item is a club edition.

AMAZZIA000023

For more about listing club editions, see the exception under **Matching product offers inaccurately** in <u>Prohibited Seller Activities and Actions</u>.

CDs and cassettes must be sold with a protective jewel or cassette case. You may substitute newer packaging when a jewel or cassette case is damaged, but you may not substitute copied cover art or liner notes for the originals.

In addition to the general condition guidelines, the following guidelines apply to new and used music:

- **Used - Like New:** The jewel case, cassette case, or album cover has no scratches or scuffing. Cover art, liner notes, and inclusions are in perfect condition. Packaging may have a remainder cut-out, which should be noted in the listing comments.
- **Used - Very Good:** The packaging, cover art, liner notes, or inclusions may show limited signs of wear.
- **Used - Good:** The item or packaging may have identifying markings from its owner.
- **Used - Acceptable:** The item plays perfectly but is otherwise the worse for wear. Packaging and inclusions may be damaged, marked, or missing. Note any missing items in the listing comments.

# Music – Collectible

To be considered collectible, the item should be unique in a way that increases value for a collector, such as signed, inscribed, scarce, or unique characteristics such as special pressings, unusual aesthetics (colored vinyl), or limited edition packaging.

Seller comments for collectible music should include the following:

- Further detail on condition or completeness of item and packaging
- Notes about the presence of signatures, inscriptions, or other personalization

Make sure you describe your CDs, MCs, and records accurately. An accurate product description increases buyer satisfaction. Should an item have an obvious cosmetic flaw, sellers are strongly encouraged to make a note in the comments field. The presence of remainder marks or cut-outs should always be noted in comments. Recopied media is not permitted. CDs with surface scratches may be listed as Good or Acceptable, subject to the above guidelines, as long as the quality of the playback is not affected.

AMAZZIA000024

# Electronics, Camera & Photo, and PC

You may be required to obtain approval to list certain products in the Electronics category. For more information, see Categories Requiring Approval.

See Selling International Camera & Photo Products for specific listing policies on international version products.

# Software & Computer Games

You may be required to obtain approval to list certain products in the Software & Computer Games categories. To submit a request to sell restricted products in Software & Computer Games, please contact us.

Only full retail versions of software may be sold on Amazon. The following types of software are prohibited for sale:

- Copied or duplicated software, in any format
- OEM software
- Back-up copies
- Fulfillment software
- Promotional software
- Beta (pre-release) copies
- Unauthorized freeware or shareware
- Academic software requiring pre-purchase verification

In addition to the General Condition Guidelines, please apply the following guidelines to Software & Computer Games.

> **Note:** All products in Software & Games with the condition type **Used** will be listed as **Open Box**.

- **New:** Includes the original Universal Product Code (UPC).
- **Used - Like New:** The box and jewel case are pristine, with no signs of wear. UPC should be visible.
- **Used - Very Good:** Outer box may be damaged or come repackaged. Jewel case shows no signs of wear. Disc may have up to 1cm marking but is in great working condition.

AMAZZIA000025

- **Used - Good:** Outer box may be damaged or come repackaged. Jewel case may have small cosmetic damages. Disc may have up to 1.5cm marking but is in great working condition.
- **Used- Acceptable:** Original UPC, the original jewel case, or both are missing. Disc may have markings greater than 1.5cm but is in great working condition.
- **Unacceptable:** See the list of prohibited software and computer games earlier in this section.

   **Note:** Buyers outside the U.S. cannot purchase software or computer games from Amazon sellers.

For more information about listing software for sale on Amazon, see Selling Software.

# Cell Phones & Accessories

For more information on listing products in this category, see Selling Cell Phones & Accessories.

Before shipping a used or renewed cell phone to a buyer, you must do the following:

- Cancel the existing account associated with the phone.
- Remove the SIM card from the phone, if present.
- Clear the phone's memory and restore the default settings.

# Personal Computers

Before selling a computer on Amazon, you must restore the computer's hard drive and any software on it to its original state in one of the following ways:

- Use the Restore discs included with the computer.
- Reformat the computer's hard drive and reinstall the original software.

Include in your shipment any documentation provided with the computer itself and any software installed on the computer.

You must comply with the terms of any software licenses or other agreements governing any software on the computer. This includes any

AMAZZIA000026

restrictions on transferring software or retaining copies of any software.

# Consumer Electronics

You may be required to obtain approval to list certain products in the Electronics category. For more information, see Categories Requiring Approval.

# Toys & Games - Collectible

Collectible toys and games must be rare, exclusive, one-of-a-kind, or otherwise unique.

The general condition guidelines do not apply to Collectible Toys & Games.

Use the following condition types for Collectible Toys & Games:

- **Collectible - Like New:** An apparently untouched item in perfect condition. The original protective wrapping, if any, may be missing, but the original packaging is intact. There are absolutely no signs of wear. Suitable for presenting as a gift.
- **Collectible - Very Good:** A well-cared-for item that has seen limited use but remains in great condition. Item and instructions are complete and undamaged but may show some signs of wear.
- **Collectible - Good:** Item shows wear from consistent use, but it remains in good condition. The original instructions are included and in acceptable condition. The item may be marked, identified, or show other signs of previous use. The item works perfectly and is in good shape overall.

