1  CHRISTOPHER FROST, SBN 200336
   chris@wgfcounsel.com
2  ASHLEY MORRIS, SBN 225455
   ashley@wgfcounsel.com
3  WEINBERG GONSER FROST LLP
   10866 Wilshire Blvd., Suite 1650
4  Los Angeles, CA 90024
   Telephone: (424) 239-2851
5  Facsimile: (424) 238-3060

6  Attorneys for Defendant,
   AUCTION BROTHERS, INC.
7  dba AMAZZIA

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THIMES SOLUTIONS INC., | **Case No.: 2:19-CV-10374-SB-E** |
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER GRANTING DEFENDANT AMAZZIA'S MOTION FOR GOOD FAITH SETTLEMENT DETERMINATION** |
| TP-LINK USA CORPORATION, and AUCTION BROTHERS, INC. d/b/a AMAZZIA, | |
| Defendants. | Date: September 23, 2022<br>Time: 8:30 a.m.<br>Courtroom: 6C |
| TP-LINK USA CORPORATION, | |
| Counterclaimant, | |
| vs. | |
| THIMES SOLUTIONS INC., | |
| Counter-Defendant. | |

-2-

On September 23, 2022 at or around 8:30 a.m., Defendant Auction Brothers doing business as Amazzia's ("Amazzia") Motion for Good Faith Settlement Determination came on regularly for hearing, the Hon. Percy Anderson presiding. All parties were present and represented by counsel.

Having reviewed the moving papers and all documents filed in support and in opposition to the moving papers, the Court hereby GRANTS Amazzia's motion for good faith settlement determination.

IT IS SO ORDERED.


Dated: _____

                                         _____
                                         Hon. Stanley Blumenfeld, Jr.
                                         UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING MOTION FOR GOOD FAITH SETTLEMENT DETERMINATION

# CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2022, I caused a true and correct copy of the foregoing **[PROPOSED] ORDER GRANTING DEFENDANT AMAZZIA'S MOTION FOR GOOD FAITH SETTLEMENT DETERMINATION** to be served via electronic mail on the following:

| | |
|---|---|
| Caleb H. Liang<br>Heather F. Auyang<br>Joedat H. Tuffaha<br>Patice A. Gore<br>Prashanth Chennakesavan<br>**LTL ATTORNEYS**<br>300 South Grand Ave, 14th Fl.<br>Los Angeles, CA 90071<br>caleb.liang@ltlattorneys.com<br>heather.auyang@ltlattorneys.com<br>joe.tuffaha@ltlattorneys.com<br>patice.gore@ltlattorneys.com<br>prashanth.chennakesavan@ltlattorneys.com | Randolph Gaw<br>Mark Poe<br>Victor Meng<br>**GAW \| POE LLP**<br>4 Embarcadero Center, Suite 1400<br>San Francisco, CA 9411<br>rgaw@gawpoe.com<br>mpoe@gawpoe.com<br>vmeng@gawpoe.com |
| | Mark Schlachet<br>**LAW OFFICE OF MARK SCHLACHET**<br>43 West 43rd Street, Suite 220<br>New York, NY 10036<br>markschlachet@me.com |

By:  */s/ Ashley Morris*
         ASHLEY MORRIS