CHRISTOPHER FROST, SBN 200336
chris@wgfcounsel.com
ASHLEY MORRIS, SBN 225455
ashley@wgfcounsel.com
WEINBERG GONSER FROST LLP
10866 Wilshire Blvd., Suite 1650
Los Angeles, CA 90024
Telephone: (424) 239-2851
Facsimile: (424) 238-3060

Attorneys for Defendant,
AUCTION BROTHERS, INC.
dba AMAZZIA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| THIMES SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TP-LINK USA CORPORATION and AUCTION BROTHERS, INC. d/b/a AMAZZIA <br><br> Defendants. | Case No. 2:19-cv-10374-SB-E <br><br> **[PROPOSED] ORDER ON DEFENDANT AUCTION BROTHERS, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS IN SUPPORT OF ITS MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT UNDER SEAL** <br><br> Complaint Filed:  May 29, 2019 <br> Am. 5th Am. Com. Filed:  May 27, 2022 |

-1-

Defendant AUCTION BROTHERS, INC. d/b/a AMAZZIA ("Amazzia") moved ("Motion") for an order sealing certain records under Civil Local Rules 7-11 and 79-5(b)-(d).

On September 23, 2022, at 8:30 a.m. the Motion came on for hearing before the Honorable Stanley Blumenfeld, Jr. in Courtroom 6C of the above-captioned Court, located at 350 West 1st Street, Los Angeles, California 90012. Appearances were as set forth in the Court's minutes.

Having duly reviewed and considered the moving papers, the supporting documents attached thereto, the inferences reasonably drawn therefrom, the arguments of counsel, and all other evidence and matters presented, the Court finds as follows:

1. There exists an overriding interest that overcomes the right of public access to the below-specified records;

2. The overriding interest supports sealing the below-specified records;

3. A substantial probability exists that the overriding interest will be prejudiced if the below-specified records are not sealed;

4. The below-specified records have been tailored to narrowly limit the scope and overall quantum of records to be sealed; and

5. No less restrictive means exist to achieve the overriding interest than to seal the below-specified records.

Based on the above-enumerated findings, and for good cause appearing, Defendants' Motion is GRANTED and, therefore, it is ORDERED that the below-specified records, which were lodged conditionally under seal on August 19, 2022, in connection with Defendant Auction Brothers, Inc.'s Motion For Determination of Good Faith Settlement, be sealed:

The Profit & Loss Statement of Amazzia, attached as Exhibit A to the Declaration of Mike Fikhman in Support of Amazzia's Motion for Determination of Good Faith Settlement.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IT IS FURTHER ORDERED that:

_____

_____

_____

**IT IS SO ORDERED.**

Dated:_____          _____

Stanley Blumenfeld, Jr.
United States District Judge

# CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2022, I caused a true and correct copy of the foregoing **[PROPOSED] ORDER ON DEFENDANT AUCTION BROTHERS, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS IN SUPPORT OF ITS MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT UNDER SEAL** to be served via electronic mail on the following:

| | |
|---|---|
| Caleb H. Liang<br>Heather F. Auyang<br>Joedat H. Tuffaha<br>Patice A. Gore<br>Prashanth Chennakesavan<br>**LTL ATTORNEYS**<br>300 South Grand Ave, 14th Fl.<br>Los Angeles, CA 90071<br>caleb.liang@ltlattorneys.com<br>heather.auyang@ltlattorneys.com<br>joe.tuffaha@ltlattorneys.com<br>patice.gore@ltlattorneys.com<br>prashanth.chennakesavan@ltlattorneys.com | Randolph Gaw<br>Mark Poe<br>Victor Meng<br>**GAW | POE LLP**<br>4 Embarcadero Center, Suite 1400<br>San Francisco, CA 9411<br>rgaw@gawpoe.com<br>mpoe@gawpoe.com<br>vmeng@gawpoe.com |
| | Mark Schlachet<br>**LAW OFFICE OF MARK SCHLACHET**<br>43 West 43rd Street, Suite 220<br>New York, NY 10036<br>markschlachet@me.com |

By:  */s/ Jenni Bain*
Jenni Bain
Paralegal

-1-