CHRISTOPHER FROST, SBN 260183
ASHLEY MORRIS, SBN 225455
WEINBERG GONSER FROST LLP
10866 Wilshire Blvd., Suite 1650
Los Angeles, CA 90024
Telephone: (424) 239-2851
Facsimile: (424) 238-3060

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| THIMES SOLUTIONS, INC. | CASE NUMBER: 2:19-cv-10374-SB-E |
|---|---|
| PLAINTIFF(S) | |
| v. | |
| TP-LINK USA CORPORATION and AUCTION BROTHERS, INC. d/b/a AMAZZIA | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed  ☒ Lodged:  (**List Documents**)

Exhibit A to the Declaration of Mikhail Fikhman in Support of Amazzia's Motions to File Documents in Support of Its Motion for Determination of Good Faith Settlement Under Seal

**Reason:**
☒ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

August 19, 2022
Date

Chris Frost
Attorney Name

AUCTION BROTHERS, INC. dba AMAZZIA
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)        NOTICE OF MANUAL FILING OR LODGING

# CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2022, I caused a true and correct copy of the foregoing **NOTICE OF LODGING** to be served via electronic mail on the following:

| | |
|---|---|
| Caleb H. Liang<br>Heather F. Auyang<br>Joedat H. Tuffaha<br>Patice A. Gore<br>Prashanth Chennakesavan<br>**LTL ATTORNEYS**<br>300 South Grand Ave, 14th Fl.<br>Los Angeles, CA 90071<br>caleb.liang@ltlattorneys.com<br>heather.auyang@ltlattorneys.com<br>joe.tuffaha@ltlattorneys.com<br>patice.gore@ltlattorneys.com<br>prashanth.chennakesavan@ltlattorneys.com | Randolph Gaw<br>Mark Poe<br>Victor Meng<br>**GAW \| POE LLP**<br>4 Embarcadero Center, Suite 1400<br>San Francisco, CA 9411<br>rgaw@gawpoe.com<br>mpoe@gawpoe.com<br>vmeng@gawpoe.com |
| | Mark Schlachet<br>**LAW OFFICE OF MARK SCHLACHET**<br>43 West 43rd Street, Suite 220<br>New York, NY 10036<br>markschlachet@me.com |

By: */s/ Jenni Bain*
     Jenni Bain
     Paralegal