RANDOLPH GAW (S.B. #223718)
 rgaw@gawpoe.com
MARK POE (S.B. #223714)
 mpoe@gawpoe.com
VICTOR MENG (S.B. #254102)
 vmeng@gawpoe.com
GAW | POE LLP
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415) 766-7451
Facsimile: (415) 737-0642

MARK SCHLACHET (*pro hac vice*)
 markschlachet@me.com
43 West 43d Street, Suite 220
New York, New York 10036
Telephone: (216) 225-7559
Facsimile: (216) 932-5390

Attorneys for Plaintiff
Thimes Solutions Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| THIMES SOLUTIONS INC.<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TP-LINK USA CORPORATION, and AUCTION BROTHERS, INC. d/b/a AMAZZIA<br><br>　　　　Defendant. | Case No. 2:19-cv-10374-SB-E<br><br>**DISCOVERY MATTER**<br><br>Date: September 16, 2022<br>Time: 9:30 am<br>Courtroom: 750, 7th Floor<br><br>**THIMES SOLUTION INC.'S NOTICE OF MOTION TO COMPEL DEFENDANT TP-LINK USA CORPORATION TO PRODUCE DOCUMENTS**<br><br>Discovery Cutoff:　Sept. 30, 2022<br>Pretrial Conference: Dec. 30, 2022<br>Trial Date:　　　　Jan. 9, 2023<br><br>Complaint Filed: May 29, 2019<br>Am. 5th Am. Com. Filed: May 27, 2022 |

1  TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF
2  RECORD:
3        PLEASE TAKE NOTICE THAT on September 16, 2022 at 9:30 a.m., or as
4  soon thereafter as counsel may be heard, before the Honorable Charles F. Eick,
5  Magistrate Judge of the United States District Court, Central District of California,
6  located at 255 East Temple Street, Los Angeles, California 90012, Courtroom 750,
7  7th Floor, plaintiff Thimes Solutions Inc. will and hereby does move
8  pursuant to Federal Rule of Civil Procedure 34 and Local Rule 37-2 for an
9  order compelling defendant TP-Link USA Corporation to produce documents
10 responsive to Thimes's document request numbers 28 through 32.
11       This motion is based upon this notice of motion, the concurrently submitted
12 Joint Stipulation, the declaration of Victor Meng the pleadings and other materials
13 on file in this action, and such other matters that this Court may consider at or
14 before any hearing on this motion.

16  Dated: August 22, 2022        GAW | POE LLP

                                  By:   /s/ Victor Meng

                                        VICTOR MENG (S.B. #254102)
                                          vmeng@gawpoe.com
                                        GAW | POE LLP
                                        4 Embarcadero, Suite 1400
                                        San Francisco, CA 94111
                                        Telephone: (415) 766-7451
                                        Facsimile: (415) 737-0642

                                        Attorneys for Plaintiff
                                        Thimes Solutions Inc.