# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 19-10374-SB(Ex) | Date | August 25, 2022 |
|---|---|---|---|
| Title | THIMES SOLUTIONS, INC. V. TP-LINK USA CORPORATION, ET AL. | | |

Present: The Honorable  Charles F. Eick, United States Magistrate Judge

| Valencia Munroe | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**Attorneys Present for Plaintiffs:**  **Attorneys Present for Defendants:**

None    None

**Proceedings:**    (IN CHAMBERS)

   The Magistrate Judge has read and considered all papers filed in support of and in opposition to "Plaintiff's Motion to Compel Further Interrogatory Responses from Defendant TP-Link USA Corporation" ("the Motion") filed August 10, 2022. The previously noticed September 2, 2022 hearing is vacated. The Magistrate Judge has taken the Motion under submission without oral argument.

   Based on representations by Defendant TP-Link USA Corporation ("Defendant") that Defendant lacks further knowledge or information responsive to the subject interrogatories as phrased, the Motion is denied. This denial is not intended, and shall not be construed, to preclude discovery into what Defendant knew, or did not know, concerning Plaintiff's conduct at any relevant point in time.

cc:    Judge Blumenfeld
       All Counsel of Record

Initials of Deputy Clerk   VMUN