UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THIMES SOLUTIONS, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TP-LINK USA CORPORATION and AUCTION BROTHERS, INC. d/b/a AMAZZIA,<br><br>　　　　Defendants. | Case No. 2:19-cv-10374-SB-E<br><br>ORDER GRANTING MOTION TO FILE UNDER SEAL |

　　For good cause shown, Defendant Auction Brothers, Inc. d/b/a Amazzia's motion to seal Amazzia's Profit & Loss Statement, attached as Exhibit A to the Declaration of Mike Fikhman in Support of Amazzia's Motion for Determination of Good Faith Settlement (Dkt. No. 208-1), is GRANTED.  Dkt. No. 208-3.

IT IS SO ORDERED.

Date: August 25, 2022

　　　　　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1