LTL ATTORNEYS LLP
Joe H. Tuffaha (SBN 253723)
  joe.tuffaha@ltlattorneys.com
Prashanth Chennakesavan (SBN 284022)
  prashanth.chennakesavan@ltlattorneys.com
Heather F. Auyang (SBN 191776)
  heather.auyang@ltlattorneys.com
Patice A. Gore (SBN 258776)
  patice.gore@ltlattorneys.com
300 South Grand Ave., 14th Floor
Los Angeles, CA 90071
Tel: (213) 612-8900
Fax: (213) 612-3773

Attorneys for Defendant and
Counterclaimant TP-Link USA Corporation

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| THIMES SOLUTIONS INC., | CASE NO.: 2:19-cv-10374-SB-E |
| Plaintiff, | **DECLARATION OF HEATHER F. AUYANG IN SUPPORT OF TP-LINK USA'S OPPOSITION TO AUCTION BROTHERS, INC.'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT** |
| v. | |
| TP-LINK USA CORPORATION, and AUCTION BROTHERS, INC. d/b/a AMAZZIA, | |
| Defendants. | Judge: Hon. Stanley Blumenfeld, Jr. |

Date:        Sept. 23, 2022
Time:        8:30 a.m.
Courtroom: 6C

Complaint Filed:        May 29, 2019
Amended 5th Amended
Complaint Filed:        May 27, 2022
Trial Date:             Jan. 9, 2023

No. 2:19-cv-10374-SB-E

1
2
3
4  TP-LINK USA CORPORATION,
5           Counterclaimant,
6
7       v.
8  THIMES SOLUTIONS INC.,
9           Counter-Defendant.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

No. 2:19-cv-10374-SB-E

AUYANG DECLARATION ISO TP-LINK'S OPPOSITION TO AUCTION BROTHERS, INC.'S MOTION FOR
DETERMINATION OF GOOD FAITH SETTLEMENT

## DECLARATION OF HEATHER F. AUYANG

I, Heather F. Auyang, hereby declare and state as follows:

1.      I submit this Declaration in support of TP-Link's Opposition to Auction Brothers, Inc.'s Motion for Determination of Good Faith Settlement. I am an attorney admitted to practice before this Court and am a partner with LTL Attorneys LLP, counsel of record for Defendant and Counterclaimant TP-Link USA Corporation in the above-captioned case. I submit this Declaration based upon my personal knowledge, and if called as a witness could and would testify to the matters set forth.

2.      Attached hereto as **Exhibit A** is a true and correct copy of Thimes's Rule 26 Initial Disclosures, served on June 13, 2022.

3.      Attached hereto as **Exhibit B** is a true and correct copy of excerpts from Thimes's Damages Expert Report of Alan Goedde, which was served by Thimes on August 1, 2022.

4.      Attached hereto as **Exhibit C** is a true and correct copy of the Statement of Information from the California Secretary of State for Auction Brothers, Inc. filed on August 2, 2022.

5.      Attached hereto as **Exhibit D** is a true and correct copy of Bates No. THIMES191054, produced by Thimes, and is a text thread between Avraham Eisenberg (Thimes's sole proprietor) and an individual named Jesse VanKempen.

6.      TP-Link was excluded from any settlement discussions between Thimes and Amazzia leading to this $40,000 settlement. TP-Link had no knowledge of this settlement agreement and related discussions until August 2, 2022, when Amazzia filed a Notice to Advise the Court of Conditional Settlement (ECF No. 200-2). Weinberg Gonser Frost LLP ("WGF") never mentioned or discussed the settlement terms with TP-Link's counsel.

7.      TP-Link's counsel and Amazzia's former counsel, Burkhalter Kessler Goodman and George LLP ("BKCG"), were working cooperatively. Attached hereto

as **<u>Exhibit E</u>** is a true and correct copy of the July 21, 2022 email from Amazzia's former counsel, Burkhalter Kessler Goodman and George LLP, notifying the parties that it no longer represents Amazzia.

8.     Attached hereto as **<u>Exhibit F</u>** is a true and correct copy of the Requests for Production to Amazzia, served on August 3, 2022. Amazzia's deadline to respond to TP-Link's discovery requests is September 2, 2022.

9.     Attached hereto as **<u>Exhibit G</u>** is a true and correct copy of the Requests for Production to Thimes, served on August 3, 2022. Thimes's deadline to respond to TP-Link's discovery requests is September 2, 2022.

10.     On August 3, 2022, I spoke with Amazzia's counsel at WGF, Christopher Frost, in order to provide notice of the *ex parte* application. During this conversation, I asked Amazzia to stipulate to producing documents in response to TP-Link's discovery requests by August 10, 2022 in lieu of an *ex parte* application. Amazzia's counsel refused. Amazzia's counsel also responded that he would have no issue producing the settlement agreement because this would be disclosed to the Court, but Amazzia was not open to providing any related documents and communications and he would have to confer with his client. Amazzia has not provided any further response.

11.     TP-Link and Amazzia did not conduct a Local Rule 7-3 conference.

I declare under penalty of perjury that the foregoing is true and correct.  Executed September 2, 2022 in Mill Valley, California.

By:  */s/ Heather F. Auyang*

AUYANG DECLARATION ISO TP-LINK'S OPPOSITION TO AUCTION BROTHERS, INC.'S MOTION FOR
DETERMINATION OF GOOD FAITH SETTLEMENT