# EXHIBIT B

THIMES SOLUTIONS, INC.,
a New York corporation

Plaintiff,

v.

TP-LINK USA CORPORATION,
a California corporation and
AUCTION BROTHERS, INC. d/b/a AMAZZIA
a California corporation,

Defendants.

In the U.S. District Court
Western District of California
Case No. 2:19-CV-10374-SB-E

# EXPERT REPORT OF ALAN G. GOEDDE, PH.D.

Freeman & Mills, Incorporated
629 Wilshire Blvd, Suite 900
Los Angeles, CA 90017

_____
Alan G. Goedde

August 1, 2022

# Expert Witness Report
# Alan G. Goedde, Ph.D.

## I. Personal Qualifications

**1.** I, Alan G. Goedde, am a member of the firm of Freeman & Mills, Incorporated, an accounting, economics, and management consulting firm headquartered in Los Angeles, California.

**2.** I have over twenty-five years of experience developing financial and economic analyses to solve business problems. I have worked in business and in government. My educational background includes a BS in Engineering and an MA and Ph.D. in Economics, all from Duke University. I have been qualified as an expert witness and have testified in both federal and state courts. My professional resume, which includes a summary of my testimony experience, is attached to this report under Tab 1.

## II. Scope of Opinions

**3.** I have been engaged by the law firm of Gaw|Poe LLP on behalf of Thimes Solutions, Inc. in connection with the matter *Thimes Solutions, Inc. v. TP-Link USA Corporation and Auction Brothers, Inc. d/b/a Amazzia,* Case No. 2:19-CV-10374-SB-E in the U.S. District Court, Central District of California, Western Division. This report is prepared in compliance with Rule 26 of the Federal Rules of Civil Procedure.

**4.** At the request of Gaw|Poe LLP, I have been asked to form an opinion regarding the damages suffered by Thimes Solutions, Inc. ("TSI") as a result of the actions of TP-Link USA Corporation and Auction Brothers, Inc d/b/a Amazzia ("TP-Link") and the amount TP-Link should be required to disgorge if Defendants are found liable for the claims asserted by TSI in this matter.

### III. Summary of Conclusions

5.  TSI suffered lost profits totaling $6,115,226 with prejudgment interest of 1,147,981 for a total damage amount of $7,263,206 due to the actions of TP-Link.

6.  As an alternative, I also calculated TSI's lost profits assuming growth in Amazon sales after 2018 would be limited to inflation alone. Under this scenario, TSI suffered lost profits totaling $2,169,323 with prejudgment interest of $500,019 for a total damage amount of $2,669,342 due to the actions of TP-Link.

### IV. Data or Other Information Considered in Forming Opinions

7.  My opinions are based on information of the type reasonably relied upon by experts in my field in forming opinions or inferences, including my own education, knowledge and experience. I have reviewed and relied upon a number of documents, which are listed in Tab 3.

8.  In support of my opinions, I may use at trial the exhibits and information listed in this disclosure as well as other exhibits or demonstrative aides made or derived from the exhibits or information listed in this disclosure, or other materials obtained in discovery or otherwise in this action.

9.  I am aware of my ongoing obligation under Rule 26 to revise or supplement this report as, and if, additional information becomes available.

### V. Statement of Opinions and Reasons and Bases Therefor

10. Plaintiff TSI is a New York corporation with its principal place of business in Suffern, New York.[1]  TSI's business model involves purchasing products at a discount from down-stream distributors, typically at close out, and then selling the products in the manufacturer's original packaging at a discounted price via online means such as Amazon.[2]

---

[1] Complaint ¶3.
[2] Complaint ¶3.

*Thimes Solutions, Inc. v. TP-Link Corporation et al.*                     *Expert Report of Alan G. Goedde, PhD*

11. TP-Link is a California corporation with its principal place of business in Brea, California.[3] TPI supplies networking products for home and small business including switches, routers, and wireless systems components whose parent corporation, TP-Link, is the world's largest provider of Wi-Fi products to substantially all major electronics retailers and online distributors.[4]

12. TSI became a third-party seller on Amazon in 2016[5].

13. TP-Link entities published written complaints to Amazon charging TSI with at least 28 instances of infringing TP-Link intellectual property by listing or selling counterfeit goods on amazon.com or infringing a TP-Link trademark.[6]

14. The record of TP-Link complaints, subject to Amazon's algorithmic surveil, caused TSI's permanent expulsion (without appeal rights) on August 27, 2018.[7]

15. I calculated profits from sales of TSI products on Amazon from profit and loss statements provided by Amazon and reported in TSI's accounting software (inventorylabs.com) through July 2018. But for the actions of TP-Link these sales and profits would have continued. To be conservative, I extended sales only to year-end 2022.

