# EXHIBIT C





# STATE OF CALIFORNIA
*Office of the Secretary of State*
## STATEMENT OF INFORMATION CORPORATION

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

**For Office Use Only**

**-FILED-**

File No.: BA20220639665
Date Filed: 8/9/2022

| Entity Details | |
|---|---|
| Corporation Name | AUCTION BROTHERS, INC. |
| Entity No. | 2674041 |
| Formed In | CALIFORNIA |

| Street Address of Principal Office of Corporation | |
|---|---|
| Principal Address | 19528 VENTURA BLVD #229<br>TARZANA, CA 91356 |

| Mailing Address of Corporation | |
|---|---|
| Mailing Address | 19528 VENTURA BLVD #229<br>TARZANA, CA 91356 |
| Attention | |

| Street Address of California Office of Corporation | |
|---|---|
| Street Address of California Office | 19528 VENTURA BLVD #229<br>TARZANA, CA 91356 |

**Officers**

| Officer Name | Officer Address | Position(s) |
|---|---|---|
| MIKHAIL FIKHMAN | 19528 VENTURA BLVD #229<br>TARZANA, CA 91356 | Chief Executive Officer |
| GEORGE FIKHMAN | 19528 VENTURA BLVD #229<br>TARZANA, CA 91356 | Secretary |
| WILLIAM FIKHMAN | 19528 VENTURA BLVD #229<br>TARZANA, CA 91356 | Chief Financial Officer |

**Additional Officers**

| Officer Name | Officer Address | Position | Stated Position |
|---|---|---|---|
| None Entered | | | |

**Directors**

| Director Name | Director Address |
|---|---|
| MIKHAIL FIKHMAN | 19528 VENTURA BLVD #229<br>TARZANA, CA 91356 |

The number of vacancies on Board of Directors is: 0

| Agent for Service of Process | |
|---|---|
| Agent Name | MIKHAIL FIKHMAN |
| Agent Address | 19528 VENTURA BLVD #229<br>TARZANA, CA 91356 |

| Type of Business | |
|---|---|
| Type of Business | GENERAL SALES |

| Email Notifications | |
|---|---|
| Opt-in Email Notifications | No, I do NOT want to receive entity notifications via email. I prefer notifications by USPS mail. |

B0998-0198 08/09/2022 2:46 PM Received by California Secretary of State

Labor Judgment

No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

Electronic Signature

☒  By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign.

*George Fikhman*                                              *08/09/2022*
Signature                                                               Date