# EXHIBIT D

Jesse VanKempen

🔍 tp-link                                                                                                                11 results       ∧  ∨   Close

> Basically you make it a headache for them to settle with you. Depends on your needs
>
> We used Trademark abuse filings as, well...you're being an ass and per Trademark rules, we see you abused several of them so here is our USPTO filing. For them to fight the mark abuse filing is a headache, and will cost $6-20k. So that's an expense they don't want.

> At some point, its who has enough money to take it farthest.

> But USPTO filings that aren't retracted stay on record, eventually a mark has enough filings that are legit, they lose a lot of rights or even the mark

> 👍

> Wish I had a legit TP-link abuse or I'd join in with 20k or so to help lawyers

THIMES191054

 **Jesse VanKempen**

🔍 tp-link    11 results

> appreciate the advice

 Basically you make it a headache for them to settle with you. Depends on your needs

We used Trademark abuse filings as, well....you're being an ass and per Trademark rules, we see you abused several of them so here is our USPTO filing. For them to fight the mark abuse filing is a headache, and will cost $6-20k. So that's an expense they don't want.

> that's pretty cheap

 At some point, its who has enough money to take it farthest.

> the other case against them is going on 8 months
> they must have spent way more than that so far
> I'm not looking for a small settlement either

But USPTO filings that aren't retracted stay on record, eventually a mark has enough filings that are legit, they lose a lot of rights or even the mark

> against tp-link I'm suing for millions and won't settle for cheap

 👍

> account was taken down permanently
> and was doing 100k/profit/month before it went down
> I feel I have a really strong case

 Wish I had a legit TP-link abuse or I'd join in with 20k or so to help lawyers