# EXHIBIT E

# Heather Auyang

| | |
|---|---|
| **From:** | M. Michelle Rohani <mrohani@bkcglaw.com> |
| **Sent:** | Thursday, July 21, 2022 1:53 PM |
| **To:** | Victor Meng; Heather Auyang; Prashanth Chennakesavan; Randolph Gaw; Mark Poe; Mark Schlachet |
| **Cc:** | Josh Waldman; Alton Burkhalter; Andrea Frljuckic |
| **Subject:** | Thimes Solutions v. TP-Link et al |

**[EXTERNAL EMAIL]** This email originated from outside of the **LTL Attorneys** organization. **DO NOT CLICK** links or open attachments unless you recognize the sender and know the content is safe.

Counsel,

Amazzia just informed us that our office will no longer represent it on this matter. New counsel will be retained and substituted shortly.

As there are certain deadlines coming up within the next few days, please allow Amazzia a 2-week extension of time on all pending items so that new counsel can manage.

Thanks,
Michelle

M. Michelle Rohani



2020 Main Street, Suite 600
Irvine, CA 92614
T: 949.975.7500
F: 949.975.7501
E: mrohani@bkcglaw.com
www.bkcglaw.com

This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us by telephone, and return the original message to us at the above e-mail address, deleting all copies from your e-mail system

---

**From:** Victor Meng <vmeng@gawpoe.com>
**Sent:** Wednesday, July 20, 2022 12:11 PM
**To:** Heather Auyang <Heather.Auyang@ltlattorneys.com>; Prashanth Chennakesavan <Prashanth.Chennakesavan@ltlattorneys.com>; Patice Gore <patice.gore@ltlattorneys.com>; Josh Waldman <jwaldman@bkcglaw.com>; M. Michelle Rohani <mrohani@bkcglaw.com>
**Cc:** Randolph Gaw <rgaw@gawpoe.com>; Mark Poe <mpoe@gawpoe.com>; Mark Schlachet <markschlachet@me.com>
**Subject:** Thimes Document Production

Hi all,

Below is a Dropbox link to access Thimes's document production.  Please note that the link will expire on August 3.  Let me know if you have any issues accessing the documents.

https://www.dropbox.com/sh/06nodaeye1fxgxn/AACJli4kAAujHE6HnmO5QU3Ia?dl=0
Password: thimes

Thanks,
Victor


Victor Meng
Gaw | Poe LLP
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Direct: 415.895.0862
Main: 415.766.7451
Fax: 415.737.0642