# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-10374-SB(Ex) | Date | September 7, 2022 |
|---|---|---|---|
| Title | THIMES SOLUTIONS, INC. V. TP-LINK USA CORPORATION, ET AL. | | |

| Present: The Honorable | Charles F. Eick, United States Magistrate Judge | |
|---|---|---|
| Valencia Munroe | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| **Attorneys Present for Plaintiffs:** | **Attorneys Present for Defendants:** |
|---|---|
| None | None |

**Proceedings:**     (IN CHAMBERS)

    The Magistrate Judge has read and considered all papers filed in support of and in opposition to "Thimes Solution Inc's Motion to Compel Defendant TP-Link USA Corporation to Produce Documents" ("the Motion") filed August 22, 2022.  The September 16, 2022 hearing is vacated.  The Magistrate Judge has taken the Motion under submission without oral argument.

    The Motion is granted.  Plaintiff's Requests for Production Nos. 28-32 ("the subject requests") seek relevant, nonprivileged documents proportional to the needs of the case.  See Fed. R. Civ. P. 26(b).  On or before September 28, 2022, Defendant TP-Link USA Corporation shall: (1) serve supplemental responses without objection to the subject requests; and (2) produce the documents responsive to the subject requests.

cc:    Judge Blumenfeld
        All Counsel of Record

Initials of Deputy Clerk   VMUN