1  CHRISTOPHER FROST, SBN 200336
   chris@wgfcounsel.com
2  ASHLEY MORRIS, SBN 225455
   ashley@wgfcounsel.com
3  WEINBERG GONSER FROST LLP
   10866 Wilshire Blvd., Suite 1650
4  Los Angeles, CA 90024
   Telephone: (424) 239-2851
5  Facsimile: (424) 238-3060

6  Attorneys for Defendant,
   AUCTION BROTHERS, INC.
7  dba AMAZZIA

8
9               **UNITED STATES DISTRICT COURT**
10              **CENTRAL DISTRICT OF CALIFORNIA**

11 | THIMES SOLUTIONS INC., | Case No.: 2:19-CV-10374-SB-E |
|---|---|
| Plaintiff, | **DEFENDANT AUCTION BROTHERS, INC. dba AMAZZIA'S OBJECTIONS TO EVIDENCE IN SUPPORT OF TP-LINK'S OPPOSITION TO AMAZZIA'S MOTION FOR GOOD FAITH SETTLEMENT DETERMINATION** |
| vs. | |
| TP-LINK USA CORPORATION, and AUCTION BROTHERS, INC. d/b/a AMAZZIA, | |
| Defendants. | |
| TP-LINK USA CORPORATION, | **[Filed concurrently with Amazzia's Reply to Opposition to Motion for Good Faith Settlement Determination]** |
| Counterclaimant, | |
| vs. | |
| THIMES SOLUTIONS INC., | |
| Counter-Defendant. | |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

    Defendant AUCTION BROTHERS, INC. doing business as AMAZZIA (hereinafter referred to as "Amazzia") hereby objects to evidence submitted by Co-Defendant TP-LINK USA CORP.'s (hereinafter referred to as "TP-Link") in opposition

- 1 -

**AMAZZIA'S OBJECTIONS TO EVIDENCE IN SUPPORT OF TP-LINK'S OPPOSITION TO MOTION FOR GOOD FAITH SETTLEMENT DETERMINATION**

to Amazzia's Motion for Good Faith Settlement Determination with Plaintiff THIMES SOLUTIONS, INC. as follows:

## Objection No. 1:

TP-Link's Exhibit A — Plaintiff's Rule 26 Initial Disclosures

**Grounds for objection:**

- Irrelevant
- lacks foundation
- conclusory
- hearsay without exception

sustained: _____     overruled: _____

## Objection No. 2:

TP-Link's Exhibit B — Expert Report of Alan Goedde

**Grounds for objection:**

- lacks foundation
- lacks authenticity
- improper expert opinion
- conclusory
- hearsay without exception

sustained: _____     overruled: _____

**AMAZZIA'S OBJECTIONS TO EVIDENCE IN SUPPORT OF TP-LINK'S OPPOSITION TO MOTION FOR GOOD FAITH SETTLEMENT DETERMINATION**

### Objection No. 3:

TP-Link's Exhibit D — text thread

**Grounds for objection:**

- Irrelevant
- lacks foundation
- conclusory
- hearsay without exception

sustained: _____     overruled: _____

### Objection No. 4:

TP-Link's Exhibit E — email from former counsel

**Grounds for objection:**

- Irrelevant
- lacks foundation
- conclusory
- hearsay without exception

sustained: _____     overruled: _____

DATED: September 9, 2022         **WEINBERG GONSER FROST LLP**

By: */s/ Christopher Frost*
Christopher Frost
Ashley Morris

Attorneys for Defendant,
AUCTION BROTHERS, INC. dba AMAZZIA

# CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2022, I caused a true and correct copy of the foregoing **DEFENDANT AUCTION BROTHERS, INC. dba AMAZZIA'S OBJECTIONS TO EVIDENCE IN SUPPORT OF TP-LINK'S OPPOSITION TO AMAZZIA'S MOTION FOR GOOD FAITH SETTLEMENT DETERMINATION** to be served via electronic mail on the following:

Randolph Gaw
Mark Poe
Victor Meng
**GAW | POE LLP**
4 Embarcadero Center, Suite 1400
San Francisco, CA 9411
Email: rgaw@gawpoe.com
Email: mpoe@gawpoe.com
Email: vmeng@gawpoe.com

Mark Schlachet
**LAW OFFICE OF MARK SCHLACHET**
43 West 43rd Street, Suite 220
New York, NY 10036
Email: markschlachet@me.com

Caleb H. Liang
Heather F. Auyang
Joedat H. Tuffaha
Patice A. Gore
Prashanth Chennakesavan
**LTL ATTORNEYS**
300 South Grand Ave, 14th Fl.
Los Angeles, CA 90071
Email: caleb.liang@ltlattorneys.com
Email: heather.auyang@ltlattorneys.com
Email: joe.tuffaha@ltlattorneys.com
Email: patice.gore@ltlattorneys.com
Email: prashanth.chennakesavan@ltlattorneys.com

///
///

**AMAZZIA'S OBJECTIONS TO EVIDENCE IN SUPPORT OF TP-LINK'S OPPOSITION TO MOTION FOR GOOD FAITH SETTLEMENT DETERMINATION**

Joshua A. Waldman
Mahsa Michelle Rohani
Daniel Kessler
**BURKHALTER KESSLER CLEMENT & GEORGE LLP**
2020 Main Street, Suite 600
Irvine, CA 92614
Email: jwaldman@bkcglaw.com
Email: mrohani@bkcglaw.com
Email: dkessler@bkcglaw.com

By: */s/ Jenni Bain*
    Jenni Bain
    Paralegal

- 5 -

**AMAZZIA'S OBJECTIONS TO EVIDENCE IN SUPPORT OF TP-LINK'S OPPOSITION TO MOTION FOR GOOD FAITH SETTLEMENT DETERMINATION**