LTL ATTORNEYS LLP
Joe H. Tuffaha (SBN 253723)
  joe.tuffaha@ltlattorneys.com
Prashanth Chennakesavan (SBN 284022)
  prashanth.chennakesavan@ltlattorneys.com
Heather F. Auyang (SBN 191776)
  heather.auyang@ltlattorneys.com
Patice A. Gore (SBN 258776)
  patice.gore@ltlattorneys.com
300 South Grand Ave., 14th Floor
Los Angeles, CA 90071
Tel: (213) 612-8900
Fax: (213) 612-3773

Attorneys for Defendant and
Counterclaimant TP-Link USA Corporation

(additional counsel listed on following page)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| THIMES SOLUTIONS INC., <br><br> Plaintiff, <br><br> v. <br><br> TP-LINK USA CORPORATION, and AUCTION BROTHERS, INC. d/b/a AMAZZIA, <br><br> Defendants. | CASE NO.: 2:19-cv-10374-SB-E <br><br> **JOINT APPENDIX OF OBJECTIONS** <br><br> Judge: Hon. Stanley Blumenfeld, Jr. <br><br> Date: Friday Oct. 7, 2022 <br> Time: 8:30 a.m. <br> Courtroom: 6C <br><br> Complaint Filed: May 29, 2019 <br> Amended 5th Amended <br> Complaint Filed: May 27, 2022 <br> Trial Date: Jan. 9, 2023 |

No. 2:19-cv-10374-SB-E
JAO RE: TP-LINK USA'S MOTION FOR SUMMARY JUDGMENT

|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | TP-LINK USA CORPORATION, |
| 5 | Counterclaimant, |
| 6 | |
| 7 | v. |
| 8 | THIMES SOLUTIONS INC., |
| 9 | Counter-Defendant. |
| 10 | |

Pursuant to the Court's May 23, 2022 Order Re: Motions for Summary Judgment (ECF No. 172), Defendant TP-Link USA Corporation and Plaintiff Thimes Solutions, Inc. hereby submit this Joint Appendix of Objections in connection with TP-Link's Motion for Summary Judgment or Partial Summary Judgment.

```
 1  RANDOLPH GAW (S.B. #223718)
     rgaw@gawpoe.com
 2  MARK POE (S.B. #223714)
     mpoe@gawpoe.com
 3  VICTOR MENG (S.B. #254102)
 4   vmeng@gawpoe.com
    GAW | POE LLP
 5  4 Embarcadero Center, Suite 1400
 6  San Francisco, CA 94111
    Telephone: (415) 766-7451
 7  Facsimile: (415) 737-0642
 8
 9  MARK SCHLACHET (pro hac vice)
    markschlachet@me.com
10  43 West 43d Street, Suite 220
11  New York, New York 10036
    Telephone: (216) 225-7559
12  Facsimile: (216) 932-5390
13
14  Attorneys for Plaintiff
    Thimes Solutions Inc.
15
```

**JOINT APPENDIX OF OBJECTIONS**

| Objector | Evidence | Objection (O) / Response (R) | Ruling |
|---|---|---|---|
| Plaintiff | 1. "Plaintiff has made a good faith, reasonable inquiry and that the information it knows or can readily obtain is insufficient to enable it to admit or deny." (Auyang Decl., Ex. 4, Responses to RFAs 28, 29, 31, 37 and 38.) | O: FRCP 36(b) only states that admissions may be used, and does not authorize the use of denials to RFAs.<br>R: Conceded. | S/O |
| Plaintiff | 2. TP-Link purports to attach the contents of Amazon's "About Amazon's Report Infringement Form" taken on January 17, 2020. (Auyang Decl. ¶ 22 & Ex. 21.) | O: Relevance; Lacks Foundation.  There is no evidence this document existed during 2018—the year TP-Link submitted its complaints to Amazon regarding Thimes.<br>R: Plaintiff's objections go to the weight not the admissibility of the evidence. | S/O |
| Plaintiff | 3. TP-Link purports to attach the contents of Amazon's "Report Infringement" form taken on January 17, 2020. (Auyang Decl. ¶ 23 & Ex. 22.) | O: Relevance; Lacks Foundation.  There is no evidence this document existed during 2018—the year TP-Link submitted its complaints to Amazon regarding Thimes.<br>R: Plaintiff's objections go to the weight not the admissibility of the evidence. | S/O |
| Plaintiff | 4. TP-Link purports to attach the contents of Amazon's "Report Infringement" form taken on January 17, 2020. (Auyang Decl. ¶ 24 & Ex. 23.) | O: Relevance; Lacks Foundation.  There is no evidence this document existed during 2018—the year TP-Link submitted its complaints to Amazon regarding Thimes.<br>R: Plaintiff's objections go to the weight not the admissibility of the evidence. | S/O |
| Defendant | 72. Getting eligibility for Amazon's Buy Box | O: Hearsay<br>R: Hearsay may be considered in | S/O |

