UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| THIMES SOLUTIONS INC., <br><br> Plaintiff, <br><br> v. <br><br> TP-LINK USA CORPORATION, and AUCTION BROTHERS, INC. d/b/a AMAZZIA, <br><br> Defendants. | CASE NO.: 2:19-cv-10374-SB-E <br><br> **[PROPOSED] ORDER ON TP-LINK USA'S MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT** <br><br> Judge: Hon. Stanley Blumenfeld, Jr. <br><br> Date:      Friday Oct. 7, 2022 <br> Time:      8:30 a.m. <br> Courtroom: 6C <br><br> Complaint Filed:          May 29, 2019 <br> Amended 5th Amended <br> Complaint Filed:          May 27, 2022 <br> Trial Date:                Jan. 9, 2023 |
| TP-LINK USA CORPORATION, <br><br> Counterclaimant, <br><br> v. <br><br> THIMES SOLUTIONS INC., | |

Counter-Defendant.

# [PROPOSED] ORDER

The Motion for Summary Judgment or Partial Summary Judgment (the "Motion") by Defendant TP-Link USA Corporation ("TP-Link") against Plaintiff Thimes Solutions, Inc. ("Thimes") came before this Court for regular hearing on October 7, 2022 at 8:30 a.m.

After consideration of the entire record in this matter, the authorities cited by counsel for the parties and the arguments of counsel thereon, IT IS HEREBY ORDERED THAT TP-Link's Motion is GRANTED in its entirety.

[Or, in the alternative]

TP-Link's Motion for Partial Summary Judgment is GRANTED as follows:

**Noticed Issue No. 1**:

Granted _____        Denied _____

**Noticed Issue No. 2**:

Granted _____        Denied _____

**Noticed Issue No. 3**:

Granted _____        Denied _____

**Noticed Issue No. 4**:

Granted _____        Denied _____

**IT IS SO ORDERED.**

Dated: _____

                                                 _____
                                                        Hon. Stanley Blumenfeld, Jr.
                                                        United States District Judge