LTL ATTORNEYS LLP
Joe H. Tuffaha (SBN 253723)
  joe.tuffaha@ltlattorneys.com
Prashanth Chennakesavan (SBN 284022)
  prashanth.chennakesavan@ltlattorneys.com
Heather F. Auyang (SBN 191776)
  heather.auyang@ltlattorneys.com
Patice A. Gore (SBN 258776)
  patice.gore@ltlattorneys.com
300 South Grand Ave., 14th Floor
Los Angeles, CA 90071
Tel: (213) 612-8900
Fax: (213) 612-3773

Attorneys for Defendant and
Counterclaimant TP-Link USA Corporation

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| THIMES SOLUTIONS INC.,<br><br>Plaintiff,<br><br>v.<br><br>TP-LINK USA CORPORATION, and AUCTION BROTHERS, INC. d/b/a AMAZZIA,<br><br>Defendants. | CASE NO.: 2:19-cv-10374-SB-E<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT TP-LINK USA'S MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT**<br><br>Judge: Hon. Stanley Blumenfeld, Jr.<br><br>Date:         Friday Oct. 7, 2022<br>Time:        8:30 a.m.<br>Courtroom: 6C<br><br>Complaint Filed:            May 29, 2019<br>Amended 5th Amended<br>Complaint Filed:            May 27, 2022<br>Trial Date:                      Jan. 9, 2023 |

| | |
|---|---|
| 1 | TP-LINK USA CORPORATION, |
| 2 | |
| 3 | Counterclaimant, |
| 4 | v. |
| 5 | THIMES SOLUTIONS INC., |
| 6 | |
| 7 | Counter-Defendant. |

No. 2:19-cv-10374-SB-E

REQUEST FOR JUDICIAL NOTICE ISO TP-LINK USA'S MOTION FOR SUMMARY JUDGMENT

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

      Defendant TP-Link USA Corporation ("TP-Link") respectfully requests that the Court take judicial notice of records from the United States Patent and Trademark Office ("USPTO") under Federal Rule of Evidence 201. The Court may take judicial notice of USPTO records under Rule 201, which permits judicial notice of facts that are not subject to reasonable dispute because those facts are "generally known" or "capable of accurate and ready determination." Public records of the USPTO are not reasonably subject to dispute. The Ninth Circuit has specifically held that courts "may take judicial notice of records and reports of administrative bodies." *Int'l Natural Gas Co. v. So. Cal. Gas Co.*, 209 F.2d 380, 385 (9th Cir. 1953); *see, e.g., Metro Pub., Ltd. v. San Jose Mercury News*, 987 F.2d 637, 641 n. 3 (9th Cir. 1993) (taking judicial notice of trademark documents from the USPTO because their "accuracy cannot reasonably be questioned"); Fed. R. Evid. 201(c) ("The court: (1) may take judicial notice on its own; or (2) must take judicial notice if a party requests it and the court is supplied with the necessary information.").

      Accordingly, TP-Link requests that the Court take judicial notice of the following document attached hereto as **Exhibit 1**: A true and correct copy of U.S. Trademark Registration No. 3175495 for TP-LINK® registered on the principal register on November 21, 2006, as obtained from the publicly available files of the USPTO (administrative file available at http://www.uspto.gov).

| | |
|---|---|
| Date: September 9, 2022 | LTL ATTORNEYS LLP |
| | By: /s/ *Heather F. Auyang* |
| | Joe H. Tuffaha |
| | Prashanth Chennakesavan |
| | Heather F. Auyang |
| | Patice A. Gore |
| | |
| | Counsel for Defendant and Counterclaimant |
| | TP-Link USA Corporation |