1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| THIMES SOLUTIONS INC., | CASE NO.: 2:19-cv-10374-SB-E |
| Plaintiff, | **[PROPOSED] ORDER GRANTING TP-LINK USA'S REQUEST FOR JUDICIAL NOTICE** |
| v. | |
| TP-LINK USA CORPORATION, and AUCTION BROTHERS, INC. d/b/a AMAZZIA, | Judge: Hon. Stanley Blumenfeld, Jr. |
| | Date:        Friday Oct. 7, 2022 |
| Defendants. | Time:        8:30 a.m. |
| | Courtroom: 6C |
| | Complaint Filed:     May 29, 2019 |
| | Amended 5th Amended |
| | Complaint Filed:     May 27, 2022 |
| | Trial Date:          Jan. 9, 2023 |
| TP-LINK USA CORPORATION, | |
| Counterclaimant, | |
| v. | |
| THIMES SOLUTIONS INC., | |

Counter-Defendant.

Upon consideration of the Request for Judicial Notice in Support of Defendant TP-Link USA Corporation's ("TP-Link") Motion for Summary Judgment or Partial Summary Judgment ("RJN"), the points and authorities therein, and all other documents of records, it is hereby ORDERED that:

1. The RJN is granted; and
2. Pursuant to Federal Rule of Evidence 201, the Court will take judicial notice of Exhibit 1 to TP-Link's RJN.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Stanley Blumenfeld, Jr.
United States District Judge