1  LTL ATTORNEYS LLP
2  Joe H. Tuffaha (SBN 253723)
     joe.tuffaha@ltlattorneys.com
3  Prashanth Chennakesavan (SBN 284022)
     prashanth.chennakesavan@ltlattorneys.com
4  Heather F. Auyang (SBN 191776)
5    heather.auyang@ltlattorneys.com
   Patice A. Gore (SBN 258776)
6    patice.gore@ltlattorneys.com
7  300 South Grand Ave., 14th Floor
   Los Angeles, CA 90071
8  Tel: (213) 612-8900
9  Fax: (213) 612-3773

10
   Attorneys for Defendant and
11 Counterclaimant TP-Link USA Corporation

12

13                   UNITED STATES DISTRICT COURT
                     CENTRAL DISTRICT OF CALIFORNIA
14
                            WESTERN DIVISION
15

| 16 | THIMES SOLUTIONS INC., | CASE NO.: 2:19-cv-10374-SB-E |
|----|---|---|
| 17 | Plaintiff, | **DISCOVERY MATTER** |
| 18 | | |
| 19 | v. | **TP-LINK USA'S APPLICATION FOR LEAVE TO FILE UNDER SEAL CERTAIN PORTIONS OF ITS MOTION FOR TERMINATING OR IN THE ALTERNATIVE ISSUE SANCTIONS, MOTION TO COMPEL RESPONSES TO DISCOVERY, AND REQUEST FOR MONETARY SANCTIONS** |
| 20 | TP-LINK USA CORPORATION, and AUCTION BROTHERS, INC. d/b/a AMAZZIA, | |
| 21 | | |
| 22 | | |
| 23 | Defendants. | |
| 24 | | |
| 25 | TP-LINK USA CORPORATION, | |
| 26 | | Discovery Cutoff:   Sept. 30, 2022 |
| 27 | Counterclaimant, | Pretrial Conference: Dec. 30, 2022 |
| 28 | v. | Trial Date:          Jan. 9, 2023 |

| | | |
|---|---|---|
| 1 | THIMES SOLUTIONS INC., | Complaint Filed:       May 29, 2019<br>Am. 5th Am. Com. Filed: May 27, 2022 |
| 2 | | |
| 3 | Counter-Defendant. | |

Pursuant to Local Rule 79-5.2.2, Defendant and Counterclaimant TP-Link USA Corporation ("TP-Link") files this Application for Leave to File Under Seal the following documents:

- Portions of TP-Link's Motion for Terminating or in the Alternative Issue Sanctions, Motion to Compel Responses to Discovery, and Request for Monetary Sanctions (the "Motion");
- Portions of the Declaration of Heather F. Auyang in Support of TP-Link's Motion (the "Auyang Declaration");
- The entirety of Exhibit 19 to the Auyang Declaration; and
- Portions of Exhibits 17 and 21 to the Auyang Declaration.

As described in the Sealed Declaration of Heather F. Auyang accompanying this Application for Leave to File Under Seal, the materials sought to be filed under seal have been designated by Thimes Solutions Inc. ("Thimes") as "CONFIDENTIAL" under the protective order governing this litigation, or contain information derived from such confidential materials. The information that TP-Link seeks to seal is narrowly tailored to what has been so designated by Thimes.

Date:  September 9, 2022

LTL ATTORNEYS LLP

By:  */s/ Heather F. Auyang*
Joe H. Tuffaha
Prashanth Chennakesavan
Heather F. Auyang
Patice A. Gore

Counsel for Defendant and Counterclaimant
TP-Link USA Corporation