| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

THIMES SOLUTIONS INC.,

  Plaintiff,

  v.

TP-LINK USA CORPORATION, and AUCTION BROTHERS, INC. d/b/a AMAZZIA,

  Defendants.

TP-LINK USA CORPORATION,

  Counterclaimant,

  v.

THIMES SOLUTIONS INC.,

  Counter-Defendant.

CASE NO.: 2:19-cv-10374-SB-E

**[PROPOSED] ORDER GRANTING TP-LINK USA'S APPLICATION FOR LEAVE TO FILE UNDER SEAL CERTAIN PORTIONS OF ITS MOTION FOR TERMINATING OR IN THE ALTERNATIVE ISSUE SANCTIONS, MOTION TO COMPEL RESPONSES TO DISCOVERY, AND REQUEST FOR MONETARY SANCTIONS**

Having considered the Application for Leave to File Under Seal filed by Defendant and Counterclaimant TP-Link USA Corporation ("TP-Link") in this action, the Court GRANTS the Application.

IT IS HEREBY ORDERED that the following documents be filed under seal:

- Portions of TP-Link's Motion for Terminating or in the Alternative Issue Sanctions, Motion to Compel Responses to Discovery, and Request for Monetary Sanctions (the "Motion");
- Portions of the Declaration of Heather F. Auyang in Support of TP-Link's Motion (the "Auyang Declaration");
- The entirety of Exhibit 19 to the Auyang Declaration; and
- Portions of Exhibits 17 and 21 to the Auyang Declaration.

IT IS SO ORDERED.

Hon. Charles F. Eick
United States Magistrate Judge