LTL ATTORNEYS LLP
Joe H. Tuffaha (SBN 253723)
 joe.tuffaha@ltlattorneys.com
Prashanth Chennakesavan (SBN 284022)
 prashanth.chennakesavan@ltlattorneys.com
Heather F. Auyang (SBN 191776)
 heather.auyang@ltlattorneys.com
Patice A. Gore (SBN 258776)
 patice.gore@ltlattorneys.com
300 South Grand Ave., 14th Floor
Los Angeles, CA 90071
Tel: (213) 612-8900
Fax: (213) 612-3773

Attorneys for Defendant and
Counterclaimant TP-Link USA Corporation

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| THIMES SOLUTIONS INC., <br><br> Plaintiff, <br><br> v. <br><br> TP-LINK USA CORPORATION, and AUCTION BROTHERS, INC. d/b/a AMAZZIA, <br><br> Defendants. | CASE NO.: 2:19-cv-10374-SB-E <br><br> **DISCOVERY MATTER** <br><br> **DECLARATION OF HEATHER F. AUYANG IN SUPPORT OF TP-LINK'S MOTION FOR TERMINATING, OR IN THE ALTERNATIVE ISSUE SANCTIONS, MOTION TO COMPEL RESPONSES TO DISCOVERY, AND REQUEST FOR MONETARY SANCTIONS** <br><br> Date: Oct. 7, 2022 <br> Time: 9:30 a.m. <br> Courtroom: 750, 7th Floor <br><br> Discovery Cutoff: Sept. 30, 2022 <br> Pretrial Conference: Dec. 30, 2022 |

No. 2:19-cv-10374-SB-E
AUYANG DECLARATION ISO TP-LINK USA'S MOTION FOR SANCTIONS

| | |
|---|---|
| | Trial Date: Jan. 9, 2023 |
| | Complaint Filed: May 29, 2019 |
| | Am. 5th Am. Com. Filed: May 27, 2022 |

TP-LINK USA CORPORATION,

    Counterclaimant,

  v.

THIMES SOLUTIONS INC.,

    Counter-Defendant.

No. 2:19-cv-10374-SB-E

AUYANG DECLARATION ISO TP-LINK USA'S MOTION FOR SANCTIONS

## DECLARATION OF HEATHER F. AUYANG

I, Heather F. Auyang, hereby declare and state as follows:

1. I submit this Declaration in support of TP-Link's Motion for Terminating, or in the Alternative Issue Sanctions, Motion to Compel Responses to Discovery, and Request for Monetary Sanctions. I am an attorney admitted to practice before this Court and am a partner with LTL Attorneys LLP, counsel of record for Defendant and Counterclaimant TP-Link USA Corporation in the above-captioned case. I submit this Declaration based upon my personal knowledge, and if called as a witness could and would testify to the matters set forth.

2. Attached hereto as **Exhibit 1** is a true and correct copy of Bates No. THIMES191126.

3. Attached hereto as **Exhibit 2** is a true and correct copy of Bates No. THIMES191057.

4. Attached hereto as **Exhibit 3** is a true and correct copy of Bates No. THIMES191102.

5. Attached hereto as **Exhibit 4** is a true and correct copy of Bates No. THIMES191087.

6. Attached hereto as **Exhibit 5** is a true and correct copy of Bates No. THIMES191053.

7. Attached hereto as **Exhibit 6** is a true and correct copy of Bates Nos. THIMES00596-THIMES00597.

8. Attached hereto as **Exhibit 7** is a true and correct copy of Bates Nos. THIMES01130-THIMES01131.

9. Attached hereto as **Exhibit 8** is a true and correct copy of Bates No. THIMES183924.

10. Attached hereto as **Exhibit 9** is a true and correct copy of Bates Nos. THIMES00286-THIMES00287.

11. Attached hereto as **Exhibit 10** is a true and correct copy of TP-Link's First

1. Set of Document Requests and First Set of Interrogatories to Thimes, served on June 2, 2022.

12. Attached hereto as **Exhibit 11** is a true and correct copy of Thimes's *Second* Supplemental Responses to Interrogatory No. 12 to TP-Link's First Set of Interrogatories, served on August 19, 2022.

13. Attached hereto as **Exhibit 12** is a true and correct copy of the email thread between counsel for TP-Link and Thimes concerning the parties' meet and confers specifically pointing out the data mining violation, on July 22 and 25, 2022.

14. Attached hereto as **Exhibit 13** is a true and correct copy of Bates No. THIMES00311.

15. Attached hereto as **Exhibit 14** is a true and correct copy of Bates Nos. THIMES00264-THIMES00265.

16. Attached hereto as **Exhibit 15** is a true and correct copy of Thimes's *Third* Supplemental Responses to Interrogatory No. 12 to TP-Link's First Set of Interrogatories, served on August 31, 2022.

17. Attached hereto as **Exhibit 16** is a true and correct copy of Bates Nos. THIMES180569, THIMES180795, THIMES00306, and THIMES180919.

18. TP-Link first learned about **REDACTED** as part of Thimes's belated dump of 200,000 documents on August 31.

19. Thimes's 195-page privilege log was produced as a PDF and is not in chronological order or Bates No. order, making it more difficult to review. During the parties' September 7 meet and confer, I asked for Thimes to provide its privilege log in Excel. Thimes's counsel, Mr. Randy Gaw, responded that he would consider it.

20. It appears from Thimes's privilege log that the **REDAC** The names REDACTED do not appear on Thimes's August 31, 2022 privilege log.

21. Attached hereto as **Exhibit 17** is a true and correct copy of the email thread between counsel for TP-Link and Thimes concerning the parties' meet and confers concerning TP-Link's Motion for Sanctions, beginning on August 31, 2022. The parties held a meet and confer conference call on September 8. Thimes refused to respond to any questions about the REDACTED until TP-Link could point to a document produced by Thimes that it deemed was not subject to any privilege or work product doctrine.

22. Attached hereto as **Exhibit 18** is a true and correct copy of Thimes's Initial Disclosures served on June 13, 2022.

23. Attached hereto as **Exhibit 19** is a true and correct copy of Bates Nos. THIMES189245-THIMES189249.

24. Attached hereto as **Exhibit 20** is a true and correct copy of the email thread between counsel for TP-Link and Thimes concerning the parties' meet and confer concerning TP-Link's Motion for Sanctions sent on August 29, 2022.

25. Attached hereto as **Exhibit 21** is a true and correct copy of the email thread between counsel for TP-Link and Thimes concerning the parties' meet and confers concerning TP-Link's Motion for Sanctions beginning on September 7, 2022.

I declare under penalty of perjury that the foregoing is true and correct. Executed September 9, 2022 in Mill Valley, California.

By: */s/ Heather F. Auyang*