# EXHIBIT 1

Michael Patrón
Active 1h ago

I'm sure it's a mess since they have fuckloads of entities in multiple countries but I finally have some money now so I wouldn't mind suing.

Have you had a big payout from suing anyone before?

THIMES191126



**Michael Patrón**
Active 1h ago

  

tp-link                                                                    8 results       Close

I'm suing tp-link right now

Billion dollar Chinese company

US subsidiary

 I'm sure it's a mess since they have fuckloads of entities in multiple countries but I finally have some money now so I wouldn't mind suing.

We'll win and we'll collect millions

You could also try to get litigation financing

Have you had a big payout from suing anyone before?

     Have a lawyer put together a case and try lexshares