# EXHIBIT 2

Jesse VanKempen

tp-link                                                                                            11 results     Clos

Keep me updated on what you can,  did u team up with others on the suit?  U can subpoena Amazon to see who else they attacked fyi

Sweet, this will be a monumental case. Once won, others need to repeat

THIMES191057

 **Jesse VanKempen**

 

🔍 tp-link                                                                                   11 results   ⌃ ⌄   **Clos**

Meantime I'm filing my lawsuit against brands that filed false complaints soon

Hoping to get millions out of it



 Keep me updated on what you can, did u team up with others on the suit? U can subpoena Amazon to see who else they attacked fyi

Lawyer is the same person in another case with one of the brands

Tplink

Complaint is drafted, probably file soon

 Sweet, this will be a monumental case. Once won, others need to repeat