# EXHIBIT 3



THIMES191102



**Brandon Young**
Active now

🔍 tp-link    1 results    Close

2/13/20, 12:47 PM

  Hey man, how did you request a future removal order in order to boost your storage number before? Does that still work

> It's a fulfilment order not removal

> MCF

Ahhhh lol

> When you put in the address there's an option to hold

Mad genius

Miss you man

Hopefully we get to hang out soon  👍

> I'll throw a big party once tp-link pays for my retirement

Haha what is that about?

> They just anti-slapped me

Lawsuit going well?

Haha

> They think free speech under the first amendment protects IP complaints to Amazon

> It's certainly an argument, if wrong 😂