# EXHIBIT 4

Chris Potter
Active 20m ago

🔍 tp-link                                                                                    3 results    ∧  ∨  **Close**

9/2/19, 1:18 PM

Not sure if i have any that could be squeezed for cash

most of the ones i get are from small companies

Yeah im not sure if i have any of those

At least ones that havent responded

THIMES191087



**Chris Potter**
Active 23m ago

 

🔍 tp-link                                                                              3 results    ⌃  ⌄   Clos

so I can at least get 1M+

2/22/19, 1:38 PM

You still got any interest in pursuing false IPs in court?

I'm working my case now

Probably gonna ask for a few million

Not sure if i have any that could be squeezed for cash

My lawyer will do contingency, but it will take lots of time from you, probably

You think the brands are judgement proof?

most of the ones i get are from small companies

If they're big enough to focus on Amazon they're big enough to throw you 1-200k

And that's enough to make it worth your while

We're doing 9-10 figure companies primarily

Plus 3PM.ai because they're jerks

Yeah im not sure if i have any of those

Make a list

At least ones that havent responded

Sort by annual sales

Tplink, prevagen, and 3pm

Tricky because we need to tie damages directly to their actions

But I think we're getting there

