# EXHIBIT 8

# Action required: Your listing of B01DXVK3KY, 73_164.00_156 has been closed due to a high rate of negative customer experiences

| | |
|---|---|
| **From: Seller Support <no-reply@amazon.com>** | Wed, Aug 8, 2018 at 3:24 PM EDT (GMT-04:00) |
| To: <avi@thimessolutions.com> | |

Hello from Amazon,

Your listing of 73_164.00_156 has been closed as the negative customer experience rate of 20.0% (returns, refunds or contacts) on recent orders is considerably higher than similar listings. Please click on the link below (or copy and paste the link into a browser) for more details. After you have resolved any product or listing issues, you can relist your item immediately without contacting Amazon.

View Details (sign-on required):
https://sellercentral.amazon.com/concession-andon/?clientRequestId=dc89e7ae0f55e86f149ddc57db9f423546f7423c18a924d781e4e5cf2b2c4cad

Product Information
-Product name: TP-Link AC5400 Tri Band Smart WiFi Gaming Router – MU-MIMO, Beamforming, Gigabit, Works with Alexa and IFTTT, Integrated Anti-Virus & QoS(Archer C5400)
-MSKU: 73_164.00_156
-ASIN: B01DXVK3KY

Total orders shipped: 25
Total defective orders: 5
Defect rate: 20.0%

Some recent customer comments include:
-2.4GHZ no longer broadcasts. I have tried everything reset back to default settings without success. I paid $279 for a premium product that has failed after 2-1 2 weeks. I want a total refund.
-TITLE: junk TEXT: i have yet to get this to work. thinking of returning it. had to resort to my trusty asus which cannot keep up
-not working good.

The comments provided are directly tied to item(s) sourced by your business, but may not have been sold by you if you participate in the manufacturer barcode (commingling) program.

The closing of your listing does not affect your seller performance rating. The action and this alert is to prevent further negative customer experiences and give you the opportunity to address the issue and relist the item(s) yourself.

Thank you for selling on Amazon.

Sincerely,
Amazon Services