# EXHIBIT 9

Gmail

Avi Eisenberg <avi@thimessolutions.com>

## Notice: Policy Warning

1 message

**Amazon** <notice@amazon.com> Wed, Aug 22, 2018 at 7:56 PM
Reply-To: Amazon <notice-dispute@amazon.com>
To: "avi@thimessolutions.com" <avi@thimessolutions.com>

Hello,

We are contacting you because we received a report of trademark infringement from the rights owner listed below. Sellers on Amazon.com are not allowed to imply listings on product detail pages are trademarked when they are not. We removed the rights owner's trademark(s) from the detail page(s) for the content listed at the end of this email.

If a product you are listing is compatible with a brand-name product, the product detail page(s) must clearly identify that the product is compatible with the trademarked product.

If you believe this complaint was made in error, please respond directly to this email and provide an invoice as confirmation.

If you believe that the reported content does not infringe the rights owner's trademark, you may email notice-dispute@amazon.com with supporting information.

We may restore this content if we receive a retraction from the rights owner. Their contact information can be found below.

-- 3PM Solutions
-- rob@3pm.ai

If the rights owner agrees to retract their complaint, they must send the retraction to us at notice-dispute@amazon.com.

We consider intellectual property infringements a serious matter. If we receive more complaints about your listings, we may not allow you to sell on Amazon.com.

To learn more about this policy, search for "Intellectual Property Violations" in Seller Central Help.

ASIN: B00723ZXWI, B006K2SRPM, B009WU54AK, B00C7CUVYE, B00DS0BUQ2, B00C7CV1TI, B00CTEL6IA, B00C7CUMP2, B00C7CU0SG, B00CHU7X1K, B00C7CTVUY, B00AL9OUGA, B00A9COZH8, B00C7CU8RO, B00C7CUXMO, B07BGW4KKW, B01BNUXQM4, B00TOLW2PM, B00TOLVYE2, B00TOLVYCO, B00IN0LE1I, B00C7CV40Y, B00C7CV256, B00C7CU7BQ, B009RUDOH0, B001AVXZGE, B079VL5S2S, B00TOLW2TI, B00DUDSH9K, B079VVHFP1, B000GHDQO4, B072J8XD3D, B00MYF6EBS, B074XN1SQX, B0722QXJG8, B0776R1MWH, B074R3ZZQ9, B06WLGRYSF, B01N3CD6C5, B01N3CD2ER, B00ZW5WJH0, B016UC7HT8, B0143LWYCS, B013CWSHWU, B07BB3HS98, B0769F1SJ7, B00Y39ZCAW, B00N556MDQ, B00F6FM9TY, B004TB3OZE, B004TB3OOA, B003S9VW84, B002N7WJ7U, B00115CW0O, B079D6SV1G, B01MQYBQV5, B002N7XQXG, B00N559512, B01I4SUC7U, B06XG63X35, B06XGCM7VZ, B071Z6T1GM, B07288RM77, B00BL6NGVM, B07C84KKB8, B071FTK8V8, B0716JXNNZ, B01HQKSA2Q, B01KTX7G0Y, B004LJ40TS, B000GKBMMO, B0007U837A, B01AACPFY8, B075ZG8BFT, B07C7V3LYN, B07CJVWJPN, B07C7V9P2R, B07C7QQGP9, B07B4NWB7J, B07B3ZFQRY, B079XSMKTC, B0777T8W6L, B076F5PX4Q, B076F7P5T1, B076F4G9ZZ, B076F667B8, B0766257PN, B0758SVBKL, B0758NBNCT,

B06Y18QWZQ, B06XXLLB71, B01N0ANRU8, B01N14OPCV, B01KYGD5UQ, B003MQMEEO, B07934TBNH, B078K3137W, B077ZYY7NL, B0778VF54J, B076QHZT19, B016VMP9R0, B016VMOY8E, B011OUWIXG, B07CP357XP, B07CP1VCJ4, B07CKR7TX5, B07CKPL1FH, B07CKHNG8H, B07CJYPPTP, B07CJWYTL7, B07CJVZV2D, B07CGK9JQC, B07CFWD1PS, B07C7YL6DK, B07C7WV97K, B07C7FZV52, B07C5LH7XK, B07C5L7NKV, B07C5KP3CQ, B07BK936NQ, B07BHTV7Y6, B07B67NXHW, B076F9FXLY, B076F98VJ4, B076F8M328, B076F5Q9VX, B076F5193X, B076F48KYG, B076F44FYS, B076F41BH5, B076F29NJH, B076F21348, B076DZP5YB, B01BT3DP62, B00SXHJZ94, B00Q62YWJ6, B00OLC5QJ8, B00GMTSE7Y, B00FZZPNFM, B00FZZN4EO, B00FZZLXGA, B00FXI0892, B00EDOZCPM, B00DRHJ59U, B00CLVD87S, B00CD84EVS, B00CD84DAA, B00BIFW5WW, B00A7WD1XO, B008YOBKTY, B008YOBJWC, B008N9DLX8, B008IEFJNI, B00881CT4I, B005O0OOJO, B003NEH8TG, B003MQMEEE, B0039OGO3Q, B07B4M4L8M, B07B43LNJW, B07B3ZM3VB, B07B3ZKX7S, B07B3ZDBCH, B079Y6G1XJ, B079XYXYV2, B079XVKDQG, B079XVK73S, B079H5MR6X, B079H5FC24, B079H3SVYP, B074WWBZ2J, B07C7V4QYY, B0002MJCIM, B001PYK1BS, B002B8B79W, B01MTKIY3R, B074VFBP85, B075KMQG1Q, B076F8Z93Q, B079XRKKM6, B07C54DPBD, B07BZ6QS6M, B076TFD6W7, B079V23HR1, B07B42C3DM, B07C7MT6Q4, B01KQ7DXJ6, B07816QFZX, B0766362FL, B07662P9R2, B07662C2YB, B07661QDLW, B07661PK74, B0758NWZ85, B0758J19PK, B0758HGYX3, B074XBSHSJ, B074VGTVJ1, B074KHSC97, B074KGJHYH, B074KFG8PZ, B0741JGJ9M, B073JWNRNV, B0722D3LJ6, B06Y2HT77C, B06Y1DFPX6, B06XY62D89, B06XXKJB15, B06XKLBJKQ, B06XKC6X5B, B01NBWCF7L, B01N6SX7VU, B01N3WH9OB, B01N30KNXC, B01MZ8JJ4S, B01MZ6GRH5, B01MYR6GER, B01MY6HSGU, B01MY4WKIT, B01MXE1DQO, B01MTCSOFD, B01MRHDLWI, B01KYGD5TW, B01GKE6AA8
Title: n/a
Infringement type: Trademark
Complaint ID: 5304333291

Sincerely,
Seller Performance Team
Amazon.com
http://www.amazon.com