# EXHIBIT 16

**Your amazon.com selling privileges have been removed**

| | |
|---|---|
| **From:** Amazon <seller-performance-policy@amazon.com> <br> **To:** <avi@thimessolutions.com> | Thu, Jul 5, 2018 at 7:46 PM EDT (GMT-04:00) |

Hello,

We still need more information about the items at the end of this email. Please reply to this email with copies of invoices or receipts that include the following:

-- Supplier information (name, phone number, address, website)
-- Buyer information (name, phone number, address, website)
-- Item descriptions (for ease of our review, you may highlight or circle the ASIN(s) under review)
-- Item quantities
-- Invoice date (must be issued in the last 365 days)

You can send .pdf, .jpg, .png, or .gif files. These documents must be authentic and unaltered. We may call your supplier to verify the documents. You may remove pricing information, but the rest of the document must be visible. We will maintain the confidentiality of your supplier contact information.

We will review your information and decide whether to reinstate your listings.

Have questions? Let us call you right away (https://sellercentral.amazon.com/hz/contact-us).

-----------------------------------------
ASIN 1: B07B89KCM1

Title: Apple Lightning to USB Cable - Easy Packaging (1 Pack, white)
-----------------------------------------

Sincerely,

Seller Performance Team

THIMES180569

amazon.com

http://www.amazon.com



THIMES180570

# A1Q1VKNP5VVQEY - Universal Goods and Sales - appealing complaints

**From:** Avi Eisenberg <avi@thimessolutions.com>　　　Thu, Jul 5, 2018 at 8:18 PM EDT (GMT-04:00)
**To:** <seller-performance-policy@amazon.com>

re ASIN B07B89KCM1.

Attached invoices show proof of purchase for all units we have sold and shipped. Please reinstate.

## Attachments

- invoice-2294.pdf
- invoice-2289-1.pdf
- invoice-2309-2.pdf

| | |
|---|---|
| **From:** | Avi Eisenberg |
| **Sent:** | Thursday, July 5, 2018 5:18 PM PDT |
| **To:** | seller-performance-policy@amazon.com |
| **Subject:** | A1Q1VKNP5VVQEY - Universal Goods and Sales - appealing complaints |
| **Attachments:** | invoice-2294.pdf, invoice-2289.pdf, invoice-2309.pdf |

re ASIN B07B89KCM1.

Attached invoices show proof of purchase for all units we have sold and shipped. Please reinstate.

Avi Eisenberg <avi@thimessolutions.com>

## Your Amazon.com Selling Privileges have been reinstated

**Amazon** <listings-evaluation@amazon.com>  Sun, Jul 8, 2018 at 3:27 PM
Reply-To: Amazon <listings-evaluation@amazon.com>
To: "avi@thimessolutions.com" <avi@thimessolutions.com>



Hello,

We reviewed your account and the information you provided, and we have decided that you may sell on Amazon.com again.

If you have any funds in your account, they are now available.

To learn more about our policies, search for "Selling Policies" in Seller Central Help.

You can learn more about your account health in the Performance section of Seller Central (https://sellercentral.amazon.com/gp/seller-rating/pages/performance-summary.html).

Sincerely,
Seller Performance Team
Amazon.com
http://www.amazon.com

# Your Amazon.com Selling Privileges have been reinstated

**From: Amazon <listings-evaluation@amazon.com>**  Sun, Jul 8, 2018 at 3:27 PM EDT (GMT-04:00)
To: <avi@thimessolutions.com>



Hello,

We reviewed your account and the information you provided, and we have decided that you may sell on Amazon.com again.

If you have any funds in your account, they are now available.

To learn more about our policies, search for "Selling Policies" in Seller Central Help.

You can learn more about your account health in the Performance section of Seller Central (https://sellercentral.amazon.com/gp/seller-rating/pages/performance-summary.html).

Sincerely,

Seller Performance Team

Amazon.com

http://www.amazon.com

**From:** Amazon
**Sent:** Sunday, July 8, 2018 12:27 PM PDT
**To:** avi@thimessolutions.com
**Subject:** Your Amazon.com Selling Privileges have been reinstated



Hello,

We reviewed your account and the information you provided, and we have decided that you may sell on Amazon.com again.

If you have any funds in your account, they are now available.

To learn more about our policies, search for "Selling Policies" in Seller Central Help.

You can learn more about your account health in the Performance section of Seller Central (https://sellercentral.amazon.com/gp/seller-rating/pages/performance-summary.html).

Sincerely,

Seller Performance Team

Amazon.com

http://www.amazon.com