# EXHIBIT 19

ATTACHED TO SEALED
DECLARATION OF
HEATHER F. AUYANG IN
SUPPORT OF TP-LINK USA'S
APPLICATION FOR LEAVE
TO FILE UNDER SEAL