# EXHIBIT 20

**Heather Auyang**

| | |
|---|---|
| **From:** | Heather Auyang |
| **Sent:** | Monday, August 29, 2022 3:28 PM |
| **To:** | vmeng@gawpoe.com; rgaw@gawpoe.com; mpoe@gawpoe.com; markschlachet (markschlachet@me.com) |
| **Cc:** | Prashanth Chennakesavan; Joe Tuffaha |
| **Subject:** | Thimes v. TP-Link and Auction Brothers d/b/a Amazzia (Case No. 2:19-cv-10374-SB-E): Local Rule 7-3 Meet and Confer Request |

Counsel,

Pursuant to L.R. 7-3, TP-Link requests a meet and confer this week concerning Thimes's failure to comply with Magistrate Judge Eick's Aug. 16, 2022 Order (ECF No. 207) requiring, in part, that Thimes supplement its response to Interrogatory No. 12:

> Describe in detail any concerns, claims, or complaints regarding THIMES or any account run by AVRAHAM EISENBERG, including, but not limited to, intellectual property violations (trademark, patent or copyright), negative customer feedback, account issues (e.g., inadequate product descriptions, insufficient security, or performance evaluations), warnings (including the "Amazon's warning letter" referred to in 5AC ¶ 26 and "single imposter's complaint" referred to in 5AC ¶ 58), suspensions, removals, and expulsions.

Specifically, Judge Eick ordered Thimes to supplement its response to Interrogatory No. 12 "limited to 'concerns, claims or complaints regarding' Plaintiff."  Thimes's second supplemental response continues to be deficient and fails to "[d]escribe in detail any concerns, claims, or complaints regarding THIMES."  Below are non-limiting examples:

- Notably missing from Thimes's second supplemental response, in relying on FRCP 33(d), is the identification of Amazon's June 28, 2018 expulsion for data mining (THIMES00311) and Thimes's July 1, 2018 response (THIMES00264- THIMES00265).  Thimes is well-aware of this egregious violation and expulsion as it was identified in prior meet and confer emails, TP-Link's Motion to Compel (ECF No. 201, Page ID#2488-2489), and Supplemental Memo (ECF No. 206, Page ID#:3075).  Because Thimes only produced the two identified emails about this issue, Thimes's response should have also included a narrative explanation about this issue, how it was resolved, and details about the prior violations stated in Amazon's June 28, 2018 notice.

- THIMES00739-THIMES00740 (May 10, 2018 Amazon email removing selling privileges—listing over 40 products) was not identified in Thimes's second supplemental response and shows that Thimes has not carefully reviewed its own production.

- Thimes's supplemental response to Rog. 12, if relying on FRCP 33(d), should have identified the Bates Nos. for documents that it will produce by Aug. 31 to comply with Judge Eick's Order concerning RFP Nos. 2 and 10.

Judge Eick already found that "the discovery thus far provided by Plaintiff in response to many of the subject discovery requests appears to have been seriously insufficient, as well as untimely."

Pursuant to FRCP 37(b), TP-Link will seek at least the following—issue sanctions regarding causation, an order finding Thimes in contempt, and reasonable expenses (including attorneys' fees).

Please let us know when you are available for a call this week.

Thanks,
Heather

Heather F. Auyang



Los Angeles | San Francisco | New York | Orange County

**LTL ATTORNEYS** LLP
580 California St. | 12th Floor
San Francisco, California 94104
tel:  650-422-2130  | fax: 650-241-2142
dir:  650-422-2126
heather.auyang@ltlattorneys.com | www.ltlattorneys.com

**CONFIDENTIALITY NOTICE**
The information in this e-mail (including attachments, if any) is confidential information intended only for the use of the individual or entity to whom it is addressed, and may be privileged. The information herein may also be protected by the Electronic Communications Privacy Act, 18 USC Sections 2510-2521.  Any review, use, disclosure, distribution, or copying of this e-mail is prohibited except by or on behalf of the intended recipient. If you have received this email in error, please notify the sender immediately by reply email, delete this email, and do not disclose its contents to anyone. Thank you.

