# EXHIBIT 21

## Heather Auyang

**From:** Randolph Gaw <rgaw@gawpoe.com>
**Sent:** Friday, September 9, 2022 11:50 AM
**To:** Heather Auyang; Prashanth Chennakesavan; Joe Tuffaha
**Cc:** Mark Schlachet; Victor Meng
**Subject:** RE: offer re REDACTED

[EXTERNAL EMAIL] This email originated from outside of the **LTL Attorneys** organization. **DO NOT CLICK** links or open attachments unless you recognize the sender and know the content is safe.

Heather, if you just want to file a motion, then be candid about it. It's fine with me. I've offered to give you the documents you requested and you've now twice moved the goalposts while accusing me of making "evolving" representations, when it is abundantly clear from the record that I have not done so.

**From:** Heather Auyang <Heather.Auyang@ltlattorneys.com>
**Sent:** Friday, September 9, 2022 11:47 AM
**To:** Randolph Gaw <rgaw@gawpoe.com>; Prashanth Chennakesavan <Prashanth.Chennakesavan@ltlattorneys.com>; Joe Tuffaha <joe.tuffaha@ltlattorneys.com>
**Cc:** Mark Schlachet <markschlachet@me.com>; Victor Meng <vmeng@gawpoe.com>
**Subject:** RE: offer re REDACTED

Randy,

You are basically asking TP-Link to limit its request for discoverable information based on an unknown and your evolving representations. We will seek assistance from the Court to resolve.

Thanks,
Heather

**From:** Randolph Gaw <rgaw@gawpoe.com>
**Sent:** Friday, September 9, 2022 11:28 AM
**To:** Heather Auyang <Heather.Auyang@ltlattorneys.com>; Prashanth Chennakesavan <Prashanth.Chennakesavan@ltlattorneys.com>; Joe Tuffaha <joe.tuffaha@ltlattorneys.com>
**Cc:** Mark Schlachet <markschlachet@me.com>; Victor Meng <vmeng@gawpoe.com>
**Subject:** RE: offer re REDACTED

[EXTERNAL EMAIL] This email originated from outside of the **LTL Attorneys** organization. **DO NOT CLICK** links or open attachments unless you recognize the sender and know the content is safe.

Is that what you want? Your e-mail wasn't clear, which is why I wanted to specify what Mr. Eisenberg had in his possession. If producing his REDACTED will result in a deal, I can inquire as to whether this can be done.

**From:** Heather Auyang <Heather.Auyang@ltlattorneys.com>
**Sent:** Friday, September 9, 2022 11:25 AM
**To:** Randolph Gaw <rgaw@gawpoe.com>; Prashanth Chennakesavan <Prashanth.Chennakesavan@ltlattorneys.com>; Joe Tuffaha <joe.tuffaha@ltlattorneys.com>
**Cc:** Mark Schlachet <markschlachet@me.com>; Victor Meng <vmeng@gawpoe.com>
**Subject:** RE: offer re REDACTED

Randy,

TP-Link declines Thimes's offer as it excludes discoverable information, including, but not limited to, any REDACTED

Thanks,
Heather

**From:** Randolph Gaw <rgaw@gawpoe.com>
**Sent:** Thursday, September 8, 2022 2:28 PM
**To:** Heather Auyang <Heather.Auyang@ltlattorneys.com>; Prashanth Chennakesavan <Prashanth.Chennakesavan@ltlattorneys.com>; Joe Tuffaha <joe.tuffaha@ltlattorneys.com>
**Cc:** Mark Schlachet <markschlachet@me.com>; Victor Meng <vmeng@gawpoe.com>
**Subject:** RE: offer re REDACTED

[EXTERNAL EMAIL] This email originated from outside of the **LTL Attorneys** organization. **DO NOT CLICK** links or open attachments unless you recognize the sender and know the content is safe.

