UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| THIMES SOLUTIONS INC., <br><br> Plaintiff, <br><br> v. <br><br> TP-LINK USA CORPORATION, and AUCTION BROTHERS, INC. d/b/a AMAZZIA, <br><br> Defendants. | CASE NO.: 2:19-cv-10374-SB-E <br><br> **[PROPOSED] ORDER GRANTING:** <br><br> **TP-LINK USA'S MOTION FOR TERMINATING, OR IN THE ALTERNATIVE ISSUE SANCTIONS, MOTION TO COMPEL RESPONSES TO DISCOVERY, AND REQUEST FOR MONETARY SANCTIONS** |
| TP-LINK USA CORPORATION, <br><br> Counterclaimant, <br><br> v. <br><br> THIMES SOLUTIONS INC., <br><br> Counter-Defendant. | |

# [PROPOSED] ORDER

The Court, having considered Defendant TP-Link USA Corporation's Motion for Terminating, or in the Alternative Issue Sanctions, Motion to Compel Responses to Discovery, and Request for Monetary Sanctions, the parties' positions and arguments related thereto, hereby ORDERS as follows:

TP-Link's Motion for Terminating Sanctions is hereby GRANTED. Thimes Solutions, Inc.'s Amended Fifth Amended Complaint is hereby dismissed with prejudice. TP-Link may make a motion for fees and costs incurred in filing this Motion.

[Or, in the alternative]

Thimes is: (1) precluded from proffering evidence in opposition to TP-Link's motion for summary judgment or at trial that TP-Link in anyway caused harm to Thimes; (2) required to comply with the Court's prior discovery order, ECF No. 207, within three days, including by providing complete responses to Interrogatory No. 12 and RFP Nos. 1, 2, and 10 in folders making clear the content and providing a copy of its privilege log in Excel; and (3) required to pay monetary sanctions to TP-Link in the amount to be determined by the Court. TP-Link may make a motion for fees and costs incurred in filing this Motion.

Any documents produced by Thimes shall be specifically indexed in folders to provide clear guidance as to the subject matter of the documents.

**IT IS SO ORDERED.**

Dated: _____

                                                    Hon. Charles F. Eick
                                        United States Magistrate Judge