# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 19-10374-SB(Ex) | Date | September 12, 2022 |
| Title | THIMES SOLUTIONS, INC. V. TP-LINK USA CORPORATION, ET AL. | | |

| Present: The Honorable | Charles F. Eick, United States Magistrate Judge | |
|---|---|---|
| Valencia Munroe | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**Attorneys Present for Plaintiffs:**   **Attorneys Present for Defendants:**

None       None

**Proceedings:**          (IN CHAMBERS)

"TP-Link USA's Motion for Terminating, or in the Alternative Issue Sanctions, Motion to Compel Responses to Discovery, and Request for Monetary Sanctions," filed September 9, 2022, is denied without prejudice for failure to demonstrate full compliance with Local Rule 37. "TP-Link USA's Application for Leave to File Under Seal Certain Portions of its Motion, etc.," also filed September 9, 2022, is denied as moot.

cc:   Judge Blumenfeld
   All Counsel of Record

Initials of Deputy Clerk   VMUN