LTL ATTORNEYS LLP
Joe H. Tuffaha (SBN 253723)
  joe.tuffaha@ltlattorneys.com
Prashanth Chennakesavan (SBN 284022)
  prashanth.chennakesavan@ltlattorneys.com
Heather F. Auyang (SBN 191776)
  heather.auyang@ltlattorneys.com
Patice A. Gore (SBN 258776)
  patice.gore@ltlattorneys.com
300 South Grand Ave., 14th Floor
Los Angeles, CA 90071
Tel: (213) 612-8900
Fax: (213) 612-3773

Attorneys for Defendant and
Counterclaimant TP-Link USA Corporation

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| THIMES SOLUTIONS INC., <br><br> Plaintiff, <br><br> v. <br><br> TP-LINK USA CORPORATION, and AUCTION BROTHERS, INC. d/b/a AMAZZIA, <br><br> Defendants. | CASE NO.: 2:19-cv-10374-SB-E <br><br> **TP-LINK USA'S NOTICE OF ERRATA TO JOINT APPENDIX OF EVIDENCE** <br><br> Judge: Hon. Stanley Blumenfeld, Jr. <br><br> Date:         Friday Oct. 7, 2022 <br> Time:        8:30 a.m. <br> Courtroom: 6C <br><br> Complaint Filed:   May 29, 2019 <br> Amended 5th Amended <br> Complaint Filed:   May 27, 2022 <br> Trial Date:            Jan. 9, 2023 |

No. 2:19-cv-10374-SB-E
NOTICE OF ERRATA TO JOINT APPENDIX OF EVIDENCE

| | |
|---|---|
| 1 | TP-LINK USA CORPORATION, |
| 2 | |
| 3 | Counterclaimant, |
| 4 | v. |
| 5 | THIMES SOLUTIONS INC., |
| 6 | |
| 7 | Counter-Defendant. |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

Defendant and Counterclaimant TP-Link USA Corporation ("TP-Link") respectfully submits this notice of errata to its previously filed Joint Appendix of Evidence ("JAE"). In preparing Chambers Copies, it was discovered that while Exhibit 26 should be the Declaration of Victor Meng, instead, the Declaration of Heather Auyang was inadvertently included. The Declaration of Heather Auyang is Exhibit 24.

Attached hereto as Exhibit A is the <u>Corrected</u> Joint Appendix of Evidence, which TP-Link intends to file. Today, TP-Link sent Chambers Copies of the Joint Appendix of Evidence (filed on Sept. 9, 2022). To conform to the <u>Corrected</u> Joint Appendix of Evidence, TP-Link will also send a Chambers Copies of just the Declaration of Victor Meng (Exhibit 26).

TP-Link respectfully requests the Court disregard the document previously filed on September 9, 2022 (ECF No. 217-03) and treat the attached, "Corrected Joint Appendix of Evidence" filed with this notice as the operative amended joint appendix of evidence.

Date: September 12, 2022

LTL ATTORNEYS LLP

By: */s/ Heather F. Auyang*
Joe H. Tuffaha
Prashanth Chennakesavan
Heather F. Auyang
Patice A. Gore

Counsel for Defendant and Counterclaimant
TP-Link USA Corporation