Randolph Gaw (SB #223718)
Victor Meng (SB #254102)
Gaw | Poe LLP
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Thimes Solutions Inc. | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:19-CV-10374-SB-E |
| v. | |
| TP-Link USA Corporation, et al. | Amended **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: (**List Documents**)

In connection with its opposition to Defendant TP-Link's motion for summary judgment, Plaintiff Thimes Solutions Inc. is hereby manually filing a USB drive containing the following Excel files: Eisenberg Ex. 40 - THIMES001367; Eisenberg Ex. 41 - THIMES001368; Eisenberg Ex. 42 - THIMES001369; Eisenberg Ex. 43 - THIMES001370; Eisenberg Ex. 44 - THIMES001371; Eisenberg Ex. 45 - THIMES00256 - All FBA Sales - CONFIDENTIAL; Eisenberg Ex. 46 - THIMES00257 - All MFN Sales - CONFIDENTIAL

**Reason:**
☐ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

September 13, 2022
Date

Randolph Gaw
Attorney Name

Plaintiff Thimes Solutions Inc.
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                    NOTICE OF MANUAL FILING OR LODGING