LTL ATTORNEYS LLP
Joe H. Tuffaha (SBN 253723)
  joe.tuffaha@ltlattorneys.com
Prashanth Chennakesavan (SBN 284022)
  prashanth.chennakesavan@ltlattorneys.com
Heather F. Auyang (SBN 191776)
  heather.auyang@ltlattorneys.com
Patice A. Gore (SBN 258776)
  patice.gore@ltlattorneys.com
300 South Grand Ave., 14th Floor
Los Angeles, CA 90071
Tel:  (213) 612-8900
Fax:  (213) 612-3773

Attorneys for Defendant and
Counterclaimant TP-Link USA Corporation

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| THIMES SOLUTIONS INC., <br><br> Plaintiff, <br><br> v. <br><br> TP-LINK USA CORPORATION, and AUCTION BROTHERS, INC. d/b/a AMAZZIA, <br><br> Defendants. | CASE NO.: 2:19-cv-10374-SB-E <br><br> **DISCOVERY MATTER** <br><br> **DECLARATION OF HEATHER F. AUYANG IN SUPPORT OF JOINT STIPULATION REGARDING TP-LINK'S MOTION FOR TERMINATING, OR IN THE ALTERNATIVE ISSUE SANCTIONS, MOTION TO COMPEL RESPONSES TO DISCOVERY, AND REQUEST FOR MONETARY SANCTIONS** <br><br> Date:      Oct. 14, 2022 <br> Time:     9:30 a.m. <br> Courtroom: 750, 7th Floor <br><br> Discovery Cutoff:     Sept. 30, 2022 |

No. 2:19-cv-10374-SB-E
AUYANG DECLARATION ISO TP-LINK USA'S MOTION FOR SANCTIONS

|  |  |
|---|---|
| | Pretrial Conference: Dec. 30, 2022 |
| | Trial Date: Jan. 9, 2023 |
| | Complaint Filed: May 29, 2019 |
| | Am. 5th Am. Com. Filed: May 27, 2022 |

TP-LINK USA CORPORATION,

    Counterclaimant,

    v.

THIMES SOLUTIONS INC.,

    Counter-Defendant.

---

No. 2:19-cv-10374-SB-E
AUYANG DECLARATION ISO TP-LINK USA'S MOTION FOR SANCTIONS

## DECLARATION OF HEATHER F. AUYANG

I, Heather F. Auyang, hereby declare and state as follows:

1. I submit this Declaration in support of TP-Link's Joint Stipulation Regarding Its Motion for Terminating, or in the Alternative Issue Sanctions, Motion to Compel Responses to Discovery, and Request for Monetary Sanctions. I am an attorney admitted to practice before this Court and am a partner with LTL Attorneys LLP, counsel of record for Defendant and Counterclaimant TP-Link USA Corporation in the above-captioned case. I submit this Declaration based upon my personal knowledge, and if called as a witness could and would testify to the matters set forth.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Scheduling Order for this matter (ECF No. 170).

3. Attached hereto as **Exhibit 2** is a true and correct copy of Bates No. THIMES191053.

4. Attached hereto as **Exhibit 3** is a true and correct copy of Bates No. THIMES191126.

5. Attached hereto as **Exhibit 4** is a true and correct copy of Bates No. THIMES191057.

6. Attached hereto as **Exhibit 5** is a true and correct copy of Bates No. THIMES191102.

7. Attached hereto as **Exhibit 6** is a true and correct copy of Bates No. THIMES191087.

8. Attached hereto as **Exhibit 7** is a true and correct copy of Bates Nos. THIMES00596-THIMES00597.

9. Attached hereto as **Exhibit 8** is a true and correct copy of Bates Nos. THIMES01130-THIMES01131.

10. Attached hereto as **Exhibit 9** is a true and correct copy of Bates No. THIMES183924.

11. Attached hereto as **Exhibit 10** is a true and correct copy of Bates Nos.

THIMES00286-THIMES00287.

12. Attached hereto as **Exhibit 11** is a true and correct copy of TP-Link's First Set of Document Requests and First Set of Interrogatories to Thimes, served on June 2, 2022.

13. Attached hereto as **Exhibit 12** is a true and correct copy of the Court's August 16 Discovery Order granting-in-part TP-Link's motion to compel found at ECF No. 207.

14. Attached hereto as **Exhibit 13** is a true and correct copy of the email thread between counsel for TP-Link and Thimes concerning the parties' meet and confers specifically pointing out the data mining violation, on July 22 and 25, 2022.

15. Attached hereto as **Exhibit 14** is a true and correct copy of Bates No. THIMES00311.

16. Attached hereto as **Exhibit 15** is a true and correct copy of Bates Nos. THIMES00264-THIMES00265.

17. Attached hereto as **Exhibit 16** is a true and correct copy of Thimes's *Second* Supplemental Responses to Interrogatory No. 12 to TP-Link's First Set of Interrogatories, served on August 19, 2022.

18. Attached hereto as **Exhibit 17** is a true and correct copy of Thimes's *Third* Supplemental Responses to Interrogatory No. 12 to TP-Link's First Set of Interrogatories, served on August 31, 2022.

19. Attached hereto as **Exhibit 18** is a true and correct copy of Bates Nos. THIMES180569, THIMES180795, THIMES00306, and THIMES180919.

20. TP-Link first learned about REDACTED as part of Thimes's belated dump of 200,000 documents on August 31.

21. Thimes's 195-page privilege log was produced as a PDF and is not in chronological order or Bates No. order, making it more difficult to review. During the parties' September 7 meet and confer, I asked for Thimes to provide its privilege log

in Excel. Thimes's counsel, Mr. Randy Gaw, responded that he would consider it.

22. It appears from Thimes's privilege log that the REDACTED REDACTED The names REDACTED do not appear on Thimes's August 31, 2022 privilege log.

23. Attached hereto as **Exhibit 19** is a true and correct copy of the email thread between counsel for TP-Link and Thimes concerning the parties' meet and confers concerning TP-Link's Motion for Sanctions, beginning on August 31, 2022. The parties held a meet and confer conference call on September 8. Thimes refused to respond to any questions about the REDACTED until TP-Link could point to a document produced by Thimes that it deemed was not subject to any privilege or work product doctrine.

24. Attached hereto as **Exhibit 20** is a true and correct copy of Thimes's Initial Disclosures served on June 13, 2022.

25. Attached hereto as **Exhibit 21** is a true and correct copy of Bates Nos. THIMES189245-THIMES189249.

26. Attached hereto as **Exhibit 22** is a true and correct copy of the email thread between counsel for TP-Link and Thimes concerning the parties' meet and confer concerning TP-Link's Motion for Sanctions sent on August 29, 2022.

27. Attached hereto as **Exhibit 23** is a true and correct copy of the email thread between counsel for TP-Link and Thimes concerning the parties' meet and confers concerning TP-Link's Motion for Sanctions beginning on September 7, 2022.

I declare under penalty of perjury that the foregoing is true and correct. Executed September 12, 2022 in Mill Valley, California.

By: /s/ *Heather F. Auyang*