1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

10

WESTERN DIVISION

11
12  THIMES SOLUTIONS INC.,

13          Plaintiff,

14
15          v.

16  TP-LINK USA CORPORATION, and
    AUCTION BROTHERS, INC. d/b/a
17  AMAZZIA,

18
19          Defendants.

20

21

22

23  TP-LINK USA CORPORATION,

24          Counterclaimant,

25

26          v.

27  THIMES SOLUTIONS INC.,

28

CASE NO.: 2:19-cv-10374-SB-E


**[PROPOSED] ORDER GRANTING
TP-LINK USA'S APPLICATION
FOR LEAVE TO FILE UNDER
SEAL CERTAIN PORTIONS OF
THE JOINT STIPULATION
REGARDING TP-LINK USA'S
MOTION FOR TERMINATING, OR
IN THE ALTERNATIVE ISSUE
SANCTIONS, MOTION TO
COMPEL RESPONSES TO
DISCOVERY, AND REQUEST FOR
MONETARY SANCTIONS**

No. 2:19-cv-10374-SB-E

1           Counter-Defendant.

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING TP-LINK'S APPLICATION FOR LEAVE TO FILE UNDER SEAL

Having considered the Application for Leave to File Under Seal filed by Defendant and Counterclaimant TP-Link USA Corporation ("TP-Link") in this action, the Court GRANTS the Application.

IT IS HEREBY ORDERED that the following documents be filed under seal:

- Portions of the Joint Stipulation Regarding TP-Link USA's Motion for Terminating, or in the Alternative Issue Sanctions, Motion to Compel Responses to Discovery, and Request for Monetary Sanctions (the "Motion");
- Portions of the Declaration of Heather F. Auyang in Support of TP-Link's Motion (the "Auyang Declaration");
- The entirety of Exhibit 21 to the Auyang Declaration;
- Portions of Exhibits 19 and 23 to the Auyang Declaration;
- Portions of the Declaration of Avraham Eisenberg in Opposition to TP-Link's Motion for Sanctions; and
- Portions of the Declaration of Randolph Gaw in Opposition to TP-Link's Motion for Sanctions.

IT IS SO ORDERED.

_____
Hon. Charles F. Eick
United States Magistrate Judge