LTL ATTORNEYS LLP
Joe H. Tuffaha (SBN 253723)
  joe.tuffaha@ltlattorneys.com
Prashanth Chennakesavan (SBN 284022)
  prashanth.chennakesavan@ltlattorneys.com
Heather F. Auyang (SBN 191776)
  heather.auyang@ltlattorneys.com
Patice A. Gore (SBN 258776)
  patice.gore@ltlattorneys.com
300 South Grand Ave., 14th Floor
Los Angeles, CA 90071
Tel:  (213) 612-8900
Fax:  (213) 612-3773

Attorneys for Defendant and
Counterclaimant TP-Link USA Corporation

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| THIMES SOLUTIONS INC.,<br><br>Plaintiff,<br><br>v.<br><br>TP-LINK USA CORPORATION, and AUCTION BROTHERS, INC. d/b/a AMAZZIA,<br><br>Defendants. | CASE NO.: 2:19-cv-10374-SB-E<br><br>**DISCOVERY MATTER**<br><br>**TP-LINK USA'S NOTICE OF MOTION AND MOTION FOR TERMINATING, OR IN THE ALTERNATIVE ISSUE SANCTIONS, MOTION TO COMPEL RESPONSES TO DISCOVERY, AND REQUEST FOR MONETARY SANCTIONS**<br><br>Date:          Oct. 14, 2022<br>Time:          9:30 a.m.<br>Courtroom:  750, 7th Floor<br><br>Discovery Cutoff:          Sept. 30, 2022<br>Pretrial Conference:      Dec. 30, 2022<br>Trial Date:                      Jan. 9, 2023 |

No. 2:19-cv-10374-SB-E

1

2
                                                          Complaint Filed:        May 29, 2019
3                                                         Am. 5th Am. Com. Filed: May 27, 2022

4    TP-LINK USA CORPORATION,

5              Counterclaimant,

6

7          v.

8    THIMES SOLUTIONS INC.,

9              Counter-Defendant.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

No. 2:19-cv-10374-SB-E

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that on October 14, 2022 at 9:30 a.m., or as soon thereafter as the parties may be heard, at the Roybal Federal Building and United States Courthouse located at 255 East Temple Street, Los Angeles, California 90012, Courtroom 750, 7th Floor, before the Honorable Charles F. Eick, Defendant and Counterclaimant TP-Link USA Corporation ("TP-Link") will and hereby does move for terminating sanctions against Plaintiff Thimes Solutions, Inc., or in the alternative, an order: (1) precluding Thimes from proffering evidence in opposition to TP-Link's motion for summary judgment or at trial that TP-Link in anyway caused harm to Thimes; (2) requiring Thimes to comply with the Court's prior discovery order, ECF No. 207, within three days, including by providing complete responses to Interrogatory No. 12 and RFP Nos. 1, 2, and 10 and a copy of its privilege log in Excel; and (3) requiring Thimes to pay monetary sanctions to TP-Link in the amount to be determined by the Court.

This Motion is made pursuant to Federal Rules of Civil Procedure, Rules 26, 33, 34, and 37, on the basis that, despite having been ordered to do so by the Court, Thimes has withheld discovery in violation of this Court's August 16 Discovery Order (ECF No. 207).

This Motion is based on the following: this Notice of Motion, the concurrently Memorandum of Points and Authorities and Declaration of Heather Auyang, and all other papers, documents or exhibits on file or to be filed in this action, the argument to be made at the hearing on the Motion, and any and all other matters this Court deems just and necessary.

## Compliance With Local Rules 7-3 and 37-1

This Motion is made following the conference of counsel pursuant to L.R. 7-3 and L.R. 37-1, which began on August 29, 2022 and continued through September 9, 2022.

1   Date:  September 21, 2022               LTL ATTORNEYS LLP

2

                                   By:  */s/ Heather F. Auyang*

3                                  Joe H. Tuffaha

                                  Prashanth Chennakesavan

4                                  Heather F. Auyang

5                                  Patice A. Gore

6

7                                  Counsel for Defendant and

                                  Counterclaimant

8                                  TP-Link USA Corporation

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TP-LINK USA'S NOTICE OF MOTION AND MOTION FOR SANCTIONS