# EXHIBIT 2



Apple, legitimately. Apple will lose or must allow exemptions to those 1, 000. Trademark abuse in numbers hurts the rights owner more than one case that's big.

See IP attorney if worth it. I found Trademark abuse filing is good as long as you have other areas to attack in. For instance if they bought an authentic item from you, you proved authentic and they didn't remove claim, that is racketeering.

You can and itll cause them a headache. Best if you file along with 2-3 other sellers who factually have same abuse pattern. It will hurt them then

So, file:
Rico
Defamation
Racketeering
Slander
Trademark abuse

**Jesse VanKempen**

tp-link                                                                          11 results

But imagine if 1,000 sellers each individually filed a Trademark abuse claim on Apple, legitimately. Apple will lose or must allow exemptions to those 1, 000. Trademark abuse in numbers hurts the rights owner more than one case that's big.

I got 28 complaints of counterfeit and similar from tp-link

See IP attorney if worth it. I found Trademark abuse filing is good as long as you have other areas to attack in. For instance if they bought an authentic item from you, you proved authentic and they didn't remove claim, that is racketeering.

can I file to cancel the tp-link mark?

I'm going after for defamation

and we're trying rico also

You can and itll cause them a headache. Best if you file along with 2-3 other sellers who factually have same abuse pattern. It will hurt them then

we have 1 other

who is currently suing them for the same reason

using the same lawyer

So, file:
Rico
Defamation
Racketeering
Slander
Trademark abuse

I'll bring that up in our next convo

appreciate the advice