# EXHIBIT 3



Michael Patrón

tp-link — 8 results

I'm sure it's a mess since they have fuckloads of entities in multiple countries but I finally have some money now so I wouldn't mind suing.

Have you had a big payout from suing anyone before?

THIMES191126



**Michael Patrón**
Active 1h ago

🔍 tp-link     8 results   ∧ ∨    **Close**

> I'm suing tp-link right now

> Billion dollar Chinese company

> US subsidiary

I'm sure it's a mess since they have fuckloads of entities in multiple countries but I finally have some money now so I wouldn't mind suing.

> We'll win and we'll collect millions

> You could also try to get litigation financing

Have you had a big payout from suing anyone before?

> Have a lawyer put together a case and try lexshares