# EXHIBIT 4



THIMES191057

 **Jesse VanKempen**

🔍 tp-link — 11 results — Clos

> Meantime I'm filing my lawsuit against brands that filed false complaints soon

> Hoping to get millions out of it

 👍

 Keep me updated on what you can,  did u team up with others on the suit?  U can subpoena Amazon to see who else they attacked fyi

> Lawyer is the same person in another case with one of the brands

> Tplink

> Complaint is drafted, probably file soon

 Sweet, this will be a monumental case. Once won, others need to repeat