# EXHIBIT 5



THIMES191102



**Brandon Young**
Active now

 

🔍 tp-link    1 results    ⌃ ⌄    Close

2/13/20, 12:47 PM

 Hey man, how did you request a future removal order in order to boost your storage number before? Does that still work

It's a fulfilment order not removal

MCF

 Ahhhh lol

When you put in the address there's an option to hold

Mad genius

Miss you man

Hopefully we get to hang out soon  
👍

I'll throw a big party once tp-link pays for my retirement

Haha what is that about?

They just anti-slapped me

Lawsuit going well?

 Haha

They think free speech under the first amendment protects IP complaints to Amazon

It's certainly an argument, if wrong 😂