# EXHIBIT 6



THIMES191087



**Chris Potter**
Active 23m ago

🔍 tp-link                                    3 results   ⌃ ⌄   Close

> so I can at least get 1M+

*2/22/19, 1:38 PM*

> You still got any interest in pursuing false IPs in court?

> I'm working my case now

> Probably gonna ask for a few million

Not sure if i have any that could be squeezed for cash

> My lawyer will do contingency, but it will take lots of time from you, probably

> You think the brands are judgement proof?

most of the ones i get are from small companies

> If they're big enough to focus on Amazon they're big enough to throw you 1-200k

> And that's enough to make it worth your while

> We're doing 9-10 figure companies primarily

> Plus 3PM.ai because they're jerks

Yeah im not sure if i have any of those

> Make a list

At least ones that havent responded

> Sort by annual sales

> **Tplink**, prevagen, and 3pm

> Tricky because we need to tie damages directly to their actions

> But I think we're getting there