# EXHIBIT 7

| | |
|---|---|
| **From:** | Avi Eisenberg |
| **To:** | Amazon |
| **Subject:** | Re: Review of Your amazon.com Selling Account |
| **Date:** | Thursday, July 26, 2018 12:17:57 PM |

Dear Team:

Here is our plan of action how we will prevent similar complaints going forward.

We have instituted the following practices and trained all our employees on them:

1. We now only purchase from authorized distributors that are trusted to sell only authentic products.

2. We now inspect every product we purchase and compare against the product detail page to confirm every aspect matches to ensure a positive customer experience. We also inspect the condition to ensure it is in full compliance with the Condition Guidelines.

3. We now only sell products in packaging against listings that specify the correct kind of packaging, in accordance with the Condition Guidelines. This ensures that customers will get the products in the same packaging as promised.

4. Prior to shipping all orders to Amazon or customers, we now do a second inspection to confirm the products match the detail page to prevent any negative customer experiences from receiving an incorrect product.

These steps will protect the buyer experience and ensure similar concerns are avoided in the future.

Thank you.


On Wed, Jul 25, 2018 at 4:05 AM, Amazon <seller-performance-policy@amazon.com> wrote:



> Hello,
>
> We still need more information about your plan to address Inauthenticity complaints.
>
> Please reply to this email with a plan that explains:
>
> -- Details how you will prevent similar complaints
>
> Here are a few things to consider as you work on resolving this:
> --Sourcing: Are you sourcing the product from a trusted supplier?

--Listing: Is the product accurately described on Amazon? Have you ensured that there is no ambiguity and the customer is well informed?
--Packaging: Is the product in its original packaging as listed on Amazon?
-- Shipping: Have you taken all appropriate steps and quality checks to ensure that the product is stored, packed, and shipped appropriately?

Please review your communications from buyers to better understand the issues. Be as specific as possible in your plan. Do not limit your plan to issues with specific orders.

Get help creating your plan in Seller Central Help: (https://sellercentral.amazon.com/gp/help/200370560)

Learn more about our policies in Seller Central Help:
-- Prohibited Seller Activities and Actions (https://sellercentral.amazon.com/gp/help/200386250)
-- Product Detail Page Rules (https://sellercentral.amazon.com/gp/help/200390640)
-- Condition Guidelines (https://sellercentral.amazon.com/gp/help/200339950)

Have questions? Let us call you right away (https://sellercentral.amazon.com/cu/contact-us/performance).

Sincerely,
Seller Performance Team
amazon.com
http://www.amazon.com

THIMES00597