# EXHIBIT 8

| From: | Amazon |
|---|---|
| To: | avi@thimessolutions.com |
| Subject: | Your amazon.com selling privileges have been removed |
| Date: | Friday, August 3, 2018 8:23:28 AM |



Hello,

You may no longer sell on Amazon.com because of concerns about the authenticity of the items at the end of this email. Your listings have been removed from our site, and we are withholding any funds available in your account. If you have FBA inventory of the items causing "inauthentic" concerns, they are currently ineligible for removal.

If you do not appeal this decision within 90 days, we will permanently withhold any payments to you.

You can see your balance and settlement information in the Payments section of Seller Central. If you have questions about those, please write to payments-funds@amazon.com.

To appeal this decision, click the Appeal button next to this message on the Performance Notifications page in Seller Central (https://sellercentral.amazon.com/gp/customer-experience/perf-notifications.html).

Please include the following information for each ASIN reported:
-- Copies of invoices or receipts from your supplier issued in the last 365 days. These should reflect your sales volume during that time.
-- Contact information for your supplier, including name, phone number, address, and website.

You can send .pdf, .jpg, .png, or .gif files. These documents must be authentic and unaltered. We may call your supplier to verify the documents. You may remove pricing information, but the rest of the document must be visible. We will maintain the confidentiality of your supplier's contact information.

The sale of counterfeit products on Amazon is strictly prohibited. If you cannot provide valid invoices or receipts for the items listed below, we will permanently hold funds equivalent to the amount you earned from the sale of these items in the last 180 days. If the equivalent amount is greater than the total amount available in your account, then the total amount will be held. If you have FBA inventory of these items, they will be destroyed at your expense.

Learn more about our policies in Seller Central Help:
--Amazon Anti-Counterfeiting Policy
(https://sellercentral.amazon.com/gp/help/201165970)
--Policies and Agreements (https://sellercentral.amazon.com/gp/help/521)

----------------------------------------
Concern type: Inauthentic
ASIN: B0097BEG1C, B073TLKQB9, B00OQLMJR6, B07DMSK4R9
----------------------------------------

Sincerely,
Seller Performance Team
amazon.com
http://www.amazon.com



THIMES01131