# EXHIBIT 13

| | |
|---|---|
| **From:** | Heather Auyang |
| **To:** | Victor Meng; Randolph Gaw; Joe Tuffaha; Prashanth Chennakesavan |
| **Cc:** | Mark Poe; Mark Schlachet |
| **Subject:** | RE: request for conference of counsel - TP-Link responses to interrogatories//Thimes responses to interrogatories and requests for production |
| **Date:** | Monday, July 25, 2022 3:06:45 PM |

Victor,

As a follow-up to Thimes's deficient document production discussed during the parties' L.R. 37-1 conference held on 7/21/2022, Thimes has not met its obligation to produce responsive and relevant documents. There are huge gaps in Thimes's production, including documents responsive to Document Request Nos. 2 and 10—discovery related to any issues that may have contributed to Amazon's expulsion of Thimes from the Amazon Marketplace.

As well as the example detailed in our 7/22 email, below are additional examples of gaps in Thimes's production, including documents related to TP-Link's alleged complaints about Thimes to Amazon, other third-party complaints about Thimes to Amazon, and Amazon's closure of Thimes's account for violating Amazon's Sellers Policies, as well as suspension for violating the intellectual property rights of other third parties.

By July 28, TP-Link requests that Thimes either (i) supplement its production, or (2) supplement its discovery responses to provide the reason why such documents and communications are no longer in Thimes's possession, custody or control.

- **THIMES00286-THIMES00287**: **8/22/2018 email** from Amazon to avi@thimessolutions.com for Complaint ID# 5304333291 lodged by 3PM Solutions notifying Thimes about a trademark infringement complaint for over **200 ASINs**. Thimes has not produced any correspondence with Amazon relating to Complaint ID# 5304333291.

- **THIMES00311-THIMES00312**: **6/28/2018 email** from Amazon to avi@thimessolutions.com closing Thimes's account: "Your account has been closed due to violations of our Seller Policies. Your use of the Mobile App to extract dangerous goods (hazmat) information from our systems is prohibited by our policies." Thimes has produced only one related email at THIMES00264-THIMES00265, and nothing else such as past violations mentioned in the email, how Thimes worked with Amazon to resolve the issue (as mentioned in the email), and when and why Amazon reinstated Thimes's account.

- **THIMES00308-THIMES00309**: **7/20/2018 email** from Amazon to avi@thimessolutions.com suspending Thimes's account for ASIN B0097BEG1C (**Apple Ear Pods**) to which it appears Thimes responded (**THIMES00309**) in a 7/21/2018 email to Amazon describing *other complaints*, including: "On May 31, 2018, we replied to a *previous inauthentic complaint* with invoices proving authenticity. These invoices were accepted on June 5th, 2018 and we were permitted to continue selling." Thimes has not produced any corresponding communications with Amazon, including Amazon's response to Thimes's 7/21/2018 email or the "previous inauthentic complaint."

- **THIMES00315**: **6/26/2017 email** from Amazon to avi@thimessolutions.com stating: "We reviewed your appeal and reinstated the following content: ASIN: B01MSITACV [**IPX7 Waterproof Bluetooth Speaker**] Complaint ID: 996385701." Thimes has not produced any corresponding communications with Amazon, including the email it received from Amazon leading to Thimes's "appeal" or Thimes's corresponding "appeal."

