# EXHIBIT 14



Avi Eisenberg <avi@thimessolutions.com>

---

**Your Amazon.com Selling Privileges have been removed**

**Amazon** <seller-evaluation@amazon.com>  Thu, Jun 28, 2018 at 8:07 PM
Reply-To: Amazon <seller-evaluation@amazon.com>
To: "avi@thimessolutions.com" <avi@thimessolutions.com>

Hello,

Your account has been closed due to violations of our Seller Policies. Your use of the Mobile App to extract dangerous goods (hazmat) information from our systems is prohibited by our policies. As stated on the Prohibited Seller Activities and Actions page in Seller Central (https://sellercentral.amazon.com/gp/help/G200386250), if you upload excessive amounts of data repeatedly, or otherwise use our services in an excessive or unreasonable way, Amazon may restrict or block your access to product feeds or any other functions that are being misused until you stop your misuse. In addition, as stated in our Conditions of Use (https://www.amazon.com/gp/help/customer/display.html?nodeId=508088), you are not authorized to use any Amazon service to collect product listings or descriptions or use data mining, robots, or similar data gathering and extraction tools. Any derivative use of any Amazon service or its contents is also prohibited.

Funds will not be transferred to you but will stay in your account while we work with you to address this issue. If you have any open orders, please ship them.

Because we have warned you about similar activities in the past, your account has been suspended and will not be reactivated unless you acknowledge that you understand our policies, reaffirm your commitment to adhere to them, and communicate your plan of action to avoid these activities (and any similar activities) in the future. To sell on Amazon.com, please send us a plan that explains how you will address this problem.

For help creating your plan, search for "Appeal the Removal of Selling Privileges" in Seller Central Help. When you are ready to send us your plan, click the Appeal button next to this message on the Performance Notifications page in Seller Central (https://sellercentral.amazon.com/gp/customer-experience/perf-notifications.html).

Once we receive your plan, we will review it and decide whether you may sell on Amazon.com again. If you do not send an acceptable plan within 17 days, or if we agree to reinstate your account and later detect you engaging in these activities (or similar activities), we may cancel your listings and hold any funds in your account for up to 90 days.

Have questions? We can help right away. Contact us (https://sellercentral.amazon.com/cu/contact-us/performance)

Sincerely,
Seller Performance Team
Amazon.com
http://www.amazon.com

THIMES00311