# EXHIBIT 15

## Appeal for the Reinstatement of Selling Privileges | Seller ID A1Q1VKNP5VVQEY

**Avi Eisenberg** <avi@thimessolutions.com>                                    Sun, Jul 1, 2018 at 12:44 PM
To: seller-performance@amazon.com, seller-performance-policy@amazon.com

Account Name: Universal Goods and Sales
Seller ID: A1Q1VKNP5VVQEY
Date: July 1st, 2018

Dear Team,
I am writing on behalf of seller account Universal Goods and Sales, Merchant ID A1Q1VKNP5VVQEY, to appeal the removal of our selling privileges. We received a violation regarding our use of the Amazon API on 06/29/2018.
We would like to communicate the following points to your team in this appeal for reinstatement:
1) We fully understand both the Amazon policies and MWS policies;
2) We are fully committed to practicing the utmost adherence to these policies;
3) Provide your team with the reason this violation occurred; and
4) Present our complete plan of action, which we have implemented within our business to avoid these activities and any other misuse of the Amazon services in the future


ROOT CAUSE OF VIOLATION
The violation that occurred on our account was regarding proper use of the Amazon API. The cause of this activity was due to our former developer, who carried out the violating actions by using a script on our seller account. The reason for this script was to identify hazmat status of ASINs in the catalog.
We chose to identity those particular ASINs solely so we could ensure that our items were properly shipped, prepped and packaged by our team. The data gathered when a script was used in the past to collect the hazmat status of many ASINs has never been used or intended to be used for any reason other than forecasting for our business and cross checking potential safety violations in a preventative manner.
We now acknowledge and understand that although our intentions were not harmful, this practice was still in violation of MWS policy. Our developer utilized the MWS services in a manner that violated the Amazon Conditions of Use as follows:
Conditions of Use: Prohibits any use of data mining, robots, or similar data gathering and extraction tools
Additionally, our former developer was responsible for testing a large volume of ASINs for safety risks and hazmat status. In the past, we addressed this issue with your team and had in fact ceased any actions that may have altered the accuracy of the Amazon platform at least one year ago (shipment creation).
All violating actions regarding shipment eligibility for specific ASINs and all misuse of the Amazon mobile app have been ceased in full approximately 2 weeks prior to this notice of suspension.
REASONS FOR UNINTENTIONAL MISUSE OF AWS
We had always intended to utilize the data provided by the script used by our former developer for strictly our own purposes. These business purposes included:
1) Scaling our business growth into new categories;
2) Ensuring the safety status of all ASINs that were identified as Hazmat;
3) Ensuring safe production, packing, shipping and storing methods of such products
Our former developer had failed to understand how the Amazon platform works, and we failed to ensure that he was properly trained on the Amazon Conditions of Use. As CEO of the company, I acknowledge that this practice may have caused a risk to the buyer experience overall.
CORRECTIVE ACTIONS
I did not fully understand that these changes were in fact 1) in violation of the complex Conditions of Use, 2) potentially harmful to the customer experience; and 3) potentially live in the system. I have fully re-read and can confirm my complete understanding of the MWS Developer Agreement and the Amazon Conditions of Use.
Additionally, as stated previously, I have ensured that the violating actions were immediately ceased. I have implemented the proper actions to avoid any and all MWS misuse moving forward.
Below, you will find our completed plan of action to eliminate this issue and any similar issues upon the successful reinstatement of selling privileges.

PREVENTATIVE MEASURES
We have immediately terminated the developer who had managed this account's MWS activities during the time of the violations
We have immediately ceased the use of MWS services as we work with your team to resolve this issue.
We have removed all the user permissions, and have had our account reviewed by a specialist to ensure it is 100% secure and free of all MWS activity
We have employed the assistance of a specialized team to work with us on site to review our account, ensure 100% compliance of every aspect of our account, and advise our team on compliance issues moving forward.
Our team has been instructed to print and study all of the following documents both individually and as a team. Each staff member has been required to attend a training session so they each are fully aware of the following areas of seller compliance:
Amazon Conditions of Use

THIMES00264

Policies and agreements
Product guidelines
Listing Policies
FBA Regulations
Shipment Creation Policies
MWS Agreement

Assigned a vice principal highly skilled in web development and other technology applicable to our seller account. This VP has been fully trained on how to lead our company and manage our Amazon seller account in case of future issues or absences.

All our existing and new employees have completed Amazon Seller University.

We have hired an e-commerce consulting company who specializes in Amazon account management to come and work with us on site.

As a company, we have chosen to completely eliminate the use of all MWS activity permanently, as we value our privilege to sell on the Amazon marketplace above all else

SUMMARY
This process of overhauling our prior MWS use and implementing new automation free strategies has allowed us to obtain the skills, methods and knowledge sellers need to succeed on the marketplace. We have taken the proper actions to ensure that the reason we were suspended from the marketplace was both fully understood and removed in its entirety. At the same time, we've implemented the proper preventative measures in the case another emergency situation occurs. With this thorough plan of action, we have ensured that only the best buyer experience is delivered to each and every customer.

Thank you very much for your time and understanding.


Kind regards,
Thimes Solutions Inc.
Founder & CEOs; Universal Goods and Sales
(845) 475-8642

THIMES00265