# EXHIBIT 17

RANDOLPH GAW (S.B. #223718)
 rgaw@gawpoe.com
MARK POE (S.B. #223714)
 mpoe@gawpoe.com
VICTOR MENG (S.B. #254102)
 vmeng@gawpoe.com
GAW | POE LLP
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415) 766-7451
Facsimile: (415) 737-0642

MARK SCHLACHET (*pro hac vice*)
 markschlachet@me.com
43 West 43d Street, Suite 220
New York, New York 10036
Telephone: (216) 225-7559
Facsimile: (216) 932-5390

Attorneys for Plaintiff
Thimes Solutions Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| THIMES SOLUTIONS INC.<br><br>           Plaintiffs,<br><br>     v.<br><br>TP-LINK USA CORPORATION, and AUCTION BROTHERS, INC. d/b/a AMAZZIA<br><br>           Defendant. | Case No. 2:19-cv-10374-SB-E<br><br>**THIMES SOLUTIONS INC.'S THIRD SUPPLEMENTAL RESPONSES TO DEFENDANT TP-LINK USA CORPORATION'S FIRST SET OF INTERROGATORIES** |

PROPOUNDING PARTY:    Defendant TP-Link USA Corporation

RESPONDING PARTY:     Plaintiff Thimes Solutions Inc.

SET NO.:              One

1   Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure,
2   Plaintiff Thimes Solutions Inc. hereby issues the following third supplemental
3   responses to Defendant TP-Link USA Corporation's First Set of Interrogatories to
4   Plaintiff, served on June 2, 2022.

## THIRD SUPPLEMENTAL RESPONSES TO INTERROGATORIES
### INTERROGATORY NO. 12:

Describe in detail any concerns, claims, or complaints regarding THIMES or any account run by AVRAHAM EISENBERG, including, but not limited to, intellectual property violations (trademark, patent or copyright), negative customer feedback, account issues (e.g., inadequate product descriptions, insufficient security, or performance evaluations), warnings (including the "Amazon's warning letter" referred to in 5AC ¶ 26 and "single imposter's complaint" referred to in 5AC ¶ 58), suspensions, removals, and expulsions.

### THIRD SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 12:

Amazzia submitted complaints to Amazon, per instruction from TP-Link, via Amazon's Notice Infringement Process on the following dates: January 12, 2018, January 13, 2018, January 14, 2018, January 15, 2018, January 16, 2018, January 17, 2018, January 18, 2018, January 19, 2018, January 20, 2018, January 21, January 26, 2018, February 2, 2018, February 3, 2018, February 4, 2018, February 5, 2018, February 7, 2018, February 10, 2018, February 12, 2018, February 14, 2018, February 21, 2018, February 22, 2018, February 23, 2018, February 24, 2018, February 26, 2018, March 2, 2018, March 3, 2018, March 5, 2018, March 7, 2018, March 8, 2018, March 12, 2018, March 14, 2018, March 15, 2018, March 16, 2018, March 17, 2018, March 19, 2018, March 31, 2018, April 3, 2018, April 4, 2018, April 5, 2018, April 6, 2018, April 7, 2018, April 9, 2018, April 11, 2018, April 12, 2018, April 16, 2018, April 18, 2018, April 20, 2018, April 21, 2018, April 23, 2018, May 4, 2018, May 5, 2018, May 27, 2018, May 28, 2018, May 30, 2018, June 7, 2018, June 11, 2018, June 20, 2018,  June 23, 2018, June 25, 2018, June 27, 2018,

June 28, 2018, July 12, 2018, July 13, 2018, July 14, 2018, July 16, 2018, July 18, 2018, July 19, 2018, July 20, 2018.

Plaintiff also received communications from Amazon on the dates listed below. As the burden of deriving or ascertaining the answer to this Interrogatory will be substantially the same for either party, pursuant to Federal Rule of Civil Procedure 33(d), Plaintiff hereby directs TP-Link to the following communications it received from Amazon:

