# EXHIBIT 20

RANDOLPH GAW (S.B. #223718)
 rgaw@gawpoe.com
MARK POE (S.B. #223714)
 mpoe@gawpoe.com
VICTOR MENG (S.B. #254102)
 vmeng@gawpoe.com
GAW | POE LLP
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415) 766-7451
Facsimile: (415) 737-0642

MARK SCHLACHET (*pro hac vice*)
 markschlachet@me.com
43 West 43d Street, Suite 220
New York, New York 10036
Telephone: (216) 225-7559
Facsimile: (216) 932-5390

Attorneys for Plaintiff
Thimes Solutions Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| THIMES SOLUTIONS INC.<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>TP-LINK USA CORPORATION, and AUCTION BROTHERS, INC. d/b/a AMAZZIA<br><br>　　　　　Defendant. | Case No. 2:19-cv-10374-SB-E<br><br>**THIMES SOLUTIONS INC.'S RULE 26 INITIAL DISCLOSURES**<br><br>Judge:　Hon. Stanley Blumenfeld, Jr.<br>Trial　　Date: January 9, 2023 |

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, plaintiff Thimes Solutions Inc. makes the following initial disclosures. Thimes reserves the right to amend or supplement these disclosures as necessary.

**I.     WITNESSES WITH DISCOVERABLE INFORMATION**

In addition to each of the individuals identified in the Initial Disclosures of defendants TP-Link USA Corporation and Auction Brothers, Inc. d/b/a Amazzia, Thimes identifies the following individuals as likely to be in possession of discoverable information:

| Name | Subject Matter(s) | Contact Info |
|---|---|---|
| TP-Link USA | • Amazon Brand Protection Agreements between TP-Link USA and Amazzia<br>• Defendants' communications and interactions with each other and Amazon regarding TP-Link USA's wireless router products<br>• Defendants' communications and interactions with Amazon regarding resolution of intellectual property complaints<br>• Defendants' communications and interactions regarding the unauthorized sales of TP-Link USA's wireless router products | Contact through counsel |
| William Fikhman, employee of Amazzia | • Amazon Brand Protection Agreements between TP-Link USA and Amazzia<br>• Defendants' communications and interactions with each other and Amazon regarding TP-Link USA's wireless router products<br>• Defendants' communications and interactions with Amazon regarding resolution of intellectual property complaints<br>• Defendants' communications and interactions regarding the | Contact through counsel |

| | | |
|---|---|---|
| | unauthorized sales of TP-Link USA's wireless router products | |
| Amazon | • Defendants' communications and interactions with Amazon regarding resolution of intellectual property complaints | Contact through counsel |
| Tom Lei, employee of TP-Link USA | • Communications and interactions regarding test buys of Thimes's TP-Link branded wireless router products | Contact through counsel |
| Avi Eisenberg, founder of Thimes Solutions Inc. | • Thimes's sales of TP-Link branded wireless router products<br>• Thimes's damages resulting from expulsion from Amazon | Contact through counsel |

## II. CATEGORIES AND LOCATION OF DOCUMENTS

In addition to each of the categories of documents identified in Defendants' Initial Disclosures, Thimes identifies the following categories and locations of documents:

| Categories | Location |
|---|---|
| • Documents regarding unauthorized sales of TP-Link USA's wireless router products | TP-Link, contact through counsel |
| • Documents regarding TP-Link's decision to use Amazzia to monitor authorized sales of TP-Link USA's wireless router products | TP-Link, contact through counsel<br>Amazzia, contact through counsel |
| • Documents regarding TP-Link's minimum advertised price for TP-Link USA's wireless router products | TP-Link, contact through counsel<br>Amazzia, contact through counsel |
| • Documents regarding the submission and resolution of intellectual property complaints with Amazon | TP-Link, contact through counsel<br>Amazzia, contact through counsel<br>Amazon, contact through counsel |

THIMES INITIAL DISCLOSURES
CASE NO. 2:19-CV-10374-PA-E

### III. COMPUTATION OF DAMAGES

Thimes expects to present its computation of damages through expert witnesses. Without the benefit of consulting with an expert witness, Thimes anticipates provable damages of at least $5,000,000.

### IV. INSURANCE AGREEMENTS

Not applicable.

Dated: June 13, 2022

GAW | POE LLP

By: _____
Randolph Gaw
Attorneys for Plaintiff
Thimes Solutions Inc.

# CERTIFICATE OF SERVICE

I am over 18 years of age and not a party to the action. I hereby certify that on June 13, 2022, I served the following document(s) on the parties in the above-entitled action:

**THIMES SOLUTIONS INC.'S RULE 26 INITIAL DISCLOSURES**

**Via E-mail:** The document(s) described above were transmitted by electronic mail to the addresses on record for the following parties and their counsel:

| | |
|---|---|
| Heather Auyang<br>Heather.Auyang@ltlattorneys.com<br>Prashanth Chennakesavan<br>Prashanth.Chennakesavan@ltlattorneys.com<br>Patice Gore<br>patice.gore@ltlattorneys.com<br><br>LTL Attorneys LLP<br>600 California St. \| 15th Floor<br>San Francisco, California 94108 | Joshua A. Waldman<br>jwaldman@bkcglaw.com<br>M. Michelle Rohani<br>mrohani@bkcglaw.com<br><br><br><br>Burkhalter Kessler Clement &<br>George LLP<br>2020 Main Street, Suite 600<br>Irvine, CA 92614 |
| Attorneys for Defendant<br>TP Link USA Corporation | Attorneys for Defendant<br>Auction Brothers, Inc. |

I declare under penalty of perjury that the foregoing is a true and correct statement.

Dated: June 13, 2022

_____
Victor Meng