DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 21