LTL ATTORNEYS LLP
Joe H. Tuffaha (SBN 253723)
  joe.tuffaha@ltlattorneys.com
Prashanth Chennakesavan (SBN 284022)
  prashanth.chennakesavan@ltlattorneys.com
Heather F. Auyang (SBN 191776)
  heather.auyang@ltlattorneys.com
Patice A. Gore (SBN 258776)
  patice.gore@ltlattorneys.com
300 South Grand Ave., 14th Floor
Los Angeles, CA 90071
Tel:  (213) 612-8900
Fax:  (213) 612-3773

Attorneys for Defendant and
Counterclaimant TP-Link USA Corporation

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| THIMES SOLUTIONS INC., | CASE NO.: 2:19-cv-10374-SB-E |
| Plaintiff, | **SUPPLEMENTAL DECLARATION OF HEATHER F. AUYANG IN SUPPORT OF TP-LINK'S MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT** |
| v. | |
| TP-LINK USA CORPORATION, and AUCTION BROTHERS, INC. d/b/a AMAZZIA, | Judge: Hon. Stanley Blumenfeld, Jr. |
| Defendants. | Date:      Friday Oct. 7, 2022<br>Time:      8:30 a.m.<br>Courtroom:  6C |
| | Complaint Filed:      May 29, 2019<br>Amended 5th Amended<br>Complaint Filed:      May 27, 2022<br>Trial Date:      Jan. 9, 2023 |

1
2
3
4   TP-LINK USA CORPORATION,
5            Counterclaimant,
6
7        v.
8   THIMES SOLUTIONS INC.,
9            Counter-Defendant.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SUPPLEMENTAL AUYANG DECLARATION ISO TP-LINK USA'S MOTION FOR SUMMARY JUDGMENT

**SUPPLEMENTAL DECLARATION OF HEATHER F. AUYANG**

I, Heather F. Auyang, hereby declare and state as follows:

1.     I submit this Supplemental Declaration in support of TP-Link's Motion for Summary Judgment or Partial Summary Judgment. I am an attorney admitted to practice before this Court and am a partner with LTL Attorneys LLP, counsel of record for Defendant and Counterclaimant TP-Link USA Corporation in the above-captioned case. I submit this Declaration based upon my personal knowledge, and if called as a witness could and would testify to the matters set forth.

2.     Attached hereto as **Exhibit A** is a true and correct copy of Bates Nos. THIMES183195-THIMES183196, which shows Amazon discontinued the Vendor Express program on 5/21/2018.

3.     Attached hereto as **Exhibit B** is a true and correct copy of Bates Nos. THIMES180652-THIMES180653, which is a 9/9/2018 email from Avraham Eisenberg (Thimes's sole proprietor) to Jeff Bezos.

4.     On 8/3/2018, Amazon notified Thimes that "Your amazon.com selling privileges have been removed" based on "concerns about the authenticity of the items sold at the end of this email [] ASIN: B0097BEG1C [Apple EarPods], B073TLKQB9 [Samsung charging cable], B00OQLMJR6 [Samsung battery], B07DMSK4R9 [Apple EarPods]," emphasizing that "[t]he sale of counterfeit products on Amazon is strictly prohibited." (JAF 43-44). I searched Thimes's Fulfilment by Amazon sales in an Excel produced by Thimes and found in the Joint Appendix of Evidence as "Eisenberg Ex. 45 - THIMES00256 - All FBA Sales." As extracted from Ex. 45 for the four ASINs listed in Amazon's 8/3/2018 notice:

- ASIN B0097BEG1C is listed as "Apple MD827LL/A EarPods with Remote and Mic - ***Standard Packaging*** – White";

- ASIN B073TLKQB9 is listed as "Samsung Fast Charger EP-TA20JBE and USB Type C Cable EP-DG950CBE for Galaxy S8";

SUPPLEMENTAL AUYANG DECLARATION ISO TP-LINK USA'S MOTION FOR SUMMARY JUDGMENT

- ASIN B00OQLMJR6 is listed as "**New Original** Samsung Galaxy Note 4 IV Battery for BN910BB SM-N910 N910A N910T - **Retail Packaging**"; and

- ASIN B07DMSK4R9 is listed as "Apple EarPods In-Ear Earbuds with Mic and Remote Earbud Headphones iPhone iOS, White **in original factory packing with Apple logo.**"

5.      "Eisenberg Ex. 45 - THIMES00256 - All FBA Sales" shows that Thimes sold 47,211 total units of these four counterfeit Apple and Samsung products, which constituted appx. 29% of Thimes's total sales.

6.      On June 2, 2022, TP-Link propounded discovery seeking all "concerns, claims or complaints" regarding Thimes's Amazon account (Interrogatory No. 12 and RFP No. 2), all documents and communications with Amazon concerning Thimes's account (RFP No. 10), and all documents and communications about TP-Link (RFP No. 1). Attached hereto as **Exhibit C** are true and correct copies of TP-Link's First Set of Interrogatories to Thimes (Interrogatory No. 12) and TP-Link's First Set of Document Requests to Thimes (RFP Nos. 1, 2, and 10), served on June 2, 2022.

