# EXHIBIT A

# Take action: Run Sponsored Products ads on Seller Central

**From: Amazon Marketing Services <no-reply@a10.amazon.com>**   Thu, May 31, 2018 at 5:18 PM EDT (GMT-04:00)
To: <avi@thimessolutions.com>



If you used Vendor Express to access to your Amazon Marketing Services (sign-in required) account, your access will be changing as Vendor Express stopped accepting purchase orders on May 21, 2018.

While you will still have access to some AMS features, we recommend getting started with a Seller Central account or using your existing Seller Central account to manage your Sponsored Products campaigns moving forward. Seller Central is Amazon's portal for sellers to create listings, manage orders, and communicate with customers.

**FAQs:**

**1. Can I continue using my AMS account associated with my Vendor Express account?**

You can continue using your AMS account, but some features will no longer be available.

Your AMS account will remain active, and your Amazon Stores, Headline Search Ads, and Product Display Ads campaigns associated with your Vendor Express account will continue running. You can access these campaigns and create new ones by signing into AMS directly.

However, the following features will no longer be available in your AMS account:

- Sponsored Products
- Deduct from Payment as a payment method. If you use Deduct from Payment to pay for your advertising today, you will need to select a different payment method.
- Add a Brand

**2. How can I continue to run Sponsored Products campaigns?**

You can relaunch and manage your Sponsored Products campaigns using your Seller Central account. You can also create Headline Search Ads campaigns and an Amazon Store through Seller Central. Learn more in Seller Central (sign-in required).

**3. How can I learn more about advertising through Seller Central?**

Visit Seller University (sign-in required) for a series of short videos on getting started with advertising and optimizing your campaigns.

**4. How can I sign up for a Seller Central account?**

Get started with Seller Central and create an account today here



© 2018 Amazon.com, Inc. or its affiliates. All rights reserved. Amazon, Amazon Marketing Services, Amazon.com, and the Amazon logo are registered trademarks of Amazon.com, Inc. or its affiliates. Amazon.com, 410 Terry Avenue, Seattle, WA 98109-5210.

THIMES183195

If you'd rather not receive future emails of this sort from Amazon Marketing Services, please unsubscribe.

THIMES183196