# EXHIBIT B

## \<no subject\>

| | |
|---|---|
| From: Avi Eisenberg <avi@thimessolutions.com> | Sun, Sep 9, 2018 at 9:45 PM EDT (GMT-04:00) |
| To: <jeff@amazon.com> | |

Dear Jeff:

My account was blocked and appeals not properly responded to or entirely ignored. We have previously sent invoices that covered the entire quantity of all ASINs in question, proving authenticity. Out of over 50,000 units sold of the ASINs referenced, we have less than 300 returns claiming Not As Described or similar return reasons such as Defective (see attached spreadsheet). This is a normal rate (about half a percent) and well within allowable metrics.

Additionally, many units were added to our inventory by Amazon, which we did not source, and which Amazon needs to take responsibility for. I have previously sent a list of such units for one ASIN in a POA on Jul 24, which was ignored. And, many units were added to our inventory from customer returns, and processed as "sellable" despite the customer clearly indicating that they opened it. We contacted Amazon many times asking for these practices to be stopped but they were not. Any units that resulted from these processes are therefore Amazon's sole responsibility.

We demand the following:

1. The illegal, fraudulent blocking of our account be reversed immediately. We are being told that our password is wrong as a ploy to avoid letting us log in to our account, which is not true and is clearly fraudulent.

2. An immediate disbursement of the approximately $81,000 that were held illegally. The Business Agreement (section 2) says you may only hold an amount of funds to cover anticipated refunds/chargebacks/etc, this is well in excess of the amount needed to cover our historical return rate.

3. An immediate payment for $1,100,000. This is the list value of all stolen inventory plus inbound inventory as of the latest time we had access to inventory reports.

4. Reinstate access to all inventory and payment reports to reconcile any remaining missing inventory and incorrect fees.

The above is the bare minimum you are legally required to release.

In addition, we believe that our selling privileges should be reinstated in light of the following facts:

1. We have proven authenticity for all units sold that were questioned. As detailed above and in prior emails, there were multiple errors on Amazon's end that led to issues.
2. Multiple companies have abused their reporting privileges and committed perjury while accusing us of counterfeiting - we have submitted evidence of TP-link, Prevagen, and others doing this on multiple occasions. As such, any complaints should have been looked into more carefully before taking action with this history of false complaints.
3. Despite not being required to do so by policy, we have voluntarily dropped all our suppliers that are not verifiable with websites. We believe that otherwise valid invoices weren't accepted because the supplier did not have a verifiable website, and have stopped purchasing from such suppliers.
4. We have also ensured all our suppliers going forward are authorized distributors. This will undoutably ensure there are no future authenticity concerns.
5. Our overall refund rate is extremely low - with over 200,000 units sold we have about a 2% refund rate, showing that the vast majority of our customers remain satisfied.
6. We are a unique asset to the Amazon platform - we are the only seller on many of the products we sell, and letting us sell those products improves the customer experience

We hope this gets addressed with the urgency and seriousness it deserves. I have had to email multiple times about this very same issue (locking accounts improperly and lying about it), going back over two years. These fraudulent practices should have been stopped years ago.

## Attachments

- Screenshot from 2018-09-09 20-39-02.png

| | |
|---|---|
| From: | Avi Eisenberg |
| Sent: | Sunday, September 9, 2018 6:45 PM PDT |
| To: | jeff@amazon.com |
| Subject: | |
| Attachments: | Screenshot from 2018-09-09 20-39-02.png |

Dear Jeff:

My account was blocked and appeals not properly responded to or entirely ignored. We have previously sent invoices that covered the entire quantity of all ASINs in question, proving authenticity. Out of over 50,000 units sold of the ASINs referenced, we have less than 300 returns claiming Not As Described or similar return reasons such as Defective (see attached spreadsheet). This is a normal rate (about half a percent) and well within allowable metrics.

Additionally, many units were added to our inventory by Amazon, which we did not source, and which Amazon needs to take responsibility for. I have previously sent a list of such units for one ASIN in a POA on Jul 24, which was ignored. And, many units were added to our inventory from customer returns, and processed as "sellable" despite the customer clearly indicating that they opened it. We contacted Amazon many times asking for these practices to be stopped but they were not. Any units that resulted from these processes are therefore Amazon's sole responsibility.

We demand the following:

1. The illegal, fraudulent blocking of our account be reversed immediately. We are being told that our password is wrong as a ploy to avoid letting us log in to our account, which is not true and is clearly fraudulent.

2. An immediate disbursement of the approximately $81,000 that were held illegally. The Business Agreement (section 2) says you may only hold an amount of funds to cover anticipated refunds/chargebacks/etc, this is well in excess of the amount needed to cover our historical return rate.

3. An immediate payment for $1,100,000. This is the list value of all stolen inventory plus inbound inventory as of the latest time we had access to inventory reports.

4. Reinstate access to all inventory and payment reports to reconcile any remaining missing inventory and incorrect fees.

The above is the bare minimum you are legally required to release.

In addition, we believe that our selling privileges should be reinstated in light of the following facts:

1. We have proven authenticity for all units sold that were questioned. As detailed above and in prior emails, there were multiple errors on Amazon's end that led to issues.

2. Multiple companies have abused their reporting privileges and committed perjury while accusing us of counterfeiting - we have submitted evidence of TP-link, Prevagen, and others doing this on multiple occasions. As such, any complaints should have been looked into more carefully before taking action with this history of false complaints.
3. Despite not being required to do so by policy, we have voluntarily dropped all our suppliers that are not verifiable with websites. We believe that otherwise valid invoices weren't accepted because the supplier did not have a verifiable website, and have stopped purchasing from such suppliers.
4. We have also ensured all our suppliers going forward are authorized distributors. This will undoutably ensure there are no future authenticity concerns.
5. Our overall refund rate is extremely low - with over 200,000 units sold we have about a 2% refund rate, showing that the vast majority of our customers remain satisfied.
6. We are a unique asset to the Amazon platform - we are the only seller on many of the products we sell, and letting us sell those products improves the customer experience

We hope this gets addressed with the urgency and seriousness it deserves. I have had to email multiple times about this very same issue (locking accounts improperly and lying about it), going back over two years. These fraudulent practices should have been stopped years ago.

| COUNTA of ASIN | Reason | | | | | | |
|---|---|---|---|---|---|---|---|
| ASIN | | | | | | | |
| B0097BEG1C | 4 | 159 | 8 | 33 | | 8 | 212 |
| B00OQLMJR6 | | 51 | | 4 | 1 | | 56 |
| B073TLKQB9 | | 18 | | 1 | | | 19 |
| Grand Total | 4 | 228 | 8 | 38 | 1 | 8 | 287 |

THIMES180653

| COUNTA of ASIN | Reason | | | | | | |
|---|---|---|---|---|---|---|---|
| ASIN | Damaged/Defective after arrival | Defective | Missing items or accessories | Not as described on website | Performance/Quality | Wrong item shipped | Grand Total |
| B0097BEG1C | 4 | 159 | 8 | 33 | | 8 | 212 |
| B00OQLMJR6 | | 51 | | 4 | 1 | | 56 |
| B073TLKQB9 | | 18 | | 1 | | | 19 |
| **Grand Total** | 4 | 228 | 8 | 38 | 1 | 8 | 287 |