LTL ATTORNEYS LLP
Joe H. Tuffaha (SBN 253723)
  joe.tuffaha@ltlattorneys.com
Prashanth Chennakesavan (SBN 284022)
  prashanth.chennakesavan@ltlattorneys.com
Heather F. Auyang (SBN 191776)
  heather.auyang@ltlattorneys.com
Patice A. Gore (SBN 258776)
  patice.gore@ltlattorneys.com
300 South Grand Ave., 14th Floor
Los Angeles, CA 90071
Tel: (213) 612-8900
Fax: (213) 612-3773

Attorneys for Defendant and
Counterclaimant TP-Link USA Corporation

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| THIMES SOLUTIONS INC., <br><br> Plaintiff, <br><br> v. <br><br> TP-LINK USA CORPORATION, and AUCTION BROTHERS, INC. d/b/a AMAZZIA, <br><br> Defendants. | CASE NO.: 2:19-cv-10374-SB-E <br><br> **DISCOVERY MATTER** <br><br> **TP-LINK USA'S APPLICATION FOR LEAVE TO FILE UNDER SEAL CERTAIN PORTIONS OF TP-LINK USA'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF ITS MOTION FOR TERMINATING, OR IN THE ALTERNATIVE ISSUE SANCTIONS, MOTION TO COMPEL RESPONSES TO DISCOVERY, AND REQUEST FOR MONETARY SANCTIONS** |

|   |   |   |
|---|---|---|
| TP-LINK USA CORPORATION, | Discovery Cutoff: | Sept. 30, 2022 |
| Counterclaimant, | Pretrial Conference: | Dec. 30, 2022 |
| v. | Trial Date: | Jan. 9, 2023 |
| THIMES SOLUTIONS INC., | Complaint Filed: | May 29, 2019 |
| Counter-Defendant. | Am. 5th Am. Com. Filed: | May 27, 2022 |

Pursuant to Local Rule 79-5.2.2, Defendant and Counterclaimant TP-Link USA Corporation ("TP-Link") files this Application for Leave to File Under Seal the following documents:

- Portions of TP-Link USA's Supplemental Memorandum in Support of its Motion for Terminating, or in the Alternative Issue Sanctions, Motion to Compel Responses to Discovery, and Request for Monetary Sanctions (the "Supplemental Memorandum"); and
- Portions of the Supplemental Declaration of Heather F. Auyang in Support of TP-Link's Supplemental Memorandum (the "Supplemental Auyang Declaration").

As described in the Sealed Declaration of Heather F. Auyang accompanying this Application for Leave to File Under Seal, the materials sought to be filed under seal have been designated by Thimes Solutions Inc. ("Thimes") as "CONFIDENTIAL" under the protective order governing this litigation, or contain information derived from such confidential materials. The information that TP-Link seeks to seal is narrowly tailored to what has been so designated by Thimes.

Date: September 27, 2022

LTL ATTORNEYS LLP

By: */s/ Heather F. Auyang*
Joe H. Tuffaha
Prashanth Chennakesavan
Heather F. Auyang
Patice A. Gore

Counsel for Defendant and Counterclaimant
TP-Link USA Corporation