UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| THIMES SOLUTIONS INC., <br><br> Plaintiff, <br><br> v. <br><br> TP-LINK USA CORPORATION, and AUCTION BROTHERS, INC. d/b/a AMAZZIA, <br><br> Defendants. | CASE NO.: 2:19-cv-10374-SB-E <br><br> **[PROPOSED] ORDER GRANTING TP-LINK USA'S APPLICATION FOR LEAVE TO FILE UNDER SEAL CERTAIN PORTIONS OF ITS SUPPLEMENTAL MEMORANDUM IN SUPPORT OF ITS MOTION FOR TERMINATING, OR IN THE ALTERNATIVE ISSUE SANCTIONS, MOTION TO COMPEL RESPONSES TO DISCOVERY, AND REQUEST FOR MONETARY SANCTIONS** |
| TP-LINK USA CORPORATION, <br><br> Counterclaimant, <br><br> v. <br><br> THIMES SOLUTIONS INC., | |

No. 2:19-cv-10374-SB-E

1  | Counter-Defendant.
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

      Having considered the Application for Leave to File Under Seal filed by Defendant and Counterclaimant TP-Link USA Corporation ("TP-Link") in this action, the Court GRANTS the Application.

      IT IS HEREBY ORDERED that the following documents be filed under seal:

- Portions of TP-Link USA's Supplemental Memorandum in Support of its Motion for Terminating, or in the Alternative Issue Sanctions, Motion to Compel Responses to Discovery, and Request for Monetary Sanctions (the "Supplemental Memorandum"); and
- Portions of the Supplemental Declaration of Heather F. Auyang in Support of TP-Link's Supplemental Memorandum (the "Supplemental Auyang Declaration").

IT IS SO ORDERED.

_____
Hon. Charles F. Eick
United States Magistrate Judge