LTL ATTORNEYS LLP
Joe H. Tuffaha (SBN 253723)
   joe.tuffaha@ltlattorneys.com
Prashanth Chennakesavan (SBN 284022)
   prashanth.chennakesavan@ltlattorneys.com
Heather F. Auyang (SBN 191776)
   heather.auyang@ltlattorneys.com
Patice A. Gore (SBN 258776)
   patice.gore@ltlattorneys.com
300 South Grand Ave., 14th Floor
Los Angeles, CA 90071
Tel:  (213) 612-8900
Fax:  (213) 612-3773

Attorneys for Defendant and
Counterclaimant TP-Link USA Corporation

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| THIMES SOLUTIONS INC., <br><br> Plaintiff, <br><br> v. <br><br> TP-LINK USA CORPORATION, and AUCTION BROTHERS, INC. d/b/a AMAZZIA, <br><br> Defendants. | CASE NO.: 2:19-cv-10374-SB-E <br><br> **DISCOVERY MATTER** <br><br> **SUPPLEMENTAL DECLARATION OF HEATHER F. AUYANG IN SUPPORT OF TP-LINK'S MOTION FOR TERMINATING, OR IN THE ALTERNATIVE ISSUE SANCTIONS, MOTION TO COMPEL RESPONSES TO DISCOVERY, AND REQUEST FOR MONETARY SANCTIONS** <br><br> Date:       Oct. 14, 2022 <br> Time:      9:30 a.m. <br> Courtroom: 750, 7th Floor <br><br> Discovery Cutoff:       Sept. 30, 2022 <br> Pretrial Conference:   Dec. 30, 2022 |

No. 2:19-cv-10374-SB-E
SUPPLEMENTAL AUYANG DECLARATION ISO TP-LINK USA'S MOTION FOR SANCTIONS

| | |
|---|---|
| | Trial Date: Jan. 9, 2023 |
| | Complaint Filed: May 29, 2019 |
| | Am. 5th Am. Com. Filed: May 27, 2022 |

TP-LINK USA CORPORATION,

Counterclaimant,

v.

THIMES SOLUTIONS INC.,

Counter-Defendant.

**SUPPLEMENTAL DECLARATION OF HEATHER F. AUYANG**

I, Heather F. Auyang, hereby declare and state as follows:

1. I submit this Supplemental Declaration in support of TP-Link's Motion for Terminating, or in the Alternative Issue Sanctions, Motion to Compel Responses to Discovery, and Request for Monetary Sanctions. I am an attorney admitted to practice before this Court and am a partner with LTL Attorneys LLP, counsel of record for Defendant and Counterclaimant TP-Link USA Corporation in the above-captioned case. I submit this Declaration based upon my personal knowledge, and if called as a witness could and would testify to the matters set forth.

2. On 8/31/2022, Thimes served its 195-page privilege log, which Thimes produced as a PDF and is not in chronological order making it more difficult to review. Most (if not all) of the entries generically state "Discussion of litigation strategy, case developments, and/or factual issues relating to litigation." Attached hereto as **Exhibit A** are true and correct copies of excerpts from Thimes's privilege log corresponding to the entries in the Table below in Paragraph 4.

3. After emails traded back and forth between counsel, on 9/6/2022 the parties held a telephonic meet and confer about Thimes's deficient discovery responses. Randolph Gaw and Victor Meng participated on behalf of Thimes, and I was on the call representing TP-Link. When I questioned Gaw concerning his knowledge about the

# REDACTED

However, Thimes's privilege log show that Thimes's counsel's representations were disingenuous.

4. During the 9/6/2022 meet and confer, Gaw stated that he prepared the 195-page privilege log. It appears from Thimes's privilege log that Avraham Eisenberg (Thimes's sole proprietor) was in discussions with his arbitration counsel as early as

SUPPLEMENTAL AUYANG DECLARATION ISO TP-LINK USA'S MOTION FOR SANCTIONS

late April 2019 (before this case was filed), and the arbitration likely commenced at the latest in September 2019, with a final award in November 2020. There are approximately 214 emails in which Berkowitz was the recipient, sender, or copied. The privilege log also shows that Berkowitz was in communication with Thimes's litigation counsel Randolph Gaw, Mark Poe, and Victor Meng (which included Eisenberg) as indicated in the Table below. Thimes's privilege log also shows that Eisenberg sent a copy of the **arbitration** "**final award**" to Thimes's litigation counsel Randolph Gaw, Mark Schlachet, Mark Poe, and Victor Meng on 11/19/2020.

