# EXHIBIT A

| Control number | Type | Sent | Subject Matter | From | To | Cc | Bcc | Privilege Claimed |
|---|---|---|---|---|---|---|---|---|
| THIMES216137 THIMES216139 | E-mail Attachment | 2022-07-10 14:29:08 | Discussion of potential expert opinions Eng Ltr_Thimes Solutions (signed).pdf | "Randolph Gaw" <rgaw@gawpoe.com> | "Alan G. Goedde" <agoedde@freemanmills.com>; "Avi Eisenberg" <avi@tthimessolutions.com>; "Mark Schlachet" <markschlachet@me.com>; "Mark Poe" <mpoe@gawpoe.com>; "Victor Meng" <vmeng@gawpoe.com>; "Charlene Podlipna" <cpodlipna@freemanmills.com> | | WP AC |
| THIMES216132 THIMES216134 | E-mail Attachment | 2022-07-10 14:26:30 | Discussion of litigation strategy, case developments, and/or factual issues relating to Eng Ltr_Thimes Solutions.pdf | "Randolph Gaw" <rgaw@gawpoe.com> | "Avi Eisenberg" <avi@tthimessolutions.com> | "Mark Schlachet" <markschlachet@me.com>; "Mark Poe" <mpoe@gawpoe.com>; "Victor Meng" <vmeng@gawpoe.com> | | AC |
| THIMES216127 THIMES216129 | E-mail Attachment | 2022-07-09 19:13:00 | Discussion of litigation strategy, case developments, and/or factual issues relating to Eng Ltr_Thimes Solutions.pdf | "Avi Eisenberg" <avi@tthimessolutions.com> | "Randolph Gaw" <rgaw@gawpoe.com> | "Mark Poe" <mpoe@gawpoe.com>; "Victor Meng" <vmeng@gawpoe.com> | | AC |
| THIMES216122 THIMES216124 | E-mail Attachment | 2022-07-08 18:51:15 | Discussion of potential expert opinions Eng Ltr_Thimes Solutions.pdf | "Alan G. Goedde" <agoedde@freemanmills.com> | "Randolph Gaw" <rgaw@gawpoe.com>; "Avi Eisenberg" <avi@tthimessolutions.com>; cpodlipna@freemanmills.com | "Mark Schlachet" <markschlachet@me.com>; "Mark Poe" <mpoe@gawpoe.com>; "Victor Meng" <vmeng@gawpoe.com> | | AC; WP |
| THIMES216121 | E-mail | 2022-07-08 16:15:18 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Randolph Gaw" <rgaw@gawpoe.com> | agoedde@freemanmills.com; "Avi Eisenberg" <avi@tthimessolutions.com>; cpodlipna@freemanmills.com | "Mark Poe" <mpoe@gawpoe.com>; "Victor Meng" <vmeng@gawpoe.com> | | AC |
| THIMES209082 | E-mail | 2020-07-21 15:23:51 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Randolph Gaw" <rgaw@gawpoe.com> | "Avi Eisenberg" <avi@tthimessolutions.com>; "Mark Berkowitz" <mberkowitz@arelaw.com> | "Mark Poe" <mpoe@gawpoe.com>; "Victor Meng" <vmeng@gawpoe.com> | | AC |
| THIMES209081 | E-mail | 2020-07-21 13:20:15 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Avi Eisenberg" <avi@tthimessolutions.com> | "Randolph Gaw" <rgaw@gawpoe.com>; "Mark Berkowitz" <mberkowitz@arelaw.com> | "Mark Poe" <mpoe@gawpoe.com>; "Victor Meng" <vmeng@gawpoe.com> | | AC |
| THIMES208971 | E-mail | 2020-07-10 20:52:41 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Randolph Gaw" <rgaw@gawpoe.com> | "Avi Eisenberg" <avi@tthimessolutions.com> | "Mark Poe" <mpoe@gawpoe.com>; "Victor Meng" <vmeng@gawpoe.com> | | AC |
| THIMES208957 | E-mail | 2020-07-10 20:36:47 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Avi Eisenberg" <avi@tthimessolutions.com> | "Randolph Gaw" <rgaw@gawpoe.com> | "Mark Poe" <mpoe@gawpoe.com>; "Victor Meng" <vmeng@gawpoe.com> | | AC |
| THIMES208946 | E-mail | 2020-07-10 20:06:11 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Randolph Gaw" <rgaw@gawpoe.com> | "Avi Eisenberg" <avi@tthimessolutions.com> | "Mark Poe" <mpoe@gawpoe.com>; "Victor Meng" <vmeng@gawpoe.com> | | AC |

| Control number | Type | Sent | Subject Matter | From | To | Cc | Bcc | Privilege Claimed |
|---|---|---|---|---|---|---|---|---|
| THIMES209864 THIMES209870 | E-mail Attachment | 2020-11-19 16:20:32 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation final award.pdf | "Avi Eisenberg" <avi@thimessolutions.com> | "Randolph Gaw" <rgaw@gawpoe.com> | "Mark Schlachet" <markschlachet@me.com>; "Mark Poe" <mpoe@gawpoe.com>; "Victor Meng" <vmeng@gawpoe.com> | | AC AC |
| THIMES209858 | E-mail | 2020-11-10 17:22:59 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Randolph Gaw" <rgaw@gawpoe.com> | "Avi Eisenberg" <avi@thimessolutions.com> | "Mark Schlachet" <markschlachet@me.com>; "Mark Poe" <mpoe@gawpoe.com>; "Victor Meng" <vmeng@gawpoe.com> | | AC |
| THIMES209852 | E-mail | 2020-11-10 17:16:26 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Avi Eisenberg" <avi@thimessolutions.com> | "Randolph Gaw" <rgaw@gawpoe.com> | "Mark Schlachet" <markschlachet@me.com>; "Mark Poe" <mpoe@gawpoe.com>; "Victor Meng" <vmeng@gawpoe.com> | | AC |
| THIMES209848 | E-mail | 2020-11-10 16:53:46 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Randolph Gaw" <rgaw@gawpoe.com> | "Avi Eisenberg" <avi@thimessolutions.com>; "Mark Schlachet" <markschlachet@me.com> | "Mark Poe" <mpoe@gawpoe.com>; "Victor Meng" <vmeng@gawpoe.com> | | AC |
| THIMES209834 | E-mail | 2020-11-06 12:46:13 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Randolph Gaw" <rgaw@gawpoe.com> | "Avi Eisenberg" <avi@thimessolutions.com>; "Mark Schlachet" <markschlachet@me.com> | "Mark Poe" <mpoe@gawpoe.com>; "Victor Meng" <vmeng@gawpoe.com> | | AC |
| THIMES209830 | E-mail | 2020-11-06 12:32:15 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Avi Eisenberg" <avi@thimessolutions.com> | "Mark Schlachet" <markschlachet@me.com> | "Randolph Gaw" <rgaw@gawpoe.com>; "Mark Poe" <mpoe@gawpoe.com>; "Victor Meng" <vmeng@gawpoe.com>; "Avi Eisenberg" <avi@thimessolutions.com> | | AC |
| THIMES209827 | E-mail | 2020-11-06 12:03:38 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Mark Schlachet" <markschlachet@me.com> | "Randolph Gaw" <rgaw@gawpoe.com> | "Mark Poe" <mpoe@gawpoe.com>; "Victor Meng" <vmeng@gawpoe.com> | | AC |
| THIMES209824 | E-mail | 2020-11-06 11:22:28 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Randolph Gaw" <rgaw@gawpoe.com> | "Avi Eisenberg" <avi@thimessolutions.com>; "Mark Schlachet" <markschlachet@me.com> | "Mark Poe" <mpoe@gawpoe.com>; "Victor Meng" <vmeng@gawpoe.com> | | AC |
