# EXHIBIT B

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

9

THIMES SOLUTIONS, INC.

10                  Plaintiff,

11 vs.

12 TP-LINK USA CORPORATION, *et al.*,

13                  Defendants.

14

| | Proceedings in the United States District Court for the Central District of California |
|---|---|
| | Civil Action No. 2:19-CV-10374-SB-E |
| | AMAZON'S RESPONSES AND OBJECTIONS TO SUBPOENA |
| | DWT REF NO.: SUB1011559-B and -C |

15          Pursuant to Rule 45 of the Federal Rules of Civil Procedure, nonparty Amazon.com

16 Services LLC ("Amazon") responds and objects to the Subpoena to Testify at a Deposition in a

17 Civil Action and the Subpoena to Produce Documents, Information, or Objects or to Permit

18 Inspection of Premises in a Civil Action (together, the "subpoena") from Defendant, TP-Link

19 USA Corporation ("Defendant").

20                    **I.  GENERAL OBJECTIONS**

21          1.       **Improper Place of Examination and/or Compliance.**  Amazon objects to the

22 subpoena as improper because the demanded place of examination and/or production

23 (Sacramento, California) is not within 100 miles of where Amazon resides or regularly

24 transacts business in person as required by federal law. *See* Fed. R. Civ. P. 45(c)(1) and (2)(A).

25
26
27

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

2.      **Unreasonable Time for Compliance.**  Amazon objects to the demanded times of compliance, June 24, 2022 and July 1, 2022, respectively.  These short turn-around times are particularly unreasonable in light of the volume and sensitivity of the information sought.

3.      **Overbroad and Unduly Burdensome.**   Amazon objects to the subpoena as overbroad and unduly burdensome. *See* Fed. R. Civ. P. 26(b)(1).  In particular, the subpoena includes 11 "definitions," 17 "instructions," 6 multipart document requests, and 10 deposition topics -- encompassing exceptionally broad and vague categories of information -- without making any showing that such broad demands cannot be reasonably narrowed.

4.      **Vague and Ambiguous.**  Amazon objects to the subpoena's use of vague and ambiguous terms, phrases, and definitions, including but not limited to, "THIMES," "THIMES SOLUTIONS INC. d/b/a Universal Goods & Sales," "subsidiaries," "divisions," "predecessor," "successor," "companies," 'affiliates," "parents," "partnership," "joint venture," "may be a party," "owners," "managers," "employees," "agents," "officers," "directors," "representatives," "consultants," "accountants," "attorneys," "individual," "entity," "working," "on its behalf," "Avraham 'Avi' Eisenberg," "any PERSON who served in any of these capacities," "any relevant time period," "TP-LINK USA," "TP-Link USA Corporation," "AMAZZIA," "AUCTION BROTHERS, INC. d/b/a AMAZZIA," "YOU," "YOUR," "AMAZON," "each person," "acting," "purporting to act," "on behalf of," "under the control of," "AVRAHAM EISENBERG," " without providing clarifying definitions, identifying information, and/or additional information to explain what exactly is sought.  Moreover, the definitions of "PERSON(S)," "DOCUMENT(S)," "COMMUNICATION(S)," "CONCERNING," "THIMES," "THIMES SOLUTIONS INC.," "YOU," "YOUR," "AMAZON," and "AVRAHAM EISENBERG," are so overbroad as to render them vague and ambiguous.

5.      **Failure to Limit Time Period.**  Amazon objects to the failure to reasonably limit the time period covered by the subpoena – which contains *no time period limitation*

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1   *whatsoever* -- as unduly burdensome and overbroad, and seeking documents not kept and

2   maintained in the ordinary course of business.

3       6.      **No Showing of Relevance.**  Amazon objects to the subpoena because it seeks

4   confidential and sensitive information without making an adequate showing of relevance as to

5   any issue in the litigation involving the parties, or any showing that the requests are

6   proportional to the needs of the case.  *See* Fed. R. Civ. P. 26(b)(1).

7       7.      **Failure to Reduce Burden on Nonparty.**  Amazon objects to the subpoena for

8   failing to take reasonable efforts to reduce the burden and expense on nonparty Amazon.

9   Nonparty status is a significant factor a court must consider when assessing undue

10  burden.  *United States v. Amerigroup Illinois, Inc.,* 2005 WL 3111972, at *4 (N.D. Ill. Oct. 21,

11  2005).  In particular, Amazon objects to the subpoena to the extent certain information sought

12  is in the possession, custody, or control of the parties to the litigation, or from public sources.

