# EXHIBIT C

## Notice: Policy Warning

**Amazon** <notice-dispute@amazon.com>  
Reply-To: Amazon <notice-dispute@amazon.com>  
To: "avi@thimessolutions.com" <avi@thimessolutions.com>

Thu, May 10, 2018 at 8:15 AM



Hello,

We reviewed your account and decided that you may no longer sell on Amazon.

If you do not appeal this decision within 90 days, we will permanently withhold any payments to you. Any FBA inventory of the items that caused "inauthentic" complaints will be destroyed at your expense.

To learn more about our policies, search for "Amazon Anti-Counterfeiting Policy" or "Intellectual Property Violations" in Seller Central Help (https://sellercentral.amazon.com/gp/help/external/201361070).

-------------------------------------
ASIN:  B01MDLGCDL,
B0172C6P1G,
B01AMR2VUC,
B00VVT8PEC,
B00VKSSWTC,
B075JNZQHN,
B075VCY4HB,
B013KV2VPW,
B01DFFCHUM,
B00KL80VK0,
B0149IH1BY,
B00Q5K0JDW,
B00SGR9C8K,
B00USCI70U,
B00Q5K0JJ6,
B00NX1LBJC,
B01N2KCDJQ,
B01LCNENI8,
B01AIRDNIK,
B077SQGFZX,
B01A8AXMP6,
B01M082DQY,
B01IUXM1PU,
B011596F12,
B00NX1LBH0,
B01N0AI30J,
B01LC0Z530,
B00VKSSVXE,
B00USCIBN8,
B01CKLXZQC,
B00IS4INQS,
B014E4ECW0,
B01A9ETWRI,
B075B285PP,
B018SVYS2S,
B00J8BX8SS,
B00ZAJWUQS,

```
B01N44FM3I,
B00N6UOJNW,
B01AIR8G0Q,
B075JNV73T,
B0747Z2KJW,
B01LE7DP5O,
B00Q5K0JHI,
B00KW2R82Y,
B00SGR9CB2,
B00S5J3I3Y
```

Complaint ID:   5028597371


Sincerely,
Seller Performance Team
Amazon.com
http://www.amazon.com