UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-10374-SB(Ex) | Date | September 28, 2022 |
|---|---|---|---|
| Title | THIMES SOLUTIONS, INC. V. TP-LINK USA CORPORATION, ET AL. | | |

| Present: The Honorable | Charles F. Eick, United States Magistrate Judge | |
|---|---|---|
| Valencia Munroe | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**Attorneys Present for Plaintiffs:**    **Attorneys Present for Defendants:**

None    None

**Proceedings:**     (IN CHAMBERS)

"TP-Link USA's Application for Leave to File Under Seal Certain Portions of the Joint Stipulation, etc.," filed September 21, 2022, is denied.  See L.R. 79-5.2.2(b)(i).

cc:    Judge Blumenfeld
       All Counsel of Record

Initials of Deputy Clerk    VMUN