# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-10374-SB(Ex) | Date | October 5, 2022 |
|---|---|---|---|
| Title | THIMES SOLUTIONS, INC. V. TP-LINK USA CORPORATION, ET AL. | | |

Present: The Honorable  Charles F. Eick, United States Magistrate Judge

| Valencia Munroe | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**Attorneys Present for Plaintiffs:**       **Attorneys Present for Defendants:**

None                                                                  None

**Proceedings:**        (IN CHAMBERS)

"TP-Link USA's Application for Leave to File Under Seal Certain Portions of TP-Link USA's Supplemental Memorandum, etc.," filed September 27, 2022, is denied.  See L.R. 79-5.2.2(b)(i).

cc:  Judge Blumenfeld
     All Counsel of Record

Initials of Deputy Clerk   VMUN