# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No.:   2:19-cv-10374-SB-E | Date:   10/07/2022 |

Title:   *Thimes Solutions Inc. v. TP-Link USA Corporation et al*

Present: The Honorable   **STANLEY BLUMENFELD, JR., U.S. District Judge**

| Holidae Crawford | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Randolph Gaw | Christopher L. Frost |
| | David Wesley Ammons |

**Proceedings: (Minutes of) Motions for Summary Judgment [217] and Good Faith Settlement Determination [208] (Held and Completed)**

    Case called and appearances made. The Court conferred with the parties on Defendant TP-Link USA Corporation's Motion for Summary Judgment and Defendant Auction Brothers, Inc.'s Motion for Good Faith Settlement Approval.

:40