RANDOLPH GAW (S.B. #223718)
 rgaw@gawpoe.com
MARK POE (S.B. #223714)
 mpoe@gawpoe.com
VICTOR MENG (S.B. #254102)
 vmeng@gawpoe.com
GAW | POE LLP
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415) 766-7451
Facsimile: (415) 737-0642

MARK SCHLACHET (*pro hac vice*)
 markschlachet@me.com
43 West 43d Street, Suite 220
New York, New York 10036
Telephone: (216) 225-7559
Facsimile: (216) 932-5390

Attorneys for Plaintiff Thimes Solutions Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| THIMES SOLUTIONS INC.<br><br>               Plaintiff,<br><br>    v.<br><br>TP-LINK USA CORPORATION, and AUCTION BROTHERS, INC. d/b/a AMAZZIA<br><br>               Defendants. | Case No. 2:19-cv-10374-SB-E<br><br>**JOINT STATUS REPORT**<br><br><br>Judge:    Hon. Stanley Blumenfeld, Jr.<br>Courtroom:  6C |

1  Pursuant to the Court's May 20, 2022 Case Management Order (ECF No.
2  170), Plaintiff Thimes Solutions Inc. and Defendants TP-Link USA Corporation
3  and Auction Brothers, Inc. d/b/a Amazzia, hereby submit this Joint Status Report:
4  On June 30, 2022, all of the parties participated in a private mediation before
5  Diane Faber, Esq.  The parties were unable to reach a settlement during this
6  mediation.  The parties participated in a second private mediation before Ms. Faber
7  on October 21, 2022, but were unable to reach a settlement during this mediation.
8  On August 1, 2022, Thimes and Auction Brothers entered into a settlement
9  agreement, the terms of which have been filed with the Court as ECF No. 208-1.
10  Auction Brothers has filed a motion for good faith settlement determination.  (ECF
11  No. 208.)  The briefing on that motion is complete and a hearing took place on
12  October 7, 2022.  (ECF No. 240.)
13  On September 9, 2022, TP-Link filed a motion for summary judgment or
14  partial summary judgment.  (ECF No. 217.)  The briefing on that motion is
15  complete and a hearing took place on October 7, 2022.  (ECF No. 240.)
16  Under the Case Management Order, the non-expert and expert discovery
17  deadline was September 30, 2022.  (ECF No. 170 at 2.)  A post-settlement status
18  conference has been set for November 4, 2022 at 8:30 a.m.  (*Id.*)  The pre-trial
19  conference is set for December 30, 2022 at 10:00 a.m. and trial is scheduled to
20  begin on January 9, 2023 at 8:30 a.m.  (*Id.*)
21
22  Dated:  October 25, 2022                    _/s/ Randolph Gaw
                                                Randolph Gaw
23                                              GAW | POE LLP
24
                                                Attorneys for Plaintiff
25                                              Thimes Solutions Inc.
26
27
28

-1-

1

2     Dated:  October 25, 2022                    /s/ Heather F. Auyang _____

3                                                 Heather F. Auyang
                                                  LTL ATTORNEYS LLP
4
                                                  Attorneys for Defendant
5                                                 TP-Link USA Corporation

6

7     Dated:  October 25, 2022                    /s/ Christopher Frost_____

8                                                 Christopher Frost
                                                  WEINBERG GONSER FROST LLP
9
                                                  Attorneys for Defendant
10                                                Auction Brothers, Inc.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28