LTL ATTORNEYS LLP
Joe H. Tuffaha (SBN 253723)
  joe.tuffaha@ltlattorneys.com
Prashanth Chennakesavan (SBN 284022)
  prashanth.chennakesavan@ltlattorneys.com
Heather F. Auyang (SBN 191776)
  heather.auyang@ltlattorneys.com
Patice A. Gore (SBN 258776)
  patice.gore@ltlattorneys.com
300 South Grand Ave., Suite 3950
Los Angeles, CA 90071
Tel: (213) 612-8900
Fax: (213) 612-3773

Attorneys for Defendant and
Counterclaimant TP-Link USA Corporation

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| THIMES SOLUTIONS INC., <br><br> Plaintiff, <br><br> v. <br><br> TP-LINK USA CORPORATION, and AUCTION BROTHERS, INC. d/b/a AMAZZIA, <br><br> Defendants. <br><br> TP-LINK USA CORPORATION, <br><br> Counterclaimant, <br><br> v. <br><br> THIMES SOLUTIONS INC., <br><br> Counter-Defendant. | CASE NO.: 2:19-cv-10374-SB-E <br><br> **NOTICE OF CHANGE OF ADDRESS** <br><br> Discovery Cutoff:    Sept. 30, 2022 <br> Pretrial Conference: Dec. 30, 2022 <br> Trial Date:          Jan. 9, 2023 <br><br> Complaint Filed:         May 29, 2019 <br> Am. 5th Am. Com. Filed: May 27, 2022 |

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that effective immediately, LTL Attorneys LLP's address is:

LTL ATTORNEYS LLP
300 South Grand Ave., **Suite 3950**
Los Angeles, CA 90071
Tel: (213) 612-8900
Fax: (213) 612-3773

All telephone, facsimile, and email information remain the same.

Date:  October 31, 2022                              LTL ATTORNEYS LLP

                                                    By:  */s/ Heather F. Auyang*
                                                    Joe H. Tuffaha
                                                    Prashanth Chennakesavan
                                                    Heather F. Auyang
                                                    Patice A. Gore

                                                    Counsel for Defendant and
                                                    Counterclaimant
                                                    TP-Link USA Corporation