UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THIMES SOLUTIONS, INC.,<br><br>            Plaintiff,<br><br>   v.<br><br>TP-LINK USA CORPORATION and AUCTION BROTHERS, INC. d/b/a AMAZZIA,<br><br>            Defendant(s). | Case No. 2:19-cv-10374-SB-E<br><br>ORDER DISMISSING CLAIMS AGAINST AUCTION BROTHERS, INC. D/B/A AMAZZIA |

    On November 3, 2022, the Court granted Amazzia's motion for a good faith settlement determination and stated that it would enter judgment within 7 days of that order (which appeared to be consistent with the terms of the settlement agreement).  Dkt. No. 245.  In light of the settlement, the Court dismisses the action against Amazzia and shall enter judgment separately.  Any objection to this order shall be filed no later than November 22, 2022, by 9:00 a.m.

IT IS SO ORDERED.

Date: November 15, 2022

                                              Stanley Blumenfeld, Jr.
                                            United States District Judge