JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THIMES SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TP-LINK USA CORPORATION, and AUCTION BROTHERS, INC. d/b/a AMAZZIA, <br><br> Defendants. | Case No. 2:19-cv-10374-SB-E <br><br> FINAL JUDGMENT |

    For the reasons set forth in the April 15, 2022 judgment of the Ninth Circuit affirming dismissal of Plaintiff Thimes Solutions, Inc.'s Lanham Act and Sherman Antitrust Act claims against Defendants TP-Link USA Corporation and Auction Brothers, Inc. d/b/a Amazzia, the November 3, 2022 order granting Defendant TP-Link USA Corporation's motion for summary judgment on Plaintiff's trade libel, intentional interference with contract, and intentional interference with prospective economic advantage claims, and the November 15, 2022 order dismissing all claims against Auction Brothers, Inc. d/b/a Amazzia, it is hereby ordered, adjudged, and decreed that Plaintiff's claims against all Defendants are DISMISSED in their entirety with prejudice.

    This is a Final Judgment.

IT IS SO ORDERED.

Date: November 22, 2022

_____
Stanley Blumenfeld, Jr.
United States District Judge