LTL ATTORNEYS LLP
David W. Ammons (SBN 187168)
david.ammons@ltlattorneys.com
Prashanth Chennakesavan (SBN 284022)
prashanth.chennakesavan@ltlattorneys.com
Heather F. Auyang (SBN 191776)
heather.auyang@ltlattorneys.com
300 South Grand Ave., Suite 3950
Los Angeles, CA 90071
Tel: (213) 612-8900
Fax: (213) 612-3773
Attorneys for Defendant and
Counterclaimant TP-Link USA Corporation

(additional counsel listed on following page)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

THIMES SOLUTIONS INC.,

Plaintiff,

v.

TP-LINK USA CORPORATION, and AUCTION BROTHERS, INC. d/b/a AMAZZIA,

Defendants.

CASE NO.: 2:19-cv-10374-SB-E

**JOINT REPORT AND REQUEST FOR CLARIFICATION REGARDING TP-LINK'S COUNTERCLAIMS IN LIGHT OF FINAL JUDGMENT ON THIMES'S CLAIMS (ECF NOS. 250 & 251)**

Judge: Hon. Stanley Blumenfeld, Jr.

Trial Date: January 9, 2023
Time: 8:30 a.m.
Courtroom: 6C

Pretrial Conference: Dec. 30, 2022

TP-LINK USA CORPORATION,

Counterclaimant,

v.

THIMES SOLUTIONS INC.,

Counter-Defendant.

RANDOLPH GAW (S.B. #223718)
rgaw@gawpoe.com
MARK POE (S.B. #223714)
mpoe@gawpoe.com
VICTOR MENG (S.B. #254102)
vmeng@gawpoe.com
GAW | POE LLP
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415) 766-7451
Facsimile: (415) 737-0642

MARK SCHLACHET (*pro hac vice*)
markschlachet@me.com
43 West 43d Street, Suite 220
New York, New York 10036
Telephone: (216) 225-7559
Facsimile: (216) 932-5390

Attorneys for Plaintiff
Thimes Solutions Inc.

Thimes Solutions, Inc. ("Thimes") and TP-Link USA Corporation ("TP-Link") write jointly regarding TP-Link's pending counterclaims in light of the Court's entry of Final Judgment on Thimes's claims (ECF No. 250).

1. On November 3, 2022, the Court issued an Order granting TP-Link's motion for summary judgment on all of Thimes's claims. ECF No. 245. The Court also issued an order granting co-defendant Auction Brothers, Inc, d/b/a Amazzia's ("Amazzia") Motion for Good Faith Settlement Determination. ECF No. 246.

2. On November 15, 2022, the Court issued an order dismissing all claims against Amazzia. ECF No. 249.

3. On November 22, 2022, the Court issued a Final Judgment dismissing all of Thimes's claim with prejudice. ECF No. 250.

4. On November 22, 2022, the Clerk sent a Report on the Determination of an Action to the United States Patent and Trademark Office concerning TP-Link's *pending* counterclaims for trademark infringement and trademark counterfeiting stating "Final Judgment filed 11/22/2022," along with a copy of the Final Judgment Order. ECF No. 251. However, TP-Link's pending counterclaims have not been dismissed.

5. The docket indicates that the case is Closed. The pretrial conference was scheduled for December 30, 2022, and trial was scheduled for January 9, 2023. ECF No. 170.

6. Given the approaching trial date, the parties raise the issues herein through this joint submission.

7. **TP-Link's Position.** The Court has discretion to—and should—enter a partial final judgment on Thimes's claims against all defendants under Rule 54(b) and "expressly determine[] that there is no just reason for delay." Fed. R. Civ. P. 54(b). The Court should stay trial of TP-Link's counterclaims pending appeal, which Thimes intends to pursue. Doing so would conserve judicial resources by minimizing the possibility of two jury trials in this action. *See Texaco v. Ponsoldt*, 939 F.2d 794, 798

(9th Cir. 1991) (concluding that although certified claims require proof of same facts as unadjudicated claims, resolution of legal issues on appeal will streamline ensuing litigation); *United States ex rel. Godecke v. Kinetic Concepts, Inc.*, No. 2:08-cv-6403-CAS (AGRx), 2018 WL 376607, at *6 & n.1 (C.D. Cal. Jan. 8, 2018) (issuing order under Rule 54(b) and staying underlying counterclaims pending appeal). If the Ninth Circuit affirms the summary judgment order, the scope of this action will be limited. If the Ninth Circuit vacates or reverses the summary judgment order in whole or in part, the Court would be able to address Thimes's remaining claims and, if necessary, schedule a single jury trial. A decision by the Ninth Circuit on Thimes's claims will determine the scope of the remaining issues left to be litigated at trial and may result in a settlement obviating the need for any trial.

8. **Thimes's Position.** Thimes presumes that the Docket notation indicating that the case is closed is merely a clerical error, as there was no order dismissing TP-Link's counterclaim or vacating the pre-trial conference and trial dates. Accordingly, Thimes merely seeks confirmation that the pre-trial conference and trial will go forward as scheduled. To the extent that the parties have a choice with respect to future scheduling, Thimes's preference is go forward with the January 9, 2023 trial given its proximity and because the parties are already well into trial preparations. Moreover, if the Ninth Circuit affirms the Court's summary judgment order, there would be no need to do a further trial in this action and the matter will finally be resolved after many years of litigation.

For all the foregoing reasons, Thimes and TP-Link jointly request that the Court:

a. determine whether partial final judgment on Thimes's claims and a stay on TP-Link's counterclaims would be appropriate;
b. clarify whether the pretrial and trial dates remain on calendar; and
c. make any other order it deems appropriate.

Dated: November 28, 2022 LTL ATTORNEYS LLP

By: */s/ Prashanth Chennakesavan*

Prashanth Chennakesavan (SBN 284022)
prashanth.chennakesavan@ltlattorneys.com
LTL ATTORNEYS LLP
300 South Grand Ave., 14th Floor
Los Angeles, CA 90071
Telephone: (213) 612-8900
Facsimile: (213) 612-3773

Attorneys for Defendant TP-Link USA Corporation

Dated: November 28, 2022 GAW | POE LLP

By: */s/ Randolph Gaw*

Randolph Gaw (S.B. #223718)
rgaw@gawpoe.com
GAW | POE LLP
4 Embarcadero, Suite 1400
San Francisco, CA 94111
Telephone: (415) 766-7451
Facsimile: (415) 737-0642

Attorneys for Plaintiff Thimes Solutions

**SIGNATURE ATTESTATION**

I hereby attest that the other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.



Dated: November 28, 2022 LTL ATTORNEYS LLP

By: *[/s/ Prashanth Chennakesavan](#)*