# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -REOPENING/CLOSING

Case No. __2:19-cv-10374-SB-E__　　　　　　　　　Date __November 30, 2022__

Title: __Thimes Solutions Inc. v. TP Link USA Corporation et al.__

Present: The Honorable __Stanley Blumenfeld, Jr.__

|  Jennifer Graciano  |  None  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:　　　　　　Attorneys Present for Defendants:

None Present　　　　　　　　　　　　　　　None Present

Proceedings:　　☐ In Court　　☒ In Chambers　　☒ Counsel Notified

☒ Case previously closed in error.  Make JS-5.

☐ Case should have been closed on entry dated _____.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other  All filing deadlines previously set by the Court remain in place. The Court CONTINUES the pretrial conference in this matter to January 3, 2023 at 10:00 a.m.  The Jury Trial remains set for January 9, 2023 at 8:30 a.m.

　　　　　　　　　　　　　　　　　　　　　　　　　Initials of Preparer ___jgr___