RANDOLPH GAW (S.B. #223718)
rgaw@gawpoe.com
MARK POE (S.B. #223714)
mpoe@gawpoe.com
VICTOR MENG (S.B. #254102)
vmeng@gawpoe.com

GAW | POE LLP
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel: (415) 766-7451
Fax: (415) 737-0642

Attorneys for Plaintiff and Counter-defendant Thimes Solutions Inc.

JOE H. TUFFAHA (SBN 253723)
joe.tuffaha@ltlattorneys.com
DAVID AMMONS (SBN 187168)
david.ammons@ltlattorneys.com
PRASHANTH CHENNAKESAVAN
(SBN 284022)
prashanth.chennakesavan@ltlattorneys.com
HEATHER F. AUYANG (SBN 191776)
heather.auyang@ltlattorneys.com
LTL ATTORNEYS LLP
300 South Grand Ave., Suite 3950
Los Angeles, CA 90071
Tel: (213) 612-8900
Fax: (213) 612-3773

Attorneys for Defendant and Counterclaimant TP-Link USA Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| THIMES SOLUTIONS INC.<br><br>        Plaintiff,<br><br>v.<br><br>TP-LINK USA CORPORATION, and AUCTION BROTHERS, INC. d/b/a AMAZZIA<br><br>        Defendant.<br><br>TP-LINK USA CORPORATION.<br><br>        Counterclaimant,<br><br>v.<br><br>THIMES SOLUTIONS INC.<br><br>        Counter-Defendant. | Case No. 2:19-CV-10374-SB-E<br><br>**JOINT EXHIBIT LIST [LOCAL RULE 16-6]**<br><br>Judge: Hon. Stanley Blumenfeld, Jr.<br><br>Trial Date:    January 9, 2023<br>Time:    8:30 a.m.<br>Courtroom:    6C<br><br>Pretrial Conf.:    January 3, 2023 |

Case Title: <u>Thimes Solutions v. TP-Link USA</u>   Case No. <u>2:19-CV-10374-SB-E</u>

| <u>Ex. No.</u> | <u>Description</u> | <u>Date Identified</u> | <u>Date Admitted</u> |
|---|---|---|---|
| 1 | Dkt. 175-2 TP-Link Trademark Registration | | |
| 2 | TP000165-TP000171 TP-Link Warranty Policy | | |
| 3 | TP000348-TP000349 TP-Link warranty coverage | | |
| 4 | TP000302-TP000307 TP-Link Warranty Policy | | |
| 5 | THIMES00256 Thimes's FBA Sales | | |
| 6 | THIMES189737 Amazon Notice to Thimes re: TP-Link trademark rights | | |
| 7 | THIMES189161 Amazon Notice to Thimes re: TP-Link trademark rights | | |
| 8 | THIMES188662 Amazon Notice to Thimes re: TP-Link trademark rights | | |
| 9 | THIMES188290 Amazon Notice to Thimes re: TP-Link trademark rights | | |
| 10 | THIMES188079 Amazon Notice to Thimes re: TP-Link trademark rights | | |
| 11 | THIMES189173 Amazon Notice to Thimes re: TP-Link trademark rights | | |
| 12 | THIMES187459-THIMES187460 Amazon Notice to Thimes | | |

| | | | |
|---|---|---|---|
| 13 | THIMES187717 Amazon Notice to Thimes re: TP-Link trademark rights | | |
| 14 | THIMES188480 Amazon Notice to Thimes re: TP-Link trademark rights | | |
| 15 | THIMES187481 Amazon Notice to Thimes re: TP-Link trademark rights | | |
| 16 | THIMES187268 Amazon Notice to Thimes re: TP-Link trademark rights | | |
| 17 | THIMES187791 Amazon Notice to Thimes re: TP-Link trademark rights | | |
| 18 | THIMES187823 Amazon Notice to Thimes re: TP-Link trademark rights | | |
| 19 | THIMES186257-THIMES186258 Amazon notice to Thimes | | |
| 20 | THIMES186449 Amazon Notice to Thimes re: TP-Link trademark rights | | |
| 21 | THIMES187776 Amazon Notice to Thimes re: TP-Link trademark rights | | |
| 22 | THIMES186402 Amazon Notice to Thimes re: TP-Link trademark rights | | |
| 23 | THIMES186681 Amazon Notice to Thimes re: TP-Link trademark rights | | |
| 24 | THIMES187208 Amazon Notice to Thimes re: TP-Link trademark rights | | |

