RANDOLPH GAW (S.B. #223718)
rgaw@gawpoe.com
MARK POE (S.B. #223714)
mpoe@gawpoe.com
VICTOR MENG (S.B. #254102)
vmeng@gawpoe.com

GAW | POE LLP
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel: (415) 766-7451
Fax: (415) 737-0642

Attorneys for Plaintiff and Counter-defendant Thimes Solutions Inc.

JOE H. TUFFAHA (SBN 253723)
joe.tuffaha@ltlattorneys.com
DAVID AMMONS (SBN 187168)
david.ammons@ltlattorneys.com
PRASHANTH CHENNAKESAVAN
(SBN 284022)
prashanth.chennakesavan@ltlattorneys.com
HEATHER F. AUYANG (SBN 191776)
heather.auyang@ltlattorneys.com
LTL ATTORNEYS LLP
300 South Grand Ave., Suite 3950
Los Angeles, CA 90071
Tel: (213) 612-8900
Fax: (213) 612-3773

Attorneys for Defendant and Counterclaimant TP-Link USA Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| THIMES SOLUTIONS INC.<br><br>    Plaintiff,<br><br>  v.<br><br>TP-LINK USA CORPORATION, and AUCTION BROTHERS, INC. d/b/a AMAZZIA<br><br>    Defendant.<br><br>TP-LINK USA CORPORATION.<br><br>    Counterclaimant,<br><br>  v.<br><br>THIMES SOLUTIONS INC.<br><br>    Counter-Defendant. | Case No. 2:19-CV-10374-SB-E<br><br>**JOINT WITNESS LIST [LOCAL RULE 16-5]**<br><br>Judge: Hon. Stanley Blumenfeld, Jr.<br><br>Trial Date: January 9, 2023<br>Time: 8:30 a.m.<br>Courtroom: 6C<br><br>Pretrial Conf.: January 3, 2023 |

Pursuant to Local Rule 16-5 and the Court's Pretrial and Trial Order, plaintiff and counter-defendant Thimes Solutions Inc. and defendant and counterclaimant TP-Link USA Corporation hereby submits their joint witness list.

Most of the witnesses have been designated by both parties. The time estimates below reflect the time needed for each side to fully question those witnesses during a single examination (i.e., each party anticipates that such witnesses will be called to the stand only once).

Each party reserves the right to call additional witnesses solely for impeachment or rebuttal purposes.

| **Counterclaimant** | |
| --- | --- |
| 1. Avraham Eisenberg | **240 min.** (120-180 min direct / 60 min cross) |
| He will testify about the sale of TP-Link products, knowledge of TP-Link's trademark rights, sourcing of TP-Link products, and other intellectual property violations for the sale of products on the Amazon marketplace. | |
| 2. Antoine Liu (by interpreter) | **360 min.** (180-270 min direct / 90 min cross) |
| He will testify about TP-Link's warranty policy and sales of TP-Link products. | |
| 3. Mikhail Fikhman* | **105 min.** (30-45 min direct / 60 min cross) |

| | | |
|---|---|---|
| | He will testify about the sale of products on Amazon by unauthorized resellers and Amazon's policies. *Whether TP-Link calls this witness depends on the Court's ruling with respect to TP-Link's Motion *in Limine* No. 1. | |
| | 4. William Fikhman* | **75 min.** (30-45 min direct / 15-30 min cross) |
| | He will testify about the sale of products on Amazon by unauthorized resellers and Amazon's policies. *Whether TP-Link calls this witness depends on the Court's ruling with respect to TP-Link's Motion *in Limine* No. 1. | |
| | **Counter-Defendant** | |
| | 1. Avi Eisenberg | Time estimate already included above. |
| | He will testify about the nature of Thimes's business, its sales of TP-Link products on the Amazon Marketplace, and its sourcing of TP-Link products. | |
| | 2. Antoine Liu | Time estimate already included above. |
| | He will testify about TP-Link's directions to Amazzia to have Thimes removed from the Amazon Marketplace and TP-Link's reasons for doing so. | |

| 3. Mikhail Fikhman | Time estimate already included above. |
|---|---|
| He will testify about the practices and procedures used by Amazzia in reporting to Amazon that Thimes sold counterfeit TP-Link products. | |

Dated: December 9, 2022     GAW | POE LLP

By: /s/ Randolph Gaw

RANDOLPH GAW (S.B. #223718)
GAW | POE LLP

Attorneys for Plaintiff and Counter-defendant Thimes Solutions

Dated: December 9, 2022     LTL ATTORNEYS LLP

By: /s/ Heather Auyang

HEATHER AUYANG (S.B. #191776)
LTL ATTORNEYS LLP

Attorneys for Defendant and Counterclaimant TP-Link USA Corporation