RANDOLPH GAW (S.B. #223718)
rgaw@gawpoe.com
MARK POE (S.B. #223714)
mpoe@gawpoe.com
VICTOR MENG (S.B. #254102)
vmeng@gawpoe.com

GAW | POE LLP
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel: (415) 766-7451
Fax: (415) 737-0642

Attorneys for Plaintiff and Counter-defendant Thimes Solutions Inc.

JOE H. TUFFAHA (SBN 253723)
joe.tuffaha@ltlattorneys.com
DAVID AMMONS (SBN 187168)
david.ammons@ltlattorneys.com
PRASHANTH CHENNAKESAVAN (SBN 284022)
prashanth.chennakesavan@ltlattorneys.com
HEATHER F. AUYANG (SBN 191776)
heather.auyang@ltlattorneys.com
LTL ATTORNEYS LLP
300 South Grand Ave., Suite 3950
Los Angeles, CA 90071
Tel: (213) 612-8900
Fax: (213) 612-3773

Attorneys for Defendant and Counterclaimant TP-Link USA Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| THIMES SOLUTIONS INC.<br><br>        Plaintiff,<br><br>  v.<br><br>TP-LINK USA CORPORATION, and AUCTION BROTHERS, INC. d/b/a AMAZZIA<br><br>        Defendant.<br><br>TP-LINK USA CORPORATION.<br><br>        Counterclaimant,<br><br>  v.<br><br>THIMES SOLUTIONS INC.<br><br>        Counter-Defendant. | Case No. 2:19-CV-10374-SB-E<br><br>**JOINT STATUS REPORT ON SETTLEMENT**<br><br>Judge: Hon. Stanley Blumenfeld, Jr.<br><br>Trial Date:   January 9, 2023<br>Time:          8:30 a.m.<br>Courtroom:   6C<br><br>Pretrial Conf.: January 3, 2023 |

Pursuant to the Court's Pre-Trial and Trial Order (ECF No. 171), Plaintiff and Counter-defendant Thimes Solutions Inc. and Defendant and Counterclaimant TP-Link USA Corporation hereby submit this Joint Status Report on Settlement:

On June 30, 2022, all of the parties participated in a private mediation before Diane Faber, Esq. The parties were unable to reach a settlement during this mediation. The parties participated in a second private mediation before Ms. Faber on October 21, 2022, but were unable to reach a settlement during this mediation.

Counsel for the parties briefly discussed settlement issues in connection with the Pre-Trial Conference of Counsel and mutually agreed that a settlement was not feasible at this time.

In order to preserve judicial and party resources—and based on an evaluation of Thimes's financial condition and potential inability to pay a judgment—TP-Link would be willing to dismiss the counterclaims without prejudice and with each side bearing its own fees and costs pursuant to Rule 41(a).

Dated: December 9, 2022

/s/ Randolph Gaw
Randolph Gaw
GAW | POE LLP

Attorneys for Plaintiff and Counter-defendant Thimes Solutions Inc.

Dated: December 9, 2022

/s/ Heather F. Auyang
Heather F. Auyang
LTL ATTORNEYS LLP

Attorneys for Defendant and Counterclaimant TP-Link USA Corporation