UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THIMES SOLUTIONS INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TP-LINK USA CORPORATION, and AUCTION BROTHERS, INC. d/b/a AMAZZIA,<br><br>　　　　Defendants. | Case No. 2:19-cv-10374-SB-E<br><br><br>ORDER RE:  JOINT STATUS REPORT ON SETTLEMENT |

　　The parties filed a Joint Status Report on Settlement that indicates that Defendant and Counterclaimant TP-Link USA Corporation (TP-Link) is willing to dismiss without prejudice its counterclaims against Plaintiff Thimes Solutions, Inc., which are the only remaining claims in this case.  Dkt. No. 257.  The Court does not expect this case to proceed to trial under these circumstances.  The Court directs the parties to promptly meet and confer about submitting a stipulation to dismiss the counterclaims and to file any such dismissal no later than December 16, 2022 at 9:00 a.m.  If they fail to submit a stipulation to dismiss the counterclaims by then, they shall appear for a status conference on December 20, 2022 at 8:00 a.m.  This order does not vacate any pending dates or obligations in this case.

IT IS SO ORDERED.

Date: December 12, 2022

　　　　　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1