# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF Central District of California

### Form 1. Notice of Appeal from a Judgment or Order of a
### United States District Court

U.S. District Court case number:  2:19-CV-10374-SB-E

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court:  05/29/2019

Date of judgment or order you are appealing:  11/22/2022

Docket entry number of judgment or order you are appealing:  250

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

○ Yes     ● No     ○ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

Plaintiff Thimes Solutions, Inc.

Is this a cross-appeal?  ○ Yes     ● No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?  ● Yes     ○ No

If yes, what is the prior appeal case number?  21-55407

Your mailing address (if pro se):

City:                     State:          Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature**  /s/ - Randolph Gaw          **Date**  Dec 13, 2022

*Complete and file with the attached representation statement in the U.S. District Court*
Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 1**                                                                 *Rev. 06/09/2022*

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| |
|---|
| Plaintiff Thimes Solutions, Inc. |

Name(s) of counsel (if any):

| |
|---|
| Randolph Gaw, Mark Poe, Victor Meng |

Address: Gaw | Poe LLP, 4 Embarcadero, Suite 1400, San Francisco, CA 94111

Telephone number(s): 415-766-7451

Email(s): rgaw@gawpoe.com; mpoe@gawpoe.com; vmeng@gawpoe.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| |
|---|
| Defendant TP-Link USA Corporation |

Name(s) of counsel (if any):

| |
|---|
| David Ammons, Prashanth Chennakesavan, Heather Auyang, Kevin Kelly |

Address: 300 South Grand Ave., Suite 3950 Los Angeles, CA 90071

Telephone number(s): (213) 612-8900

Email(s): david.ammons@ltlattorneys.com, prashanth.chennakesavan@ltlattorney

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Plaintiff Thimes Solutions Inc.

Name(s) of counsel (if any):

Mark Schlachet

Address: 43 West 43d Street, Suite 220 New York, New York 10036

Telephone number(s): (216) 225-7559

Email(s): markschlachet@me.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*