JOE H. TUFFAHA (SBN 253723)
joe.tuffaha@ltlattorneys.com
DAVID AMMONS (SBN 187168)
david.ammons@ltlattorneys.com
PRASHANTH CHENNAKESAVAN
(SBN 284022)
prashanth.chennakesavan@ltlattorneys.com
HEATHER F. AUYANG (SBN 191776)
heather.auyang@ltlattorneys.com
LTL ATTORNEYS LLP
300 South Grand Ave., Suite 3950
Los Angeles, CA 90071
Tel: (213) 612-8900
Fax: (213) 612-3773

Attorneys for Defendant and
Counterclaimant TP-Link USA Corporation

(additional counsel listed on following page)

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| THIMES SOLUTIONS INC. | Case No. 2:19-CV-10374-SB-E |
| Plaintiff, | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO TP-LINK'S COUNTERCLAIMS** |
| v. | |
| TP-LINK USA CORPORATION, and AUCTION BROTHERS, INC. d/b/a AMAZZIA | |
| Defendant. | |

1  TP-LINK USA CORPORATION.

2          Counterclaimant,

3      v.

4  THIMES SOLUTIONS INC.

5          Counter-Defendant.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

RANDOLPH GAW (S.B. #223718)
 rgaw@gawpoe.com
MARK POE (S.B. #223714)
 mpoe@gawpoe.com
VICTOR MENG (S.B. #254102)
 vmeng@gawpoe.com

GAW | POE LLP
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel: (415) 766-7451
Fax: (415) 737-0642

 Attorneys for Plaintiff and
 Counter-defendant Thimes Solutions Inc.

1   WHEREAS, Thimes Solutions, Inc. ("Thimes") filed its operative Amended
2   Fifth Amended Complaint on May 27, 2022 ("A5AC") (Dkt. No. 178);

3   WHEREAS, TP-Link USA Corporation ("TP-Link") filed its Answer and
4   Counterclaims on May 27, 2022, alleging violation of the Lanham Act against
5   Thimes (Dkt. No. 175);

6   WHEREAS, on November 3, 2022, the Court granted TP-Link's motion for
7   summary judgment on all claims alleged against TP-Link in the A5AC (Dkt. No.
8   244);

9   WHEREAS, trial on TP-Link's Counterclaims is scheduled to commence on
10   January 9, 2023;

11   WHEREAS, TP-Link assesses that the expenses associated with trial in this
12   action would be significant and Thimes may lack the ability to pay any judgment the
13   Court may enter;

14   WHEREAS, the parties recognize that a trial on TP-Link's counterclaims
15   would place a strain on judicial resources, including the Court's and jurors' time;

16   WHEREAS, neither TP-Link nor Thimes makes any admission on liability or
17   strength of their claims;

18   WHEREAS, this stipulation is a product of discussions between counsel for
19   the parties pursuant to Federal Rule of Evidence 408;

20   NOW, THEREFORE, IT IS HEREBY STIPULATED, by and among Thimes
21   and TP-Link, through their respective counsel that:

22   1.   TP-Link's Counterclaims in the above-captioned action shall be
23        dismissed with prejudice pursuant to Federal Rule of Civil Procedure
24        41(a)(1)(A)(ii);

25   2.   Neither Thimes nor TP-Link makes any admission regarding liability,
26        wrongdoing, or the strength of their claims;

27

28

- 1 -

3.     Nothing in this Stipulation or dismissal shall be used to limit any defense or argument TP-Link may assert in defense of the A5AC, including without limitation its Second Defense (Dkt. No. 175);

4.     This Stipulation is not an adjudication on the merits of TP-Link's Counterclaims and shall have no preclusive effect other than to preclude TP-Link from re-filing these Counterclaims.

5.     This Stipulation does not establish either party as the prevailing party.

6.     Each party shall bear its own attorneys' fees, costs, and expenses incurred in connection with TP-Link's Counterclaims.

Dated:  December 14, 2022    GAW | POE LLP

By:   /s/   *Randolph Gaw*
_____

RANDOLPH GAW (S.B. #223718)
GAW | POE LLP

Attorneys for Plaintiff and Counter-
defendant Thimes Solutions

Dated:  December 14, 2022    LTL ATTORNEYS LLP

By:   /s/   *Heather Auyang*
_____

HEATHER AUYANG (S.B. #191776)
LTL ATTORNEYS LLP

Attorneys for Defendant and
Counterclaimant TP-Link USA Corporation

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing of this document.

Dated:  December 14, 2022

By:   */s/ Heather Auyang*

## CERTIFICATE OF SERVICE

Counsel for all parties have appeared in this action. Pursuant to Local Rule 5-3.2, the foregoing document filed via CM/ECF will be served on counsel of record through the CM/ECF System.

Dated:  December 14, 2022

By:   */s/ Heather Auyang*

JOINT STIPULATION
CASE NO. 2:19-CV-10374-SB-E