# Home & Garden

All Home, Kitchen, Garden and Large Appliances equipment, whether new or used, must be safe (that is, there is no risk that the equipment will cause death, personal injury, or damage to property) and, where applicable, come with the standard plug for the country where they are sold. The seller must have used and renewed equipment tested by an expert prior to listing to verify that it is safe. You must not list any product that has been the subject of a product safety recall.

**What we will not accept for sale on Amazon:**

AMAZZIA000027

- Items that do not work perfectly in every regard or are damaged in ways that render them difficult to use
- Items not manufactured or printed by the original manufacturer and for which essential accompanying material is missing (this does not necessarily include instructions)
- Consumable items where any part has been used
- Products that require repair or service
- Products whose commercialization is prohibited under the applicable law (for example, some cutlery products)
- Unclean items are not acceptable

# Ink and Toner Cartridges

**Note:** Amazon prohibits sellers from listing ink and toner cartridges in **Renewed** or **Used** condition.

All ink and toner cartridges should be listed as **New**, with "Remanufactured," "Compatible," or "Refilled" in the **Title** field.

See also Office Products.

See also Selling Ink and Toner Cartridges.

# Video, DVD & Blu-ray Discs -- New and Used

We suggest that you list videos and DVDs at a price that is the same as or lower than the Amazon price.

**Collectible videos and DVDs**

Must be rare, out of print or otherwise unique--you will have an opportunity to say why your copy is collectible.

**New videos and DVDs**

A brand-new, unused, unopened video or DVD in perfect condition in its original packaging and with all original packaging materials included.

AMAZZIA000028

**What we will not accept for sale at Amazon:** Video or DVD recordings not created by the copyright holder, including recopied media in any form. In addition, promotional media is prohibited for sale through Amazon, as are recordings in which any aspect of the film is missing or obscured.

**Please note:** 18-certificate videos or DVDs can only be listed if the seller is at least 18 years of age.

Rental DVD and Blu-ray discs are only permitted for sale on Amazon in **Used** condition. If you are listing a rental DVD or Blu-ray disc edition against the detail page for the standard edition, use the listing comments to indicate that your item is a rental edition. For more information about listing rental editions, see the exception under **Matching product offerings inaccurately** in Prohibited Seller Activities and Actions.

In addition to the general condition guidelines, apply the following guidelines to used video, DVD & Blu-ray discs:

- **Used - Like New:** Any codes for digital copies or downloadable content must be included and unused.
- **Used -Very Good:** Case may be damaged or come repackaged. Disc may have up to 1cm marking but is in great working condition.
- **Used - Good:** Case may be damaged or come repackaged. Disc may have up to 1.5cm marking but is in great working condition.
- **Used - Acceptable:** A product with extensive external signs of wear, but is in great working condition. The case may be damaged. The cover art, liner notes, or other inclusions may be marked, or one or all of these items may be missing.

# Video, DVD & Blu-ray Discs -- Collectible

To be considered collectible, the item should be unique in a way that increases value for a collector:

- Signed or inscribed
- Scarce

Seller comments for collectible media may include the following:

- Further detail on condition or completeness of item and packaging
- Presence of signatures, inscriptions, or other personalization

AMAZZIA000029

# Video Games

You may be required to obtain approval to list certain products in the Video Games category. For more information, see Categories Requiring Approval.

> **Note:** Unless otherwise specified, all video game items sold on Amazon.com are assumed to be U.S. market products.

In addition to the general condition guidelines, apply the following guidelines to Video Games:

- **New:** Unless specified in the product title, all new video game items are assumed to be in full retail packaging. Bulk, plain white box, or other types of packaging are not allowed unless specifically called out in the product title.
- **Used - Like New:** Activation codes for bonus online content may be missing or expired. Product may not include downloadable content.
- **Used - Very Good:** Activation codes for bonus online content may be missing or expired. Product may not include downloadable content.
- **Used - Good:** Activation codes for bonus online content may be missing or expired. Product may not include downloadable content.
- **Used - Acceptable:** It must be noted whether the box or instructions are missing in the condition notes field. Activation codes for bonus online content may be missing or expired. Product may not include downloadable content.
- **Unacceptable:** Video games without essential accompanying material are not permitted. This does not necessarily include the box or instructions.

# Tools & Hardware

To sell a product as **New in the** Tools & Hardware category, the product must be unopened in its original packaging. All original accessories must be intact in the package, and manuals included.

If the original packaging is missing or opened, you must list the product as **Used** even if the product appears unused. You can clarify the condition of the product and packaging in the condition comments.

*Before listing a product as renewed, see Selling Tools and Home Improvement products.

AMAZZIA000030

# Watches

- **Used - Like New:** Item will come in pristine, original packaging. No cosmetic damages are present. All parts and accessories are present and item is functioning.
- **Used – Very Good:** Item may be repackaged. Packaging may have slight cosmetic damage. Glass housing or wrist strap may have scratches that are less than 4". Parts and accessories are present and item is functioning.
- **Used – Good:** Item may be repackaged. Packaging may have slight cosmetic damage. Glass housing or wrist strap may have scratches that are less than 10". Some parts and accessories are missing but item is functioning.