16. TSI experienced high growth during its time with Amazon. For example, TSI sales grew from $283,932 in 2016 to $1,930,283 by the time of TSI's July 2018 termination, a growth rate of 679%.

17. After TSI was terminated as a seller by Amazon in August 2018, TSI continued to receive multiple offers for goods from TSI's regular product suppliers, indicative of continued growth opportunities unable to be fulfilled due to the actions of TP-Link.

18. However, TSI found that the only viable, non-trivial distribution channels available were wholesale at substantially smaller margins.[8]

19. Not only were TSI's margins smaller selling on wholesale channels but many of the products TSI was purchasing from its regular suppliers were not requested by wholesalers because the margins were too small to justify an intermediate supplier like TSI, thus limiting

---

[3] Complaint ¶8.
[4] Complaint ¶12,13.
[5] Complaint ¶6.
[6] Complaint ¶17.
[7] Complaint ¶46.
[8] Interviews with Avi Eisenberg, President Thimes Solutions, Inc. 7/15/22 – 7-30/22

*Thimes Solutions, Inc. v. TP-Link Corporation et al.*          *Expert Report of Alan G. Goedde, PhD*

TSI's ability to grow its business.[9] Therefore, therefore I projected TSI sales made through alternative wholesale channels in the 2020 - 2022 period to be limited to inflation growth.

**20.** These wholesale distribution channel sales are considered mitigation and as such are subtracted from projected Amazon sales to determine net lost sales.

**21.** Considering the quantity of offers TSI received to purchase products from many regular, continuing customers, it is reasonable to expect there to be sufficient supply of products for TSI to continue strong retail sales growth had TP-Link not interfered.

**22.** To forecast TSI's sales from 2019 to 2022 I first reviewed the growth of Ecommerce sales and Amazon sales. TSI sales growth far exceeded these indices from 2016 to 2018.

**23.** For example, from 2016 to 2017 TSI's Amazon sales growth increased by 319%, and sales growth increased by 154.8% from 2017 to 2018 while Ecommerce growth increased 14% and 16% respectively and Amazon sales growth increased 43% and 19%.

**24.** To be conservative, I decreased the TSI sales growth by half in each successive year from 2019 to 2022 to be in the range of the Ecommerce and Amazon growth rates by 2022. The details of my analyses are shown in Tab 2.

**25.** My results show TSI's lost profits total $6,115,226 with prejudgment interest of $1,147,981 for a total damage amount of $7,263,206.

**26.** As an alternative, I also calculated TSI's lost profits assuming growth in Amazon sales after 2018 would be limited to inflation alone. Mitigation sales would also increase only at the rate of inflation. Under this scenario, TSI lost profits through 2022 total $2,169,323 with prejudgment interest of $500,019 for a total damage amount of $2,669,342.

## VI. Compensation to be Paid for the Report and Testimony

**27.** Freeman & Mills is compensated based on the standard billing rate for the staff employed on this engagement and the actual hours incurred by each person. Out-of-pocket expenses are billed as incurred. My compensation is not contingent on the conclusions reached or on the ultimate resolution of the case. My hourly billing rate is $600.

---

[9] Interviews with Avi Eisenberg, President Thimes Solutions, Inc. 7/15/22 – 7-30/22

*Thimes Solutions, Inc. v. TP-Link Corporation et al.*               *Expert Report of Alan G. Goedde, PhD*