JAO RE: TP-LINK USA'S MOTION FOR SUMMARY JUDGMENT

| Objector | Evidence | Objection (O) / Response (R) | Ruling |
|---|---|---|---|
| | option leads to increased sales; Meng Decl. ¶ 3, Ex. 28; Eisenberg Decl. ¶ 13. | opposition to summary judgment. *Sandoval v. County of San Diego*, 985 F.3d 657, 666 (9th Cir. 2021) ("If the contents of a document can be presented in a form that would be admissible at trial—for example, through live testimony by the author of the document—the mere fact that the document itself might be excludable hearsay provides no basis for refusing to consider it on summary judgment."). . | |
| Defendant | 74. Between 75-85% of all sales made on the Amazon Marketplace go through its Buy Box.; Eisenberg Decl. ¶ 13 | O: Hearsay.<br>R: Hearsay may be considered in opposition to summary judgment. *Sandoval*, 985 F.3d at 666 ("If the contents of a document can be presented in a form that would be admissible at trial—for example, through live testimony by the author of the document—the mere fact that the document itself might be excludable hearsay provides no basis for refusing to consider it on summary judgment."). | S/O |
| Defendant | 80. The complaints that Amazzia submitted to Amazon on behalf of TP-Link would have stated that Thimes was selling counterfeit product without using any qualified language; Meng Decl., ¶¶ 10-11; Ex. 34 at 9:13-25, 11:3-22, , 85:7 – 88:11, Ex. 35; Fikhman Decl. ¶ 10, Ex. 61. | O: Hearsay – Meng Decl., ¶¶ 10-11; Ex. 34 at 9:13-25, 11:3-22, 85:7 – 88:11, Ex. 35<br>R: (1) Statement by TP-Link's agent on matter within the scope of the relationship while it existed. FRE 801(d)(2)(D). (2) Contents can be presented in form that is admissible at trial. *Sandoval*, 985 F.3d at 666. | S/O |

| Objector | Evidence | Objection (O) / Response (R) | Ruling |
|---|---|---|---|
| Defendant | 91. TP-Link had the expectation that its counterfeiting complaints about Thimes to cause Amazon to de-list Thimes; Fikhman Decl. ¶¶ 5-7; Ex. 60 at 1; Meng Decl. ¶ 9, Ex. 33 at 1; Meng Decl. ¶ 9, Ex. 33 at 1. | O: Lacks foundation; speculation. None of the proffered evidence establishes TP-Link's intent or state of mind.<br>R: Circumstantial evidence of state of mind is non-hearsay. *Orsini v. O/S Seabrooke O.N.*, 247 F.3d 953, 960 (9th Cir. 2001); *U.S. v. Arteaga*, 117 F.3d 388, 397 (9th Cir. 1997). | S/O |
| Defendant | 92. The expulsion of an Amazon seller account is often related to how many intellectual property complaints are filed against that account; Meng Decl. ¶ 10, Ex. 34 at 9:13-25, 11:3-22, 19:11-20:17; 60:4-23, 74:8 – 75:5; Eisenberg Decl. ¶¶ 23-26; Fikhman Decl. ¶ 15. | O: Hearsay -- Meng Decl. ¶ 10, Ex. 34 at 9:13-25, 11:3-22, 19:11-20:17; 60:4-23, 74:8 – 75:5; Eisenberg Decl. ¶¶ 23-26.<br>R: (1) Statement by TP-Link's agent on matter within the scope of the relationship while it existed. FRE 801(d)(2)(D).<br>(2) Contents can be presented in form that is admissible at trial. *Sandoval*, 985 F.3d at 666.<br>(3) Statements by Mr. Eisenberg are for purpose of demonstrating his personal knowledge, not for the truth of the matter stated.<br>(4) Statement by Mikhail Fikhman is that of his personal observation and not recounting an out-of-court statement by another. | S/O |
| Defendant | 106. Amazon dominates online retail in the United States with 37.8% of the market share. Meng Decl. ¶ 7, Ex. 31. | O: Hearsay -- Meng Decl. ¶ 7, Ex. 31.<br>R: Contents can be presented in form that is admissible at trial. *Sandoval*, 985 F.3d at 666. | S/O |

| | | |
|---|---|---|
| Dated:  September 9, 2022 | | LTL ATTORNEYS LLP |
| | By: | */s/ Heather F. Auyang* |
| | | Joe H. Tuffaha (SBN 253723)<br>joe.tuffaha@ltlattorneys.com<br>Prashanth Chennakesavan (SBN 284022)<br>prashanth.chennakesavan@ltlattorneys.com<br>Heather F. Auyang (SBN 191776)<br>heather.auyang@ltlattorneys.com<br>LTL ATTORNEYS LLP<br>300 South Grand Ave., 14th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 612-8900<br>Facsimile: (213) 612-3773<br><br>Attorneys for Defendant TP-Link USA Corporation |
| Dated:  September 9, 2022 | | GAW | POE LLP |
| | By: | */s/ Randolph Gaw* |
| | | Randolph Gaw (S.B. #223718)<br>  rgaw@gawpoe.com<br>GAW | POE LLP<br>4 Embarcadero, Suite 1400<br>San Francisco, CA 94111<br>Telephone: (415) 766-7451<br>Facsimile: (415) 737-0642<br><br>Attorneys for Plaintiff Thimes Solutions |