Heather,

I'll disagree with your characterization of the sequence of events. But as to the matter at hand, the only

# REDACTED

So as long as you understand this background, we're willing to agree to your proposal, which I understand is REDACTED

Thanks,
Randy

**From:** Heather Auyang <Heather.Auyang@ltlattorneys.com>
**Sent:** Thursday, September 8, 2022 12:00 PM
**To:** Randolph Gaw <rgaw@gawpoe.com>; Prashanth Chennakesavan <Prashanth.Chennakesavan@ltlattorneys.com>; Joe Tuffaha <joe.tuffaha@ltlattorneys.com>
**Cc:** Mark Schlachet <markschlachet@me.com>; Victor Meng <vmeng@gawpoe.com>
**Subject:** RE: offer re REDACTED

Randy,

As discussed, any communications and documents concerning the REDACTED are clearly within the scope of TP-Link's discovery requests (Interrogatory No. 12 and RFP Nos. 2 and 10)—information, communications, and documents to which the Court's August 16 Order required Thimes to provide.

TP-Link became aware of the REDACTED from Thimes's August 31 production based on an email that Thimes has invoked work product protection and contends the email was inadvertently produced. During the parties' meet and confer, you refused to discuss the REDACTED unless I could point to a document that you deemed was either not privileged or subject to work product protection, even though I reiterated that the REDACTED cannot be subject to any privilege or work product doctrine. You also stated that Mr. Eisenberg conducted searches of his own email accounts and anything about the REDACTED would have been in those emails. Therefore, you were not aware of any REDACTED materials sent to a non-lawyer or non-litigation funder, so Thimes did not need to produce even if the documents were responsive to TP-Link's discovery requests.

2

You also stated that you handled the privilege log and therefore had to have reviewed the REDACTED documents, yet represented during the parties' meet and confer that you knew nothing about the "non-privileged" aspects of the REDACTED since you did not handle the matter. Notably, the word REDACTED only appears once in Thimes's 195-page privilege log produced in PDF (and not in chronological order or Bates No. order).

Given the above, if Thimes produces REDACTED, then we will remove this specific request from TP-Link's motion. Otherwise, TP-Link declines any of Thimes's other terms.

Thanks,
Heather

**From:** Randolph Gaw <rgaw@gawpoe.com>
**Sent:** Wednesday, September 7, 2022 11:55 AM
**To:** Heather Auyang <Heather.Auyang@ltlattorneys.com>; Prashanth Chennakesavan <Prashanth.Chennakesavan@ltlattorneys.com>; Joe Tuffaha <joe.tuffaha@ltlattorneys.com>
**Cc:** Mark Schlachet <markschlachet@me.com>; Victor Meng <vmeng@gawpoe.com>
**Subject:** offer re REDACTED

[EXTERNAL EMAIL] This email originated from outside of the **LTL Attorneys** organization. **DO NOT CLICK** links or open attachments unless you recognize the sender and know the content is safe.

Heather,

We've discussed your contemplated motion with our client and he wishes to avoid further motion practice. Thimes will agree to produce the REDACTED In exchange, TP-Link will agree not to bring any motion for sanctions of any kind, or any motion to compel production of any discussions that REDACTED. TP-Link also expressly acknowledges that there is no waiver of attorney-client privilege, work product protection, or any other applicable privilege.

If TP-Link wishes to move to compel production of whatever REDACTED Thimes may still have in its possession, Thimes will not oppose. But it will duly notify REDACTED and they can intervene if they wish.

Note that this offer is strictly for Thimes to save on further expenses, and not because of its view of the merits of TP-Link's motion. Having reviewed the case law on these types of sanctions, and the fact that no REDACTED are within any reasonable scope of the RFPs, we're quite confident in our defense of that motion.

Regards,
Randy

**Randolph Gaw**
Gaw | Poe LLP
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel: 415.766.7451
Direct Dial: 415.766.9317
Fax: 415.737.0642
e-mail: rgaw@gawpoe.com