- **THIMES00303**: **6/24/2018 email** from Amazon to avi@thimessolutions.com for Complaint ID# 5162654761 for ASIN B00ED2OQIS (**Apple 12w Usb Power Adapter-Eng MD836LL/A**) stating: "We received a report from a rights owner that claims the items at the end of this email infringe their trademark," and requesting proof of product authenticity.  Thimes has not produced any corresponding communications with Amazon about this Apple product, including the email it received from Amazon leading to Thimes's "appeal" or Thimes's corresponding "appeal."
- **THIMES00315 6/26/2018 email** from Amazon to avi@thimessolutions.com for Complaint ID# 996385701 for ASIN B01MSITACV (**non-TP-Link product**) stating: "We reviewed your appeal and reinstated the following content: []."  Thimes has not produced any corresponding communications with Amazon about this non-TP-Link product, including the email it received from Amazon leading to Thimes's "appeal" or Thimes's corresponding "appeal."
- **THIMES00318**: **10/19/2017 email** from Amazon to avi@thimessolutions.com stating: "We reviewed your appeal and reinstated the following content: ASIN: B01D1ZULK4 [**Pet Deshedder Glove**] Complaint ID: 1026446571."  Thimes has not produced any corresponding communications with Amazon about this non-TP-Link product, including the email it received from Amazon leading to Thimes's "appeal" or Thimes's corresponding "appeal."
- **THIMES00354**: **1/19/2018 email** from Avi Eisenberg to us-compliance@tp-link.com, notice-dispute notice-dispute@amazon.com stating: "We received an email from Amazon today stating that TP-Link is asserting that items sold by us (under the storefront "Universal Goods and Sales", merchant ID A1Q1VKNP5VVQEY, ASIN B01DXVK3KY, Complaint ID: 1359628881) are counterfeit."  Thimes has not produced the referenced email received from Amazon.
- **THIMES00397 1/19/2018 email** from Amazon to avi@thimessolutions.com for Complaint ID#1361098691 (ASIN B01DXVK3KY (TP-Link product)) stating: "Thank you for your concern, but we cannot accept your appeal because it does not address the claim we received. Please provide the following information so that we can process your appeal: []."  Thimes has not produced any corresponding communications with Amazon, including the email it received from Amazon leading to Thimes's "appeal" or Thimes's corresponding "appeal."
- **THIMES00398 1/20/2018 email** from Amazon to avi@thimessolutions.com for Complaint ID#1360991921 (ASIN B01DXVK3KY) stating: "We cannot accept your appeal because it does not address the claim we received. Please provide the following information so we can process your appeal: []."  Thimes has not produced any corresponding communications with Amazon, including the email it received from Amazon leading to Thimes's "appeal" or Thimes's corresponding "appeal."
- **THIMES00405 1/20/2018 email** from Amazon to avi@thimessolutions.com for Complaint ID# 1362495481 (ASIN B01DXVK3KY) stating: "Thank you for your concern, but we cannot accept your appeal because it does not address the claim we received. Please provide the following information so that we can process your appeal []."  Thimes has not produced any corresponding communications with Amazon, including the email it received from Amazon leading to Thimes's "appeal" or Thimes's corresponding "appeal."
- **THIMES00389 1/25/2020 email** from Amazon to avi@thimessolutions.com for Complaint ID# 1379227541 (ASIN B01DXVK3KY) stating: "We reviewed your appeal and reinstated the following content: ASIN: B01DXVK3KY."  Thimes has not produced any corresponding communications with Amazon, including the email it received from Amazon leading to Thimes's "appeal" or Thimes's corresponding "appeal."
- **THIMES00379 1/26/2018 email** from Amazon to avi@thimessolutions.com for Complaint ID#

- 1362495481 (ASIN B01DXVK3KY) stating: "Thank you for your concern, but we cannot accept your appeal because it does not address the claim we received. Please provide the following information so that we can process your appeal []." Thimes has not produced any corresponding communications with Amazon, including the email it received from Amazon leading to Thimes's "appeal" or Thimes's corresponding "appeal."

- **THIMES00404 3/14/2018 email** from Amazon to avi@thimessolutions.com for Complaint ID# 1525794601 (ASIN B01DXVK3KY) stating: "Thank you for your concern, but we cannot accept your appeal because it does not address the claim we received. Please provide the following information so that we can process your appeal []." Thimes has not produced any corresponding communications with Amazon, including the email it received from Amazon leading to Thimes's "appeal" or Thimes's corresponding "appeal."

- **THIMES00396 4/2/2018 email** from Amazon to avi@thimessolutions.com for Complaint ID# 1577934581 (ASIN B01DXVK3KY) stating: "We reviewed your appeal and reinstated the following content: ASIN: B01DXVK3KY []." Thimes has not produced any corresponding communications with Amazon, including the email it received from Amazon leading to Thimes's "appeal" or Thimes's corresponding "appeal."

- **THIMES00387 4/5/2018 email** from Amazon to avi@thimessolutions.com for Complaint ID# 1587479311 (ASIN B01DXVK3KY) stating: "Thank you for your concern, but we cannot accept your appeal because it does not address the claim we received. Please provide the following information so that we can process your appeal []." Thimes has not produced any corresponding communications with Amazon, including the email it received from Amazon leading to Thimes's "appeal" or Thimes's corresponding "appeal."

- **THIMES00387-THIMES00388 4/5/2018 email** from Amazon to avi@thimessolutions.com for Complaint ID# 1587732841 (ASIN B01DXVK3KY) stating: "Thank you for your concern, but we cannot accept your appeal because it does not address the claim we received. Please provide the following information so that we can process your appeal []." Thimes has not produced any corresponding communications with Amazon, including the email it received from Amazon leading to Thimes's "appeal" or Thimes's corresponding "appeal."