| Date | Description | Document |
|---|---|---|
| 2017.01.13<br>2017.10.19 | Notice of Intellectual Property Rights Infringement from True Touch | THIMES00316 |
| 2017.06.15 | Amazon request for conference call to discuss case ID 2236789921. Plaintiff addressed the issues and Amazon never mentioned it again. | THIMES458679 |
| 2017.06.26 | Notice of Intellectual Property Rights Infringement from J&L | THIMES00317 |
| 2018.05.03 | Policy Warning from Dr. Seuss. This notice was sent in error, as Thimes had never listed or sold any of the products identified by ASIN in the notice. | THIMES00747 |
| 2018.05.04 | Policy Warning from Apple concerning Complaint ID 5025389951. This notice was sent in error, as Thimes had never listed or sold the product identified by ASIN in the notice. | THIMES00758 |
| 2018.05.05 | Notice from Amazon removing selling privileges. This notice was sent in error, as Thimes had never listed or sold any of the products identified by ASIN in the notice. | THIMES01119 |
| 2018.05.07 | Notice from Amazon removing selling privileges. | THIMES00310 |
| 2018.05.07 | Policy Warning concerning Complaint ID 5032701841. This notice was sent in error, as Thimes had never listed or sold any of the products identified by ASIN in the notice. | THIMES00756 |
| 2018.05.08 | Policy Warning concerning Complaint ID 5035577421. This notice was sent in error, as | THIMES00738 |

| | | |
|---|---|---|
| | Thimes had never listed or sold any of the products identified by ASIN in the notice. | |
| 2018.05.09 | Policy Warning concerning Complaint ID 5039733671. This notice was sent in error, as Thimes had never listed or sold the product identified by ASIN in the notice. | THIMES00732 |
| 2018.05.09 | Policy Warning concerning Complaint ID 5041593911. This notice was sent in error, as Thimes had never listed or sold the product identified by ASIN in the notice. | THIMES00734 |
| 2018.05.09 | Policy Warning from Etude House. This notice was sent in error, as Thimes had never listed or sold any of the products identified by ASIN in the notice. | THIMES00736 |
| 2018.05.10 | Policy Warning concerning Complaint ID 5028597371. This notice was sent in error, as Thimes had never listed or sold any of the products identified by ASIN in the notice. | THIMES00739 |
| 2018.05.11 | Notice of Intellectual Property Rights Infringement from Apple | THIMES00333 |
| 2018.05.31 | Policy Warning concerning Complaint ID 5100703821 | THIMES00330 |
| 2018.06.09 | Policy Warning from Prevagen concerning Complaint ID 5124904881 | THIMES00268 |
| 2018.06.21 | Policy Warning from Prevagen concerning Complaint ID 5144410571 | THIMES00266 |
| 2018.06.23 | Policy Warning from Prevagen concerning Complaint ID 5150645091 | THIMES00280 |
| 2018.06.24 | Notice of Trademark Infringement concerning Complaint ID 5162654761 | THIMES00303 |
| 2018.06.28<br>2018.07.01<br>2018.07.05<br>2018.07.08 | Notice from Amazon removing selling privileges for "use of the Mobile App to extract dangerous goods (hazmat) information." Plaintiff successfully appealed the policy warning it received on June 28, 2018, explaining that its former developer used a script on Plaintiff's seller account to identify the hazardous material status | THIMES00311<br>THIMES00264<br>THIMES180569<br>THIMES180795<br>THIMES00306 |

| | | |
|---|---|---|
| | of products Plaintiff listed on the Amazon Marketplace for "cross checking potential safety violations in a preventative manner." Amazon accepted Plaintiff's appeal and reinstated its account on July 8, 2018. | THIMES180919 |
| 2018.08.03<br>2018.08.05 | Notice from Amazon removing selling privileges. Plaintiff promptly responded to Amazon and provided the information requested, i.e., "[c]opies of invoices or receipts from [its] supplier" and "[c]ontact information for [its] supplier." Plaintiff also provided a Plan of Action. | THIMES01130<br>THIME00604 |
| 2018.08.22<br>2019.06.27 | Policy Warning from 3PM concerning Complaint ID 5304333291. 3PM retracted its complaint against Plaintiff and stated that it "never intended to file an infringement complaint against Thimes." | THIMES00286<br>THIMES00066 |
| 2018.08.27 | Notice from Amazon removing selling privileges. | THIMES00307 |