**Interrogatory No. 12** requests: Describe in detail any concerns, claims, or complaints regarding THIMES or any account run by AVRAHAM EISENBERG, including, but not limited to, intellectual property violations (trademark, patent or copyright), negative customer feedback, account issues (e.g., inadequate product descriptions, insufficient security, or performance evaluations), warnings (including the "Amazon's warning letter" referred to in 5AC ¶ 26 and "single imposter's complaint" referred to in 5AC ¶ 58), suspensions, removals, and expulsions.

**RFP No. 1** requests: All DOCUMENTS and COMMUNICATIONS CONCERNING TP-LINK USA, including TP-Link products.

**RFP No. 2** requests: All DOCUMENTS and COMMUNICATIONS related to any concerns, claims, or complaints regarding THIMES or any account run by AVRAHAM EISENBERG, including, but not limited to, intellectual property

violations (trademark, patent, or copyright), negative customer feedback, account issues (e.g., inadequate product descriptions, insufficient security, or performance evaluations), warnings (including the "Amazon's warning letter" referred to in 5AC ¶ 26 and "single imposter's complaint" referred to in 5AC ¶ 58), suspensions, removals, and expulsions.

**RFP No. 10** requests: All DOCUMENTS and COMMUNICATIONS with AMAZON CONCERNING THIMES's account, including, but not limited to, the signed Amazon's standard Business Solutions Agreement (referred to in ¶ 6 of the 5AC), "appeal" (referred to in ¶ 45 of the 5AC: "Plaintiff appealed and got reinstated from the May 7th suspension."), and "administrative options" (referred to in ¶ 51 of the 5AC: "Plaintiff exhausted all possible administrative options at Amazon, including appellate procedures.").

7.     Thimes's refusal to cooperate in the discovery process, including its refusal to produce documents kept in the usual course of business, forced TP-Link to move to compel. *See* ECF Nos. 201, 206.

8.     On 8/16/2022, Magistrate Judge Eick granted TP-Link's motion to compel, including for these discovery requests, and ordered supplemental responses and the production of all responsive documents by 8/31/2022. ECF No. 207 at 2-3. For Interrogatory No. 12 and RFP No. 2, the Court's Order: "Granted, limited to 'concerns, claims or complaints regarding' Plaintiff," but unconditionally granted for RFP Nos. 1 and 10. *Id*. The Court also ordered for any documents withheld under the claim of attorney-client privilege or the work product doctrine that such documents must be identified with particularity on a privilege log served on or before 8/31/2022. *Id*. at 3. The Court noted that "the discovery thus far provided by [Thimes] in response to many of the subject discovery requests appears to have been ***seriously insufficient***, ***as well as untimely***." *Id*. at 1 (emphasis added). Attached hereto as **Exhibit D** is a true and correct copy of the Court's 8/16 Discovery Order (ECF No. 207).

9.     TP-Link served on Thimes its portion of its summary motion on

8/22/2022.

10.    On 8/31/2022, Thimes produced approximately 200,000 documents. Thimes did not produce any documents about the Vendor Express program until 8/31/2022.

11.    On 8/31/2022, Thimes served its *third* supplemental response to Interrogatory No. 12, which lists over 300 "concerns, claims, or complaints" regarding Thimes's account with Amazon. Attached hereto as **Exhibit E** is a true and correct copy of Thimes's *third* supplemental response to Interrogatory No. 12.

12.    On 8/31/2022, Thimes served its 195-page privilege log, which Thimes produced as a PDF and is not in chronological order making it more difficult to review. Most (if not all) of the entries generically state "Discussion of litigation strategy, case developments, and/or factual issues relating to litigation." Attached hereto as **Exhibit F** are true and correct copies of excerpts from Thimes's privilege log corresponding to the entries in the Table below in Paragraph 16.

13.    Responsive to RFP Nos. 2 and 10, TP-Link discovered on 9/1/2022 that Thimes had intentionally concealed it had filed an arbitration proceeding against Amazon about its account termination and expulsion and received a decision. That evening, I sent a meet and confer email to Thimes's counsel asking whether the Amazon arbitration decision and any related documents had been produced.[1]

14.    On 9/5/2022, Thimes served its portion in opposition to TP-Link's motion for summary judgment.

15.    After emails traded back and forth between counsel, on 9/6/2022 the parties held a telephonic meet and confer about Thimes's deficient discovery responses. Randolph Gaw and Victor Meng participated on behalf of Thimes, and I was on the call representing TP-Link. When I questioned Gaw concerning his knowledge about the Amazon arbitration, he stated to the effect that he did not know

---

[1] This email thread was filed under seal.  *See* ECF No. 230-21.

SUPPLEMENTAL AUYANG DECLARATION ISO TP-LINK USA'S MOTION FOR SUMMARY JUDGMENT

much about the arbitration because his firm did not handle, rather Mark Berkowitz, Esq. represented Thimes in the arbitration, and was not sure if there was a final award suggesting that perhaps Thimes and Amazon had settled outside the context of the arbitration making the decision even less relevant. However, Thimes's privilege log show that Thimes's counsel's representations were disingenuous.