| Dates | Privilege Log Description | From/To | Bates Nos. |
|---|---|---|---|
| 4/25/2019 - 4/29/2019 | "Discussion of litigation strategy, case developments, and/or factual issues relating to litigation." | Emails between Eisenberg and Berkowitz | THIMES201144 THIMES201146 THIMES201148 THIMES201150 THIMES201157 THIMES201160 THIMES201165 THIMES201168 THIMES201169 THIMES201171 THIMES201172 THIMES201173 THIMES201175 THIMES206196 |
| 10/4/2019 | "Discussion of litigation strategy, case developments, and/or factual issues relating to litigation," with attachment "2019.10.04 *Amazon's Answer and Counterclaims.pdf*." | Email from Berkowitz to Eisenberg | THIMES203341- THIMES203342 |
| 1/10/2020 | "Discussion of litigation strategy, case developments, and/or factual issues relating to litigation," with attachment "***Thimes*** | Email from Eisenberg to Berkowitz | THIMES203868- THIMES203870 |

| | | | | |
|---|---|---|---|---|
| | | *Solutions v. Amazon – Amazon's Discovery Requests draft.docx*." | | |
| | 1/14/2020 | "Discussion of litigation strategy, case developments, and/or factual issues relating to litigation," with attachment "*Claimant's Objections and Responses to Amazon's Discovery Requests.docx*." | Email from Berkowitz to Eisenberg | THIMES203921-THIMES203923 |
| | 5/4/2020 | "Discussion of litigation strategy, case developments, and/or factual issues relating to litigation," with attachment "*AAA Thimes v. Amazon Scheduling Order No. 3 5-1-20.docx*" | Email from Berkowitz to Eisenberg | THIMES206250-THIMES206253 |
| | 6/17/2020 | "Discussion of litigation strategy, case developments, and/or factual issues relating to litigation," with attachment "6-9-20 Rough2.txt." | Email from Berkowitz to Eisenberg | THIMES207158-THIMES207159 |
| | 6/22/2020 | "Discussion of litigation strategy, case developments, and/or factual issues relating to litigation," with an attachment "Eisenberg Avraham 06.09.20.pdf" | Email from Berkowitz to Eisenberg | THIMES207725-THIMES207727 |
| | 7/13/2020 | "Discussion of litigation strategy, case developments, and/or factual issues relating to litigation," with an attachment "*Outline for Eisenberg Direct.docx*." | Email from Berkowitz to Eisenberg | THIMES208982-THIMES208983 |

| | | | |
|---|---|---|---|
| 7/21/2020 | "Discussion of litigation strategy, case developments, and/or factual issues relating to litigation." | Email from *Gaw* to Eisenberg and *Berkowitz*, cc'ing *Poe* and *Meng* | THIMES209082 |
| 7/21/2020 | "Discussion of litigation strategy, case developments, and/or factual issues relating to litigation." | Email from Eisenberg *to Gaw* and *Berkowitz* | THIMES209081 |
| 9/25/2020 | "Discussion of litigation strategy, case developments, and/or factual issues relating to litigation," with attachment "*2019-08-15 Thimes Solutions First Amended Arbitration Demand.pdf.*" | Email from Berkowitz to Eisenberg | THIMES209570-THIMES209571 |
| 11/19/2020 | "Discussion of litigation strategy, case developments, and/or factual issues relating to litigation," with an attachment "*final award.pdf.*" | Email from Eisenberg to *Gaw*, copying Mark *Schlachet*, *Poe* and *Meng* | THIMES209864-THIMES209870 |

5. Thimes produced over 50 court filings in this case.

6. Attached hereto as **Exhibit B** is a true and correct copy of Amazon's Responses and Objections to TP-Link's Subpoena, served by Amazon on June 21, 2022, in which Amazon objected based on the "Failure to Reduce Burden on Nonparty," *see* pages 3-4.

7. Attached hereto as **Exhibit C** is a true and correct copy of Bates No. THIMES00739-THIMES00740.

I declare under penalty of perjury that the foregoing is true and correct. Executed September 27, 2022 in Mill Valley, California.

By: */s/ Heather F. Auyang*