| THIMES209821 | E-mail | 2020-11-06 09:48:09 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Avi Eisenberg" <avi@thimessolutions.com> | "Mark Schlachet" <markschlachet@me.com> | "Randolph Gaw" <rgaw@gawpoe.com>; "Mark Poe" <mpoe@gawpoe.com>; "Victor Meng" <vmeng@gawpoe.com> | | AC |

| Control number | Type | Sent | Subject Matter | From | To | Cc | Bcc | Privilege Claimed |
|---|---|---|---|---|---|---|---|---|
| THIMES201144 | E-mail | 2019-04-25 16:04:09 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Avi Eisenberg" <avi@thimessolutions.com> | "Mark Berkowitz" <mberkowitz@arelaw.com> | "Mark Poe" <mpoe@gawpoe.com>; "Victor Meng" <vmeng@gawpoe.com>; "Avi Eisenberg" <avi@thimessolutions.com> | | AC |
| THIMES201146 | E-mail | 2019-04-25 16:08:09 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Mark Berkowitz" <mberkowitz@ARELAW.com> | "Avi Eisenberg" <avi@thimessolutions.com> | | | AC |
| THIMES201148 | E-mail | 2019-04-25 16:16:54 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Avi Eisenberg" <avi@thimessolutions.com> | "Mark Berkowitz" <mberkowitz@arelaw.com> | | | AC |
| THIMES201150 | E-mail | 2019-04-25 16:51:04 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Avi Eisenberg" <avi@thimessolutions.com> | "Mark Berkowitz" <mberkowitz@arelaw.com> | | | AC |
| THIMES201153 | Attachment | | Seller 959310520 Inventory.xlsx | | | | | AC |
| THIMES201157 | E-mail | 2019-04-25 16:56:30 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Avi Eisenberg" <avi@thimessolutions.com> | "Mark Berkowitz" <mberkowitz@arelaw.com> | | | AC |
| THIMES216097 | E-mail | 2022-07-08 13:51:46 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Randolph Gaw" <rgaw@gawpoe.com> | "Mark Schlachet" <markschlachet@me.com> | | | AC |
| THIMES216100 | Attachment | | image001.png | | | | | AC |
| THIMES216101 | Attachment | | image001-1.png | | | | | AC |
| THIMES216102 | Attachment | | image002.png | | | | | AC |
| THIMES216103 | Attachment | | image002-1.png | | | | | AC |
| THIMES216104 | Attachment | | image003.png | | | | | AC |
| THIMES216105 | Attachment | | image003-1.png | | | | | AC |
| THIMES216106 | Attachment | | image004.png | | | | | AC |
| THIMES216107 | Attachment | | image004-1.png | | | | | AC |
| THIMES216108 | Attachment | | image005.png | | | | | AC |
| THIMES216109 | Attachment | | image005-1.png | | | | | AC |
| THIMES216110 | Attachment | | image006.png | | | | | AC |
| THIMES216111 | Attachment | | image006-1.png | | | | | AC |
| THIMES216112 | Attachment | | image007.png | | | | | AC |
| THIMES216113 | Attachment | | image007-1.png | | | | | AC |
| THIMES216093 | E-mail | 2022-07-08 13:20:29 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Mark Schlachet" <markschlachet@me.com> | "Randolph Gaw" <rgaw@gawpoe.com>; "Victor Meng" <vmeng@gawpoe.com>; "Mark Poe" <mpoe@gawpoe.com> | | | AC |
| THIMES216096 | Attachment | | smime.p7s | | | | | AC |
| THIMES209776 | E-mail | 2020-10-06 18:16:21 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Randolph Gaw" <rgaw@gawpoe.com> | "Avi Eisenberg" <avi@thimessolutions.com> | | | AC |
| THIMES209773 | E-mail | 2020-10-06 18:13:28 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Avi Eisenberg" <avi@thimessolutions.com> | "Randolph Gaw" <rgaw@gawpoe.com> | | | AC |

| Control number | Type | Sent | Subject Matter | From | To | Cc | Bcc | Privilege Claimed |
|---|---|---|---|---|---|---|---|---|
| THIMES218764 | E-mail | 2022-07-26 18:41:08 | Discussion of litigation strategy, case developments, and/or factual issues relating to Amazon P&L 2015.xlsx litigation | "Randolph Gaw" <gaw@gawpoe.com> | "Avi Eisenberg" <avi@thimessolutions.com>; "Mark Schlachet" <markschlachet@me.com> | "Mark Poe" <mpoe@gawpoe.com>; "Victor Meng" <vmeng@gawpoe.com> | | AC |
| THIMES218765 | Attachment | | Amazon P&L 2015.xlsx | | | | | AC |
| THIMES218766 | Attachment | | Amazon P&L 2016.xlsx | | | | | AC |
| THIMES218767 | Attachment | | Amazon P&L 2017.xlsx | | | | | AC |
| THIMES218768 | Attachment | | Amazon P&L 2018.xlsx | | | | | AC |
| THIMES218770 | Attachment | | Damages Analysis.xlsx | | | | | AC; WP |
| THIMES218773 | Attachment | | Expert Report.doc | | | | | AC; WP |
| THIMES202265 | E-mail | 2019-08-01 11:46:55 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Mark Schlachet" <markschlachet@me.com> | "Patrick Mcpartland" <pmcpartland@lhrgb.com> | "David Kittredge" <Dkittredge@lhrgb.com>; "Jared Blumetti" <jblumetti@lhrgb.com> | | AC |
| THIMES202254 | E-mail | 2019-07-31 23:12:19 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Mark Schlachet" <markschlachet@me.com> | "Avi Eisenberg" <avi@thimessolutions.com> | | | AC |
| THIMES202250 | E-mail | 2019-07-31 20:45:19 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Mark Schlachet" <markschlachet@me.com> | "Avi Eisenberg" <avi@thimessolutions.com> | | | AC |
| THIMES202246 | E-mail | 2019-07-31 20:43:35 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Mark Schlachet" <markschlachet@me.com> | "Avi Eisenberg" <avi@thimessolutions.com> | | | AC |
| THIMES202243 | E-mail | 2019-07-31 19:43:16 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Avi Eisenberg" <avi@thimessolutions.com> | "Mark Schlachet" <markschlachet@me.com> | | | AC |
| THIMES202240 | E-mail | 2019-07-31 19:38:42 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Mark Schlachet" <markschlachet@me.com> | "Avi Eisenberg" <avi@thimessolutions.com> | | | AC |
| THIMES202237 | E-mail | 2019-07-31 19:37:35 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Avi Eisenberg" <avi@thimessolutions.com> | "Mark Schlachet" <markschlachet@me.com> | | | AC |
| THIMES202235 | E-mail | 2019-07-31 19:31:33 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Mark Schlachet" <markschlachet@me.com> | "Avi Eisenberg" <avi@thimessolutions.com> | | | AC |