13  *See* Fed. R. Civ. P. 45(d)(1); *see e.g., Rembrandt Patent Innovations v. Apple, Inc.*, 2015 WL

14  4393581, at *2 (W.D. Tex. July 15, 2015) (holding subpoena issued to non-party is unduly

15  burdensome "until and unless Plaintiffs can establish they are unable to obtain the requested

16  information from the Defendant"); *In re Allergan,* 2016 WL 5922717, at *9 (C.D. Cal. Sept.

17  23, 2016) ("'Courts are particularly reluctant to require a non-party to provide discovery that

18  can be produced by a party'" (citation omitted)); *Nidec Corp. v. Victor Co. of Japan,* 249

19  F.R.D. 575, 577 (N.D. Cal. 2007) ("There is simply no reason to burden nonparties when the

20  documents sought are in possession of the party defendant."); *Moon v. SCP Pool Corp.,* 232

21  F.R.D. 633, 638 (C.D. Cal. 2005) ("[T]hese requests all pertain to defendant, who is a party,

22  and, thus, plaintiffs can more easily and inexpensively obtain the documents from defendant,

23  rather than from [the] nonparty") (citing *Dart Indus. Co. v. Westwood Chem. Co.,* 649 F.2d

24  646, 649 (9th Cir. 1980))); *Haworth, Inc. v. Herman Miller, Inc.,* 998 F.2d 975, 978 (Fed. Cir.

25  1993) (affirming denial of motion to compel production from nonparty, holding "the district

26  court could properly require [defendant] to seek discovery from its party opponent before

27  burdening the nonparty [] with [an] ancillary proceeding"); *Brown v. City of Syracuse,* 648 F.

AMAZON'S OBJECTIONS TO SUBPOENA - 3
4844-2499-6595v.1 0051461-001872

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

Supp. 2d 461, 466 (N.D.N.Y. 2009) (when balancing hardships between requesting party and nonparty, court should consider whether there are other sources for obtaining the material); *Enviropak Corp. v. Zenfinity Capital, LLC*, 2014 WL 4715384, at *4 (E.D. Mo. Sept. 22, 2014) ("there is no indication the discoverable information to which Defendant is entitled cannot be produced by Plaintiff.  Requiring Defendant to initially seek the information at issue from Plaintiff relieves … a non-party … from a burdensome task").  Obtaining records from a party also allows the parties to the litigation to directly address any confidentiality and privacy issues.

Moreover, the deposition topics substantially overlap with the document demands. Amazon objects to the demand for a deposition simply to produce and/or authenticate documents as unreasonable, unduly burdensome, and disruptive of nonparty Amazon's business.  Under such circumstances a deposition is unnecessary and imposes an undue burden on nonparty Amazon where less burdensome means, such as the production of a narrow set of authenticated documents or the provision of a declaration, are available.

8.      **Improper Request for Confidential, Proprietary or Trade Secret Information.**  Amazon objects to the subpoena to the extent it seeks the disclosure of information or documents containing confidential, proprietary, or trade secret information. Amazon expressly reserves all rights with respect to the protective order entered in the case pertaining to the production of information or documents containing any confidential, proprietary, or trade secret information, and reserves the right to seek additional protections.

9.      **Privacy.**  Amazon objects to the subpoena on the grounds of privacy because it seeks sensitive information without making an adequate showing that notice or authorization has been provided, or that there is a need for such information that would override state or federal privacy rights.

10.      **Not Within Amazon's Possession, Custody or Control.**  Amazon objects to the subpoena to the extent it purports to require Amazon to search for and produce documents not within its possession, custody or control.  Amazon objects to the definitions of "YOU,"

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

"YOUR," and "AMAZON" as unreasonably broad and vague, and responds to the subpoena on behalf of Amazon.com Services LLC only.

11.   **Electronically Stored Information.**  Amazon objects to the subpoena to the extent it seeks production of electronically stored information from sources not reasonably accessible (*e.g.*, legacy systems, backup media, temporary or ambient data), in light of the burdens or costs required to locate, restore, review, and produce whatever responsive information may be found.

12.   **Privileged Information.**  Amazon objects to the subpoena to the extent it seeks information that is protected from disclosure by the attorney-client privilege, work product doctrine, or any other applicable privilege, including by defining "YOU," "YOUR," and "AMAZON" to include Amazon's "attorneys."  To the extent that there is any disclosure of such protected or privileged information, such disclosure is inadvertent and is not intended to waive any privilege or protection.