| | | | |
|---|---|---|---|
| 25 | THIMES186092 Amazon Notice to Thimes re: TP-Link trademark rights | | |
| 26 | THIMES188501 Amazon Notice to Thimes re: TP-Link trademark rights | | |
| 27 | THIMES185846 Amazon Notice to Thimes re: TP-Link trademark rights | | |
| 28 | TP000358 TP-Link warranty coverage | | |
| 29 | THIMES188006 Amazon Notice to Thimes re: TP-Link trademark rights | | |
| 30* | THIMES549213-THIMES549215 Amazon Product Quality Program | | |
| 31 | THIMES185397 Amazon Notice to Thimes re: TP-Link trademark rights | | |
| 32 | THIMES189205 Amazon Notice to Thimes re: TP-Link trademark rights | | |
| 33 | THIMES190552 Amazon Notice to Thimes re: TP-Link trademark rights | | |
| 34 | THIMES184938 Amazon Notice to Thimes re: TP-Link trademark rights | | |
| 35* | THIMES549179 The Surplus Company Invoice for Apple EarPods | | |
| 36 | TP000366 TP-Link warranty coverage | | |

| | | | |
|---|---|---|---|
| 37* | THIMES188870 Amazon communication to Thimes | | |
| 38* | THIMES184342-THIMES184344 Amazon communication to Thimes | | |
| 39* | THIMES184669-THIMES184672 Amazon communication to Thimes | | |
| 40 | THIMES182886 Amazon Notice to Thimes re: TP-Link trademark rights | | |
| 41 | THIMES183713 Amazon Notice to Thimes re: TP-Link trademark rights | | |
| 42 | THIMES184010-THIMES184011 Amazon Notice to Thimes re: TP-Link trademark rights | | |
| 43 | THIMES191130 Text messages | | |
| 44 | TP000367 TP-Link warranty coverage | | |
| 45 | THIMES182358 Customer communication to Thimes | | |
| 46* | THIMES549221-THIMES549228 Amazon test buy | | |
| 47 | TP000359 TP-Link warranty coverage | | |
| 48 | TP000368 TP-Link warranty coverage | | |
| 49 | THIMES181617 Amazon Notice to Thimes re: TP-Link trademark rights | | |

| | | | |
|---|---|---|---|
| 50* | THIMES102945 Customer communication to Thimes | | |
| 51 | THIMES180743 Customer communication to Thimes | | |
| 52 | THIMES180742 Thimes communication to customer | | |
| 53 | THIMES180453 Customer communication to Thimes | | |
| 54 | THIMES180452 Thimes communication to customer | | |
| 55* | THIMES180763 Thimes communication to Amazon | | |
| 56* | THIMES181195 Amazon communication to Thimes | | |
| 57* | THIMES184797-THIMES184798 Amazon Notice to Thimes | | |
| 58* | AMZ_000555-AMZ_000558 Amazon annotations | | |
| 59* | THIMES184793-THIMES184796 Thimes communication to insurance | | |
| 60 | THIMES549266-THIMES549273 Thimes communication to Amazon | | |
| 61 | THIMES179842-THIMES179843 Amazon communication to Thimes | | |
| 62* | THIMES181193 Amazon communication to Thimes | | |
| 63* | THIMES180038 Thimes communication to Amazon | | |

- 6 -

JOINT EXHIBIT LIST
CASE NO. 2:19-CV-10374-SB-EX

| | | | | |
|---|---|---|---|---|
| 64* | THIMES190438-THIMES190439 Amazon communication to Thimes | | | |
| 65* | THIMES190436-THIMES190437 Thimes communication to Amazon | | | |
| 66* | THIMES182644-THIMES182645 Amazon communication to Thimes | | | |
| 67* | THIMES182642-THIMES182643 Thimes communication to Amazon | | | |
| 68* | THIMES186015-THIMES186016 Amazon communication to Thimes | | | |
| 69* | THIMES448541 Thimes communication to Amazon | | | |
| 70 | THIMES185994-THIMES185996 Thimes communication to Amazon | | | |
| 71 | THIMES549299-THIMES549305 Thimes communication to Amazon | | | |
| 72 | THIMES190156-THIMES190157 Amazon communication to Thimes | | | |
| 73 | THIMES183924-THIMES183925 Amazon communication to Thimes re: TP-Link product | | | |
| 74 | THIMES180090-THIMES180091 Amazon communication to Thimes | | | |
| 75 | THIMES549306-THIMES549308 Thimes communication to Amazon | | | |