To ensure that customers are able to buy with confidence from all sellers on Amazon, sellers must be pre-approved to sell products in the Watches category. For more information see Categories Requiring Approval.

**Was this article helpful?**     ◌ Yes     ◌ No

## Related articles 

Category, product, and listing restrictions

Product Detail Page Rules

Prohibited seller activities and actions

Prohibited Content

**Condition guidelines**

Drop Shipping Policy

ASIN creation policy

Supply Chain Standards

AMAZZIA000031

Standards for Brands Selling in
the Amazon Store

Imaging and Video Services
Terms and Conditions

Japanese Consumption Tax

**Need more help?** 

See more on Seller Central

Visit Seller Forums



# Reach Hundreds of Millions of Customers

Start Selling On Amazon

© 1999-2019, Amazon.com, Inc. or its affiliates

AMAZZIA000032

Exhibit 4



**amazon** seller central

English ∨ | Sign in | Sell on Amazon

This article applies to selling in: **United States**

Help / Program Policies / Intellectual Property Policy for Sellers / Amazon Anti-Counterfeiting Policy

# Amazon Anti-Counterfeiting Policy

Amazon strives to ensure a trustworthy shopping experience for our customers. By selling on Amazon, you agree that:

- The sale of counterfeit products is strictly prohibited.
- You may not sell any products that are not legal for sale, such as products that have been illegally replicated, reproduced, or manufactured
- You must provide records about the authenticity of your products if Amazon requests that documentation

Failure to abide by this policy may result in loss of selling privileges, funds being withheld, destruction of inventory in our fulfilment centers, and other legal consequences.

## More information

- Sell Only Authentic and Legal Products. It is your responsibility to source, sell, and fulfill only authentic products that are legal for sale. Examples of prohibited products include:
  - Bootlegs, fakes, or pirated copies of products or content
  - Products that have been illegally replicated, reproduced, or manufactured
  - Products that infringe another party's intellectual property rights
- Maintain and Provide Inventory Records. Amazon may request that you provide documentation (such as invoices) showing the authenticity of your products or your authorization to list them for sale. You may remove pricing information from these documents, but providing documents that have been edited in any other way or that are misleading is a violation of this policy and will lead to enforcement against your account.
- Consequences of Selling Inauthentic Products. If you sell inauthentic products, we may immediately suspend or terminate your Amazon selling account (and any related accounts), destroy any inauthentic products in our fulfillment centers at your expense, and/or withhold payments to you.
- Amazon Takes Action to Protect Customers and Rights Owners. Amazon also works with manufacturers, rights holders, content owners, vendors, and sellers to improve the ways we detect and prevent inauthentic products from reaching our customers. As a result of our detection and enforcement activities, Amazon may:
  - Remove suspect listings.
  - Take legal action against parties who knowingly violate this policy and harm our customers. In addition to criminal fines and imprisonment, sellers and suppliers of inauthentic products may face civil penalties including the loss of any amounts received from the sale of inauthentic products, the damage or harm sustained by the rights holders, statutory and other damages, and attorney's fees.
- Reporting Inauthentic Products. We stand behind the products sold on our site with our A-to-z Guarantee, and we encourage rights owners who have product authenticity concerns to notify us. We will promptly investigate and take all appropriate actions to protect customers, sellers, and rights holders. You may view counterfeit complaints on the Account Health page in Seller Central.

Was this article helpful?   ○ Yes   ○ No

AMAZZIA000076

**Related articles**                                                                                   

**Amazon Anti-Counterfeiting Policy**

Guidelines for use of the Available at Amazon Badge by Sellers

**Need more help?**                                                                                    

See more on Seller Central

Visit Seller Forums



## Reach Hundreds of Millions of Customers

Start Selling On Amazon

© 1999-2019, Amazon.com, Inc. or its affiliates

AMAZZIA000077

Exhibit 5

# Issue Report - TP Link

Printed from Asana

☑ **Priscilla:** ~~Issue Report - TP Link~~
Good Morning Antoine,

It looks as tough Universal Goods and Sales is one of those stick unauthorized resellers that jump on and off listings. I have forwarded this over to the Brand Protection department for reporting. This is a matter that has been on our radar
and we are continuously working towards removal.

Thank you,

Shane De La Cruz | Brand Ambassador
818.928.3844 | www.amazzia.com <http://www.amazzia.com>
Your partner in brand protection, growth, and distribution.