Tab 2

**Thimes Solutions, Inc. v. TP-Link USA Corporation and Auction Brothers, Inc.**
**Lost Profits Indexed to Inflation**

| | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | Total |
|---|---|---|---|---|---|---|---|---|---|
| Amazon Sales [1] [2] | $ 2,239 | $ 283,932 | $ 1,175,272 | $ 1,930,283 | $ - | $ - | $ - | $ - | $ 3,391,727 |
| Refunds/Reimbursements/Credits/Rebates etc | $ 140 | $ (2,961) | $ 3,489 | $ 36,356 | $ - | $ - | $ - | $ - | $ 37,024 |
| Amazon Net Sales | $ 2,379 | $ 280,971 | $ 1,178,761 | $ 1,966,639 | $ - | $ - | $ - | $ - | $ 3,428,751 |
| Amazon Expected Net Sales [3] [4] | $ 2,379 | $ 280,971 | $ 1,178,761 | $ 3,371,381 | $3,432,470 | $3,474,816 | $3,638,063 | $3,871,368 | $ 19,250,210 |
| **Lost Amazon Sales** | $ - | $ - | $ - | $ 1,404,742 | $ 3,432,470 | $ 3,474,816 | $ 3,638,063 | $ 3,871,368 | $ 15,821,459 |
| Mitigation Sales [5] | | | | | $ 844,664 | $ 1,151,835 | $ 1,205,949 | $ 1,283,285 | $ 4,485,733 |
| Net Lost Sales | $ - | $ - | $ - | $ 1,404,742 | $ 2,587,806 | $ 2,322,980 | $ 2,432,114 | $ 2,588,083 | $ 11,335,726 |
| Profits (%) on Amazon Sales [6] | | | | 19.14% | 19.14% | 19.14% | 19.14% | 19.14% | |
| TSI Lost Profits | | | | $ 268,826 | $ 495,230 | $ 444,550 | $ 465,435 | $ 495,283 | $ 2,169,323 |
| Prejudgment Interest (10% Simple) | | | | $ 120,972 | $ 173,330 | $ 111,137 | $ 69,815 | $ 24,764 | $ 500,019 |
| Total | | | | $ 389,798 | $ 668,560 | $ 555,687 | $ 535,250 | $ 520,047 | **$2,669,342** |

Notes:
[1] Per profit and loss statements of Amazon Sales
[2] 2018 Sales are only through July
[3] Expected Sales for 2018 are prorated for the period Aug-Dec 2018
[4] Expected sales after 2018 grow with inflation per the CPI-U data accessed at:data.bls.gov/cpi/data.htm on 7/26/2022
[5] Per Thimes Solutions profit and loss statements (Thimes 00128-131)
[6] Per Amazon Sales 2018 Profit Rate

**Thimes Solutions, Inc. v. TP-Link USA Corporation and Auction Brothers, Inc.**
**Lost Profits with Growth Factor**

|  | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | Total |
|---|---|---|---|---|---|---|---|---|---|
| Amazon Sales [1] [2] | 2,239 | 283,932 | 1,175,272 | 1,930,283 | - | - | - | - | 3,391,727 |
| Refunds/Reimbursements/Credits/Rebates etc | 140 | (2,961) | 3,489 | 36,356 | - | - | - | - | 37,024 |
| Amazon Net Sales | 2,379 | 280,971 | 1,178,761 | 1,966,639 | - | - | - | - | 3,428,751 |
| Growth Factor [2] |  |  |  | 3 | 2 | 1 | 0 | 0 | 0 |
| Amazon Expected Net Sales [3] | 2,379 | 280,971 | 1,178,761 | 3,371,381 | 5,980,890 | 8,295,547 | 9,900,773 | 10,858,694 | 39,869,397 |
| **Lost Amazon Sales** | - | - | - | 1,404,742 | 5,980,890 | 8,295,547 | 9,900,773 | 10,858,694 | 36,440,647 |
| Mitigation Sales [4] |  |  |  |  | 844,664 | 1,151,835 | 1,205,949 | 1,283,285 | 4,485,733 |
| Net Lost Sales | - | - | - | 1,404,742 | 5,136,226 | 7,143,712 | 8,694,824 | 9,575,409 | 31,954,913 |
| Profits (%) on Amazon Sales [5] |  |  |  | 0 | 0 | 0 | 0 | 0 |  |
| TSI Lost Profits |  |  |  | 268,826 | 982,922 | 1,367,095 | 1,663,932 | 1,832,450 | 6,115,225 |
| Prejudgment Interest (10% Simple) |  |  |  | 120,972 | 344,023 | 341,774 | 249,590 | 91,623 | 1,147,981 |
| Total |  |  |  | 389,798 | 1,326,944 | 1,708,869 | 1,913,522 | 1,924,073 | **7,263,206** |

Notes:
[1] Per profit and loss statements of Amazon Sales
[2] 2018 Sales are only through July
[3] Growth Factor is calculated by halfing the growth of the previous period, starting from the period of July 2017- July 2018
[4] Expected Sales for 2018 are prorated for the period Aug-Dec 2018
[5] Per Thimes Solutions profit and loss statements (Thimes 00128-131)
[6] Per Amazon Sales 2018 Profit Rate




| | 2016 | 2017 | 2018 |
|---|---|---|---|
| Ecommerce Growth | 13.71% | 14.35% | 16.56% |
| Amazon Growth | 25.33% | 43.52% | 18.51% |
| Thimes Growth | 11708.99% | 319.53% | 154.80% |

| | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|
| Ecommerce Growth | 9.32% | 20.04% | 46.66% | 6.62% |
| Amazon Growth | 13.50% | 14.85% | 39.72% | 12.53% |
| Thimes Growth | 77.40% | 38.70% | 19.35% | 9.68% |