Thanks,
Heather

---

**From:** Heather Auyang
**Sent:** Friday, July 22, 2022 9:03 AM
**To:** Victor Meng <vmeng@gawpoe.com>; Randolph Gaw <rgaw@gawpoe.com>; Joe Tuffaha <joe.tuffaha@ltlattorneys.com>; Prashanth Chennakesavan <Prashanth.Chennakesavan@ltlattorneys.com>
**Cc:** Mark Poe <mpoe@gawpoe.com>; Mark Schlachet <markschlachet@me.com>
**Subject:** RE: request for conference of counsel - TP-Link responses to interrogatories//Thimes responses to interrogatories and requests for production

Victor,

Thanks for the L.R. 37-1 conference call yesterday concerning Thimes's responses to TP-Link's First Set of Interrogatories and Document Requests. Below are some points that we discussed.

By July 28, Thimes agrees to supplement its written discovery responses and will try to supplement its document production. TP-Link's position is that both should occur by **July 28** given the impending deadlines.

- Format of Production:
    - Thimes has not produced ESI as the information is kept in the usual course of business. Thimes must produce load files with metadata, including ESI from the Gmail account, rather than PDFs with no metadata. Note that TP-Link's production from a Gmail account was produced as a load file with metadata.
    - You also stated that there is no proprietary software involved. However, the Excels (**THIMES00001**, **THIMES00256** - All FBA Sales, and **THIMES00257** - All MFN Sales – CONFIDENTIAL) were extracted and generated by InventoryLabs' software, which Thimes uses to handle inventory and financials for its Amazon sales. As stated below, Thimes should export and produce the InventoryLabs files and not extractions.
    - Thimes represents that it is not withholding any documents based on an inspection requirement.
- Thimes represents that it is not withholding any information or documents based on privilege.
- Interrogatory No. 12 and Request Nos. 2, 10, and 11—these discovery requests relate to Thimes and Mr. Eisenberg's Amazon account(s).
    - Thimes has not fully responded to these discovery requests and there are huge gaps in the production. One example that we discussed was Amazon sent a June 28, 2018 notice to Thimes that Amazon had closed Thimes's account: "Your account has been closed due to violations of our Seller Policies. Your use of the Mobile App to extract dangerous goods (hazmat) information from our systems is prohibited by our policies." **THIMES00311**—attached. Amazon's notice states:

        > Because *we have warned you about similar activities in the past*, your account has been suspended and will not be reactivated unless you acknowledge that you understand our policies, reaffirm your commitment to adhere to them, and communicate your plan of action to avoid these activities (and any similar activities) in the future. To sell on Amazon.com, please send us a plan that explains how you will address this problem.

        First, Thimes has not produced the full correspondence with Amazon regarding this violation, *e.g.*, Thimes's response and further correspondence with Amazon. Second, Thimes has not produced documents related to Amazon's warnings about "similar activities in the past."

        As another example, Thimes produced a July 1, 2018 email to Amazon (**THIMES00264-THIMES00265**—attached) that refers to a violation notice from Amazon received on June 29, 2018: "We received a violation regarding our use of the Amazon API on 06/29/2018." Thimes has not produced the June 29, 2018 violation notice or other related correspondence.

        Thimes's July 1, 2018 email to Amazon also refers to another "issue" from "at least a year ago": "Additionally, our former developer was responsible for testing a large volume of ASINs for safety risks and hazmat status. *In the past, we addressed this issue with your team and had in fact ceased any actions that may have altered the*

> *accuracy of the Amazon platform at least one year ago (shipment creation)*." **THIMES00264-THIMES00265**.
>
> Thimes's July 1, 2018 email also refers to working with Amazon: "We have immediately ceased the use of MWS services as we work with your team to resolve this issue."
>
> Thimes has not produced anything (including correspondence with Amazon) about the above or any other such violations. Please produce by July 28.
>
> - For Interrogatory No. 12, Thimes agrees to supplement to provide identification of the alleged entity who filed the complaint and details of the complaint, concern or claim. However, TP-Link maintains its objections as to Thimes's unilateral limitation of the scope of the request.