For all other "concerns, claims, or complaints" regarding Plaintiff, as the burden of deriving or ascertaining the answer to this Interrogatory will be substantially the same for either party, pursuant to Federal Rule of Civil Procedure 33(d), Plaintiff hereby directs TP-Link to the following communications it received from Amazon: THIMES00263, THIMES00268, THIMES00270, THIMES00271, THIMES00272, THIMES00273, THIMES00275, THIMES00276, THIMES00277, THIMES00278, THIMES00279, THIMES00280, THIMES00281, THIMES00282, THIMES00283, THIMES00284, THIMES00285, THIMES00286, THIMES00287, THIMES00288, THIMES00289, THIMES00290, THIMES00291, THIMES00292, THIMES00293, THIMES00294, THIMES00295, THIMES00296, THIMES00297, THIMES00298, THIMES00299, THIMES00300, THIMES00301, THIMES00302, THIMES00303, THIMES00304, THIMES00305, THIMES00308, THIMES00315, THIMES00316, THIMES00318, THIMES00326, THIMES00330, THIMES00333, THIMES00345, THIMES00346, THIMES00347, THIMES00352, THIMES00353, THIMES00354, THIMES00355, THIMES00356, THIMES00358, THIMES00362, THIMES00363, THIMES00364, THIMES00367, THIMES00368, THIMES00370,

| | |
|---|---|
| 1 | THIMES00372, THIMES00374, THIMES00375, THIMES00376, THIMES00379, |
| 2 | THIMES00380, THIMES00381, THIMES00382, THIMES00383, THIMES00384, |
| 3 | THIMES00386, THIMES00387, THIMES00388, THIMES00389, THIMES00390, |
| 4 | THIMES00391, THIMES00392, THIMES00393, THIMES00394, THIMES00395, |
| 5 | THIMES00396, THIMES00397, THIMES00398, THIMES00399, THIMES00401, |
| 6 | THIMES00402, THIMES00403, THIMES00404, THIMES00405, THIMES00407, |
| 7 | THIMES00408, THIMES00409, THIMES00411, THIMES00553, THIMES00561, |
| 8 | THIMES00562, THIMES00567, THIMES00582, THIMES00584, THIMES00587, |
| 9 | THIMES00590, THIMES00591, THIMES00594, THIMES00596, THIMES00598, |
| 10 | THIMES00599, THIMES00602, THIMES00604, THIMES00625, THIMES00631, |
| 11 | THIMES00635, THIMES00639, THIMES00642, THIMES00647, THIMES00654, |
| 12 | THIMES00658, THIMES00660, THIMES00670, THIMES00685, THIMES00689, |
| 13 | THIMES00692, THIMES00698, THIMES00703, THIMES00714, THIMES00717, |
| 14 | THIMES00726, THIMES00728, THIMES00729, THIMES00730, THIMES00731, |
| 15 | THIMES00732, THIMES00733, THIMES00734, THIMES00735, THIMES00736, |
| 16 | THIMES00737, THIMES00738, THIMES00839, THIMES00741, THIMES00742, |
| 17 | THIMES00743, THIMES00744, THIMES00745, THIMES00746, THIMES00747, |
| 18 | THIMES00749, THIMES00750, THIMES00752, THIMES00754, THIMES00755, |
| 19 | THIMES00756, THIMES00757, THIMES00758, THIMES00759, THIMES00762, |
| 20 | THIMES00763, THIMES00768, THIMES00771, THIMES00772, THIMES00773, |
| 21 | THIMES00775, THIMES00776, THIMES00777, THIMES00778, THIMES00779, |
| 22 | THIMES00780, THIMES00781, THIMES00782, THIMES00783, THIMES00786, |
| 23 | THIMES00791, THIMES00798, THIMES00801, THIMES00806, THIMES00815, |
| 24 | THIMES00820, THIMES00824, THIMES00827, THIMES00829, THIMES00838, |
| 25 | THIMES00840, THIMES00845, THIMES00851, THIMES00856, THIMES00865, |
| 26 | THIMES00872, THIMES00876, THIMES00878, THIMES00884, THIMES00887, |
| 27 | THIMES00895, THIMES00897, THIMES00901, THIMES00905, THIMES00913, |
| 28 | THIMES00915, THIMES00922, THIMES00929, THIMES00931, THIMES00936, |