16.     During the 9/6/2022 meet and confer, Gaw stated that he prepared the 195-page privilege log. It appears from Thimes's privilege log that Avraham Eisenberg (Thimes's sole proprietor) was in discussions with his arbitration counsel as early as late April 2019 (before this case was filed), and the arbitration likely commenced at the latest in September 2019, with a final award in November 2020. There are approximately 214 emails in which Berkowitz was the recipient, sender, or copied. The privilege log also shows that Berkowitz was in communication with Thimes's litigation counsel Gaw, Mark Poe, and Meng (which included Eisenberg) as indicated in the Table below. Thimes's privilege log also shows that Eisenberg sent a copy of the **arbitration** "**final award**" to Gaw and Meng on 11/19/2020.

| Dates | Privilege Log Description | From/To | Bates Nos. |
|---|---|---|---|
| 4/25/2019 - 4/29/2019 | "Discussion of litigation strategy, case developments, and/or factual issues relating to litigation." | Emails between Eisenberg and Berkowitz | THIMES201144 THIMES201146 THIMES201148 THIMES201150 THIMES201157 THIMES201160 THIMES201165 THIMES201168 THIMES201169 THIMES201171 THIMES201172 THIMES201173 THIMES201175 THIMES206196 |
| 10/4/2019 | "Discussion of litigation strategy, case developments, and/or factual issues relating | Email from Berkowitz to Eisenberg | THIMES203341- THIMES203342 |

| | | | |
|---|---|---|---|
| | to litigation," with attachment "2019.10.04 ***Amazon's Answer and Counterclaims.pdf***." | | |
| 1/10/2020 | "Discussion of litigation strategy, case developments, and/or factual issues relating to litigation," with attachment "***Thimes Solutions v. Amazon – Amazon's Discovery Requests draft.docx***." | Email from Eisenberg to Berkowitz | THIMES203868-THIMES203870 |
| 1/14/2020 | "Discussion of litigation strategy, case developments, and/or factual issues relating to litigation," with attachment "***Claimant's Objections and Responses to Amazon's Discovery Requests.docx***." | Email from Berkowitz to Eisenberg | THIMES203921-THIMES203923 |
| 5/4/2020 | "Discussion of litigation strategy, case developments, and/or factual issues relating to litigation," with attachment "***AAA Thimes v. Amazon Scheduling Order No. 3 5-1-20.docx***" | Email from Berkowitz to Eisenberg | THIMES206250-THIMES206253 |
| 6/17/2020 | "Discussion of litigation strategy, case developments, and/or factual issues relating to litigation," with attachment "6-9-20 Rough2.txt." | Email from Berkowitz to Eisenberg | THIMES207158-THIMES207159 |
| 6/22/2020 | "Discussion of litigation strategy, case developments, and/or factual issues relating | Email from Berkowitz to Eisenberg | THIMES207725-THIMES207727 |

SUPPLEMENTAL AUYANG DECLARATION ISO TP-LINK USA'S MOTION FOR SUMMARY JUDGMENT

| | | | | |
|---|---|---|---|---|
| | | to litigation," with an attachment "Eisenberg Avraham 06.09.20.pdf" | | |
| | 7/13/2020 | "Discussion of litigation strategy, case developments, and/or factual issues relating to litigation," with an attachment "*Outline for Eisenberg Direct.docx.*" | Email from Berkowitz to Eisenberg | THIMES208982-THIMES208983 |
| | 7/21/2020 | "Discussion of litigation strategy, case developments, and/or factual issues relating to litigation." | Email from ***Gaw*** to Eisenberg and ***Berkowitz***, cc'ing ***Poe*** and ***Meng*** | THIMES209082 |
| | 7/21/2020 | "Discussion of litigation strategy, case developments, and/or factual issues relating to litigation." | Email from Eisenberg ***to Gaw*** and ***Berkowitz*** | THIMES209081 |
| | 9/25/2020 | "Discussion of litigation strategy, case developments, and/or factual issues relating to litigation," with attachment "***2019-08-15 Thimes Solutions First Amended Arbitration Demand.pdf.***" | Email from Berkowitz to Eisenberg | THIMES209570-THIMES209571 |
| | 11/19/2020 | "Discussion of litigation strategy, case developments, and/or factual issues relating to litigation," with an attachment "***final award.pdf***." | Email from Eisenberg to ***Gaw***, copying Mark ***Schlachet***, ***Poe*** and ***Meng*** | THIMES209864-THIMES209870 |

SUPPLEMENTAL AUYANG DECLARATION ISO TP-LINK USA'S MOTION FOR SUMMARY JUDGMENT



I declare under penalty of perjury that the foregoing is true and correct.  Executed September 23, 2022 in Mill Valley, California.

By:  */s/ Heather F. Auyang*

SUPPLEMENTAL AUYANG DECLARATION ISO TP-LINK USA'S MOTION FOR SUMMARY JUDGMENT