| THIMES202233 | E-mail | 2019-07-31 19:29:45 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Mark Schlachet" <markschlachet@me.com> | "Avi Eisenberg" <avi@thimessolutions.com> | | | AC |
| THIMES202225 | E-mail | 2019-07-31 18:28:44 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Avi Eisenberg" <avi@thimessolutions.com> | "Mark Schlachet" <markschlachet@me.com> | | | AC |
| THIMES202227 | Attachment | | image001.jpg | | | | | AC |
| THIMES202228 | Attachment | | Letter to McPartland.pdf | | | | | AC |
| THIMES201165 | E-mail | 2019-04-28 00:10:34 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Avi Eisenberg" <avi@thimessolutions.com> | "Mark Berkowitz" <mberkowitz@arelaw.com> | | | AC |
| THIMES201163 | E-mail | 2019-04-25 17:49:35 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Avi Eisenberg" <avi@thimessolutions.com> | "Mark Schlachet" <markschlachet@me.com> | | | AC |
| THIMES201160 | E-mail | 2019-04-25 17:49:02 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Avi Eisenberg" <avi@thimessolutions.com> | "Mark Berkowitz" <mberkowitz@arelaw.com> | | | AC |

| Control number | Type | Sent | Subject Matter | From | To | Cc | Bcc | Privilege Claimed |
|---|---|---|---|---|---|---|---|---|
| THIMES208600 | E-mail | 2020-07-07 09:08:44 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Avi Eisenberg" <avi@thimessolutions.com> | "Mark Berkowitz" <mberkowitz@arelaw.com> | | | AC |
| THIMES208598 | E-mail | 2020-07-07 09:04:43 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Mark Berkowitz" <mberkowitz@ARELAW.com> | "Avi Eisenberg" <avi@thimessolutions.com> | | | AC |
| THIMES208597 | E-mail | 2020-07-07 09:01:27 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Mark Berkowitz" <mberkowitz@ARELAW.com> | "Avi Eisenberg" <avi@thimessolutions.com> | | | AC |
| THIMES208596 | E-mail | 2020-07-07 08:56:06 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Avi Eisenberg" <avi@thimessolutions.com> | "Mark Berkowitz" <mberkowitz@arelaw.com> | | | AC |
| THIMES208595 | E-mail | 2020-07-07 08:54:44 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Mark Berkowitz" <mberkowitz@ARELAW.com> | "Avi Eisenberg" <avi@thimessolutions.com> | | | AC |
| THIMES208594 | E-mail | 2020-07-07 08:52:32 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Avi Eisenberg" <avi@thimessolutions.com> | "Mark Berkowitz" <mberkowitz@arelaw.com> | | | AC |
| THIMES208493 | E-mail | 2020-07-02 14:08:17 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Mark Berkowitz" <mberkowitz@ARELAW.com> | "Avi Eisenberg" <avi@thimessolutions.com> | | | AC |
| THIMES208494 | Attachment | | DRAFT - Thimes Motion for Leave to File 4AC.docx | | | | | AC; WP |
| THIMES208504 | Attachment | | Proposed Fourth Amended Complaint.docx | | | | | AC; WP |
| THIMES203205 | E-mail | 2019-09-11 15:56:35 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Mark Berkowitz" <mberkowitz@ARELAW.com> | "Avi Eisenberg" <avi@thimessolutions.com> | | | AC |
| THIMES203203 | E-mail | 2019-09-11 15:17:56 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Avi Eisenberg" <avi@thimessolutions.com> | "Mark Berkowitz" <mberkowitz@arelaw.com> | | | AC |
| THIMES203202 | E-mail | 2019-09-11 15:01:02 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Mark Berkowitz" <mberkowitz@ARELAW.com> | "Avi Eisenberg" <avi@thimessolutions.com> | | | AC |
| THIMES203201 | E-mail | 2019-09-11 14:58:23 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Avi Eisenberg" <avi@thimessolutions.com> | "Mark Berkowitz" <mberkowitz@arelaw.com> | | | AC |
| THIMES203200 | E-mail | 2019-09-11 14:53:46 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Mark Berkowitz" <mberkowitz@ARELAW.com> | avi@thimessolutions.com | | | AC |
| THIMES201172 | E-mail | 2019-04-29 12:00:21 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Avi Eisenberg" <avi@thimessolutions.com> | "Mark Berkowitz" <mberkowitz@arelaw.com> | | | AC |
| THIMES201171 | E-mail | 2019-04-29 11:57:26 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Avi Eisenberg" <avi@thimessolutions.com> | "Mark Berkowitz" <mberkowitz@arelaw.com> | | | AC |
| THIMES201169 | E-mail | 2019-04-29 11:57:08 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Avi Eisenberg" <avi@thimessolutions.com> | "Mark Berkowitz" <mberkowitz@arelaw.com> | | | AC |
| THIMES201168 | E-mail | 2019-04-29 11:57:00 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Avi Eisenberg" <avi@thimessolutions.com> | "Mark Berkowitz" <mberkowitz@arelaw.com> | | | AC |

| Control number | Type | Sent | Subject Matter | From | To | Cc | Bcc | Privilege Claimed |
|---|---|---|---|---|---|---|---|---|
| THIMES206226 | E-mail | 2020-05-01 13:31:57 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Avi Eisenberg" <avi@thimessolutions.com> | "Mark Berkowitz" <mberkowitz@arelaw.com> | | | AC |
| THIMES206222 | E-mail | 2020-05-01 13:22:50 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Avi Eisenberg" <avi@thimessolutions.com> | "Mark Berkowitz" <mberkowitz@arelaw.com> | | | AC |
| THIMES206218 | E-mail | 2020-05-01 13:17:58 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Avi Eisenberg" <avi@thimessolutions.com> | "Mark Berkowitz" <mberkowitz@arelaw.com> | | | AC |
| THIMES206215 | E-mail | 2020-05-01 12:48:19 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Avi Eisenberg" <avi@thimessolutions.com> | "Mark Berkowitz" <mberkowitz@arelaw.com> | | | AC |
| THIMES206212 | E-mail | 2020-05-01 10:10:44 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Avi Eisenberg" <avi@thimessolutions.com> | "Mark Berkowitz" <mberkowitz@arelaw.com> | | | AC |
| THIMES206209 | E-mail | 2020-05-01 10:07:06 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Mark Berkowitz" <mberkowitz@ARELAW.com> | "Avi Eisenberg" <avi@thimessolutions.com> | | | AC |
| THIMES206206 | E-mail | 2020-05-01 00:10:38 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Mark Berkowitz" <mberkowitz@ARELAW.com> | "Avi Eisenberg" <avi@thimessolutions.com> | | | AC |