## II.   SPECIFIC OBJECTIONS TO DOCUMENT REQUESTS

In addition to its general objections above, incorporated into each of the responses below, Amazon makes the following specific objections to Defendant's document requests.

## REQUEST FOR PRODUCTION NO. 1:

All DOCUMENTS and COMMUNICATIONS related to any concerns, claims, or complaints regarding THIMES, including, but not limited to, intellectual property violations (trademark, patent or copyright), negative customer feedback, account issues (e.g., inadequate product descriptions, insufficient security, or performance evaluations), warnings, suspensions, removals, and expulsions.

## RESPONSE TO REQUEST FOR PRODUCTION NO. 1:

Amazon objects to this request to the extent this information could more easily and appropriately be obtained from a party to, or associated with, the litigation.   Amazon objects to this request as overbroad and unduly burdensome because it seeks "*[a]ll DOCUMENTS and COMMUNICATIONS* related to any concerns, claims, or complaints regarding THIMES,

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1  including, *but not limited to*, intellectual property violations (trademark, patent or copyright),-

2  negative customer feedback, account issues (e.g., inadequate product descriptions, insufficient

3  security, or performance evaluations), warnings, suspensions, removals, and expulsions," for an

4  *unlimited period of time*, without making any showing that such broad demands cannot be

5  narrowed to seek only relevant and reasonably ascertainable information.  Amazon objects to

6  the use of vague and ambiguous terms and phrases in the request, including, but not limited to,

7  "concerns," "claims," "complaints," "regarding," "THIMES," "intellectual property

8  violations," "negative customer feedback," "account issues," "inadequate product

9  descriptions," ""insufficient security," "performance evaluations," "warnings," "suspensions,"

10  "removals," and "expulsions," without providing additional identifying or clarifying

11  information to explain exactly what is sought.  To the extent the request seeks information

12  regarding particular products sold by or through Amazon, it fails to provide adequate

13  identifying information such as Amazon Standard Identification Numbers ("ASINS").  Amazon

14  objects to this request to the extent it seeks confidential or proprietary information without

15  making any showing of relevance or that the request is proportional to the needs of the case.

16  **REQUEST FOR PRODUCTION NO. 2**

17  All DOCUMENTS and COMMUNICATIONS related to any concerns, claims, or

18  complaints regarding any account held by AVRAHAM EISENBERG, including, but not

19  limited to, intellectual property violations (trademark, patent or copyright), negative customer

20  feedback, account issues (e.g., inadequate product descriptions, insufficient security, or

21  performance evaluations), warnings, suspensions, removals, and expulsions.

22  **RESPONSE TO REQUEST FOR PRODUCTION NO. 2**

23  Amazon objects to this request to the extent this information could more easily and

24  appropriately be obtained from a party to, or associated with, the litigation.  Amazon objects to

25  this request as overbroad and unduly burdensome because it seeks "*[a]ll DOCUMENTS and*

26  *COMMUNICATIONS* related to any concerns, claims, or complaints regarding any account

27  held by AVRAHAM EISENBERG, including, but not limited to, intellectual property

AMAZON'S OBJECTIONS TO SUBPOENA - 6
4844-2499-6595.v.1 0051461-001872

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1  violations (trademark, patent or copyright), negative customer feedback, account - issues (e.g.,

2  inadequate product descriptions, insufficient security, or performance evaluations), warnings,

3  suspensions, removals, and expulsions," for an *unlimited period of time*, without making any

4  showing that such broad demands cannot be narrowed to seek only relevant and reasonably

5  ascertainable information.  Amazon objects to the use of vague and ambiguous terms and

6  phrases in the request, including, but not limited to, "concerns," "claims," "complaints,"

7  "regarding," "any account," "held by," "AVRAHAM EISENBERG," "intellectual property

8  violations," "negative customer feedback," "account issues," "inadequate product

9  descriptions," ""insufficient security," "performance evaluations," "warnings," "suspensions,"

10  "removals," and "expulsions," without providing additional identifying or clarifying

11  information to explain exactly what is sought.  To the extent the request seeks information

12  regarding a particular seller on Amazon, it fails to provide adequate identifying information,

13  such as a seller identification number, seller storefront link, or email address associated with a

14  seller account.  To the extent the request seeks information regarding particular products sold

15  by or through Amazon, it fails to provide adequate identifying information such as ASINs.

16  Amazon objects to this request to the extent it seeks confidential or proprietary information

17  without making any showing of relevance or that the request is proportional to the needs of the

18  case.