| | | | |
|---|---|---|---|
| 76* | THIMES180443 Amazon communication to Thimes | | |
| 77 | TP000364 TP-Link warranty coverage | | |
| 78 | THIMES180652-THIMES180653 Thimes communication to Amazon | | |
| 79 | TP000360 TP-Link warranty coverage | | |
| 80 | TP000361 TP-Link warranty coverage | | |
| 81 | TP000346 TP-Link warranty coverage | | |
| 82 | TP000344-TP000345 TP-Link warranty coverage | | |
| 83 | TP000365 TP-Link warranty coverage | | |
| 84 | TP000362 TP-Link warranty coverage | | |
| 85 | TP000363 TP-Link warranty coverage | | |
| 86* | THIMES546843 Amazon Product Authenticity and Quality Policy | | |
| 87 | TP000350 TP-Link warranty coverage | | |
| 88 | TP000355 TP-Link warranty coverage | | |
| 89 | TP000351 TP-Link warranty coverage | | |
| 90 | TP000352 TP-Link warranty coverage | | |

| | | | |
|---|---|---|---|
| 91 | TP000353 TP-Link warranty coverage | | |
| 92 | TP000354 TP-Link warranty coverage | | |
| 93* | THIMES547365-THIMES547377 Amazon Discovery Responses | | |
| 94 | TP000335-TP000336 TP-Link warranty coverage | | |
| 95* | Letter from Casey A. Vaughn to Amazon | | |
| 96* | THIMES547400-THIMES547417 Amazon Discovery Responses | | |
| 97 | TP000337 TP-Link warranty coverage | | |
| 98* | THIMES546985-THIMES546993 Thimes Demand for Arbitration | | |
| 99 | TP000356-TP000357 TP-Link warranty coverage | | |
| 100* | THIMES547052-THIMES547053 Amazon Response to Demand for Arbitration | | |
| 101* | THIMES547089-THIMES547098 Thimes First Amended Demand for Arbitration | | |
| 102 | TP000085 TP-Link warranty coverage | | |
| 103* | THIMES547175-THIMES547181 Amazon Amended Answer and Counterclaims | | |

- 9 -

JOINT EXHIBIT LIST
CASE NO. 2:19-CV-10374-SB-EX

| | | | |
|---|---|---|---|
| 104 | TP000086 TP-Link warranty coverage | | |
| 105 | TP000087 TP-Link warranty coverage | | |
| 106 | TP000089 TP-Link warranty coverage | | |
| 107 | TP000091 TP-Link warranty coverage | | |
| 108* | THIMES547190-THIMES547196 Thimes Answer to Amazon Counterclaims | | |
| 109 | TP000088 TP-Link warranty coverage | | |
| 110 | TP000090 TP-Link warranty coverage | | |
| 111* | THIMES549239-THIMES549260 Thimes Responses to Amazon Discovery Requests | | |
| 112* | THIMES547418-THIMES547436 Amazon Second Supplemental Discovery Responses | | |
| 113 | TP000092 TP-Link warranty coverage | | |
| 114* | Amazon Arbitration Pre Hearing Brief | | |
| 115* | Thimes Arbitration Pre Hearing Brief | | |
| 116 | THIMES548341-THIMES548441 Arbitration Hearing Transcript Volume I | | |

| | | | |
|---|---|---|---|
| 117 | THIMES548442-THIMES548533 Arbitration Hearing Transcript Volume II | | |
| 118 | THIMES548534-THIMES548607 Arbitration Hearing Transcript Volume III | | |
| 119 | TP000093 TP-Link warranty coverage | | |
| 120* | THIMES547224-THIMES547238 Eisenberg Arbitration Declaration | | |
| 121* | THIMES547239-THIMES547265 Amazon Arbitration Post Hearing Brief | | |
| 122* | THIMES547266-THIMES547295 Thimes Arbitration Post Hearing Brief | | |
| 123 | TP000347 TP-Link warranty coverage | | |
| 124 | TP000094-TP000098 TP-Link warranty coverage | | |
| 125* | THIMES547314-THIMES547334 Arbitration Decision and Award | | |
| 126 | TP000106-TP000108 TP-Link warranty coverage | | |
| 127 | TP000109-TP000110 TP-Link warranty coverage | | |
| 128 | TP000132 TP-Link warranty coverage | | |