From: Antoine <antoine.liu@tp-link.com>
Sent: Monday, April 16, 2018 11:14 AM
To: Shane De La Cruz <shane@amazzia.com>
Cc: Brand Protection <brandprotection@amazzia.com>
Subject: Market Place Report 0416

Hi Shane
Good morning!
Please could you help with below market place. Universal goods and sales disappeared for a while but is now live again.
ASIN:
B01DXVK3KY

Best Regards

-------------------------

Antoine

Sh  **Shane created this task.**   Apr 16, 2018

    **Shane** assigned to Shane.   Apr 16, 2018

Sh  **Shane** 📎 **attached**   Apr 16, 2018



AMAZZIA000008

**image003.jpg** · Download

**Shane** added to Brand Protection Tasks.   Apr 16, 2018
**Shane** added to TP-Link.   Apr 16, 2018
**Shane** assigned to Priscilla.   Apr 16, 2018

**Priscilla completed this task.**   Apr 26, 2018

**Priscilla** moved this Task from Backlog to Done in Brand Protection Tasks.   Apr 26, 2018

AMAZZIA000009

Exhibit 6

M Gmail

Avi Eisenberg <avi@thimessolutions.com>

---

## tp-link B01DXVK3KY abusive RO issues

---

**Avi Eisenberg** <avi@thimessolutions.com>                          Mon, Jun 4, 2018 at 11:49 PM
To: copyright@amazon.com

We have received dozens of complaints on ASIN B01DXVK3KY from tp-link. We have been reinstated on this ASIN many, many times, but tp-link continues to file new, false, abusive complaints. I've attached yet again an invoice, which shows items purchased are authentic and not counterfeit.  As you can see, the quantity purchased was 360, which is the same inventory that was shipped to Amazon.

Please reinstate and stop accepting these false complaints once and for all. Thank you.

---



**0b8aaab7-0def-42c6-bf79-92f64605cf94.jpeg**
66K

The Surplus Company, LLC
5904 Avenue D.
Brooklyn, NY 11203
Sales@TheSurplusCompany.com
www.TheSurplusCompany.com
1.800.606.2338



THIMES SOLUTIONS INC.
3 LITMAN LANE
SUFFERN, NY 10901
845-475-8642
AVI@THIMESSOLUTIONS.COM

# INVOICE

| | |
|---|---|
| **Invoice #** | 33063 |
| **Invoice Date** | 01/08/2018 |
| **Due Date** | 01/08/2018 |

| Item | Description | Unit Price | Quantity | Amount |
|---|---|---|---|---|
| Product | TP-Link AC5400<br>UPC: 845973094577<br>CONDITION:<br>NEW. In manufacturers case pack. master carton. | 164.00 | 360.00 | 59,040.00 |

<u>NOTES:</u> ALL Products are being sold AS-IS
ALL SALES ARE FINAL, NO RETURNS

All Shortages must be reported within 48 hours.

Credit cards will be charged 2.9%

Please include Invoice number in wire description.

| | |
|---|---|
| Subtotal | 59,040.00 |
| Total | 59,040.00 |
| Amount Paid | 59,040.00 |
| Balance Due | $0.00 |

Avi Eisenberg <avi@thimessolutions.com>

# re Complaint ID: 1359628881

**Avi Eisenberg** <avi@thimessolutions.com>                                Fri, Jan 19, 2018 at 4:40 PM
To: notice-dispute <notice-dispute@amazon.com>

re Complaint ID: 1359628881

These items are authentic. Please see attached invoice.

Please reinstate.

---

**Invoice-33063.pdf**
113K

The Surplus Company, LLC
5904 Avenue D.
Brooklyn, NY 11203
Sales@TheSurplusCompany.com
www.TheSurplusCompany.com
1.800.606.2338



THIMES SOLUTIONS INC.
3 LITMAN LANE
SUFFERN, NY 10901

# I N V O I C E

| | |
|---|---|
| **Invoice #** | 33063 |
| **Invoice Date** | 01/08/2018 |
| **Due Date** | 01/08/2018 |

| Item | Description | Unit Price | Quantity | Amount |
|---|---|---|---|---|
| Product | TP-Link AC5400<br>UPC: 845973094577<br>CONDITION:<br>NEW. In manufacturers case pack. master carton. | 164.00 | 480.00 | 78,720.00 |

NOTES: ALL Products are being sold AS-IS
ALL SALES ARE FINAL, NO RETURNS

All Shortages must be reported within 48 hours.

Credit cards will be charged 2.9%

Please include Invoice number in wire description.

| | |
|---|---|
| **Subtotal** | 78,720.00 |
| **Total** | 78,720.00 |
| **Amount Paid** | 0.00 |
| **Balance Due** | $78,720.00 |

Exhibit 7

**daryl**
Staff

Posted on: 16 October 2019 09:29 PM

Hi Rick,

Good day ! We reviewed your proof of purchase and it appears that it was purchased from an unauthorized retailer. With regrets we are unable to process your replacement request. Our recommendation would be to contact the retailer you purchased from to discuss processing a replacement item with them. For future reference you can use this link for a list of authorized TP-Link retailers. https://www.tp-link.com/us/where-to-buy/

Best Regards

-----------------------------------------------

Daryl

TP-LINK Technical Support

Website: https://www.tp-link.com

Forum: https://community.tp-link.com

You may get answers quickly here: https://www.tp-link.com/support/faq/

Any feedback please contact our 24 hours livechat service: https://www.tp-link.com/support/contact-technical-support/#LiveChat-Support