**Thimes Solutions, Inc. v. TP-Link USA Corporation and Auction Brothers, Inc.**
**Calculations**

CPI-U Data 2018-2022 retrieved from data.bls.gov/cpi/data.htm on 7/26/2022

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Annual | HALF1 | HALF2 | Annual Growth |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018 | 247.867 | 248.991 | 249.554 | 250.546 | 251.588 | 251.989 | 252.01 | 252.15 | 252.44 | 252.89 | 252.04 | 251.23 | 251.11 | 250.09 | 252.13 | N/A |
| 2019 | 251.712 | 252.776 | 254.202 | 255.548 | 256.092 | 256.143 | 256.57 | 256.56 | 256.76 | 257.35 | 257.21 | 256.97 | 255.66 | 254.41 | 256.9 | 1.81% |
| 2020 | 257.971 | 258.678 | 258.115 | 256.389 | 256.394 | 257.797 | 259.1 | 259.92 | 260.28 | 260.39 | 260.23 | 260.47 | 258.81 | 257.56 | 260.07 | 1.23% |
| 2021 | 261.582 | 263.014 | 264.877 | 267.054 | 269.195 | 271.696 | 273 | 273.57 | 274.31 | 276.59 | 277.95 | 278.8 | 270.97 | 266.24 | 275.7 | 4.70% |
| 2022 | 281.148 | 283.716 | 287.504 | 289.109 | 292.296 | 296.311 | | | | | | | 288.35 | | | 6.41% |

| Profit Percentage = Total Sales / Net Profit | | | | |
|---|---|---|---|---|
| Year | 2015 | 2016 | 2017 | 2018 |
| Total Sales | $ 2,379.30 | $ 280,971.20 | $ 1,178,761.20 | $ 1,966,639.05 |
| Net Profit | $ 2,006.31 | $ 151,095.37 | $ 226,003.83 | $ 376,356.56 |
| Profit Percentage | 84.32% | 53.78% | 19.17% | 19.14% |

FRED Graph Observations
Federal Reserve Economic Data
Link: https://fred.stlouisfed.org
Help: https://fredhelp.stlouisfed.org
Economic Research Division
Federal Reserve Bank of St. Louis

ECOMSA   E-Commerce Retail Sales, Millions of Dollars, Quarterly, Seasonally Adjusted

Frequency: Quarterly                                                                           Source: https://ir.aboutamazon.com/sec-filings/default.aspx

| Year | ECOMSA | ECOMSA Growth Rates | Thimes Growth Rates | Thimes Total Sales | Online Sales (in millions) | Amazon Growth Rate |
|---|---|---|---|---|---|---|
| 2015 | $ 80,365 | | | $ 2,379 | $ 50,834 | |
| 2016 | $ 91,385 | 13.71% | 11708.99% | $ 280,971 | $ 63,708 | 25.33% |
| 2017 | $ 104,503 | 14.35% | 319.53% | $ 1,178,761 | $ 91,431 | 43.52% |
| 2018 | $ 121,808 | 16.56% | 154.80% | $ 3,003,525 | $ 108,354 | 18.51% |
| 2019 | $ 133,162 | 9.32% | 77.40% | $ 5,328,307 | $ 122,987 | 13.50% |
| 2020 | $ 159,853 | 20.04% | 38.70% | $ 7,390,409 | $ 141,247 | 14.85% |
| 2021 | $ 234,440 | 46.66% | 19.35% | $ 8,820,486 | $ 197,346 | 39.72% |
| 2022 | $ 249,970 | 6.62% | 9.68% | $ 9,673,888 | $ 222,075 | 12.53% |

| Year | Ecommerce Growth | Amazon Growth | Thimes Growth | | | |
|---|---|---|---|---|---|---|
| 2016 | 13.71% | 25.33% | 11708.99% | | | |
| 2017 | 14.35% | 43.52% | 319.53% | | | |
| 2018 | 16.56% | 18.51% | 154.80% | | | |
| 2019 | 9.32% | 13.50% | 77.40% | 38.70% | 19.35% | 9.68% |
| 2020 | 20.04% | 14.85% | 38.70% | | | |
| 2021 | 46.66% | 39.72% | 19.35% | | | |
| 2022 | 6.62% | 12.53% | 9.68% | | | |
| Mean 2019-2022 | 20.66% | 20.15% | 36.28% | | | |
| Geo Mean 2019-2022 | 15.50% | 17.77% | 27.37% | | | |