- Financials—Thimes sold products starting in 2015, and therefore financials from 2015 to 6/30/2022 are relevant ("relevant period").
    - Request Nos. 18 and 20—these requests seek detailed sales and revenue information:
        - **THIMES00001**, **THIMES00256** and **THIMES00257** show just Amazon sales. Thimes's 2019 and 2020 P/L show sales but Thimes has not provided evidence where it was selling post-August 2018 when Thimes was allegedly expelled from Amazon. You are checking into this.
        - You are checking if Thimes sold products on other platforms besides Amazon.
        - Please explain the difference between **THIMES00001** and **THIMES00256**—both files are the purported complete FBA sales.
        - You are considering whether to produce *in Excel* detailed sales transactions (like THIMES00001) that show *all sales across all platforms* (and indicating the platform or other means of sales) that *tie to the profit and loss statements* for the relevant period. TP-Link's position is that Thimes should produce this information.
        - TP-Link's position is that Thimes should export and produce its QuickBooks files and InventoryLabs files.
    - Request No. 19: this request seeks financial statements.
        - Thimes agrees to produce Balance Sheets. None have been produced. As discussed, Thimes should produce detailed Balance Sheets in Excel (as of 12/31) for 2015, 2016, 2017, 2018, 2019, 2020, 2021 and as of 6/30/2022.
        - Thimes agrees to produce a complete set of profit and loss statements. The following P&L statements are missing from Thimes's production:
            - Annual P&L for 2015, 2016, 2021
            - Monthly P&L 2015, 2016, 2019, 2020, 2021 (in Excel)
            - P&L as of 6/30/2022
        - Thimes agrees to produce a complete set of tax returns. The following tax returns are missing from Thimes's production:
            - 2015, 2016, 2021 (including supporting schedules and K-1s).
- Interrogatory No. 12—Thimes agrees to amend to include the "Statement" in Paragraph 47 of the Fifth Amended Complaint.
- Request No. 5: Thimes agrees to amend its response to state it does not have possession of

- any documents and communication showing Amazon purchased any products as a customer of Thimes due to lack of access to its Amazon account to show Amazon's orders made through Vendor Express.
- Request No. 8—Thimes represents that it has produced all invoices for its source of TP-Link products. The first invoice is for 360 units of C5400 from The Surplus Company and the second invoice from Imaginari (**THIMES00260**).
- Request No. 22: although you are checking with your client about sales on any other platforms beside Amazon, Thimes will amend its response to state it is not in possession of any responsive documents because it does not have access to its Amazon account.

Thanks,
Heather

---

**From:** Victor Meng <vmeng@gawpoe.com>
**Sent:** Wednesday, July 20, 2022 3:55 PM
**To:** Heather Auyang <Heather.Auyang@ltlattorneys.com>; Randolph Gaw <rgaw@gawpoe.com>; Joe Tuffaha <joe.tuffaha@ltlattorneys.com>; Prashanth Chennakesavan <Prashanth.Chennakesavan@ltlattorneys.com>
**Cc:** Mark Poe <mpoe@gawpoe.com>; Mark Schlachet <markschlachet@me.com>
**Subject:** RE: request for conference of counsel - TP-Link responses to interrogatories//Thimes responses to interrogatories and requests for production

**[EXTERNAL EMAIL]** This email originated from outside of the **LTL Attorneys** organization. **DO NOT CLICK** links or open attachments unless you recognize the sender and know the content is safe.

Okay, talk with you tomorrow at 1pm.

Thanks,
Victor

---

**From:** Heather Auyang <Heather.Auyang@ltlattorneys.com>
**Sent:** Wednesday, July 20, 2022 2:55 PM
**To:** Victor Meng <vmeng@gawpoe.com>; Randolph Gaw <rgaw@gawpoe.com>; Joe Tuffaha <joe.tuffaha@ltlattorneys.com>; Prashanth Chennakesavan <Prashanth.Chennakesavan@ltlattorneys.com>
**Cc:** Mark Poe <mpoe@gawpoe.com>; Mark Schlachet <markschlachet@me.com>
**Subject:** RE: request for conference of counsel - TP-Link responses to interrogatories//Thimes responses to interrogatories and requests for production

Hi Victor,

Sorry, let's do tomorrow at 1 pm instead.

Thanks,
Heather

**From:** Heather Auyang <Heather.Auyang@ltlattorneys.com>
**Sent:** Wednesday, July 20, 2022 2:31 PM
**To:** Victor Meng <vmeng@gawpoe.com>; Randolph Gaw <rgaw@gawpoe.com>; Joe Tuffaha <joe.tuffaha@ltlattorneys.com>; Prashanth Chennakesavan <Prashanth.Chennakesavan@ltlattorneys.com>
**Cc:** Mark Poe <mpoe@gawpoe.com>; Mark Schlachet <markschlachet@me.com>
**Subject:** RE: request for conference of counsel - TP-Link responses to interrogatories//Thimes responses to interrogatories and requests for production

Hi Victor,

Tomorrow (7/21) at 11 am works.