1 THIMES00941, THIMES00943, THIMES00945, THIMES00947, THIMES00956,
2 THIMES00959, THIMES00963, THIMES00968, THIMES00973, THIMES00981,
3 THIMES00991, THIMES01000, THIMES01007, THIMES01014, THIMES01023,
4 THIMES01027, THIMES01033, THIMES01036, THIMES01038, THIMES01040,
5 THIMES01044, THIMES01048, THIMES01051, THIMES01056, THIMES01060,
6 THIMES01064, THIMES01067, THIMES01069, THIMES01071, THIMES01074,
7 THIMES01075, THIMES01076, THIMES01077, THIMES01078, THIMES01079,
8 THIMES01080, THIMES01081, THIMES01082, THIMES01083, THIMES01084,
9 THIMES01085, THIMES01086, THIMES01087, THIMES01089, THIMES01090,
10 THIMES01091, THIMES01092, THIMES01093, THIMES01094, THIMES01095,
11 THIMES01096, THIMES01097, THIMES01098, THIMES01100, THIMES01101,
12 THIMES01102, THIMES01104, THIMES01105, THIMES01106, THIMES01107,
13 THIMES01108, THIMES01109, THIMES01110, THIMES01111, THIMES01113,
14 THIMES01114, THIMES01115, THIMES01117, THIMES01118, THIMES01119,
15 THIMES01121, THIMES01122, THIMES01124, THIMES01125, THIMES01127,
16 THIMES01129, THIMES01130, THIMES01132, THIMES01133, THIMES01134,
17 THIMES01141, THIMES01143, THIMES01145, THIMES01146, THIMES01147,
18 THIMES01151, THIMES01152, THIMES01153, THIMES01154, THIMES01155,
19 THIMES01156, THIMES01157, THIMES01158, THIMES01159, THIMES01205,
20 THIMES01206, THIMES01207, THIMES01208, THIMES01209, THIMES01210,
21 THIMES01212, THIMES01214, THIMES01215, THIMES01217, THIMES01219,
22 THIMES185130, THIMES184844, THIMES184303, THIMES184649,
23 THIMES184717, THIMES186657, THIMES186658, THIMES269197,
24 THIMES456253, THIMES458139, THIMES430044.
25 \\\
26 \\\
27 \\\
28

     Plaintiff will supplement this Interrogatory response as appropriate after discovery is substantially complete.

Dated: August 31, 2022

GAW | POE LLP

By: _____
Randolph Gaw
Attorneys for Plaintiff
Thimes Solutions Inc.

## VERIFICATION

I, Avraham Eisenberg, declare that I am authorized to make this verification on behalf of Plaintiff Thimes Solutions Inc. I have read **THIMES SOLUTIONS INC.'S THIRD SUPPLEMENTAL RESPONSES TO DEFENDANT TP-LINK USA CORPORATION'S FIRST SET OF INTERROGATORIES**, know their contents, and certify that the same are true of my own knowledge, and as to those things of which I do now have personal knowledge, I am informed and believe them to be true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and this verification was executed on August 31, 2022, at San Juan, Puerto Rico.

*Avraham Eisenberg*

# CERTIFICATE OF SERVICE

I am over 18 years of age and not a party to the action. I hereby certify that on August 31, 2022, I served the following document(s) on the parties in the above-entitled action:

**THIMES SOLUTIONS INC.'S THIRD SUPPLEMENTAL RESPONSES TO DEFENDANT TP-LINK USA CORPORATION'S FIRST SET OF INTERROGATORIES**

**Via E-mail:** The document(s) described above were transmitted by electronic mail to the addresses on record for the following parties and their counsel:

| | |
|---|---|
| Heather Auyang<br>Heather.Auyang@ltlattorneys.com<br>Prashanth Chennakesavan<br>Prashanth.Chennakesavan@ltlattorneys.com<br>Patice Gore<br>patice.gore@ltlattorneys.com<br><br>LTL Attorneys LLP<br>600 California St. \| 15th Floor<br>San Francisco, California 94108 | Chris Frost<br>chris@wgfcounsel.com<br>Ashley Morris<br>ashley@wgfcounsel.com<br>Debora Duran<br>debora@wgfcounsel.com<br><br>Weinberg Gonser Frost LLP<br>10866 Wilshire Blvd, Suite 1650<br>Los Angeles, California 90024 |
| Attorneys for Defendant<br>TP Link USA Corporation | Attorneys for Defendant<br>Auction Brothers, Inc. |

I declare under penalty of perjury that the foregoing is a true and correct statement.

Dated: August 31, 2022

Victor Meng