| THIMES206204 | E-mail | 2020-04-30 18:04:34 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Mark Berkowitz" <mberkowitz@ARELAW.com> | "Avi Eisenberg" <avi@thimessolutions.com> | | | AC |
| THIMES206202 | E-mail | 2020-04-30 17:52:11 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Avi Eisenberg" <avi@thimessolutions.com> | "Mark Berkowitz" <mberkowitz@arelaw.com> | | | AC |
| THIMES206199 | E-mail | 2020-04-30 10:34:59 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Avi Eisenberg" <avi@thimessolutions.com> | "Mark Berkowitz" <mberkowitz@arelaw.com> | | | AC |
| THIMES206201 | Attachment | | storefronts - Sheet1.csv | | | | | AC; WP |
| THIMES206197 | E-mail | 2020-04-30 09:56:36 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Mark Berkowitz" <mberkowitz@ARELAW.com> | "Avi Eisenberg" <avi@thimessolutions.com> | | | AC |
| THIMES206196 | E-mail | 2020-04-29 23:13:12 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Avi Eisenberg" <avi@thimessolutions.com> | "Mark Berkowitz" <mberkowitz@arelaw.com> | | | AC |
| THIMES201913 | E-mail | 2019-07-10 12:58:41 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Mark Schlachet" <markschlachet@me.com> | "Avi Eisenberg" <avi@thimessolutions.com> | | | AC |
| THIMES201904 | Attachment | | Draft letter responsive to Amazzia counsel.docx | | | | | AC; WP |
| THIMES201902 | E-mail | 2019-07-10 11:47:51 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Mark Schlachet" <markschlachet@me.com> | "Avi Eisenberg" <avi@thimessolutions.com> | | | AC |
| THIMES201893 | Attachment | | CMC letter.docx | | | | | AC; WP |
| THIMES201885 | E-mail | 2019-07-10 11:31:11 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Avi Eisenberg" <avi@thimessolutions.com> | "Mark Schlachet" <markschlachet@me.com> | | | AC |
| THIMES201877 | E-mail | 2019-07-10 11:22:05 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Mark Schlachet" <markschlachet@me.com> | "Avi Eisenberg" <avi@thimessolutions.com> | | | AC |

| Control number | Type | Sent | Subject Matter | From | To | Cc | Bcc | Privilege Claimed |
|---|---|---|---|---|---|---|---|---|
| THIMES206471 | E-mail | 2020-05-29 22:20:06 | Discussion regarding potential retention to provide legal services and/or analysis of potential legal claims | aee@elgpllc.com | "Avi Eisenberg" <avi@thimessolutions.com> | | | AC |
| THIMES206469 | E-mail | 2020-05-29 21:53:27 | Discussion regarding potential retention to provide legal services and/or analysis of potential legal claims | "Avi Eisenberg" <avi@thimessolutions.com> | "Adam Engel" <aee@elgpllc.com> | | | AC |
| THIMES206468 | E-mail | 2020-05-29 21:00:22 | Discussion regarding potential retention to provide legal services and/or analysis of potential legal claims | "Adam Engel" <aee@elgpllc.com> | "Avi Eisenberg" <avi@thimessolutions.com> | | | AC |
| THIMES206467 | E-mail | 2020-05-29 19:14:39 | Discussion regarding potential retention to provide legal services and/or analysis of potential legal claims | "Avi Eisenberg" <avi@thimessolutions.com> | aee@elgpllc.com | "Adam Engel" <aee@elgpllc.com> | | AC |
| THIMES207097 | E-mail | 2020-06-15 14:57:05 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Avi Eisenberg" <avi@thimessolutions.com> | "Mark Schlachet" <markschlachet@me.com> | | | AC |
| THIMES207094 | E-mail | 2020-06-15 14:15:14 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Mark Schlachet" <markschlachet@me.com> | "Avi Eisenberg" <avi@thimessolutions.com> | | | AC |
| THIMES205201 THIMES205202 | E-mail Attachment | 2020-03-08 15:40:11 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation Attachment A to Amazon Subpoena clean.docx | "Mark Schlachet" <markschlachet@me.com> | "Randy Gaw" <rgaw@gawpoe.com>; "Mark Poe" <mpoe@gawpoe.com>; "Mark Schlachet" <markschlachet@me.com>; "Victor Meng" <vmeng@gawpoe.com> | | | AC; WP |
| THIMES215081 | E-mail | 2022-06-26 10:35:27 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Avi Eisenberg" <avi@thimessolutions.com> | "Steven Yurowitz" <syurowitz@newmangreenberg.com> | | | AC |
| THIMES209918 | E-mail | 2020-11-19 19:59:20 | Discussion regarding potential retention to provide legal services and/or analysis of potential legal claims | "Avi Eisenberg" <avi@thimessolutions.com> | "Mark Berkowitz" <mberkowitz@arelaw.com> | | | AC |
| THIMES201831 | E-mail | 2019-06-27 17:57:08 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Avi Eisenberg" <avi@thimessolutions.com> | "Mark Berkowitz" <mberkowitz@arelaw.com> | | | AC |
| THIMES201830 | E-mail | 2019-06-27 17:33:40 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Mark Berkowitz" <mberkowitz@ARELAW.com> | "Avi Eisenberg" <avi@thimessolutions.com> | | | AC |
| THIMES201829 | E-mail | 2019-06-27 17:03:05 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Avi Eisenberg" <avi@thimessolutions.com> | "Mark Berkowitz" <mberkowitz@arelaw.com> | | | AC |
| THIMES201175 | E-mail | 2019-04-29 12:01:01 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Avi Eisenberg" <avi@thimessolutions.com> | "Mark Berkowitz" <mberkowitz@arelaw.com> | | | AC |
| THIMES201173 | E-mail | 2019-04-29 12:00:54 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Avi Eisenberg" <avi@thimessolutions.com> | "Mark Berkowitz" <mberkowitz@arelaw.com> | "Randolph Gaw" <rgaw@gawpoe.com>; "Mark Schlachet" <markschlachet@me.com>; "Mark Poe" <mpoe@gawpoe.com> | | AC |
| THIMES219525 | E-mail | 2022-08-16 13:23:03 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Avi Eisenberg" <avi@thimessolutions.com> | "Victor Meng" <vmeng@gawpoe.com> | | | AC |

| Control number | Type | Sent | Subject Matter | From | To | Cc | Bcc | Privilege Claimed |
|---|---|---|---|---|---|---|---|---|
| THIMES202509 | E-mail | 2019-08-07 16:23:15 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Mark Schlachet" <markschlachet@me.com> | "Sean O'Brien" <sobrien@obrienllp.com> | "Avi Eisenberg" <avi@thimessolutions.com> | | AC |