19  **REQUEST FOR PRODUCTION NO. 3**

20    All DOCUMENTS and COMMUNICATIONS related to any concerns, claims, or

21  complaints sent or received from email addresses:  avi@thimessolutions.com or

22  613ike@gmail.com, including, but not limited to, intellectual property violations (trademark,

23  patent or copyright), negative customer feedback, account issues (e.g., inadequate product

24  descriptions, insufficient security, or performance evaluations), warnings, suspensions,

25  removals, and expulsions.

26

27

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

**RESPONSE TO REQUEST FOR PRODUCTION NO. 3**

Amazon objects to this request to the extent this information could more easily and appropriately be obtained from a party to, or associated with, the litigation.   Amazon objects to this request as overbroad and unduly burdensome because it seeks "*[a]ll DOCUMENTS and COMMUNICATIONS* related to any concerns, claims, or complaints sent or received from email addresses: avi@thimessolutions.com or 613ike@gmail.com, including, but not limited to, intellectual property violations (trademark, patent or copyright), negative customer feedback, account issues (e.g., inadequate product descriptions, insufficient security, or performance evaluations), warnings, suspensions, removals, and expulsions," for an *unlimited period of time*, without making any showing that such broad demands cannot be narrowed to seek only relevant and reasonably ascertainable information.  Amazon objects to the use of vague and ambiguous terms and phrases in the request, including, but not limited to, "concerns," "claims," "complaints," "intellectual property violations," "negative customer feedback," "account issues," "inadequate product descriptions," ""insufficient security," "performance evaluations," "warnings," "suspensions," "removals," and "expulsions," without providing additional identifying or clarifying information to explain exactly what is sought.  To the extent the request seeks information regarding particular products sold by or through Amazon, it fails to provide adequate identifying information such as ASINs.  Amazon objects to this request to the extent it seeks confidential or proprietary information without making any showing of relevance or that the request is proportional to the needs of the case.

**REQUEST FOR PRODUCTION NO. 4**

All DOCUMENTS and COMMUNICATIONS CONCERNING any decision to suspend, remove (listings or account), or expel THIMES from the AMAZON marketplace, including the alleged suspension of THIMES on May 7, 2018 from selling on the AMAZON marketplace, THIMES's appeal(s), any reinstatement, and explusion(s).

AMAZON'S OBJECTIONS TO SUBPOENA - 8
4844-2499-6595v.1 0051461-001872

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1     **RESPONSE TO REQUEST FOR PRODUCTION NO. 4**

2        Amazon objects to this request to the extent this information could more easily and

3 appropriately be obtained from a party to, or associated with, the litigation.   Amazon objects to

4 this request as overbroad and unduly burdensome because it seeks "*[a]ll DOCUMENTS and*

5 *COMMUNICATIONS* CONCERNING any decision to suspend, remove (listings or account), or

6 expel THIMES from the AMAZON marketplace, including the alleged suspension of THIMES

7 on May 7, 2018 from selling on the AMAZON marketplace, THIMES's appeal(s), any

8 reinstatement, and explusion(s)," for an *unlimited period of time*, without making any showing

9 that such broad demands cannot be narrowed to seek only relevant and reasonably ascertainable

10 information.   Amazon objects to the use of vague and ambiguous terms and phrases in the

11 request, including, but not limited to, "any decision," "suspend," "remove," "listings,"

12 "account," "expel," "THIMES," "AMAZON marketplace," "alleged suspension of THIMES,"

13 "selling," "appeal(s)," "reinstatement," and "explusion(s)," without providing additional

14 identifying or clarifying information to explain exactly what is sought.   To the extent the

15 request seeks information regarding particular products sold by or through Amazon, it fails to

16 provide adequate identifying information such as ASINs.   Amazon objects to this request to the

17 extent it seeks confidential or proprietary information without making any showing of

18 relevance or that the request is proportional to the needs of the case.

19 **REQUEST FOR PRODUCTION NO. 5**

20        All DOCUMENTS associated with THIMES's seller's account, including the signed

21 AMAZON standard Business Solutions Agreement and any products or funds held by

22 AMAZON.

23 **RESPONSE TO REQUEST FOR PRODUCTION NO. 5**

24        Amazon objects to this request to the extent this information could more easily and

25 appropriately be obtained from a party to, or associated with, the litigation, or from publicly

26 available sources.   *See e.g.*,   Amazon Services Business Solutions Agreement - Amazon Seller

27 Central.   Amazon objects to this request as overbroad and unduly burdensome because it seeks

1  "*[a]ll DOCUMENTS* associated with THIMES's seller's account, including the signed

2  AMAZON standard Business Solutions Agreement and any products or funds held by

3  AMAZON," for an *unlimited period of time*, without making any showing that such broad

4  demands cannot be narrowed to seek only relevant and reasonably ascertainable information.