| | | | |
|---|---|---|---|
| 129 | TP000111-TP000112 TP-Link warranty coverage | | |
| 130 | TP000131 TP-Link warranty coverage | | |
| 131 | TP000136 TP-Link warranty coverage | | |
| 132 | TP000130 TP-Link warranty coverage | | |
| 133 | TP000139 TP-Link warranty coverage | | |
| 134 | TP000113-TP000114 TP-Link warranty coverage | | |
| 135 | TP000134 TP-Link warranty coverage | | |
| 136 | TP000138 TP-Link warranty coverage | | |
| 137 | TP000115 TP-Link warranty coverage | | |
| 138* | THIMES190950-THIMES190952 TD Bank Judgment | | |
| 139 | TP000133 TP-Link warranty coverage | | |
| 140 | TP000135 TP-Link warranty coverage | | |
| 141 | Thimes Response to TP-Link First Set of Requests for Admission | | |
| 142* | THIMES001543-THIMES001553 FBA How It Works | | |
| 143* | Dkt. 224 Eisenberg Declaration MSJ | | |

| | | | |
|---|---|---|---|
| 144* | THIMES184761-THIMES184790 Lloyds of London insurance policy. | | |
| 145 | THIMES001376-THIMES001394 Text and voice messages | | |
| 146 | THIMES001374 Text messages | | |
| 147* | THIMES549184 Amazon annotation | | |
| 148* | THIMES546843 Amazon Intellectual Property Policy for Sellers | | |
| 149 | TP000431-TP000433 Certified Copy of TP-Link Trademark Registration | | |
| 150* | TP000375-TP000430 Filewrapper for TP-Link Trademark Registration | | |
| 151* | TP000338-TP000343 TP-Link Trademark License | | |
| 152* | THIMES00257 – Thimes sales transactions on the Amazon Marketplace | | |
| 153 | ECF No. 168-4 – 2018.01.19 Amazon tracking notice | | |
| 154 | ECF No. 168-3 – 2018.01.22 UPS delivery notification | | |
| 155* | TP000001-03 – 2018.04.19 email thread between S. De La Cruz to A. Liu | | |

| | | | |
|---|---|---|---|
| 156 | TP000102-05 – 2018.04.26 email thread between S. De La Cruz to A. Liu | | |
| 157 | TP000018-19 – 2018.05.30 email thread between S. De La Cruz to A. Liu | | |
| 158 | TP000146-48 – 2018.03.06 Amazon order shipped details | | |
| 159 | TP000140-45 – 2018.03.07 Amazon order shipped details | | |
| 160 | TP000150-53 – 2018.03.11 Amazon order shipped details | | |
| 161* | THIMES00302 – 2018.01.19 Amazon e-mail to A. Eisenberg | | |
| 162 | TP000154-56 – 2018.01.18 Amazon order shipped details | | |
| 163* | THIMES188666 – 2018.01.24 Fitz S. e-mail to A. Eisenberg re Order 33063 + attached invoice | | |
| 164 | AMAZZIA000061-64 – printout of complaints Amazzia filed against Universal Goods and Sales | | |
| 165 | THIMES184331-33 – 2018.05.05 A. Eisenberg email to Amazon | | |
| 166 | THIMES185565 – 2018.04.26 Amazon email to A. Eisenberg | | |

| # | Description | | |
|---|---|---|---|
| 167 | THIMES00305 – 2018.05.11 Amazon email to A. Eisenberg | | |
| 168 | THIMES00306 – 2018.07.08 Amazon email to A. Eisenberg | | |
| 169* | THIMES386257 – 2017.12.14 Amazon e-mail to A. Eisenberg | | |

Exhibits 1 – 151 were designated by Counterclaimant TP-Link USA Corporation, with Exhibits 4, 5 and 41 also being designated by Counter-defendant Thimes. Exhibits 152 – 169 were designated by Thimes.

Dated: December 9, 2022

/s/ Randolph Gaw
Randolph Gaw
GAW | POE LLP

Attorneys for Plaintiff and Counter-defendant Thimes Solutions Inc.

Dated: December 9, 2022

/s/ Heather F. Auyang
Heather F. Auyang
LTL ATTORNEYS LLP

Attorneys for Defendant and Counterclaimant TP-Link USA Corporation