THIS EMAIL AND ANY ATTACHMENTS ARE CONFIDENTIAL AND INTENDED SOLELY FOR THE USE OF INDIVIDUAL TO WHO THEY ARE ADDRESSED. IF YOU ARE NOT THE ADDRESSEE, PLEASE DO NOT USE OR PUBLISH ITS CONTENTS, PLEASE NOTIFY THE SENDER IMMEDIATELY AND THEN DELETE THE EMAIL. IF YOU ARE THE INTENDED RECIPIENT OF THE EMAIL, UPON RECEIPT IT IS YOUR RESPONSIBILITY TO ENSURE THAT YOU COMPLY WITH DATA PROTECTION LAWS THAT GOVERN ITS PROCESSING AND TP-LINK LTD GROUP POLICY WHERE APPROPRIATE.

Email: daryl

---

User

Posted on: 16 October 2019 09:07 PM

Sent from my iPhone

> On Oct 15, 2019, at 4:19 PM, Support Usa <support.usa@tp-link.com> wrote:
>
> Hi Rick,
> Thank you very much for requesting information about our product.
>
> To begin the replacement process we must first validate your product. Please provide an image of the receipt or purchase order along with a picture of the label at the bottom of the product.
>
> If you have any questions please feel free to ask.
>
> Have a nice day.
>
> Best Regards
>
> -----------------------------------------------
>
> Daryl
>
> TP-LINK Technical Support
>
> Website: https://www.tp-link.com
>
> Forum: https://community.tp-link.com
>
> You may get answers quickly here: https://www.tp-link.com/support/faq/
>
> Any feedback please contact our 24 hours livechat service: https://www.tp-link.com/support/contact-technical-support/#LiveChat-Support
>
>
> THIS EMAIL AND ANY ATTACHMENTS ARE CONFIDENTIAL AND INTENDED SOLELY FOR THE USE OF INDIVIDUAL TO WHO THEY ARE ADDRESSED. IF YOU ARE NOT THE ADDRESSEE, PLEASE DO NOT USE OR PUBLISH ITS CONTENTS, PLEASE NOTIFY THE SENDER IMMEDIATELY AND THEN DELETE THE EMAIL. IF YOU ARE THE INTENDED RECIPIENT OF THE EMAIL, UPON RECEIPT IT IS YOUR RESPONSIBILITY TO ENSURE THAT YOU COMPLY WITH DATA PROTECTION LAWS THAT GOVERN ITS PROCESSING AND TP-LINK LTD GROUP POLICY WHERE APPROPRIATE.
>

image1.jpeg (2.51 MB)
image3.png (215.29 KB)
image2.png (355.60 KB)

---

User

Posted on: 16 October 2019 09:04 PM

> On Oct 15, 2019, at 4:19 PM, Support Usa <support.usa@tp-link.com> wrote:
>
> Hi Rick,
> Thank you very much for requesting information about our product.
>
> To begin the replacement process we must first validate your product. Please provide an image of the receipt or purchase order along with a picture of the label at the bottom of the product.
>
> If you have any questions please feel free to ask.
>
> Have a nice day.
>
> Best Regards
>
> -----------------------------------------------
>
> Daryl
>
> TP-LINK Technical Support
>
> Website: https://www.tp-link.com
>
> Forum: https://community.tp-link.com
>
> You may get answers quickly here: https://www.tp-link.com/support/faq/
>
> Any feedback please contact our 24 hours livechat service: https://www.tp-link.com/support/contact-technical-support/#LiveChat-Support
>
>
> THIS EMAIL AND ANY ATTACHMENTS ARE CONFIDENTIAL AND INTENDED SOLELY FOR THE USE OF INDIVIDUAL TO WHO THEY ARE ADDRESSED. IF YOU ARE NOT THE ADDRESSEE, PLEASE DO NOT USE OR PUBLISH ITS CONTENTS, PLEASE NOTIFY THE SENDER IMMEDIATELY AND THEN DELETE THE EMAIL. IF YOU ARE THE INTENDED RECIPIENT OF THE EMAIL, UPON RECEIPT IT IS YOUR RESPONSIBILITY TO ENSURE THAT YOU COMPLY WITH DATA PROTECTION LAWS THAT GOVERN ITS PROCESSING AND TP-LINK LTD GROUP POLICY WHERE APPROPRIATE.
>

image1.jpeg (2.43 MB)
image2.jpeg (2.51 MB)
image3.png (355.60 KB)
image4.png (215.29 KB)

---

**dary**
Staff

Posted on: 16 October 2019 04:19 AM

Hi Rick,
Thank you very much for requesting information about our product.

To begin the replacement process we must first validate your product. Please provide an image of the receipt or purchase order along with a picture of the label at the bottom of the product.

If you have any questions please feel free to ask.