Let's use this dial-in—

(213) 612-8911
Conference ID #: 426
Participants' PIN: 254368

Thanks,
Heather

**From:** Victor Meng <vmeng@gawpoe.com>
**Sent:** Wednesday, July 20, 2022 10:07 AM
**To:** Heather Auyang <Heather.Auyang@ltlattorneys.com>; Randolph Gaw <rgaw@gawpoe.com>; Joe Tuffaha <joe.tuffaha@ltlattorneys.com>; Prashanth Chennakesavan <Prashanth.Chennakesavan@ltlattorneys.com>
**Cc:** Mark Poe <mpoe@gawpoe.com>; Mark Schlachet <markschlachet@me.com>
**Subject:** RE: request for conference of counsel - TP-Link responses to interrogatories//Thimes responses to interrogatories and requests for production

**[EXTERNAL EMAIL]** This email originated from outside of the **LTL Attorneys** organization. **DO NOT CLICK** links or open attachments unless you recognize the sender and know the content is safe.

Hi Heather,

We are available to meet and confer concerning the issues raised in TP-Link's letter tomorrow (7/21) or Friday (7/22) from 11-2. Let me know what works for you.

Thanks,
Victor


Victor Meng

Gaw | Poe LLP
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Direct: 415.895.0862
Main: 415.766.7451
Fax: 415.737.0642

**From:** Heather Auyang <Heather.Auyang@ltlattorneys.com>
**Sent:** Wednesday, July 13, 2022 5:54 PM
**To:** Randolph Gaw <rgaw@gawpoe.com>; Joe Tuffaha <joe.tuffaha@ltlattorneys.com>; Prashanth Chennakesavan <Prashanth.Chennakesavan@ltlattorneys.com>
**Cc:** Mark Poe <mpoe@gawpoe.com>; Victor Meng <vmeng@gawpoe.com>; Mark Schlachet <markschlachet@me.com>
**Subject:** RE: request for conference of counsel - TP-Link responses to interrogatories//Thimes responses to interrogatories and requests for production

Counsel,

TP-Link requests a Local Rule 37-1 conference concerning Thimes's deficient responses to TP-Link's First Set of Interrogatories and Requests for Production--please see the attached letter.   TP-Link intends to move to compel on every Interrogatory and Request, except Request Nos. 15, 16 and 21.

We can meet and confer concerning the issues raised in TP-Link's letter at the same time as we confer about Thimes's issues raised below.

We are generally available on Friday (7/15) from 11-3 pm or Monday (7/18) from 11-3 pm.

Thanks,
Heather

**From:** Randolph Gaw <rgaw@gawpoe.com>
**Sent:** Wednesday, July 6, 2022 12:53 PM
**To:** Joe Tuffaha <joe.tuffaha@ltlattorneys.com>; Heather Auyang <Heather.Auyang@ltlattorneys.com>; Prashanth Chennakesavan <Prashanth.Chennakesavan@ltlattorneys.com>
**Cc:** Mark Poe <mpoe@gawpoe.com>; Victor Meng <vmeng@gawpoe.com>; Mark Schlachet <markschlachet@me.com>
**Subject:** request for conference of counsel - TP-Link responses to interrogatories

**[EXTERNAL EMAIL]** This email originated from outside of the **LTL Attorneys** organization. **DO NOT CLICK** links or open attachments unless you recognize the sender and know the content is safe.

Counsel,

Pursuant to Local Rule 37-1, Thimes requests a prefiling conference of counsel regarding TP-Link's responses to Thimes's first set of interrogatories. Please let me know when you are available for a conference call next week.

Plaintiffs intends to move to compel further responses as to the following interrogatories.

**Interrogatories 1 & 3**: It appears that TP-Link has not fully responded to those interrogatories on the grounds that it "lacks sufficient knowledge or information" as to whether complaints were submitted to Amazon on its behalf alleging counterfeiting by Thimes. It is hard to see how that objection was made in good faith considering (i) Winfred Shu stated in his declaration that Thimes hired Amazzia, (ii) Mr. Fikhman admitted in his declaration that Amazzia did file counterfeiting complaints against Thimes as part of its brand protection services for TP-Link, and (iii) TP-Link made judicial admissions in its Answer that TP-Link hired Amazzia and also that Amazzia submitted complaints to Amazon concerning Thimes (*see, e.g.*, ECF 175 para. 17, 19.)