| THIMES202511 | Attachment | | Final Blackline (00011964xC333A)(MS 4-13PM, 8-7).docx | | | | | AC |
| THIMES202507 | E-mail | 2019-08-07 16:20:29 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Sean O'Brien" <sobrien@obrienllp.com> | "Mark Schlachet" <markschlachet@me.com> | "Avi Eisenberg" <avi@thimessolutions.com> | | AC |
| THIMES202506 | E-mail | 2019-08-07 16:18:16 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Sean O'Brien" <sobrien@obrienllp.com> | "Mark Schlachet" <markschlachet@me.com> | "Avi Eisenberg" <avi@thimessolutions.com> | | AC |
| THIMES202502 | E-mail | 2019-08-07 14:48:30 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Mark Schlachet" <markschlachet@me.com> | "Sean O'Brien" <sobrien@obrienllp.com> | "Avi Eisenberg" <avi@thimessolutions.com> | | AC |
| THIMES202499 | E-mail | 2019-08-07 14:34:49 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Sean O'Brien" <sobrien@obrienllp.com> | "Mark Schlachet" <markschlachet@me.com> | "Avi Eisenberg" <avi@thimessolutions.com> | | AC |
| THIMES206298 | E-mail | 2020-05-05 12:55:30 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Mark Schlachet" <markschlachet@me.com> | "Avi Eisenberg" <avi@thimessolutions.com> | | | AC |
| THIMES206295 | E-mail | 2020-05-05 12:50:02 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Avi Eisenberg" <avi@thimessolutions.com> | "Mark Berkowitz" <mberkowitz@arelaw.com> | | | AC |
| THIMES206278 | E-mail | 2020-05-05 10:36:12 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Avi Eisenberg" <avi@thimessolutions.com> | "Mark Berkowitz" <mberkowitz@arelaw.com> | | | AC |
| THIMES206270 | E-mail | 2020-05-05 00:33:26 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Avi Eisenberg" <avi@thimessolutions.com> | "Mark Berkowitz" <mberkowitz@arelaw.com> | | | AC; WP |
| THIMES206272 | Attachment | | inventory_with_values.xlsx | | | | | AC; WP |
| THIMES206274 | Attachment | | damages calculation.pdf | | | | | AC; WP |
| THIMES206267 | E-mail | 2020-05-04 23:49:03 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Avi Eisenberg" <avi@thimessolutions.com> | "Mark Berkowitz" <mberkowitz@arelaw.com> | | | AC |
| THIMES206269 | Attachment | | new asins.csv | | | | | AC |
| THIMES206265 | E-mail | 2020-05-04 10:10:12 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Mark Berkowitz" <mberkowitz@arelaw.com> | "Avi Eisenberg" <avi@thimessolutions.com> | | | AC |
| THIMES206263 | E-mail | 2020-05-04 10:08:09 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Avi Eisenberg" <avi@thimessolutions.com> | "Mark Berkowitz" <mberkowitz@arelaw.com> | | | AC |
| THIMES206250 | E-mail | 2020-05-04 09:42:38 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Mark Berkowitz" <mberkowitz@ARELAW.com> | avi@thimessolutions.com | | | AC |
| THIMES206252 | Attachment | | AAA Thimes v Amazon Scheduling Order No. 3 5-1-20.docx | | | | | AC |
| THIMES206253 | Attachment | | ATT00001.htm | | | | | AC |
| THIMES203702 | E-mail | 2019-12-10 13:51:44 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Mark Schlachet" <markschlachet@me.com> | "Avi Eisenberg" <avi@thimessolutions.com> | | | AC |

| Control number | Type | Sent | Subject Matter | From | To | Cc | Bcc | Privilege Claimed |
|---|---|---|---|---|---|---|---|---|
| THIMES203946 | Attachment | | Screenshot from 2020-01-14 11-09-22-1.png | | | | | AC |
| THIMES203947 | Attachment | | Screenshot from 2020-01-14 11-09-58-3.png | | | | | AC |
| THIMES203948 | Attachment | | Screenshot from 2020-01-14 11-10-23-2.png | | | | | AC |
| THIMES203949 | Attachment | | Screenshot from 2020-01-14 11-14-28.png | | | | | AC |
| THIMES203921 | E-mail | 2020-01-14 10:48:47 | Discussion of litigation developments, and/or factual issues relating to Claimant's Objections and Responses to Amazon's Discovery Requests.docx | "Mark Berkowitz" <mberkowitz@ARELAW.com> | "Avi Eisenberg" <avi@thimessolutions.com> | | | AC |
| THIMES203923 | Attachment | | Discussion of litigation strategy, case developments, and/or factual issues relating to Thimes Solutions v. Amazon - Amazon's Discovery Requests draft.docx | | | | | AC; WP |
| THIMES203868 | E-mail | 2020-01-10 15:39:08 | Discussion of litigation strategy, case developments, and/or factual issues relating to Thimes Solutions v. Amazon - Amazon's Discovery Requests draft.docx | "Avi Eisenberg" <avi@thimessolutions.com> | "Mark Berkowitz" <mberkowitz@arelaw.com> | | | AC; WP |
| THIMES203870 | Attachment | | Discussion of litigation strategy, case developments, and/or factual issues relating to | | | | | AC; WP |
| THIMES203862 | E-mail | 2020-01-10 14:55:48 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Avi Eisenberg" <avi@thimessolutions.com> | "Mark Berkowitz" <mberkowitz@arelaw.com> | | | AC |
| THIMES203864 | Attachment | | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | | | | | AC; WP |
| THIMES203860 | E-mail | 2020-01-10 14:42:56 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Mark Berkowitz" <mberkowitz@ARELAW.com> | "Avi Eisenberg" <avi@thimessolutions.com> | | | AC |
| THIMES203859 | E-mail | 2020-01-10 14:39:09 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Avi Eisenberg" <avi@thimessolutions.com> | "Mark Berkowitz" <mberkowitz@arelaw.com> | | | AC |
| THIMES203858 | E-mail | 2020-01-10 14:33:00 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Mark Berkowitz" <mberkowitz@ARELAW.com> | "Avi Eisenberg" <avi@thimessolutions.com> | | | AC |
| THIMES203854 | E-mail | 2020-01-10 14:29:49 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Avi Eisenberg" <avi@thimessolutions.com> | "Mark Berkowitz" <mberkowitz@arelaw.com> | | | AC |
| THIMES203855 | Attachment | | All Suppliers CONFIDENTIAL.csv | | | | | AC; WP |
| THIMES203856 | Attachment | | Supplier contact info - CONFIDENTIAL.csv | | | | | AC; WP |