5  Amazon objects to the use of vague and ambiguous terms and phrases in the request, including,

6  but not limited to, "associated with," "signed," "products," "funds," and "held by Amazon,"

7  without providing additional identifying or clarifying information to explain exactly what is

8  sought.  To the extent the request seeks information regarding particular products sold by or

9  through Amazon, it fails to provide adequate identifying information such as ASINs.  Amazon

10 objects to this request to the extent it seeks confidential or proprietary information without

11 making any showing of relevance or that the request is proportional to the needs of the case.

12 **REQUEST FOR PRODUCTION NO. 6**

13         All DOCUMENTS associated with any account held by AVRAHAM EISENBERG,

14 including any signed AMAZON standard Business Solutions Agreement and any products or

15 funds held by AMAZON**.**

16 **RESPONSE TO REQUEST FOR PRODUCTION NO. 6**

17         Amazon objects to this request to the extent this information could more easily and

18 appropriately be obtained from a party to, or associated with, the litigation, or from publicly

19 available sources.  *See e.g.*,  Amazon Services Business Solutions Agreement - Amazon Seller

20 Central.   Amazon objects to this request as overbroad and unduly burdensome because it seeks

21 "*[a]ll DOCUMENTS* associated with any account held by AVRAHAM EISENBERG,

22 including the signed AMAZON standard Business Solutions Agreement and any products or

23 funds held by AMAZON," for an *unlimited period of time*, without making any showing that

24 such broad demands cannot be narrowed to seek only relevant and reasonably ascertainable

25 information.  Amazon objects to the use of vague and ambiguous terms and phrases in the

26 request, including, but not limited to, "associated with," "any account," "held by,"

27 "AVRAHAM EISENBERG," "signed," "products," "funds," and "held by Amazon," without

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1  providing additional identifying or clarifying information to explain exactly what is sought. To

2  the extent the request seeks information regarding a particular seller on Amazon, it fails to

3  provide adequate identifying information such a seller identification number, seller storefront

4  link, or email address associated with a seller account. To the extent the request seeks

5  information regarding particular products sold by or through Amazon, it fails to provide

6  adequate identifying information such as ASINs. Amazon objects to this request to the extent it

7  seeks confidential or proprietary information without making any showing of relevance or that

8  the request is proportional to the needs of the case.

### III.    SPECIFIC OBJECTIONS TO DEPOSITION TOPICS

10  In addition to its general objections above, incorporated into each of the responses

11  below, Amazon makes the following specific objections to Defendant's deposition topics.

12  **TOPIC NO. 1**

13  DOCUMENTS produced in response to the subpoena to produce documents, which

14  was issued to AMAZON concurrently with this subpoena *(see* Attachment A), including the

15  business record and/or authenticity foundation for any such DOCUMENTS.

16  **RESPONSE TO TOPIC NO. 1**

17  Amazon objects to the extent the information sought could be obtained through less

18  burdensome means than a nonparty deposition. To the extent Amazon produces documents in

19  response to the subpoena, it can provide a declaration authenticating same.

20  **TOPIC NO. 2**

21  AMAZON's policies and procedures regarding complaints against sellers using

22  the AMAZON marketplace, including but not limited to the procedure for investigating

23  and responding to complaints.

24  **RESPONSE TO TOPIC NO. 2**

25  Amazon objects to the extent the information sought could be obtained through less

26  burdensome means than a nonparty deposition. Amazon objects to this topic as overbroad and

27  unduly burdensome because it seeks testimony regarding "AMAZON's policies and procedures

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

regarding complaints against sellers using the AMAZON marketplace, including but not limited to the procedure for investigating and responding to complaints," for an *unlimited* period of time, without making any showing that such a broad topic is necessary or cannot be narrowed to seek only relevant and reasonably ascertainable information. *See e.g.,* Fed. R. Civ. P. 26(b)(1). Amazon objects to the use of vague and ambiguous terms and phrases, including but not limited to, "policies," "procedures," "AMAZON," "regarding," "complaints against sellers," "using," "AMAZON marketplace," "investigating," "responding to," and "complaints," without providing clarifying definitions or sufficient information to identify what is sought. Amazon objects to this topic to the extent it seeks confidential or proprietary information without making any showing of relevance or that the request is proportional to the needs of the case.