Have a nice day.
Best Regards

-----------------------------------------------

Daryl

TP-LINK Technical Support

Website: https://www.tp-link.com

Forum: https://community.tp-link.com

You may get answers quickly here: https://www.tp-link.com/support/faq/

Any feedback please contact our 24 hours livechat service: https://www.tp-link.com/support/contact-technical-support/#LiveChat-Support

THIS EMAIL AND ANY ATTACHMENTS ARE CONFIDENTIAL AND INTENDED SOLELY FOR THE USE OF INDIVIDUAL TO WHO THEY ARE ADDRESSED. IF YOU ARE NOT THE ADDRESSEE, PLEASE DO NOT USE OR PUBLISH ITS CONTENTS, PLEASE NOTIFY THE SENDER IMMEDIATELY AND THEN DELETE THE EMAIL. IF YOU ARE THE INTENDED RECIPIENT OF THE EMAIL, UPON RECEIPT IT IS YOUR RESPONSIBILITY TO ENSURE THAT YOU COMPLY WITH DATA PROTECTION LAWS THAT GOVERN ITS PROCESSING AND TP-LINK LTD GROUP POLICY WHERE APPROPRIATE.

---

Staff

Posted on: 14 November 2019 09:06 AM

Dear Customer

Good day！We reviewed your proof of purchase and it appears that it was purchased from an unauthorized retailer. With regrets we are unable to process your replacement request.

Our recommendation would be to contact the retailer you purchased from to discuss processing a replacement item with them.

For future reference you can use this link for a list of authorized TP-Link retailers. https://www.tp-link.com/us/where-to-buy

Rosette
TP-LINK Technical Support
Website: https://www.tp-link.com
Forum: https://community.tp-link.com

You may get answers quickly here: https://www.tp-link.com/support/faq/

Any feedback please contact our 24 hours livechat service: https://www.tp-link.com/support/contact-technical-support/#LiveChat-Support

THIS EMAIL AND ANY ATTACHMENTS ARE CONFIDENTIAL AND INTENDED SOLELY FOR THE USE OF INDIVIDUAL TO WHO THEY ARE ADDRESSED. IF YOU ARE NOT THE ADDRESSEE, PLEASE DO NOT USE OR PUBLISH ITS CONTENTS, PLEASE NOTIFY THE SENDER IMMEDIATELY AND THEN DELETE THE EMAIL. IF YOU ARE THE INTENDED RECIPIENT OF THE EMAIL, UPON RECEIPT IT IS YOUR RESPONSIBILITY TO ENSURE THAT YOU COMPLY WITH DATA PROTECTION LAWS THAT GOVERN ITS PROCESSING AND TP-LINK LTD GROUP POLICY WHERE APPROPRIATE.

---

@ya...

User

Posted on: 14 November 2019 03:41 AM

Attached is receipt showing I paid $65.00 for router
Thank you,Cristen
Cristen Martin

On Wednesday, November 13, 2019, 11:37:18 AM PST, Support Usa <support.usa@tp-link.com> wrote:

Hi Cristine,

Kindly also attach the proof of purchase of your router.

Thank you.

Rosette
TP-LINK Technical Support
Website: https://www.tp-link.com
Forum: https://community.tp-link.com

You may get answers quickly here: https://www.tp-link.com/support/faq/

Any feedback please contact our 24 hours livechat service: https://www.tp-link.com/support/contact-technical-support/#LiveChat-Support

THIS EMAIL AND ANY ATTACHMENTS ARE CONFIDENTIAL AND INTENDED SOLELY FOR THE USE OF INDIVIDUAL TO WHO THEY ARE ADDRESSED. IF YOU ARE NOT THE ADDRESSEE, PLEASE DO NOT USE OR PUBLISH ITS CONTENTS, PLEASE NOTIFY THE SENDER IMMEDIATELY AND THEN DELETE THE EMAIL. IF YOU ARE THE INTENDED RECIPIENT OF THE EMAIL, UPON RECEIPT IT IS YOUR RESPONSIBILITY TO ENSURE THAT YOU COMPLY WITH DATA PROTECTION LAWS THAT GOVERN ITS PROCESSING AND TP-LINK LTD GROUP POLICY WHERE APPROPRIATE.

📄 Billing Statement_2018-10-10_51246.pdf (17.24 KB)

---

Staff

Posted on: 14 November 2019 03:37 AM

Hi Cristine,

Kindly also attach the proof of purchase of your router.

Thank you.

Rosette
TP-LINK Technical Support
Website: https://www.tp-link.com
Forum: https://community.tp-link.com

You may get answers quickly here: https://www.tp-link.com/support/faq/

Any feedback please contact our 24 hours livechat service: https://www.tp-link.com/support/contact-technical-support/#LiveChat-Support

THIS EMAIL AND ANY ATTACHMENTS ARE CONFIDENTIAL AND INTENDED SOLELY FOR THE USE OF INDIVIDUAL TO WHO THEY ARE ADDRESSED. IF YOU ARE NOT THE ADDRESSEE, PLEASE DO NOT USE OR PUBLISH ITS CONTENTS, PLEASE NOTIFY THE SENDER IMMEDIATELY AND THEN DELETE THE EMAIL. IF YOU ARE THE INTENDED RECIPIENT OF THE EMAIL, UPON RECEIPT IT IS YOUR RESPONSIBILITY TO ENSURE THAT YOU COMPLY WITH DATA PROTECTION LAWS THAT GOVERN ITS PROCESSING AND TP-LINK LTD GROUP POLICY WHERE APPROPRIATE.