Therefore, TP-Link needs to respond to those interrogatories by either identifying the facts that they, or their agents (i.e., Amazzia) contemporaneously relied upon to support the counterfeiting complaints against Thimes, or by stating that it has no knowledge because it was not involved in any way in the submission of those complaints.

**Interrogatories 2, 4, 7, 9, 11, and 12**: TP-Link has responded to each of these interrogatories by stating that the information will be derived or ascertained from TP-Link's forthcoming document production pursuant to FRCP 33(d). These are improper responses for the following reasons.

1. Rogs 2, 4, 7, and 9 specifically request identification, by bates number, of specific documents. It defeats the point of the interrogatory for TP-Link to just generally point to its entire document production.

2. A party may use FRCP 33(d) only if the burden of deriving the answer from the documents is substantially the same for either party. There is no credible explanation as to how it is equally burdensome for Thimes to figure out from the document production what documents support TP-Link's response to other interrogatories (Rogs 2, 4, 7, and 9), what documents support TP-Link's contention that its warranty does not extend to the TP-Link routers sold by Thimes on Amazon (Rog 11), or every documented instance in which TP-Link refused to honor its warranty on a product because that product had been bought on Amazon from someone other than an unauthorized reseller (Rog 12). "[TP-Link's] argument is untenable. It is obvious that the burdens are not equal under the circumstances. '[D]ocuments themselves rarely, if ever, reveal contentions of fact or law. A party reveals its contentions.'" *Santillan v. Verizon Connect, Inc.*, No. 21CV1257-H-KSC, 2022 WL 428170, at *2 (S.D. Cal. Feb. 10, 2022)

3. Invoking FRCP 33(d) without identifying specific documents is itself an improper use of that rule. *See Walt Disney Co. v. DeFabiis*, 168 F.R.D. 281, 284 (C.D. Cal. 1996) (finding that responding to an interrogatory by agreeing to "provide documents in accordance with Rule 33(d)" does not comply with the Rule); *Blake Assocs., Inc. v. Omni Spectra, Inc.*, 118 F.R.D. 283, 289-90 (D. Mass. 1988) (finding that an answer to an interrogatory stating that the party

"will make available for examination by counsel documents responsive to this interrogatory" was "patently insufficient" under Rule 33). Courts in this and the Northern District routinely order responding parties to comply with the requirements of Rule 33(d) by identifying documents by bates numbers. *See Core Nutritionals, LLC v. Performance Nutrition Formulators*, LLC, No. CV1600705TJHAFMX, 2016 WL 10771272, at *2 (C.D. Cal. Oct. 26, 2016) (ordering defendants to supplement interrogatory responses by providing bates numbers of the pertinent documents pursuant to Rule 33(d) within eight days of order); *Siano Mobile Silicon, Inc. v. Mavcom, Inc.*, No. C-10-04783 LHK PSG, 2011 WL 1483706, at *4 (N.D. Cal. Apr. 19, 2011) (finding that defendant's interrogatory response "fails to specify the particular documents it relies on, in violation of Fed. R. Civ. P. 33(d)" and ordering defendant to provide the Bates number of documents relied upon within 10 days of order); *Palmdale 3D, LLC v. Calamos*, No. CR147523MWFPLAX, 2015 WL 12832140, at *1 (C.D. Cal. June 24, 2015) (ordering party to "identify which specific documents, by Bates number, are responsive to which specific interrogatories, in full compliance with Fed. R. Civ. P. 33(d)(1)" within 14 days of order).

4. To the extent that TP-Link is contending that identification of "all" documents is unduly burdensome, courts automatically read such interrogatories so that they are limited to identification only of "material" documents. *See. e.g.*, *In re Questcor Pharms., Inc. Sec. Litig.*, No. SACV121623DMGJPRX, 2014 WL 12570960, at *2 (C.D. Cal. Nov. 18, 2014); *Santillan*, 2022 WL 428170, at *2.

**Interrogatory 13**: It is unclear how this interrogatory is outside the scope of discovery. But Thimes agrees to limit this interrogatory to seek identification for only those policies, procedures, and practices utilized by TP-Link in deciding to respond or not respond to Thimes's communications about the Amazon complaints.

Thank you,
Randy

**Randolph Gaw**
**Gaw | Poe LLP**
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel: 415.766.7451
Direct: 415.766.9317
Fax: 415.737.0642
E-mail: rgaw@gawpoe.com
www.gawpoe.com