| THIMES202628 | E-mail | 2019-08-12 16:09:20 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Avi Eisenberg" <avi@thimessolutions.com> | "Mark Schlachet" <markschlachet@me.com> | | | AC |
| THIMES202587 | E-mail | 2019-08-08 11:28:32 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Mark Schlachet" <markschlachet@me.com> | "Sean O'Brien" <sobrien@obrienllp.com> | "Avi Eisenberg" <avi@thimessolutions.com> | | AC |
| THIMES202581 | E-mail | 2019-08-08 11:26:58 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Sean O'Brien" <sobrien@obrienllp.com> | "Mark Schlachet" <markschlachet@me.com> | "Avi Eisenberg" <avi@thimessolutions.com> | | AC |
| THIMES202574 | E-mail | 2019-08-08 11:25:38 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Mark Schlachet" <markschlachet@me.com> | "Sean O'Brien" <sobrien@obrienllp.com> | "Avi Eisenberg" <avi@thimessolutions.com> | | AC |
| THIMES202556 | E-mail | 2019-08-07 18:11:31 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Avi Eisenberg" <avi@thimessolutions.com> | "Mark Schlachet" <markschlachet@me.com> | | | AC |
| THIMES202562 | Attachment | | Final Settlement Agreement (0001965xC333A).pdf | | | | | AC |

| Control number | Type | Sent | Subject Matter | From | To | Cc | Bcc | Privilege Claimed |
|---|---|---|---|---|---|---|---|---|
| THIMES209175 | E-mail | 2020-08-03 19:59:44 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Avi Eisenberg" <avi@thimessolutions.com> | "Randolph Gaw" <rgaw@gawpoe.com> | "Mark Schlachet" <markschlachet@me.com>; "Mark Poe" <mpoe@gawpoe.com>; "Victor Meng" <vmeng@gawpoe.com> | | AC |
| THIMES209173 | E-mail | 2020-08-03 19:57:02 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Avi Eisenberg" <avi@thimessolutions.com> | "Randolph Gaw" <rgaw@gawpoe.com> | "Mark Schlachet" <markschlachet@me.com>; "Mark Poe" <mpoe@gawpoe.com>; "Victor Meng" <vmeng@gawpoe.com> | | AC |
| THIMES209140 | E-mail | 2020-08-03 18:41:44 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Randolph Gaw" <rgaw@gawpoe.com> | "Avi Eisenberg" <avi@thimessolutions.com>; "Victor Meng" <vmeng@gawpoe.com> | | | AC |
| THIMES209142 | Attachment | | 0119. (08-03-2020) MEMORANDUM in Opposition to NOTICE OF MOTION AND MOTION for Leave to file Fourth Amended Complaint [.pdf | | | | | AC |
| THIMES208994 | E-mail | 2020-07-13 10:31:02 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Avi Eisenberg" <avi@thimessolutions.com> | "Mark Berkowitz" <mberkowitz@arelaw.com> | | | AC |
| THIMES208982 | E-mail | 2020-07-13 10:22:40 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Mark Berkowitz" <mberkowitz@ARELAW.com> | avi@thimessolutions.com | | | AC; WP |
| THIMES208983 | Attachment | | Outline for Eisenberg Direct.docx | | | | | AC; WP |
| THIMES203965 | Attachment | | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | | | | | AC |
| THIMES203964 | E-mail | 2020-01-14 19:46:13 | FBA Inventory 1-28-19 15_47 - FBA Inventory 1-28-19 15_47.csv | "Avi Eisenberg" <avi@thimessolutions.com> | "Mark Berkowitz" <mberkowitz@arelaw.com> | | | AC |
| THIMES210418 | E-mail | 2021-03-02 23:50:42 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Randolph Gaw" <rgaw@gawpoe.com> | "Avi Eisenberg" <avi@thimessolutions.com> | "Mark Poe" <mpoe@gawpoe.com> | | AC |
| THIMES210419 | Attachment | | 2021.03.02 invoice to TSI - 976-00328.pdf | | | | | AC |
| THIMES202428 | E-mail | 2019-08-06 10:19:32 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Mark Schlachet" <markschlachet@me.com> | "Sean O'Brien" <sobrien@obrienllp.com> | | | AC |
| THIMES202317 | E-mail | 2019-08-01 15:25:57 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Mark Schlachet" <markschlachet@me.com> | "Avi Eisenberg" <avi@thimessolutions.com> | | | AC |
| THIMES202307 | E-mail | 2019-08-01 14:42:26 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Mark Schlachet" <markschlachet@me.com> | "Avi Eisenberg" <avi@thimessolutions.com> | | | AC |
| THIMES202313 | Attachment | | 2019.07.31 Proposed Declaration of Dakota Miller (CONFIDENTIAL)(MS markup).docx | | | | | AC; WP |
| THIMES202302 | E-mail | 2019-08-01 14:38:51 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Mark Schlachet" <markschlachet@me.com> | "Avi Eisenberg" <avi@thimessolutions.com> | | | AC |

| Control number | Type | Sent | Subject Matter | From | To | Cc | Bcc | Privilege Claimed |
|---|---|---|---|---|---|---|---|---|
| THIMES211332 | E-mail | 2022-04-18 20:29:39 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Randolph Gaw" <gaw@gawpoe.com> | "Avi Eisenberg" <avi@thimessolutions.com> | "Mark Poe" <mpoe@gawpoe.com>; "Victor Meng" <vmeng@gawpoe.com>; "Avi Eisenberg" <avi@thimessolutions.com>; "Mark Schlachet" <markschlachet@me.com> | | AC |
| THIMES209570 | E-mail | 2020-09-25 16:19:17 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Mark Berkowitz" <mberkowitz@ARELAW.com> | | | | AC |
| THIMES209571 | Attachment | | 2019-08-15 .Thimes Solutions First Amended Arbitration Demand.pdf | | | | | AC |
| THIMES209626 | Attachment | | 2019-08-15 Thimes Solutions Ex. A - Amazon Services Business Solutions Agreement.pdf | | | | | AC |
| THIMES209632 | Attachment | | 2019-08-15 Thimes Solutions Ex. B - FBA Inventory.pdf | | | | | AC |
| THIMES209566 | Attachment | | 2019-08-15 Thimes Solutions Ex. C - Inbound Inventory.pdf | | | | | AC |
| THIMES209567 | E-mail | 2020-09-25 13:28:11 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Mark Berkowitz" <mberkowitz@ARELAW.com> | avi@thimessolutions.com | | | AC |
| THIMES209568 | E-mail | 2020-09-25 16:02:31 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Avi Eisenberg" <avi@thimessolutions.com> | "Mark Berkowitz" <mberkowitz@arelaw.com> | | | AC |
| THIMES209569 | E-mail | 2020-09-25 16:10:41 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Avi Eisenberg" <avi@thimessolutions.com> | "Mark Berkowitz" <mberkowitz@arelaw.com> | | | AC |