**TOPIC NO. 3**

    Any AMAZON account held by THIMES.

**RESPONSE TO TOPIC NO. 3**

    Amazon objects to this topic to the extent the information sought could more easily and appropriately be obtained from a party to, or associated with, the litigation. Amazon objects to the extent the information sought could be obtained through less burdensome means than a nonparty deposition. Amazon objects to this topic as overbroad and unduly burdensome because it seeks testimony regarding "[a]ny AMAZON account held by THIMES," for an unlimited period of time, without making any showing that such a broad topic is necessary or cannot be narrowed to seek only relevant and reasonably ascertainable information. *See e.g.,* Fed. R. Civ. P. 26(b)(1). Amazon objects to the use of vague and ambiguous terms and phrases, including but not limited to, "any AMAZON Account," "held by," and "THIMES," without providing clarifying definitions or sufficient information to identify what is sought. Amazon objects to this topic to the extent it seeks confidential or proprietary information without making any showing of relevance or that the request is proportional to the needs of the case.

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1  **TOPIC NO. 4**

2      Any agreements between AMAZON and THIMES, including, but not limited

3  to, AMAZON's standard Business Solutions Agreement.

4  **RESPONSE TO TOPIC NO. 4**

5      Amazon objects to this topic to the extent the information sought could more easily and

6  appropriately be obtained from a party to, or associated with, the litigation, or from publicly

7  available sources. *See e.g.*, Amazon Services Business Solutions Agreement - Amazon Seller

8  Central.   Amazon objects to the extent the information sought could be obtained through less

9  burdensome means than a nonparty deposition. Amazon objects to this topic as overbroad and

10  unduly burdensome because it seeks testimony regarding "[a]ny agreements between

11  AMAZON and THIMES, including, but not limited to, AMAZON's standard Business

12  Solutions Agreement," for an unlimited period of time, without making any showing that such

13  a broad topic is necessary or cannot be narrowed to seek only relevant and reasonably

14  ascertainable information.  *See e.g.,* Fed. R. Civ. P. 26(b)(1).  Amazon objects to the use of

15  vague and ambiguous terms and phrases, including but not limited to, "agreements,"

16  "AMAZON," and "THIMES," without providing clarifying definitions or sufficient

17  information to identify what is sought.  Amazon objects to this topic to the extent it seeks

18  confidential or proprietary information without making any showing of relevance or that the

19  request is proportional to the needs of the case.

20  **TOPIC NO. 5**

21      Any account held by AVRAHAM EISENBERG.

22  **RESPONSE TO TOPIC NO. 5**

23      Amazon objects to this topic to the extent the information sought could more easily and

24  appropriately be obtained from a party to, or associated with, the litigation.  Amazon objects to

25  the extent the information sought could be obtained through less burdensome means than a

26  nonparty deposition. Amazon objects to this topic as overbroad and unduly burdensome

27  because it seeks testimony regarding "[a]ny account held by AVRAHAM EISENBERG," for

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1   an unlimited period of time, without making any showing that such a broad topic is necessary

2   or cannot be narrowed to seek only relevant and reasonably ascertainable information.  *See e.g.*,

3   Fed. R. Civ. P. 26(b)(1).  Amazon objects to the use of vague and ambiguous terms and

4   phrases, including but not limited to, "any account," "held by," and "AVRAHAM

5   EISENBERG," without providing clarifying definitions or sufficient information to identify

6   what is sought.  Amazon objects to this topic to the extent it seeks confidential or proprietary

7   information without making any showing of relevance or that the request is proportional to the

8   needs of the case.

9   **TOPIC NO. 6**

10      Any agreements between AMAZON and AVRAHAM EISENBERG, including,

11   but not limited to, AMAZON's standard Business Solutions Agreement.