Tab 2

CHRISTOPHER FROST, SBN 200336
chris@wgfcounsel.com
ASHLEY MORRIS, SBN 225455
ashley@wgfcounsel.com_
WEINBERG GONSER FROST LLP
10866 Wilshire Blvd., Suite 1650
Los Angeles, CA 90024
Telephone: (424) 239-2851
Facsimile: (424) 238-3060
Attorneys for Defendant,
AUCTION BROTHERS, INC.
dba AMAZZIA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| THIMES SOLUTIONS, INC., | Case No. 2:19-cv-10374-SB-E |
| Plaintiff, | **DECLARATION OF MIKHAIL FIKHMAN IN SUPPORT MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT** |
| v. | |
| TP-LINK USA CORPORATION and AUCTION BROTHERS, INC. d/b/a AMAZZIA | Complaint Filed: May 29, 2019 Am. 5th Am. Com. Filed: May 27, 2022 |
| Defendants. | |

I, Mikhail Fikhman, declare as follows:

1.    I am the Chief Executive Officer of the defendant AUCTION BROTHERS, INC. d/b/a AMAZZIA ("Amazzia") in this case. I am over the age of 18.  I have personal knowledge of the matters stated herein, and if called as a witness I could and would testify competently as to those matters. I submit this declaration in support of Amazzia's Motion for Determination of Good Faith Settlement.

2.    I have been the Chief Executive Officer of Amazzia since August 13, 2004.

3.    In the course of my current and past duties, I have had access to and regularly reviewed the financial records and information of Amazzia. As such, I am a custodian of the financial documents maintained by Amazzia and am familiar with those records.

4.    Attached hereto as "**Exhibit A**" is a true and correct copy of the "Profit & Loss" statement of Amazzia from January 1, 2020, through June 30, 2022.

5.    I caused the Profit & Loss statement of Amazzia reflected in Exhibit A to be generated for purposes of this Court's consideration in connection with its review of Amazzia's Motion for Good Faith Settlement Determination. The contents therein are true and correct based on my direct knowledge of Amazzia financial condition and reporting systems, and my responsibilities as Chief Executive Officer.

6.    The Profit & Loss statement of Amazzia reflected in Exhibit A contains entries made at or near the time of the events recorded. Exhibit A is kept in the course of the regularly conducted activity of Amazzia.

7.    Exhibit A was made by the regularly conducted activity of Amazzia as a regular practice.

DECLARATION OF MIKHAIL FIKHMAN IN SUPPORT MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT

8.    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on August 17, 2022, at Los Angeles, California.

DATED:  August 17, 2022

*Mikhail Fikhman*

_____
Mikhail Fikhman

DECLARATION OF MIKHAIL FIKHMAN IN SUPPORT MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT

1

**EXHIBIT FILED UNDER SEAL**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF MIKHAIL FIKHMAN IN SUPPORT MOTION FOR DETERMINATION
OF GOOD FAITH SETTLEMENT

Tab 3

CHRISTOPHER FROST, SBN 200336
chris@wgfcounsel.com
ASHLEY MORRIS, SBN 225455
ashley@wgfcounsel.com
WEINBERG GONSER FROST LLP
10866 Wilshire Blvd., Suite 1650
Los Angeles, CA 90024
Telephone: (424) 239-2851
Facsimile: (424) 238-3060
Attorneys for Defendant,
AUCTION BROTHERS, INC.
dba AMAZZIA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| THIMES SOLUTIONS, INC., | Case No. 2:19-cv-10374-SB-E |
| Plaintiff, | **DECLARATION OF BRYAN BITZER IN SUPPORT OF AMAZZIA'S MOTION TO FILE DOCUMENTS IN SUPPORT OF ITS MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT UNDER SEAL** |
| v. | |
| TP-LINK USA CORPORATION and AUCTION BROTHERS, INC. d/b/a AMAZZIA | |
| Defendants. | Complaint Filed: May 29, 2019<br>Am. 5th Am. Com. Filed: May 27, 2022 |

DECLARATION OF BRYAN BITZER IN SUPPORT OF AMAZZIA'S MOTION TO FILE
DOCUMENTS IN SUPPORT OF ITS MOTION FOR DETERMINATION OF GOOD FAITH
SETTLEMENT UNDER SEAL

I, Bryan Bitzer, declare as follows:

1.      I am an associate at Weinberg Gonser Frost, LLP, which is attorney of record for defendant AUCTION BROTHERS, INC. d/b/a AMAZZIA ("Amazzia") in the above action. I am over the age of 18. I have personal knowledge of the matters stated herein, and if called as a witness I could and would testify competently as to those matters. I submit this declaration in support of Amazzia's Motion to File Documents in Support of Its Motion For Determination of Good Faith Settlement Under Seal.