| THIMES209581 | E-mail | 2020-09-25 16:17:37 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Mark Berkowitz" <mberkowitz@ARELAW.com> | "Avi Eisenberg" <avi@thimessolutions.com> | | | AC |
| THIMES202937 | E-mail | 2019-08-19 11:58:50 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Mark Schlachet" <markschlachet@me.com> | "Avi Eisenberg" <avi@thimessolutions.com> | | | AC |
| THIMES202944 | E-mail | 2019-08-19 11:37:41 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Mark Schlachet" <markschlachet@me.com> | "Avi Eisenberg" <avi@thimessolutions.com> | | | AC |
| THIMES202929 | E-mail | 2019-08-19 11:27:53 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Mark Schlachet" <markschlachet@me.com> | "Avi Eisenberg" <avi@thimessolutions.com> | | | AC |
| THIMES202921 | E-mail | 2019-08-19 11:23:28 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Mark Schlachet" <markschlachet@me.com> | "Avi Eisenberg" <avi@thimessolutions.com> | | | AC |
| THIMES202913 | E-mail | 2019-08-18 18:28:47 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Mark Schlachet" <markschlachet@me.com> | "Avi Eisenberg" <avi@thimessolutions.com> | | | AC |
| THIMES202905 | E-mail | 2019-08-18 18:15:35 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Avi Eisenberg" <avi@thimessolutions.com> | "Mark Schlachet" <markschlachet@me.com> | | | AC |
| THIMES202897 | E-mail | 2019-08-18 18:12:13 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Mark Schlachet" <markschlachet@me.com> | "Avi Eisenberg" <avi@thimessolutions.com> | | | AC |
| THIMES202890 | E-mail | 2019-08-18 17:37:15 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Avi Eisenberg" <avi@thimessolutions.com> | "Mark Schlachet" <markschlachet@me.com> | | | AC |

| Control number | Type | Sent | Subject Matter | From | To | Cc | Bcc | Privilege Claimed |
|---|---|---|---|---|---|---|---|---|
| THIMES203414 | E-mail | 2019-10-18 15:43:43 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Mark Berkowitz" <mberkowitz@ARELAW.com> | "Avi Eisenberg" <avi@thimessolutions.com> | | | AC |
| THIMES203409 | E-mail | 2019-10-18 14:15:53 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Mark Berkowitz" <mberkowitz@ARELAW.com> | "Avi Eisenberg" <avi@thimessolutions.com> | | | AC |
| THIMES203397 | E-mail | 2019-10-18 13:10:49 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Mark Berkowitz" <mberkowitz@ARELAW.com> | "Avi Eisenberg" <avi@thimessolutions.com> | | | AC |
| THIMES203388 | E-mail | 2019-10-18 13:00:46 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Mark Berkowitz" <mberkowitz@ARELAW.com> | "Avi Eisenberg" <avi@thimessolutions.com> | | | AC |
| THIMES203380 THIMES203384 | E-mail Attachment | 2019-10-18 12:24:47 | Letter to Arbitrator Brown re Counterclaims.docx Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Mark Berkowitz" <mberkowitz@ARELAW.com> | "Avi Eisenberg" <avi@thimessolutions.com> | | | AC; WP |
| THIMES203376 | E-mail | 2019-10-16 13:47:07 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Avi Eisenberg" <avi@thimessolutions.com> | "Mark Berkowitz" <mberkowitz@arelaw.com> | | | AC |
| THIMES203372 | E-mail | 2019-10-16 13:46:29 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Avi Eisenberg" <avi@thimessolutions.com> | "Mark Berkowitz" <mberkowitz@arelaw.com> | | | AC |
| THIMES203369 | E-mail | 2019-10-16 10:42:10 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Mark Berkowitz" <mberkowitz@ARELAW.com> | "Avi Eisenberg" <avi@thimessolutions.com> | | | AC |
| THIMES203365 | E-mail | 2019-10-16 10:41:14 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Avi Eisenberg" <avi@thimessolutions.com> | "Mark Berkowitz" <mberkowitz@arelaw.com> | | | AC |
| THIMES203362 | E-mail | 2019-10-16 10:39:36 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Mark Berkowitz" <mberkowitz@ARELAW.com> | "Avi Eisenberg" <avi@thimessolutions.com> | | | AC |
| THIMES203354 | E-mail | 2019-10-07 09:10:09 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Mark Berkowitz" <mberkowitz@ARELAW.com> | "Avi Eisenberg" <avi@thimessolutions.com> | | | AC |
| THIMES203351 | E-mail | 2019-10-06 16:07:32 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Avi Eisenberg" <avi@thimessolutions.com> | "Mark Berkowitz" <mberkowitz@arelaw.com> | | | AC |
| THIMES203349 | E-mail | 2019-10-04 17:41:20 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Avi Eisenberg" <avi@thimessolutions.com> | "Mark Berkowitz" <mberkowitz@arelaw.com> | | | AC |
| THIMES203341 | E-mail | 2019-10-04 17:08:08 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Mark Berkowitz" <mberkowitz@ARELAW.com> | avi@thimessolutions.com | | | AC |
| THIMES203342 | Attachment | | 2019.10.04 Amazon's Answer and Counterclaims.pdf | | | | | AC |
| THIMES205200 | E-mail | 2020-03-08 14:46:27 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Avi Eisenberg" <avi@thimessolutions.com> | "Mark Schlachet" <markschlachet@me.com> | | | AC |
| THIMES205199 | E-mail | 2020-03-08 13:32:48 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Mark Schlachet" <markschlachet@me.com> | "Avi Eisenberg" <avi@thimessolutions.com> | | | AC |

| Control number | Type | Sent | Subject Matter | From | To | Cc | Bcc | Privilege Claimed |
|---|---|---|---|---|---|---|---|---|
| THIMES205015 | E-mail | 2020-03-08 11:26:08 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Mark Schlachet" <markschlachet@me.com> | "Avi Eisenberg" <avi@thimessolutions.com> | | | AC |
| THIMES205013 | E-mail | 2020-03-08 10:58:44 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Avi Eisenberg" <avi@thimessolutions.com> | "Mark Schlachet" <markschlachet@me.com> | | | AC |
| THIMES205011 | E-mail | 2020-03-08 10:55:49 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Mark Schlachet" <markschlachet@me.com> | "Avi Eisenberg" <avi@thimessolutions.com> | | | AC |
| THIMES204997 | E-mail | 2020-03-07 23:14:38 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Avi Eisenberg" <avi@thimessolutions.com> | "Mark Schlachet" <markschlachet@me.com> | | | AC |