12   **RESPONSE TO TOPIC NO. 6**

13      Amazon objects to this topic to the extent the information sought could more easily and

14   appropriately be obtained from a party to, or associated with, the litigation, or from publicly

15   available sources. *See e.g.*,  Amazon Services Business Solutions Agreement - Amazon Seller

16   Central.   Amazon objects to the extent the information sought could be obtained through less

17   burdensome means than a nonparty deposition. Amazon objects to this topic as overbroad and

18   unduly burdensome because it seeks testimony regarding "[a]ny agreements between

19   AMAZON and AVRAHAM EISENBERG, including, but not limited to, AMAZON's standard

20   Business Solutions Agreement," for an unlimited period of time, without making any showing

21   that such a broad topic is necessary or cannot be narrowed to seek only relevant and reasonably

22   ascertainable information.  *See e.g.*, Fed. R. Civ. P. 26(b)(1).  Amazon objects to the use of

23   vague and ambiguous terms and phrases, including but not limited to, "any agreements,"

24   "AMAZON" and "AVRAHAM EISENBERG," without providing clarifying definitions or

25   sufficient information to identify what is sought.  Amazon objects to this topic to the extent it

26   seeks confidential or proprietary information without making any showing of relevance or that

27   the request is proportional to the needs of the case.

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

## TOPIC NO. 7

Claims or complaints regarding THIMES, including, but not limited to, intellectual property violations (trademark, patent or copyright), negative customer feedback, account issues (e.g., inadequate product descriptions, insufficient security, or performance evaluations), warnings, suspensions, removals, and expulsions relating to, concerning, or involving THIMES.

## RESPONSE TO TOPIC NO. 7

Amazon objects to this topic to the extent the information sought could more easily and appropriately be obtained from a party to, or associated with, the litigation.   Amazon objects to the extent the information sought could be obtained through less burdensome means than a nonparty deposition. Amazon objects to this topic as overbroad and unduly burdensome because it seeks testimony regarding "[c]laims or complaints regarding THIMES, including, but not limited to, intellectual property violations (trademark, patent or copyright), negative customer feedback, account issues (e.g., inadequate product descriptions, insufficient security, or performance evaluations), warnings, suspensions, removals, and expulsions relating to, concerning, or involving THIMES," for an unlimited period of time, without making any showing that such a broad topic is necessary or cannot be narrowed to seek only relevant and reasonably ascertainable information.  *See e.g.,* Fed. R. Civ. P. 26(b)(1).  Amazon objects to the use of vague and ambiguous terms and phrases, including but not limited to, "claims," "complaints," "regarding," "THIMES," "intellectual property violations," "negative customer feedback," "account issues," "inadequate product descriptions," "insufficient security," "performance evaluations," "warnings," "suspensions," "removals, "expulsions," and "relating to, concerning, or involving THIMES," without providing clarifying definitions or sufficient information to identify what is sought.  Amazon objects to this topic to the extent it seeks confidential or proprietary information without making any showing of relevance or that the request is proportional to the needs of the case.

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

**TOPIC NO. 8**

Claims or complaints regarding AVRAHAM EISENBERG, including, but not limited to, intellectual property violations (trademark, patent or copyright), negative customer feedback, account issues (e.g., inadequate product descriptions, insufficient security, or performance evaluations), warnings, suspensions, removals, and expulsions relating to, concerning, or involving AVRAHAM EISENBERG.

**RESPONSE TO TOPIC NO. 8**

Amazon objects to this topic to the extent the information sought could more easily and appropriately be obtained from a party to, or associated with, the litigation.   Amazon objects to the extent the information sought could be obtained through less burdensome means than a nonparty deposition. Amazon objects to this topic as overbroad and unduly burdensome because it seeks testimony regarding "[c]laims or complaints regarding AVRAHAM EISENBERG, including, but not limited to, intellectual property violations (trademark, patent or copyright), negative customer feedback, account issues (e.g., inadequate product descriptions, insufficient security, or performance evaluations), warnings, suspensions, removals, and expulsions relating to, concerning, or involving AVRAHAM EISENBERG," for an unlimited period of time, without making any showing that such a broad topic is necessary or cannot be narrowed to seek only relevant and reasonably ascertainable information. *See e.g.,* Fed. R. Civ. P. 26(b)(1).  Amazon objects to the use of vague and ambiguous terms and phrases, including but not limited to, "claims," "complaints," "regarding," "AVRAHAM EISENBERG," "intellectual property violations," "negative customer feedback," "account issues," "inadequate product descriptions," "insufficient security," "performance evaluations," "warnings," "suspensions," "removals, "expulsions," and "relating to, concerning, or involving AVRAHAM EISENBERG," without providing clarifying definitions or sufficient information to identify what is sought.  Amazon objects to this topic to the extent it seeks confidential or proprietary information without making any showing of relevance or that the request is proportional to the needs of the case.