2.      This declaration is submitted pursuant to Civil Local Rule 7-11(a), to explain why a stipulation could not be obtained from the defendant TP-LINK USA CORPORATION ("TP-Link") to provide the relief requested in Amazzia's Motion to File Documents in Support of Its Motion For Determination of Good Faith Settlement Under Seal.

3.      On August 16, 2022, I sent an email to counsel for TP-Link stating that Amazzia intended to ask the Court to have the Profit & Loss Statement of Amazzia — submitted in support of Amazzia's Motion For Determination of Good Faith Settlement — filed under seal. Attached hereto as **Exhibit A** is a true and correct copy of the email that I sent to counsel for TP-Link.

4.      As of the date of this declaration, I have not received a response from TP-Link to my August 16, 2022 email.

5.      I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on August 19, 2022, at Los Angeles, California.

DATED:  August 19, 2022

_____
Bryan Bitzer

- 1 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# EXHIBIT A

27

- 2 -

28

DECLARATION OF BRYAN BITZER IN SUPPORT OF AMAZZIA'S MOTION TO FILE
DOCUMENTS IN SUPPORT OF ITS MOTION FOR DETERMINATION OF GOOD FAITH
SETTLEMENT UNDER SEAL

**Subject:** Thimes Solutions Inc. v. TP-Link USA Corporation et al. (2:19-cv-10374-SB-E) - Notice of Intent to File Motion to Seal and Request for Stipulation

**Date:** Tuesday, August 16, 2022 at 6:10:22 PM Pacific Daylight Time

**From:** Bryan Bitzer

**To:** joe.tuffaha@ltlattorneys.com, prashanth.chennakesavan@ltlattorneys.com, heather.auyang@ltlattorneys.com, patice.gore@ltlattorneys.com

**CC:** Ashley Morris, Chris Frost

Counsel,

I am writing to pursuant to CIV. L.R. 7-11(a) regarding Defendant AUCTION BROTHERS, INC. d/b/a AMAZZIA's anticipated motion to seal. In connection with its Motion for Determination of Good Faith Settlement, Amazzia intends to submit a copy of its profits and loss statement from Jan. 2020 through June 2022. Given that the P&L statement would necessarily include Amazzia's private financial information, Amazzia intends to ask the Court to have the P&L filed under seal.

CIV. L.R. 7-11(a) requires that an administrative motion be accompanied by either a stipulation under Civil L.R. 7-12 or by a declaration that explains why a stipulation could not be obtained. Amazzia hereby requests that you advise as to your client's willingness to stipulate to filing the P&L statement under seal no later than 12pm PST on August 18.

Please feel to reach out if you have any questions or would like to discuss further.

Sincerely,
Bryan Bitzer

**Bryan Bitzer**
**WEINBERG GONSER FROST LLP**
10866 Wilshire Blvd., Suite 1650
Los Angeles, California 90024
217-801-0509
bryan@weinberg-gonser.com
_____

**NOTICE:** This e-mail message and/or its attachment(s) may contain, link to or reference information that is legally privileged, proprietary, and/or confidential. If you are not the intended recipient of this email message or the person responsible for delivery of this email message to the intended recipient(s), (i) you are also hereby notified that any review, use, distribution or copying of Data (as defined below) by you is strictly prohibited, and (ii) we respectfully request and urge that you immediately notify the sender and destroy any and all tangible and intangible copies of Data in all formats, wherever located and however recorded or embodied, including without limitation Data that are or may become accessible to you or any of your affiliates via any and all (a) accounts and networks, (b) devices, computers, servers and the like, (c) memory, and (d) back-up, cloud or other storage systems connected to or associated with any of the foregoing. "Data" means and includes all or any portion of (i) this e-mail message, (ii) any and all attachments hereto, and (iii) any and all excerpts, notes and linked content relating to or associated with any of the foregoing.

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2022, I caused a true and correct copy of the foregoing **DEFENDANT AMAZZIA'S COMPENDIUM OF EVIDENCE IN SUPPORT OF MOTION FOR GOOD FAITH SETTLEMENT DETERMINATION** to be served via electronic mail on the following:

| | |
|---|---|
| Caleb H. Liang<br>Heather F. Auyang<br>Joedat H. Tuffaha<br>Patice A. Gore<br>Prashanth Chennakesavan<br>**LTL ATTORNEYS**<br>300 South Grand Ave, 14th Fl.<br>Los Angeles, CA 90071<br>caleb.liang@ltlattorneys.com<br>heather.auyang@ltlattorneys.com<br>joe.tuffaha@ltlattorneys.com<br>patice.gore@ltlattorneys.com<br>prashanth.chennakesavan@ltlattorneys.com | Randolph Gaw<br>Mark Poe<br>Victor Meng<br>**GAW | POE LLP**<br>4 Embarcadero Center, Suite 1400<br>San Francisco, CA 9411<br>rgaw@gawpoe.com<br>mpoe@gawpoe.com<br>vmeng@gawpoe.com |
| | Mark Schlachet<br>**LAW OFFICE OF MARK SCHLACHET**<br>43 West 43rd Street, Suite 220<br>New York, NY 10036<br>markschlachet@me.com |

By:  */s/ Jenni Bain*
Jenni Bain
Paralegal