| THIMES204998 | Attachment | | Thimes First Rule 34 Requests to TP-Link (1).docx | | | | | AC; WP |
| THIMES204983 | E-mail | 2020-03-07 22:35:47 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Avi Eisenberg" <avi@thimessolutions.com> | "Mark Schlachet" <markschlachet@me.com> | | | AC |
| THIMES204984 | Attachment | | R. 34 TO AMAZZIA--final (1).docx | | | | | AC; WP |
| THIMES204972 | E-mail | 2020-03-07 22:11:56 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Avi Eisenberg" <avi@thimessolutions.com> | "Mark Schlachet" <markschlachet@me.com> | | | AC |
| THIMES204973 | Attachment | | R. 34 TO AMAZZIA--final.docx | | | | | AC; WP |
| THIMES204963 | E-mail | 2020-03-07 21:19:46 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Avi Eisenberg" <avi@thimessolutions.com> | "Mark Schlachet" <markschlachet@me.com> | | | AC |
| THIMES204964 | Attachment | | Attachment A to Amazon Subpoena 2-21-20-edited.docx | | | | | AC; WP |
| THIMES202765 | E-mail | 2019-08-14 11:29:41 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Mark Schlachet" <markschlachet@me.com> | "Avi Eisenberg" <avi@thimessolutions.com> | | | AC |
| THIMES205695 | E-mail | 2020-03-30 06:39:47 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Mark Schlachet" <markschlachet@me.com> | "Avi Eisenberg" <avi@thimessolutions.com> | | | AC |
| THIMES205696 | Attachment | | 19-NOTICE OF DEFICIENCY RE AE'S REQ FOR ECF.pdf | | | | | AC |
| THIMES207724 | E-mail | 2020-06-22 08:18:16 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Mark Berkowitz" <mberkowitz@ARELAW.com> | "Avi Eisenberg" <avi@thimessolutions.com> | | | AC |
| THIMES207723 | E-mail | 2020-06-21 09:41:16 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Avi Eisenberg" <avi@thimessolutions.com> | "Mark Berkowitz" <mberkowitz@arelaw.com> | | | AC |
| THIMES207158 | E-mail | 2020-06-17 11:50:45 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Mark Berkowitz" <mberkowitz@ARELAW.com> | avi@thimessolutions.com | | | AC |
| THIMES207159 | Attachment | | 6-9-20 Rough2.txt | | | | | AC |
| THIMES200507 | E-mail | 2019-02-14 21:37:33 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Avi Eisenberg" <avi@thimessolutions.com> | "Mark Schlachet" <markschlachet@me.com> | | | AC |
| THIMES200509 | Attachment | | notes.zip | | | | | AC |
| THIMES200510 | Attachment | | av sP.xlsx | | | | | AC |
| THIMES200518 | Attachment | | Avi Jul 5.xlsx | | | | | AC |
| THIMES200534 | Attachment | | Avi.xlsx | | | | | AC |

| Control number | Type | Sent | Subject Matter | From | To | Cc | Bcc | Privilege Claimed |
|---|---|---|---|---|---|---|---|---|
| THIMES207975 | E-mail | 2020-06-23 14:49:02 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Avi Eisenberg" <avi@thimessolutions.com> | "Mark Berkowitz" <mberkowitz@arelaw.com> | | | AC |
| THIMES207725 THIMES207727 | E-mail Attachment | 2020-06-22 08:42:55 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation Eisenberg Avraham 06.09.20.pdf | "Mark Berkowitz" <mberkowitz@ARELAW.com> | avi@thimessolutions.com | | | AC AC |
| THIMES203692 | E-mail | 2019-12-01 13:07:54 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Mark Schlachet" <markschlachet@me.com> | "Avi Eisenberg" <avi@thimessolutions.com> | | | AC |
| THIMES203690 | E-mail | 2019-12-01 12:51:12 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Avi Eisenberg" <avi@thimessolutions.com> | "Mark Schlachet" <markschlachet@me.com> | | | AC |
| THIMES203688 | E-mail | 2019-12-01 12:41:59 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Mark Schlachet" <markschlachet@me.com> | "Avi Eisenberg" <avi@thimessolutions.com> | | | AC |
| THIMES203687 | E-mail | 2019-12-01 12:32:35 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Avi Eisenberg" <avi@thimessolutions.com> | "Mark Schlachet" <markschlachet@me.com> | | | AC |
| THIMES203686 | E-mail | 2019-12-01 12:28:59 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Mark Schlachet" <markschlachet@me.com> | "Avi Eisenberg" <avi@thimessolutions.com> | | | AC |
| THIMES203685 | E-mail | 2019-12-01 12:18:14 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Avi Eisenberg" <avi@thimessolutions.com> | "Mark Schlachet" <markschlachet@me.com> | | | AC |
| THIMES210550 THIMES210551 | E-mail Attachment | 2021-07-04 01:36:27 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation 2021.07.03 invoice to Thimes - 976-00328.pdf | "Randolph Gaw" <rgaw@gawpoe.com> | "Avi Eisenberg" <avi@thimessolutions.com> | "Mark Poe" <mpoe@gawpoe.com> | | AC AC |
| THIMES209719 | E-mail | 2020-09-29 13:32:38 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation | "Randolph Gaw" <rgaw@gawpoe.com> | "Avi Eisenberg" <avi@thimessolutions.com> | "Mark Schlachet" <markschlachet@me.com>; "Victor Meng" <vmeng@gawpoe.com>; "Mark Poe" <mpoe@gawpoe.com> | | AC |
| THIMES209679 THIMES209685 THIMES209693 | E-mail Attachment Attachment | 2020-09-29 13:24:20 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation Attachment A to Amazon Subpoena clean.pdf R. 34 TO AMAZZIA--final clean.pdf | "Avi Eisenberg" <avi@thimessolutions.com> | "Randolph Gaw" <rgaw@gawpoe.com> | "Mark Schlachet" <markschlachet@me.com>; "Victor Meng" <vmeng@gawpoe.com>; "Mark Poe" <mpoe@gawpoe.com> | | AC AC AC |
| THIMES209706 | Attachment | | Thimes First Rule 34 Requests to TP-Link clean.pdf | | | | | AC |
| THIMES209657 THIMES209662 THIMES209670 | E-mail Attachment Attachment | 2020-09-29 13:10:03 | Discussion of litigation strategy, case developments, and/or factual issues relating to litigation 2020.09.25 TSI 1st RFPs to Amazzia.pdf 2020.09.25 TSI 1st RFPs to TP Link.pdf | "Randolph Gaw" <rgaw@gawpoe.com> | "Avi Eisenberg" <avi@thimessolutions.com>; "Mark Schlachet" <markschlachet@me.com> | "Victor Meng" <vmeng@gawpoe.com>; "Mark Poe" <mpoe@gawpoe.com> | | AC AC AC |