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

**TOPIC NO. 9**

Claims or complaints sent or received from email addresses: avi@thimessolutions.com or 613ike@gmail.com, including, but not limited to, intellectual property violations (trademark, patent or copyright), negative customer feedback, account issues (e.g., inadequate product descriptions, insufficient security, or performance evaluations), warnings, suspensions, removals, and expulsions.

**RESPONSE TO TOPIC NO. 9**

Amazon objects to this topic to the extent the information sought could more easily and appropriately be obtained from a party to, or associated with, the litigation. Amazon objects to the extent the information sought could be obtained through less burdensome means than a nonparty deposition. Amazon objects to this topic as overbroad and unduly burdensome because it seeks testimony regarding "[c]laims or complaints sent or received from email addresses: avi@thimessolutions.com or 613ike@gmail.com, including, but not limited to, intellectual property violations (trademark, patent or copyright), negative customer feedback, account issues (e.g., inadequate product descriptions, insufficient security, or performance evaluations), warnings, suspensions, removals, and expulsions," for an unlimited period of time, without making any showing that such a broad topic is necessary or cannot be narrowed to seek only relevant and reasonably ascertainable information. *See e.g.,* Fed. R. Civ. P. 26(b)(1). Amazon objects to the use of vague and ambiguous terms and phrases, including but not limited to, "claims," "complaints," "regarding," "intellectual property violations," "negative customer feedback," "account issues," "inadequate product descriptions," "insufficient security," "performance evaluations," "warnings," "suspensions," "removals," and "expulsions," without providing clarifying definitions or sufficient information to identify what is sought. Amazon objects to this topic to the extent it seeks confidential or proprietary information without making any showing of relevance or that the request is proportional to the needs of the case.

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1  **TOPIC NO. 10**

2      Any decision to suspend, remove (listings or account), or expel THIMES from the

3  AMAZON marketplace, including the alleged suspension of THIMES on May 7, 2018 from

4  selling on the AMAZON marketplace, THIMES 's appeal(s), any reinstatement, and

5  explusion(s).

6  **RESPONSE TO TOPIC NO. 10**

7      Amazon objects to this topic to the extent the information sought could more easily and

8  appropriately be obtained from a party to, or associated with, the litigation.   Amazon objects to

9  the extent the information sought could be obtained through less burdensome means than a

10  nonparty deposition. Amazon objects to this topic as overbroad and unduly burdensome

11  because it seeks testimony regarding "[a]ny decision to suspend, remove (listings or account),

12  or expel THIMES from the AMAZON marketplace, including the alleged suspension of

13  THIMES on May 7, 2018 from selling on the AMAZON marketplace, THIMES 's appeal(s),

14  any reinstatement, and explusion(s)," for an unlimited period of time, without making any

15  showing that such a broad topic is necessary or cannot be narrowed to seek only relevant and

16  reasonably ascertainable information. *See e.g.,* Fed. R. Civ. P. 26(b)(1).  Amazon objects to the

17  use of vague and ambiguous terms and phrases, including but not limited to, "decision,"

18  "suspend," "remove," "listings," "account," "expel," "THIMES," "AMAZON marketplace,"

19  "alleged suspension of THIMES," "selling on," "appeal(s)," "reinstatement," and "expulsion(s)

20  without providing clarifying definitions or sufficient information to identify what is sought.

21  Amazon objects to this topic to the extent it seeks confidential or proprietary information

22  without making any showing of relevance or that the request is proportional to the needs of the

23  case.

24

25

26

27

1      DATED this 21st day of June, 2022.

2                              DAVIS WRIGHT TREMAINE LLP

3                              Attorneys for Amazon.com Services LLC

4                              By */s/ Ramie Snodgrass*

5                                   Ramie O. Snodgrass, WSBA No. 40689

6                                   920 Fifth Avenue, Suite 3300

                                   Seattle, WA  98104-1610

7                                   Telephone: 206-757-8208

8                                   Email: RamieSnodgrass@dwt.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2022, I caused the foregoing document to be served by electronic mail and certified mail to the following:

LTL Attorneys, LLP
Patice A. Gore
Patice.gore@ltlattorneys.com


DATED this 21st day of June, 2022.

Davis Wright Tremaine LLP
Attorneys for Amazon.com Services LLC


By /s/ Ramie Snodgrass
Ramie O. Snodgrass, WSBA No. 40689
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
Telephone: 206-757-8208
Email: RamieSnodgrass@dwt.com

AMAZON'S OBJECTIONS TO SUBPOENA - 20
4844-2499-6595v.1 0051461-001872

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax